**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**WEST BEND INSURANCE COMPANY**,

        Plaintiff

v

**SHAKER PARKWAY COLLECTIVE LLC**

        Defendant

Case No.

Hon.

Magistrate Judge:

_____/

MICHELE A. CHAPNICK (0084349)
**GREGORY, MEYER & CHAPNICK, P.C.**
Attorneys for Plaintiff
340 E. Big Beaver Road, Ste. 520
Troy, MI  48083
(248) 689-3920/(248) 689-4560 – Fax
mchapnick@gregorylaw.com

_____/

## COMPLAINT FOR DECLARATORY JUDGMENT

**NOW COMES** Plaintiff, West Bend Insurance Company ("West Bend"), by and through its attorneys, Gregory, Meyer & Chapnick, P.C., and for its Complaint for Declaratory Judgment against Shaker Parkway Collective LLC ("Shaker" or "Defendant") states as follows:

### THE PARTIES

1.      Plaintiff West Bend is an insurance company organized and existing under the laws of the State of Wisconsin, with its principal place of business in West Bend, Wisconsin.

2.      Defendant Shaker Parkway is a Delaware limited liability company. The members of Defendant Shaker Parkway are citizens of the states of New Hampshire and Massachusetts and upon information and belief none are citizens of the state of Wisconsin.

### JURISDICTION AND VENUE

3.     The alleged loss and/or damage out of which this action arises occurred at the premises located at 10404 Shaker Blvd, in Cleveland, Ohio.

4.     The matter in controversy includes a request for declaratory judgment pursuant to 28 U.S.C. §2201, Fed.R.Civ.P. 57 and ORC ¶2721.03 because a dispute exists between the parties concerning the scope of appraisal, the issues and matters to be appraised, the application of various insurance policy provisions, and the extent to which coverage is afforded under the Commercial Lines Insurance Policy issued by Plaintiff West Bend to Defendant Shaker Parkway as set forth more fully below as well as necessary instructions to  the appraisal panel.

5.     Pursuant to 28 U.S.C. §1332(a)(1), this Court has original jurisdiction over this matter by reason of the diversity of citizenship of the parties and because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6.     Venue is proper in the Northern District of Ohio pursuant to 28 U.S.C. §1391(b)(1) and (2) because the property that is the subject matter of this action, owned by Defendant and insured by West Bend is located in the Northern District and all of the events giving rise to the claim occurred within the Northern District of Ohio.

**<u>GENERAL ALLEGATIONS</u>**

7.     On or about June 24, 2025, West Bend issued a Commercial Lines Insurance Policy to Defendant Shaker Parkway, bearing policy number C0921188 00, which policy was effective from June 24, 2025 to June 24, 2026. ("Policy"). (**Exhibit 1**). The Policy insured an apartment building owned by Defendant located at 10402-10404 Shaker Blvd, Cleveland, Ohio which is denoted on the Policy as "Building 1" ("Insured Building").

8.     On or about December 14, 2025, a fire occurred in the Insured Building ("Fire Loss").

9.      Defendant notified West Bend of the Fire Loss at the Insured Building and made claim to West Bend for insurance policy proceeds on or about December 16, 2025.

10.      West Bend and its building consultant inspected the Insured Building on December 22, 2025, and January 3, 2025, and both inspections revealed only fire damage to the Insured Building.

11.      At the time of the fire and West Bend and its building consultant's inspections, no basement window or entry doors were broken, no fire damage occurred in units 31 and 35 and hot water radiators were not damaged from freezing and cracking, all of which occurred months after the fire.

12.      Thereafter West Bend and its building consultant prepared an estimate of the cost to repair the damage to the Insured Building from the Fire Loss and on or about February 26, 2026, West Bend paid Defendant the actual cash value of the damage from the Fire Loss in the amount of $673,007.63 less the $50,000 policy deductible as well as $91,609.23 for the cost to remove and dispose of fire damaged materials from the Insured Building. (**Exhibit 2**)

13.      On or about March 27, 2026, Defendant, through its public adjuster, submitted an estimate of damage purportedly from the Fire Loss totaling in excess of $2.6 Million along with an incomplete and deficient Sworn Statement in Proof of Loss which West Bend has rejected. The damage estimate submitted by Defendant (**Exhibit 3**) includes damage beyond that which was caused by or resulted from the Fire Loss, including post-fire vandalism damage to basement windows, doors and units 31 and 35 and freeze damage to the radiators to the Insured Building that occurred weeks or months after the Fire Loss, on different dates, from different causes of loss and in areas separate and distinct from the Fire Loss to the Insured Building.

14.      Defendant's damage estimate also includes approximately $50,000 for lead and

3

asbestos testing costs for which no coverage exists under the Policy and for which West Bend has denied coverage.

15. On or about May 6, 2026 and again on May 18, 2026, West Bend informed Defendant that no coverage exists for the costs of lead and asbestos testing and informed Defendant that if it intended to make claim for the separate vandalism and freeze damage which occurred after the Fire Loss, Defendant would have to make separate claims for that post-Fire Loss damage. (**Exhibits 4 and 5**)

16. In response, on or about May 18, 2026, Defendant represented to West Bend that it was only making claim to West Bend for the Fire Loss damage and Defendant was not making claim to Plaintiff for the vandalism or freeze damage that occurred to the Insured Building after the Fire Loss. (**Exhibit 6**)

17. Defendant has demanded appraisal.

18. On or about May 18, 2026, West Bend agreed to submit to appraisal **only** the amount of loss, including a determination of the actual cash value and replacement cost of the direct physical loss or damage to the Insured Building from the Fire Loss only. (**Exhibit 5**)

19. West Bend has expressly declined to appraise (1) any vandalism, freeze and/or other non-Fire Loss damage as no claim has been submitted for anything other than the Fire Loss to the Insured Building; (2) West Bend has declined to appraise the cost of non-covered lead and asbestos testing, (3) West Bend has declined to appraise any Business Income and Extra Expense loss or damage because to date Defendant has failed and refused to produce requested information and documents and submit any claim and supports for Business Income and Extra Expense losses, if any. (**Exhibit 4, 5 and 7**)

20. Appraisal of Defendant's Business Income and Extra Expenses losses from the Fire

Loss is not yet ripe because Defendant admittedly has not yet submitted its claim or a Sworn Statement in Proof of Loss relating to its Business Income and Extra Expenses losses. (**Exhibit 8**)

21.    To date, both parties have named their appraisers and upon information and belief, the appraisers have appointed an umpire.

22.    In conjunction with West Bend's agreement to appraise the amount of loss to the Insured Building from the Fire Loss only and in an effort to ensure that the appraisal panel is properly instructed on the scope of appraisal and matters to be appraised to avoid any mistakes in the appraisal process, West Bend prepared a proposed joint instructional letter to the appraisal panel confirming the matters to be appraised, the coverage and unripe matters not to be included in the appraisal, the manner in which the appraisal will be conducted and the format for the appraisal award. (**Exhibit 5**).

23.    Defendant has repeatedly refused to agree to jointly instruct the appraisal panel relating to the scope of appraisal, issues and matters to be appraised. Therefore, an actual and justiciable controversy exists concerning the scope of appraisal, issues and matters to be appraised, the application of various policy provisions, and the extent to which coverage is afforded under the Commercial Lines Insurance Policy issued by Plaintiff West Bend to Defendant as well as to provide instructions to the appraisal panel. (Ex. 6)

**PERTINENT POLICY PROVISIONS**

24.    West Bend issued a Commercial Lines Policy which contains a Commercial Property Coverage Part. A true and accurate copy of the policy is attached as **Exhibit 1** and is referred to as "the Policy."

25.    West Bend incorporates by reference the Policy (**Exhibit 1**) in its entirety as if fully set forth herein.

5

26.     The Policy provides insurance coverage for direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss subject to certain terms, conditions, limitations and exclusions:

### BUILDING AND PERSONAL PROPERTY COVERAGE FORM

**A.     Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss. [Policy, (CP 00 10 10 12, p 1 of 16)]

\* \* \*

### CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section G. Definitions.

**A.     Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy. [Policy, (CP 10 30 09 17) p 1 of 10]

27.     The Policy also excludes coverage for continuous or repeated seepage or leakage of water and water that leaks or flows caused by or resulting from freezing unless Defendant did its "best to maintain heat" or "drain the equipment and shut off the supply if heat is not maintained."

**B.     Exclusions**

\* \* \*

**2.**     We will not pay for loss or damage caused by or resulting from any of the following:

\* \* \*

**f.**     Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

6

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained. [Policy, (CP 10 30 09 17) p 4 of 10]

28. The Policy also excludes coverage for the neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss:

**B.** **Exclusions**

\* \* \*

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

\* \* \*

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

29. The Policy also excludes coverage for the costs of testing or monitoring of "pollutants," which would include materials like lead paint and asbestos.

**4.** **Additional Coverages**

\* \* \*

**d.** **Pollutant Clean-up And Removal**
We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs. This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of

extracting the "pollutants" from the land or water. The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

\* \* \*

e. **Increased Cost Of Construction**

\* \* \*

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

\* \* \*

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed. [Policy, (CP 00 10 10 12) p 5 of 16 and (CP 00 30 10 12) p 9 of 9]

30. The Policy contains certain Loss Conditions, including Duties in the Event of Loss as follows:

2. **Duties In The Event Of Loss**

a. You must see that the following are done in the event of loss:

8

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.
Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation or settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible. [Policy, (CP 00 30 10 12) p 5 of 9]

31. The Loss Conditions of the Policy also includes the following appraisal provision:

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a

9

competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a.     Pay its chosen appraiser; and

b.     Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim. [Policy, (CP 00 10 10 12), p 10 of 16]

## COUNT I - DECLARATORY JUDGMENT

32.     West Bend incorporates by reference the allegations in the foregoing paragraphs in their entirety as if fully restated herein.

33.     There exists a genuine and *bona fide* dispute and an actual controversy and disagreement between West Bend, on the one hand, and Defendant Shaker Parkway, on the other hand, as to the scope of appraisal, issues and matters to be appraised, the application of various policy provisions, and the extent to which coverage is afforded under the Policy, requiring adjudication by this Court and instructions to the appraisal panel.

34.     The policy only insures direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss.

35.     The Policy excludes costs of asbestos and lead testing and monitoring.

36.     Defendant has represented that it does not make claim for or seek recovery of insurance proceeds for loss or damage other than the Fire Loss and does not seek insurance proceeds for vandalism and freeze losses.

37.     Defendant has thus far failed and refused to produce a Sworn Statement in Proof of Loss or many of the documents requested for its purported Business Income and Extra Expense loss from the Fire Loss.

10

38.     Defendant has made claim for non-covered costs of asbestos and lead testing and monitoring for which West Bend has denied coverage.

39.     A dispute exists over the amount of loss, including the actual cash value and replacement cost to the Insured Building from the Fire Loss only which warrants that the dispute be resolved by appraisal. However, the parties disagree as to the scope of appraisal, matters to be appraised, the application of various policy provisions, and the extent to which coverage is afforded under the Policy and instructions to the appraisal panel.

40.     This Court must enforce the Policy terms, determine coverage and issue a declaration relating to (1) the scope of appraisal, (2) issues and matters to be appraised, (3) the issues and matters that should not be appraised (4) application of various pertinent policy provisions, (4) enforcement of the policy terms and (5) the extent to which coverage is afforded under the Policy and (6) issue instructions to the appraisal panel.

**WHEREFORE**, Plaintiff West Bend Insurance Company respectfully requests that this Honorable Court grant its declaratory judgment and declare the rights of the parties as follows:

A.     Compel Appraisal and declare that the only matter to be appraised at this time is the amount of direct physical loss or damage to the Insured Building solely from the December 14, 2025 Fire Loss, including a determination of the actual cash value and replacement cost value of the Insured Building from the Fire Loss;

B.     Issue instructions to the appraisal panel ("the panel") that the panel may only appraise the amount of direct physical loss or damage to the Insured Building solely from the December 14, 2025 Fire Loss, including the actual cash value and replacement cost value;

11

C. Declare that the appraisal panel may not appraise the amount of direct physical loss or damage to the Insured Building from any other loss or damage to the Insured Property not caused by the December 14, 2025 Fire Loss and issue instructions to the panel that it may not appraise and/or issue an appraisal award stating the amount of direct physical loss or damage to the Insured Building from any other loss or damage not caused by the December 14, 2025 Fire Loss;

D. Declare that the appraisal panel may not appraise direct physical loss or damage to the Insured Building caused by or resulting from any vandalism and/or freeze losses;

E. Issue instructions to the appraisal panel ("the panel") that the appraisal panel may not appraise and/or issue an appraisal award stating the amount of direct physical loss or damage to the Insured Building caused by or resulting from any vandalism and/or freeze losses;

F. Declare that there is no coverage for the cost of asbestos and lead testing and monitoring under the Policy;

G. Issue instructions to the appraisal panel that the panel may not appraise and/or issue an appraisal award stating the amount of loss for the cost of asbestos and lead testing and monitoring to the Insured Building;

H. Declare that the appraisal panel may not appraise and/or issue an appraisal award stating the amount of loss for Business Income and Extra Expenses from the December 14, 2025 Fire Loss at the Insured Building;

I. Issue instructions to the appraisal panel that the panel may not appraise and/or issue an appraisal award stating the amount of loss for Business Income and Extra Expenses from the December 14, 2025 Fire Loss at the Insured Building;

12

**J.**     Declare that the appraisal panel shall not decide issues of insurance coverage, policy exclusions, compliance with policy terms and conditions or any issue concerning the insurance available under the Policy;

**K.**     Issue instructions to appraisal panel that the final appraisal award shall only include the following:

     i.     The total Replacement Cost Value of any direct physical loss or damage caused by the December 14, 2025 fire only to the Insured Building; and

     ii.     The Actual Cash Value as of the date of loss, of any direct physical loss or damage caused by the December 14, 2025 fire only to the Insured Building.

     iii.     The Appraisal Panel shall not include in its appraisal award any deductible, limits, sub-limits, or prior payments, all of which shall be accounted for by the Parties after the Appraisal Panel issues its written appraisal award.

     iv.     The Appraisal Panel shall not include in its appraisal award any direct physical loss or damage for vandalism or freeze losses, costs of testing and monitoring of lead paint and asbestos and Business Income and Extra Expense.

**L.**     For such other and further relief as the Court shall deem just and proper under the circumstances.

Respectfully submitted,

/s/ Michele A. Chapnick
MICHELE A. CHAPNICK (0084349)
**GREGORY, MEYER & CHAPNICK, P.C.**
Attorneys for Plaintiff
340 E. Big Beaver Road, Ste. 520
Troy, MI 48083
(248) 689-3920/(248) 689-4560 -Fax
mchapnick@gregorylaw.com

Dated: June 19, 2026

13

# Exhibit 1

## AFFIDAVIT

_____ Samantha Butzke _____ , being first duly sworn on oath, deposes and says:  That she is a duly

authorized custodian of the records of West Bend Insurance Company, and she has the authority to

certify those records.

Based upon my review of policy records, the policy attached to this Affidavit is a true copy of the

_____ Commercial _____

policy, bearing policy number _____ C092188-00 _____ as that policy was in effect on _____ 12/14/2025 _____ .

_____

Samantha Butzke

Subscribed and sworn to before me on _____ 3/27/2026 _____ .

_____
Notary Public, Washington County, WI
My Commission Expires _____ 6/25/2028 _____

LISA NEU
NOTARY
PUBLIC
STATE OF WISCONSIN





**WEST BEND**®

West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

**Policy Change Summary Declarations**

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025  to  06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079

**Agency Name and Address:**                                          34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

Changes have been made to the above policy at your request or at the request of your agent.

Below is a summary of the changes to the Coverage(s) that are impacted. All other terms, conditions, exclusions and provisions of the policy remain the same.

To view a complete copy of your policy, visit us at http://insured.thesilverlining.com or on the West Bend mobile app.

To request a complete copy of your policy, please email CustomerService@wbmi.com.

**Effective Date of Change:  07/10/2025**
**Coverage Part and Description of Change**

**Coverage Part**

**Commercial Property Coverage**

Added:

Mortgagee - Community Bank ISAOA

**Summary**

The above changes result in the following Total Net Premium Change     Net Additional Premium:          $0.00
*(Including Taxes, Fees, and Surcharges)*

**This is not a bill.**

Any premium changes will be reflected on your next scheduled invoice.



West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

**Commercial Lines Policy Declaration**

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025 to 06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079

**Agency Name and Address:**                    34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| Coverage Part | Premium |
|---|---|
| Commercial Property Coverage | $38,724.00 |
| Commercial General Liability Coverage | $3,822.00 |
| Commercial Liability Umbrella Coverage | $1,000.00 |
| Total Premium: | $43,546.00 |
| Total Including Taxes, Fees and Surcharges: | $43,546.00 |

**This is not a bill.** A billing invoice will be sent separately.

See attached schedule for forms applicable to all coverage parts.

DCP 01 08 24                         Page 1 of 1                         07/14/2025 12:44:12



West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

**Commercial Lines Policy Declaration**

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025 to 06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079

**Agency Name and Address:**                                34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

**Named Insured Schedule**

Shaker Parkway Collective LLC



West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

## Commercial Lines Policy Declarations

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025  to  06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079

**Agency Name and Address:**                                34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

## Location Schedule

| Loc | Address | City | County | State | Zip |
|-----|---------|------|--------|-------|-----|
| 1 | 10306 Shaker Blvd | Cleveland | Cuyahoga | OH | 44104 |



West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

## Commercial Lines Policy Declarations

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025 to 06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079

**Agency Name and Address:**                     34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

### Forms Schedule

| Number | Edition | Description |
|--------|---------|-------------|
| IL0952Y | 0115 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL0985 | 1220 | DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT |
| WB214 | 0524 | MEMBERSHIP AND VOTING NOTICE |
| IL0935Y | 0702 | EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES |
| IL0017Y | 1198 | COMMON POLICY CONDITIONS |
| WB241 | 0524 | WEST BEND INSURANCE COMPANY NAME CHANGE ENDORSEMENT |
| IL0244Y | 0907 | OHIO CHANGES - CANCELLATION AND NONRENEWAL |
| IL0021 | 0908 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| WB660 | 0824 | TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2015

IL 09 52 Y 01 15                                    West Bend®                                    Page 1 of 1

POLICY NUMBER: C092188

**IL 09 85 12 20**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

SCHEDULE

| SCHEDULE – PART I |
|---|
| **Terrorism Premium (Certified Acts)    $** |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** |
| If you have previously rejected coverage under this policy for Certified Acts of Terrorism under the Terrorism Risk Insurance Act, Coverage will remain excluded unless you request coverage within 30 days of the policy effective date. |
| **Additional information, if any, concerning the terrorism premium:** |

| SCHEDULE – PART II |
|---|
| **Federal share of terrorism losses    80   %** |
| (Refer to Paragraph **B.** in this endorsement.) |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

 © Insurance Services Office, Inc., 2020

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

 © Insurance Services Office, Inc., 2020 IL 09 85 12 20

# MEMBERSHIP AND VOTING NOTICE

**MEMBERSHIP AND VOTING NOTICE**

The named insured is notified that by virtue of this policy, the named insured is a member of West Bend Mutual Holding Company of West Bend, Wisconsin. Members are entitled to one vote either in person or by proxy at all meetings of the members of said Company. No member may cast more than one vote, regardless of the number of policies or the amount of insurance any member may carry.

**ANNUAL MEETING**

The Annual Meeting of the members is held on the second Tuesday of March, at 10:00 a.m. at the Home Office located at 1900 S. 18th Avenue, West Bend, Wisconsin. Phone: 800-236-5010.

**PARTICIPATION WITHOUT CONTINGENT LIABILITY**

The named insured is a member of the Company and shall participate, to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provisions of law, in the distribution of dividends so fixed and determined. No Contingent Liability: This policy is nonassessable.

Christopher C. Zwygart

Secretary

Robert J. Jacques

President

WB 214 05 24                                                                                                                                          Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

    **a.** Any of the following, whether belonging to any insured or to others:

      **(1)** Computer hardware, including microprocessors;

      **(2)** Computer application software;

      **(3)** Computer operating systems and related software;

      **(4)** Computer networks;

      **(5)** Microprocessors (computer chips) not part of any computer system; or

      **(6)** Any other computerized or electronic equipment or components; or

    **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

  due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

    **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

    **b.** In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2001

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy (except Businessowners and Inland Marine) are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 1998

IL 00 17 Y 11 98                     West Bend®                     **Page 1 of 2**

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 1998

POLICY NUMBER:  C092188

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WEST BEND INSURANCE COMPANY
# NAME CHANGE ENDORSEMENT

This endorsement is made part of and should be kept with your policy.

West Bend Mutual Insurance Company changed its name to West Bend Insurance Company, therefore, any reference to West Bend Mutual Insurance Company shall be considered a reference to West Bend Insurance Company.

This endorsement does not affect or void any cancellation, non-renewal or reinstatement notice sent for any other reason or effective date.

All other terms of the policy remain unchanged.

**WB 241 05 24**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# OHIO CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** With respect to a policy which has been in effect for more than 90 days, or is a renewal of a policy we issued, the **Cancellation** Common Policy Condition is replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy only for one or more of the following reasons, except as provided in Paragraph **6.** below:

  **a.** Nonpayment of premium;

  **b.** Discovery of fraud or material misrepresentation in the procurement of the insurance or with respect to any claims submitted thereunder;

  **c.** Discovery of a moral hazard or willful or reckless acts or omissions on your part which increases any hazard insured against;

  **d.** The occurrence of a change in the individual risk which substantially increases any hazard insured against after the insurance coverage has been issued or renewed except to the extent the insurer could reasonably have foreseen the change or contemplated the risk in writing the contract;

  **e.** Loss of applicable reinsurance or a substantial decrease in applicable reinsurance, if the Superintendent has determined that reasonable efforts have been made to prevent the loss of, or substantial decrease in, the applicable reinsurance, or to obtain replacement coverage;

  **f.** Failure of an insured to correct material violations of safety codes or to comply with reasonable written loss control recommendations; or

  **g.** A determination by the Superintendent of Insurance that the continuation of the policy would create a condition that would be hazardous to the policyholders or the public.

**3.** We will mail written notice of cancellation to the first Named Insured, and agent if any, at the last mailing addresses known to us. Proof of mailing will be sufficient proof of notice.

**4.** We will mail the notice of cancellation at least:

  **a.** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

  **b.** 30 days before the effective date of cancellation, if we cancel for a reason stated in **2.b.** through **2.g.** above.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2006

IL 02 44 Y 09 07                                    West Bend®                                    **Page 1 of 2**

5. The notice of cancellation will:

   a. State the effective date of cancellation. The policy period will end on that date.

   b. Contain the date of the notice and the policy number, and will state the reason for cancellation.

6. Policies written for a term of more than one year or on a continuous basis may be cancelled by us for any reason at an anniversary date, upon 30 days' written notice of cancellation.

7. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

B. The following is added to the Common Policy Conditions and supersedes any provisions to the contrary:

   **NONRENEWAL**

   1. If we elect not to renew this policy, we will mail written notice of nonrenewal to the first Named Insured, and agent if any, at the last mailing addresses known to us. The notice will contain the date of the notice and the policy number, and will state the expiration date of the policy.

   2. We will mail the notice of nonrenewal at least 30 days before the expiration date of the policy.

   3. Proof of mailing will be sufficient proof of notice.

C. **Common Policy Conditions**

   1. Paragraph **A.2.a.** of the **Businessowners** Common Policy Conditions is deleted.

   2. Paragraph **E.2.** of the **Cancellation** Common Policy Condition in the Standard Property Policy is deleted. Paragraph **E.2.** is replaced by the following (unless Item **A.** of this endorsement applies):

   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

   b. **30 days before the effective date, if we cancel for any other reason.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2006

West Bend® IL 02 44 Y 09 07

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1.  The insurance does not apply:

   A.  Under any Liability Coverage, to "bodily injury" or "property damage":

   **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B.  Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

C.  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

   **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2.  As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

 © ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2007 IL 00 21 09 08 □

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT PRACTICES LIABILITY COVERAGE FORM
NOT-FOR-PROFIT ORGANIZATION DIRECTORS, OFFICERS AND TRUSTEES LIABILITY INSURANCE
COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE FORM

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "occurrence" or "claim", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy.  This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**WB 660 08 24**                                                West Bend®                                                **Page 1 of 1**



**WEST BEND**®
West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

**Commercial Property Coverage Declarations**

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025 to 06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079

**Agency Name and Address:**
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

34379

**Description of Location or Premises**

| Loc | Bldg | Building and Occupancy Description | Construction | Protection Class |
|-----|------|-----------------------------------|--------------|------------------|
| 1 | 1 | Building #1 - Apt<br>[0311] Apartments without Mercantile Occupancies - Up to 10 Units | Joisted Masonry | 01 |
| 1 | 2 | Building #2 - Apt<br>[0311] Apartments without Mercantile Occupancies - Up to 10 Units | Joisted Masonry | 01 |
| 1 | 3 | Building #3 - Apt<br>[0311] Apartments without Mercantile Occupancies - Up to 10 Units | Joisted Masonry | 01 |
| 1 | 4 | Building #4 - Apt<br>[0311] Apartments without Mercantile Occupancies - Up to 10 Units | Joisted Masonry | 01 |
| 1 | 5 | Building #5 - Apt<br>[0311] Apartments without Mercantile Occupancies - Up to 10 Units | Joisted Masonry | 01 |
| 1 | 6 | Building #6 - Apt<br>[0311] Apartments without Mercantile Occupancies - Up to 10 Units | Joisted Masonry | 01 |



West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

**Commercial Property Blanket Summary Schedule**

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025 to 06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079

**Agency Name and Address:**                                   34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

**Blanket Summary Schedule**

| Blanket Summary | Limit of Insurance | Coinsurance | Cause of Loss | Premium |
|---|---|---|---|---|
| Locations: 1 | $8,841,462 | 90% | Special | $31,932 |
| Blanket Building | | | | |

See Commercial Property Coverage Schedule for specific location details and applicable deductibles.



West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

## Commercial Property Coverage Declarations

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025 to 06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079

**Agency Name and Address:**      34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

## Commercial Property Coverage Schedule

| Loc | Bldg | Type | Limit of Insurance | Coinsurance | Cause Of Loss | Premium |
|---|---|---|---|---|---|---|
| 1 | 1 | Blanket Building | Included | Included | Special | Included |
| | | Replacement Cost | | | | |
| | | Agreed Value | | | | |
| | | Agreed Value Expiration Date: 06/24/2026 | | | | |
| | | Deductible - $50,000 | | | | |
| | | Wind/Hail Deductible - 2% | | | | |
| | | Wind/Hail Cosmetic Damage Roof Surfacing Excluded | | | | |

| Loc | Bldg | Type | Limit of Insurance | Coinsurance | Cause Of Loss | Premium |
|---|---|---|---|---|---|---|
| 1 | 1 | Business Income Including Rental Value & Extra Expense - Not to Exceed 12 Consecutive Months | Actual Loss Sustained | Waived | Special | $2,334 |
| | | Time Period - 72 hour waiting | | | | |
| | | Extended Period of Indemnity - 180 Days | | | | |
| | | Ordinance or Law - Increased Period of Restoration | | | | |

| Loc | Bldg | Type | Limit of Insurance | Coinsurance | Cause Of Loss | Premium |
|---|---|---|---|---|---|---|
| 1 | 2 | Blanket Building | Included | Included | Special | Included |
| | | Replacement Cost | | | | |
| | | Agreed Value | | | | |

DCF 03 08 24                Page 1 of 3                07/14/2025 12:44:12



**West Bend Insurance Company**
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

### Commercial Property Coverage Declarations

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025 to 06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079

**Agency Name and Address:**          34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

Agreed Value Expiration Date:
06/24/2026

Deductible - $50,000

Wind/Hail Deductible - 2%

Wind/Hail Cosmetic Damage Roof
Surfacing Excluded

| Loc | Bldg | Type | Limit of Insurance | Coinsurance | Cause Of Loss | Premium |
|-----|------|------|--------------------|-------------|---------------|---------|
| 1 | 3 | Blanket Building | Included | Included | Special | Included |

Replacement Cost

Agreed Value

Agreed Value Expiration Date:
06/24/2026

Deductible - $50,000

Wind/Hail Deductible - 2%

Wind/Hail Cosmetic Damage Roof
Surfacing Excluded

| Loc | Bldg | Type | Limit of Insurance | Coinsurance | Cause Of Loss | Premium |
|-----|------|------|--------------------|-------------|---------------|---------|
| 1 | 4 | Blanket Building | Included | Included | Special | Included |

Replacement Cost

Agreed Value

Agreed Value Expiration Date:
06/24/2026

Deductible - $50,000

Wind/Hail Deductible - 2%



West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

## Commercial Property Coverage Declarations

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025 to 06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079

**Agency Name and Address:**           34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

Wind/Hail Cosmetic Damage Roof
Surfacing Excluded

| Loc | Bldg | Type | Limit of Insurance | Coinsurance | Cause Of Loss | Premium |
|-----|------|------|--------------------|-------------|---------------|---------|
| 1 | 5 | Blanket Building | Included | Included | Special | Included |

Replacement Cost

Agreed Value

Agreed Value Expiration Date:
06/24/2026

Deductible - $50,000

Wind/Hail Deductible - 2%

Wind/Hail Cosmetic Damage Roof
Surfacing Excluded

| Loc | Bldg | Type | Limit of Insurance | Coinsurance | Cause Of Loss | Premium |
|-----|------|------|--------------------|-------------|---------------|---------|
| 1 | 6 | Blanket Building | Included | Included | Special | Included |

Replacement Cost

Agreed Value

Agreed Value Expiration Date:
06/24/2026

Deductible - $50,000

Wind/Hail Deductible - 2%

Wind/Hail Cosmetic Damage Roof
Surfacing Excluded

See attached Forms Schedule for forms and endorsements applicable to this coverage.

# WEST BEND®

West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

## Commercial Property Endorsements and Miscellaneous Premiums

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025 to 06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079

**Agency Name and Address:** 34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

### Endorsements – Applicable to All Locations

| Description | Form Number | Premium |
|---|---|---|
| Equipment Breakdown | WB34 | $1,882 |
| Property Additional Coverages and Coverage Extensions Endorsement – Elite | WB2906 | $1,000 |
| Cyber Suite | WB2843 | $576 |
| Water Backup, Sump Pump Overflow | WB1337 | $250 |

### Endorsements – Applicable to a Specific Location

| Loc | Bldg | Description | Form Number | Premium |
|---|---|---|---|---|
| 1 | 1 | Utility Services - Time Element | CP1545 | $0 |

### Miscellaneous Premiums

| Description | Form Number | Premium |
|---|---|---|
| Terrorism Risk Insurance Act | | $750 |
| Terrorism Risk Insurance Act (Fire Only) | | Included |
| | Total Commercial Property Premium: | $38,724 |

See attached Forms Schedule for forms and endorsements applicable to this coverage.

**WEST BEND**®

West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

## Commercial Property Additional Interest Schedule

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025 to 06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079

**Agency Name and Address:**                                   34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

## Additional Interest Schedule

| Loc | Name and Address | Reference/Loan Number | Interest |
|-----|------------------|-----------------------|----------|
| 1 | Community Bank ISAOA
PO Box 669
Dept 508
Waynesburg, PA 15370 | | Mortgageholder |

DCF 08 08 24                                   Page 1 of 1                                   07/14/2025 12:44:12



West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

## Commercial Property Forms Schedule

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025 to 06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079

**Agency Name and Address:**                    34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

## Forms Schedule

| Number | Edition | Description |
|--------|---------|-------------|
| CP0010 | 1012 | BUILDING AND PERSONAL PROPERTY  COVERAGE FORM |
| CP0030 | 1012 | BUSINESS INCOME (AND EXTRA EXPENSE)  COVERAGE FORM |
| CP0090 | 0788 | COMMERCIAL PROPERTY CONDITIONS |
| CP0140 | 0706 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| CP0321W | 1012 | WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE |
| CP0401 | 1000 | BRANDS AND LABELS |
| CP1030 | 0917 | CAUSES OF LOSS - SPECIAL FORM |
| CP1036X | 1012 | LIMITATIONS ON COVERAGE FOR ROOF AND EXTERIOR SURFACING |
| CP1075 | 1220 | CYBER INCIDENT EXCLUSION |
| CP1531 | 0917 | ORDINANCE OR LAW - INCREASED PERIOD OF RESTORATION |
| CP1545 | 0917 | UTILITY SERVICES - TIME ELEMENT |
| WB1337 | 0525 | WATER BACK UP, SUMP PUMP OVERFLOW |
| WB2186 | 0525 | BUSINESS INCOME COVERAGE - ACTUAL LOSS SUSTAINED (TWELVE MONTH LIMITATION) |
| WB2906 | 0524 | PROPERTY ADDITIONAL COVERAGES AND COVERAGE EXTENSIONS ENDORSEMENT |
| WB34 | 0525 | EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT |



West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

**Commercial Property Forms Schedule**

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025 to 06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079

**Agency Name and Address:**                              34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

**Forms Schedule**

| Number | Edition | Description |
| --- | --- | --- |
| WB898 | 0525 | YOUR BUSINESS PERSONAL PROPERTY AMENDMENT TENANT GLASS |
| WB2843 | 0524 | CYBER SUITE COVERAGE ENDORSEMENT (CLAIMS-MADE THIRD PARTY) |
| CP0123 | 0408 | OHIO CHANGES |
| WB2930 | 0524 | OHIO CHANGES AMENDATORY ENDORSEMENT |

**COMMERCIAL PROPERTY**
**CP 00 10 10 12**

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

    (1) The lowest basement floor; or

    (2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

o. The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

p. Vehicles or self-propelled machines (including aircraft or watercraft) that:

    (1) Are licensed for use on public roads; or

    (2) Are operated principally away from the described premises.

    This paragraph does not apply to:

        (a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

 © Insurance Services Office, Inc., 2011 CP 00 10 10 12

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4),** we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

 © Insurance Services Office, Inc., 2011

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $     500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |

($10,000 is 20% of $50,000.)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $  90,000 |
| Amount of Deductible: | $      500 |
| Amount of Loss: | $  80,000 |
| Amount of Loss Payable: | $  79,500 |
| | ($80,000 – $500) |
| Debris Removal Expense: | $  40,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $  10,500 |
| Additional Amount: | $  25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4),** because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4).** Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

© Insurance Services Office, Inc., 2011     **CP 00 10 10 12**

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

(3) The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced at the same or another premises; and

(ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

© Insurance Services Office, Inc., 2011   CP 00 10 10 12

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

 © Insurance Services Office, Inc., 2011

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

 © Insurance Services Office, Inc., 2011 CP 00 10 10 12

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---:|
| Deductible: | $ 250 |
| Limit of Insurance – Building 1: | $ 60,000 |
| Limit of Insurance – Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$ 60,100
– 250
$ 59,850 Loss Payable – Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---:|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building 2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

5. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. **Vacancy**

a. **Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

b. **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

7. **Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety-glazing material if required by law.

e. Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

## F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

### 1. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step (1): $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 – $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When: The value of the property is:

| | |
|---|---|
| Building at Location 1: | $ 75,000 |
| Building at Location 2: | $ 100,000 |
| Personal Property at Location 2: | $ 75,000 |
| | $ 250,000 |

The Coinsurance percentage for it is: 90%

The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: $ 180,000

The Deductible is: $ 1,000

The amount of loss is:

| | |
|---|---|
| Building at Location 2: | $ 30,000 |
| Personal Property at Location 2: | $ 20,000 |
| | $ 50,000 |

Step **(1):** $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $50,000 x .80 = $40,000

Step **(4):** $40,000 – $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

 © Insurance Services Office, Inc., 2011 CP 00 10 10 12

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

| If: | | |
|---|---|---|
| The applicable Limit of Insurance is: | $ 100,000 | |
| The annual percentage increase is: | 8% | |
| The number of days since the beginning of the policy year (or last policy change) is: | 146 | |
| The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | | $   3,200 |

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2)** or **(3),** subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

 © Insurance Services Office, Inc., 2011

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

 © Insurance Services Office, Inc., 2011 **CP 00 10 10 12**

**COMMERCIAL PROPERTY**
**CP 00 30 10 12**

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

**a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**d.** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

 © Insurance Services Office, Inc., 2011 CP 00 30 10 12

**b.  Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c.  Extended Business Income**

**(1)  Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2)  "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d.  Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage under this Additional Coverage when the Additional Limitation – Interruption Of Computer Operations does not apply based on Paragraph **A.4.d.** therein.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $2,500 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage, Interruption Of Computer Operations, does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

 © Insurance Services Office, Inc., 2011 CP 00 30 10 12

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

## B. Limits Of Insurance

The most we will pay for loss in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

**1.** Alterations And New Buildings;

**2.** Civil Authority;

**3.** Extra Expense; or

**4.** Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

**a.** You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Loss Determination**

   **a.** The amount of Business Income loss will be determined based on:

     **(1)** The Net Income of the business before the direct physical loss or damage occurred;

     **(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

     **(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

     **(4)** Other relevant sources of information, including:

       **(a)** Your financial records and accounting procedures;

       **(b)** Bills, invoices and other vouchers; and

       **(c)** Deeds, liens or contracts.

   **b.** The amount of Extra Expense will be determined based on:

     **(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

       **(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

       **(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

     **(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

   **c. Resumption Of Operations**

     We will reduce the amount of your:

     **(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

     **(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

   **d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

   We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

   **a.** We have reached agreement with you on the amount of loss; or

   **b.** An appraisal award has been made.

**D. Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**1.** The Coinsurance percentage shown for Business Income in the Declarations; times

**2.** The sum of:

   **a.** The Net Income (Net Profit or Loss before income taxes), and

   **b.** Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

 © Insurance Services Office, Inc., 2011 CP 00 30 10 12

Instead, we will determine the most we will pay using the following steps:

Step **(1):** Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2):** Divide the Limit of Insurance for the described premises by the figure determined in Step **(1);** and

Step **(3):** Multiply the total amount of loss by the figure determined in Step **(2).**

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**(1)** Prepaid freight – outgoing;

**(2)** Returns and allowances;

**(3)** Discounts;

**(4)** Bad debts;

**(5)** Collection expenses;

**(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

**(7)** Cost of merchandise sold (including transportation charges);

**(8)** Cost of other supplies consumed (including transportation charges);

**(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

**(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

**(11)** All payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

**(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example 1 (Underinsurance)**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: $ 400,000

The Coinsurance percentage is: 50%

The Limit of Insurance is: $ 150,000

The amount of loss is: $ 80,000

Step **(1):** $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $150,000 ÷ $200,000 = .75

Step **(3):** $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example 2 (Adequate Insurance)**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: $ 400,000

The Coinsurance percentage is: 50%

The Limit of Insurance is: $ 200,000

The amount of loss is: $ 80,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

**(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

**(2)** The Limit Of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

**(1)** The Limit of Insurance, multiplied by

**(2)** The fraction shown in the Declarations for this Optional Coverage.

**Example**

| When: | The Limit of Insurance is: | $ 120,000 |
|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is: | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | $ 30,000 |

($120,000 x 1/4 = $30,000)

If, in this example, the actual amount of loss is:

| Days 1–30: | $ 40,000 |
|---|---|
| Days 31–60: | $ 20,000 |
| Days 61–90: | $ 30,000 |
| | $ 90,000 |

We will pay:

| Days 1–30: | $ 30,000 |
|---|---|
| Days 31–60: | $ 20,000 |
| Days 61–90: | $ 30,000 |
| | $ 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

**a.** To activate this Optional Coverage:

**(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

**(a)** During the 12 months prior to the date of the Work Sheet; and

**(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

**(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

**(a)** The Coinsurance percentage shown in the Declarations; multiplied by

**(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

**b.** The Additional Condition, Coinsurance, is suspended until:

**(1)** 12 months after the effective date of this Optional Coverage; or

**(2)** The expiration date of this policy;

whichever occurs first.

**c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

**(1)** Within 12 months of the effective date of this Optional Coverage; or

**(2)** When you request a change in your Business Income Limit of Insurance.

**d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

**(1)** The Business Income Limit of Insurance; divided by

**(2)** The Agreed Value.

**Example**

| When: | The Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

**Step (1):** $100,000 ÷ $200,000 = .50

**Step (2):** .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

Under Paragraph **A.5.c., Extended Business Income,** the number 60 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

 © Insurance Services Office, Inc., 2011 CP 00 30 10 12

**F. Definitions**

1. "Finished stock" means stock you have manufactured.

   "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

   "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2. "Operations" means:

   a. Your business activities occurring at the described premises; and

   b. The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

3. "Period of restoration" means the period of time that:

   a. Begins:

      (1) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

      (2) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

      caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the earlier of:

      (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      (2) The date when business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

      (1) Regulates the construction, use or repair, or requires the tearing down, of any property; or

      (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Rental Value" means Business Income that consists of:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

   b. Continuing normal operating expenses incurred in connection with that premises, including:

      (1) Payroll; and

      (2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

6. "Suspension" means:

   a. The slowdown or cessation of your business activities; or

   b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

**COMMERCIAL PROPERTY**

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.

2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

    Copyright, ISO Commercial Risk Services, Inc.,  1983, 1987    CP 00 90 07 88    ☐

**COMMERCIAL PROPERTY**
**CP 01 40 07 06**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

    **1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

    **2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

POLICY NUMBER:  C092188

**COMMERCIAL PROPERTY**
**CP 03 21 W 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Windstorm Or Hail Deductible Percentage – Enter Percentage |
|---|---|---|
| 1 | 1 | 2% |
| 1 | 2 | 2% |
| 1 | 3 | 2% |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

The Windstorm or Hail Deductible, as shown in the Schedule and set forth in this endorsement, applies to covered loss or damage caused directly or indirectly by Windstorm or Hail. This Deductible applies to each occurrence of Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) Of Insurance are shown in the Declarations.

**WINDSTORM OR HAIL DEDUCTIBLE CALCULATIONS**

**A. Calculation Of The Deductible – All Policies**

1. A Deductible is calculated separately for, and applies separately to:

   a. Each building that sustains loss or damage;

   b. The personal property at each building at which there is loss or damage to personal property; and

   c. Personal property in the open.

   If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 03 21 W 10 12**                                      West Bend®                                      **Page 1 of 3**

**2.** We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition; Agreed Value Optional Coverage; or any provision in a Value Reporting Form relating to full reporting or failure to submit reports.

**3.** When property is covered under the Coverage Extension for Newly Acquired Or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Acquired Or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**B. Calculation Of The Deductible – Specific Insurance Other than Builders' Risk**

**1. Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

**2. Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is the latest value(s) shown in the most recent Report of Values on file with us.

However:

**a.** If the most recent Report of Values shows less than the full value(s) of the property on the report dates, we will determine the deductible amount as a percentage of the full value(s) as of the report dates.

**b.** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit(s) of Insurance.

**C. Calculation Of The Deductible – Blanket Insurance Other Than Builders' Risk**

**1. Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is that shown in the most recent Statement of Values on file with us.

**2. Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to the percentage (as shown in the Schedule) of the value(s) of that property as of the time of loss or damage.

**D. Calculation Of The Deductible – Builders' Risk Insurance**

**1. Builders' Risk Other Than Reporting Form**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to the percentage (as shown in the Schedule) of the actual cash value(s) of that property as of the time of loss or damage.

**2. Builders' Risk Reporting Form**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is the actual cash value(s) shown in the most recent Report of Values on file with us.

However:

**a.** If the most recent Report of Values shows less than the actual cash value(s) of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value(s) as of the report date.

**b.** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value(s) of the property as of the time of loss or damage.

**Examples – Application Of Deductible**

**Example 1 – Specific Insurance (B.1.)**

The amount of loss to the damaged building is $60,000.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Page 2 of 3**  West Bend®  CP 03 21 W 10 12

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the Coinsurance requirement is $80,000 (80% of $100,000).

The actual Limit of Insurance on the damaged building is $70,000.

The Deductible is 1%.

Step **(1):** $70,000 ÷ $80,000 = .875
Step **(2):** $60,000 x .875 = $52,500
Step **(3):** $70,000 x 1% = $700
Step **(4):** $52,500 – $700 = $51,800

The most we will pay is $51,800. The remainder of the loss, $8,200, is not covered due to the Coinsurance penalty for inadequate insurance (Steps **(1)** and **(2)**) and the application of the Deductible (Steps **(3)** and **(4)**).

### Example 2 – Specific Insurance (B.1.)

The amounts of loss to the damaged property are $60,000 (Building) and $40,000 (Personal Property in building).

The value of the damaged building at time of loss is $100,000. The value of the personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the Coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the personal property.

The actual Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property (therefore, no Coinsurance penalty).

The Deductible is 2%.

### Building

Step **(1):** $80,000 x 2% = $1,600
Step **(2):** $60,000 – $1,600 = $58,400

### Personal Property

Step **(1):** $64,000 x 2% = $1,280
Step **(2):** $40,000 – $1,280 = $38,720

The most we will pay is $97,120. The portion of the total loss not covered due to application of the Deductible is $2,880.

### Example 3 – Blanket Insurance (C.1.)

The sum of the values of Building 1 ($500,000), Building 2 ($500,000) and Building 3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,800,000 (90% of $2,000,000).

The actual Blanket Limit Of Insurance covering Buildings 1, 2, and 3, shown in the Declarations, is $1,800,000 (therefore, no Coinsurance penalty).

Buildings 1 and 2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building 1) and $20,000 (Building 2).

The Deductible is 2%.

### Building 1

Step **(1):** $500,000 x 2% = $10,000
Step **(2):** $40,000 – $10,000 = $30,000

### Building 2

Step **(1):** $500,000 x 2% = $10,000
Step **(2):** $20,000 – $10,000 = $10,000

The most we will pay is $40,000. The portion of the total loss not covered due to application of the Deductible is $20,000.

### Example 4 – Blanket Insurance (C.1.)

The sum of the values of Building 1 ($500,000), Building 2 ($500,000), Personal Property at Building 1 ($250,000) and Personal Property at Building 2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,350,000 (90% of $1,500,000).

The actual Blanket Limit Of Insurance covering Buildings 1 and 2 and Personal Property at Buildings 1 and 2, shown in the Declarations, is $1,350,000. Therefore, there is no Coinsurance penalty.

Building 1 and Personal Property at Building 1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Personal Property).

The Deductible is 5%.

### Building

Step **(1):** $500,000 x 5% = $25,000
Step **(2):** $95,000 – $25,000 = $70,000

### Personal Property

Step **(1):** $250,000 x 5% = $12,500

The loss, $5,000, does not exceed the Deductible.

The most we will pay is $70,000. The remainder of the building loss, $25,000, is not covered due to application of the Deductible. There is no loss payment for the personal property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

POLICY NUMBER:  C092188

**COMMERCIAL PROPERTY**
**CP 03 21 W 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Windstorm Or Hail Deductible Percentage – Enter Percentage |
|:---:|:---:|:---:|
| 1 | 4 | 2% |
| 1 | 5 | 2% |
| 1 | 6 | 2% |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

The Windstorm or Hail Deductible, as shown in the Schedule and set forth in this endorsement, applies to covered loss or damage caused directly or indirectly by Windstorm or Hail. This Deductible applies to each occurrence of Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) Of Insurance are shown in the Declarations.

**WINDSTORM OR HAIL DEDUCTIBLE CALCULATIONS**

**A. Calculation Of The Deductible – All Policies**

1. A Deductible is calculated separately for, and applies separately to:

   **a.** Each building that sustains loss or damage;

   **b.** The personal property at each building at which there is loss or damage to personal property; and

   **c.** Personal property in the open.

   If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2. We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition; Agreed Value Optional Coverage; or any provision in a Value Reporting Form relating to full reporting or failure to submit reports.

3. When property is covered under the Coverage Extension for Newly Acquired Or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Acquired Or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**B. Calculation Of The Deductible – Specific Insurance Other than Builders' Risk**

1. **Property Not Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

2. **Property Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is the latest value(s) shown in the most recent Report of Values on file with us.

   However:

   a. If the most recent Report of Values shows less than the full value(s) of the property on the report dates, we will determine the deductible amount as a percentage of the full value(s) as of the report dates.

   b. If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit(s) of Insurance.

**C. Calculation Of The Deductible – Blanket Insurance Other Than Builders' Risk**

1. **Property Not Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is that shown in the most recent Statement of Values on file with us.

2. **Property Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to the percentage (as shown in the Schedule) of the value(s) of that property as of the time of loss or damage.

**D. Calculation Of The Deductible – Builders' Risk Insurance**

1. **Builders' Risk Other Than Reporting Form**

   In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to the percentage (as shown in the Schedule) of the actual cash value(s) of that property as of the time of loss or damage.

2. **Builders' Risk Reporting Form**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is the actual cash value(s) shown in the most recent Report of Values on file with us.

   However:

   a. If the most recent Report of Values shows less than the actual cash value(s) of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value(s) as of the report date.

   b. If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value(s) of the property as of the time of loss or damage.

**Examples – Application Of Deductible**

**Example 1 – Specific Insurance (B.1.)**

The amount of loss to the damaged building is $60,000.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the Coinsurance requirement is $80,000 (80% of $100,000).

The actual Limit of Insurance on the damaged building is $70,000.

The Deductible is 1%.

Step **(1):** $70,000 ÷ $80,000 = .875
Step **(2):** $60,000 x .875 = $52,500
Step **(3):** $70,000 x 1% = $700
Step **(4):** $52,500 – $700 = $51,800

The most we will pay is $51,800. The remainder of the loss, $8,200, is not covered due to the Coinsurance penalty for inadequate insurance (Steps **(1)** and **(2)**) and the application of the Deductible (Steps **(3)** and **(4)**).

### Example 2 – Specific Insurance (B.1.)

The amounts of loss to the damaged property are $60,000 (Building) and $40,000 (Personal Property in building).

The value of the damaged building at time of loss is $100,000. The value of the personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the Coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the personal property.

The actual Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property (therefore, no Coinsurance penalty).

The Deductible is 2%.

### Building

Step **(1):** $80,000 x 2% = $1,600
Step **(2):** $60,000 – $1,600 = $58,400

### Personal Property

Step **(1):** $64,000 x 2% = $1,280
Step **(2):** $40,000 – $1,280 = $38,720

The most we will pay is $97,120. The portion of the total loss not covered due to application of the Deductible is $2,880.

### Example 3 – Blanket Insurance (C.1.)

The sum of the values of Building 1 ($500,000), Building 2 ($500,000) and Building 3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,800,000 (90% of $2,000,000).

The actual Blanket Limit Of Insurance covering Buildings 1, 2, and 3, shown in the Declarations, is $1,800,000 (therefore, no Coinsurance penalty).

Buildings 1 and 2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building 1) and $20,000 (Building 2).

The Deductible is 2%.

### Building 1

Step **(1):** $500,000 x 2% = $10,000
Step **(2):** $40,000 – $10,000 = $30,000

### Building 2

Step **(1):** $500,000 x 2% = $10,000
Step **(2):** $20,000 – $10,000 = $10,000

The most we will pay is $40,000. The portion of the total loss not covered due to application of the Deductible is $20,000.

### Example 4 – Blanket Insurance (C.1.)

The sum of the values of Building 1 ($500,000), Building 2 ($500,000), Personal Property at Building 1 ($250,000) and Personal Property at Building 2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,350,000 (90% of $1,500,000).

The actual Blanket Limit Of Insurance covering Buildings 1 and 2 and Personal Property at Buildings 1 and 2, shown in the Declarations, is $1,350,000. Therefore, there is no Coinsurance penalty.

Building 1 and Personal Property at Building 1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Personal Property).

The Deductible is 5%.

### Building

Step **(1):** $500,000 x 5% = $25,000
Step **(2):** $95,000 – $25,000 = $70,000

### Personal Property

Step **(1):** $250,000 x 5% = $12,500

The loss, $5,000, does not exceed the Deductible.

The most we will pay is $70,000. The remainder of the building loss, $25,000, is not covered due to application of the Deductible. There is no loss payment for the personal property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**COMMERCIAL PROPERTY**
**CP 04 01 10 00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BRANDS AND LABELS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**A.** If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or any part of the property at an agreed or appraised value. If so, you may:

**1.** Stamp "salvage" on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

**2.** Remove the brands or labels, if doing so will not physically damage the merchandise. You must relabel the merchandise or its containers to comply with the law.

**B.** We will pay reasonable costs you incur to perform the activity described in **A.1.** or **A.2.** above. But the total we pay for these costs and the value of the damaged property will not exceed the applicable Limit of Insurance on such property.

**CP 04 01 10 00**                    Copyright, Insurance Services Office, Inc., 1999                    **Page 1 of 1**      ▢

**COMMERCIAL PROPERTY**
**CP 10 30 09 17**

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

### a. Ordinance Or Law

The enforcement of or compliance with any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

### b. Earth Movement

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for Volcanic Action as set forth in **(5)(a), (5)(b)** and **(5)(c),** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.

 © Insurance Services Office, Inc., 2016

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1), (3)** or **(4),** or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

 © Insurance Services Office, Inc., 2016 **CP 10 30 09 17**

But if any of the above, in Paragraphs **(1)** through **(5),** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

h. **"Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

b. Delay, loss of use or loss of market.

c. Smoke, vapor or gas from agricultural smudging or industrial operations.

d.**(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

 © Insurance Services Office, Inc., 2016

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

    **(1)** You do your best to maintain heat in the building or structure; or

    **(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

    This exclusion:

    **(1)** Applies whether or not an act occurs during your normal hours of operation;

    **(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

    **(1)** An abrupt falling down or caving in;

    **(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

    **(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

    But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

    **(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

    **(b)** To collapse caused by one or more of the following:

        **(i)** The "specified causes of loss";

        **(ii)** Breakage of building glass;

        **(iii)** Weight of rain that collects on a roof; or

        **(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

    This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

    **(1)** Planning, zoning, development, surveying, siting;

    **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

    **(3)** Materials used in repair, construction, renovation or remodeling; or

    **(4)** Maintenance;

© Insurance Services Office, Inc., 2016  CP 10 30 09 17

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

    a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

    b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

    c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

        (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

        (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

    d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

        However, this limitation does not apply to:

        (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

        (2) Business Income Coverage or Extra Expense Coverage.

    e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

    f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

    g. Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

        (1) Dampness or dryness of atmosphere or of soil supporting the vegetation;

        (2) Changes in or extremes of temperature;

        (3) Disease;

        (4) Frost or hail; or

        (5) Rain, snow, ice or sleet.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

    a. Animals, and then only if they are killed or their destruction is made necessary.

    b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

        (1) Glass; or

        (2) Containers of property held for sale.

    c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

        However, this limitation does not apply:

        (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

© Insurance Services Office, Inc., 2016

**(2)** To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

   **a.** $2,500 for furs, fur garments and garments trimmed with fur.

   **b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   **c.** $2,500 for patterns, dies, molds and forms.

   **d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

   **a.** Results in discharge of any substance from an automatic fire protection system; or

   **b.** Is directly caused by freezing.

   However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage – Collapse**

   The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   **a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   **b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   **c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

   **d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

      **(1)** A cause of loss listed in **2.a.** or **2.b.;**

      **(2)** One or more of the "specified causes of loss";

      **(3)** Breakage of building glass;

      **(4)** Weight of people or personal property; or

      **(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage – Collapse** does **not** apply to:

   **a.** A building or any part of a building that is in danger of falling down or caving in;

   **b.** A part of a building that is standing, even if it has separated from another part of the building; or

   **c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

   **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

b. Awnings, gutters and downspouts;

c. Yard fixtures;

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves and docks;

g. Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

(1) Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

(2) The property is Covered Property under this Coverage Form.

5. If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a. The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

b. The personal property which collapses is inside a building; and

c. The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6. This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

E. **Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

a. A "specified cause of loss" other than fire or lightning; or

b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

© Insurance Services Office, Inc., 2016  **CP 10 30 09 17**

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

**6.** The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

   **a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   **b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F.** **Additional Coverage Extensions**

  **1.** **Property In Transit**

   This Extension applies only to your personal property to which this form applies.

   **a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   **b.** Loss or damage must be caused by or result from one of the following causes of loss:

    **(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

    **(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

    **(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

   **c.** The most we will pay for loss or damage under this Extension is $5,000.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

  **2.** **Water Damage, Other Liquids, Powder Or Molten Material Damage**

   If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

 © Insurance Services Office, Inc., 2016

### 3. Glass

    **a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

    **b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

### G. Definitions

  **1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

  **2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

      **(1)** The cost of filling sinkholes; or

      **(2)** Sinking or collapse of land into man-made underground cavities.

    **b.** Falling objects does not include loss or damage to:

      **(1)** Personal property in the open; or

      **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

    **c.** Water damage means:

      **(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

      **(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe caused by wear and tear, when the pipe is located off the described premises and is connected to or is part of a potable water supply system or sanitary sewer system operated by a public or private utility service provider pursuant to authority granted by the state or governmental subdivision where the described premises are located.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

 © Insurance Services Office, Inc., 2016 CP 10 30 09 17

POLICY NUMBER: C092188

**COMMERCIAL PROPERTY**
**CP 10 36 X 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATIONS ON COVERAGE FOR ROOF AND EXTERIOR SURFACING

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number | Indicate Applicability (Paragraph A. and/or Paragraph B.) |
|---|---|---|
| 1 | 1 | B |
| 1 | 2 | B |
| 1 | 3 | B |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A.** The following applies with respect to loss or damage by wind and/or hail to a building or structure identified in the Schedule as being subject to this Paragraph **A.**:

We will determine the value of "roof surfacing" or "exterior surfacing" at actual cash value as of the time of loss or damage.

**B.** The following applies with respect to loss or damage by wind and/or hail to a building or structure identified in the Schedule as being subject to this Paragraph **B.**:

We will not pay for cosmetic damage to "roof surfacing" or "exterior surfacing" caused by wind and/or hail. For the purpose of this endorsement, cosmetic damage means that the wind and/or hail caused marring, pitting or other superficial damage that altered the appearance of the "roof surfacing" or "exterior surfacing", but such damage does not prevent the "roof surfacing" or "exterior surfacing" from continuing to function as a barrier to entrance of the elements to the same extent as it did before the cosmetic damage occurred.

**C.** For the purpose of this endorsement, the following definitions apply:

**1.** "Roof surfacing" means the shingles, tiles, cladding, metal or synthetic sheeting or similar materials covering the roof and includes, but is not limited to, all materials used in securing the roof surface and all materials applied to or under the roof surface for moisture protection, as well as roof flashing, vents, ridges, and valleys.

**2.** "Exterior Surfacing" means the material(s) used to surface the exterior of a building to protect against exposure to the elements including, but not limited to:

**a.** Siding, including soffits and fascia;

**b.** Doors, including overhead doors and door wraps;

**c.** Windows, including frames, casings, cladding, trim, weather stripping, screens, and all window accessories; and

**d.** Skylights.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

CP 10 36 X 10 12      West Bend®      Page 1 of 1

POLICY NUMBER:  C092188

**COMMERCIAL PROPERTY**
**CP 10 36 X 10 12**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LIMITATIONS ON COVERAGE FOR ROOF AND EXTERIOR SURFACING

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number | Building Number | Indicate Applicability (Paragraph A. and/or Paragraph B.) |
|---|---|---|
| 1 | 4 | B |
| 1 | 5 | B |
| 1 | 6 | B |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A.** The following applies with respect to loss or damage by wind and/or hail to a building or structure identified in the Schedule as being subject to this Paragraph **A.**:

We will determine the value of "roof surfacing" or "exterior surfacing" at actual cash value as of the time of loss or damage.

**B.** The following applies with respect to loss or damage by wind and/or hail to a building or structure identified in the Schedule as being subject to this Paragraph **B.**:

We will not pay for cosmetic damage to "roof surfacing" or "exterior surfacing" caused by wind and/or hail. For the purpose of this endorsement, cosmetic damage means that the wind and/or hail caused marring, pitting or other superficial damage that altered the appearance of the "roof surfacing" or "exterior surfacing", but such damage does not prevent the "roof surfacing" or "exterior surfacing" from continuing to function as a barrier to entrance of the elements to the same extent as it did before the cosmetic damage occurred.

**C.** For the purpose of this endorsement, the following definitions apply:

**1.** "Roof surfacing" means the shingles, tiles, cladding, metal or synthetic sheeting or similar materials covering the roof and includes, but is not limited to, all materials used in securing the roof surface and all materials applied to or under the roof surface for moisture protection, as well as roof flashing, vents, ridges, and valleys.

**2.** "Exterior Surfacing" means the material(s) used to surface the exterior of a building to protect against exposure to the elements including, but not limited to:

**a.** Siding, including soffits and fascia;

**b.** Doors, including overhead doors and door wraps;

**c.** Windows, including frames, casings, cladding, trim, weather stripping, screens, and all window accessories; and

**d.** Skylights.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

CP 10 36 X 10 12      West Bend®      Page 1 of 1

**COMMERCIAL PROPERTY**
**CP 10 75 12 20**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The following exclusion is added to Paragraph **B. Exclusions:**

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Cyber Incident**

**1.** Unauthorized access to or use of any computer system (including electronic data).

**2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including electronic data) or otherwise disrupt its normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**B. Exceptions And Limitations**

**1. Fire Or Explosion**

If a cyber incident as described in Paragraphs **A.1.** through **A.3.** of this exclusion results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**2. Additional Coverage**

The exclusion in Paragraph **A.** does not apply to the extent that coverage is provided in the:

**a.** Additional Coverage – Electronic Data; or

**b.** Additional Coverage – Interruption Of Computer Operations.

**3. Electronic Commerce Endorsement**

The exclusion in Paragraph **A.** does not apply to the Electronic Commerce (E-Commerce) endorsement when attached to your policy.

**C. Vandalism**

The following is added to Vandalism, if Vandalism coverage is not otherwise excluded under the Standard Property Policy or the Causes Of Loss – Basic, Broad or Special Forms and if applicable to the premises described in the Declarations:

Vandalism does not include a cyber incident as described in Paragraph **A.**

POLICY NUMBER: C092188

**COMMERCIAL PROPERTY**
**CP 15 31 09 17**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW – INCREASED PERIOD OF RESTORATION

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

**SCHEDULE**

| |
|---|
| **Described Premises:** Location #1 - Building #1 - Apt |
| **Post-Loss Ordinance Or Law Option:**   Yes ☒    No ☐ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** If a Covered Cause of Loss occurs to a building(s) at the premises described in the Schedule, resulting in a "suspension" of "operations" covered under this policy, the "period of restoration" is extended to include the increased period required to comply with the minimum standards of an ordinance or law, provided that:

**1.** The ordinance or law regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

**2.** The requirements of the ordinance or law are in force at the time of loss. But if the Post-Loss Ordinance Or Law Option is indicated in the Schedule as being applicable, then Paragraph **A.3.** applies instead of this Paragraph **A.2.**

**3.** The requirements of the ordinance or law are in force at the time of loss; or the ordinance or law is promulgated or revised after the loss but prior to commencement of reconstruction or repair and provided that such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.

However, coverage is not extended under this endorsement to include loss caused by or resulting from the enforcement of or compliance with any ordinance or law which requires:

**1.** The demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**2.** Any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**B.** The following definition is added:

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**CP 15 31 09 17**                    © Insurance Services Office, Inc., 2016                    **Page 1 of 1**

POLICY NUMBER: C092188

**COMMERCIAL PROPERTY**
**CP 15 45 09 17**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES – TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Utility Services Limit Of Insurance | Enter **"X"** for each applicable property. | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Water Supply Property | Waste-water Removal Property | Commu-nication Supply Property (including overhead trans-mission lines) | Commu-nication Supply Property (**not** including overhead trans-mission lines) | Power Supply Property (including overhead trans-mission lines) | Power Supply Property (**not** including overhead trans-mission lines) |
| 1 | 1 | $ Actual Loss Sustained | X | X | | X | | X |
| **Causes Of Loss Form Applicable:** Special - Incl Theft | | | | | | | | |
| **Business Income Waiting Period:** ___72___ **Hours** | | | | | | | | |
| (Leave blank if no waiting period applies to Business Income, or if Business Income coverage does not apply.) | | | | | | | | |
| | | $ | | | | | | |
| **Causes Of Loss Form Applicable:** | | | | | | | | |
| **Business Income Waiting Period:** _____ **Hours** | | | | | | | | |
| (Leave blank if no waiting period applies to Business Income, or if Business Income coverage does not apply.) | | | | | | | | |
| | | $ | | | | | | |
| **Causes Of Loss Form Applicable:** | | | | | | | | |
| **Business Income Waiting Period:** _____ **Hours** | | | | | | | | |
| (Leave blank if no waiting period applies to Business Income, or if Business Income coverage does not apply.) | | | | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | | | | |

**A. Coverage**

Your coverage for Business Income and/or Extra Expense, as provided and limited in the applicable Coverage Form, is extended to apply to a "suspension" of "operations" at the described premises caused by an interruption in utility service to that premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss (as provided under the applicable Causes of Loss form indicated in the Schedule) to the property described in Paragraph **E.** if such property is indicated by an "X" in the Schedule.

**B. Waiting Period**

If a Business Income Waiting Period is indicated in the Schedule, such waiting period begins at the time of interruption of utility service to the described premises.

**C. Duration Of Coverage**

Coverage under this endorsement applies to loss sustained and expense incurred during the period of time that:

**1.** Begins:

   **a.** Following expiration of the waiting period indicated in the Schedule, for Business Income; or

   **b.** At the time of interruption of utility service to the described premises, for Extra Expense (and for Business Income, if a Business Income Waiting Period does not apply); and

**2.** Ends when:

   **a.** "Operations" are fully resumed by any means; or

   **b.** "Operations" could be fully resumed with reasonable speed following restoration of utility service to the described premises;

whichever occurs first.

The expiration date of this policy will not cut short the duration of coverage under this endorsement.

The "period of restoration" definition in the Coverage Form, or in any endorsement amending the Coverage Form, does not apply to the coverage provided under this endorsement.

**D. Exception**

Coverage under this endorsement does not apply to Business Income loss or Extra Expense related to interruption in utility service which causes loss or damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning set forth in the Coverage Form to which this endorsement applies.

**E. Utility Services**

**1.** Water Supply Property, meaning the following types of property supplying water to the described premises:

   **a.** Pumping stations; and

   **b.** Water mains.

**2.** Wastewater Removal Property, meaning a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water. The utility property includes sewer mains, pumping stations and similar equipment for moving the effluent to a holding, treatment or disposal facility, and includes such facilities.

Coverage under this endorsement does not apply to interruption in service caused by or resulting from a discharge of water or sewage due to heavy rainfall or flooding.

**3.** Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

   **a.** Communication transmission lines, including optic fiber transmission lines;

   **b.** Coaxial cables; and

   **c.** Microwave radio relays except satellites.

It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**4.** Power Supply Property, meaning the following types of property supplying electricity, steam or gas to the described premises:

   **a.** Utility generating plants;

   **b.** Switching stations;

   **c.** Substations;

     © Insurance Services Office, Inc., 2016     **CP 15 45 09 17**

**d.** Transformers; and

**e.** Transmission lines.

It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**F.** As used in this endorsement, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**G.** The **Coinsurance** Additional Condition does not apply to this endorsement.

**H.** The Utility Services Limit Of Insurance, as shown in the Schedule, is the only Limit which applies to the coverage provided under this endorsement, and is part of, not in addition to, the Limit Of Insurance stated in the Declarations as applicable to the described premises.

POLICY NUMBER: C092188

**COMMERCIAL PROPERTY**
**WB 1337 05 25**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WATER BACK-UP AND SUMP PUMP OVERFLOW

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

**SCHEDULE**

| Policy Limit of Insurance (Annual Aggregate Limitation Applies) | |
| --- | --- |
| $ 50,000 | |
| Separate Premises Option ☐ Yes ☒ No | |
| **Premises Number** | **Limit Of Insurance (Annual Aggregate Limitation Applies)** |
| | $ |
| | $ |
| | $ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** We will pay for direct physical loss or damage, not caused by your negligence, to Covered Property caused by or resulting from:

**1.** Water or waterborne material which backs up through or overflows or is otherwise discharged from a sewer or drain; or

**2.** Water or waterborne material which overflows or is otherwise discharged from a sump, sump pump or related equipment, even if the overflow or discharge results from mechanical breakdown of a sump pump, or its related equipment.

**B.** With respect to the coverage provided under this endorsement, **Exclusion B.1.g. Water** in CAUSES OF LOSS – BASIC FORM; CAUSES OF LOSS – BROAD FORM; CAUSES OF LOSS – SPECIAL FORM is replaced by the following:

**1.** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**2.** Mudslide or mudflow;

**3.** Water under the ground surface pressing on, or flowing or seeping through:

  **a.** Foundations, walls, floors or paved surfaces;

  **b.** Basements, whether paved or not; or

  **c.** Doors, windows or other openings; or

**4.** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1.** or **3.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **4.**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** through **4.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

WB 1337 05 25                    West Bend®                    Page 1 of 2

**C. Business Income And Extra Expense**

We will pay for business income loss and/or extra expense in accordance with the terms of the Coverage Form applicable to such premises under your policy, when such loss or expense arises out of the direct physical loss or damage described in Paragraph **A**.

**D. Limits Of Insurance**

**1. Policy Limit**

The most we will pay, for the coverage provided under this endorsement for the total of all direct physical loss or damage and business income and/or extra expense occurring during the policy term is the Policy Limit indicated in the Schedule.  This limit does not apply separately to each location.

**2. Premises Limit**

If the Schedule indicates that the Separate Premises Option applies, then the most we will pay for the coverage provided under this endorsement for the total of all direct physical loss or damage and business income and/or extra expense occurring during the policy term is the Limit Of Insurance, as indicated for each premises. The Limit Of Insurance applies separately to each premises described in the Schedule.

**E. Annual Aggregate Limitation**

The most we will pay for the total of all direct physical loss or damage sustained and business income and/or extra expense caused by all occurrences in a 12-month period (starting with the beginning of the present annual policy period), regardless of the number of occurrences during that period of time, is the Policy Limit Of Insurance or the Premises Limit Of Insurance described in the Schedule.

With respect to an occurrence which begins in one policy year and continues or results in additional direct physical loss or damage, loss of business income, or extra expense you incur in a subsequent policy year(s), all direct physical loss or damage, loss of business income, or extra expense you incur is deemed to be sustained in the policy year in which the occurrence began.

**F.** Section **D. Deductible** applies.

**G.** For the purposes of this endorsement, the term drain includes a roof drain and related fixtures.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Page 2 of 2**                                    West Bend®                                    **WB 1337 05 25**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESS INCOME COVERAGE
# ACTUAL LOSS SUSTAINED
# (TWELVE MONTH LIMITATION)

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

1.  Coverage is provided for Business Income (and Extra Expense) including "Rental Value".
2.  Paragraph **B. LIMITS OF INSURANCE** is replaced by the following:

    The most we will pay for loss in any one occurrence is the actual loss of business income you sustained, not to exceed 12 consecutive months after the date of direct physical loss or damage.
3.  All reference to coinsurance in the coverage form is deleted.

POLICY NUMBER:   C092188

**COMMERCIAL PROPERTY**
**WB 2906 05 24**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROPERTY ADDITIONAL COVERAGES AND COVERAGE EXTENSIONS ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT OWNERS COVERAGE FORM

## SCHEDULE

☐ **ESSENTIAL**   ☒ **ELITE**

| COVERAGE EXTENSIONS | | |
|---|---|---|
| **COVERAGE** | **LIMITS OF INSURANCE OR TERMS AND CONDITIONS CHANGE** | |
| **Accounts Receivable** | $500,000 | **At Each Premises** |
| | $10,000 | **At Premises Not Described** |
| **Appurtenant Structures** | $10,000 | **Policy Limit** |
| **Building Material Theft – Non-owned Premises** | $10,000 | **Policy Limit** |
| **Ordinance Or Law – Building Or Tenant's Improvements And Betterments** | Replacement Cost Valuation Required | |
| | The Lesser of $100,000 or  20% of the Limit of Insurance | **Combined Demolition Cost & Increased Cost Of Construction** |
| **Electronic Data Processing Equipment and Software** | $50,000 | **At Each Premises** |
| **Fine Arts** | $50,000 | **At Each Premises** |
| **Increase In Rebuilding Expenses Following Disaster** | 15% | **Additional Expense Coverage/At Each Premises** |
| **Lock And Key Replacement** | $5,000 | **Any One Occurrence** |
| **Newly Acquired Or Constructed Property** | | |
|     **Building** | $1,000,000 | **At Each Building** |
|     **Business Personal Property** | $500,000 | **At Each Building** |
|     **Period Of Coverage** | 30 | **Days** |
| **Outdoor Fences** | Included | |
| **Outdoor Property** | | |
|     **Maximum In Any One Occurrence** | $25,000 | **Any One Occurrence** |
|     **Maximum Per Tree, Shrub Or Plant** | $1,000 | **Any One Occurrence** |
| **Outdoor Signs** | | |
|     **Attached** | Included | |
|     **Detached** | $20,000 | **At Each Premises** |

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

| Personal Property | | |
|---|---|---|
| Off-premises | $100,000 | Up To 90 Days |
| In Transit | Refer to this Endorsement | Policy Occurrence |
| Personal Effects | $50,000 | At Each Premises |
| | $2,500 | Employee Tools Maximum / At Each Premises |
| Personal Property Of Others | $25,000 | At Each Premises |
| | $2,500 | Employee Tools Maximum / At Each Premises |
| Portable Tools | Actual Cash Value Coverage | |
| Maximum In Any One Occurrence | $25,000 | Any One Occurrence |
| Maximum To You Or Any Employee | $5,000 | Any One Occurrence |
| Premises Boundary | | Distance Limitation Increased To 1,000 Feet |
| Property At Fairs Or On Exhibition | $100,000 | Any One Occurrence |
| Property In Custody Of Sales Representatives | $50,000 | Any One Occurrence |
| Rewards | $75,000 | Any One Occurrence |
| Spoilage | $25,000 | At Each Premises |
| Valuable Papers And Records | $500,000 | At Each Premises |
| (Other Than Electronic Data) | $10,000 | At Premises Not Described |
| Water Back Up; Sump Pump Overflow | $25,000 | Per Policy / Annual Aggregate |
| ADDITIONAL COVERAGES | | |
| Business Crime | | |
| Computer And Funds Transfer Fraud | $20,000 | Any One Occurrence |
| Employee Theft | $25,000 | Any One Occurrence |
| Forgery Or Alteration Of Negotiable Instruments | $25,000 | Any One Occurrence |
| Identity Theft Expense | $50,000 | Policy Period |
| Kidnap Expense | $50,000 | Policy Period |
| Money And Securities | $15,000 | Inside The Premises – Any One Occurrence |
| | $10,000 | Outside The Premises – Any One Occurrence |
| Money Orders And Counterfeit Money | $10,000 | Any One Occurrence |
| Business Income & Extra Expense | $50,000 | At Each Premises |
| Business Income & Extra Expense | | |
| Civil Authority | None | Waiting Period |
| Lost Lease Protection | $10,000 | Policy Period |
| Business Income From Dependent Properties | $50,000 | Any One Occurrence |
| Business Travel Accidental Death Benefit | $50,000 | Policy Period |
| Conference Cancellation | $25,000 | Policy Period |
| Debris Removal Additional Limit | $100,000 | At Each Location |
| Donation Assurance | $50,000 | Policy Period |
| Emergency Real Estate Consulting Fee | $50,000 | Policy Period |
| Fire Department Service Charge | $250,000 | At Each Premises |

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

| | | |
|---|---|---|
| Fire Extinguisher System Recharge Expense | Included | |
| Fundraising Event Blackout | $25,000 | Policy Period |
| Image Restoration Counseling | $50,000 | Policy Period |
| Officers Or Directors Replacement Expenses | $50,000 | Policy Period |
| Peak Season | 100% | Not Applicable To Value Reporting or Blanket |
| Political Unrest Coverage | $50,000 | Policy Period |
| Pollutant Cleanup And Removal | $50,000 | At Each Premises / Annual Aggregate |
| Temporary Meeting Space Rental | $25,000 | Policy Period |
| Terrorism Travel Reimbursement | $50,000 | Policy Period |
| Travel Delay Reimbursement | $1,500 | Per Policy Period / 72 Hour Waiting Period |
| Underground Pipes, Flues And Drains | Covered Property | |
| Utility Services Failure – Off Premises | Excluding Overhead Lines | |
| Workplace Violence Counseling | $100,000 | Policy Period |

This Limit Of Insurance or Term And Condition is in addition to any other insurance provided by this endorsement and is the most we will apply for loss or damage for the indicated Coverage.

Coverage provided by this endorsement is subject to the Cause of Loss Form attached to this policy and the policy's Deductible provision unless otherwise noted.

Coverages provided by this endorsement are in excess of any other specific coverages that are provided in other Coverage Parts or other Policies, provided by West Bend Mutual Insurance Company.

A. Premises Boundary

1. When this endorsement is attached to Building and Personal Property Coverage Form or Condominium Association Coverage Form, under Section A.1. Covered Property:

Item a. Building, Paragraph (5)(b); item b. Your Business Personal Property; item c. Personal Property Of Others, Paragraph (2), the distance limitation is amended to read within 1,000 feet of the described premises.

Under Section A.5. Coverage Extensions the distance limitation in the first Paragraph is amended to read within 1,000 feet of the described premises.

2. When this endorsement is attached to Condominium Commercial Unit-Owners Coverage Form under Section A.1. Covered Property:

Item a. Your Business Personal Property; Item b.(2) Personal Property Of Others, the distance limitation is amended to read within 1,000 feet of the described premises.

Under Section A.5. Coverage Extensions the distance limitation in the first Paragraph is amended to read within 1,000 feet of the described premises.

3. When this endorsement is attached to Building and Personal Property Coverage Form or Condominium Association Coverage Form, under Section A.1. Covered Property Item a. Building, the following is added:

(6) Appurtenant structures

The most we will pay under this Additional Coverage is the Limit of Insurance shown in the Schedule.

B. Under Section A.2. Property Not Covered:

1. Paragraph a. is deleted and replaced by:

a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities except as provided in the Coverage Extensions. Lottery tickets held for sale are not securities.

2. When this endorsement is attached to Building and Personal Property Coverage Form or Condominium Association Coverage Form, and Building coverage applies, Paragraph m. is deleted.

3. When this endorsement is attached to Building and Personal Property Coverage Form or Condominium Association Coverage Form, Paragraph q.(2) is deleted and replaced by:

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
WB 2906 05 24                              West Bend®

Radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

4. When this endorsement is attached to Condominium Commercial Unit-Owners Coverage Form, Paragraph **k.(2)** is deleted and replaced by:

Radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**C.** Under **Section A.4. Additional Coverages**

In addition to the Limits Of Insurance under the Building and Personal Property Coverage Form, Condominium Association Coverage Form, or Condominium Commercial Unit-Owners Coverage Form you may extend the insurance provided by this policy to these Additional Coverages.

Unless otherwise indicated, the Limits Of Insurance provided by these Additional Coverages are in addition to **Section C. Limits Of Insurance**.

Unless otherwise indicated **Section D. Deductible** applies to these Additional Coverages.

1. Paragraph **4.a. Debris Removal** is deleted and replaced by:

   **a. Debris Removal**

   **(1)** Subject to Paragraphs **(2)**, **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

   **(2)** Debris Removal does not apply to costs to:

   **(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property.

   **(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

   **(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

   **(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

   **(e)** Remove deposits of mud or earth from the grounds of the described premises;

   **(f)** Extract "pollutants" from land or water; or

   **(g)** Remove, restore or replace polluted land or water.

   **(3)** Subject to the exceptions in Paragraph **(4)** the following provisions apply:

   **(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

   **(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

   **(4)** We will pay up to the additional amount indicated in the Schedule for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

   **(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

   **(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

West Bend®                    **WB 2906 05 24**

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus the Limit of Insurance shown in the Schedule.

2. Paragraph **c. Fire Department Service Charge** is deleted and replaced by:

   **c. Fire Department Service Charge**

   When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to the Limit of Insurance shown in the Schedule for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

   This Additional Coverage applies to your liability for fire department service charges:

   **(1)** Assumed by contract or agreement prior to loss; or

   **(2)** Required by local ordinance.

   **Section D. Deductible** does not apply to this Additional Coverage.

3. Paragraph **d. Pollutant Clean Up And Removal** is deleted and replaced by:

   **d. Pollutant Clean-up And Removal**

   We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

   The Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

   The most we will pay under this Additional Coverage for each described premises is the Limit of Insurance shown in the Schedule for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

D. The following coverages are added to **Section A.4. Additional Coverages:**

Unless otherwise indicated, the Limits Of Insurance provided by these Additional Coverages are in addition to **Section C. Limits Of Insurance.**

Unless otherwise indicated **Section D. Deductible** applies to these Additional Coverages.

4. **Additional Coverages**

   g. **Business Crime**

      **Coverage 1 – Computer And Funds Transfer Fraud**

      We will pay up to the Limit of Insurance shown in the Schedule in any one "occurrence":

      **(1)** Loss resulting directly from a fraudulent:

         **(a)** Entry of "electronic data" or "computer program" into; or

         **(b)** Change of "electronic data" or computer program within:

      any "computer system", provided that the fraudulent entry or fraudulent change causes, with regard to Paragraphs **g.(1)(a)** and **g.(1)(b)** above:

         **(i)** "Money", "securities" or "other property" to be transferred, paid or delivered to a person, entity or account beyond your control; or

         **(ii)** Your account at a "financial institution" to be debited or deleted;

      without your knowledge or consent.

      **(2)** Loss resulting directly from a "financial institution" debiting your "transfer account" in reliance upon a "transfer instruction" purportedly issued by you directing the "financial institution" to transfer, pay or deliver "money" or "securities" from that account, but which "transfer instruction" proves to have been fraudulently issued by an imposter without your knowledge or consent.

      We will not pay for:

      **(1)** Loss resulting from a fraudulent:

         **(a)** Entry of "electronic data" or "computer program" into; or

         **(b)** Change of "electronic data" or computer program within:

      any "computer system" by an "employee" or other person or entity with authorized access to that "computer system".

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(2)** Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification, or other cards, or the information contained on such cards.

**(3)** Loss resulting from the giving or surrendering of property in any exchange or purchase.

**(4)** Loss resulting from an "employee" or other person or entity acting upon any kind of instruction to:

  **(a)** Transfer, pay or deliver "money", "securities" or "other property", or

  **(b)** Debit or delete your account;

which instruction proves to be fraudulent, except for a "financial institution" acting upon an instruction to debit your "transfer account" when covered under **g.(2)** above.

**(5)** Loss, or that part of any loss, the proof of which is to be existence or amount is dependent upon:

  **(a)** An inventory computation; or

  **(b)** A profit and loss computation.

### Coverage 2 – Identity Theft Expense

We will reimburse any present director or officer of the named insured, for "identity theft expenses" incurred as the direct result of any "identity theft" first discovered and reported during the policy period, provided that it began to occur subsequent to the effective date of the insured's first policy with us.

The Limit of Insurance for this coverage per policy period is the Limit of Insurance shown in the Schedule.

**Section D. Deductible** does not apply.

### Coverage 3 – Kidnap Expense

We will pay on behalf of any officer or director of the insured, reasonable fees incurred as a result of the kidnapping of them or their spouse, "domestic partner", parent or child during the policy period. Coverage will not apply to any kidnapping by or at the direction of any present or former family member of the victim.

Reasonable fees include:

**(1)** Fees and expenses of an independent negotiator or consultant retained with prior approval from us;

**(2)** Costs of travel and accommodations incurred by the named insured which become necessary due to the applicable kidnapping;

**(3)** The reward paid by the named insured, which is pre-approved by us, to an informant for information not otherwise available which leads to the arrest and conviction of persons responsible for any damages under this policy; and

**(4)** The current salary of your officer or director who is kidnapped.

Salary shall be paid for a period commencing upon abduction and ceasing upon:

**(1)** The release of the employee or discovery of the death of the employee; or

**(2)** 120 days after we receive the last credible evidence that the "employee" is still alive; or

**(3)** Twelve (12) months after the date of the kidnapping; or

**(4)** The exhaustion of the kidnap expense limit,

whichever comes first.

The Limit of Insurance for this coverage per policy period is the Limit of Insurance shown in the Schedule.

**Section D. Deductible** does not apply.

### Coverage 4 – Employee Theft

We will pay up to the Limit of Insurance shown in the Schedule in any one "occurrence" for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this coverage, "theft" includes forgery.

### Coverage 5 – Forgery Or Alteration Of Negotiable Instruments

We will pay up to the Limit of Insurance shown in the Schedule in any one "occurrence" for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

**(1)** Made or drawn by or drawn upon you; or

**(2)** Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

For the purposes of this coverage, a substitute check as defined in the Check Clearing for the 21st Century Act will be treated the same as the original it replaced.

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

If you are sued for refusing to pay any instrument covered above, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount that we will pay is in addition to the Limit of Insurance applicable to this coverage.

### Coverage 6 – Money And Securities

We will pay up to the Limit of Insurance shown in the Schedule in any one "occurrence" for loss of "money" and "securities" inside the "premises" or "financial institution premises" resulting directly from "theft", disappearance or destruction.

We will pay up to the Limit of Insurance shown in the Schedule in any one "occurrence", for loss of "money" and "securities" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

### Coverage 7 – Money Orders and Counterfeit Money

We will pay up to the Limit of Insurance shown in the Schedule in any one "occurrence" for loss resulting directly from you having accepted in good faith in exchange for merchandise, "money" or services:

(a) Money orders issued by any post office, express company or "financial institution" that are not paid upon presentation: or

(b) "Counterfeit money" that is acquired during the regular course of business.

Under Business Crime **Coverage 1** – Computer And Funds Transfer Fraud, **Coverage 2** – Identity Theft Expense, **Coverage 3** – Kidnap Expense, **Coverage 4** – Employee Theft, **Coverage 5** – Forgery Or Alteration Of Negotiable Instruments, **Coverage 6** – Money And Securities and **Coverage 7** – Money Orders And Counterfeit Money we will not pay for:

(1) Loss resulting from "theft" or any other fraudulent or dishonest act committed by:

(a) You; or

(b) Any of your partners or "members";

whether acting alone or in collusion with other persons.

(2) Loss resulting from "theft" or any other fraudulent or dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

(a) Whether acting alone or in collusion with other persons; or

(b) While performing services for you or otherwise;

except when covered under **Coverage 4** – Employee Theft.

(3) Loss that is an indirect result of an "occurrence" covered by this insurance including, but not limited to, loss resulting from:

(a) Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property".

(b) Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance; or

(c) Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

(4) Fees, costs and expenses incurred by you, which are related to any legal action, except when covered under **Coverage 5** – Forgery or Alteration Of Negotiable Instruments.

(5) Loss involving virtual currency of any kind, by whatever name known, whether actual or fictitious including, but not limited to, digital currency, crypto currency or any other type of electronic currency.

(6) Loss resulting from the surrender of ransom in response to an unlawful demand including, but not limited to, an unlawful demand arising out of:

(a) An actual or alleged kidnap or threat to do bodily harm to any person, other than "robbery" covered under this insurance;

(b) A threat to do damage to any property or to contaminate, pollute or render substandard your products or goods;

(c) A threat to introduce a denial of service attack into an "computer system";

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(d) A threat to introduce a virus or other malicious instruction into any "computer system", which would encrypt, damage, destroy or corrupt "electronic data" or "computer programs" stored within the "computer system"; or

(e) A threat to access, download, disseminate, divulge or utilize:

(i) Your information or the information of any other natural person or entity; or

(ii) Weaknesses in the source code within any "computer system";

except when covered under **Coverage 4 - Employee Theft** or **Coverage 5 - Forgery Or Alteration Of Negotiable Instruments**

(7) Loss resulting from payment of any kind in response to denial of service attack, ransomware, virus or other malicious instruction introduced into any "computer system" that denies or restricts access, encrypts, downloads or otherwise damages, destroys or corrupts any "computer system", "electronic data" or "computer program", except when covered under **Coverage 4 -** Employee Theft or **Coverage 5 -** Forgery Or Alteration Of Negotiable Instruments.

(8) Fees, costs and expenses incurred by you arising out of any act or event in Paragraph **(6)** or **(7)** above except when covered under **Coverage 3 -** Kidnap Expense.

Under **Coverage 4** – Employee Theft, we will not pay for:

(1) Loss caused by any "employee" if the "employee" had also committed "theft" or any other fraudulent or dishonest act prior to the effective date of this insurance and you or a "designated person" not in collusion with the "employee", learned of such "theft" or fraudulent or dishonest act prior to the Policy Period shown in the Declarations.

(2) Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

(a) An inventory computation; or

(b) A profit and loss computation.

However, where you establish wholly apart from such computations, that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

(3) Loss resulting from trading, whether in your name or in a genuine or fictitious account.

(4) Loss resulting from fraudulent or dishonest signing, issuing, canceling or failing to cancel a warehouse receipt or any papers connected with it.

Under **Coverage 6** – Money & Securities we will not pay for:

(1) Loss resulting from accounting or arithmetical errors or omissions.

(2) Loss resulting from the giving or surrendering of property in any exchange or purchase.

(3) Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

The following Conditions apply to **Business Crime** in addition to the **Common Policy Conditions** and **Commercial Property Conditions**.

**Termination Of Coverage As To Any Employee**

This insurance terminates as to any "employee" as soon as:

(a) A "designed person"; or

(b) An "employee" in your Human Resources Department or its equivalent; not in collusion with the "employee", learns of "theft" or any other fraudulent or dishonest act committed by the "employee" whether before or after becoming employed by you; or

(c) On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing**.**

We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Extended Period To Discover Loss**

(1) We will pay for loss that you sustain prior to the effective date of cancellation or termination of this insurance in its entirety, as to any Insured or on any coverage, which is "discovered" by a "designated person" no later than one year from the date of that cancellation or termination.

(2) However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you or that Insured, whether from us or another insurer, which replaces in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

Subject to the conditions **Loss Sustained Partly During This Insurance And Partly During Prior Insurance; and Loss Sustained Entirely During Prior Insurance:**

We will pay if you sustain loss resulting directly from an "occurrence" taking place during the Policy Period shown in the Declarations which is "discovered" by a "designated person" during the Policy Period shown in the Declarations or during the period of time provided in the **Extended Period To Discover Loss** condition.

**Loss Sustained Partly During This Insurance And Partly During Prior Insurance**

If loss is "discovered" by a "designated person" during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place:

(1) Partly during the Policy Period shown in the Declarations; and

(2) Partly during the policy period(s) of any prior cancelled or terminated insurance that we or any affiliate issued to you or any predecessor in interest;

and this insurance became effective at the time of cancellation or termination of the prior insurance, we will first settle the amount of loss that you sustained during this Policy Period. We will then settle the remaining amount of loss that you sustained during the policy period(s) of the prior insurance.

The most we will pay for the entire loss is the highest single Limit of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior insurance issued by us.

**Loss Sustained Entirely During Prior Insurance**

If loss is "discovered" by a "designated person" during the Policy Period shown in the Declarations resulting directly from an "occurrence" taking place entirely during the policy period(s) of any prior cancelled or terminated insurance that we or any affiliate issued to you or any predecessor in interest, we will pay for the loss, provided that:

(1) This insurance became effective at the time of cancellation or termination of the prior insurance; and

(2) The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

We will first settle the amount of loss that you sustained during the most recent prior insurance. We will then settle any remaining amount of loss that you sustained during the policy period(s) of any other prior insurance.

The most we will pay for the entire loss is the highest single Limit of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior insurance issued by us.

**Records**

You must keep records of all property covered under this insurance so we can verify the amount of any loss.

**Recoveries**

(1) Any recoveries, whether effected before or after any payment under this insurance, whether made by us or you, will be applied net of the expense of such recovery:

(a) First, to you in satisfaction of your covered loss in excess of the amount paid under this insurance;

(b) Second, to us in satisfaction of amounts paid in settlement of your claim;

(c) Third, to you in satisfaction of any Deductible Amount; and

(d) Fourth, to you in satisfaction of any loss not covered under this insurance.

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(2)** Recoveries do not include any recovery:

**(a)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

**(b)** Of original "securities" after duplicates of them have been issued.

**Valuation – Settlement**

**(1)** We will pay for:

**(a)** Loss of "money" but only up to and including its face value. We will, at your option, pay for loss of "money" issued by any country other than the United States of America.

**(i)** At face value in the "money" issued by that country; or

**(ii)** In the United States of America dollar equivalent determined by the rate of exchange published in the Wall Street Journal on the day the loss was "discovered".

**(b)** Loss of "securities" but only up to and including their value at the close of business on the day the loss was "discovered". We may, at our option:

**(i)** Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities"; or

**(ii)** Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

**(a)** Market Value of the "securities" at the close of business on the day the loss was "discovered"; or

**(b)** The Limit of Insurance applicable to the "Securities".

**(c)** Loss of or damage to property other than "money" and "securities" for the replacement cost of the property without deduction for depreciation. However, we will not pay more than the least of the following:

**(i)** The Limit of Insurance applicable to the lost or damaged property;

**(ii)** The cost to replace the lost or damaged property with property of comparable material and quality and used for the same purpose; or

**(iii)** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

We will not pay on a replacement cost basis for any loss or damage covered under Paragraph **(c)** above:

**(i)** Until the lost or damaged property is actually repaired or replaced; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage occurred.

If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

**(2)** We will, at your option, pay for loss or damage to such property:

**(a)** In the "money" of the country in which the loss or damage occurred; or

**(b)** In the United States of America dollar equivalent of the "money" of the country in which the loss or damage was sustained, determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

**(3)** Any property that we pay for or replace becomes our property.

The following Condition applies to **Coverage 4** – Employee Theft.

**Territory**

We will pay for loss caused by any "employee" while temporarily outside the territory specified in the Commercial Property Conditions for a period of not more than 90 consecutive days.

The following Condition applies to **Coverage 5** – Forgery or Alteration Of Negotiable Instruments.

**(1)** The Deductible Amount does not apply to legal expenses paid under **Coverage 5** – Forgery or Alteration Of Negotiable Instruments coverage.

**(2)** We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(3)** You must include with your proof of loss any instrument involved in that loss, or, if that is not possible, an affidavit setting forth the amount and cause of loss.

**(4)** We will cover loss you sustain resulting directly from an "occurrence" taking place within the coverage territory. We also provide coverage in a country that is not the subject of trade embargos, economic sanctions or other trade restrictions by the government of the United States of America.

The following Condition applies to **Coverage 6** – Theft of Money and Securities – Outside the Premises.

**Armored Motor Vehicle Companies**

We will only pay for the amount of loss you cannot recover:

**(1)** Under your contract with the armored motor vehicle company; and

**(2)** From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

The following **Definitions** apply to **Business Crime** in addition to the Definitions in the Building and Personal Property Coverage Form, Condominium Association Coverage Form, and Condominium Commercial Unit Owners Coverage Form.

**(1)** "Computer program" means a set of related electronic instructions, which direct the operation and function of a computer or devices connected to it, which enables the computer or devices to receive, process, store or send "electronic data".

**(2)** "Computer system" means:

  **(a)** Any computer, including transportable or handheld devices, electronic storage devices and related peripheral components;

  **(b)** Any systems and applications software; and

  **(c)** Any related telecommunications networks; including the Internet, connected to or used in conjunction with such computer or devices;

which, with regard to Paragraphs **(a)**, **(b)** and **(c)** above:

  **(1)** Collects, transmits, processes, stores or retrieves "electronic data", and

  **(2)** Is:

    **(i)** Owned, leased or operated by you;

    **(ii)** Owned and operated by an "employee" who has agreed in writing to your personal device use policy; or

    **(iii)** Operated by an authorized third party while performing services for you, but only with respect to your "electronic data".

**(3)** "Counterfeit money" means an imitation of "money" which is intended to deceive and to be taken as genuine.

**(4)** "Designated person" means:

  **(a)** Any insurance risk manager**;**

  **(b)** Any partner, "member", "manager", director or trustee;

  **(c)** Any elected, appointed or otherwise titled officer; or

  **(d)** The highest-ranking "employee" at the "premises" where such "employee" performs the majority of his or her duties;

of any Insured.

**(5)** "Discovery", "discover" or "discovered" means the time when a "designated person" first becomes aware of facts which would cause a reasonable person to assume that a loss of a type covered by this insurance has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details of loss may not then be known.

"Discovery", "discover" or "discovered" also means the time when a "designated person" first receives notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance.

**(6)** "Electronic data" means information, facts, images or sounds stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software) on data storage devices, including hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**(7)** "Employee"

  **(a)** Employee means:

    **(i)** Any natural person:

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(a) While in your service and for the first 30 days immediately after termination of service, unless such termination is due to "theft" or any other fraudulent or dishonest act committed by the "employee";

(b) Whom you compensate directly by salary, wages or commissions; and

(c) Whom you have the right to direct and control while performing services for you;

(ii) Any natural person who is furnished temporarily to you:

(a) To substitute for a permanent "employee" defined in Paragraph (i) above, who is on leave; or

(b) To meet seasonal or short-term work load conditions;

while that person is subject to your direction and control and performing services for you;

(iii) Any natural person who is leased to you under a written agreement between you and a labor leasing firm to perform duties related to the conduct of your business, but does not mean a temporary "employee" defined in Paragraph (ii) above;

(iv) Any natural person who is an administrator, director, trustee, manager or, "employee", except an administrator or manager who is an independent contractor.

(v) Any natural person who is a former "employee", partner, "member", "manager", director or trustee retained by you as a consultant while performing services for you;

(vi) Any natural person who is a guest student or intern pursuing studies or duties;

(vii) Any natural person employed by an entity merged or consolidated with you prior to the effective date of this insurance; and

(viii) Any natural person who is your "manager", director or trustee while:

(a) Performing acts within the scope of the usual duties of an "employee"; or

(b) Acting as a member of any committee duly elected or appointed by resolution of your board of directors, board of trustees or functional equivalent thereof, to perform specific, as distinguished from general, directorial acts on your behalf.

(b) "Employee" does not mean any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified above.

(8) "Financial institution" under Paragraph g. **Business Crime, Coverage 6** – Money And Securities means:

(a) A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution; or

(b) An insurance company.

(9) "Financial institution" under Paragraph g. **Business Crime, Coverage 1** – Computer And Funds Transfer Fraud means:

(a) A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution; or

(b) An insurance company; or

(c) A stock brokerage firm or investment company

(10) "Financial institution premises" means the interior of that portion of any building occupied by a "financial institution".

(11) "Forgery" means the signing of the name of another person or entity with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

(12) "Identity theft" means the act of knowingly transferring or using without lawful authority a means of identification of any Officer or Director (or spouse thereof) of the named insured with the intent to commit or to aid or abet another to commit any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law.

(13) "Identity theft expenses" means:

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(a) Costs for notarizing fraud affidavits or similar documents for financial institutions or similar credit grantors or credit agencies that have required that such affidavits be notarized.

(b) Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors.

(c) Loan application fees for re-applying for loan or loans when the original application is rejected solely because the lender received incorrect credit information due to "identity theft".

(14) "Manager" means a natural person serving in a directional capacity for a limited liability company.

(15) "Member" means an owner of a limited liability company represented by its membership interest, who, If a natural person, also may serve as a "manager".

(16) "Messenger" means you, or your relative, or any of your partners, "members", or "employees" while having care and custody of property outside the "premises".

(17) "Money" means:

(a) Currency, coins, bank notes in current use and having a face value;

(b) Travelers checks, and money orders held for sale to the public; and

(c) Deposits in your account at any "financial institution".

(18) "Occurrence" means:

(a) As respects to **Coverage 4** – Employee Theft:

(i) An individual act;

(ii) The combined total of all separate acts, whether or not related; or

(iii) A series of acts, whether or not related;

committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, except as provided under Paragraph **g.** Business Crime Condition **Loss Sustained During Prior Insurance Issued By Us Or Any Affiliate** or **Loss Sustained During Prior Insurance Not Issued By Us Or Any Affiliate**.

(b) As respects to **Coverage 5** – Forgery or Alteration Of Negotiable Instruments:

(i) An individual act;

(ii) The combined total of all separate acts, whether or not related; or

(iii) A series of acts, whether or not related;

committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations, except as provided under Paragraph **g.** Business Crime Condition **Loss Sustained During Prior Insurance Issued By Us Or Any Affiliate** or **Loss Sustained During Prior Insurance Not Issued By Us Or Any Affiliate**.

(c) As respects to **Coverage 1** – Computer and Funds Transfer Fraud, **Coverage 6** – Theft of Money and Securities Inside the Premises and Outside the Premises, and **Coverage 7** – Money Orders and Counterfeit Money

(i) An individual act or event;

(ii) The combined total of all separate acts or events, whether or not related; or

(iii) A series of acts or events, whether or not related;

committed by a person acting alone or in collusion with other persons, or not committed by any person, during the Policy Period shown in the Declarations, except as provided under Paragraph **g.** Business Crime Condition **Loss Sustained During Prior Insurance Issued By Us Or Any Affiliate** or **Loss Sustained During Prior Insurance Not Issued By Us Or Any Affiliate**.

(19) "Other property" means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include "computer programs", "electronic data" or any property specifically excluded under this insurance.

(20) "Premises" means the interior of that portion of any building you occupy in conducting your business.

(21) "Robbery" means the unlawful taking of property from the care and custody of a person by one who has:

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(a)** Caused or threatened to cause that person bodily harm; or

**(b)** Committed an obviously unlawful act witnessed by that person.

**(22)** "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

**(a)** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**(b)** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

But does not include "money".

**(23)** "Theft" means the unlawful taking of property to the deprivation of the Insured.

**(24)** "Transfer account" means an account maintained by you at a "financial institution" from which you can initiate the transfer payment or delivery of "money" or "securities".

**(25)** "Transfer instruction" means:

As respects to **Coverage 1** – Computer And Funds Transfer Fraud:

An instruction received by a "financial institution", which is transmitted:

**(a)** By email, text message, instant message, telefacsimile, telephone or other electronic means; or

**(b)** In writing, other than an instrument covered under **Coverage 5 -** Forgery or Alteration Of Negotiable Instruments;

directing the "financial institution" to transfer, pay or deliver "money" or "securities" from your "transfer account" to a person, entity or account beyond your control.

**h. Business Income**

Causes of Loss – Special Form, Paragraph **B. Exclusions, 4. Special Exclusions**, Paragraphs **a.(1)** through **(5)** apply to this additional coverage.

**Business Income From Dependent Properties**

**(1)** We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss or damage at the premises of a "dependent property", "secondary contributing location" or "secondary recipient location" caused by or resulting from a Covered Cause of Loss.

**(2)** However, this Additional Coverage does not apply when the only loss to "dependent property" is loss or damage to "electronic data", including destruction or corruption of "electronic data". If the "dependent property" sustains loss or damage to "electronic data" and other property, coverage under this Coverage Extension will not continue once the other property is repaired, rebuilt or replaced.

**(3)** The most we will pay under this Additional Coverage is the Limit of Insurance shown in the Schedule.

**(4)** We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

**(a)** Source of materials; or

**(b)** Outlet for your products.

**(5)** We will reduce the amount of your Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**(6)** The coverage period for Business Income under this Additional Coverage:

**(a)** Begins immediately after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the "dependent property", "secondary contributing location" or "secondary recipient location"; and

**(b)** Ends on the date when the property at the premises of the "dependent property", "secondary contributing location" or "secondary recipient location" should be repaired, rebuilt or replaced with reasonable speed and similar quality.

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(7)** The Business Income coverage period, as stated in Paragraph **(6),** does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

    **(a)** Regulates the construction, use or repair, or requires the tearing down, of any property; or

    **(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will reduce the Business Income coverage period.

The following **Definitions** apply to Business Income From Dependent Properties in addition to the Building and Personal Property Coverage Form, Condominium Association Coverage Form and Condominium Commercial Unit Owners Coverage Form definitions.

**(1)** "Dependent property" means property operated by others whom you depend on to:

    **(a)** Deliver materials or services to you, or to others for your account (Contributing Locations). But any property which delivers any of the following services is not a Contributing Location with respect to such services:

        **(i)** Water Supply Services;

        **(ii)** Power supply services;

        **(iii)** Wastewater removal services; or

        **(iv)** Communication supply services, including services relating to Internet access or access to any electronic network;

    **(b)** Accept your products or services (Recipient Locations);

    **(c)** Manufacture products for deliver to your customers under contract of sale (Manufacturing Locations); or

    **(d)** Attract customers to your business (Leader Locations).

**(2)** "Secondary contributing location" is an entity which:

    **(a)** Is not owned or operated by the Contributing Location; and

    **(b)** Delivers materials or services to the Contributing Location which in turn are used by that Contributing Location in providing materials or services to you.

A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure is not a "secondary contributing location".

Any property which delivers any of the following services is not a "secondary contributing location" with respect to such services:

    **(a)** Water Supply Services:

    **(b)** Power supply services:

    **(c)** Wastewater removal services; or

    **(d)** Communication supply services, including services relating to Internet access or access to any electronic network.

**(3)** "Secondary recipient location" is an entity which:

    **(a)** Is not owned or operated by the Recipient Location; and

    **(b)** Accepts materials or services to the Recipient Location which in turn accepts your materials or services.

A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure is not a "secondary recipient location".

The "dependent property", "secondary contributing location" or "secondary recipient location" must be located in the coverage territory of this policy.

**(4)** "Period of restoration" means the period of time that:

    **(a)** Begins immediately after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the "dependent property" (or "secondary contributing location" or "secondary recipient location"); and

    **(b)** Ends on the date when the property at the described premises of the "dependent property" or "secondary contributing location" or secondary recipient location" should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

"Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

(a) Regulates the construction, use or repair, or requires the tearing down of any property; or

(b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

(5) Suspension" means the slowdown or cessation of your business activities.

**Section D. Deductible** does not apply.

**Business Income and Extra Expense**

We will pay the actual loss of Business Income and necessary Extra Expense you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by a direct physical loss of or damage to property at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of such premises.

With respect to the requirements set forth in the preceding Paragraph, if you occupy only part of a building, your premises means:

(1) The portion of the building which you rent, lease or occupy;

(2) The area within 1,000 feet of the building or within 1,000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

(3) Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

(1) Avoid or minimize the "suspension" of business and to continue your "operations" at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

(2) Minimize the "suspension" of business if you cannot continue your operations.

(3) To research, replace, or restore the information on damaged valuable papers and records, but only if those expenses reduce the amounts otherwise payable in this Endorsement.

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this coverage extension.

The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or damage occurred;

(2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

(3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

(a) Your financial records and accounting procedures;

(b) Bills, invoices and other vouchers; and

(c) Deeds, liens or contracts.

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

The amount of Extra Expense will be determined based on:

(1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

(b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

(2) Necessary expenses that reduce the Business Income otherwise incurred.

We will reduce the amount of your Business Income loss, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

The following **Definitions** apply to Business Income and Extra Expense in addition to the Definitions in the Building and Personal Property Coverage Form, Condominium Association Coverage Form, and Condominium Commercial Unit-Owners Coverage Form.

(1) "Business Income" means the:

(a) Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

(b) Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

(2) "Operations" means:

Your business activities occurring at the described premises.

(3) "Period of restoration" means the period of time that:

(a) Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

(b) Ends on the earlier of:

(i) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(ii) The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

(a) Regulates the construction, use or repair, or requires the tearing down of any property; or

(b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

(4) "Suspension" means the slowdown or cessation of your business activities.

The most we will pay for loss or damage under this Additional Coverage at each described premises is the Limit of Insurance shown in the Schedule.

**Section D. Deductible** does not apply.

**Civil Authority**

We will extend this coverage to apply to actual loss of Business Income you sustain caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately, surrounding the damaged property is prohibited by civil authority as a result of the damage and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage will apply for a period of up to 72 hours after the time of the first action of civil authority that prohibits access to the described premises.

**Section D. Deductible** does not apply.

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Lost Lease Protection**

We will pay for Business Income and Extra Expense costs you incur for "lost lease interest" due to cancellation of lease contracts by your tenants. Cancellation must result from a direct physical loss by a Covered Cause of Loss to covered real property during the policy period.

"Lost lease interest" means:

The difference between the rent payments you were collecting prior to a covered loss and the total anticipated rental income including any tenant obligations you may be responsible for after the loss or damage has been repaired or rebuilt.

"Lost lease interest" does not include refunds or rebates for prepaid rent payments made on your behalf by tenants, or deposits of any kind made by tenants to a landlord or lessor of other premises.

Coverage begins with the date of direct physical loss and ends on the date when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

The most we will pay under this Additional Coverage is the Limit of Insurance shown in the Schedule.

**Section D. Deductible** does not apply.

i. **Business Travel Accidental Death Benefit**

We will pay a Business Travel Accidental Death Benefit for any expenses incurred by the named insured if a director or officer suffers an "injury" resulting in death or loss of limbs, sight, speech or hearing as described in Paragraph **(2)** below, while traveling on a common carrier for business purposes during the policy period.

(1) There will be no coverage if the cause of the "injury" that resulted in loss was:

    (a) an intentional act by the insured**;**

    (b) an act of suicide or attempted suicide, whether or not the deceased was sane or insane at the time of the attempted suicide;

    (c) an act of war; or

    (d) a disease process.

(2) For the purpose of this additional coverage, we will pay the Business Travel Accident Benefit amount if the "injury" resulted in:

    (a) Physical damage to the body caused by violence, fracture, or an accident during the policy term that results in loss of life not later than 180 days after the policy expiration, the date of cancellation or the date of non-renewal;

    (b) Accidental loss of limbs or multiple fingers;

    (c) Total loss of sight, speech or hearing.

"Injury" means any physical damage to the body caused by accident, violence, sickness or disease sustained by a person, including death resulting from any of these at any time.

The Limit of Insurance provided by this Additional Coverage per policy period is the Limit of Insurance shown in the Schedule.

**Section D. Deductible** does not apply.

j. **Conference Cancellation**

We will reimburse the insured for any business-related expenses, paid by the insured and not otherwise reimbursed, for a canceled conference that an employee was scheduled to attend.

With respect to this coverage:

(1) The insured employee must have registered for the conference at least 30 days prior to the cancellation; and

(2) The cancellation must be ordered by a local, state or federal Board of Health or other governmental authority having jurisdiction over the location of the conference.

The limit of insurance provided by this Additional Coverage per policy period is the Limit of Insurance shown in the Schedule.

**Section D. Deductible** does not apply.

k. **Donation Assurance**

We will reimburse you for "failed donation claim(s)".

(1) With respect to any "failed donation claim":

    (a) The donor must never have been in bankruptcy, nor have filed for bankruptcy/reorganization prior to the time said pledge was made to the insured;

    (b) For non-cash donations, payment will be based on the fair market value of said non-cash donation at the time of the "failed donation claim";

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(c) In the case of unemployment incapacitation of a donor and as a condition of payment of the "failed donation claim";

   (i) neither you nor the donor shall have had reason to believe the donor would become unemployed or incapacitated subsequent to the donation date and;

   (ii) the donor shall be unemployed for at least 60 days prior to us making payment;

(d) No coverage shall be afforded for a written pledge of funds or other measurable tangible property to you dated prior to the policy period;

(e) A donation amount which is to be collected over more than a 12 month period shall be deemed a single donation.

(2) "Failed donation claim" means written notice to the Insured during the Policy Period of:

(a) the bankruptcy or reorganization of any donor whereby such bankruptcy or reorganization prevents the donor from honoring a prior written pledge of funds or other measurable tangible property to the Insured; or

(b) the unemployment or incapacitation of a natural person donor preventing him/her from honoring a prior written pledge of funds or other measurable tangible property to the Insured.

The limit provided by this Additional Coverage per policy period is the Limit of Insurance shown in the Schedule.

**Section D. Deductible** does not apply.

**l. Emergency Real Estate Consulting Fee**

We will reimburse you for any realtor's fee or real estate consultant's fee you incur resulting from your need to relocate due to the "unforeseeable destruction" of your principal location as shown on the declarations.

"Unforeseeable destruction" means damage resulting from a "Certified Act of Terrorism", fire, crash or collapse which renders all of the Insured's primary location completely unusable.

The limit provided by this Additional Coverage per policy period is the Limit of Insurance shown in the Schedule.

**Section D. Deductible** does not apply.

**m. Fire Extinguisher Systems Recharge Expense**

We will pay:

The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 1,000 feet of the described premises; and

For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or fire extinguishing system.

No coverage will apply if the fire extinguishing system is discharged during installation or testing.

**Section D. Deductible** does not apply.

**n. Fundraising Event Blackout**

We will reimburse the insured for fundraising event expenses that are incurred due to the cancellation of a fundraising event caused by the lack of electric supply resulting in a power outage, provided the fundraising event is not re-scheduled. The fundraising event must have been planned at least 30 days prior to the power outage.

The limit provided by this Additional Coverage per policy period is the Limit of Insurance shown in the Schedule.

**Section D. Deductible** does not apply.

**o. Image Restoration Counseling**

We will reimburse you for expenses incurred for image restoration and counseling arising out of "improper acts" by any Insured. Covered expenses are limited to:

(1) The costs of rehabilitation and counseling for the accused Insured provided the Insured is not ultimately found guilty of criminal conduct, said reimbursement to occur after acquittal of the Insured;

(2) The costs, charged by a recruiter or expended on advertising, of replacing an officer as a result of "improper acts"; and

(3) Up to $10,000 for the costs of restoring the Named Insured's reputation and consumer confidence through image consulting.

"Improper acts" means any actual or alleged act of:

(a) Sexual abuse;

(b) Sexual intimacy;

(c) Sexual molestation; and/or

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(d)** Sexual assault;

committed by an Insured against any natural person who is not an Insured. Such "improper acts" must have been committed by the Insured while in his or her capacity as an insured.

The limit provided by this Additional Coverage per policy period is the Limit of Insurance shown in the Schedule.

**Section D. Deductible** does not apply.

**p. Officers Or Directors Replacement Expenses**

We will pay "Officers or Directors Replacement Expenses" if the executive officer or director suffers an "injury" while in the course of employment during the policy period which results in the loss of life during the policy period.

"Officers or Directors Replacement Expenses" means:

**(1)** Costs of advertising the employment position opening;

**(2)** Travel, lodging, meal and entertainment expenses incurred in interviewing job applicants for the employment position opening; and

**(3)** Miscellaneous extra expenses incurred in finding, interviewing and negotiating with the job applicants, including, but not limited to, overtime pay, costs to verify the background and references of the applicants and legal expenses incurred to draw up employment contracts.

The limit provided by this Additional Coverage per policy period is the Limit of Insurance shown in the Schedule.

**Section D. Deductible** does not apply.

**q. Political Unrest Coverage**

We will reimburse any present director, officer, employee or volunteer of the named insured while traveling outside the United States of America for "emergency evacuation expenses" that are incurred as a result of an incident of "political unrest". This "political unrest" must occur during the policy period. No coverage is granted for travel to countries in a state of "political unrest" at the time of departure of the travel.

**(1)** "Emergency Evacuation Expense" means:

**(a)** Additional lodging expenses;

**(b)** Additional transportation expenses;

**(c)** The cost of obtaining replacements of lost or stolen travel documents necessary for evacuation from the area of "political unrest"; and

**(d)** Translation services, message transmittals and other communication expenses;

provided these expenses are not otherwise reimbursable.

**(2)** "Political Unrest" means"

**(a)** A short-term condition of disturbance, turmoil or agitation within a foreign country that poses imminent risk to the security of citizens of the United States;

**(b)** A long-term condition of disturbance, turmoil or agitation that makes a foreign country dangerous or unstable for citizens of the United States; or

**(c)** A condition of disturbance, turmoil or agitation within a foreign country that constrains the United States Government's ability to assist citizens of the United States, due to the closure or inaccessibility of an embassy or consulate or because of a reduction of its staff;

for which either an alert of travel warning has been issued by the United States Department of State.

The limit provided by this Additional Coverage per policy period is the Limit of Insurance shown in the Schedule.

**Section D. Deductible** does not apply.

**r. Temporary Meeting Space Rental**

We will reimburse you for the rental of meeting space which is necessitated by the temporary unavailability of your primary office space due to the failure of a climate control system, or leakage of a hot water heater during the policy period. Coverage will exist only for the renting of temporary meeting space required for meeting with parties who are not insured under this policy.

The limit provided by this Additional Coverage per policy period is the Limit of Insurance shown in the Schedule.

**Section D. Deductible** does not apply.

**s. Terrorism Travel Reimbursement**

We will reimburse any of your present directors or officers in the event of a "Certified Act of Terrorism" during the policy period which necessitates that he/she incurs "Emergency Travel Expenses".

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

"Emergency Travel Expenses" means:

**(1)** Hotel expenses incurred which directly result from the cancellation of a scheduled transport by a common carrier resulting directly from and within forty-eight hours of a "Certified Act of Terrorism"; and

**(2)** The increased amount incurred in air or train fare which may result from rescheduling comparable transport, to replace a similarly scheduled transport canceled by a common carrier in direct response to a "Certified Act of Terrorism".

The limit provided by this Additional Coverage per policy period is the Limit of Insurance shown in the Schedule.

**Section D. Deductible** does not apply.

**t.  Travel Delay Reimbursement**

We will reimburse any of your present directors or officers for any non-reimbursable expenses they incur as a result of the cancellation of any regularly scheduled business travel on a common carrier.

The limit provided by this Additional Coverage per policy period is the Limit of Insurance shown in the Schedule.

A 72 hour waiting period deductible applies to this Additional Coverage.

**u.  Workplace Violence Counseling**

In the event that an incidence of "workplace violence" occurs we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by this "workplace violence".

Extra Expense is extended to include the cost of mental health counseling for "employees" following an incident of "workplace violence".

"Workplace violence" means any intentional use of or threat to use deadly force with intent to cause harm and that results in bodily "injury" or death of an insured, and insured's employee or any other person while on your premises.

"Injury" means any physical damage to the body caused by an accident, violence, sickness or disease sustained by a person, including death resulting from any of these at any time.

The limit provided by this Additional Coverage per policy period is the Limit of Insurance shown in the Schedule.

**Section D. Deductible** does not apply.

**E.  Coverage Extensions**

**1.** When this endorsement is attached to Building and Personal Property Coverage Form or Condominium Association Coverage Form, under **Section A. Coverage Extensions,** Paragraph **5.a. Newly Acquired or Constructed Property** is deleted and replaced by:

**a.  Newly Acquired or Constructed Property**

**(1) Buildings** – if this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Coverage Extension at each building is the Limit of Insurance shown in the Schedule.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension at each building is the Limit of Insurance shown in the Schedule.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(3) Period of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** The number of days shown in the Schedule expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

The limit of insurance provided for this Coverage Extension is in addition to **Section C. Limits Of Insurance**.

**Section D. Deductible** applies to this Coverage Extension.

**2.** When this endorsement is attached to Condominium Commercial Unit-Owners Coverage Form under **Section A.5 Coverage Extensions,** Paragraph **a. Newly Acquired Property** is deleted and replaced by:

**a. Newly Acquired Property**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to:

**(a)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(b)** Business personal property including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declaration; or

The most we will pay for loss or damage under this Coverage Extension at each building is the Limit of Insurance shown in the Schedule.

**(2)** This Extension does not apply to:

**(a)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(b)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** The number of days shown in the Schedule expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

The limit of insurance provided for this Coverage Extension is in addition to **Section C. Limits Of Insurance**.

**Section D. Deductible** applies to this Coverage Extension.

**3.** Paragraph **b. Personal Effects and Property Of Others** is deleted and replaced by:

**b. Personal Effects and Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal Effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

The most we will pay for loss or damage to Personal Effects under this Coverage Extension at each described premises is the Limit of Insurance shown in the Schedule, subject to the separate Employee Tools Maximum Limit of Insurance applicable at each described premises.

**(2)** Personal Property of Others in your care, custody or control. The most we will pay for loss or damage to Personal Property of Others under this Coverage Extension at each described premises is the Limit of Insurance shown in the Schedule, subject to the separate Employee Tools Maximum Limit of Insurance applicable at each described premises. Coverage applies on a Replacement Cost basis when Business Personal Property valuation is Replacement Cost.

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lessor of the replacement cost of the property or the applicable Limit of Insurance.

The limit of insurance provided for this Coverage Extension is in addition to **Section C. Limits Of Insurance**.

**Section D. Deductible** does not apply to this Coverage Extension.

4. Paragraph **c. Valuable Papers and Records – (Other Than Electronic Data)** is deleted and replaced by:

    c. **Valuable Papers And Records**

    You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records, including those which exist as electronic data, for which duplicates do not exist.

    We do not pay for loss caused by electrical or magnetic damage, disturbance, or erasure of electronic recordings. But we do cover loss or damage, disturbance, or erasure caused by lightning.

    We do not pay for loss caused by errors or omissions in processing, duplicating, or copying. But if errors or omissions result in a fire or explosion, we do cover the loss or damage caused by the fire or explosion.

    The most we will pay for loss or damage under this Coverage Extension at each described premises and for "valuable papers and records" not at the described premises are the Limits of Insurance shown in the Schedule.

    The limit of insurance provided for this Coverage Extension is in addition to **Section C. Limits Of Insurance**.

    **Section D. Deductible** does not apply to this Coverage Extension.

5. Paragraph **d. Property Off-Premises** is deleted and replaced by:

    d. **Property Off-Premises**

    You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

    (1) Temporarily at a location you do not own, lease or operate; or

    (2) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term.

    This Coverage Extension does not apply to Covered Property:

    (1) In or on a vehicle;

    (2) In the care, custody or control of your salesperson;

    (3) At any fair or exhibition;

    (4) Owned by you, or for which you are legally liable, that is to be installed by you or at your direction, while the property is at a jobsite location.

    (5) Money and securities;

    (6) Contractors equipment or tools used to conduct your operations away from the described premises;

    (7) Accounts receivable; or

    (8) Valuable papers.

    The most we will pay for loss or damage under this Coverage Extension is the Limit of Insurance shown in the Schedule. Insurance under this Coverage Extension will end when any of the following first occurs:

    (1) This policy expires, or

    (2) 90 days expire after your Covered Property is temporarily at a location you do not own, lease or operate.

    The limit of insurance provided for this Coverage Extension is in addition to **Section C. Limits Of Insurance**.

    **Section D. Deductible** does not apply to this Coverage Extension.

6. Paragraph **e. Outdoor Property** is deleted and replaced by:

    e. **Outdoor Property**

    You may extend the insurance provided by this Coverage Form to apply to your radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from the following causes of loss if they are Covered Causes of Loss:

    (1) Fire;

    (2) Lightning;

    (3) Explosion;

    (4) Riot or Civil Commotion; or

    (5) Aircraft.

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

The most we will pay for loss or damage under this Coverage Extension is the Maximum Limit of Insurance for all items, subject to the separate Maximum Limit of Insurance applicable to each tree, shrub or plant, shown in the Schedule. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

The limit of insurance provided for this Coverage Extension is in addition to **Section C. Limits Of Insurance**.

**Section D. Deductible** does not apply to this Coverage Extension.

F. The following coverages are added to **Section A.5. Coverage Extensions:**

  **5. Coverage Extensions**

  In addition to the Limits Of Insurance under the Building and Personal Property Coverage Form, Condominium Association Coverage Form, or Condominium Commercial Unit-Owners Coverage Form you may extend the insurance provided by this policy to these Coverage Extensions.

  Unless otherwise indicated, the Limits Of Insurance provided by these Coverage Extensions are in addition to **Section C. Limits Of Insurance**.

  Unless otherwise indicated **Section D. Deductible** applies to these Coverage Extensions.

  **h. Building Material Theft**

  We will pay for loss or damage by theft or attempted theft of building materials and supplies not attached as part of the building or structure located either on or off premises owned by you.

  The most we will pay under this Coverage Extension is the Limit of Insurance shown in the Schedule.

  **i. Accounts Receivable**

  You may extend the insurance that applies to Your Business Personal Property to apply to your accounts receivable records.

  In the event of a loss to your accounts receivable records caused by a covered peril, we cover:

(1) The sums that are due and that you cannot collect from your customers because of the loss;

(2) The interest charge on a loan if that loan is used to offset those sums that cannot be collected, pending our payment of those sums;

(3) Collection costs that result from a loss which are above your normal collection costs; and

(4) The reasonable cost to reconstruct your accounts receivable records.

We do not pay for loss that results from electrical or magnetic damage, disturbance or erasure of electronic data or records that is caused by:

(1) Erroneous programming or faulty equipment instructions;

(2) Faulty or inadequate installation or maintenance of data processing equipment.

But we do cover loss or damage caused by lightning.

We do not pay for loss caused by bookkeeping, accounting, or billing errors or omissions.

If a loss occurs and you cannot establish the actual accounts receivable amount due, it will be determined as follows:

(1) We will determine the average monthly accounts receivable for the 12-month period that directly precedes the month in which the loss occurred; and

(2) We will adjust this average amount for any verifiable variance in the accounts receivable amount for the month in which the loss occurred.

We do not cover more than your insurable interest in any property.

We will pay the lesser of:

(1) The total sum of accounts receivable due. From this total we will deduct:

  (a) All amounts due from the accounts receivable records that are not lost;

  (b) All amounts due that can be established by other means;

  (c) All amounts due that you have collected from the records that are lost;

  (d) All unearned interest and service charges; and

  (e) An amount to allow for bad debts.

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Page 24 of 35            West Bend®            WB 2906 05 24

**(2)** The reasonable cost to reconstruct your accounts receivable.

The most we will pay for loss or damage under this Coverage Extension at each described premises, and for accounts receivable not at the described premises are the Limits of Insurance shown in the Schedule.

**j.** **Increase In Rebuilding Expenses Following Disaster**

When this endorsement is attached to Building and Personal Property Coverage Form or Condominium Association Coverage Form:

If this policy covers building, we will pay under this Coverage Extension for increased expenses actually incurred from a covered cause of loss to a covered building if all of the following conditions are met.

**(1)** The event that caused the covered loss:

**(a)** Results in declaration of a state of disaster by federal or state authorities; or

**(b)** Occurs in close temporal proximity to the event that results in the declaration of disaster by federal or state authorities;

**(2)** Expenses for labor and/or building materials for repair or replacement of the damaged property increase as a result of the disaster and the total cost of repair or replacement exceeds the applicable Limit of Insurance due to such increase in expenses.

**(3)** You elect to repair or replace the damage building; and

**(4)** You notified us, within 30 days of completion, of any improvements, alterations or additions to the building which increase the replacement cost of the building by 5% or more and allowed us to adjust the Limit o Insurance, if necessary, to maintain the required insurance-to-value.

The Additional Expense Coverage available for the extra expense of repair or replacement of a covered building is determined as follows:

Apply the percentage indicated in the Schedule to:

**(a)** The Limit Of Insurance shown in the Declarations as applicable to the building when such limit covers only that building (exclusive of contents); or

**(b)** The value of the building when insurance is written on a blanket basis.

However, if the building is subject to a lower Limit of Insurance (sub-limit) for the Covered Cause of Loss that caused the loss, then the applicable percentage indicated in the Schedule will be applied to that sub-limit.

**(5)** If a Coinsurance penalty or similar penalty for inadequate insurance applies to the covered loss to the building in accordance with the terms of this policy, then the maximum amount of Additional Expense Coverage will be decreased in the same proportion. (In determining compliance with the policy's Coinsurance or similar requirement, the increase in expenses attributable to the disaster will be disregarded.)

When payments reach the maximum amount of Additional Expense Coverage, such coverage will not apply to a subsequent event which occurs in the same annual policy term.

In determining the expenses payable, we will deduct any expenses recovered under any Business Income and/or Extra Expense Coverage Forms or this endorsement.

**k.** **Rewards**

We will pay, up to the Limit of Insurance shown in the Schedule for information which leads to the arrest and conviction of the person(s) who caused the loss covered under this coverage part. Regardless of the number of persons involved in providing information our liability under this Coverage Extension will not be increased.

This Coverage Extension does not apply to:

**(1)** you;

**(2)** your family members; or

**(3)** your employees, volunteers or independent contractors.

**Section D. Deductible** does not apply to this Coverage Extension.

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

l. **Outdoor Signs**

(1) **Detached Outdoor Signs**

(a) When this endorsement is attached to Building and Personal Property Coverage Form or Condominium Association Coverage Form detached signs are added as Covered Property – Building (**Section A.1.a.**) or Covered Property – Business Personal Property (**Section A.1.b.**).

(b) When this endorsement is attached to Condominium Commercial Unit-Owners Coverage Form detached signs are added as Covered Property Business Personal Property (**Section A.1.a.**).

The provision in the Limits Of Insurance section which pertains to outdoor signs does not apply. The most we will pay for loss or damage under this Coverage Extension for Detached Outdoor Signs at each described premises is the Limit of Insurance shown in the Schedule.

(2) **Attached Outdoor Signs**

(a) When this endorsement is attached to Building and Personal Property Coverage Form or Condominium Association Coverage Form attached signs are added as Covered Property – Buildings (**Section A.1.a.**) or Covered Property – Business Personal Property (**Section A.1.b.**).

(b) When this endorsement is attached to Condominium Commercial Unit-Owners Coverage Form attached signs are added as Covered Property – Business Personal Property (**Section A.1.a.**).

The provision in the Limits Of Insurance section which pertains to outdoor signs does not apply.

m. **Outdoor Fences**

(1) When this endorsement is attached to Building and Personal Property Coverage Form or Condominium Association Coverage Form outdoor fences are added as Covered Property – Building (**Section A.1.a.**) or Covered Property – Business Personal Property (**Section A.1.b.**).

(2) When this endorsement is attached to Condominium Commercial Unit-Owners Coverage Form outdoor fences are added as Covered Property – Business Personal Property (**Section A.1.a.**).

n. **Fine Arts**

You may extend the insurance that applies to your Business Personal Property to apply to your "fine arts".

"Fine arts" means paintings; etchings; pictures; tapestries; rare or art glass; art glass windows; valuable rugs; statuary; sculptures; "antique" furniture; "antique" jewelry; bric-a-brac; porcelains; and similar property of rarity, historical value, or artistic merit.

"Antique" means an object having value because its:

(1) Craftsmanship is in the style or fashion of former times; and

(2) Age is 100 years old or older.

We will not pay for loss or damage caused by processing of or work upon the covered property including repairs or restoration.

In the event of a total loss to "fine arts", the value will be based on the lessor of:

(1) The market value at the time of the covered loss or damage;

(2) The cost to repair or restore the covered "fine arts" to the condition immediately before the loss or damage; or

(3) The cost of a replacement with substantially identical property.

In the event of a partial loss or damage to "fine arts", the value will be based on:

(1) The cost to repair or restore the covered "fine arts" to the condition immediately before the loss or damage; or

(2) The difference between the value of the pair or set before and after the covered loss or damage.

The cost to repair or restore will not exceed the value the pair or set had prior to the loss.

If a covered loss to "fine arts" involves a pair or set and part of the pair or set is undamaged:

(1) You may surrender the undamaged part of the pair or set to us, and the covered loss will be valued on the basis of a total loss to the entire pair or set; or

(2) You may keep the undamaged part of the pair or set, and the covered loss will be valued on the basis of a partial loss to the entire pair or set.

You must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

The most we will pay for loss or damage under this Coverage Extension at each described premises is the Limit of Insurance shown in the Schedule.

### o. Property At Fairs Or On Exhibition

You may extend the insurance provided by this policy to apply to your Covered Property and Personal Property of Others while at any fair or exhibition not located within 1,000 feet of the premises described in the Declarations. This Extension does not apply to fine arts or your salespersons samples.

The most we will pay for loss or damage under this Coverage Extension is the Limit of Insurance shown in the Schedule.

### p. Property In The Custody Of Sales Representatives

You may extend the insurance provided by this policy to apply to your Covered Property in the care, custody or control of a sales representative and not located within 1,000 feet of the premises described in the Declarations.

The most we will pay for loss or damage under this Coverage Extension is the Limit of Insurance shown in the Schedule.

### q. Property In Transit

If the Causes of Loss – Special Form is attached, the Additional Coverage Extension **F.1. Property in Transit** is deleted.

We will pay for loss of or damage to Covered Property while in transit.

Coverage is provided while the property is in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

The most we will pay for loss or damage under this Coverage Extension is:

(1) $5,000 on Fine Arts;

(2) $5,000 on Personal Computers and EDP Equipment;

(3) $5,000 on Data and Media; $25,000 on All Other Property except as noted below.

This Coverage Extension does not apply to:

(1) Money and Securities;

(2) Covered Property owned by you, or for which you are legally liable, that is to be installed by you or at your direction, while the property is at a jobsite location;

(3) Property in the care, custody or control of your salesperson;

(4) Accounts Receivable;

(5) Valuable Papers; or

(6) Property of others for which you are responsible as a carrier for hire or car loader, consolidator, broker, freight forwarder, shipping association, or other arranger of transportation.

### r. Ordinance Or Law Coverage – Building Or Tenants Improvements and Betterments

If the Replacement Cost option is indicated in the Declarations for a covered Building or covered Tenant's Improvements and Betterments damaged by a covered cause of loss, we will pay:

**Coverage A – Coverage for Loss to the Undamaged Portion of the Building or Undamaged Tenant's Improvements And Betterments**

With respect to the Building or covered Tenant's Improvements and Betterments that has sustained covered direct physical damage, we will pay under **Coverage A** for the loss in value of the undamaged portion of the building or improvements and betterments as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building or improvements and betterments.

We will not pay under **Coverage A** for undamaged improvements and betterments that could be removed from the building, without incurring damage to such improvements and betterments, prior to demolition or repair of the building. Coinsurance Additional Condition applies to coverage for Loss to the Undamaged Portion of the Building.

**Coverage B – Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building or improvements and betterments as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

We will pay the cost to demolish and clear the undamaged parts of the improvements and betterments, provided that such cost is distinguishable from the cost of demolishing the building and you are responsible for the cost of demolition of the improvements and betterments.

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

We will not pay under **Coverage B** for demolition of undamaged improvements and betterments that could be removed from the building, without incurring damage to such improvements and betterments, prior to demolition or repair of the building.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

**Coverage C – Increased Cost of Construction Coverage**

(1) With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

  (a) Repair or reconstruct damaged portions of that building or improvements and betterments; or

  (b) Reconstruct or remodel undamaged portions of that building or improvements and betterments, whether or not demolition is required;

  when the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law.

  However:

  (a) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

  (b) We will not pay for the increased cost of construction if the building or improvements and betterments are not repaired, reconstructed or remodeled.

  The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

(2) When a building is damaged or destroyed and **Coverage C** applies to that building in accordance with **(1)** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **(1)**:

  (a) The cost of excavations, grading, backfilling and filling;

  (b) Foundation of the building;

  (c) Pilings; and

  (d) Underground pipes, flues and drains.

The items listed in **(2)(a)** through **(2)(d)** above are deleted from Property Not Covered, but only with respect to the coverage described in this provision **(2)**.

**Loss Payment**

All following loss payment provisions are subject to the apportionment procedures set forth in Paragraph **(3)** under **Application of Coverage(s)**.

**Coverage A – Coverage for Loss to the Undamaged Portion of the Building or Undamaged Portion of the Tenants Improvements and Betterments**

When there is a loss in value of an undamaged portion of a building or undamaged improvements and betterments, the loss payment for that building or improvements and betterments, including damaged and undamaged portions, will be determined as follows:

(1) If the property is being repaired or replaced on the same or another premises, we will not pay more than the lesser of:

  (a) The amount you would actually spend to repair, rebuild, or reconstruct the property, but not for more than the amount it would cost to restore the property on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

  (b) The Limit of Insurance shown in the Declarations as applicable to the covered building or improvements and betterments.

(2) If the property is not repaired or replaced we will not pay more than the lesser of:

  (a) The actual cash value of the property at the time of loss; or

  (b) The Limit Of Insurance shown in the Declarations as applicable to the covered building or improvements and betterments.

The insurance provided by **Coverage A** does not increase **Section C. Limits Of Insurance**.

**Coverage B – Demolition Cost Coverage** and **Coverage C – Increased Cost of Construction Coverage Combined**

The most we will pay for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the lessor of the Combined Limit of Insurance of:

(1) The amount shown in the Schedule; or

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(2)** The percentage indicated in the Schedule applied to the covered building(s) or improvements and betterments Limit of Insurance.

Loss payment under Combined Coverage **B – Demolition Cost Coverage** and **Coverage C – Increased Cost of Construction** will be determined as follows:

For Demolition Cost we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

With respect to the **Increased Cost of Construction Coverage**:

**(1)** We will not pay for the increased cost of construction:

   **(a)** Until the property is actually repaired or replaced at the same or another premises; and

   **(b)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(2)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

**(3)** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

The insurance provided by Combined **Coverage B** and **Coverage C** does not increase **Section C. Limits of Insurance**.

The terms of this coverage apply separately to each building to which this coverage applies.

Under this coverage, we will not pay for loss due to any ordinance or law that:

**(1)** You were required to comply with before the loss, even if the building was undamaged; and

**(2)** You failed to comply with.

**(3)** We will not pay under this Coverage Extension for enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus" wet or dry rot or bacteria; or

The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**Application of Coverage(s)**

**Coverages A, B** and/or **C** apply only if both **(1)** and **(2)** are satisfied and are then subject to the qualifications set forth in **(3)**.

**(1)** The ordinance or law:

   **(a)** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

   **(b)** Is in force at the time of loss or the ordinance or law is promulgated or revised after the loss but prior to the commencement of reconstruction or repair and provided that such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.

But coverage under this Coverage Extension applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this Coverage Extension.

**(2) (a)** The building or improvements or betterments sustains direct physical damage that is covered under this policy and as a result of such damage you are required to comply with the ordinance or law; or

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(b)** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and as a result of the building or improvements and betterments damage in its entirety you are required to comply with the ordinance or law.

**(c)** But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this Coverage Extension even if the building or improvements or betterments has also sustained covered direct physical damage.

**(3)** In the situation described in **(2)(b)** above, we will not pay the full amount of loss otherwise payable under the terms of **Coverages A, B** and/or **C** of this Coverage Extension. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage, alone, would have resulted in a requirement to comply with the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of **Coverages A, B** and/or **C** of this Coverage Extension.

To the extent that the Ordinance Or Law Exclusion might conflict with the coverage provided under this endorsement, the Ordinance Or Law Exclusion does not apply to such coverage.

**s. Portable Tools**

We cover your portable tools and equipment and those of your employees. This includes their containers, spare parts and accessories. We also cover similar property that belongs to others and for which you are liable. Coverage is provided while tools are on or off premises.

We do not cover:

**(1)** Property that is held for sale.

**(2)** Property that you rent to others.

**(3)** Building materials or other materials and supplies.

**(4)** Plans, blueprints, designs or specifications.

We will pay in any one occurrence for loss or damage to portable tools, the Maximum Limit of Insurance shown in the Schedule, subject to the separate Maximum Limit of Insurance applicable to you or any employee. Coverage is provided on an Actual Cash Value basis.

If the Cause of Loss – Special Form applies, **Section C. Limitations** Paragraph **2.c.** is deleted and replaced by:

**c.** Builders' machinery provided such property is Covered Property. However, this limitation does not apply:

**(1)** If the property is located on or within 1,000 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

**(2)** To Business Income Coverage or to Extra Expense Coverage.

The limit provided is the only limit available for the described coverage and cannot be combined or added to any other coverage extension under this endorsement.

**t. Spoilage**

We will pay for loss of or damage to "perishable stock" at the described premises. "Perishable stock" means personal property maintained under controlled conditions for its preservation and susceptible to loss or damage if the controlled conditions change. We will not cover property located on buildings, in the open, or in vehicles.

We will pay for loss or damage to "perishable stock" caused by breakdown or contamination or power outage. Breakdown or contamination means change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling, or humidity control apparatus or equipment only while such equipment or apparatus is at the described premises. Breakdown or contamination includes contamination by the refrigerant. Power outage means change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

We will not pay for loss or damage caused by or resulting from:

**(1)** The disconnection of any refrigerating, cooling, or humidity control system from the source of power.

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(2)** The deactivation of electrical power caused by the manipulation of any switch or other devise used to control the flow of electrical power or current.

**(3)** The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

**(a)** Lack of fuel; or

**(b)** Governmental order.

**(4)** The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

**(5)** Breaking of any glass that is a permanent part of any refrigerating, cooling, or humidity control unit.

The most we will pay for loss or damage under this Coverage Extension at each described premises is the Limit of Insurance shown in the Schedule.

**Section D. Deductible** does not apply to this Coverage Extension.

**u. Lock And Key Replacement**

We will pay to re-key, repair or replace locks when there has been direct physical loss or damage to the corresponding "keys" by a Covered Cause of Loss.

This coverage does not apply to:

**(1)** Keys to motor vehicles, trailers or any motorized land conveyances whether or not subject to motor vehicle registration.

**(2)** Direct physical loss or damage to keys entrusted to any person who is not an insured.

**(3)** Wear and tear.

"Keys" means master key, grand master key or key-card.

We will pay for direct physical loss or damage to alternative locking systems including card programmers, card readers, computers, related alarms, trans-receivers, power supplies, and electronic or mechanical apparatus required to make such locking systems operate. We will also pay for reprogramming such locking systems as a result of a Covered Cause of Loss.

The most we will pay under this Coverage Extension in any one occurrence is the Limit of Insurance shown in the Schedule.

**Section D. Deductible** does not apply to this Coverage Extension.

**v. Electronic Data Processing Equipment And Software**

You may extend the insurance that applies to Your Business Personal Property to apply to your electronic data processing equipment and "software".

We cover direct physical loss or damage caused by a Covered Cause Of Loss to the following property:

**(1)** "Hardware".

**(2)** "Software".

We cover the cost of research or other expenses necessary to reproduce, replace, or restore lost files or codes on lost or damaged "data records" only if the cost of research or other expenses necessary to reproduce, replace or restore lost files or codes are incurred due to a direct physical loss caused by a Covered Cause Of Loss to "data records".

**(3)** "Telecommunications equipment".

**(4)** "Reproduction equipment".

**Electrical and Power Supply Disturbance**

We cover direct physical loss to covered property caused by "electrical disturbance", or "power supply disturbance".

**Mechanical Breakdown Coverage**

We pay for loss to covered property caused by "mechanical breakdown".

**Foreign Transit And Location Coverage**

We cover direct physical loss to your "portable computers" including preinstalled "programs and applications" while temporarily at a foreign location or in transit to or from a temporary foreign location outside the coverage territory.

We do not cover your "portable computers" or preinstalled "programs or applications" that are:

**(a)** Shipped via mail;

**(b)** You are required to provide a negotiable ocean cargo policy or certificate to any seller, buyer, or bank; or

**(c)** The property is shipped to or is located in a country that is the subject of a trade embargo, economic sanctions, or other trade restrictions by the government of the United States of America.

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
WB 2906 05 24                    West Bend®                    Page 31 of 35

The most we pay for loss to portable computers described above in any one occurrence while overseas is $5,000. This limit is separate from, and not part of, the Electronic Data Processing Equipment And Software Coverage Extension Limit.

**Valuation**

(1) The value of "hardware" that is replaced will be based on the cost of replacing the "hardware" with new equipment that is functionally comparable to the "hardware" that is being replaced. The value of "hardware" that is not repaired or replaced will be based on the actual cash value at the time of the loss (with a deduction for depreciation). In no event will we pay more than the reasonable cost of restoring partially damaged "hardware" to its condition directly prior to the damage.

(2) The value of "programs and applications" will be based on the cost to reinstall the "programs or applications" from the licensed discs that were originally used to install the programs or applications. If the original licensed discs are lost, damaged, or can no longer be obtained, the value of "programs and applications" will be based on the cost of the most current version of the "programs or applications".

(3) The value of "data records" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies. If duplicate copies do not exist, the value of "data records" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost files, documents, or records.

(4) The value of "media" will be based on the cost to repair or replace the "media" with material of the same kind or quality.

(5) The value of "telecommunications equipment" and "reproduction equipment" will be based on the replacement cost without any deduction for depreciation.

The following **Definitions** apply to Electronic Data Processing Equipment Coverage in addition to the Building and Personal Property Coverage Form, Condominium Association Coverage Form and Condominium Commercial Unit Owners Coverage Form definitions:

(1) "Computer hacking" means an unauthorized intrusion:

(a) By an individual or group of individuals, whether employed by you or not, into "hardware", "software", or a computer network; and

(b) That results in but is not limited to:

(i) Deletion, destruction, generation, or modification of "software";

(ii) Alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";

(iii) Observation, scanning, or copying of "data records", "programs and applications", and proprietary programs;

(iv) Damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware", Web site server, or "media" used with "hardware" or Web site server, or

(v) Denial of access to or denial of services from your "hardware", Web site server or your computer network.

(2) "Computer virus" means the introduction of any malicious, self-replicating electronic data processing code or other code:

(a) Into "hardware", "software" or Web site server; and

(b) That is intended to result in, but is not limited to:

(i) Deletion, destruction, generation, or modification of "software";

(ii) Alteration, contamination, corruption, degradation or destruction of the integrity, quality or performance of "software";

(iii) Damage, destruction, inadequacy, malfunction, degradation or corruption of any "hardware", Web site server or "media" used with "hardware" or Web site server; or

(iv) Denial of access to or denial of services from your "hardware", Web site server or your computer network.

(3) "Data records" means files, documents, and information in an electronic format and that are stored on "media".

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(4)** "Electrical disturbance" means electrical or magnetic damage, disturbance of electronic recordings or erasure of electronic recordings.

**(5)** "Hardware" means a network of electronic machine components (microprocessors) capable of accepting instructions and information, processing the information according to the instructions and producing desired results.

    **(a)** "Hardware" includes but is not limited to:

        **(i)** Personal computers and work stations:

        **(ii)** Laptops, palmtops, notebook PCs, other portable computer devices and accessories including, but not limited to, multimedia projectors; and

        **(iii)** Peripheral data processing equipment, including but not limited to, printers, keyboards, monitors and modems.

    **(b)** "Hardware" does not include:

        **(i)** "Software",

        **(ii)** "Telecommunications equipment"; and

        **(iii)** **"**Reproduction equipment".

**(6)** "Mechanical breakdown" means the malfunction or failure of moving or electronic parts, component failure, faulty installation or blowout.

**(7)** "Media" means processing, recording, or storage media used with "hardware". This includes but is not limited to films, tapes, cards, discs, drums, cartridges or cells.

**(8)** "Portable computers" means laptops, palmtops, notebook PCs, other portable computer devices and accessories including but not limited to, multimedia projectors.

**(9)** "Power supply disturbance" means interruption of power supply, power surge, blackout, or brownout.

**(10)** "Programs and applications" means operating programs and applications that you purchase and that are:

    **(a)** Stored on "media"; or

    **(b)** Pre-installed and stored in "hardware".

**(11)** "Reproduction equipment" means a network of equipment and software designed for the scanning, copying, storage, and retrieval of paper documents.

**(12)** "Software" means "media", "data records", "programs and applications". "Software" does not mean Web site software.

**(13)** "Telecommunications equipment" means telephone components and equipment used for the transmission of communications.

    "Telecommunications equipment" includes but is not limited to:

    **(a)** Telephone switchgear (including PBX systems);

    **(b)** Telephone operating programs, related software;

    **(c)** Facsimile transmission equipment;

    **(d)** Video conferencing equipment; and

    **(e)** Other related hardware (including computers dedicated to voice mail).

We do not pay for loss or damage that is caused by or results from any direct or indirect loss or damage; or loss of access, loss of use or loss of functionality caused by a "computer virus" or by "computer hacking".

The most we will pay for loss or damage under this Coverage Extension at each described premises is the Limit of Insurance shown in the Schedule.

**w. Water Back Up, Sump Pump Overflow**

    **(1)** We will pay for direct physical loss or damage, not caused by your negligence, to covered Building and Business Personal Property caused by or resulting from:

        **(a)** water or waterborne material which backs up through or overflows from a sewer or drain; or

        **(b)** water or waterborne material which overflows or is otherwise discharged from a sump, sump pump or related equipment even if the overflow or discharge results from mechanical breakdown of a sump pump, or its related equipment.

    The term drain includes a roof drain and related fixtures.

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(2)** We will not pay for direct loss or damage caused by:

**(a)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of an body of water, or spray from any of these, all whether driven by wind (including storm surge);

**(b)** Mudslide or mudflow; or

**(c)** Water under the ground surface pressing on, or flowing or seeping through:

**(i)** Foundations, walls, floors or paved surfaces;

**(ii)** Basements, whether paved or not;

**(iii)** Doors, windows or other openings; or

**(d)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **a.** or **c.**, or material carried or otherwise moved by mudslide or mudflow.

But if any of the above, in Paragraphs **(a)** through **(d)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damaged caused by that fire, explosion or sprinkler leakage.

We will pay for business income loss and extra expense in accordance with the terms of the coverage applicable to such premises under your policy, when such loss or expense arises out of the direct physical loss or damage described in Paragraph **w.(1)**.

The most we will pay under this Coverage Extension for the total of all direct loss or damage and business income and/or extra expense occurring during the policy term is the Policy Limit of Insurance shown in the Schedule. This limit does not apply separately to each location.

The most we will pay under this Coverage Extension for the total of all direct physical loss or damage sustained and business income and/or extra expense caused by all occurrences in a 12-month period (starting with the beginning of the present annual policy period), regardless of the number of occurrences during that period of time, is the Policy Limit Of Insurance shown in the Schedule.

**Section D. Deductible** applies to this Coverage Extension.

**F.** Under **Section B. Exclusions and Limitations** the following changes apply to **Section B. Exclusions** of the applicable covered Causes of Loss Form:

**1.** Exclusion **1.e. Utility Services** is deleted and replaced by:

**e. Utility Services**

The failure of power, communication, water, or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises: or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communications, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss. We will also pay for loss or damage resulting from direct physical loss or damage by a covered cause of loss to water supply services, communication supply services, or power supply services, other than overhead transmission, subtransmission, distribution or communication lines not on the described premises.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

For purposes of this provision:

**(1)** Water Supply Services, meaning the following types of property supplying water to the described premises:

**(a)** Pumping stations; and

**(b)** Water mains.

**(2)** Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

**(a)** Communication transmission lines, including optic fiber transmission lines;

**(b)** Coaxial cables; and

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(c) Microwave radio relays except satellites.

(3) Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

(a) Utility generating plants;

(b) Switching stations;

(c) Substations;

(d) Transformers; and

(e) Transmission lines.

Transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

The insurance provided by this coverage does not increase **Section C. Limits of Insurance.**

**Section D. Deductible** applies to this coverage.

2. Exclusion **1.g.(3)** does not apply to loss of or damage to Accounts Receivable, Fine Arts and Valuable Papers.

3. Exclusion **1.g.(4)** does not apply to loss of or damage to Accounts Receivable, Fine Arts and Valuable Papers.

4. If The Causes of Loss – Basic Form is attached, exclusions **2.b., 2.c.** and **2.d.** do not apply to loss of or damage to Accounts Receivable, Fine Arts and Valuable Papers.

5. If the Causes of Loss – Broad Form is attached, exclusion **2.b.** does not apply to loss of or damage to Accounts Receivable, Fine Arts and Valuable Papers.

6. If the Causes of Loss – Special Form is attached, exclusions **2.e., 2.f.** and **2.g.** do not apply to loss of or damage to Accounts Receivable, Fine Arts and Valuable Papers.

G. Under **Section C. LIMITS OF INSURANCE:**

The following is added:

**Peak Season**

You may increase the insurance that applies to Your Business Personal Property or Stock by the percentage shown in the Schedule to provide for seasonal variations if the Limit Of Insurance shown in the Declarations is 80% or more of the insured's average monthly values for the 12 months immediately preceding the date of loss or damage occurs, or the period of time you have been in business as of the date of the loss or damage occurs.

This section does not apply to property covered under a value reporting form or on a blanket basis.

Includes copyrighted material with permission of American Association of Insurance Services.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

POLICY NUMBER:  C092188

**COMMERCIAL PROPERTY**
**WB 34 05 25**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT (INCLUDING ELECTRONIC CIRCUITRY IMPAIRMENT)

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM

## EQUIPMENT BREAKDOWN COVERAGE SCHEDULE

| Coverage | Limit |
|---|---|
| Spoilage and Consequential Damage Limit | $50,000 |
| Refrigerant Contamination – Coverage Options (check one) | |
| | X   Included in Spoilage and Consequential Damage Limit |
| | $ |
| **Deductibles** | |
| Combined, All Coverages | $ |
| Direct Coverages | $       (*other conditions, if required, will be shown below) |
| Indirect Coverages | $ |
| | or       hours (*other conditions, if required, will be shown below) |
| | or       Times Average Daily Value |
| Spoilage and Consequential Damage | $ |
| | or     % of loss, $     minimum |
| **Other Conditions** | |
| | |

© 2021, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**PART I – EQUIPMENT BREAKDOWN COVERAGE**

**A.** The following is added to **A.4. Additional Coverages** of the **Building And Personal Property Coverage Form, Condominium Association Coverage Form** and **Condominium Commercial Unit-Owners Coverage Form:**

**Additional Coverage – Equipment Breakdown**

Additional Coverage Equipment Breakdown as described and limited below. Without an "accident" or "electronic circuitry impairment", there is no Equipment Breakdown Coverage.

**1.** We will pay for direct physical damage to Covered Property that is the direct result of an "accident" or "electronic circuitry impairment". We will consider "electronic circuitry impairment" to be physical damage to "covered equipment".

**2.** The following coverages also apply to the direct result of an "accident" or "electronic circuitry impairment", unless otherwise shown in the "Schedule". These coverages do not provide additional amounts of insurance.

   **a. Business Income and Extra Expense**

   **(1)** Any insurance provided under the coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement. However, if a deductible is shown in the "schedule" above, then with respect to this endorsement only, the "period of restoration" will begin immediately after the "accident" or "electronic circuitry impairment" and the deductible shown in the "schedule" will apply.

   **(2)** The most we will pay under this Business Income and Extra Expense coverage is the applicable limit for Business Income and Extra Expense.

   **b. Data Restoration**

   **(1)** We will pay for your reasonable and necessary cost to research, replace and restore lost "data".

   **(2)** The most we will pay under this Data Restoration coverage is $25,000. This amount includes the actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered.

   **c. Expediting Expenses**

   **(1)** With respect to your damaged Covered Property, we will pay the reasonable and necessary extra cost to:

   **(a)** Make temporary repairs; and

   **(b)** Expedite permanent repairs or replacement.

   **(2)** The most we will pay under this Expediting Expenses coverage is $25,000.

   **d. Future Loss Avoidance**

   **(1)** This coverage only applies if you have received payment under this Equipment Breakdown Coverage for an "accident" or "electronic circuitry impairment" that occurred on the premises of a covered location.

   **(2)** We will pay your costs to purchase and install protective equipment at the location of the loss as follows:

   **(a)** Electrical surge protection or single-phase protective equipment; or

   **(b)** Other protective equipment if we agree that such equipment would reasonably reduce the likelihood of a future "accident" or "electronic circuitry impairment" similar to the one for which you have received payment from us. We will not unreasonably withhold such agreement.

   **(3)** As used in this coverage, protective equipment means a permanently installed physical device with the principal function of safeguarding one or more pieces of "covered equipment" from physical damage.

   **(4)** We must receive your invoices for any purchase and installation costs no later than 180 days after the date you receive the payment for the loss from us.

   **(5)** With respect to any "one equipment breakdown", the most we will pay is the lesser of the following:

   **(a)** 10% of our Eligible Payment to you prior to any payment under this Future Loss Avoidance coverage; or

   **(b)** $10,000.

   **(6)** As used in this coverage, Eligible Payment means our total payment to you not including the following:

   **(a)** Any deductible or coinsurance amount; or

   **(b)** Any payment made after this policy has been cancelled or non-renewed.

© 2021, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**e. Green**

**(1)** With respect to Covered Property, we will pay your additional cost to:

**(a)** Repair damaged property using equipment, materials and service firms required or recommended by a "recognized environmental standards program", if repair is the least expensive option;

**(b)** Replace damaged property using equipment, materials and service firms required or recommended by a "recognized environmental standards program", if replacement is the least expensive option;

**(c)** Dispose of damaged property or equipment, if practicable, through a recycling process; and

**(d)** Flush out reconstructed space with up to 100% outside air using new filtration media.

**(2)** With respect to any building that is Covered Property and was, at the time of the "accident" or "electronic circuitry impairment" certified by a "recognized environmental standards program", we will pay your additional cost:

**(a)** To prevent a lapse of such certification;

**(b)** To reinstate the certification or replace it with an equivalent certification;

**(c)** For an engineer authorized by a "recognized environmental standards program" to oversee the repair or replacement of the damaged Covered Property; and

**(d)** For a Professional Engineer to commission or recommission your damaged mechanical, electrical or electronic building systems.

**(3)** As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage in the absence of this Green coverage.

**(4)** This Green coverage is subject to the following provisions:

**(a)** This coverage applies in addition to any coverage that may apply under the Environmental, Safety and Efficiency Improvements condition of this endorsement or any other applicable coverage.

**(b)** This coverage only applies to Covered Property that must be repaired or replaced as a direct result of an "accident" or "electronic circuitry impairment".

**(c)** This coverage does not apply to any Covered Property to which "actual cash value" applies.

**(5)** The most we will pay under this Green coverage is $25,000. This amount includes the actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered.

**f. Hazardous Substances**

**(1)** We will pay your additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

**(2)** This coverage does not apply to testing, clean up or disposal of land, water or any other property that is not Covered Property.

**(3)** This does not include contamination of "perishable goods" by refrigerant, including, but not limited to, ammonia, which is addressed in Refrigerant Contamination, 2.n.(2) below.

**(4)** The most we will pay under this Hazardous Substances coverage is $25,000. This amount includes the actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered.

**g. Mobile Robots**

**(1)** We will pay for physical damage to Covered Property from an "accident" or "electronic circuitry impairment" when the "covered equipment" is a "mobile robot".

**(2)** The most we will pay under this Mobile Robots coverage is $50,000. This amount includes Spoilage and Consequential Damage, Data Restoration, and the actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered.

h. **Mold**

(1) We will pay for the additional cost to repair or replace Covered Property because of contamination by mold, fungus, mildew or yeast, including any spores or toxins created or produced by or emanating from such mold, fungus, mildew or yeast, resulting from an "accident" or "electronic circuitry impairment". This includes the additional costs to clean up or dispose of such property. This does not include "spoilage and consequential damage" of personal property that is "perishable goods" to the extent that such "spoilage and consequential damage" is covered under Spoilage and Consequential Damage coverage.

(2) As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no mold, fungus, mildew, yeast, spores or toxins been involved.

(3) We will also pay the cost of testing performed after repair or replacement of the damaged Covered Property is completed only to the extent that there is a reason to believe there is the presence of mold, fungus, mildew, yeast, spores or toxins.

(4) This coverage does not apply to lawns, trees, shrubs, or plants which are part of a vegetated roof.

(5) As described in **B.1.b.** below, the most we will pay under this Mold coverage is $15,000. This amount includes the actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered.

i. **Off Premises Equipment Breakdown**

(1) We will pay for physical damage to portable "covered equipment" that, at the time of the "accident" or "electronic circuitry impairment", is not at a covered location.

(2) We will also pay for your reasonable and necessary cost to research, replace and restore lost "data" contained within portable "covered equipment" as described in **(1)** above. This amount may not exceed the limit applicable to Data Restoration coverage.

(3) With respect to this Off Premises Equipment Breakdown coverage only, the "accident" or "electronic circuitry impairment" may occur anywhere in the world except within any country on which the United States has imposed sanctions, embargoes or similar restrictions on the provision of insurance.

(4) The most we will pay under this Off Premises Equipment Breakdown coverage is the Property Off Premises limit shown in your policy. Our payment under this coverage includes:

(a) The actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered; and

(b) Data Restoration as described in (2) above.

j. **Public Relations**

(1) This coverage only applies if you have sustained an actual loss of Business Income covered under this endorsement.

(2) We will pay for your reasonable costs for professional services to create and disseminate communications, when the need for such communications arises directly from the interruption of your business. This communication must be directed to one or more of the following:

(a) The media;

(b) The public; or

(c) Your customers, clients or members.

(3) Such costs must be incurred during the "period of restoration" or up to 30 days after the "period of restoration" has ended.

(4) The most we will pay under this Public Relations coverage is $25,000.

k. **Resultant Damage to Animals**

(1) Any insurance provided under the coverage part to which this Equipment Breakdown Coverage endorsement is attached for "animals' is extended to the coverage provided by this endorsement.

(2) The most we will pay under this Resultant Damage to Animals coverage is $25,000. This amount includes the actual loss of Business Income and necessary Extra Expense you incur, if shown as covered.

© 2021, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**l. Resultant Loss from a Cyber Event**

Coverage is extended to an "accident or "electronic circuitry impairment" caused by or resulting from a "cyber event" that causes direct physical damage to "covered equipment" at a covered location.

**m. Service Interruption**

**(1)** Any insurance provided for Business Income, Extra Expense, Data Restoration or Spoilage and Consequential Damage is extended to apply to your loss, damage or expense caused by a failure or disruption of service. The failure or disruption of service must be caused by an "accident" or "electronic circuitry impairment" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, Internet access, telecommunications service, "cloud or outsourced computing services", wide area networks, data transmission, elevator services or Equipment as a Service. The equipment must meet the definition of "covered equipment" except that it is not Covered Property. As used in this coverage, Equipment as a Service means any service that you pay for on a usage basis when the service is provided to you by equipment that is located on your premises that is neither owned, leased or operated by you.

**(2)** "Cloud or outsourced computing services" must be provided by a professional provider with whom you have a contract. With respect to this Service Interruption coverage only, the "accident" or "electronic circuitry impairment" to the equipment of a provider of "cloud or outsourced computing services" may occur anywhere in the world except within any country on which the United States has imposed sanctions, embargoes or similar restrictions on the provision of insurance.

**(3)** With respect to the Data Restoration portion of this Service Interruption coverage, coverage will also apply to "data" stored in the equipment of a provider of "cloud or outsourced computing services".

**(4)** Service Interruption coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident" or "electronic circuitry impairment". If the interruption exceeds 24 hours, coverage will begin at the time of the interruption, and the applicable deductible will apply.

**(5)** The most we will pay in any "one equipment breakdown" under this Service Interruption coverage is the applicable limit for Business Income, Extra Expense, Data Restoration or Spoilage and Consequential Damage.

**n. Spoilage and Consequential Damage**

**(1)** We will pay for "physical damage to "perishable goods" due to "spoilage and consequential damage".

**(2)** Refrigerant Contamination

We will also pay for physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia. If a separate limit is indicated for Refrigerant Contamination, this amount is part of, and not in addition to, your Spoilage and Consequential Damage limit.

**(3)** We will also pay any necessary expenses you incur to reduce the amount of loss under this Spoilage and Consequential Damage coverage. However, we will not pay more than the amount that would otherwise have been payable under this Spoilage and Consequential Damage coverage.

**(4)** The most we will pay under this Spoilage and Consequential Damage coverage is $50,000, unless otherwise shown in the "schedule".

**3. Equipment Breakdown Exclusions**

All exclusions in the applicable Causes of Loss form apply except as modified below and to the extent that coverage is specifically provided by this endorsement. Exclusions listed in this endorsement apply regardless of cause.

If any cyber incident exclusion is made a part of this policy, such exclusion will not apply to the extent coverage is provided in **A.2.1.** Resultant Loss From a Cyber Event.

© 2021, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**a.** With respect to coverage under this endorsement, the following exclusions are modified:

   **(1)** If the Causes of Loss – Basic Form or Causes of Loss – Broad Form applies, the following is added to Exclusion **B.2.**:

      Wear and tear, corrosion, depletion, deterioration, erosion, settling, or other gradually developing conditions. However, if an "accident" or "electronic circuitry impairment" results, we will pay for the resulting loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

   **(2)** If the Causes of Loss – Special Form applies, with respect to this endorsement only, the last paragraph of Exclusion **B.2.d.** is deleted and replaced with the following:

      But if a cause of loss that is excluded and listed in **B.2.d.(1)** through **(7)** results in an "accident" or "electronic circuitry impairment", we will pay for the resulting loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

**b.** With respect to coverage under this endorsement, the following exclusions are added:

   **(1)** We will not pay for loss, damage or expense caused by any of the following causes of loss, whether directly or indirectly. This exclusion applies even if the excluded cause of loss was the result of an "accident" or "electronic circuitry impairment":

      **(a)** Fire, including smoke from a fire.

      **(b)** Explosion of gas or unconsumed fuel within the furnace of any boiler or fired vessel or within the passages from that furnace to the atmosphere.

      **(c)** Any other explosion, except as specifically covered under this endorsement.

      **(d)** Any earth movement. This includes, but is not limited to, earthquake, earth sinking, landslide, sinkhole collapse, subsidence, tsunami or volcanic action.

      **(e)** Flood; surface water, waves, tides, tidal waves, overflow of any body of water, storm surge, or their spray, all whether driven by wind or not; mudslide or mudflow; or water that discharges, backs up or overflows from a sewer, drain or sump. However, if electrical "covered equipment" requires drying out because of the above, we will pay for the amount you actually expend to dry out such equipment, subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies. We will not pay more than the "actual cash value" of the affected electrical "covered equipment". We will not pay to replace such equipment or for any other direct or indirect loss, damage or expense**.**

      **(f)** Vandalism, meaning a malicious act that causes damage or destruction. However, this exclusion does not apply to a "cyber event" to the extent coverage is provided in **A.2.1.** (Resultant Loss from a Cyber Event coverage).

      **(g)** Any "cyber event", except as specifically provided in **A.2.1.** (Resultant Loss from a Cyber Event coverage).

      **(h)** Your failure to use all reasonable means to protect Covered Property from damage following an "accident" or "electronic circuitry impairment".

      **(i)** Freeze caused by cold weather, except as specifically provided under **A.2.n.** Spoilage and Consequential Damage coverage.

      **(j)** Discharge of molten material from equipment, including the heat from such discharged material.

© 2021, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**(2)** We will not pay for loss, damage or expense caused directly or indirectly by any condition or event listed in (a) through (e) below, without regard to whether such condition or event is normal and expected or unusual and unexpected. However, if a condition or event that is listed in (a) through (e) below results in an "accident" or "electronic circuitry impairment" and no other exclusion applies, we will pay only for the loss, damage or expense that is a direct result of and solely attributable to the "accident" or "electronic circuitry impairment".

**(a)** Any defect, error or shortcoming in design or installation;

**(b)** Any undercapacity, underperformance, failure to perform as expected or failure to perform as designed;

**(c)** Any defect, programming error, programming limitation, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind;

**(d)** Contamination by a "hazardous substance";

**(e)** Any condition, including, but not limited to, misalignment, miscalibration or tripping off-line, which can be corrected by:

  **(i)** Resetting, tightening, adjusting or cleaning;

  **(ii)** Normal maintenance, including, but not limited, to replacing expendable parts, recharging batteries or cleaning;

  **(iii)** Rebooting, reloading or updating software or firmware; or

  **(iv)** Providing necessary power or supply.

**(3)** We will not pay for an "accident" or "electronic circuitry impairment" caused by or resulting from any of the following causes of loss:

**(a)** Lightning.

**(b)** Windstorm or hail. However, this exclusion does not apply when:

  **(i)** "Covered equipment" located within a structure or building suffers an "accident" or "electronic circuitry impairment" that results from wind-blown dust, rain, sand or snow and

  **(ii)** The structure or building did not first sustain wind or hail damage to its roof or walls through which the dust, rain, sand or snow entered.

**(c)** Collision or any physical contact caused by or involving a "vehicle" or "mobile robot".

**(d)** Smoke;  riot or civil commotion; sprinkler leakage or elevator collision.

**(e)** Weight of snow, ice or sleet.

**(f)** Collapse.

**(g)** Falling objects. However, this exclusion does not apply to:

  **(i)** Property located outside the walls of a structure or building; or

  **(ii)** Loss or damage to property located within a structure or building, unless a falling object first damages the roof or exterior wall of the structure or building.

**(h)** A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment.

**(i)** Any means, whether or not successful, intended to extinguish a fire. This includes, but is not limited to, the spraying of water.

**(4)** With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for:

**(a)** Loss caused by your failure to use due diligence and dispatch and any and all reasonable means to resume business; or

**(b)** Any increase in loss resulting from an agreement between you and your customer, supplier or contractor.

© 2021, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**(5)** Except as specifically provided under **A.2.h.** Mold coverage, we will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment": Any mold, fungus, mildew or yeast, including any spores or toxins created or produced by or emanating from such mold, fungus, mildew or yeast. This includes, but is not limited to, costs arising from clean-up, remediation, containment, removal, or abatement of such mold, fungus, mildew, yeast, spores or toxins. However, this exclusion does not apply to "spoilage and consequential damage" of personal property that is "perishable goods", to the extent that such "spoilage and consequential damage" is covered under Spoilage and Consequential Damage coverage.

**(6)** Except as specifically provided under **A.2.b. Data Restoration** or **A.2.k. Resultant Damage to Animals**, we will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment":

  **(a)** Physical loss or damage to "animals";

  **(b)** Loss, interruption or compromise of any research, test or study involving "animals"; or

  **(c)** Loss of income or extra expense resulting from **(a)** or **(b)** above.

**(7)** We will not pay for loss or damage to any of the following, whether or not caused by an "accident" or "electronic circuitry impairment"

  **(a)** Catalysts or molecular sieves;

  **(b)** Artifacts, fossils, relics or any rare items of cultural, historical or scientific interest; or

  **(c)** Biological samples or materials, including, but not limited to, organs, tissues or blood.

**(8)** We will not pay for "spoilage and consequential damage" to any "perishable goods" with respect to Off Premises Equipment Breakdown coverage.

**(9)** With respect to Off Premises Equipment Breakdown and Service Interruption coverage provided by this endorsement, and any Dependent Properties or Civil Authority coverages provided by the policy, we will not pay for any direct or indirect loss, damage or expense caused by or resulting from a "cyber event".

**c.** Exclusions **b.(3)(a)** through **(g)** above do not apply if:

  **(1)** The excluded cause of loss occurs away from any covered location and causes an electrical surge or other electrical disturbance.

  **(2)** Such surge or disturbance is transmitted through utility service transmission lines to the covered location and results in an "accident" or "electronic circuitry impairment"; and

  **(3)** The loss, damage or expense caused by such surge or disturbance is not covered elsewhere under the policy.

**d.** Any cause of loss set forth in exclusion **b.(3)(e)** through **(g)** above that is not a Covered Cause of Loss in this coverage part will be excluded only as respects Service Interruption coverage.

**4. Equipment Breakdown Definitions**

The following definitions are added with respect to this endorsement only:

**a.** "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

  **(1)** Mechanical breakdown, including physical damage caused by centrifugal force. As used in this definition, Mechanical Breakdown means an occurrence involving one or more moving parts of machinery that causes such machinery to operate improperly or to cease operating.

  **(2)** Artificially generated electrical current, including electrical arcing that damages electrical devices, appliances or wires;

  **(3)** Explosion, other than combustion explosion, of steam boilers, steam engines, steam piping or steam turbines.

© 2021, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**(4)** Sudden physical damage not otherwise excluded occurring inside:

    **(a)** Steam boilers, steam engines, steam piping or steam turbines; or

    **(b)** Hot water boilers or other equipment used to heat water.

**(5)** Bursting, cracking or splitting. However, this does not include any bursting, cracking or splitting associated with an explosion, unless such explosion is an "accident" as defined in (3) above.

**b.** "Actual cash value" means the replacement cost for parts, equipment or other property, less Depreciation. However, the "actual cash value" will not be less than 25% of the actual replacement cost.

As used in this definition, Depreciation means the ratio of the age of the property at the time of loss to its expected useful life.

Depreciation will not be applied to labor or other costs necessary to complete the repair or replacement.

**c.** "Animal" means any creature of the kingdom Animalia. This includes, but is not limited to amphibians, birds, fish, insects, mammals, reptiles, and worms.

**d.** "Boilers and vessels" means:

**(1)** Boilers;

**(2)** Piping, valves or fittings that:

    **(a)** Convey steam; or

    **(b)** Are part of a closed loop system connected to a boiler.

**(3)** Condensate tanks; and

**(4)** Fired or unfired vessels which, during normal usage, operate under vacuum or pressure, other than the weight of contents.

This term does not appear elsewhere in this endorsement, but may appear in the "schedule".

**e.** "Building Utilities" means "covered equipment" permanently mounted on or in a building and used to provide any of the following services with the building: heating, ventilating, air conditioning, electrical power, hot water, elevator or escalator services, central vacuum, natural gas service or communications.

"Building utilities" does not include personal property or equipment used in manufacturing or processing.

**f.** "Buried vessels or piping"

**(1)** "Buried vessels or piping" means any piping, valve, fitting or vessel that is buried or encased in the earth, concrete or other material, whether above or below grade, or in an enclosure which does not allow access for inspection and repair. Such equipment will be considered "buried vessels or piping" if any portion is buried or encased, whether or not the entire piece of equipment is buried or encased and whether or not the equipment is connected to other equipment that is not buried or encased.

**(2)** None of the following are "buried vessels or piping":

    **(a)** Any piping, valve, fitting, or vessel within a building. However, such equipment will not be considered within a building if it is partly or entirely beneath the building's foundation.

    **(b)** Any piping, valve, fitting, or vessel within a tunnel through which people can pass and that connects two or more buildings.

    **(c)** Any piping, valve or fitting that is part of a closed loop geothermal system.

    **(d)** A pressure vessel used as the cylinder of a hydraulic elevator.

**g.** "Cloud or outsourced computing services" means professional, on-demand, self-service data storage or data processing services provided through the Internet or over telecommunications lines. This includes services known as IaaS (infrastructure as a service), PaaS (platform as a service), SaaS (software as a service) and NaaS (network as a service). This includes business models known as public clouds, community clouds and hybrid clouds. "Cloud or outsourced computing services" include private clouds if such services are owned and operated by a third party.

**h.** "Covered equipment"

**(1)** Unless otherwise shown in the "schedule", "covered equipment means, Covered Property:

    **(a)** That generates, transmits or utilizes energy; or

    **(b)** Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

© 2021, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

"Covered equipment" may utilize conventional design and technology or new or newly commercialized design and technology.

(2) Except as specifically provided for under A.2.m. Service Interruption and A.2.n (part of Spoilage and Consequential Damage coverage), such equipment must be owned or leased by you, or operated under your control.

(3) None of the following is "covered equipment":

(a) Structures, including, but not limited to, the structural portions of buildings, towers or scaffolding.

(b) Foundations.

(c) Cabinets, compartments, conduits or ductwork.

(d) Insulating or refractory materials or glass linings.

(e) Dies, patterns or forms.

(f) "Buried vessels or piping".

(g) Waste drainage or sewer piping.

(h) Piping, valves or fittings forming a part of a sprinkler or fire suppression system;

(i) Piping, valves or fittings used to convey water. However, the following is "covered equipment":

(i) Piping, valves or fittings that are part of a closed loop connected to a boiler or a refrigeration or air conditioning system; and

(ii) Valve actuators

(j) "Vehicle" or any equipment mounted on a "vehicle".

(k) Satellites, spacecraft or any equipment mounted on a satellite or spacecraft;

(l) Draglines, excavation or construction equipment.

(m) Equipment manufactured by you for sale.

(n) Equipment of others that you modify, maintain or test as a professional service.

(o) "Data".

i. "Cyber event" means a hostile, illegal or transgressive act committed through electronic systems. This includes, but is not limited to, hacking, a denial of service attack or the deployment of malware. However, this does not include any such act committed as an act of war, whether or not officially declared.

j. "Data" means information or instructions stored in digital code capable of being processed by machinery.

k. "Electrical distribution equipment"

(1) "Electrical distribution equipment" means the following "covered equipment" when used to distribute electricity to connected equipment:

(a) Electrical wires, cables, busbars and busways;

(b) Electrical connectors, breakers, fuses, switches and motor control centers;

(c) Electrical usage monitors and power quality devices; and

(d) Electrical transformers.

(2) None of the following is "electrical distribution equipment": equipment that is part of or within a machine or apparatus, if such machine or apparatus is serving a function other than the distribution of electricity.

This term does not appear elsewhere in this endorsement, but may appear in the "schedule".

l. "Electrical distribution equipment other than transformers"

(1) "Electrical distribution equipment other than transformers" means the following "covered equipment" when used to distribute electricity to connected equipment:

(a) Electrical wires, cables, busbars and busways;

(b) Electrical connectors, breakers, fuses, switches and motor control centers; and

(c) Electrical usage monitors and power quality devices.

© 2021, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**(2)** None of the following is "electrical distribution equipment other than transformers":

**(a)** Equipment that is part of or within a machine or apparatus, if such machine or apparatus is serving a function other than the distribution of electricity; or

**(b)** Electrical transformers.

This term does not appear elsewhere in this endorsement, but may appear in the "schedule".

**m.** "Electrical generating equipment"

**(1)** "Electrical generating equipment" means equipment which converts any other form of energy into electricity. This includes, but is not limited to, the following:

**(a)** Boilers used primarily to provide steam for one or more turbine-generator units;

**(b)** Turbine-generators (including steam, gas, water or wind turbines)

**(c)** Engine-generators;

**(d)** Fuel cells or other alternative electrical generating equipment;

**(e)** Electrical transformers, switchgear and power lines used to convey the generated electricity; and

**(f)** Associated equipment necessary for the operation of any of the equipment listed in (a) through (e) above.

**(2)** None of the following is "Electrical generating equipment":

**(a)** Elevator or hoist motors that generate electricity when releasing cable; or

**(b)** Equipment intended to generate electricity solely on an emergency, back-up basis.

This term does not appear elsewhere in this endorsement, but may appear in the "schedule".

**n.** "Electronic circuitry impairment"

**(1)** "Electronic circuitry impairment" means a fortuitous event involving "Electronic Circuitry" within "covered equipment" that causes the "covered equipment" to suddenly lose its ability to function as it had been functioning immediately before such event. This definition is subject to the conditions specified in **(2)** and **(3)** below.

**(2)** We will determine that the reasonable and appropriate remedy to restore such "covered equipment's" ability to function is the replacement of one or more "Electronic Circuitry" components of the "covered equipment".

**(3)** None of the following is an "electronic circuitry impairment":

**(a)** Any condition caused by or related to:

**(i)** Incompatibility of the "covered equipment" with any software or equipment installed, introduced or networked within the prior 30 days; or

**(ii)** Insufficient size, capability or capacity of the "covered equipment".

**(b)** Exposure to adverse environmental conditions, including, but not limited to, change in temperature or humidity, unless such conditions result in an observable loss of functionality. Loss of warranty will not be considered an observable loss of functionality.

**(4)** As used in this definition, Electronic Circuitry means microelectronic components, including, but not limited to, circuit boards, integrated circuits, computer chips and disk drives.

**o.** "Excavation costs"

**(1)** "Excavation costs" means the additional cost to repair or replace Covered Property because of the need to dig a hole, trench or tunnel. This includes the costs to dig and refill the hole, trench or tunnel. This also includes the costs to repair damage to roads, walkways, landscaping or other property caused by such excavation.

**(2)** "Excavation costs" include the actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered.

This term does not appear elsewhere in this endorsement, but may appear in the "schedule".

**p.** "Hazardous substance" means any substance that is dangerous or harmful to health or has been declared by a governmental agency to be dangerous or harmful to health.

© 2021, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

q.  "Media" means material on which "data" is recorded, such as flash drives, hard disks, magnetic tapes, optical disks, or solid-state drives.

r.  "Medical equipment" means the following equipment when used for any medical specialty, including veterinary services:

(1)  "Medical imaging equipment";

(2)  Laboratory or therapeutic equipment; and

(3)  Any other equipment used to;

(a)  Cure, diagnose, mitigate, monitor, prevent or treat disease; or

(b)  Affect the structure or appearance of the body.

This term does not appear elsewhere in this endorsement, but may appear in the "schedule".

s.  "Medical imaging equipment" means scanning or imaging equipment used to diagnose or monitor disease or other conditions. This includes, but is not limited to, CT, MRI, PET, ultrasound and x-ray devices. This includes such equipment used for all medical specialties, including veterinary services.

This term does not appear elsewhere in this endorsement, but may appear in the "schedule".

t.  "Mobile Robot"

(1)  "Mobile robot" means "covered equipment" that is:

(a)  Able to move about under its own power; and

(b)  Used solely within a structure or building.

(2)  "Mobile robot" does not mean any equipment that is

(a)  Directed or steered by a human driver who is on or in such equipment;

(b)  Used to transport people;

(c)  Used in or under water or other liquid;

(d)  Used within tanks or piping; or

(e)  A drone or other airborne device.

u.  "One equipment breakdown" means all "accidents" and "electronic circuitry impairments" occurring at the same time from the same event. If an "accident" or "electronic circuitry impairment" causes other "accidents" or "electronic circuitry impairments" all will be considered "one equipment breakdown".

v.  "Perishable goods" means any Covered Property that is personal property, other than "animals", subject to deterioration or impairment as a result of a change in conditions, including, but not limited to temperature, humidity or pressure.

w.  "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. This includes all component parts of such machine or apparatus and any other equipment used exclusively with such machine or apparatus. However, "production machinery" does not mean any boiler, or fired or unfired pressure vessel.

This term does not appear elsewhere in this endorsement, but may appear in the schedule.

x.  "Recognized environmental standards program" means one of the following:

(1)  The United States Environmental Protection Agency ENERGY STAR® program;

(2)  The U.S. Green Building Council LEED® program;

(3)  The Green Building Initiative GREEN GLOBES® program; or

(4)  Any nationally or internationally recognized environmental standards program designed to achieve energy savings and related objectives of the type included in the programs listed above.

y.  "Schedule" means the Equipment Breakdown Coverage Schedule.

z.  "Spoilage and consequential damage" means any detrimental change in physical state. This includes, but is not limited to:

(1)  Thawing of frozen goods;

(2)  Warming of refrigerated goods;

(3)  Freezing of fresh goods;

(4)  Solidification of liquid or molten material; and

(5)  Chemical reactions to material in process.

© 2021, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

aa. "Vehicle"

(1) "Vehicle" means, with respect to this endorsement only, any machine or apparatus that is used for transportation or is able to move about under its own power, even if it is solely used within a structure or building. "Vehicle" includes, but is not limited to, any car, truck, bus, trailer, train, aircraft, drone, watercraft, forklift, bulldozer, tractor or harvester.

(2) None of the following is a "vehicle":

(a) Any property at a covered location that, for at least 24 consecutive hours has been stationary, installed and receiving electrical power from a power source that is external to such property. However, a battery-propelled machine or apparatus that requires periodic recharging is considered a "vehicle" and not subject to this exception.

(b) Any "mobile robot".

B. With respect to this endorsement only, the Building and Personal Property Coverage Form, Condominium Association Coverage Form and Condominium Commercial Unit-Owners Coverage Form are modified as follows.

1. **Equipment Breakdown Limits of Insurance**

Any payment made under this Equipment Breakdown Coverage will not be increased if multiple insureds are shown in the Declarations or if you are comprised of more than one legal entity.

a. The most we will pay for loss, damage or expense arising from any "one equipment breakdown" is the applicable Limit of Insurance in the Declarations. Coverage provided under this endorsement does not provide an additional amount of insurance.

b. Loss arising from any "one equipment breakdown" may continue to be present or recur in a later policy period. This includes, but is not limited to, loss arising from mold, fungus, mildew or yeast as covered under Mold coverage. In such a case, the most we will pay for all loss, damage or expense arising out of any "one equipment breakdown" is the coverage limit at the time of the "accident" or "electronic circuitry impairment".

c. If two or more coverage limits apply to the same loss or portion of a loss, we will pay only the smallest of the applicable limits for that loss or portion of that loss.

2. **Equipment Breakdown Deductible**

The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in the "schedule". If a separate Equipment Breakdown deductible is shown, the following applies.

Only as regards Equipment Breakdown Coverage, provision **D. Deductible** is deleted and replaced with the following:

a. **Deductibles for Each Coverage**

(1) Unless the "schedule" indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one equipment breakdown".

(2) We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the "schedule". We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

(3) If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one equipment breakdown", only the highest deductible for each coverage will apply.

b. **Direct and Indirect Coverages**

(1) Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the "schedule".

(2) Unless more specifically indicated in the "schedule":

(a) Direct Coverages Deductibles apply to all loss, damage or expense covered by this Equipment Breakdown Coverage with the exception of Business Income and Extra Expense loss, regardless of where such Business Income and Extra Expense coverage is provided in this Equipment Breakdown Coverage; and

(b) Indirect Coverages Deductibles apply to Business Income and Extra Expense loss, regardless of where such coverage is provided in this Equipment Breakdown Coverage.

© 2021, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

c.  **Application of Deductibles**

   **(1) Dollar Deductibles**

   We will not pay for loss, damage or expense resulting from any "one equipment breakdown" until the amount of loss, damage or expense exceeds the applicable deductible shown in the "schedule". We will then pay the amount of loss, damage or expense in excess of the applicable deductible or deductibles, up to the applicable Limit of Insurance.

   **(2) Time Deductible**

   If a time deductible is shown in the "schedule", we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident" or "electronic circuitry impairment". If a time deductible is expressed in days, each day will mean twenty-four consecutive hours.

   **(3) Multiple of Average Daily Value (ADV)**

   If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

   The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" or "electronic circuitry impairment" occurred, divided by the number of working days in that period. No reduction will be made for the Business Income not being earned, or in the number of working days, because of the "accident" or "electronic circuitry impairment" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration". The number indicated in the  "schedule" will be multiplied by the ADV as determined above. The result will be used as the applicable deductible.

   **(4) Percentage of Loss Deductibles**

   If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible) insured under the coverage that is applicable. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

   **(5) Horsepower Deductibles**

   If a deductible is expressed as a function of horsepower, the indicated amount per horsepower will be multiplied by the horsepower rating of the applicable "covered equipment". The resulting amount will apply as a Dollar Deductible. If the resulting amount is less than the indicated Minimum Deductible, the Minimum Deductible will be the applicable deductible. If the "covered equipment" is an air conditioning or refrigeration system, the indicated amount per horsepower will be multiplied by the horsepower rating of the system's largest motor or compressor. If systems or components are rated in tonnage of cooling capacity, each ton of rated capacity will be converted to horsepower in accordance with the following chart:

| Horsepower Equivalent Per One Ton of Rated Cooling Capacity | |
|---|---|
| Centrifugal Compressor System | 0.7hp |
| Hermetic Scroll Compressor System | 1.0hp |
| Reciprocating Compressor System | 1.5hp |
| Screw Compressor System | 1.5hp |
| All Other Systems | 4.7hp |

3.  **Equipment Breakdown Conditions**

   a.  The following conditions are in addition to the Conditions in the Building and Personal Property Coverage Form, the Condominium Association Coverage Form, the Condominium Commercial Unit-Owners Coverage Form, the Commercial Property Conditions and the Common Policy Conditions.

© 2021, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**(1) Jurisdictional Inspections**

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**(2) Suspension**

Any of our representatives may immediately suspend the insurance against loss from an "accident" or "electronic circuitry impairment" to any "covered equipment." that is found to be in a dangerous condition or exposed to a dangerous condition. They may do this by mailing or delivering a written notice of suspension to:

**(a)** Your address most recently known to us; or

**(b)** The address where the applicable "covered equipment" is located.

The only way we may reinstate insurance is by issuing an endorsement for that "covered equipment". We will refund the premium applicable to the suspended "covered equipment", prorated for the period of suspension. However, the suspension will be effective immediately even if we have not yet offered or made  a refund.

**b.** With respect to this endorsement only, the Valuation Condition in the Building and Personal Property Coverage Form, the Condominium Association Coverage Form and the Condominium Commercial Unit-Owners Coverage Form is deleted and replaced with the following:

**Valuation**

We will determine the value of Covered Property as follows:

**(1)** Except as specified otherwise, our payment for damaged Covered Property will be the least expensive of:

**(a)** The cost to repair the damaged property;

**(b)** The cost to replace the damaged property on the same site; or

**(c)** The amount you actually spend that is necessary to replace or repair the damaged property.

**(2)** The amount of our payment will be based on the most cost-effective means to replace the function, capacity and remaining useful life of the damaged property. This may include the use of generic, used or reconditioned parts, equipment or property. This will not include costs to research or correct defects, errors or shortcomings in the design or installation of the Covered Property.

**(3)** Except as described in **(4)** below, you must pay the extra cost of replacing damaged property with property of a better kind or quality or of a different size or capacity.

**(4)** Environmental, Safety and Efficiency Improvements

If "covered equipment" or its component part(s) requires replacement due to an "accident" or "electronic circuitry impairment", we will pay your additional cost to replace with equipment that we agree is better for the environment, safer for people or more energy or water efficient than the equipment being replaced subject to B.3. Equipment Breakdown Condition, b. Valuation. However, we will not pay to increase the size or capacity of the equipment and we will not pay more than 150% of what the cost would have been to replace with like kind and quality. This provision does not apply to any property to which "actual cash value" applies and does not increase any of the applicable limits.

**(5)** Consequential Loss to Undamaged Stock

Our payment for damaged Covered Property will include compensation for undamaged stock that loses market value or requires additional expense because of the damage to the Covered Property.

**(6)** The following property will be valued on an "actual cash value" basis:

**(a)** Any property that does not currently serve a useful or necessary function for you;

**(b)** Any Covered Property that you do not repair or replace within 24 months after the date of the "accident" or "electronic circuitry impairment"; and

**(c)** Any Covered Property for which "actual cash value" coverage is specified in the "schedule".

© 2021, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**(7)** If any one of the following conditions is met, property held for sale by you will be valued at the sales price as if no loss or damage had occurred, less any discounts and expenses that otherwise would have applied:

**(a)** The property was manufactured by you;

**(b)** The sales price of the property is less than the replacement cost of the property; or

**(c)** You are unable to replace the property before its anticipated sale.

**(8)** Except as specifically provided for under Data Restoration coverage, "data" and "media" will be valued on the following basis:

**(a)** For mass-produced and commercially available software, at the replacement cost.

**(b)** For all other "data" and "media", at the cost of blank "media" for reproducing the records. We will not pay for "data" representing financial records based on the face value of such records.

**PART II – AlertASSIST™ EQUIPMENT ALERT RESPONSE COVERAGE**

The following coverage is added, subject to the terms of this Equipment Breakdown Coverage endorsement and the terms of your policy.

**A. AlertAssist™ Equipment Alert Response Coverage**

**1.** Coverage under this AlertAssist™ Equipment Alert Response Coverage applies only if:

**a.** Your "covered equipment" triggers an "alert";

**b.** Within 30 days of first receiving the "alert", a "troubleshooting analysis" is performed on the "covered equipment"; and

**c.** Within 180 days of first receiving the "alert", you submit to us documentation of the "alert" and the "alert response costs" you have incurred as a direct result of the "alert".

**2.** If the conditions listed in 1. above have been met, we will pay 50% of your "alert response costs".

**3.** There is no coverage under this endorsement if the "alert" arose from an "accident" or "electronic circuitry impairment". In such case, coverage for the "accident" or "electronic circuitry impairment" will apply as normal under the Equipment Breakdown Coverage in PART I of this endorsement.

**B. Additional Exclusions**

We will not pay for any excluded loss, damage, or expense, even though any other cause or event concurrently or in any sequence contribute to the loss, damage or expense. Coverage under this AlertAssist™ Equipment Alert Response Coverage is subject to the exclusions in the policy and also the following additional exclusions:

**1.** Loss of Business Income, Extra Expense, "spoilage and consequential damage" or any other loss, damage or expense other than "alert response costs".

**2.** Labor costs of your employees.

**3.** Maintenance costs, except as specifically described in paragraph **G.5.b**. **Additional Definitions.**

**4.** Costs to troubleshoot, service or replace "covered equipment" that has not triggered an "alert", even if such equipment is similar to "covered equipment" that has triggered an "alert" or has been the subject of an advisory such as a recall, technical bulletin or manufacturer's recommendation.

**5.** Additional costs to increase the size, capability or capacity of the "covered equipment".

**C. Limit Of Insurance**

The most we will pay for all "alert response costs" arising from any "one alert" under this coverage is $10,000. This limit is part of, and not in addition to, the Equipment Breakdown Limit.

The most we will pay for all "alert response costs" arising from all "alerts" under this coverage that occur during any one policy period is $25,000.

**D. Minimum Claim Amount**

The minimum amount of loss for which a claim may be submitted under this endorsement is $500. The Alert Response Minimum Claim applies with respect to the share of your "alert response costs" that would be covered in accordance with Section A. above.

**E. Deductible**

No deductible applies to this coverage.

© 2021, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**F. Data**

In the event of a potential covered loss event, you agree to provide us ready access to all available physical and electronic evidence relating to the potential covered loss event. This includes, but is not limited to, electronic records of the "alert" and readings from the "electronic machine health monitoring system" prior to and following the "alert".

**G. Additional Definitions**

1. "Alert"

    a. "Alert" means an alarm, fault code, machine score or other signal generated by an "electronic machine health monitoring system" that indicates a sudden and unexpected increase in the risk that the monitored "covered equipment" will suffer a mechanical or electrical failure.

    b. "Alert" does not mean any alarm, fault code, machine score or other signal:

        (1) Triggered in the course of normal and gradual equipment deterioration;

        (2) Based solely on the time or usage since previous maintenance; or

        (3) With respect to "covered equipment" that is being used in an application that it was not designed for.

2. "Alert Response Costs" means the reasonable and necessary costs for "troubleshooting analysis" and "preemptive repairs" incurred with respect to the "covered equipment" that triggered the "alert".

3. "Electronic Machine Health Monitoring System" means an electronic system that monitors "covered equipment" as follows:

    a. The system uses one or more sensors to collect data on one or more critical parameters of the equipment's operating condition, such as temperature, pressure or vibration;

    b. The system collects data from the sensors continuously or at intervals no longer than one hour;

    c. The system analyzes the data using logic, algorithms or machine learning to determine when to generate an "alert"; and

    d. The system was either:

        (1) Installed by the manufacturer of the "covered equipment"; or

        (2) Operational and in service monitoring the "covered equipment" for at least 45 days prior to the "alert".

    e. "Electronic machine health monitoring system" only means a system that directly monitors "covered equipment". It does not, for example, mean a system that monitors the temperature of an enclosure or the characteristics of finished products, even if such temperature or characteristics depend on the functioning of "covered equipment".

4. "One Alert" means all "alerts" generated with respect to the same piece of "covered equipment" until the "covered equipment" has been serviced and successfully returned to operation without triggering a subsequent "alert" for at least 14 days.

5. "Preemptive Repairs" means the following with respect to the "covered equipment" that triggered the "alert":

    a. The cost to improve the condition of the "covered equipment" so that it can operate without triggering an "alert".

    b. The cost to perform normal maintenance due within six months, if there is a cost or logistical advantage to having such work performed at the same time as the costs covered under a. above.

    c. Only if it is less than the cost of a. above, "preemptive repairs" means the reasonable and necessary costs for replacement equipment that will serve the same purpose as the "covered equipment".

6. "Troubleshooting Analysis" means the following when performed by an appropriately trained technician:

    a. Examination and assessment of the health of the "covered equipment";

    b. Review of the "alert" and determination of the probable reason for the "alert"; and

    c. Explanation of options regarding "preemptive repairs".

All other provisions of this policy apply.

© 2021, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# YOUR BUSINESS PERSONAL PROPERTY AMENDMENT TENANT GLASS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

Coverage provided by this endorsement is subject to the Cause of Loss Form attached to this policy and policy's Deductible.

Coverages provided by this endorsement are in excess of any other specific coverages that are provided in other coverage Parts or other Policies.

**A.** The following is added to paragraph **A.1.b. Your Business Personal Property**:

(8) Exterior and/or interior Glass will be considered part of your Business Personal Property if:

(a) You are a tenant;

(b) You have a contractual responsibility to insure such property or to pay for damage to it and

(c) This policy does not insure the building or structure.

**B.** Paragraph **A.1.c. Personal Property of Others** is replaced by the following:

**1. Covered Property**

**c. Personal Property of Others**

(1) Personal property of others that is:

(a) In your care, custody or control; and

(b) Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

(2) Personal Property of Others includes exterior and/or interior glass that is part of the building or structure described in the Declaration only if:

(a) You are a tenant;

(b) You have a contractual responsibility to insure such property or to pay for damage to it; and

(c) This policy does not insure the building or structure.

(3) Our payment for loss of or damage to property covered under Personal Property of Others will only be for the account of the owner of the property.

(4) If you are contractually liable for a specific amount, we will pay the least of the following:

(a) The amount for which you are contractually liable;

(b) The amount determined in accordance with the applicable Valuation Condition or any provision which replaces it; or

(c) The Limit of Insurance.

---

**WB 898 05 25**                    West Bend®                    **Page 1 of 1**

POLICY NUMBER:  C092188                                                      **WB 2843 05 24**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CYBER SUITE COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART

**SCHEDULE**

| | |
|---|---|
| **Cyber Suite Annual Aggregate Limit** | $ Not Applicable |
| **First Party Annual Aggregate Limit** | $ 100,000 |
| **Third Party Annual Aggregate Limit** | $ 100,000 |
| **Cyber Suite Deductible Per Occurrence** | $ 1,000 |

| | |
|---|---|
| **FIRST PARTY COVERAGES** | |
|    **DATA COMPROMISE RESPONSE EXPENSES** | Included |
|       **Sublimits Per Occurrence** | |
|          **Public Relations** | $ 10,000 |
|          **Reputational Harm** | $ 10,000 |
|    **COMPUTER ATTACK** | Included |
|       **Sublimit Per Occurrence** | |
|          **Public Relations** | $ 10,000 |
|    **REWARD PAYMENTS** | Included |
|       **Sublimit Per Policy** | $ 25,000 |
|    **CYBER EXTORTION** | Included |
|       **Sublimit Per Occurrence** | $ 10,000 |
|    **MISDIRECTED PAYMENT FRAUD** | Included |
|       **Sublimit Per Occurrence** | $ 10,000 |
|    **COMPUTER FRAUD** | Included |
|       **Sublimit Per Occurrence** | $ 10,000 |
|    **TELECOMMUNICATIONS FRAUD** | Included |
|       **Sublimit Per Occurrence** | $ 10,000 |

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**THIRD PARTY COVERAGES**

  **PRIVACY INCIDENT LIABILITY**

    **Privacy Incident Defense**          $ Included

    **Privacy Incident Liability**          $ Included

  **NETWORK SECURITY LIABILITY**

    **Network Security Defense**          $ Included

    **Network Security Liability**          $ Included

  **ELECTRONIC MEDIA LIABILITY**

    **Electronic Media Defense**          $ Included

    **Electronic Media Liability**          $ Included

**IDENTITY RECOVERY COVERAGE**

  **Annual Aggregate Limit Per "Identity Recovery Insured"**      $ 25,000

  **Deductible Per Occurrence**      None

  **Sublimits Per Occurrence**

    **Lost Wages and Child and Elder Care Expenses**      $ 5,000

    **Mental Health Counseling**      $ 1,000

    **Miscellaneous Unnamed Costs**      $ 1,000

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

Throughout this Coverage Endorsement (hereinafter referred to as "Cyber Coverage"), the words "you" and "your" refer to the Named Insured(s) shown in the Declarations, and any other person(s) or organization(s) qualifying as a Named Insured under this Cyber Coverage. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in "quotations" have special meaning. Refer to **DEFINITIONS**.

Coverage under this endorsement is subject to the following: The terms and conditions of the Cancellation Clause of the Common Policy Conditions and any amendment to such terms incorporated by endorsement are hereby incorporated herein and shall apply to coverage as is afforded by this Cyber Coverage, unless specifically stated otherwise in an endorsement(s) attached hereto.

**A. COVERAGE**

This section lists the coverages that apply if indicated in the Schedule.

**1. Data Compromise Response Expenses**

a. Data Compromise Response Expenses applies only if all of the following conditions are met:

(1) There has been a **"personal data compromise"**; and

(2) Such **"personal data compromise"** took place in the **"coverage territory"**; and

(3) Such **"personal data compromise"** is first discovered by you during the **"policy period"**; and

(4) Such **"personal data compromise"** is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

b. If the conditions listed in **a.** above have been met, then we will provide coverage for the following expenses when they arise directly from such **"personal data compromise"** and are necessary and reasonable. Items **(4)** and **(5)** below apply only if there has been a notification of the **"personal data compromise"** to **"affected individuals"** as covered under item **(3)** below.

**(1) Forensic IT Review**

We will pay for a professional information technologies review if needed to determine, within the constraints of what is possible and reasonable, the nature and extent of the "personal data compromise" and the number and identities of the "affected individuals". This includes, when necessary, the cost of a qualified Payment Card Forensic Investigator.

This does not include costs to analyze, research or determine any of the following:

(a) Vulnerabilities in systems, procedures or physical security; or

(b) The nature or extent of "loss" or damage to data that is not "personally identifying information" or "personally sensitive information".

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Forensic IT Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**(2) Legal Review**

We will pay for a professional legal counsel review of the "personal data compromise" and how you should best respond to it.

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Legal Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**(3) Notification to Affected Individuals**

We will pay your necessary and reasonable costs to provide notification of the "personal data compromise" to "affected individuals".

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**(4) Services to Affected Individuals**

We will pay your necessary and reasonable costs to provide the following services to "affected individuals". Services **(c)** and **(d)** below apply only to "affected individuals" from "personal data compromise" events involving "personally identifying information".

**(a) Informational Materials**

A packet of loss prevention and customer support information.

**(b) Help Line**

A toll-free telephone line for "affected individuals" with questions about the "personal data compromise". Where applicable, the line can also be used to request additional services as listed in **(c)** and **(d)** below.

**(c) Credit Report and Monitoring**

A credit report and an electronic service automatically monitoring for activities affecting an individual's credit records. This service is subject to the "affected individual" enrolling for this service with the designated service provider.

**(d) Identity Restoration Case Management**

As respects any "affected individual" who is or appears to be a victim of "identity theft" that may reasonably have arisen from the "personal data compromise", the services of an identity restoration professional who will assist that "affected individual" through the process of correcting credit and other records and, within the constraints of what is possible and reasonable, restoring control over his or her personal identity.

**(5) Public Relations**

We will pay for a professional public relations firm review of, and response to, the potential impact of the "personal data compromise" on your business relationships.

This includes necessary and reasonable costs to implement public relations recommendations of such firm. This may include advertising and special promotions designed to retain your relationship with "affected individuals". However, we will not pay for:

**(a)** Promotions provided to any of your **"executives"** or employees; or

**(b)** Promotion costs exceeding $25 per **"affected individual"**.

**(6) Regulatory Fines and Penalties**

We will pay for any fine or penalty imposed by law, to the extent such fine or penalty is legally insurable under the law of the applicable jurisdiction. This includes, but is not limited to, fines and penalties imposed for the violation of the European Union General Data Protection Regulation, the California Consumer Privacy Act and similar laws.

**(7) PCI Assessments, Fines and Penalties**

We will pay for any Payment Card Industry assessments, fines and penalties imposed on you under a contract to which you are a party.

This does not include any of the following:

**(a)** Increased transaction costs;

**(b)** Any assessments, fines and penalties not arising from a covered "personal data compromise";

**(c)** Interchange fees;

**(d)** Chargebacks;

**(e)** Subsequent assessments, fines and penalties imposed due to continued PCI non-compliance; or

**(f)** Any portion of such amount that has been or can reasonably be expected to be reimbursed by a third-party, such as a financial institution.

**(8) Reputational Harm**

**(a)** This coverage applies only if there has been a "personal data compromise" for which you provided notifications and services to "affected individuals" in consultation with us pursuant to **b.(3)** and **b.(4)** above.

**(b)** If the conditions listed in **(a)** above have been met, then we pay your necessary and reasonable "reputational harm costs" incurred during the "period of indemnification" and arising directly from the "personal data compromise".

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**2. Computer Attack**

**a.** Computer Attack applies only if all of the following conditions are met:

**(1)** There has been a **"computer attack"**; and

**(2)** Such **"computer attack"** occurred in the **"coverage territory"**; and

**(3)** Such **"computer attack"** is first discovered by you during the **"policy period"**; and

**(4)** Such **"computer attack"** is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

**b.** If all the conditions listed in **2.a.** above have been met, then we will provide you the following coverages for **"loss"** directly arising from such **"computer attack"**.

**(1) Data Restoration**

We will pay your necessary and reasonable "data restoration costs".

**(2) Data Re-creation**

We will pay your necessary and reasonable "data re-creation costs".

**(3) System Restoration**

We will pay your necessary and reasonable "system restoration costs".

**(4) Loss of Business**

We will pay your actual "business income and extra expense loss" incurred during the "period of restoration".

This includes your actual "business income and extra expense loss" caused by a voluntary shutdown of your "computer system" in connection with your reasonable efforts to stop, mitigate the effects of, or recover from, such a "computer attack".

**(5) Extended Income Recovery**

If you suffer a covered "business income and extra expense loss" resulting from a "computer attack" on a "computer system" owned or leased by you and operated under your control, we will pay your actual "extended income loss".

**(6) Public Relations**

If you suffer a covered "business income and extra expense loss", we will pay for the services of a professional public relations firm to assist you in communicating your response to the "computer attack" to the media, the public and your customers, clients or members.

**(7) Future Loss Avoidance**

If you received a loss payment from us under **Coverage 2.** Computer Attack, we will pay your necessary and reasonable "future loss avoidance costs".

**(8) Reward Payments**

We will pay for any necessary and reasonable "reward payments" offered and made by you in response to a "computer attack".

**3. Cyber Extortion**

**a.** Cyber Extortion applies only if all of the following conditions are met:

**(1)** There has been a **"cyber extortion threat"**; and

**(2)** Such **"cyber extortion threat"** is first made against you during the **"policy period"**; and

**(3)** Such **"cyber extortion threat"** is reported to us as soon as practicable, but in no event more than 60 days after the date it is first made against you.

**b.** If all the conditions listed in 3.a. above have been met, then we will pay for your necessary and reasonable **"cyber extortion expenses"** arising directly from such **"cyber extortion threat"** and any necessary and reasonable "reward payments" offered and made by you in response to a "cyber extortion threat". The payment of **"cyber extortion expenses"** must be approved in advance by us. We will not pay for **"cyber extortion expenses"** that have not been approved in advance by us. We will not unreasonably withhold our approval

**c.** You must make every reasonable effort not to divulge the existence of this Cyber Extortion coverage.

**4. Misdirected Payment Fraud**

**a.** Misdirected Payment Fraud applies only if all of the following conditions are met:

**(1)** There has been a **"wrongful transfer event"** against you; and

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**(2)** Such "wrongful transfer event" took place in the "coverage territory"; and

**(3)** Such "wrongful transfer event" is first discovered by you during the "policy period"; and

**(4)** Such "wrongful transfer event" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you; and

**(5)** Such "wrongful transfer event" is reported in writing by you to the police.

**b.** If all the conditions listed above in **4.a.** have been met, then we will pay your necessary and reasonable "wrongful transfer costs" arising directly from the "wrongful transfer event" and any necessary and reasonable "reward payments" offered and made by you in response to a "wrongful transfer event".

**5. Computer Fraud**

**a.** Computer Fraud applies only if all of the following conditions are met:

**(1)** There has been a "computer fraud event" against you; and

**(2)** Such "computer fraud event" took place in the "coverage territory"; and

**(3)** Such "computer fraud event" is first discovered by you during the "policy period"; and

**(4)** Such "computer fraud event" is reported to us within 60 days after the date it is first discovered by you; and

**(5)** Such "computer fraud event" is reported in writing by you to the police.

**b.** If all the conditions listed in **5.a.** above have been met, then we will pay your necessary and reasonable "computer fraud costs" arising directly from the "computer fraud event" and any necessary and reasonable "reward payments" offered and made by you in response to a "computer fraud event".

**6. Telecommunications Fraud**

**a.** Telecommunications Fraud applies only if all of the following conditions are met:

**(1)** There has been a "computer attack" on a "telecommunications system" that is owned or leased by you and operated under your control; and

**(2)** Such "computer attack" took place in the "coverage territory"; and

**(3)** Such "computer attack" is first discovered by you during the "policy period"; and

**(4)** Such "computer attack" is reported to us within 60 days after the date it is first discovered by you; and

**(5)** Such "computer attack" is reported in writing by you to the police; and

**(6)** As a result of such "computer attack", there have been "telecommunications fraud costs".

**b.** If all the conditions listed in **6.a.** above have been met, then we will pay your necessary and reasonable "telecommunications fraud costs" arising directly from the "computer attack".

**7. Privacy Incident Liability**

**a.** Privacy Incident Liability applies only if all of the following conditions are met:

**(1)** During the "policy period" or any applicable Extended Reporting Period, you first receive notice of one of the following:

**(a)** A "claim"; or

**(b)** A "regulatory proceeding".

**(2)** Such "claim" or "regulatory proceeding" must arise from a "privacy incident" that:

**(a)** Took place during the "coverage term"; and

**(b)** Took place in the "coverage territory"; and

**(c)** Was submitted to us and insured under Data Compromise Response Expenses.

**(3)** Such "claim" or "regulatory proceeding" is reported to us as soon as practicable, but in no event more than 60 days after the date is first received by you.

**b.** If the conditions listed in **7.a.** above have been met, then we will pay on your behalf any covered:

**(1)** "Loss" directly arising from the "claim"; or

**(2)** "Defense costs" directly arising from a "regulatory proceeding".

**c.** All "claims" and "regulatory proceedings" arising from a single "privacy incident" or interrelated "privacy incidents" will be deemed to have been made at the time that notice of the first of those "claims" or "regulatory proceedings" is received by you.

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

8. **Network Security Liability**

a. Network Security Liability applies only if all of the following conditions are met:

(1) During the **"policy period"** or any applicable Extended Reporting Period, you first receive notice of a **"claim"** which arises from a **"network security incident"** that:

(a) Took place during the **"coverage term"**; and

(b) Took place in the **"coverage territory"**; and

(2) Such **"claim"** is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

b. If all the conditions listed in **8.a.** above have been met, then we will pay on your behalf any covered **"loss"** directly arising from the **"claim"**.

c. All **"claims"** arising from a single **"network security incident"** or interrelated **"network security incidents"** will be deemed to have been made at the time that notice of the first of those **"claims"** is received by you.

9. **Electronic Media Liability**

a. Electronic Media Liability applies only if all of the following conditions are met:

(1) During the **"policy period"** or any applicable Extended Reporting Period, you first receive notice of a **"claim"** which arises from an **"electronic media incident"** that:

(a) Took place during the **"coverage term"**; and

(b) Took place in the **"coverage territory"**; and

(2) Such **"claim"** is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

b. If all the conditions listed in **9.a.** above have been met, then we will pay on your behalf any covered **"loss"** directly arising from the **"claim"**.

c. All **"claims"** arising from a single **"electronic media incident"** or interrelated **"electronic media incidents"** will be deemed to have been made at the time that notice of the first of those **"claims"** is received by you.

10. **Identity Recovery**

a. Identity Recovery applies only if all of the following conditions are met:

(1) There has been an **"identity theft"** involving the personal identity of an **"identity recovery insured"** under this Cyber Coverage; and

(2) Such **"identity theft"** took place in the **"coverage territory"**; and

(3) Such **"identity theft"** is first discovered by the **"identity recovery insured"** during the **"policy period"**; and

(4) Such **"identity theft"** is reported to us within 60 days after it is first discovered by the **"identity recovery insured"**.

b. If all the conditions listed in **10.a.** above have been met, then we will provide the following to the **"identity recovery insured"**:

(1) **Case Management Service**

We will pay for the services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

(2) **Expense Reimbursement**

We will pay for reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft".

B. **EXCLUSIONS**

If any cyber incident exclusion is made a part of this policy, such exclusion will not apply to the coverage afforded by this Cyber Coverage.

The following additional exclusions apply to this coverage:

We will not pay for costs or "loss" arising from the following:

1. Nuclear reaction or radioactive contamination, howsoever caused.

2. War and hostile action, including any of the following:

a. Cyber warfare, whether or not occurring in combination with physical combat;

b. Undeclared war;

c. Civil war;

d. Hostile action by military force or cyber measures; or

e. Insurrection, rebellion, revolution, usurped power, political violence or action taken by governmental authority in hindering or defending against any of these, including cyber action in connection with any of the foregoing.

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

For purposes of this exclusion, cyber warfare, cyber measures, and cyber action include, but are not limited to, the use of disruptive digital activities against a computer network or system with the intention to cause harm in order to further political or similar objectives, or to intimidate any person(s) in furtherance of such objectives, committed by a "Combatant".

The attribution of an action to a "Combatant" will be determined by relying on reasonable evidence such as:

a. Statements by an impacted government, sovereign or other authority;

b. Statements by widely recognized international bodies (such as the United Nations) or alliances (such as the North Atlantic Treaty Organization); or

c. Consensus opinion within relevant expert communities such as the cyber security industry.

Decisions about the presence or absence of war, hostile action, and other terms used in this exclusion will take into consideration the full range of available tactics, weapons and technologies at the time of the event giving rise to the "loss".

"Combatant" means, for purposes of this exclusion, a government, sovereign or other authority, or agents acting on their behalf.

3. Total or partial failure or interruption of, reduction in performance of, or damage to, any electrical power supply network or telecommunications network not owned and operated by you including, but not limited to, satellites, the internet, internet service providers, Domain Name System (DNS) service providers, cable and wireless providers, internet exchange providers, search engine providers, internet protocol networks (and similar networks that may have different designations) and other providers of telecommunications or internet infrastructure.

4. Any attack on, incident involving, or loss to any computer or system of computers that is not a "computer system".

5. Failure, interruption, degradation of service, insolvency or bankruptcy of any cryptocurrency wallet service provided or digital currency exchange service provider.

6. Costs to research or correct any deficiency.

7. Any fines or penalties other than those explicitly covered under Data Compromise Response Expenses.

8. Any criminal investigations or proceedings.

9. Your intentional or willful complicity in a covered "loss" event.

10. Your reckless disregard for the security of your "computer system" or data, including confidential or sensitive information of others in your care, custody or control.

11. Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you.

12. Violation of any of the following:

a. The Organized Crime Control Act of 1970 (commonly known as Racketeer Influenced and Corrupt Organizations Act or RICO), as amended;

b. Any securities law, including but not limited to the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Company Act of 1940, the Investment Advisors Act and the Organized Crime Control Act of 1970, as amended;

c. Any law relating to biometric information privacy, including but not limited to the Biometric Information Privacy Act, as amended;

d. Any regulation promulgated under any of the foregoing laws;

e. Except as expressly covered under this Cyber Coverage, any federal, state, common, or foreign law or legislation similar to the foregoing laws.

13. Any "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "wrongful act" occurring before the "coverage term".

14. That part of any "claim" seeking any non-monetary relief. However, this exclusion does not apply to "defense costs" arising from an otherwise insured "wrongful act".

15. The propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers in connection with hardware or software created, produced or modified by you for sale, lease or license to third parties.

16. Any "claim" or "loss" alleging, arising out of, based upon or attributable to, or brought by or on behalf of any federal, state, or legal government agency or professional or trade licensing organizations or the enforcement of any governmental law, ordinance, regulation or rule; however, this exclusion shall not apply to:

a. Actions or proceedings brought by a governmental authority or regulatory agency acting solely in its capacity as your customer;

b. "Regulatory proceedings" insured under **Coverage 7**. Privacy Incident Liability; or

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

c. Any fine or penalty imposed by law which arises from a covered **"personal data compromise"**.

17. Any **"loss"** or liability arising out of **"pollutants or contaminants"** or the presence of the actual, alleged or threatened discharge, dispersal, release or escape of **"pollutants or contaminants"**, or any direction or request to test for, or monitor, clean up, remove, contain, treat, detoxify or neutralize **"pollutants or contaminants"**, or in any way respond to or assess the effects of.

18. **"Property damage"** or **"bodily injury"** other than mental anguish or mental injury alleged in a **"claim"** covered under Privacy Incident Liability, Network Security Libility, or Electronic Media Liability.

19. Any oral or written publication of material, if done by you or at your direction with knowledge of its falsity.

20. The theft of a professional or business identity.

21. Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any **"authorized representative"** of an "identity recovery insured", whether acting alone or in collusion with others. However, this exclusion will not apply to the interests of an **"identity recovery insured"** who has no knowledge of or involvement in such fraud, dishonesty or criminal act.

22. An **"identity theft"** that is not reported in writing to the police.

23. The following exclusions are applicable to Future Loss Avoidance only:

    a. Any **"future loss avoidance costs"** incurred after this policy has been cancelled or non-renewed by either you or us.

    b. The salaries or wages of your **"employees"** or **"executives"**, or your loss of earnings.

24. Any amount not insurable under applicable law.

25. Any provision of coverage under this Cyber Coverage to the extent that such provision would expose us or you to a violation of economic or trade sanctions, laws or regulations of the United States of America or any other jurisdiction with whose laws we are legally obligated to comply.

## C. LIMITS OF INSURANCE

### 1. Aggregate Limits

The First Party Annual Aggregate Limit shown in the Schedule is the most we will pay for all "loss" under all the Data Compromise Response Expenses, Computer Attack, Cyber Extortion, Misdirected Payment Fraud, and Computer Fraud coverages in any one "policy period". The First Party Annual Aggregate Limit shown in the Schedule applies regardless of the number of insured events first discovered during the "policy period".

Except for post-judgment interest the Third Party Annual Aggregate Limit shown in the Schedule is the most we will pay for all "loss" under all the Data Compromise Liability, Network Security Liability and Electronic Media Liability coverages in any one "policy period" or any applicable Extended Reporting Period. The Third Party Annual Aggregate Limit shown in the Schedule applies regardless of the number of insured "claims" or "regulatory proceedings" first received during the "policy period" or any applicable Extended Reporting Period.

If a Cyber Suite Annual Aggregate limit is shown in the Schedule, then except for post-judgment interest, the Cyber Suite Annual Aggregate Limit shown in the Schedule is the most we will pay for all "loss" under all applicable coverage sections, except Identity Recovery, in any one "policy period" or any applicable Extended Reporting Period. The Cyber Suite Annual Aggregate Limit shown in the Schedule applies regardless of the number of insured events first discovered or "claims" or "regulatory proceedings" first received during the "policy period" or any applicable Extended Reporting Period.

The Identity Recovery Coverage is subject to the Identity Recovery Limit as shown in the Schedule.

### 2. Coverage Sublimits

#### a. Data Compromise Sublimits

The most we will pay under Data Compromise Response Expenses for Public Relations, and Reputational Harm coverages for "loss" arising from any one "personal data compromise" is the applicable sublimit for each of those coverages shown in the Schedule.

These sublimits are part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Schedule. Public Relations coverage is also subject to a limit per "affected individual" as described in **A.1.b.(5)**.

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**b. Computer Attack Sublimit**

The most we will pay under Computer Attack for Public Relations coverage for "loss" arising from any one "computer attack" is the applicable Public Relations sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Schedule.

**c. Cyber Extortion Sublimit**

The most we will pay under Cyber Extortion coverage for "loss" arising from one "cyber extortion threat" is the applicable sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Schedule.

**d. Misdirected Payment Fraud Sublimit**

The most we will pay under Misdirected Payment Fraud coverage for "loss" arising from one "wrongful transfer event" is the applicable sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Schedule.

**e. Computer Fraud Sublimit**

The most we will pay under Computer Fraud coverage for "loss" arising from one "computer fraud event" is the applicable sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Schedule.

**f. Telecommunications Fraud Sublimit**

The most we will pay under Telecommunications Fraud coverage for "loss" arising from one "computer attack" on a "telecommunications system" is the applicable sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Schedule.

**g. Reward Payments Sublimit**

The most we will pay under Reward Payments coverage for all "reward payments" resulting from a "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event" or "computer fraud event" in any one "policy period" is the applicable sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Schedule.

**h. Identity Recovery Sublimits**

The following provisions are applicable only to the Identity Recovery Coverage.

(1) Case Management Service is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Services do not reduce the Annual Aggregate Limit for Identity Recovery.

(2) "Identity Recovery Expenses" for Legal Costs are part of, and not in addition to, the Annual Aggregate Limit for Identity Recovery.

(3) "Identity Recovery Expenses" for Child and Elder Care Expenses are jointly subject to the Lost Wages and Child and Elder Care sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the Annual Aggregate Limit for Identity Recovery. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

(4) "Identity Recovery Expenses" for Mental Health Counseling is subject to the Mental Health Counseling sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the Annual Aggregate Limit for Identity Recovery. Coverage is limited to counseling that takes place within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

(5) "Identity Recovery Expenses" for Miscellaneous Unnamed Costs is subject to the Miscellaneous Unnamed Costs sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the Annual Aggregate Limit for Identity Recovery. Coverage is limited to costs incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

3. **Application of Limits**

   a. A **"computer attack"**, **"cyber extortion threat"**, **"personal data compromise"**, **"wrongful transfer event"**, **"computer fraud event"** or **"identity theft"** may be first discovered by you in one **"policy period"** but it may cause insured **"loss"** in one or more subsequent **"policy periods"**. If so, all insured **"loss"** arising from such **"computer attack"**, **"cyber extortion threat"**, **"personal data compromise"**, **"wrongful transfer event"**, **"computer fraud event"** or **"identity theft"** will be subject to the limit of insurance applicable to the **"policy period"** when the **"computer attack"**, **"cyber extortion threat"**, **"personal data compromise"**, **"wrongful transfer event"**, **"computer fraud event"** or **"identity theft"** was first discovered by you.

   b. You may first receive notice of a **"claim"** or **"regulatory proceeding"** in one **"policy period"** but it may cause insured **"loss"** in one or more subsequent **"policy periods"**. If so, all insured **"loss"** arising from such **"claim"** or **"regulatory proceeding"** will be subject to the limit of insurance applicable to the **"policy period"** when notice of the **"claim"** or **"regulatory proceeding"** was first received by you.

   c. The limit of insurance for the Extended Reporting Periods (if applicable) will be part of, and not in addition to, the limit of insurance for the immediately preceding **"policy period"**.

   d. Coverage for Services to Affected Individuals under Data Compromise Response Expenses is limited to costs to provide such services for a period of up to one year from the date of the notification to the **"affected individuals"**. Notwithstanding, coverage for Identity Restoration Case Management services initiated within such one year period may continue for a period of up to one year from the date such Identity Restoration Case Management services are initiated.

D. **DEDUCTIBLES**

   1. We will not pay for **"loss"** until the amount of the insured **"loss"** exceeds the deductible amount shown in the Schedule. We will then pay the amount of **"loss"** in excess of the applicable deductible amount, subject to the applicable limits shown in the Schedule. You will be responsible for the applicable deductible amount.

   2. The deductible will apply to all:

      a. **"Loss"** arising from the same insured event or interrelated insured events under Data Compromise Response Expenses, Computer Attack, Cyber Extortion, Misdirected Payment Fraud, Computer Fraud or Telecommunications Fraud.

      b. **"Loss"** resulting from the same **"wrongful act"** or interrelated **"wrongful acts"** insured under Privacy Incident Liability, Network Security Liability or Electronic Media Liability.

   3. In the event that **"loss"** is insured under more than one coverage section, only the single highest deductible applies.

   4. Insurance coverage under Identity Recovery is not subject to a deductible.

E. **ADDITIONAL CONDITIONS**

   The following conditions apply in addition to the Common Policy Conditions:

   1. **Additional Policy Protection**

      We may, from time to time, offer or arrange to provide benefits specific to one of our risk management benefits which include but are not limited to devices, equipment, services or benefits provided by either us or a third party vendor selected by us. These services or products are designed to mitigate loss, provide loss control, assess risk, identify sources of risk, or develop strategies for eliminating or reducing risk. The benefits are intended to enhance the safety, value, usability, life or protection of you or your insurable assets. Such products or services must be provided by us or by a third party vendor that has an agreement or contract with us. We do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization.

   2. **Bankruptcy**

      The bankruptcy or insolvency of you or your estate, will not relieve you or us of any obligation under this Cyber Coverage.

   3. **Defense And Settlement**

      a. We shall have the right and the duty to assume the defense of any applicable **"claim"** or **"regulatory proceeding"** against you. You shall give us such information and cooperation as we may reasonably require.

      b. You shall not admit liability for or settle any **"claim"** or **"regulatory proceeding"** or incur any defense costs without our prior written consent.

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

c. At the time a **"claim"** or **"regulatory proceeding"** is first reported to us, you may request that we appoint a defense attorney of your choice. We will give full consideration to any such request.

d. We will not be obligated to pay any **"loss"** or **"defense costs"**, or to defend or continue to defend any **"claim"** or **"regulatory proceeding"** after the applicable limit of insurance has been exhausted.

e. We will pay all interest on that amount of any judgment within the applicable limit of insurance which accrues:

   (1) Before entry of judgment; and

   (2) After entry of judgement but before we pay, offer to pay or deposit in court that part of the judgment within the applicable limit of insurance or, in any case, before we pay or offer to pay the entire applicable limit of insurance.

   These interest payments will be in addition to and not part of the applicable limit of insurance.

f. We may, with your written consent, make any settlement of a **"claim"** or **"regulatory proceeding"** which we deem reasonable. If you refuse to consent to any settlement recommended by us and acceptable to the claimant or plaintiff, our liability for all **"settlement costs"** and **"defense costs"** resulting from such **"claim"** or **"regulatory proceeding"** will not exceed the following:

   (1) The amount for which we could have settled such **"claim"** or **"regulatory proceeding"** plus **"defense costs"** incurred as of the date we proposed such settlement in writing to you; plus

   (2) 80% of any **"settlement costs"** incurred after the date of such proposed settlement:

   subject to the applicable limits.

4. **Due Diligence**

   You agree to use due diligence to prevent and mitigate **"loss"** insured under this Cyber Coverage. This includes, but is not limited to, complying with, and requiring your vendors to comply with, reasonable and industry-accepted protocols for:

   a. Providing and maintaining appropriate physical security for your premises, **"computer systems"** and hard copy files;

   b. Providing and maintaining appropriate computer and Internet security;

c. Maintaining and updating at appropriate intervals backups of computer data;

d. Protecting transactions, such as processing credit card, debit card and check payments; and

e. Appropriate disposal of files containing **"personally identifying information"**, **"personally sensitive information"** or **"third party corporate data"**, including shredding hard copy files and destroying physical media used to store electronic data.

5. **Duties in the Event of a Claim, Regulatory Proceeding or Loss**

   a. If, during the **"policy period"**, incidents or events occur which you reasonably believe may give rise to a **"claim"** or **"regulatory proceeding"** for which coverage may be provided hereunder, such belief being based upon either written notice from the potential claimant or the potential claimant's representative; or notice of a complaint filed with a federal, state or local agency; or upon an oral **"claim"**, allegation or threat, you shall give written notice to us as soon as practicable and either:

   (1) Anytime during the **"policy period"**; or

   (2) Anytime during the extended reporting periods (if applicable).

   b. If a **"claim"** or **"regulatory proceeding"** is brought against you, you must:

   (1) Immediately record the specifics of the **"claim"** or **"regulatory proceeding"** and the date received;

   (2) Provide us with written notice, as soon as practicable, but in no event more than 60 days after the date the **"claim"** or **"regulatory proceeding"** is first received by you;

   (3) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the **"claim"** or **"regulatory proceeding"**;

   (4) Authorize us to obtain records and other information;

   (5) Cooperate with us in the investigation, settlement or defense of the **"claim"** or **"regulatory proceeding"**;

   (6) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of **"loss"** or **"defense costs"** to which this insurance may also apply; and

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**(7)** Not take any action, or fail to take any required action, that prejudices your rights or our rights with respect to such **"claim"** or **"regulatory proceeding"**.

**c.** In the event of a **"personal data compromise"**, **"computer attack"**, **"cyber extortion threat"**, **"wrongful transfer event"**, **"computer fraud event"** or **"identity theft"**, insured under this Cyber Coverage, you and any involved **"identity recovery insured"** must see that the following are done:

**(1)** Notify the police if a law may have been broken.

**(2)** Notify us as soon as practicable, but in no event more than 60 days after the event, "claim", "regulatory proceeding" or "loss". Include a description of any property involved.

**(3)** Preserve the "computer system" and any records necessary to the adjustment of the "loss".

**(4)** Cooperate with us in the investigation or settlement as follows:

**(a)** Provide the following information within 30 days after our request:

**(i)** The attack vector or suspected attack vector and any vulnerability, as established and described in the National Vulnerability Database operated by the National Institute of Standards and Technology, that was exploited; or

**(ii)** Substantiated confirmation that the attack vector and/or vulnerability cannot be identified.

**(iii)** Written reports of any service providers who participated in the investigation of or response to the event, **"claim"**, **"regulatory proceeding"** or **"loss"**.

**(iv)** Written reports or correspondence to or from law enforcement or any governmental authority or agency, or similar organization.

**(v)** Any additional information we request relevant to the investigation of the **"loss"**.

**(b)** As may be reasonably required, permit us or a third party appointed by us to inspect and audit the **"computer system"** and any records. Any additional expenses related to this condition will be paid by us and will be in addition to, and not part of, the Cyber Suite Annual Aggregate Limit. We must approve such expenses in advance.

**(c)** Send us signed, sworn proof of **"loss"** containing the information we request to investigate the "claim" or "loss". You must do this within 60 days after our request. We will supply you with the necessary forms.

**(5)** If you intend to continue your business, resume all or part of your operations as quickly as possible.

**(6)** Make no statement that will assume any obligation or admit any liability, for any **"loss"** for which we may be liable, without our prior written consent.

**(7)** Promptly send us any legal papers or notices received concerning the **"loss"**.

**d.** We may examine you under oath at such times as may be reasonably required, about any matter relating to this insurance or the **"claim"**, **"regulatory proceeding"** or **"loss"**, including your books or records. In the event of an examination, your answers must be signed.

**e.** You may not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our prior written consent.

**6. Extended Reporting Periods**

**a.** You shall have the right to the Extended Reporting Periods described in this section, in the event of a **"termination of coverage"**.

**b.** If a **"termination of coverage"** has occurred, you shall have the right to the following:

**(1)** At no additional premium, an Automatic Extended Reporting Period of 30 days immediately following the effective date of the **"termination of coverage"** during which you may first receive notice of a **"claim"** or **"regulatory proceeding"** arising directly from a **"wrongful act"** occurring before the end of the **"policy period"** and which is otherwise insured by this Cyber Coverage; and

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**(2)** Upon payment of the additional premium of 100% of the full annual premium associated with the relevant coverage, a Supplemental Extended Reporting Period of one year immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage.

To obtain the Supplemental Extended Reporting Period, you must request it in writing and pay the additional premium due, within 30 days after the effective date of "termination of coverage". The additional premium for the Supplemental Extended Reporting Period will be fully earned at the inception of the Supplemental Extended Reporting Period. If we do not receive the written request as required, you may not exercise this right at a later date.

This insurance, provided during the Supplemental Extended Reporting Period, is excess over any other valid and collectible insurance that begins or continues in effect after the Supplemental Extended Reporting Period becomes effective, whether the other insurance applies on a primary, excess, contingent, or any other basis.

**7. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within two years after the date the "loss" or "identity theft" is first discovered by you, or the date on which you first receive notice of a "claim" or "regulatory proceeding".

**8. Legal Advice**

We are not your legal advisor. Our determination of what is or is not insured under this Cyber Coverage does not represent advice or counsel from us about what you should or should not do.

**9. Other Insurance**

If there is other insurance that applies to the same "loss", this Cyber Coverage shall apply only as excess insurance after all other applicable insurance has been exhausted.

**10. Pre-Notification Consultation**

You agree to consult with us prior to the issuance of notification to "affected individuals". We assume no responsibility under Data Compromise Response Expenses for any services promised to "affected individuals" without our prior agreement. If possible, this pre-notification consultation will also include the designated service provider(s) as agreed to under the Service Providers condition below. You must provide the following at our pre-notification consultation with you:

**a.** The exact list of "affected individuals" to be notified, including contact information.

**b.** Information about the "personal data compromise" that may appropriately be communicated with "affected individuals".

**c.** The scope of services that you desire for the "affected individuals". For example, coverage may be structured to provide fewer services in order to make those services available to more "affected individuals" without exceeding the available Data Compromise Response Expenses limit of insurance.

**11. Service Providers**

**a.** We will only pay under this Cyber Coverage for services that are provided by service providers approved by us. You must obtain our prior approval for any service provider whose expenses you want covered under this Cyber Coverage. We will not unreasonably withhold such approval.

**b.** Prior to the Pre-Notification Consultation described in the Pre-Notification Consultation Condition above, you must come to agreement with us regarding the service provider(s) to be used for the Notification to Affected Individuals and Services to Affected Individuals. We will suggest a service provider. If you prefer to use an alternate service provider, our coverage is subject to the following limitations:

**(1)** Such alternate service provider must be approved by us;

**(2)** Such alternate service provider must provide services that are reasonably equivalent or superior in both kind and quality to the services that would have been provided by the service provider we had suggested; and

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**(3)** Our payment for services provided by any alternate service provider will not exceed the amount that we would have paid using the service provider we had suggested.

**12. Services**

The following conditions apply as respects any services provided to you or any "affected individual" or "identity recovery insured" by us, our designees or any service firm paid for in whole or in part under this Cyber Coverage:

**a.** The effectiveness of such services depends on the cooperation and assistance of you, "affected individuals" and "identity recovery insureds".

**b.** All services may not be available or applicable to all individuals. For example, "affected individuals" and "identity recovery insureds" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

**c.** We do not warrant or guarantee that the services will end or eliminate all problems associated with the covered events.

**d.** Except for the services of an "identity recovery case manager" under Identity Recovery, which we will provide directly, you will have a direct relationship with the professional service firms paid for in whole or in part under this Cyber Coverage. Those firms work for you.

**13. Valuation**

We will determine the value of "money", "securities", cryptocurrency and tangible property as follows:

**a.** Our payment for loss of "money" or loss payable in "money" will be, at your option, in the "money" of the country in which the "computer fraud event", "cyber extortion threat", "reward payments", or "wrongful transfer event" took place or in the United States of America dollar equivalent thereof determined at the rate of exchange published by the Wall Street Journal at the time of payment of such loss.

**b.** Our payment for loss of "securities" will be their value at the close of business on the day the "computer fraud event" or the "wrongful transfer event" was discovered, or the day the "securities" were transferred by you in response to the "cyber extortion threat". At our option, we may:

**(1)** Pay the value of such "securities" to you or replace them in kind, in which event you must assign to us all of your rights, title and interest in those "securities"; or

**(2)** Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities", provided that we will be liable only for the cost of the Lost Securities Bond as would be charged for a bond having a penalty not exceeding the lesser of the value of the "securities" at the close of business on the day the "computer fraud event", "cyber extortion threat" or "wrongful transfer event" was discovered.

**c.** Our payment of cryptocurrency will be its value at the close of business on the day the cryptocurrency was transferred by you in response to the covered "cyber extortion threat".

**d.** Our payment for loss of tangible property will be the smallest of:

**(1)** The cost to replace the tangible property; or

**(2)** The amount you actually spend that is necessary to replace the tangible property.

We will not pay you on a replacement cost basis for any loss of tangible property until such property is actually replaced and unless the replacement is made as soon as reasonably possible after the "loss". If the lost property is not replaced as soon as reasonably possible after the "loss", we will pay you the actual cash value of the tangible property on the day the "computer fraud event", "cyber extortion threat" or "wrongful transfer event" was discovered.

**F. DEFINITIONS**

**1. "Affected Individual"** means any person whose "personally identifying information" or "personally sensitive information" is lost, stolen, accidentally released or accidentally published by a "personal data compromise" covered under this Cyber Coverage. This definition is subject to the following provisions:

**a.** "Affected individual" does not include any business or organization. Only an individual person may be an "affected individual".

**b.** An "affected individual" may reside anywhere in the world.

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

2. **"Authorized Representative"** means a person or entity authorized by law or contract to act on behalf of an **"identity recovery insured"**.

3. **"Authorized Third Party User"** means a party who is not an **"employee"** or **"executive"** of yours who is authorized by contract or other agreement to access the **"computer system"** for the receipt or delivery of services.

4. **"Bodily Injury"** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

5. **"Business Income and Extra Expense Loss"** means loss of Business Income and Extra Expense.

   a. As used in this definition, Business Income means the sum of:

   (1) Net income (net profit or loss before income taxes) that would have been earned or incurred; and

   (2) Continuing normal and necessary operating expenses incurred, including **"employee"** and **"executive"** payroll.

   b. As used in this definition, Extra Expense means the additional cost you incur to operate your business over and above the cost that you normally would have incurred to operate your business during the same period had no **"computer attack"** occurred.

6. **"Claim"**

   a. **"Claim"** means:

   (1) A written demand for monetary damages or non-monetary relief, including injunctive relief;

   (2) A civil proceeding commenced by the filing of a complaint;

   (3) An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent;

   (4) Any other alternative dispute resolution proceeding in which such damages are claimed and to which you must submit or to which we agree you should submit to;

   arising from a "wrongful act" or a series of interrelated "wrongful acts" including any resulting appeal.

   b. **"Claim"** does not mean or include:

   (1) Any demand or action brought by or on behalf of someone who is:

   (a) Your director;

   (b) Your owner or part-owner; or

   (c) A holder of your securities;

   in their capacity as such, whether directly, derivatively, or by class action. "Claim" will include proceedings brought by such individuals in their capacity as "affected individuals", but only to the extent that the damages claimed are the same as would apply to any other "affected individual"; or

   (2) A "regulatory proceeding".

   c. Includes a demand or proceeding arising from a "wrongful act" that is a "personal data compromise" only when the "personal data compromise" giving rise to the proceeding was covered under Data Compromise Response Expenses section of this Cyber Coverage, and you submitted a "claim" to us and provided notifications and services to "affected individuals" in consultation with us pursuant to Data Compromise Response Expenses in connection with such "personal data compromise".

7. **"Computer Attack"**

   a. **"Computer attack"** means one of the following involving the **"computer system"**:

   (1) An **"unauthorized access incident"**;

   (2) A **"malware attack"**; or

   (3) A **"denial of service attack"** against a **"computer system"**.

   b. A **"computer attack"** ends at the earlier of:

   (1) The time that the active attacking behavior ceases, the time that you have regained control over the **"computer system"** or the time that all unauthorized creation, destruction or movement of data associated with the **"computer attack"** has ceased, whichever happens latest; or

   (2) 30 days after your discovery of the **"computer attack"**.

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

8. **"Computer System"** means a computer or other electronic hardware that:

   a. Is owned or leased by you and operated under your control; or

   b. Is operated by a third party service provider used for the purpose of providing hosted computer application services to you or for processing, maintaining, hosting or storing your electronic data, pursuant to a written contract with you for such services. However, such computer or other electronic hardware operated by such third party shall only be considered to be a **"computer system"** with respect to the specific services provided by such third party to you under such contract.

9. **"Computer Fraud Costs"** means:

   a. The amount of **"money"** fraudulently obtained from you. **"Computer fraud costs"** include the direct financial loss only.

   b. **"Computer fraud costs"** do not include any of the following:

     (1) Other expenses that arise from the **"computer fraud event"**;

     (2) Indirect loss, such as **"bodily injury"**, lost time, lost wages, **"identity recovery expenses"** or damaged reputation;

     (3) Any interest, time value or potential investment gain on the amount of financial loss; or

     (4) Any portion of such amount that has been or can reasonably be expected to be reimbursed by a third party, such as a financial institution.

10. **"Computer Fraud Event"** means:

   a. An **"unauthorized access incident"** that leads to the intentional, unauthorized and fraudulent entry of or change to data or instructions within a **"computer system"** owned or leased by you and operated under your control. Such fraudulent entry or change must be conducted by a person who is not an **"employee"**, **"executive"** or **"independent contractor"**. Such fraudulent entry or change must cause **"money"** to be sent or diverted. The fraudulent entry or change must result in direct financial loss to you.

   b. **"Computer fraud event"** does not mean or include any occurrence:

     (1) In which you are threatened or coerced to send money or divert a payment; or

     (2) Arising from a dispute or a disagreement over the completeness, authenticity or value of a product, a service or a financial instrument.

11. **"Coverage Term"** means the increment of time:

   a. Commencing on the earlier of the first inception date of this Cyber Coverage or the first inception date of any coverage substantially similar to that described in this Cyber Coverage and held immediately prior to this Cyber coverage; and

   b. Ending upon the **"termination of coverage"**.

12. **"Coverage Territory"** means:

   a. With respect to Data Compromise Response Expenses, Computer Attack, Cyber Extortion, Misdirected Payment Fraud, Computer Fraud, Telecommunications Fraud and Identity Recovery, **"coverage territory"** means anywhere in the world.

   b. With respect to "Privacy Incident Liability", Network Security Liability and Electronic Media Liability, **"coverage territory"** means anywhere in the world, however **"claims"** must be brought within the United States (including its territories and possessions) or Puerto Rico.

13. **"Cyber Extortion Expenses"** means:

   a. The cost of a negotiator or investigator retained by you in connection with a **"cyber extortion threat"**; and

   b. Any amount paid by you in response to a **"cyber extortion threat"** to the party that made the **"cyber extortion threat"** for the purposes of eliminating the **"cyber extortion threat"** when such expenses are necessary and reasonable and arise directly from a **"cyber extortion threat"**. This includes any payment made in the form of **"money"**, **"securities"**, cryptocurrency (including, but not limited to, Bitcoin, Ethereum and other forms of digital, virtual or electronic currency) or tangible goods. The payment of **"cyber extortion expenses"** must be approved in advance by us. We will not unreasonably withhold our approval. However, we may pay for **"cyber extortion expenses"** that were not approved in advance by us if we determine the following:

     (1) It was not practical for you to obtain our prior approval; and

     (2) If consulted at the time, we would have approved the payment.

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

At our sole discretion, we may choose to pay "cyber extortion expenses" in excess of the limit shown in the Schedule if doing so reduces the total amount of "loss" payable under this Cyber Coverage.

14. **"Cyber Extortion Threat"** means:

   a. **"Cyber extortion threat"** means a demand for money from you based on a credible threat, or series of related credible threats, to:

      (1) Launch a **"denial of service attack"** against the **"computer system"** for the purpose of denying **"authorized third party users"** access to your services provided through the **"computer system"** via the Internet;

      (2) Gain access to a **"computer system"** and use that access to steal, release or publish **"personally identifying information"**, **"personally sensitive information"** or **"third party corporate data"**;

      (3) Alter, damage or destroy electronic data or software while such electronic data or software is stored within a **"computer system"**;

      (4) Launch a **"computer attack"** against a **"computer system"** in order to alter, damage or destroy electronic data or software while such electronic data or software is stored within a **"computer system"**; or

      (5) Transfer, pay or deliver any funds or property using a **"computer system"** without your authorization.

   b. **"Cyber extortion threat"** does not mean or include any threat made in connection with a legitimate commercial dispute.

15. **"Data Re-creation Costs"**

   a. **"Data re-creation costs"** means the costs of an outside professional firm hired by you to research, re-create and replace data that has been lost or corrupted and for which there is no electronic source available or where the electronic source does not have the same or similar functionality to the data that has been lost or corrupted.

   b. **"Data re-creation costs"** does not mean or include costs to research, re-create or replace:

      (1) Software programs or operating systems that are not commercially available; or

      (2) Data that is obsolete, unnecessary or useless to you.

16. **"Data Restoration Costs"**

   a. **"Data restoration costs"** means the costs of an outside professional firm hired by you to replace electronic data that has been lost or corrupted. In order to be considered **"data restoration costs"**, such replacement must be from one or more electronic sources with the same or similar functionality to the data that has been lost or corrupted.

   b. **"Data restoration costs"** does not mean or include costs to research, re-create or replace:

      (1) Software programs or operating systems that are not commercially available; or

      (2) Data that is obsolete, unnecessary or useless to you.

17. **"Defense Costs"**

   a. **"Defense costs"** means reasonable and necessary expenses consented to by us resulting solely from the investigation, defense and appeal of any **"claim"** or **"regulatory proceeding"** against you. Such expenses may include premiums for any appeal bond, attachment bond or similar bond. However, we have no obligation to apply for or furnish such bond.

   b. **"Defense costs"** does not mean or include the salaries or wages of your employees, or directors, or your loss of earnings.

18. **"Denial of Service Attack"** means an intentional attack against a target computer or network of computers designed to overwhelm the capacity of the target computer or network in order to deny or impede authorized users from gaining access to the target computer or network through the Internet.

19. **"Electronic Media Incident"** means an allegation that the display of information in electronic form by you on a website resulted in:

   a. Infringement of another's copyright, title, slogan, trademark, trade name, trade dress, service mark or service name;

   b. Defamation against a person or organization that is unintended; or

   c. A violation of a person's right of privacy, including false light and public disclosure of private facts.

20. **"Employee"** means any natural person, other than an **"executive"**, who was, now is or will be:

   a. Employed on a full-time or part-time basis by you;

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

b. Furnished temporarily to you to substitute for a permanent **"employee"** on leave or to meet seasonal or short-term workload conditions;

c. Leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in paragraph **b.**; or

d. Your volunteer worker, which includes unpaid interns.

e. An "independent contractor".

21. **"Executive"** means any natural person who was, now is or will be:

a. The owner of your sole proprietorship; or

b. A duly elected or appointed:

    **(1)** Director;

    **(2)** Officer;

    **(3)** Managing Partner;

    **(4)** General Partner;

    **(5)** Member (if a limited liability company);

    **(6)** Manager (if a limited liability company); or

    **(7)** Trustee;

    of your business.

22. **"Extended Income Loss"** means your actual **"business income and extra expense loss"** incurred during the **"extended recovery period"**.

23. **"Extended Recovery Period"** means a fixed period of 180 days immediately following the end of the "period of restoration".

24. **"Future Loss Avoidance Costs"**

a. "Future loss avoidance costs" means the amount you spend to make improvements to a "computer system" owned or leased by you and operated under your control, provided:

    **(1)** Such **"future loss avoidance costs"** are incurred within 30 days after your discovery of the **"computer attack"**; and

    **(2)** We agree in writing that improvements to which **"future loss avoidance costs"** relate would reasonably reduce the likelihood of a future **"computer attack"** similar to the one for which you have received payment under **Coverage 2.** Computer Attack paragraphs **b.(1)** through **b.(4)**. We will not unreasonably withhold such agreement; and;

    **(3)** We receive your invoices for the **"future loss avoidance costs"** no later than 60 days after the date you received the payment for the loss under **Coverage 2.** Computer Attack paragraphs **b.(1)** through **b.(4)**.

b. The most we will pay for all **"future loss avoidance costs"** with respect to any one **"computer attack"** is 10% of our Eligible Payment to you prior to any payment under this Future Loss Avoidance coverage.

Any portion of the payment made for hardware replacement or hardware upgrades reduces the amount we will pay.

c. The improvements described in paragraph **a.(2)** may include, but are not limited to, hardware and software upgrades. Improvements involving services subject to lease, license or subscription may have costs that are ongoing. In such case the most we will pay are costs associated with the first 12 months of any such service, subject to the amount described in paragraph **b.** above.

d. As used in this coverage, Eligible Payment means our total payment to you under **Coverage 2.** Computer Attack paragraphs **b.(1)** through **b.(4)**, not including any deductible amount.

25. **"Identity Recovery Case Manager"** means one or more individuals assigned by us to assist an **"identity recovery insured"** with communications we deem necessary for re-establishing the integrity of the personal identity of the **"identity recovery insured"**. This includes, with the permission and cooperation of the **"identity recovery insured"**, written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

26. **"Identity Recovery Expenses"** means the following when they are reasonable and necessary expenses that are incurred as a direct result of an **"identity theft"** suffered by an **"identity recovery insured"**:

a. **Re-Filing Costs**

Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft".

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**b. Notarization, Telephone and Postage Costs**

Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of the "identity recovery insured's" efforts to report an "identity theft" or amend or rectify records as to the "identity recovery insured's" true name or identity as a result of an "identity theft".

**c. Credit Reports**

Costs for credit reports from established credit bureaus.

**d. Legal Costs**

Fees and expenses for an attorney approved by us for the following:

(1) The defense of any civil suit brought against an **"identity recovery insured"**.

(2) The removal of any civil judgment wrongfully entered against an **"identity recovery insured"**.

(3) Legal assistance for an **"identity recovery insured"** at an audit or hearing by a governmental agency.

(4) Legal assistance in challenging the accuracy of the **"identity recovery insured's"** consumer credit report.

(5) The defense of any criminal charges brought against an **"identity recovery insured"** arising from the actions of a third party using the personal identity of the **"identity recovery insured"**.

**e. Lost Wages**

Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages does not include sick days or any loss arising from time taken away from self-employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours.

**f. Child and Elder Care Expenses**

Actual costs for supervision of children or elderly or infirm relatives or dependents of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

**g. Mental Health Counseling**

Actual costs for counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

**h. Miscellaneous Unnamed Costs**

Any other reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft".

(1) Such costs include:

(a) Costs by the **"identity recovery insured"** to recover control over his or her personal identity.

(b) Deductibles or service fees from financial institutions.

(2) Such costs do not include:

(a) Costs to avoid, prevent or detect **"identity theft"** or other loss.

(b) Money lost or stolen.

(c) Costs that are restricted or excluded elsewhere in this Cyber Coverage or policy.

27. **"Identity Recovery Insured"** means the following:

a. When the entity insured under this Cyber Coverage is a sole proprietorship, the **"identity recovery insured"** is the individual person who is the sole proprietor of the insured identity.

b. When the entity insured under this Cyber Coverage is a partnership, the **"identity recovery insureds"** are the current partners.

c. When the entity insured under this Cyber Coverage is a corporation or other form of organization, other than those described in **a.** or **b**. above, the **"identity recovery insureds"** are all individuals having an ownership position of 20% or more of the insured entity. However, if, and only if, there is no one who has such an ownership position, then the **"identity recovery insured"** will be:

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

(1) The chief executive of the insured entity; or

(2) As respects a religious institution, the senior ministerial employee.

An "identity recovery insured" must always be an individual person. If the entity insured under this Cyber Coverage is a legal entity, that legal entity is not an "identity recovery insured".

28. **"Identity Theft"**

a. **"**Identity theft**"** means the fraudulent use of **"**personally identifying information**"**. This includes fraudulently using such information to establish credit accounts, secure loans, enter into contracts or commit crimes.

b. **"**Identity theft**"** does not mean or include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

29. **"Independent Contractor"** means a natural person that provides goods or services to you under terms specified in a written contract, but only while acting on behalf of, at the direction of, and under the supervision of you.

30. **"Loss"**

a. With respect to Data Compromise Response Expenses, **"**loss**"** means those expenses enumerated in Data Compromise Response Expenses, under **A.1.b.**

b. With respect to Computer Attack, **"**loss**"** means those expenses enumerated in Computer Attack, under **A.2.b.**

c. With respect to Cyber Extortion, **"**loss**"** means **"**cyber extortion expenses**"**.

d. With respect to Misdirected Payment Fraud, **"**loss**"** means **"**wrongful transfer costs**"**.

e. With respect to Computer Fraud, **"**loss**"** means **"**computer fraud costs**"**.

f. With respect to Telecommunications Fraud, "loss" means "telecommunications fraud costs".

g. With respect to Privacy Incident Liability, Network Security Liability and Electronic Media Liability, **"**loss**"** means **"**defense costs**"** and **"**settlement costs**"**.

h. With respect to Identity Recovery, **"**loss**"** means those expenses enumerated in Identity Recovery, under **A.10.b.**

At our option, we will either reimburse you for "loss" incurred or pay "loss" on your behalf.

31. **"Malware Attack"**

a. **"**Malware attack**"** means an attack that damages a **"**computer system**"** or data contained therein arising from malicious code, including viruses, worms, Trojans, spyware and keyloggers.

b. **"**Malware attack**"** does not mean or include damage from shortcomings or mistakes in legitimate electronic code or damage from code installed on your **"**computer system**"** during the manufacturing process or normal maintenance.

32. **"Money"** means:

a. **"**Money**"** means a medium of exchange in current use and authorized or adopted by a domestic or foreign government, including currency, coins, banknotes, bullion, travelers' checks, registered checks and money orders held for sale to the public.

b. **"**Money**"** does not mean or include any cryptocurrency, whether or not authorized or adopted by a domestic or foreign government. Cryptocurrency includes, but is not limited to, Bitcoin, Ethereum and other forms of digital, virtual or electronic currency.

33. **"Network Security Incident"** means a negligent security failure or weakness with respect to a **"**computer system**"** which allowed one or more of the following to happen:

a. The unintended propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers. Malware does not include shortcomings or mistakes in legitimate electronic code;

b. The unintended abetting of a **"**denial of service attack**"** against one or more other systems; or

c. The unintended loss, release or disclosure of **"**third party corporate data**"**.

34. **"Period of Indemnification"** means the period of time that begins on the date you first provided notification to **"**affected individuals**"** pursuant to **Coverage 1.** Data Compromise Response Expenses and ends after 30 days.

35. **"Period of Restoration"** means the period of time that begins 8 hours after the time that a **"**computer attack**"** is discovered by you and continues until the earliest of:

a. The date that all data restoration, data re-creation and system restoration directly related to the **"**computer attack**"** has been completed;

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

b. The date on which such data restoration, data re-creation and system restoration could have been completed with the exercise of due diligence and dispatch; or

c. If no data restoration, data re-creation or system restoration is required, the end of the **"computer attack"**; or

d. 180 days after the **"computer attack"** is discovered by you.

36. **"Personal Data Compromise"** means the loss, theft, accidental release or accidental publication of **"personally identifying information"** or **"personally sensitive information"** as respects one or more **"affected individuals"**. If the loss, theft, accidental release or accidental publication involves **"personally identifying information"**, such loss, theft, accidental release or accidental publication must result in or have the reasonable possibility of resulting in the fraudulent use of such information. This definition is subject to the following provisions:

a. At the time of the loss, theft, accidental release or accidental publication, the **"personally identifying information"** or **"personally sensitive information"** need not be at the insured premises but must be in the direct care, custody or control of:

(1) You; or

(2) A professional entity with which you have a direct relationship and to which you (or an **"affected individual"** at your direction) have turned over (directly or via a professional transmission or transportation provider) such information for storage, processing, transmission or transportation of such information.

b. **"Personal data compromise"** includes disposal or abandonment of **"personally identifying information"** or **"personally sensitive information"** without appropriate safeguards such as shredding or destruction, provided that the failure to use appropriate safeguards was accidental and not reckless or deliberate.

c. **"Personal data compromise"** includes situations where there is a reasonable cause to suspect that such **"personally identifying information"** or **"personally sensitive information"** has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof.

d. All incidents of **"personal data compromise"** that are discovered at the same time or arise from the same cause will be considered one **"personal data compromise"**.

37. **"Personally Identifying Information"**

a. **"Personally identifying information"** means information, including health information, that could be used to commit fraud or other illegal activity involving the credit, access to health care or identity of a natural person. This includes, but is not limited to, Social Security numbers or account numbers.

b. **"Personally identifying information"** does not mean or include information that is otherwise available to the public, such as names and addresses.

38. **"Personally Sensitive Information"**

a. **"Personally sensitive information"** means private information specific to a natural person the release of which requires notification of **"affected individuals"** under any applicable law.

b. **"Personally sensitive information"** does not mean or include **"personally identifying information"**.

39. **"Policy Period"** means the period commencing on the effective date shown in the Declarations. The **"policy period"** ends on the expiration date or the cancellation date of this Cyber Coverage, whichever comes first.

40. **"Pollutants or Contaminants"** include but are not limited to, any solid, liquid, gaseous, biological, radiological or thermal irritant or contaminant, including smoke, vapor, dust, fibers, mold, spores, fungi, bacterium, microorganism, virus or other pathogen, diseases, germs, soot, fumes, asbestos, acids, alkalis, chemicals, and waste. Waste includes, but is not limited to, materials to be recycled, reconditioned or reclaimed and nuclear materials.

41. **"Privacy Incident"**

a. **"Privacy Incident"** means:

(1) A **"personal data compromise"**;

(2) Your failure to comply with a Privacy Policy;

(3) Your unauthorized, unlawful (including but not limited to, in violation of the European Union General Data Protection Regulation, the California Consumer Privacy Act or similar laws) or wrongful collection of **"personally identifying information"**; or

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**(4)** Your unlawful (including, but not limited to, in violation of the European Union General Data Protection Regulation, the California Consumer Privacy Act or similar laws) or wrongful failure to amend, correct or delete **"personally identifying information"**.

**b.** **"Privacy Incident"** does not mean or include unlawful or **"wrongful acts"** in violation of any law relating to biometric information privacy, including but not limited to the Biometric Information Privacy Act.

**c.** For the purpose of this definition, Privacy Policy means a publicly available written policy formally adopted by you which addresses the collection, handling and management of **"personally identifying information"**.

**42.** **"Property Damage"** means

**a.** Physical injury to or destruction of tangible property including all resulting loss of use; or

**b.** Loss of use of tangible property that is not physically injured.

**43.** **"Regulatory Proceeding"** means an investigation, demand or proceeding alleging a violation of law or regulation arising from a **"personal data compromise"** brought by, or on behalf of, the Federal Trade Commission, Federal Communications Commission or other administrative or regulatory agency, or any federal, state, local or foreign governmental entity in such entity's regulatory or official capacity.

**44.** **"Reputation Harm Costs"**

**a.** **"Reputation Harm Costs"** means the loss of Business Income during the **"period of indemnification"** arising directly from damage to your reputation caused by a **"personal data compromise"**. As used in this definition Business Income means the sum of:

**(1)** Net income (net profit or loss before incomes taxes) that would have been earned or incurred; and

**(2)** Continuing normal and necessary operating expenses incurred, including **"employee"** and **"executive"** payroll.

**b.** **"Reputational Harm Costs"** does not mean or include Business Income you lose due to:

**(1)** Unfavorable or deteriorated business conditions;

**(2)** Decreased market share;

**(3)** Any other consequential damages or losses;

**(4)** Legal costs or expenses;

**(5)** Investment income;

**(6)** Bank interest;

**(7)** Seasonal fluctuations;

**(8)** Additional costs you incur to operate your business over and above the costs that you normally would have incurred to operate your business during the same period had no **"personal data compromise"** occurred.

**45.** **"Reward Payments"** means an amount of **"money"** paid by you to any individual(s) for information leading to the arrest and conviction of any perpetrator(s) of a **"personal data compromise"**, **"computer attack"**, **"cyber extortion threat"**, **"wrongful transfer event"**, or **"computer fraud event"** that:

**a.** We agree to in writing prior to the **"reward payments"** being offered or paid; and

**b.** Are offered and paid prior to the earlier of:

**(1)** Six months after the **"personal data compromise"**, **"computer attack"**, **"cyber extortion threat"**, **"wrongful transfer event"**, or **"computer fraud event"**; or

**(2)** Expiration of the policy term.

Such individual may not be:

**a.** You;

**b.** Your **"employee"**;

**c.** Anyone hired by you to investigate a **"personal data compromise"**, **"computer attack"**, **"cyber extortion threat"**, **"wrongful transfer event"**, or **"computer fraud event"**; or

**d.** A member of law enforcement.

**46.** **"Securities"**

**a.** **"Securities"** means:

**(1)** Written negotiable and non-negotiable instruments or contracts representing **"money"** or tangible property; or

**(2)** Uncertified securities.

**b.** **"Securities"** does not mean or include **"money"**.

**47.** **"Settlement Costs"**

**a.** **"Settlement costs"** means the following, when they arise from a **"claim"**:

**(1)** Damages, judgments or settlements; and

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**(2)** Attorney's fees and other litigation costs added to that part of any judgment paid by us, when such fees and costs are awarded by law or court order; and

**(3)** Pre-judgment interest on that part of any judgment paid by us.

**b.** **"Settlement costs"** does not mean or include:

**(1)** Civil or criminal fines or penalties imposed by law, except for civil fines and penalties expressly covered under Data Compromise Response Expenses;

**(2)** Punitive and exemplary damages;

**(3)** The multiple portion of any multiplied damages;

**(4)** Taxes; or

**(5)** Matters which may be deemed uninsurable under the applicable law.

**c.** With respect to fines and penalties, the law of the jurisdiction most favorable to the insurability of those fines, or penalties will control for the purpose of resolving any dispute between us and you regarding whether the fines, or penalties specified in this definition above are insurable under this Cyber Coverage, provided that such jurisdiction:

**(1)** Is where those fines, or penalties were awarded or imposed;

**(2)** Is where any **"wrongful act"** took place for which such fines, or penalties were awarded or imposed;

**(3)** Is where you are incorporated or you have your principal place of business; or

**(4)** Is where we are incorporated or have our principal place of business.

**48.** **"System Restoration Costs"**

**a.** **"System restoration costs"** means the costs of an outside professional firm hired by you to do any of the following in order to restore your **"computer system"** to its pre-**"computer attack"** level of functionality:

**(1)** Replace or reinstall computer software programs;

**(2)** Remove any malicious code; and

**(3)** Configure or correct the configuration of your **"computer system"**.

**b.** **"System restoration costs"** does not mean or include:

**(1)** Costs to increase the speed, capacity or utility of a **"computer system"** beyond what existed immediately prior to the **"computer attack"**;

**(2)** Labor costs of your employees or executives;

**(3)** Any costs in excess of the actual cash value of your **"computer system"**; or

**(4)** Costs to repair or replace hardware. However, at our sole discretion, we may choose to pay to repair or replace hardware if doing so reduces the amount of **"loss"** payable under this Cyber Coverage.

**49.** **"Telecommunications Fraud Costs"** means any payment that you are responsible for making to your telephone service provider as a result of a **"computer attack"** on a **"telecommunications system"** that is owned or leased by you and operated under your control. As used in this definition, telephone service provider means a business with which you have a written contract to provide you with telephone services.

**50.** **"Telecommunications System"** means any telephone or fax system including but not limited to Voice over Internet Protocol (VoIP) or other internet based telephone system that is owned or leased by you and operated under your control.

**51.** **"Termination of Coverage"** means:

**a.** You or we cancel this coverage;

**b.** You or we refuse to renew this coverage; or

**c.** We renew this coverage on an other than claims-made basis or with a retroactive date later than the date of the first inception of this coverage or any coverage substantially similar to that described in this Cyber Coverage.

**52.** **"Third Party Corporate Data"**

**a.** **"Third party corporate data"** means any trade secret, data, design, interpretation, forecast, formula, method, practice, credit or debit card magnetic strip information, process, record, report or other item of information of a third party not an insured under this Cyber Coverage which is not available to the general public and is provided to you subject to a mutually executed written confidentiality agreement or which you are legally required to maintain in confidence.

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**b.** "Third party corporate data" does not mean or include "personally identifying information" or "personally sensitive information".

53. **"Unauthorized Access Incident"** means the gaining of access to a "computer system" by:

   **a.** An unauthorized person or persons; or

   **b.** An authorized person or persons for unauthorized purposes.

54. **"Wrongful Act"**

   **a.** With respect to Privacy Incident Liability, "wrongful act" means a "privacy incident".

   **b.** With respect to Network Security Liability, "wrongful act" means a "network security incident".

   **c.** With respect to Electronic Media Liability, "wrongful act" means an "electronic media incident".

55. **"Wrongful Transfer Costs"** means the amount of "money" fraudulently obtained from you. "Wrongful transfer costs" include the direct financial loss only. "Wrongful transfer costs" do not include any of the following:

   **a.** Other expenses that arise from the "wrongful transfer event";

   **b.** Indirect loss, such as "bodily injury", lost time, lost wages, identity recovery expenses or damaged reputation;

   **c.** Any interest, time value or potential investment gain on the amount of financial loss; or

   **d.** Any portion of such amount that has been or can reasonably be expected to be reimbursed by a third party, such as a financial institution.

56. **"Wrongful Transfer Event"**

   **a.** "Wrongful transfer event" means an intentional and criminal deception of you or a financial institution with which you have an account. The deception must be perpetrated by a person who is not an "employee", "executive" or "independent contractor" using email, facsimile or telephone communications to induce you or the financial institution to send or divert "money". The deception must result in direct financial loss to you.

   **b.** "Wrongful transfer event" does not mean or include any occurrence:

   **(1)** In which you are threatened or coerced to send money or divert a payment; or

   **(2)** Arising from a dispute or disagreement over the completeness, authenticity or value of a product, a service or a financial instrument.

All other provisions of this policy apply.

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

COMMERCIAL PROPERTY
CP 01 23 04 08

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# OHIO CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** Paragraphs **c.** and **g.** of the **Loss Payment** Loss Condition are replaced by the following, except as provided in Paragraph **B.:**

  **c.** We will give you notice, within 21 days after we receive a properly executed proof of loss, that we:

    **(1)** Accept your claim;

    **(2)** Deny your claim; or

    **(3)** Need more time to investigate your claim.

    If we need more time to investigate your claim, we will provide an explanation for our need for more time. We will continue to notify you again in writing, at least every 45 days, of the status of the investigation and of the continued time needed for the investigation.

  **g.** Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage within:

    **(1)** 10 days after we accept your claim if such acceptance occurs within the first 21 days after we receive a properly executed proof of loss, unless the claim involves an action by a probate court or other extraordinary circumstances as documented in the claim file; or

    **(2)** Five days after we accept your claim if such acceptance occurs more than 21 days after we receive a properly executed proof of loss, and

      **(a)** An appraisal award has been made; or

      **(b)** We have reached an agreement with you on the amount of loss that was in dispute.

**B.** Paragraph **A.** does not apply to the **Loss Payment** Loss Condition in the following forms:

  **1.** Business Income (And Extra Expense) Coverage Form;

  **2.** Business Income (Without Extra Expense) Coverage Form;

  **3.** Extra Expense Coverage Form;

  **4.** Leasehold Interest Coverage Form; and

  **5.** Mortgageholders Errors And Omissions Coverage Form.

In the forms listed above, the **Loss Payment** Loss Condition is replaced by the following:

  **LOSS PAYMENT**

  **a.** We will give you notice, within 21 days after we receive a properly executed proof of loss, that we:

    **(1)** Accept your claim;

    **(2)** Deny your claim; or

    **(3)** Need more time to investigate your claim.

    If we need more time to investigate your claim, we will provide an explanation for our need for more time. We will continue to notify you again in writing, at least every 45 days, of the status of the investigation and of the continued time needed for the investigation.

  **b.** Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage within:

    **(1)** 10 days after we accept your claim if such acceptance occurs within the first 21 days after we receive a properly executed proof of loss, unless the claim involves an action by a probate court or other extraordinary circumstances as documented in the claim file; or

**(2)** Five days after we accept your claim if such acceptance occurs more than 21 days after we receive a properly executed proof of loss, and

    **(a)** An appraisal award has been made; or

    **(b)** We have reached an agreement with you on the amount of loss that was in dispute.

© ISO Properties, Inc., 2007

**CP 01 23 04 08**  ☐

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# OHIO CHANGES
# AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

CYBER SUITE COVERAGE

**Section F. DEFINITIONS**, Paragraph **47. "Settlement Costs"**, is replaced by the following:

**47. "Settlement Costs"**

**a.** "Settlement costs" means the following, when they arise from a "claim":

**(1)** Damages, judgments or settlements; and

**(2)** Attorney's fees and other litigation costs added to that part of any judgment paid by us, when such fees and costs are awarded by law or court order; and

**(3)** Pre-judgment interest on that part of any judgment paid by us.

**b.** "Settlement costs" does not mean or include:

**(1)** Civil or criminal fines or penalties imposed by law;

**(2)** Punitive and exemplary damages;

**(3)** The multiplied portion of any multiplied damage award;

**(4)** Taxes; or

**(5)** Matters which may be deemed uninsurable under the applicable law.

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.



West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

**Commercial General Liability Coverage Declarations**

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025 to 06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079-2243

**Agency Name and Address:**          34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

Insured is a(n) Limited Liability Company

**Limits of Insurance**

| | |
|---|---|
| General Aggregate Limit (other than Products/Completed Operations) | $2,000,000 |
| Products/Completed Operations Aggregate Limit | $2,000,000 |
| Each Occurrence Limit | $1,000,000 |
| Personal and Advertising Injury Liability Limit | $1,000,000 |
| Damage to Premises Rented to You Limit | $300,000 |
| Medical Expense Limit, Any One Person | Excluded |

See attached Forms Schedule for forms and endorsements applicable to this coverage.

**WEST BEND®**

West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

## Commercial General Liability Classification Schedule

| | |
|---|---|
| **Customer Number:** 1001001588 | **Policy Period:** 06/24/2025 to 06/24/2026 |
| **Policy Number:** C092188 00 | at 12:01 AM Standard Time at Your Mailing Address Shown Below |

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079-2243

**Agency Name and Address:**                                    34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

## Commercial General Liability Classifications

| Loc | Class Code | Description | Exposure | Premium Basis | Rate | Premium | Coverage |
|---|---|---|---|---|---|---|---|
| 1 | 60010 | Apartment Buildings | 60 | Units | 62.610 Included | $3,757 Included | Prem/Ops Prod/Co |

DCGL 02 08 24                                    Page 1 of 1                                    07/14/2025 12:44:12



**WEST BEND**®

West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

## Commercial General Liability Endorsements and Miscellaneous Premiums

**Customer Number:** 1001001588
**Policy Number:**  C092188 00

**Policy Period:**  06/24/2025  to  06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079-2243

**Agency Name and Address:**                                        34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

---

### Endorsements

| Description | Form Number | Premium |
| --- | --- | --- |
| Voluntary Property Damage Coverage | WB144 | Included |
| Plus Pak - Liability | WB2000OH | $50 |

### Miscellaneous Premiums

| Description | Form Number | Premium |
| --- | --- | --- |
| Terrorism Risk Insurance Act | | $15 |

| | | |
| --- | --- | --- |
| Total General Liability Premium: | | $3,822 |

DCGL 03 02 25                          Page 1 of 1                          07/14/2025 12:44:12



**WEST BEND**®

West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

## Commercial General Liability Forms Schedule

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025  to  06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079-2243

**Agency Name and Address:**                    34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

### Forms Schedule

| Number | Edition | Description |
|---|---|---|
| CG0001 | 0413 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG2106 | 1223 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL MATERIAL OR INFORMATION |
| CG2109 | 0615 | EXCLUSION UNMANNED AIRCRAFT |
| CG2135 | 1001 | EXCLUSION - COVERAGE C - MEDICAL PAYMENTS |
| CG2144 | 0798 | LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT |
| CG2147 | 1207 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG2162 | 0998 | EXCLUSION - YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS - WITH EXCEPTION FOR BODILY INJURY ON YOUR PREMISES |
| CG2167 | 1204 | FUNGI OR BACTERIA EXCLUSION |
| CG2170 | 0115 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| CG4009Z | 1219 | AMENDMENT OF LIQUOR LIABILITY EXCLUSION - LIMITED EXCEPTION FOR BRING YOUR OWN ALCOHOL |
| CG4028 | 0922 | BROAD ABUSE OR MOLESTATION EXCLUSION |
| CG4032 | 0523 | EXCLUSION - PERFLUOROALKYL AND POLYFLUOROALKYL SUBSTANCES (PFAS) |
| CG4035 | 1223 | EXCLUSION - CYBER INCIDENT |
| WB3133GL | 1124 | EXCLUSION - FIREARMS OR WEAPONS |
| WB144 | 0525 | VOLUNTARY PROPERTY DAMAGE COVERAGE |



West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

## Commercial General Liability Forms Schedule

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025 to 06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079-2243

**Agency Name and Address:**      34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

### Forms Schedule

| Number | Edition | Description |
| --- | --- | --- |
| WB1468GL | 0525 | EXCLUSION - ASBESTOS OR ASBESTOS PRODUCTS |
| WB1958GL | 0525 | EXCLUSION - LEAD LIABILITY |
| WB1392GL | 0525 | EXCLUSION - BIOMETRIC IDENTIFIERS OR BIOMETRIC DATA |
| WB39GL | 0225 | EXCLUSION – HUMAN TRAFFICKING |
| WB2000OH | 0525 | PLUS PAK - LIABILITY |

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

**SECTION I – COVERAGES**

**COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

 © Insurance Services Office, Inc., 2012 CG 00 01 04 13

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

---

**CG 00 01 04 13** | © Insurance Services Office, Inc., 2012 | **Page 3 of 16**

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

  © Insurance Services Office, Inc., 2012  CG 00 01 04 13

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

 © Insurance Services Office, Inc., 2012

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

  © Insurance Services Office, Inc., 2012  CG 00 01 04 13

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**CG 00 01 04 13** © Insurance Services Office, Inc., 2012 **Page 7 of 16**

**COVERAGE C – MEDICAL PAYMENTS**

1. **Insuring Agreement**

   a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

      (1) On premises you own or rent;

      (2) On ways next to premises you own or rent; or

      (3) Because of your operations;

      provided that:

      (a) The accident takes place in the "coverage territory" and during the policy period;

      (b) The expenses are incurred and reported to us within one year of the date of the accident; and

      (c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

      (1) First aid administered at the time of an accident;

      (2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

      (3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

   We will not pay expenses for "bodily injury":

   a. **Any Insured**

      To any insured, except "volunteer workers".

   b. **Hired Person**

      To a person hired to do work for or on behalf of any insured or a tenant of any insured.

   c. **Injury On Normally Occupied Premises**

      To a person injured on that part of premises you own or rent that the person normally occupies.

   d. **Workers' Compensation And Similar Laws**

      To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

   e. **Athletics Activities**

      To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

   f. **Products-Completed Operations Hazard**

      Included within the "products-completed operations hazard".

   g. **Coverage A Exclusions**

      Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

       © Insurance Services Office, Inc., 2012       CG 00 01 04 13

g.  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2.  If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a.  The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b.  This insurance applies to such liability assumed by the insured;

c.  The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d.  The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e.  The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f.  The indemnitee:

(1)  Agrees in writing to:

(a)  Cooperate with us in the investigation, settlement or defense of the "suit";

(b)  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c)  Notify any other insurer whose coverage is available to the indemnitee; and

(d)  Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2)  Provides us with written authorization to:

(a)  Obtain records and other information related to the "suit"; and

(b)  Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

1.  If you are designated in the Declarations as:

a.  An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b.  A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c.  A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d.  An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e.  A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

 © Insurance Services Office, Inc., 2012

2. Each of the following is also an insured:

a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

(1) "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by;

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage **C**;

b. Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage **B.**

© Insurance Services Office, Inc., 2012 CG 00 01 04 13

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A;** and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   **b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012 CG 00 01 04 13

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

      Paragraph **f.** does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

         (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      (1) Power cranes, shovels, loaders, diggers or drills; or

      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

 © Insurance Services Office, Inc., 2012 CG 00 01 04 13

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

   (a) Snow removal;

   (b) Road maintenance, but not construction or resurfacing; or

   (c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your "advertisement"; or

   g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         (a) When all of the work called for in your contract has been completed.

         (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   b. Does not include "bodily injury" or "property damage" arising out of:

      (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

      (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

      (3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

(2) The providing of or failure to provide warnings or instructions.

 © Insurance Services Office, Inc., 2012 CG 00 01 04 13

COMMERCIAL GENERAL LIABILITY
CG 21 06 12 23

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Material Or Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal material or information, including:

**a.** Patents, trade secrets, processing methods, customer lists;

**b.** Financial information, credit card information;

**c.** Health information, biometric information; or

**d.** Any other type of nonpublic material or information.

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal material or information.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Material Or Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal material or information, including:

**a.** Patents, trade secrets, processing methods, customer lists;

**b.** Financial information, credit card information;

**c.** Health information, biometric information; or

**d.** Any other type of nonpublic material or information.

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal material or information.

**CG 21 06 12 23** © Insurance Services Office, Inc., 2022 **Page 1 of 1**

COMMERCIAL GENERAL LIABILITY
CG 21 09 06 15

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**g.  Aircraft, Auto Or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 26 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

    **(e)** "Bodily injury" or "property damage" arising out of:

        **(i)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

        **(ii)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B – Personal And Advertising Injury Liability:**

    **2. Exclusions**

    This insurance does not apply to:

    **Unmanned Aircraft**

    "Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

    **a.** The use of another's advertising idea in your "advertisement"; or

    **b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

    **1.** Designed;

    **2.** Manufactured; or

    **3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

 © Insurance Services Office, Inc., 2014 **CG 21 09 06 15**

POLICY NUMBER:  C092188

**COMMERCIAL GENERAL LIABILITY**
**CG 21 35 10 01**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – COVERAGE C – MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| **Description And Location Of Premises Or Classification:** |
|---|
| All Locations and Operations |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any premises or classification shown in the Schedule:

1. Section **I** – Coverage **C** – Medical Payments does not apply and none of the references to it in the Coverage Part apply: and

2. The following is added to Section **I** – Supplementary Payments:

    h. Expenses incurred by the insured for first aid administered to others at the time of an accident for "bodily injury" to which this insurance applies.

---

**CG 21 35 10 01**

© ISO Properties, Inc.,  2000

**Page 1 of 1**  ☐

POLICY NUMBER: C092188

**COMMERCIAL GENERAL LIABILITY**
**CG 21 44 07 98**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Premises:** Only Locations Shown on the Declarations |
| **Project:** |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies only to "bodily injury", "property damage", "personal  and advertising injury" and medical expenses arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or
2. The project shown in the Schedule.

**CG 21 44 07 98**         Copyright, Insurance Services Office, Inc.,  1997         **Page 1 of 1**     ☐

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

 **(a)** Refusal to employ that person;

 **(b)** Termination of that person's employment; or

 **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

 **(a)** Refusal to employ that person;

 **(b)** Termination of that person's employment; or

 **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

© ISO Properties, Inc., 2006

POLICY NUMBER: C092188

COMMERCIAL GENERAL LIABILITY
CG 21 62 09 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS – WITH EXCEPTION FOR BODILY INJURY ON YOUR PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" (or "personal and advertising injury" if defined as such in your policy) arising directly or indirectly out of:

**a.** Any actual or alleged failure, malfunction or inadequacy of:

**(1)** Any of the following, whether belonging to any insured or to others:

**(a)** Computer hardware, including microprocessors;

**(b)** Computer application software;

**(c)** Computer operating systems and related software;

**(d)** Computer networks;

**(e)** Microprocessors (computer chips) not part of any computer system; or

**(f)** Any other computerized or electronic equipment or components; or

**(2)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **2.a.(1)** of this endorsement

due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

**b.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **2.a.** of this endorsement.

This exclusion does not apply to "bodily injury" occurring on any premises owned by or rented to you.

**CG 21 62 09 98**          Copyright, Insurance Services Office, Inc.,  1998          **Page 1 of 1**     □

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

 © ISO Properties, Inc.,  2003 ☐

**COMMERCIAL GENERAL LIABILITY**
**CG 21 70 01 15**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**CG 21 70 01 15**      © Insurance Services Office, Inc., 2015      **Page 1 of 1**

COMMERCIAL GENERAL LIABILITY
CG 40 09 Z 12 19

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION – LIMITED EXCEPTION FOR BRING YOUR OWN ALCOHOL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following replaces Exclusion **c.** under Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

This exclusion applies only if you:

**(1)** Manufacture, sell or distribute alcoholic beverages; or

**(2)** Serve or furnish alcoholic beverages for a charge whether or not such activity:

**(a)** Requires a license;

**(b)** Is for the purpose of financial gain or livelihood

For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered selling, serving or furnishing alcoholic beverages.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO, with its permission.

CG 40 09 Z 1219               © Insurance Services Office, Inc., 2018               **Page 1 of 1**

**COMMERCIAL GENERAL LIABILITY**
**CG 40 28 09 22**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# BROAD ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to damages arising out of:

1. The actual, alleged or threatened abuse or molestation, including but not limited to sexual abuse or sexual molestation, of any person committed by anyone; or

2. The negligent:

   a. Employment;

   b. Investigation;

   c. Supervision;

   d. Reporting to the proper authorities, or failure to so report; or

   e. Retention;

   of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

---

**CG 40 28 09 22**  © Insurance Services Office, Inc., 2021  **Page 1 of 1**

COMMERCIAL GENERAL LIABILITY
CG 40 32 05 23

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – PERFLUOROALKYL AND POLYFLUOROALKYL SUBSTANCES (PFAS)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Perfluoroalkyl And Polyfluoroalkyl Substances**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged, threatened or suspected inhalation, ingestion, absorption, consumption, discharge, dispersal, seepage, migration, release or escape of, contact with, exposure to, existence of, or presence of, any "perfluoroalkyl or polyfluoroalkyl substances".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "perfluoroalkyl or polyfluoroalkyl substances", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Perfluoroalkyl And Polyfluoroalkyl Substances**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged, threatened or suspected inhalation, ingestion, absorption, consumption, discharge, dispersal, seepage, migration, release or escape of, contact with, exposure to, existence of, or presence of, any "perfluoroalkyl or polyfluoroalkyl substances".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "perfluoroalkyl or polyfluoroalkyl substances", by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Perfluoroalkyl or polyfluoroalkyl substances" means any:

**1.** Chemical or substance that contains one or more alkyl carbons on which hydrogen atoms have been partially or completely replaced by fluorine atoms, including but not limited to:

    **a.** Polymer, oligomer, monomer or nonpolymer chemicals and their homologues, isomers, telomers, salts, derivatives, precursor chemicals, degradation products or by-products;

    **b.** Perfluoroalkyl acids (PFAA), such as perfluorooctanoic acid (PFOA) and its salts, or perfluorooctane sulfonic acid (PFOS) and its salts;

    **c.** Perfluoropolyethers (PFPE);

    **d.** Fluorotelomer-based substances; or

    **e.** Side-chain fluorinated polymers; or

**2.** Good or product, including containers, materials, parts or equipment furnished in connection with such goods or products, that consists of or contains any chemical or substance described in Paragraph **C.1.**

 © Insurance Services Office, Inc., 2022 **CG 40 32 05 23**

COMMERCIAL GENERAL LIABILITY
CG 40 35 12 23

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – CYBER INCIDENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Cyber Incident**

"Bodily injury" or "property damage" arising out of a "cyber incident".

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other similar cost or expense incurred by you or others arising out of a "cyber incident".

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Cyber Incident**

"Personal and advertising injury" arising out of a "cyber incident".

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other similar cost or expense incurred by you or others arising out of a "cyber incident".

**C.** For the purposes of this endorsement, the following definition is added to the **Definitions** Section:

"Cyber incident" means any:

**1.** Unauthorized access to or use of any computer system.

**2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system or otherwise disrupt its normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – FIREARMS OR WEAPONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

  **2. Exclusions**

  This insurance does not apply to:

  **Firearms or Weapons**

  "Bodily injury", "property damage", or "personal and advertising injury" arising out of the ownership, distribution, use, misuse, handling, maintenance, possession, control or discharge of "firearms" or "weapons" by any insured or any other person or entity, regardless of the circumstances or location.

  This exclusion applies even if the claims against any insured allege negligence or other wrongdoing including, but not limited to, the supervision, hiring, employment, training or monitoring of others by that insured, if the "bodily injury", "property damage", or the "personal and advertising injury" involved the ownership, distribution, use, misuse, handling, maintenance, possession, control or discharge of "firearms" or "weapons" by any insured or any other person or entity, regardless of the circumstances or location.

**B.** The following definitions are added to **Section V – Definitions**:

  **1.** "Firearms" mean pistols, rifles, guns, or other devices capable of expelling or propelling one or more projectiles by the action of an explosive, combustible propellant, or compressed air. "Firearms" includes anything included in any state or federal statute that defines "firearms".

  **2.** "Weapons" mean any instrument(s) that can be or is utilized in an offensive or defensive nature and includes, but is not limited to, batons, bows, crossbows, arrows, knives, mace, stun guns, or swords. "Weapons" includes anything included in any state or federal statute that defines "weapons".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**WB 3133 GL 11 24**                          West Bend®                          **Page 1 of 1**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# VOLUNTARY PROPERTY DAMAGE COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| COVERAGE | LIMITS OF LIABILITY | | DEDUCTIBLE | |
|---|---|---|---|---|
| Property Damage | $2,500 | Each Occurrence | $250 | Each Claim |
| | $2,500 | Aggregate | | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

Unless specifically modified or deleted, all exclusions listed in COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY section of the COMMERCIAL GENERAL LIABILITY COVERAGE apply to the coverage provided by this endorsement.

**1. Insuring Agreement.**

We will pay, at the request of the insured, for "property damage" to property of others in the insured's care, custody or control.  The "property damage" must be caused by an "occurrence" and result from operations which take place away from any premises the insured rents, owns or occupies and which are a part of your business.  That business must be afforded coverage under the Commercial General Liability Policy to which this endorsement is attached.

However, we shall have no duty whatsoever to defend claims and/or lawsuits for which the only coverage provided is under this endorsement.

**2. Exclusion.**

This insurance does not apply to "property damage" caused by or arising out of work performed for you or on your behalf by a subcontractor.

**3. Limits of Insurance.**

a. The Limits of Insurance shown in the Schedule above and the rules below fix the most we will pay regardless of the number of:

(1) Insureds;

(2) Claims made or "suits" brought; or

(3) Persons or organizations making claims or bringing "suits".

b. The Aggregate Limit is the most we will pay for the sum of all damages under this endorsement;

c. Subject to b. above, the Each Occurrence Limit is the most we will pay because of all "property damage" arising out of any one "occurrence".

The limits of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months.  In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**4. Deductible.**

We will not pay for loss or damage for any claim until the amount of loss or damage exceeds the Deductible shown in the Declarations.  We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Liability.

The terms of this insurance apply irrespective of the application of the deductible amount.

We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

5. **Conditions.**

   a. **Additional Duties In The Event Of An Occurrence, Claim or Suit.**

      In the event of loss, at our request you shall replace the property or furnish the labor and materials necessary for repairs at your actual cost, excluding any profit or overhead charges. Any property so paid for or replaced shall become our property.  Payment under this endorsement shall not constitute an admission of liability of the insured or, except for this endorsement, us.

   b. **Other Insurance.**

      If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, then the insurance provided by this endorsement is excess.  We will pay only our share of the amount of the loss, if any, that exceeds the sum of:

     (1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

     (2) The total of all deductible and self-insured amounts under all that other insurance.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ASBESTOS OR ASBESTOS PRODUCTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability** in the Commercial General Liability Coverage Form:

**2. Exclusions**

This insurance does not apply to:

**Asbestos**

**a.** "Bodily injury", "property damage", or "personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened, or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of asbestos in any form including, but not limited to, asbestos dust, asbestos fibers, or products containing asbestos.

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of asbestos in any form including, but not limited to, asbestos dust, asbestos fibers, or products containing asbestos, by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** in the Railroad Protective Liability Coverage Form, and Paragraph **2. Exclusions** of **Section I – Bodily Injury And Property Damage Liability** in the Owners and Contractors Protective Liability Coverage Form – Coverage for Operations of Designated Contractors and in the Products/Completed Operations Liability Coverage Form:

**2. Exclusions**

This insurance does not apply to:

**Asbestos**

**a.** "Bodily injury" or "property damage" arising, in whole or in part, out of the actual, alleged, threatened, or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of asbestos in any form including, but not limited to, asbestos dust, asbestos fibers, or products containing asbestos.

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of asbestos in any form including, but not limited to, asbestos dust, asbestos fibers, or products containing asbestos, by any insured or by any other person or entity.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**WB 1468 GL 05 25**                    West Bend®                    **Page 1 of 1**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – LEAD LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to:

1. actual or alleged "bodily injury" arising out of the ingestion, inhalation, or absorption of lead in any form;
2. actual or alleged "property damage" (or "personal and advertising injury", if provided by this coverage part) arising out of any form of lead;
3. any loss, cost, or expense arising out of any request, demand, or order that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to or assess the effects of lead; or
4. any loss, cost, or expense arising out of any claim or suit by or on behalf of any governmental authority for damages resulting from testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing, or in any way responding to or assessing the effects of lead.

Includes copyrighted material with permission of American Association of Insurance Services.

**WB 1958 GL 05 25**                    West Bend®                    **Page 1 of 1**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – BIOMETRIC IDENTIFIERS OR BIOMETRIC DATA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal and Advertising Injury Liability**:

This insurance does not apply to "bodily injury," "property damage", "personal and advertising injury" damages, injury, or any other loss of any kind, cost, or expense arising out of one or more of actual or alleged access to, retention or possession of, disclosure of, and/or failure to obtain consent to, failure to destroy, and/or failure to create or develop any policy (written or otherwise) related to the: capture, scanning, retrieval, collection, protection, obtainment, storage, conversion, transfer, sale, sharing, or dissemination of any kind of an individual's "biometric identifiers" or "biometric data", regardless of how such "biometric identifiers" or "biometric data" are captured, scanned, retrieved, collected, protected, obtained, stored, converted, transferred, sold, shared, or disseminated by any insured or any third party acting by, on behalf of or at the direction of the insured.

**B.** The following definitions are added to **Section V – Definitions**:

"Biometric identifiers" means DNA, written signature, computer navigation (mouse or touchpad) pattern, keystroke pattern, behavioral pattern, retinal scan, eyeball scan, iris scan, fingerprint, footprint, voiceprint, vascular scan, hand geometry scan, face geometry scan, or any other personally identifiable measurable biological characteristic of a natural person. "Biometric identifiers" includes any similarly-defined term(s) included in any state or federal statute that includes any of the "biometric identifiers," or similar term(s), set out above.

"Biometric data" means any information, regardless of how it is captured, scanned, retrieved, collected, protected, obtained, stored, converted, transferred, sold, shared, or disseminated, based on an individual's "biometric identifier" used to identify an individual. "Biometric data" includes personal data relating to the physical, physiological, or behavioral characteristics of a natural person which allow or confirm the unique identification of that natural person.

WB 1392 GL 05 25       West Bend®       **Page 1 of 1**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – HUMAN TRAFFICKING

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to **Paragraph 2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and **Paragraph 2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability** in the **Commercial General Liability Coverage Form:**

**2. Exclusions**

This insurance does not apply to:

**Human Trafficking**

**"**Bodily injury**"**, **"**property damage**"**, **"**personal and advertising injury**"**, or any other liability arising directly or indirectly out of any actual or alleged:

**a.** "Human trafficking";

**b.** Failure to detect, recognize, protect against, suppress or prevent, investigate, intervene, report or take action in connection with "human trafficking";

**c.** Failure to warn of the dangers of the environment which could contribute to any event of "human trafficking";

**d.** Loss, cost or expense(s) responding to "human trafficking" in any way;

**e.** Failure to render or secure medical treatment or care necessitated by any event, or perceived event, of "human trafficking";

**f.** Conduct, acts or omissions prohibited by, in violation of, or for which penalties are provided within, the Trafficking Victims Protection Act of 2000, as amended, or under any local, state, federal law; or

**g.** Death, including any allegations of wrongful death, arising out of items **a.** through **f.**

Any such **"**bodily injury**"**, **"**property damage**"**, **"**personal and advertising injury**"**, or any other liability is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing including, but not limited to, the supervision, hiring, employment, training or monitoring of others by that insured, if the "bodily injury", "property damage", "personal and advertising injury", or any other liability, is in any way related to anything described in Paragraphs **a.** through **g.** above**.**

**B.** The following definition is added to **Section V – Definitions** in the **Commercial General Liability Coverage Form**:

**"**Human trafficking**"** means the illegal recruitment, enticement, grooming, exploitation, advertisement, transportation, facilitation, detention, provision, or harboring of a person or persons, including, but not limited to:

**a.** By force, fraud or coercion in exchange for labor, services, or a sex act;

**b.** Under legal age of adulthood or consent induced to perform a sex act;

**c.** In connection with migratory smuggling;

**d.** For organ harvesting or donation;

**e.** Marriage;

**f.** Smuggling;

**g.** Slavery;

**h.** Peonage or debt bondage; or

**i.** Forced criminality or violence of any kind.

**"**Human trafficking**"** also includes benefiting financially or receiving anything of value as a result of **"**human trafficking**"**.

All other terms, conditions and exclusions shall remain unchanged.

---

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PLUS PAK – LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to Paragraph **1. Insuring Agreement** of **Section I – Coverage A – Bodily Injury and Property Damage Liability:**

   **f.** Knowledge that "Bodily Injury" or "Property Damage" has occurred or knowledge of a claim or suit by an agent or employee of any insured shall not in itself constitute knowledge of the insured unless your partners, executive officers, directors, managers, members or a person, who has been designated by them to receive reports of occurrences, offenses, claims or suits shall have received such notice from the agent or employee.

**B.** Paragraph **2.g.(2)(a) Exclusions** of **Section I – Coverage A – Bodily Injury and Property Damage Liability** is replaced by:

   **(a)** less than 51 feet long; and

**C.** Paragraphs **1.b.** and **1.d.** of **Section I – Supplementary Payments – Coverages A and B** are replaced by:

   **b.** Up to $1,000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies.  We do not have to furnish these bonds.

   **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $300 a day because of time off work.

**D.** Paragraph **3.a.** of **Section II – Who Is An Insured** is replaced by:

   **a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**E.** The following is added to **Section IV – Commercial General Liability Conditions:**

   **10. Unintentional Failure to Disclose Hazards**

   Based on our dependence upon your representation as to existing hazards, if unintentionally you should fail to disclose all such hazards at the inception date of your policy, we will not reject liability coverage under this policy based solely on such failure.

   **11. Liberalization**

   If we adopt any revision that would broaden the coverage under this endorsement without additional premium, the broadened coverage will apply as of the day the revision is effective in your state.

**F.** Paragraph **3.** of **Section V – Definitions** is replaced by:

   **3.** "Bodily Injury" means bodily injury, sickness or disease sustained by a person.  This includes mental anguish or death resulting from bodily injury, sickness or disease.

---

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**WB 2000 OH 05 25**  West Bend®  **Page 1 of 1**



West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

**Commercial Liability Umbrella Coverage Declarations**

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025 to 06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079-2243

**Agency Name and Address:**                34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

**Limits of Insurance**

| | |
|---|---|
| Aggregate Limit (Except with Respect to "Covered Autos") | $2,000,000 |
| Personal and Advertising Injury Limit | $2,000,000 |
| Each Occurrence | $2,000,000 |
| Terrorism Risk Insurance Act | Included |
| **Umbrella Premium** | $1,000 |

**This is not a bill.** A billing invoice will be sent separately.

See attached schedule for forms applicable to all coverage parts.

DUC 01 08 24                Page 1 of 1                07/14/2025 12:44:12



West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

## Commercial Liability Umbrella Coverage Declarations

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025 to 06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem,  NH  03079-2243

**Agency Name and Address:**                    34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

### Retained Limit

Self-Insured Retention                                              Waived

### Schedule of Underlying Insurance

### General Liability

Insurer:  West Bend Mutual Insurance Company

Policy Number:  C092188                    Policy Term:  Refer to Underlying Policy

Coverage Form:  Occurrence

Limits of Insurance:

| | |
|---|---|
| Each Occurrence | $1,000,000 |
| Personal and Advertising Injury | $1,000,000 |
| Products/Completed Operations Aggregate | $2,000,000 |
| General Aggregate (other than Products/Completed Operations) | $2,000,000 |



West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

**Commercial Liability Umbrella Coverage Declarations**

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025 to 06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079-2243

**Agency Name and Address:**                                    34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

**Miscellaneous and Endorsement Premium Schedule**

| Description | Form Number | Premium |
|---|---|---|
| Terrorism Risk Insurance Act | CU2130 | No Charge |
| | Total Miscellaneous and Endorsement Premium: | $0 |



West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

## Commercial Liability Umbrella Coverage Declarations

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025 to 06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem,  NH  03079-2243

**Agency Name and Address:**          34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

## Forms Schedule

| Number | Edition | Description |
|---|---|---|
| CU0001 | 0413 | COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM |
| CU2111X | 0900 | LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT |
| CU2123 | 0202 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT |
| CU2127 | 1204 | FUNGI OR BACTERIA EXCLUSION |
| CU2130 | 0115 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| CU2150 | 0305 | SILICA OR SILICA-RELATED DUST EXCLUSION |
| CU2171 | 0615 | EXCLUSION - UNMANNED AIRCRAFT |
| CU2186 | 1223 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL MATERIAL OR INFORMATION |
| CU2190 | 1220 | PUBLIC OR LIVERY PASSENGER CONVEYANCE AND ON-DEMAND DELIVERY SERVICES EXCLUSION |
| CU3413X | 1219 | AMENDMENT OF LIQUOR LIABILITY EXCLUSION - LIMITED EXCEPTION FOR BRING YOUR OWN ALCOHOL |
| CU3444 | 0922 | BROAD ABUSE OR MOLESTATION EXCLUSION |
| CU3454 | 0523 | EXCLUSION - PERFLUOROALKYL AND POLYFLUOROALKYL SUBSTANCES (PFAS) |
| CU3456 | 1223 | EXCLUSION - CYBER INCIDENT |
| Q B1061 | 0224 | EXCLUSION - CLAIMS MADE COVERAGE FORMS |
| Q B1468CU | 0224 | EXCLUSION - ASBESTOS OR ASBESTOS PRODUCTS |



West Bend Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Endorsement

**Commercial Liability Umbrella Coverage Declarations**

**Customer Number:** 1001001588
**Policy Number:** C092188 00

**Policy Period:** 06/24/2025 to 06/24/2026
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079-2243

**Agency Name and Address:**                     34379
HERTVIK INSURANCE GROUP
2211 MEDINA RD STE 300
MEDINA, OH 44256
440-243-2229

**Forms Schedule**

| Number | Edition | Description |
| --- | --- | --- |
| Q B1958CU | 0414 | EWCLUSION - LEAD LIABILITY |
| Q B2312 | 0304 | YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS FOLLOQING FORM ENDORSEMENT |
| Q B1392CU | 0223 | EWCLUSION – BIOMETRIC IDENTIFIERS OR BIOMETRIC DATA |
| Q B3133CU | 1124 | EWCLUSION - FIREARMS OR QEAPONS |
| Q B39CU | 0225 | EWCLUSION - HUMAN TRAFFICKING |

# COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

### COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking damages for such "bodily injury" or "property damage" when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted. When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which this insurance may apply. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. At our discretion, we may investigate any "occurrence" that may involve this insurance and settle any resultant claim or "suit" for which we have the duty to defend. But:

**(1)** The amount we will pay for the "ultimate net loss" is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" or "property damage" that is subject to an applicable "retained limit". If any other limit, such as a sublimit, is specified in the "underlying insurance", this insurance does not apply to "bodily injury" or "property damage" arising out of that exposure unless that limit is specified in the Declarations under the Schedule of "underlying insurance".

**c.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.a.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**d.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.a.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

e. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.a.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

f. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

(a) The supervision, hiring, employment, training or monitoring of others by that insured; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage" involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

This exclusion does not apply to the extent that valid "underlying insurance" for the liquor liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". To the extent this exclusion does not apply, the insurance provided under this Coverage Part for the liquor liability risks described above will follow the same provisions, exclusions and limitations that are contained in the applicable "underlying insurance", unless otherwise directed by this insurance.

   © Insurance Services Office, Inc., 2012   CU 00 01 04 13

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. ERISA**

Any obligation of the insured under the Employee Retirement Income Security Act of 1974 (ERISA), and any amendments thereto or any similar federal, state or local statute.

**f. Auto Coverages**

(1) "Bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is not a "covered auto"; or

(2) Any loss, cost or expense payable under or resulting from any first-party physical damage coverage; no-fault law; personal injury protection or auto medical payments coverage; or uninsured or underinsured motorist law.

**g. Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

With respect to injury arising out of a "covered auto", this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits. For the purposes of this insurance, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

This exclusion does not apply to the extent that valid "underlying insurance" for the employer's liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury". To the extent this exclusion does not apply, the insurance provided under this Coverage Part for the employer's liability risks described above will follow the same provisions, exclusions and limitations that are contained in the applicable "underlying insurance", unless otherwise directed by this insurance.

**h. Employment-related Practices**

"Bodily injury" to:

(1) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **(a), (b),** or **(c)** above is directed.

This exclusion applies whether the injury-causing event described in Paragraph **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**i. Pollution**

(1) "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time; or

(2) "Pollution cost or expense".

This exclusion does not apply if valid "underlying insurance" for the pollution liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". To the extent this exclusion does not apply, the insurance provided under this Coverage Part for the pollution risks described above will follow the same provisions, exclusions and limitations that are contained in the applicable "underlying insurance", unless otherwise directed by this insurance.

**j. Aircraft Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 50 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft;

**(4)** The extent that valid "underlying insurance" for the aircraft or watercraft liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" or "property damage". To the extent this exclusion does not apply, the insurance provided under this Coverage Part for the aircraft or watercraft risks described above will follow the same provisions, exclusions and limitations that are contained in the "underlying insurance", unless otherwise directed by this insurance; or

**(5)** Aircraft that is:

**(a)** Chartered by, loaned to, or hired by you with a paid crew; and

**(b)** Not owned by any insured.

**k. Racing Activities**

"Bodily injury" or "property damage" arising out of the use of "mobile equipment" or "autos" in, or while in practice for, or while being prepared for, any prearranged professional or organized racing, speed, demolition, or stunting activity or contest.

**l. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**m. Damage To Property**

"Property damage" to:

**(1)** Property:

**(a)** You own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property; or

**(b)** Owned or transported by the insured and arising out of the ownership, maintenance or use of a "covered auto".

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

© Insurance Services Office, Inc., 2012

CU 00 01 04 13

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(1)(b)**, **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraphs **(3)** and **(4)** of this exclusion do not apply to liability assumed under a written Trailer Interchange agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**n. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**o. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**p. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**q. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**r. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**s. Professional Services**

"Bodily injury" or "property damage" due to rendering of or failure to render any professional service. This includes but is not limited to:

**(1)** Legal, accounting or advertising services;

**(2)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings or specifications;

**(3)** Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager;

**(4)** Engineering services, including related supervisory or inspection services;

**(5)** Medical, surgical, dental, X-ray or nursing services treatment, advice or instruction;

**(6)** Any health or therapeutic service treatment, advice or instruction;

**(7)** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming or therapy;

**(8)** Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardiovascular fitness, bodybuilding or physical training programs;

**(9)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**(10)** Body piercing services;

**(11)** Services in the practice of pharmacy;

**(12)** Law enforcement or firefighting services; and

**(13)** Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", involved the rendering of or failure to render any professional service.

**t. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

This exclusion does not apply if valid "underlying insurance" for the electronic data risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". The insurance provided under this Coverage Part will follow the same provisions, exclusions and limitations that are contained in the applicable "underlying insurance", unless otherwise directed by this insurance.

**u. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking damages for such "personal and advertising injury" when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted. When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which this insurance may apply. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. At our discretion, we may investigate any offense that may involve this insurance and settle any resultant claim or "suit" for which we have the duty to defend. But:

**(1)** The amount we will pay for the "ultimate net loss" is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" that is subject to an applicable "retained limit". If any other limit, such as a sublimit, is specified in the "underlying insurance", this insurance does not apply to "personal and advertising injury" arising out of that exposure unless that limit is specified in the Declarations under the Schedule of "underlying insurance".

**c.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

© Insurance Services Office, Inc., 2012  CU 00 01 04 13

**2. Exclusions**

This insurance does not apply to:

**a.** "Personal and advertising injury":

**(1) Knowing Violation Of Rights Of Another**

Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**(2) Material Published With Knowledge Of Falsity**

Arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**(3) Material Published Prior To Policy Period**

Arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**(4) Criminal Acts**

Arising out of a criminal act committed by or at the direction of the insured.

**(5) Contractual Liability**

For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to:

**(a)** Liability for damages that the insured would have in the absence of the contract or agreement.

**(b)** Liability for false arrest, detention or imprisonment assumed in a contract or agreement.

**(6) Breach Of Contract**

Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**(7) Quality Or Performance Of Goods – Failure To Conform To Statements**

Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**(8) Wrong Description Of Prices**

Arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**(9) Infringement Of Copyright, Patent, Trademark Or Trade Secret**

Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**(10) Insureds In Media And Internet Type Businesses**

Committed by an insured whose business is:

**(a)** Advertising, broadcasting, publishing or telecasting;

**(b)** Designing or determining content of web sites for others; or

**(c)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**(11) Electronic Chatrooms Or Bulletin Boards**

Arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**(12) Unauthorized Use Of Another's Name Or Product**

Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**(13) Pollution**

Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(14) Employment-related Practices**

To:

(a) A person arising out of any:

(i) Refusal to employ that person;

(ii) Termination of that person's employment; or

(iii) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(b) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(i), (ii)** or **(iii)** above is directed.

This exclusion applies whether the injury-causing event described in Paragraph **(i), (ii)** or **(iii)** above occurs before employment, during employment or after employment of that person.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**(15) Professional Services**

Arising out of the rendering of or failure to render any professional service. This includes but is not limited to:

(a) Legal, accounting or advertising services;

(b) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings or specifications;

(c) Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager;

(d) Engineering services, including related supervisory or inspection services;

(e) Medical, surgical, dental, X-ray or nursing services treatment, advice or instruction;

(f) Any health or therapeutic service treatment, advice or instruction;

(g) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming or therapy;

(h) Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardiovascular fitness, bodybuilding or physical training programs;

(i) Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

(j) Body piercing services;

(k) Services in the practice of pharmacy;

(l) Law enforcement or firefighting services; and

(m) Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional service.

**(16) War**

However caused, arising, directly or indirectly, out of:

(a) War, including undeclared or civil war;

(b) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(c) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

 © Insurance Services Office, Inc., 2012 CU 00 01 04 13

**(17) Recording And Distribution Of Material Or Information In Violation Of Law**

Arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(a)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(b)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(c)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(d)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**b.** "Pollution cost or expense".

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend, when the duty to defend exists:

**a.** All expenses we incur.

**b.** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "occurrence" we cover. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** When we have the right but not the duty to defend the insured and elect to participate in the defense, we will pay our own expenses but will not contribute to the expenses of the insured or the "underlying insurer".

**3.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**CU 00 01 04 13** © Insurance Services Office, Inc., 2012 **Page 9 of 18**

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. Except for liability arising out of the ownership, maintenance or use of "covered autos":

   a. If you are designated in the Declarations as:

   (1) An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   (2) A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   (3) A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   (4) An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   (5) A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

   b. Each of the following is also an insured:

   (1) Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

   (a) "Bodily injury" or "personal and advertising injury":

   (i) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" in the course of his or her employment or performing duties related to the conduct of your business or to your other "volunteer workers" while performing duties related to the conduct of your business;

   (ii) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(a)(i)** above; or

   (iii) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(a)(i)** or **(ii)** above.

   (b) "Property damage" to property:

   (i) Owned, occupied or used by;

   (ii) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

   you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   (2) Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

© Insurance Services Office, Inc., 2012 **CU 00 01 04 13**

**(3)** Any person or organization having proper temporary custody of your property if you die, but only:

    **(a)** With respect to liability arising out of the maintenance or use of that property; and

    **(b)** Until your legal representative has been appointed.

**(4)** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**c.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**(1)** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**(2)** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**(3)** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

**2.** Only with respect to liability arising out of the ownership, maintenance or use of "covered autos":

**a.** You are an insured.

**b.** Anyone else while using with your permission a "covered auto" you own, hire or borrow is also an insured except:

**(1)** The owner or anyone else from whom you hire or borrow a "covered auto". This exception does not apply if the "covered auto" is a trailer or semitrailer connected to a "covered auto" you own.

**(2)** Your "employee" if the "covered auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a "covered auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a "covered auto".

**(5)** A partner (if you are a partnership), or a member (if you are a limited liability company) for a "covered auto" owned by him or her or a member of his or her household.

**(6)** "Employees" with respect to "bodily injury" to:

    **(a)** Any fellow "employee" of the insured arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

    **(b)** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(a)** above.

**c.** Anyone liable for the conduct of an insured described above is also an insured, but only to the extent of that liability.

**3.** Any additional insured under any policy of "underlying insurance" will automatically be an insured under this insurance.

Subject to Section **III** – Limits Of Insurance, if coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**a.** Required by the contract or agreement, less any amounts payable by any "underlying insurance"; or

**b.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

Additional insured coverage provided by this insurance will not be broader than coverage provided by the "underlying insurance".

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made, "suits" brought, or number of vehicles involved; or

   c. Persons or organizations making claims or bringing "suits".

2. The Aggregate Limit is the most we will pay for the sum of all "ultimate net loss" under:

   a. Coverage **A,** except "ultimate net loss" because of "bodily injury" or "property damage" arising out of the ownership, maintenance or use of a "covered auto"; and

   b. Coverage **B.**

3. Subject to Paragraph **2.** above, the Each Occurrence Limit is the most we will pay for the sum of all "ultimate net loss" under Coverage **A** because of all "bodily injury" and "property damage" arising out of any one "occurrence".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all "ultimate net loss" because of all "personal and advertising injury" sustained by any one person or organization.

5. If there is "underlying insurance" with a policy period that is nonconcurrent with the policy period of this Commercial Liability Umbrella Coverage Part, the "retained limit(s)" will only be reduced or exhausted by payments for:

   a. "Bodily injury" or "property damage" which occurs during the policy period of this Coverage Part; or

   b. "Personal and advertising injury" for offenses that are committed during the policy period of this Coverage Part.

   However, if any "underlying insurance" is written on a claims-made basis, the "retained limit(s)" will only be reduced or exhausted by claims for that insurance that are made during the policy period, or any Extended Reporting Period, of this Coverage Part.

The Aggregate Limit, as described in Paragraph **2.** above, applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – CONDITIONS

1. **Appeals**

   If the "underlying insurer" or insured elects not to appeal a judgment in excess of the "retained limit", we may do so at our own expense. We will also pay for taxable court costs, pre- and postjudgment interest and disbursements associated with such appeal. In no event will this provision increase our liability beyond the applicable Limits of Insurance described in Section **III** – Limits Of Insurance.

2. **Bankruptcy**

   a. **Bankruptcy Of Insured**

      Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

   b. **Bankruptcy Of Underlying Insurer**

      Bankruptcy or insolvency of the "underlying insurer" will not relieve us of our obligations under this Coverage Part.

   However, this insurance will not replace the "underlying insurance" in the event of bankruptcy or insolvency of the "underlying insurer". This insurance will apply as if the "underlying insurance" were in full effect.

3. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense, regardless of the amount, which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**4. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**5. Other Insurance**

**a.** This insurance is excess over, and shall not contribute with any of the other insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this Coverage Part.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**b.** When this insurance is excess over other insurance, we will pay only our share of the "ultimate net loss" that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of the insurance provided under this Coverage Part; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

**6. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**7. Representations Or Fraud**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us;

**c.** We have issued this policy in reliance upon your representations; and

**d.** This policy is void in any case of fraud by you as it relates to this policy or any claim under this policy.

**8. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**9. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**10. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**11. Loss Payable**

Liability under this Coverage Part does not apply to a given claim unless and until:

**a.** The insured or insured's "underlying insurer" has become obligated to pay the "retained limit"; and

**b.** The obligation of the insured to pay the "ultimate net loss" in excess of the "retained limit" has been determined by a final settlement or judgment or written agreement among the insured, claimant and us.

**12. Transfer Of Defense**

When the underlying limits of insurance have been used up in the payment of judgments or settlements, the duty to defend will be transferred to us. We will cooperate in the transfer of control to us of any outstanding claims or "suits" seeking damages to which this insurance applies which would have been covered by the "underlying insurance" had the applicable limit not been used up.

**13. Maintenance Of/Changes To Underlying Insurance**

Any "underlying insurance" must be maintained in full effect without reduction of coverage or limits except for the reduction of the aggregate limit in accordance with the provisions of such "underlying insurance" that results from payment of claims, settlement or judgments to which this insurance applies.

Such exhaustion or reduction is not a failure to maintain "underlying insurance". Failure to maintain "underlying insurance" will not invalidate insurance provided under this Coverage Part, but insurance provided under this Coverage Part will apply as if the "underlying insurance" were in full effect.

If there is an increase in the scope of coverage of any "underlying insurance" during the term of this policy, our liability will be no more than it would have been if there had been no such increase.

You must notify us in writing, as soon as practicable, if any "underlying insurance" is cancelled, not renewed, replaced or otherwise terminated, or if the limits or scope of coverage of any "underlying insurance" is changed.

**14. Expanded Coverage Territory**

**a.** If a "suit" is brought in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the insured, the insured will initiate a defense of the "suit". We will reimburse the insured, under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

If the insured becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the insured's behalf, we will reimburse the insured for such sums.

**b.** All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the insured became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

**c.** Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Canada or Puerto Rico.

**d.** The insured must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits due to payments of claims, judgments or settlements.

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

 © Insurance Services Office, Inc., 2012 **CU 00 01 04 13**

## SECTION V – DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

      However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, disability, sickness or disease sustained by a person, including death resulting from any of these at any time. "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury".

4. "Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

5. "Covered auto" means only those "autos" to which "underlying insurance" applies.

6. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

7. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work", or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

   g. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraphs f. and g. do not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   (2) That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**CU 00 01 04 13**          © Insurance Services Office, Inc., 2012          **Page 15 of 18**

**(3)** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a "covered auto" over a route or territory that person or organization is authorized to serve by public authority.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

 © Insurance Services Office, Inc., 2012 CU 00 01 04 13

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Pollution cost or expense" means any loss, cost or expense arising out of any:

   a. Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   b. Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

17. "Products-completed operations hazard":

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         (a) When all of the work called for in your contract has been completed.

         (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   b. Does not include "bodily injury" or "property damage" arising out of:

      (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

      (2) The existence of tools, uninstalled equipment or abandoned or unused materials.

18. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

   With respect to the ownership, maintenance or use of "covered autos", property damage also includes "pollution cost or expense", but only to the extent that coverage exists under the "underlying insurance" or would have existed but for the exhaustion of the underlying limits.

   For the purposes of this insurance, with respect to other than the ownership, maintenance or use of "covered autos", electronic data is not tangible property.

   As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

19. "Retained limit" means the available limits of "underlying insurance" scheduled in the Declarations or the "self-insured retention", whichever applies.

20. "Self-insured retention" means the dollar amount listed in the Declarations that will be paid by the insured before this insurance becomes applicable only with respect to "occurrences" or offenses not covered by the "underlying insurance". The "self-insured retention" does not apply to "occurrences" or offenses which would have been covered by "underlying insurance" but for the exhaustion of applicable limits.

21. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent or the "underlying insurer's" consent.

22. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

23. "Ultimate net loss" means the total sum, after reduction for recoveries or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of settlement or judgments or any arbitration or other alternate dispute method entered into with our consent or the "underlying insurer's" consent.

24. "Underlying insurance" means any policies of insurance listed in the Declarations under the Schedule of "underlying insurance".

25. "Underlying insurer" means any insurer who provides any policy of insurance listed in the Schedule of "underlying insurance".

26. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

27. "Your product":

   **a.** Means:

      **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         **(a)** You;

         **(b)** Others trading under your name; or

         **(c)** A person or organization whose business or assets you have acquired; and

      **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

   **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

   **(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

28. "Your work":

   **a.** Means:

      **(1)** Work or operations performed by you or on your behalf; and

      **(2)** Materials, parts or equipment furnished in connection with such work or operations.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      **(2)** The providing of or failure to provide warnings or instructions.

  © Insurance Services Office, Inc., 2012  CU 00 01 04 13

POLICY NUMBER:  C092188                    **COMMERCIAL LIABILITY UMBRELLA**
                                           **CU 21 11 Z 09 00**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**SCHEDULE**

| **Premises:** |
| Only Locations Shown on the Declarations |
| **Project:** |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

Except for liability arising out of the ownership, maintenance or use of "covered autos", this insurance applies only to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or

2. The project shown in the Schedule.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO, with its permission.

**CU 21 11 Z 09 00**        Copyright, Insurance Services Office, Inc.,  2000        **Page 1 of 1**        □

COMMERCIAL LIABILITY UMBRELLA
CU 21 23 02 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**I.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an insured or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an insured; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**II.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

**CU 21 23 02 02** © ISO Properties, Inc., 2001 **Page 1 of 2** ☐

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

  © ISO Properties, Inc.,  2001  **CU 21 23 02 02**  ❑

COMMERCIAL LIABILITY UMBRELLA
CU 21 27 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**FUNGI OR BACTERIA**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**FUNGI OR BACTERIA**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

 © ISO Properties, Inc.,  2003 **Page 1 of 1**  ☐

COMMERCIAL LIABILITY UMBRELLA
CU 21 30 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

CU 21 30 01 15 © Insurance Services Office, Inc., 2015 **Page 1 of 1**

COMMERCIAL LIABILITY UMBRELLA
CU 21 50 03 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**SILICA OR SILICA-RELATED DUST**

   **a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

   **b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

   **c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**SILICA OR SILICA-RELATED DUST**

   **a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

   **b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

   **1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

   **2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

CU 21 50 03 05                © ISO Properties, Inc., 2004                **Page 1 of 1**

COMMERCIAL LIABILITY UMBRELLA
CU 21 71 06 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** Exclusion **2.j. Aircraft Or Watercraft** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

  **2. Exclusions**

    This insurance does not apply to:

    **j.  Aircraft Or Watercraft**

      **(1) Unmanned Aircraft**

        "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

        This Paragraph **j.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

      **(2) Aircraft (Other Than Unmanned Aircraft) Or Watercraft**

        "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft") or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **j.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft") or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **j.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

    **(i)** Less than 50 feet long; and

    **(ii)** Not being used to carry persons or property for a charge;

**(c)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft;

**(d)** The extent that valid "underlying insurance" for the aircraft or watercraft liability risks described in this Paragraph **j.(2)** exists or would have existed but for the exhaustion of underlying limits for "bodily injury" or "property damage". To the extent this exclusion does not apply, the insurance provided under this Coverage Part for the aircraft or watercraft risks described in this Paragraph **j.(2)** will follow the same provisions, exclusions and limitations that are contained in the applicable "underlying insurance", unless otherwise directed by this insurance; or

**CU 21 71 06 15** © Insurance Services Office, Inc., 2014 **Page 1 of 2**

**(e)** Aircraft that is:

    **(i)** Chartered by, loaned to, or hired by you with a paid crew; and

    **(ii)** Not owned by any insured.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B – Personal And Advertising Injury Liability:**

    **2. Exclusions**

    This insurance does not apply to:

    **Unmanned Aircraft**

    "Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

    This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

    **a.** The use of another's advertising idea in your "advertisement"; or

    **b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** The following definition is added to the **Definitions** section:

    "Unmanned aircraft" means an aircraft that is not:

    **1.** Designed;

    **2.** Manufactured; or

    **3.** Modified after manufacture;

    to be controlled directly by a person from within or on the aircraft.

 © Insurance Services Office, Inc., 2014 **CU 21 71 06 15**

COMMERCIAL LIABILITY UMBRELLA
CU 21 86 12 23

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Material Or Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal material or information, including:

**a.** Patents, trade secrets, processing methods, customer lists;

**b.** Financial information, credit card information;

**c.** Health information, biometric information; or

**d.** Any other type of nonpublic material or information.

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal material or information.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Material Or Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal material or information, including:

**a.** Patents, trade secrets, processing methods, customer lists;

**b.** Financial information, credit card information;

**c.** Health information, biometric information; or

**d.** Any other type of nonpublic material or information.

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**CU 21 86 12 23** © Insurance Services Office, Inc., 2023 **Page 1 of 1**

**COMMERCIAL LIABILITY UMBRELLA**
**CU 21 90 12 20**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PUBLIC OR LIVERY PASSENGER CONVEYANCE AND ON-DEMAND DELIVERY SERVICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**Public Or Livery Passenger Conveyance And On-demand Services**

Any "covered auto" while being used:

**a.** As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a "covered auto" is being used by an insured who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the "covered auto"; or

**b.** By an insured who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the "covered auto".

However, this exclusion does not apply to business activities performed by an insured that are directly related to the Named Insured(s) listed in the Declarations.

**B.** If Excess Uninsured and/or Underinsured Motorists Coverage is attached, then the following exclusion is added to Paragraph **C.2.:**

**2.** Additionally, this insurance does not apply to:

**Public Or Livery Passenger Conveyance And On-demand Services**

Any "covered auto" while being used:

**a.** As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a "covered auto" is being used by an insured who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the "covered auto"; or

**b.** By an insured who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the "covered auto".

However, this exclusion does not apply to business activities performed by an insured that are directly related to the Named Insured(s) listed in the Declarations.

**C. Additional Definitions**

As used in this endorsement:

**1.** "Delivery network platform" means an online-enabled application or digital network used to connect customers:

**a.** With drivers; or

**b.** With local vendors using drivers;

for the purpose of providing prearranged "delivery services" for compensation. A "delivery network platform" does not include a "transportation network platform".

**2.** "Delivery services" includes courier services.

**3.** "Occupying" means in, upon, getting in, on, out or off.

**4.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

© Insurance Services Office, Inc., 2020

COMMERCIAL LIABILITY UMBRELLA
CU 34 13 Z 12 19

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION – LIMITED EXCEPTION FOR BRING YOUR OWN ALCOHOL

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

The following replaces Exclusion **c.** under Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

This exclusion applies only if you:

**(1)** Manufacture, sell or distribute alcoholic beverages; or

**(2)** Serve or furnish alcoholic beverages for a charge whether or not such activity:

**(a)** Requires a license;

**(b)** Is for the purpose of financial gain or livelihood.

For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered selling, serving or furnishing alcoholic beverages.

This exclusion does not apply to the extent that valid "underlying insurance" for the liquor liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". To the extent this exclusion does not apply, the insurance provided under this Coverage Part for the liquor liability risks described above will follow the same provisions, exclusions and limitations that are contained in the applicable "underlying insurance", unless otherwise directed by this insurance.

 © Insurance Services Office, Inc., 2018

**COMMERCIAL LIABILITY UMBRELLA**
**CU 34 44 09 22**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BROAD ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to damages arising out of:

1. The actual, alleged or threatened abuse or molestation, including but not limited to sexual abuse or sexual molestation, of any person committed by anyone; or

2. The negligent:

   **a.** Employment;

   **b.** Investigation;

   **c.** Supervision;

   **d.** Reporting to the proper authorities, or failure to so report; or

   **e.** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

**CU 34 44 09 22**  © Insurance Services Office, Inc., 2021  **Page 1 of 1**

COMMERCIAL LIAGILINB TMGRELLA
CT Y4 04 30 2Y

**N5 IH ESDORHEMESN C5 ASP EH N5 E . OLICBF . LEAHE READ IN CAREUT LLBF**

# EXCLTHIOS – . ERULTOROALKBL ASD
# . OLBULTOROALKBL HTGHNASCEH (. UAH)

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**AF** The following exclusion is added to Paragraph **2F Exclusions** of **Hection I – Coverage A – Godily Injury And . roperty Damage Liability:**

**2F Exclusions**

This insurance does not apply to:

**. erfluoroalkyl And . olyfluoroalkyl Hubstances**

**aF** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged, threatened or suspected inhalation, ingestion, absorption, consumption, discharge, dispersal, seepage, migration, release or escape of, contact with, exposure to, existence of, or presence of, any "perfluoroalkyl or polyfluoroalkyl substances".

**bF** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "perfluoroalkyl or polyfluoroalkyl substances", by any insured or by any other person or entity.

**GF** The following exclusion is added to Paragraph **2F Exclusions** of **Hection I – Coverage G – . ersonal And Advertising Injury Liability:**

**2F Exclusions**

This insurance does not apply to:

**. erfluoroalkyl And . olyfluoroalkyl Hubstances**

**aF** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged, threatened or suspected inhalation, ingestion, absorption, consumption, discharge, dispersal, seepage, migration, release or escape of, contact with, exposure to, existence of, or presence of, any "perfluoroalkyl or polyfluoroalkyl substances".

**bF** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "perfluoroalkyl or polyfluoroalkyl substances", by any insured or by any other person or entity.

**CF** The following definition is added to the **Definitions** Section:

"Perfluoroalkyl or polyfluoroalkyl substances" means any:

**1F** Chemical or substance that contains one or more alkyl carbons on which hydrogen atoms have been partially or completely replaced by fluorine atoms, including but not limited to:

**aF** Polymer, oligomer, monomer or nonpolymer chemicals and their homologues, isomers, telomers, salts, derivatives, precursor chemicals, degradation products or by-products;

**bF** Perfluoroalkyl acids (PFAA), such as perfluorooctanoic acid (PFOA) and its salts, or perfluorooctane sulfonic acid (PFOS) and its salts;

**cF** Perfluoropolyethers (PFPE);

**dF** Fluorotelomer-based substances; or

**eF** Side-chain fluorinated polymers; or

**2F** Good or product, including containers, materials, parts or equipment furnished in connection with such goods or products, that consists of or contains any chemical or substance described in Paragraph **CF**.

   © Insurance Services Office, Inc., 2022   **CT Y4 04 30 2Y**

**COMMERCIAL LIABILITY UMBRELLA**
**CU 34 56 12 23**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – CYBER INCIDENT

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Cyber Incident**

"Bodily injury" or "property damage" arising out of a "cyber incident".

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other similar cost or expense incurred by you or others arising out of a "cyber incident".

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Cyber Incident**

"Personal and advertising injury" arising out of a "cyber incident".

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other similar cost or expense incurred by you or others arising out of a "cyber incident".

**C.** For the purposes of this endorsement, the following definition is added to the **Definitions** Section:

"Cyber incident" means any:

**1.** Unauthorized access to or use of any computer system.

**2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system or otherwise disrupt its normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

 © Insurance Services Office, Inc., 2023

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – CLAIMS-MADE COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

The Commercial Liability Umbrella Coverage Form does not apply to nor extend any coverage provided under the claims-made coverages:

1.  Computer Repair Technology Professional Protection Endorsement
2.  Condominium Directors and Officers Liability Coverage Form
3.  Employment Practices Liability Endorsement
4.  Employment Practices Liability Insurance
5.  Errors and Omissions Coverage
6.  Fire Protection and Alarm System Errors and Omissions Endorsement
7.  Illinois Computer Repair Technology Professional Protection Endorsement
8.  Limited Pollution Liability and Clean-Up Costs Coverage
9.  Not-For-Profit Organization Directors, Officers and Trustees Liability Insurance Policy
10. Radon Contractor Error & Omissions Coverage with Limited Pollution Clean Up Costs

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ASBESTOS OR ASBESTOS PRODUCTS

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**Asbestos**

a. "Bodily injury", "property damage", or "personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened, or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of asbestos in any form including, but not limited to, asbestos dust, asbestos fibers, or products containing asbestos.

b. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of asbestos in any form including, but not limited to, asbestos dust, asbestos fibers, or products containing asbestos, by any insured or by any other person or entity.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – LEAD LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

This insurance does not apply to:

1.  actual or alleged "bodily injury" arising out of the ingestion, inhalation, or absorption of lead in any form;

2.  actual or alleged "property damage" (or "personal and advertising injury", if provided by this coverage part) arising out of any form of lead;

3.  any loss, cost, or expense arising out of any request, demand, or order that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to or assess the effects of lead; or

4.  any loss, cost, or expense arising out of any claim or suit by or on behalf of any governmental authority for damages resulting from testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neu-tralizing, or in any way responding to or assessing the effects of lead.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS FOLLOWING FORM ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

Except to the extent coverage is available to you or the insured in the "underlying insurance," this insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of:

1. Any actual or alleged failure, malfunction or inadequacy of:

   a. Any of the following, whether belonging to any insured or to others:

      (1) Computer hardware, including microprocessors;

      (2) Computer application software;

      (3) Computer operating systems and related software;

      (4) Computer networks;

      (5) Microprocessors (computer chips) not part of any computer system; or

      (6) Any other computerized or electronic equipment or components; or

   b. Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **1.a.** of this endorsement

   due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **1.** of this endorsement.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – BIOMETRIC IDENTIFIERS OR BIOMETRIC DATA

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages – Coverage A – Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverages – Coverage B – Personal and Advertising Injury Liability**:

This insurance does not apply to "bodily injury," "property damage", "personal and advertising injury" damages, injury, or any other loss of any kind, cost, or expense arising out of one or more of actual or alleged access to, retention or possession of, disclosure of, and/or failure to obtain consent to, failure to destroy, and/or failure to create or develop any policy (written or otherwise) related to the: capture, scanning, retrieval, collection, protection, obtainment, storage, conversion, transfer, sale, sharing, or dissemination of any kind of an individual's "biometric identifiers" or "biometric data", regardless of how such "biometric identifiers" or "biometric data" are captured, scanned, retrieved, collected, protected, obtained, stored, converted, transferred, sold, shared, or disseminated by any insured or any third party acting by, on behalf of or at the direction of the insured.

**B.** The following definitions are added to **Section V – Definitions**:

"Biometric identifiers" means DNA, written signature, computer navigation (mouse or touchpad) pattern, keystroke pattern, behavioral pattern, retinal scan, eyeball scan, iris scan, fingerprint, footprint, voiceprint, vascular scan, hand geometry scan, face geometry scan, or any other personally identifiable measurable biological characteristic of a natural person. "Biometric identifiers" includes any similarly-defined term(s) included in any state or federal statute that includes any of the "biometric identifiers," or similar term(s), set out above.

"Biometric data" means any information, regardless of how it is captured, scanned, retrieved, collected, protected, obtained, stored, converted, transferred, sold, shared, or disseminated, based on an individual's "biometric identifier" used to identify an individual. "Biometric data" includes personal data relating to the physical, physiological, or behavioral characteristics of a natural person which allow or confirm the unique identification of that natural person.

| | | |
|---|---|---|
| **WB 1392 CU 02 23** | West Bend Mutual Insurance Company<br>West Bend, Wisconsin 53095 | **Page 1 of 1** |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – FIREARMS OR WEAPONS

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**Firearms or Weapons**

"Bodily injury", "property damage", or "personal and advertising injury" arising out of the ownership, distribution, use, misuse, handling, maintenance, possession, control or discharge of "firearms" or "weapons" by any insured or any other person or entity, regardless of the circumstances or location.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing including, but not limited to, the supervision, hiring, employment, training or monitoring of others by that insured, if the "bodily injury", "property damage", or the "personal and advertising injury" involved the ownership, distribution, use, misuse, handling, maintenance, possession, control or discharge of "firearms" or "weapons" by any insured or any other person or entity, regardless of the circumstances or location.

**B.** The following definitions are added to **Section V – Definitions**:

**1.** "Firearms" mean pistols, rifles, guns, or other devices capable of expelling or propelling one or more projectiles by the action of an explosive, combustible propellant, or compressed air. "Firearms" includes anything included in any state or federal statute that defines "firearms".

**2.** "Weapons" mean any instrument(s) that can be or is utilized in an offensive or defensive nature and includes, but is not limited to, batons, bows, crossbows, arrows, knives, mace, stun guns, or swords. "Weapons" includes anything included in any state or federal statute that defines "weapons".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**WB 3133 CU 11 24**                              West Bend®                              **Page 1 of 1**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – HUMAN TRAFFICKING

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added to **Paragraph 2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability and Paragraph 2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability** in the **Commercial Liability Umbrella Coverage Form:**

**2. Exclusions**

This insurance does not apply to:

**Human Trafficking**

"Bodily injury", "property damage", "personal and advertising injury", or any other liability arising directly or indirectly out of any actual or alleged:

  **a.** **"**Human trafficking**"**;

  **b.** Failure to detect, recognize, protect against, suppress or prevent, investigate, intervene, report or take action in connection with "human trafficking**"**;

  **c.** Failure to warn of the dangers of the environment which could contribute to any event of "human trafficking**"**;

  **d.** Loss, cost or expense(s) responding to "human trafficking**"** in any way;

  **e.** Failure to render or secure medical treatment or care necessitated by any event, or perceived event, of "human trafficking**"**;

  **f.** Conduct, acts or omissions prohibited by, in violation of, or for which penalties are provided within, the Trafficking Victims Protection Act of 2000, as amended, or under any local, state, federal law; or

  **g.** Death, including any allegations of wrongful death, arising out of items **a.** through **f.**

Any such "bodily injury", "property damage", "personal and advertising injury", or any other liability is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing including, but not limited to, the supervision, hiring, employment, training or monitoring of others by that insured, if the "bodily injury", "property damage", "personal and advertising injury", or any other liability, is in any way related to anything described in Paragraphs **a.** through **g.** above**.**

**B.** The following definition is added to **Section V – Definitions** in the **Commercial Liability Umbrella Coverage Form**:

"Human trafficking" means the illegal recruitment, enticement, grooming, exploitation, advertisement, transportation, facilitation, detention, provision, or harboring of a person or persons, including, but not limited to:

  **a.** By force, fraud or coercion in exchange for labor, services, or a sex act;

  **b.** Under legal age of adulthood or consent induced to perform a sex act;

  **c.** In connection with migratory smuggling;

  **d.** For organ harvesting or donation;

  **e.** Marriage;

  **f.** Smuggling;

  **g.** Slavery;

  **h.** Peonage or debt bondage; or

  **i.** Forced criminality or violence of any kind.

"Human trafficking" also includes benefiting financially or receiving anything of value as a result of "human trafficking".

All other terms, conditions and exclusions shall remain unchanged.

---

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

WB 39 CU 02 25                              West Bend®                              **Page 1 of 1**

# Exhibit 2



THE SILVER LINING®

February 25, 2026

**via email to adam@cc-rei.com and mike@magpublicadjsuters.com and regular mail**

Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079

Claim Number:      AS69671
Insured:              SHAKER PARKWAY COLLECTIVE LLC
Policy:                C092188-0
Date of Loss:       12/14/2025
Loss Location:     10306 Shaker Blvd. Cleveland, OH. 44104

<u>Status of Claim</u>

Dear Mr. Johnson:

We have inspected the loss at 10404 Shaker Blvd, Cleveland, OH. 44104. On December 22, 2025, and had the property inspected by Anderson Insurance Services (AIS) on January 3rd, 2026. During our inspection, and the inspection by AIS, damages were photographed, and the building interior and exterior was scanned to document the damages which occurred from this loss. We have received communication from your public adjuster, Mike Garofalo, that he is providing additional damage to the building beyond the scope of the fire damage from the 12/14/2025 date of loss. We wish to point out to you some of the policy provisions and limitations pertaining to your claim:

We draw your attention to page 1 of 10, section A, paragraph 1, sub paragraph a, of the Building and Personal Property Coverage form:

> **A. Coverage**
> *We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.*
>
> **1. Covered Property**
> *Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.*
>
> **a. Building,** *meaning the building or structure described in the Declarations, including:*
>
> **(1)** *Completed additions;*
>
> **(2)** *Fixtures, including outdoor fixtures;*
>
> **(3)** *Permanently installed:*
>
> **(a)** *Machinery; and*
>
> **(b)** *Equipment;*
>
> * * *

1900 S. 18th Avenue  |  West Bend  WI  53095  |  thesilverlining.com

We also draw your attention to page 10 of 16, section E, paragraph 3, sub paragraph a(4) of the CP 00 10 Building and Personal property Coverage Form:

> **E. Loss Conditions**
> The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:
>
> **3.   Duties In The Event Of Loss Or Damage**
> **a.**   You must see that the following are done in the event of loss or damage to Covered Property:
> * * *
> **(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.
> * * *

We also draw your attention to page 3 of 10, section B, paragraph 2, sub paragraph g and m of the CP 10 30 Causes of Loss – Special Form:

> **B.  Exclusions**
> **2.**   We will not pay for loss or damage caused by or resulting from any of the following:
> **g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:
> **(1)** You do your best to maintain heat in the building or structure; or
> **(2)** You drain the equipment and shut off the supply if the heat is not maintained.
> * * *
> **m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.
> * * *

West Bend Insurance reserves their rights under the Insurance Policy to investigate and inspect the additional damages being provided by your public adjuster and appreciates your continued cooperation. Please provide all receipts and invoices for repairs to protect the insured property from any additional damage or loss after the fire.

Determination of Damages

As previously noted, West Bend Insurance engaged a building consultant, AIS, to inspect the property, and prepare an estimate for the scope of damage to the building, and a cost to repair the damages.

We have received and reviewed the detailed estimate of the cost to remediate the building of the fire and smoke damage, and to repair the property to like kind and quality of the property at the time of the loss. Please find an attached copy of the estimates with this letter. We would like to draw your attention to policy provisions pertinent to the payment of your claim:

We draw your attention to page 10 of 16, Section E, Paragraph 4, of the CP 00 10 Building and Personal Property Coverage Form:

**E. Loss Conditions**
*The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:*

**4. Loss Payment**

    **a.** *In the event of loss or damage covered by this Coverage Form, at our option, we will either:*

        **(1)** *Pay the value of lost or damaged property;*

        **(2)** *Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;*

        **(3)** *Take all or any part of the property at an agreed or appraised value; or*

        **(4)** *Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.*

    *We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.*

    **b.** *The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.*

    **c.** *We will give notice of our intentions within 30 days after we receive the sworn proof of loss.*

    **d.** *We will not pay you more than your financial interest in the Covered Property.*

*\* \* \**

We also draw your attention to page 15 of 16, Section G, paragraph 3, sub paragraph d - f, of the CP 00 10 Building and Personal Property Coverage Form:

**G. Optional Coverages**

    *If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:*

**3. Replacement Cost**

    **d.** *We will not pay on a replacement cost basis for any loss or damage:*

        **(1)** *Until the lost or damaged property is actually repaired or replaced; and*

        **(2)** *Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.*

    *With respect to tenants' improvements and betterments, the following also apply:*

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

## Payment Details

West Bend Insurance, under separate cover, is providing payment for the undisputed Actual Cash Value of the damages to the building. This includes the cost to remove and dispose of the damaged materials from the building, $91,609.23 (as provided in the enclosed demo estimate) and the Actual Cash Value to repair the building, $673,007.63 (as provided in the enclosed reconstruction estimate) less the policy deductible of 50,000 for a net claim of $623,007.63 for a total payment for the Building of $714,616.86.

The payment will be issued to Shaker Parkway Collective, LLC. Community Bank ISAOA & Tri-State Public Adjusters, LLC. West Bend Insurance is issuing this payment while retaining all of its rights under the Insurance Policy to continue investigating your claim, and this payment, including any future payment will be subject to all policy provisions, limitations, applicable coverage limits, and policy deductible.

## Reservation of Rights

Please understand that by making specific reference to certain provisions in your policy, West Bend Insurance Company neither waives, nor shall it be estopped from raising other exclusions, conditions, limitations, or provisions of your policy of insurance. Further, nothing in this letter is intended to, nor should be construed as, a waiver of any of the terms or conditions of your policy of insurance.

West Bend Insurance expressly reserves all rights, conditions, and defenses it may have now or those that may become apparent through additional investigation.

Sincerely,

Nick Lorencz
Claims Specialist
(262) 365-2852 or (800) 236-5010 Extension 2852
Fax: (262) 335-7000
nlorencz@wbmi.com

[enclosure]


c: Tri State Public Adjusters, LLC
c: Hertvik Insurance Group

# Exhibit 3

## Tri-State Public Adjusters



22 Christopher Ct
Wolfeboro, NH 03894

|  |  |  |  |
|---|---|---|---|
| Insured: | Shaker Parkway | | |
| Property: | 10402-10404 Shaker | | |
| | Cleveland, OH 00000 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Mike Garofalo | Business: | 83 S Douglas St |
| | | | Rockland, MA 02370 |
| | | Business: | (339) 788-4184 |
| Company: | MAG Public Adjusters, Inc | E-mail: | mike@magpublicadjusters.com |

| | | | |
|---|---|---|---|
| Estimator: | Mike Garofalo | Business: | (339) 788-4184 |
| Company: | MAG Public Adjusters, Inc | E-mail: | mike@magpublicadjusters.com |
| Business: | 83 S Douglas St | | |
| | Rockland, MA 02370 | | |

**Claim Number:** FEB-119-26          **Policy Number:**                    **Type of Loss:** Fire

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 2/4/2026 10:37 AM |

|  |  |
|---|---|
| Price List: | OHCL8X_FEB26 |
| | Restoration/Service/Remodel |
| Estimate: | 10402_10404_SHAKER1 |

**Opening Statement:**

This document constitutes a draft repair estimate that articulates our professional assessment of the damages associated with the loss. It outlines the necessary repairs required to restore the property to its pre-loss condition, based on the building materials and techniques observed at the time of inspection.

It is essential to clarify that this estimate expressly excludes certain items, including but not limited to emergency services, code upgrades, mold and mildew treatment (except as noted), and cleaning (except as specified).

Furthermore, this estimate does not account for compliance with state or local building codes, including those pertaining to handicap accessibility, which may be addressed under an "Increased Cost of Construction" endorsement. Our evaluation is predicated on a specific scope and methodology; any modifications to these parameters may necessitate a revision of our assessment.

Additionally, the figures contained herein are preliminary and remain subject to approval by the Insured. These figures may be adjusted in accordance with applicable policy terms, including considerations for depreciation, coinsurance, hidden damages, un-inspected damages, and any additional claims related to latent water damage or other causes of loss. All rights pertaining to this estimate are expressly reserved.



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

### 10402_10404_SHAKER1

### Source - Planitar Provider 1

### Basement

**Basement**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **ELECTRICAL** | | | | | | |
| 1.  Rewire\wire - avg. residence - boxes & wiring with conduit | 2,332.18 SF | 0.00 | 5.90 | 238.82 | 2,939.73 | 16,938.41 |
| Excludes: Service cable, riser and weatherhead, meterbase, grounding wire and rod, main breaker panel and breakers, feeder cable between the meter base and panel, low voltage/media wiring, switches, outlets, covers or light fixtures. | | | | | | |
| 2.  Electrician - per hour | 40.00 HR | 0.00 | 96.91 | 0.00 | 814.04 | 4,690.44 |
| Electrician 5 days, 8 hour days removing existing wiring. | | | | | | |
| 3.  Electrician - General Laborer - per hour | 80.00 HR | 0.00 | 54.19 | 0.00 | 910.39 | 5,245.59 |
| 2 laborers for 5 days at 8 hours a day helping electrician remove existing wiring. | | | | | | |
| **PLUMBING** | | | | | | |
| 4.  Rough-in plumbing - Commercial - 1-3 level | 2,332.18 SF | 0.00 | 9.35 | 429.12 | 4,669.35 | 26,904.35 |
| 5.  Plumber - per hour | 24.00 HR | 0.00 | 125.84 | 0.00 | 634.24 | 3,654.40 |
| Plumber 8 hours a day  for 3 days removing exsting plumbing from this level. | | | | | | |
| 6.  Plumber - General Laborer - per hour | 48.00 HR | 0.00 | 54.19 | 0.00 | 546.23 | 3,147.35 |
| 2 laborers for 8 hours a day for 3 days helping plumber remove existing plumbing from level. | | | | | | |
| **GENERAL CONDITIONS** | | | | | | |
| 7.  Final cleaning - construction - Commercial | 2,332.18 SF | 0.00 | 0.28 | 63.21 | 137.13 | 853.35 |
| Excludes: Windows, sliding/patio glass doors.  See CLN WD* and CLN PDOR* codes if warranted. | | | | | | |
| **CEILING** | | | | | | |
| 8.  Seal floor or ceiling joist system | 2,295.54 SF | 0.00 | 1.68 | 58.77 | 822.22 | 4,737.50 |
| 9.  Batt insulation - 10" - R30 - paper / foil faced | 2,295.54 SF | 0.00 | 1.86 | 244.25 | 947.94 | 5,461.89 |
| 10.  Acoustic plaster over metal lath | 2,295.54 SF | 0.00 | 17.37 | 596.84 | 8,498.77 | 48,969.14 |
| 11.  Seal/prime (1 coat) then paint (2 coats) the ceiling | 2,295.54 SF | 0.00 | 1.76 | 66.11 | 862.32 | 4,968.58 |
| **WALLS** | | | | | | |
| 12.  Seal stud wall for odor control | 6,341.24 SF | 0.00 | 1.20 | 121.75 | 1,623.56 | 9,354.80 |
| 13.  Seal/prime (1 coat) then paint (2 coats) the walls | 6,341.24 SF | 0.00 | 1.76 | 182.63 | 2,382.07 | 13,725.28 |
| **FLOOR** | | | | | | |
| 14.  Epoxy finish - one coat over concrete floor | 2,332.18 SF | 0.00 | 2.88 | 72.76 | 1,425.79 | 8,215.23 |
| **MITIGATION** | | | | | | |

**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - Basement

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 15. Clean floor or roof joist system | 2,295.54 SF | 0.00 | 1.30 | 292.90 | 627.45 | 3,904.55 |
| 16. Clean stud wall | 6,341.24 SF | 0.00 | 1.03 | 643.38 | 1,373.75 | 8,548.61 |
| 17. Clean with pressure/chemical spray | 2,332.18 SF | 0.00 | 0.43 | 99.13 | 210.99 | 1,312.96 |
| 18. Water extraction from hard surface floor | 2,332.18 SF | 0.00 | 0.30 | 67.72 | 146.93 | 914.30 |
| 19. Air mover (per 24 hour period) - No monitoring | 102.00 EA | 0.00 | 26.00 | 256.71 | 556.92 | 3,465.63 |
| 20. Dehumidifier (per 24 hr period)- 110-159 ppd - No monitor. | 18.00 EA | 0.00 | 118.43 | 206.35 | 447.66 | 2,785.75 |
| 21. Apply anti-microbial agent to the ceiling | 2,295.54 SF | 0.00 | 0.33 | 83.40 | 161.01 | 1,001.94 |
| 22. Apply anti-microbial agent to the walls | 6,341.24 SF | 0.00 | 0.33 | 230.38 | 444.78 | 2,767.77 |
| 23. Apply anti-microbial agent to the floor | 2,332.18 SF | 0.00 | 0.33 | 84.74 | 163.58 | 1,017.94 |

| Total: Basement | | | | 4,038.97 | 31,346.85 | 182,585.76 |



**L COMMON HALL**                                                                 Height: 8'

| | |
|---|---|
| 13.69 SF Walls | 24.10 SF Ceiling |
| 37.79 SF Walls & Ceiling | 24.10 SF Floor |
| 2.68 SY Flooring | 0.69 LF Floor Perimeter |
| 8.88 LF Ceil. Perimeter | |

| Missing Wall | 5' 2 1/4" X 8' | Opens into Exterior |
| Missing Wall | 4' 1 1/4" X 8' | Opens into Exterior |



**Subroom:  L COMMON HALL (1)**                                                   Height: 7'

| | |
|---|---|
| 65.24 SF Walls | 24.22 SF Ceiling |
| 89.46 SF Walls & Ceiling | 24.22 SF Floor |
| 2.69 SY Flooring | 9.23 LF Floor Perimeter |
| 11.15 LF Ceil. Perimeter | |

| Missing Wall | 8' 2 1/4" X 7' | Opens into L_COMMON_HAL |
| Missing Wall | 2' 11 1/2" X 7' | Opens into Exterior |
| Door | 1' 11" X 6' 8" | Opens into L_LIVING_ROO |

**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - L COMMON HALL

| | | |
|---|---|---|
| **Subroom: Stairway (2)** | | **Height: 12' 6"** |
| 46.14 SF Walls | 18.38 SF Ceiling | |
| 64.52 SF Walls & Ceiling | 37.61 SF Floor | |
| 4.18 SY Flooring | 5.86 LF Floor Perimeter | |
| 4.50 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| Missing Wall | 4' 1" X 12' 6" | Opens into L_COMMON_HAL |
| Missing Wall | 4' 1" X 12' 6" | Opens into Exterior |
| Missing Wall | 4' 6" X 12' 6" | Opens into L_COMMON_HAL |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 24.  R&R Furring strip - 1" x 2" | 66.70 SF | 0.55 | 1.17 | 1.55 | 24.42 | 140.70 |
| 25.  R&R Acoustic plaster over metal lath | 66.70 SF | 1.89 | 17.37 | 17.34 | 273.42 | 1,575.40 |
| 26.  Seal/prime (1 coat) then paint (2 coats) the ceiling | 66.70 SF | 0.00 | 1.76 | 1.92 | 25.05 | 144.36 |
| 27.  R&R Light fixture - High grade | 1.00 EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| Commercial LED | | | | | | |
| 28.  R&R Combination CO/Smoke detector - High grade | 1.00 EA | 15.13 | 129.51 | 7.70 | 31.99 | 184.33 |
| **WALLS** | | | | | | |
| 29.  R&R Acoustic plaster over metal lath | 125.07 SF | 1.89 | 17.37 | 32.52 | 512.69 | 2,954.06 |
| 30.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 54.00 LF | 0.50 | 9.19 | 29.85 | 116.16 | 669.27 |
| 31.  R&R Trim board - 1" x 8" - installed (hardwood - oak or =) | 51.00 LF | 0.57 | 11.86 | 39.70 | 141.48 | 815.11 |
| Additional jamb thickness going into units. | | | | | | |
| 32.  R&R Casing - 2 1/4" hardwood - molded w/detail | 54.00 LF | 0.70 | 4.25 | 13.82 | 59.04 | 340.16 |
| 33.  R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 12.00 EA | 2.92 | 11.14 | 4.15 | 36.31 | 209.18 |
| 34.  Seal (1 coat) & paint (2 coats) casing | 54.00 LF | 0.00 | 2.96 | 0.99 | 33.77 | 194.60 |
| 35.  R&R House numbers/letters - plastic or metal - up to 4" | 4.00 EA | 5.11 | 19.28 | 3.04 | 21.11 | 121.71 |
| 36.  Seal & paint door slab only (per side) | 2.00 EA | 0.00 | 51.14 | 1.59 | 21.82 | 125.69 |
| 37.  Paint door slab only - 1 coat (per side) | 2.00 EA | 0.00 | 33.37 | 1.03 | 14.22 | 81.99 |

**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - L COMMON HALL

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 38.  Mask French door lites (per side of slab) | 1.00 EA | 0.00 | 69.53 | 0.11 | 14.62 | 84.26 |
| 39.  Seal 1 coat & paint 1coat French door slab only (per side) | 1.00 EA | 0.00 | 97.84 | 0.78 | 20.71 | 119.33 |
| 40.  Paint French door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 64.59 | 0.54 | 13.68 | 78.81 |
| 41.  R&R Handrail - round / oval - softwood - wall mounted | 7.00 LF | 1.10 | 12.63 | 2.78 | 20.78 | 119.67 |
| 42.  Seal & paint handrail - wall mounted | 7.00 LF | 0.00 | 2.65 | 0.16 | 3.94 | 22.65 |
| 43.  Seal (1 coat) & paint (2 coats) balustrade | 7.00 LF | 0.00 | 52.39 | 5.48 | 78.16 | 450.37 |
| 44.  R&R Baseboard - 4 1/4" w/shoe | 15.78 LF | 0.72 | 6.46 | 4.37 | 24.71 | 142.38 |
| 45.  Seal (1 coat) & paint (2 coats) baseboard | 15.78 LF | 0.00 | 2.94 | 0.26 | 9.80 | 56.45 |
| 46.  R&R Stair Skirt/Apron - wall side - paint grade | 7.00 LF | 3.20 | 17.31 | 1.86 | 30.55 | 175.98 |
| 47.  R&R Stair Skirt/Apron - open side - paint grade | 7.00 LF | 3.20 | 60.76 | 1.86 | 94.42 | 544.00 |
| 48.  Seal (1 coat) & paint (1 coat) stair skirt/apron | 21.00 LF | 0.00 | 9.62 | 0.89 | 42.61 | 245.52 |
| **FLOOR** | | | | | | |
| 49.  R&R Tile - vinyl composition | 85.93 SF | 1.56 | 2.68 | 9.01 | 78.41 | 451.76 |
| 50.  Step charge for vinyl installation | 7.00 EA | 0.00 | 26.17 | 5.45 | 39.62 | 228.26 |
| Totals:  L COMMON HALL | | | | 192.83 | 1,809.17 | 10,423.90 |



**L Living Room**                                                                       **Height: 8'**

| | | |
|---|---|---|
| 383.53  SF Walls | 205.78  SF Ceiling |
| 589.31  SF Walls & Ceiling | 205.78  SF Floor |
| 22.86  SY Flooring | 50.48  LF Floor Perimeter |
| 59.54  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | 1' 11" X 6' 8" | **Opens into HALLWAY6** |
| **Window** | 2' 10" X 3' 4" | **Opens into Exterior** |
| **Window** | 3' X 3' 4" | **Opens into Exterior** |
| **Window** | 3' 2" X 3' 4" | **Opens into Exterior** |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - L Living Room**



**Subroom: Closet (2)**                                                        **Height: 7' 6"**

| | |
|---|---|
| 63.82  SF Walls | 6.15  SF Ceiling |
| 69.97  SF Walls & Ceiling | 6.15  SF Floor |
| 0.68  SY Flooring | 8.33  LF Floor Perimeter |
| 9.92  LF Ceil. Perimeter | |

**Door**                        **1' 7" X 6' 8"**                    Opens into ROOM1



**Subroom: Living Room (1)**                                                   **Height: 7'**

| | |
|---|---|
| 55.94  SF Walls | 19.48  SF Ceiling |
| 75.42  SF Walls & Ceiling | 19.48  SF Floor |
| 2.16  SY Flooring | 7.92  LF Floor Perimeter |
| 9.50  LF Ceil. Perimeter | |

**Door**                        **1' 7" X 6' 8"**                    Opens into CLOSET5
**Missing Wall**                **3' 5 1/4" X 7'**                   Opens into L_HALLWAY
**Missing Wall**                **7' 1 3/4" X 7'**                   Opens into L_LIVING_ROO

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 51.  R&R Furring strip - 1" x 2" | 231.40  SF | 0.55 | 1.17 | 5.37 | 84.71 | 488.09 |
| 52.  Acoustic plaster over metal lath | 231.40  SF | 0.00 | 17.37 | 60.16 | 856.72 | 4,936.30 |
| 53.  R&R Light fixture - High grade | 1.00  EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| 54.  R&R Ceiling hook | 1.00  EA | 3.41 | 11.79 | 0.16 | 3.24 | 18.60 |
| **WALLS** | | | | | | |
| 55.  Furring strip - 2" x 2" - applied to concrete | 251.65  SF | 0.00 | 2.31 | 15.70 | 125.37 | 722.38 |
| 56.  Rigid foam insulation board - 1 1/2" | 251.65  SF | 0.00 | 1.89 | 30.00 | 106.18 | 611.80 |
| 57.  Acoustic plaster over metal lath | 503.30  SF | 0.00 | 17.37 | 130.86 | 1,863.38 | 10,736.56 |
| 58.  Drywall window return - up to 6" | 36.50  LF | 0.00 | 12.10 | 4.20 | 93.63 | 539.48 |
| 59.  R&R Sill - cultured marble on 2" x 6" wall | 6.50  LF | 0.86 | 16.17 | 3.41 | 23.97 | 138.08 |
| 60.  R&R Window stool & apron | 10.00  LF | 1.04 | 8.52 | 3.40 | 20.78 | 119.78 |
| 61.  Seal & paint window stool and apron | 10.00  LF | 0.00 | 5.41 | 0.36 | 11.44 | 65.90 |
| 62.  Paint window stool and apron - 1 coat | 10.00  LF | 0.00 | 3.65 | 0.26 | 7.73 | 44.49 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - L Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 63.  R&R Window blind - aluminum - 1" - 7.1 to 14 SF | 3.00 EA | 13.72 | 106.58 | 13.24 | 78.57 | 452.71 |
| 64.  R&R Window drapery - hardware | 3.00 EA | 6.86 | 109.91 | 14.04 | 76.50 | 440.85 |
| 65.  R&R Casing - 2 1/4" hardwood - molded w/detail | 85.00 LF | 0.70 | 4.25 | 21.76 | 92.94 | 535.45 |
| Opening to kitchen, hallway, both sides of closet and entry. | | | | | | |
| 66.  R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 8.00 EA | 2.92 | 11.14 | 2.76 | 24.20 | 139.44 |
| 67.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 51.00 LF | 0.50 | 9.19 | 28.19 | 109.71 | 632.09 |
| 68.  R&R Interior door - solid alder - paneled - slab only | 1.00 EA | 11.36 | 463.85 | 31.65 | 106.45 | 613.31 |
| 69.  R&R Exterior door - solid alder - paneled - slab only | 1.00 EA | 14.62 | 904.82 | 63.29 | 206.37 | 1,189.10 |
| 70.  On site door prep. for full mortised lockset - Labor only | 2.00 EA | 0.00 | 102.35 | 0.00 | 42.99 | 247.69 |
| 71.  R&R Door hinges (set of 3) | 2.00 EA | 20.45 | 49.94 | 2.13 | 30.01 | 172.92 |
| 72.  R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 73.  R&R Door lockset & deadbolt - exterior - Premium grade | 1.00 EA | 20.45 | 250.40 | 17.43 | 60.54 | 348.82 |
| Smart lock | | | | | | |
| 74.  R&R Door closer - Commercial grade | 1.00 EA | 20.45 | 150.73 | 9.65 | 37.98 | 218.81 |
| 75.  R&R Door weather stripping | 1.00 EA | 17.05 | 33.59 | 0.73 | 10.80 | 62.17 |
| 76.  R&R Door threshold | 1.00 EA | 11.36 | 57.94 | 2.03 | 14.97 | 86.30 |
| 77.  R&R Door peep hole | 1.00 EA | 6.81 | 21.56 | 0.94 | 6.15 | 35.46 |
| 78.  Seal & paint door/window trim & jamb - (per side) | 3.00 EA | 0.00 | 42.62 | 1.45 | 27.17 | 156.48 |
| 79.  Paint door/window trim & jamb - 1 coat (per side) | 3.00 EA | 0.00 | 28.83 | 1.07 | 18.39 | 105.95 |
| 80.  Seal & paint door slab only (per side) | 3.00 EA | 0.00 | 51.14 | 2.38 | 32.72 | 188.52 |
| 81.  Paint door slab only - 1 coat (per side) | 3.00 EA | 0.00 | 33.37 | 1.54 | 21.34 | 122.99 |
| 82.  R&R Door stop - hinge pin mounted | 2.00 EA | 5.11 | 10.13 | 0.58 | 6.52 | 37.58 |
| 83.  R&R Closet shelf and rod package | 2.58 LF | 5.11 | 22.98 | 1.22 | 15.47 | 89.16 |
| 84.  Seal & paint closet shelving - single shelf | 1.00 EA | 0.00 | 70.66 | 0.43 | 14.93 | 86.02 |
| 85.  R&R Robe hook | 4.00 EA | 6.81 | 17.05 | 2.33 | 20.53 | 118.30 |
| 86.  R&R Outlet | 4.00 EA | 6.86 | 15.79 | 0.74 | 19.18 | 110.52 |
| 87.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - L Living Room**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 88.  R&R Television cable outlet | 1.00 EA | 7.32 | 77.12 | 1.97 | 18.15 | 104.56 |
| 89.  R&R Phone/low voltage outlet rough-in | 1.00 EA | 7.32 | 54.66 | 0.61 | 13.15 | 75.74 |
| 90.  R&R Outlet or switch cover | 7.00 EA | 0.87 | 3.33 | 0.60 | 6.30 | 36.30 |
| 91.  R&R Baseboard - 3 1/4" | 66.73 LF | 0.62 | 3.94 | 10.20 | 66.04 | 380.53 |
| 92.  Seal (1 coat) & paint (2 coats) baseboard | 66.73 LF | 0.00 | 2.94 | 1.12 | 41.43 | 238.74 |
| **FLOOR** | | | | | | |
| 93.  R&R Radiator - 5 column/tube - 26" - 38" high - per section | 24.00 EA | 8.23 | 100.92 | 123.23 | 576.00 | 3,318.83 |
| 94.  Snaplock Laminate - simulated wood flooring | 231.40 SF | 0.00 | 7.59 | 62.76 | 382.01 | 2,201.10 |
| 95.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |

Totals:  L Living Room                                                                    681.59        5,424.63        31,255.65



**L Hallway**                                                                                              **Height: 8'**

| | |
|---|---|
| 52.27  SF Walls | 16.26  SF Ceiling |
| 68.53  SF Walls & Ceiling | 16.26  SF Floor |
| 1.81  SY Flooring | 4.69  LF Floor Perimeter |
| 16.63  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | 2' 6" X 6' 8" | Opens into L_BEDROOM |
| **Door** | 1' 10" X 6' 8" | Opens into L_4PC_BATHRO |
| **Missing Wall - Goes to Floor** | 2' 6" X 6' 8" | Opens into L_KITCHEN |
| **Missing Wall** | 3' 5 1/4" X 8' | Opens into ROOM1 |



**Subroom:  Closet (1)**                                                                              **Height: 8'**

| | |
|---|---|
| 45.56  SF Walls | 3.04  SF Ceiling |
| 48.59  SF Walls & Ceiling | 3.04  SF Floor |
| 0.34  SY Flooring | 5.42  LF Floor Perimeter |
| 7.08  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | 1' 8" X 6' 8" | Opens into L_HALLWAY |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

**CEILING**



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - L Hallway

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 96.  Furring strip - 1" x 2" | 19.30 SF | 0.00 | 1.17 | 0.45 | 4.84 | 27.87 |
| 97.  Acoustic plaster over metal lath | 19.30 SF | 0.00 | 17.37 | 5.02 | 71.45 | 411.71 |
| 98.  R&R Light fixture - High grade | 1.00 EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| Commercial LED | | | | | | |
| 99.  R&R Combination CO/Smoke detector - High grade | 1.00 EA | 15.13 | 129.51 | 7.70 | 31.99 | 184.33 |
| **WALLS** | | | | | | |
| 100.  Acoustic plaster over metal lath | 97.83 SF | 0.00 | 17.37 | 25.44 | 362.19 | 2,086.94 |
| 101.  R&R Casing - 2 1/4" hardwood - molded w/detail | 50.00 LF | 0.70 | 4.25 | 12.80 | 54.67 | 314.97 |
| 102.  R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 12.00 EA | 2.92 | 11.14 | 4.15 | 36.31 | 209.18 |
| 103.  R&R Casing - 2 1/4" | 16.00 LF | 0.70 | 2.62 | 2.01 | 11.57 | 66.70 |
| Inside of linen closet. | | | | | | |
| 104.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 16.00 LF | 0.50 | 9.19 | 8.84 | 34.40 | 198.28 |
| 105.  R&R Interior door - solid alder - paneled - slab only | 1.00 EA | 11.36 | 463.85 | 31.65 | 106.45 | 613.31 |
| 106.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 107.  R&R Door hinges (set of 2) | 1.00 EA | 13.64 | 35.45 | 0.88 | 10.50 | 60.47 |
| 108.  R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 109.  Seal & paint door slab only (per side) | 4.00 EA | 0.00 | 51.14 | 3.17 | 43.63 | 251.36 |
| 110.  Paint door slab only - 1 coat (per side) | 4.00 EA | 0.00 | 33.37 | 2.05 | 28.47 | 164.00 |
| 111.  Seal & paint door/window trim & jamb - (per side) | 4.00 EA | 0.00 | 42.62 | 1.93 | 36.20 | 208.61 |
| 112.  Paint door/window trim & jamb - 1 coat (per side) | 4.00 EA | 0.00 | 28.83 | 1.42 | 24.52 | 141.26 |
| 113.  R&R Closet package - hall/linen (4 shelves 3' wide) | 1.00 EA | 24.64 | 188.36 | 8.47 | 46.51 | 267.98 |
| 114.  Seal & paint closet shelving - linen closet | 1.00 EA | 0.00 | 120.53 | 1.38 | 25.60 | 147.51 |
| 115.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 116.  R&R Outlet or switch cover | 1.00 EA | 0.87 | 3.33 | 0.09 | 0.91 | 5.20 |
| 117.  R&R Baseboard - 3 1/4" | 10.10 LF | 0.62 | 3.94 | 1.54 | 10.00 | 57.59 |
| 118.  Seal (1 coat) & paint (2 coats) baseboard | 10.10 LF | 0.00 | 2.94 | 0.17 | 6.28 | 36.14 |
| **FLOOR** | | | | | | |
| 119.  Snaplock Laminate - simulated wood flooring | 19.30 SF | 0.00 | 7.59 | 5.23 | 31.86 | 183.58 |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - L Hallway

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: L Hallway | | | | 130.53 | 1,044.35 | 6,017.11 |



### L Bedroom | Height: 8'

| | | |
|---|---|---|
| 296.11 SF Walls | | 117.20 SF Ceiling |
| 413.31 SF Walls & Ceiling | | 117.20 SF Floor |
| 13.02 SY Flooring | | 37.21 LF Floor Perimeter |
| 43.54 LF Ceil. Perimeter | | |

**Door**      2' 6" X 6' 8"      **Opens into L_HALLWAY**
**Window**      3' X 3' 4"      **Opens into Exterior**



### Subroom:  Closet (1) | Height: 7' 6"

| | | |
|---|---|---|
| 139.44 SF Walls | | 21.12 SF Ceiling |
| 160.57 SF Walls & Ceiling | | 21.12 SF Floor |
| 2.35 SY Flooring | | 18.17 LF Floor Perimeter |
| 22.00 LF Ceil. Perimeter | | |

**Door**      3' 10" X 6' 8"      **Opens into L_BEDROOM**

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CEILING** | | | | | | | |
| 120.  R&R Furring strip - 1" x 2" | 138.33 | SF | 0.55 | 1.17 | 3.21 | 50.64 | 291.78 |
| 121.  Acoustic plaster over metal lath | 138.33 | SF | 0.00 | 17.37 | 35.97 | 512.15 | 2,950.91 |
| **WALLS** | | | | | | | |
| 122.  Furring strip - 1" x 2" - applied to concrete | 217.78 | SF | 0.00 | 1.77 | 8.71 | 82.78 | 476.96 |
| 123.  Rigid foam insulation board - 1 1/2" | 217.78 | SF | 0.00 | 1.89 | 25.96 | 91.90 | 529.46 |
| 124.  Acoustic plaster over metal lath | 435.56 | SF | 0.00 | 17.37 | 113.25 | 1,612.59 | 9,291.52 |
| 125.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 36.00 | LF | 0.50 | 9.19 | 19.90 | 77.43 | 446.17 |
| 126.  R&R Interior door - solid alder - paneled - slab only | 3.00 | EA | 11.36 | 463.85 | 94.95 | 319.34 | 1,839.92 |
| 127.  On site door prep. for full mortised lockset - Labor only | 1.00 | EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 128.  R&R Door hinges (set of 2) | 3.00 | EA | 13.64 | 35.45 | 2.65 | 31.49 | 181.41 |
| 129.  R&R Door knob - interior | 1.00 | EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - L Bedroom**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 130.  R&R Door dummy knob - interior | 2.00 EA | 10.23 | 28.63 | 1.98 | 16.75 | 96.45 |
| 131.  R&R Door ball catch latch | 2.00 EA | 8.52 | 17.29 | 1.20 | 11.08 | 63.90 |
| 132.  Seal & paint door/window trim & jamb - (per side) | 3.00 EA | 0.00 | 42.62 | 1.45 | 27.17 | 156.48 |
| 133.  Paint door/window trim & jamb - 1 coat (per side) | 3.00 EA | 0.00 | 28.83 | 1.07 | 18.39 | 105.95 |
| 134.  Seal & paint door slab only (per side) | 3.00 EA | 0.00 | 51.14 | 2.38 | 32.72 | 188.52 |
| 135.  Paint door slab only - 1 coat (per side) | 3.00 EA | 0.00 | 33.37 | 1.54 | 21.34 | 122.99 |
| 136.  R&R Door stop - hinge pin mounted | 1.00 EA | 5.11 | 10.13 | 0.29 | 3.25 | 18.78 |
| 137.  R&R Robe hook | 5.00 EA | 6.81 | 17.05 | 2.91 | 25.68 | 147.89 |
| 138.  R&R Closet shelf and rod package | 8.50 LF | 5.11 | 22.98 | 4.03 | 50.98 | 293.78 |
| 139.  Seal & paint wood shelving, 12"-24" width | 8.50 LF | 0.00 | 6.12 | 0.42 | 11.01 | 63.45 |
| 140.  R&R Drywall window return - greater than 6" | 25.00 LF | 0.57 | 13.02 | 3.60 | 72.12 | 415.47 |
| 141.  R&R Sill - cultured marble on 2" x 6" wall | 6.00 LF | 0.86 | 16.17 | 3.14 | 22.12 | 127.44 |
| 142.  R&R Window blind - aluminum - 1" - 7.1 to 14 SF | 2.00 EA | 13.72 | 106.58 | 8.83 | 52.38 | 301.81 |
| 143.  R&R Window drapery - hardware | 2.00 EA | 6.86 | 109.91 | 9.36 | 51.01 | 293.91 |
| 144.  R&R Outlet | 4.00 EA | 6.86 | 15.79 | 0.74 | 19.18 | 110.52 |
| 145.  R&R Switch | 2.00 EA | 6.86 | 16.45 | 0.48 | 9.89 | 56.99 |
| 146.  R&R Outlet or switch cover | 6.00 EA | 0.87 | 3.33 | 0.52 | 5.40 | 31.12 |
| 147.  R&R Baseboard - 3 1/4" | 55.38 LF | 0.62 | 3.94 | 8.46 | 54.81 | 315.81 |
| 148.  Seal (1 coat) & paint (2 coats) baseboard | 55.38 LF | 0.00 | 2.94 | 0.93 | 34.38 | 198.13 |
| **FLOOR** | | | | | | |
| 149.  R&R Radiator - 5 column/tube - 26" - 38" high - per section | 14.00 EA | 8.23 | 100.92 | 71.88 | 336.00 | 1,935.98 |
| 150.  Snaplock Laminate - simulated wood flooring | 138.33 SF | 0.00 | 7.59 | 37.52 | 228.36 | 1,315.80 |
| 151.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals:  L Bedroom | | | | 470.65 | 3,923.17 | 22,604.49 |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894



| L 4PC Bathroom | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 195.11 SF Walls | | | | 38.66 SF Ceiling | | |
| 233.77 SF Walls & Ceiling | | | | 38.66 SF Floor | | |
| 4.30 SY Flooring | | | | 25.33 LF Floor Perimeter | | |
| 27.17 LF Ceil. Perimeter | | | | | | |

| | | | |
|---|---|---|---|
| **Door** | **1' 10" X 6' 8"** | **Opens into L_HALLWAY** | |
| **Window** | **3' X 3' 4"** | **Opens into Exterior** | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 152.  R&R Furring strip - 1" x 2" | 38.66 SF | 0.55 | 1.17 | 0.90 | 14.16 | 81.55 |
| 153.  Acoustic plaster over metal lath | 38.66 SF | 0.00 | 17.37 | 10.05 | 143.14 | 824.71 |
| **WALLS** | | | | | | |
| 154.  Furring strip - 1" x 2" - applied to concrete | 39.02 SF | 0.00 | 1.77 | 1.56 | 14.84 | 85.47 |
| 155.  Rigid foam insulation board - 1 1/2" | 39.02 SF | 0.00 | 1.89 | 4.65 | 16.47 | 94.87 |
| 156.  Acoustic plaster over metal lath | 195.11 SF | 0.00 | 17.37 | 50.73 | 722.36 | 4,162.15 |
| 157.  Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.00 | 9.19 | 9.40 | 34.78 | 200.41 |
| 158.  R&R Interior door - solid alder - paneled - slab only | 1.00 EA | 11.36 | 463.85 | 31.65 | 106.45 | 613.31 |
| 159.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 160.  R&R Door hinges (set of 2) | 1.00 EA | 13.64 | 35.45 | 0.88 | 10.50 | 60.47 |
| 161.  R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 162.  Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |
| 163.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 164.  Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 165.  Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 166.  R&R Door stop - hinge pin mounted | 1.00 EA | 5.11 | 10.13 | 0.29 | 3.25 | 18.78 |
| 167.  R&R Robe hook | 1.00 EA | 6.81 | 17.05 | 0.58 | 5.14 | 29.58 |
| 168.  R&R Drywall window return - greater than 6" | 12.50 LF | 0.57 | 13.02 | 1.80 | 36.05 | 207.73 |
| 169.  R&R Sill - cultured marble on 2" x 6" wall | 3.00 LF | 0.86 | 16.17 | 1.57 | 11.06 | 63.72 |
| 170.  R&R Window drapery - hardware | 1.00 EA | 6.86 | 109.91 | 4.68 | 25.52 | 146.97 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - L 4PC Bathroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 171.  R&R Tile tub surround - up to 60 SF | 1.00 EA | 163.38 | 2,276.62 | 37.85 | 520.35 | 2,998.20 |
| 172.  R&R Bathtub | 1.00 EA | 102.28 | 980.93 | 38.25 | 235.51 | 1,356.97 |
| 173.  R&R Tub/shower faucet | 1.00 EA | 34.09 | 330.84 | 11.72 | 79.09 | 455.74 |
| 174.  R&R Shower curtain rod | 1.00 EA | 8.53 | 36.66 | 1.63 | 9.83 | 56.65 |
| 175.  R&R Vanity with cultured marble or solid surface top | 2.00 LF | 12.79 | 267.50 | 32.64 | 124.57 | 717.79 |
| 176.  R&R Cabinet knob or pull | 1.00 EA | 1.62 | 8.75 | 0.28 | 2.24 | 12.89 |
| 177.  R&R Sink faucet - Bathroom | 1.00 EA | 27.75 | 253.36 | 11.85 | 61.53 | 354.49 |
| 178.  Sink drain assembly with stop | 1.00 EA | 0.00 | 52.42 | 1.39 | 11.30 | 65.11 |
| 179.  R&R Angle stop valve | 2.00 EA | 6.81 | 42.99 | 2.00 | 21.34 | 122.94 |
| 180.  R&R Plumbing fixture supply line | 2.00 EA | 6.81 | 22.29 | 1.13 | 12.45 | 71.78 |
| 181.  R&R P-trap assembly - ABS (plastic) | 1.00 EA | 10.23 | 69.41 | 0.67 | 16.87 | 97.18 |
| 182.  R&R Mirror - framed | 6.00 SF | 0.38 | 30.21 | 11.57 | 40.98 | 236.09 |
| 183.  R&R Light fixture - wall sconce | 1.00 EA | 11.36 | 96.87 | 4.51 | 23.69 | 136.43 |
| 184.  Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 EA | 0.00 | 8.49 | 0.68 | 1.93 | 11.10 |
| 185.  R&R Towel bar | 1.00 EA | 8.52 | 31.38 | 1.21 | 8.63 | 49.74 |
| 186.  R&R Toilet paper holder | 1.00 EA | 6.81 | 28.65 | 0.99 | 7.66 | 44.11 |
| 187.  R&R Baseboard - 3 1/4" | 25.33 LF | 0.62 | 3.94 | 3.87 | 25.08 | 144.45 |
| 188.  Seal (1 coat) & paint (2 coats) baseboard | 25.33 LF | 0.00 | 2.94 | 0.43 | 15.73 | 90.63 |
| **FLOOR** | | | | | | |
| 189.  R&R Radiator - 2 column/tube - 31" - 45" high - per section | 10.00 EA | 8.23 | 81.66 | 35.94 | 196.31 | 1,131.15 |
| 190.  Snaplock Laminate - simulated wood flooring | 38.66 SF | 0.00 | 7.59 | 10.48 | 63.82 | 367.73 |
| 191.  R&R T- molding - for wood flooring | 3.00 LF | 0.54 | 8.17 | 1.50 | 5.81 | 33.44 |
| 192.  R&R Angle stop valve | 1.00 EA | 6.81 | 42.99 | 1.00 | 10.67 | 61.47 |
| 193.  R&R Plumbing fixture supply line | 1.00 EA | 6.81 | 22.29 | 0.56 | 6.23 | 35.89 |
| 194.  R&R Toilet | 1.00 EA | 34.09 | 561.40 | 26.24 | 130.56 | 752.29 |
| 195.  R&R Toilet seat | 1.00 EA | 9.30 | 59.03 | 2.57 | 14.88 | 85.78 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals:  L 4PC Bathroom | | | | 363.66 | 2,859.35 | 16,474.78 |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894



| L Kitchen | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| 275.33 SF Walls | | | | 87.30 SF Ceiling | | |
| 362.63 SF Walls & Ceiling | | | | 87.30 SF Floor | | |
| 9.70 SY Flooring | | | | 35.00 LF Floor Perimeter | | |
| 39.00 LF Ceil. Perimeter | | | | | | |

| | | | |
|---|---|---|---|
| **Door** | 1' 6" X 6' 8" | Opens into L_PANTRY | |
| **Window** | 3' X 3' 4" | Opens into Exterior | |
| **Missing Wall - Goes to Floor** | 2' 6" X 6' 8" | Opens into L_HALLWAY | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 196.  R&R Furring strip - 1" x 2" | 87.30 SF | 0.55 | 1.17 | 2.03 | 31.95 | 184.14 |
| 197.  Acoustic plaster over metal lath | 87.30 SF | 0.00 | 17.37 | 22.70 | 323.21 | 1,862.31 |
| 198.  R&R Light fixture - High grade Commercial LED | 1.00 EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| **WALLS** | | | | | | |
| 199.  Furring strip - 1" x 2" - applied to concrete | 68.83 SF | 0.00 | 1.77 | 2.75 | 26.16 | 150.74 |
| 200.  Rigid foam insulation board - 1 1/2" | 68.83 SF | 0.00 | 1.89 | 8.20 | 29.04 | 167.33 |
| 201.  Acoustic plaster over metal lath | 275.33 SF | 0.00 | 17.37 | 71.59 | 1,019.36 | 5,873.43 |
| 202.  Drywall window return - greater than 6" | 13.00 LF | 0.00 | 13.02 | 1.87 | 35.95 | 207.08 |
| 203.  R&R Sill - cultured marble on 2" x 6" wall | 3.25 LF | 0.86 | 16.17 | 1.70 | 11.99 | 69.04 |
| 204.  R&R Window blind - aluminum - 1" - 7.1 to 14 SF | 1.00 EA | 13.72 | 106.58 | 4.41 | 26.19 | 150.90 |
| 205.  R&R Window drapery - hardware | 1.00 EA | 6.86 | 109.91 | 4.68 | 25.52 | 146.97 |
| 206.  R&R Cabinetry - upper (wall) units - High grade | 5.50 LF | 10.24 | 263.03 | 97.72 | 336.15 | 1,936.86 |
| 207.  R&R Cabinetry - lower (base) units | 5.50 LF | 10.24 | 254.44 | 93.94 | 325.43 | 1,875.11 |
| 208.  R&R Countertop - post formed plastic laminate | 6.17 LF | 5.66 | 54.27 | 19.08 | 81.66 | 470.51 |
| 209.  Countertop edge treatment - laminate | 4.17 LF | 0.00 | 5.34 | 0.27 | 4.74 | 27.28 |
| 210.  R&R Shelving - 12" - in place | 8.00 LF | 0.52 | 11.39 | 3.21 | 20.68 | 119.17 |
| 211.  Seal & paint wood shelving, 12"- 24" width | 8.00 LF | 0.00 | 6.12 | 0.39 | 10.37 | 59.72 |
| 212.  Paint wood shelving, 12"- 24" width - 1 coat | 8.00 LF | 0.00 | 4.15 | 0.29 | 7.03 | 40.52 |
| 213.  R&R Sink - double basin | 1.00 EA | 27.28 | 428.97 | 23.86 | 100.84 | 580.95 |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - L Kitchen

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 214.  R&R Sink faucet - Kitchen | 1.00 EA | 27.75 | 299.36 | 15.53 | 71.96 | 414.60 |
| 215.  Sink strainer and drain assembly | 1.00 EA | 0.00 | 54.75 | 1.58 | 11.83 | 68.16 |
| 216.  R&R P-trap assembly - ABS (plastic) | 1.00 EA | 10.23 | 69.41 | 0.67 | 16.87 | 97.18 |
| 217.  R&R Angle stop valve | 2.00 EA | 6.81 | 42.99 | 2.00 | 21.34 | 122.94 |
| 218.  R&R Plumbing fixture supply line | 2.00 EA | 6.81 | 22.29 | 1.13 | 12.45 | 71.78 |
| 219.  R&R Outlet | 2.00 EA | 6.86 | 15.79 | 0.37 | 9.59 | 55.26 |
| 220.  R&R Ground fault interrupter (GFI) outlet | 1.00 EA | 6.86 | 34.17 | 1.53 | 8.95 | 51.51 |
| 221.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 222.  R&R Outlet or switch cover | 5.00 EA | 0.87 | 3.33 | 0.43 | 4.51 | 25.94 |
| 223.  R&R Door bell/chime | 1.00 EA | 6.86 | 140.37 | 3.20 | 31.60 | 182.03 |
| 224.  R&R Breaker panel - 70 amp | 1.00 EA | 160.41 | 615.06 | 11.62 | 165.30 | 952.39 |
| 225.  Circuit breaker - main disconnect - up to 100 amp | 1.00 EA | 0.00 | 120.86 | 5.30 | 26.50 | 152.66 |
| 226.  Circuit breaker - bolt-on - 1 pole, 15 to 60 amp | 4.00 EA | 0.00 | 48.25 | 5.85 | 41.76 | 240.61 |
| 227.  R&R Phone/low voltage outlet rough-in | 1.00 EA | 7.32 | 54.66 | 0.61 | 13.15 | 75.74 |
| 228.  R&R Phone, TV, or speaker outlet | 1.00 EA | 6.39 | 20.54 | 0.56 | 5.77 | 33.26 |
| 229.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.50 | 9.19 | 9.40 | 36.57 | 210.70 |
| 230.  R&R Door hinges (set of 2) | 1.00 EA | 13.64 | 35.45 | 0.88 | 10.50 | 60.47 |
| 231.  Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |
| 232.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 233.  R&R Flexible gas supply line connector - 5/8" - 25" to 48" | 1.00 EA | 3.41 | 45.15 | 2.68 | 10.78 | 62.02 |
| 234.  R&R Gas solenoid valve | 1.00 EA | 25.57 | 311.52 | 17.60 | 74.49 | 429.18 |
| 235.  R&R Range - freestanding - gas | 1.00 EA | 27.45 | 1,169.16 | 80.00 | 268.10 | 1,544.71 |
| 236.  R&R Refrigerator - top freezer - 18 to 22 cf | 1.00 EA | 45.46 | 931.42 | 72.00 | 220.27 | 1,269.15 |
| 237.  R&R Baseboard - 3 1/4" | 35.00 LF | 0.62 | 3.94 | 5.35 | 34.65 | 199.60 |
| 238.  Seal (1 coat) & paint (2 coats) baseboard | 35.00 LF | 0.00 | 2.94 | 0.59 | 21.74 | 125.23 |

**FLOOR**

| | | | | | | |
|---|---|---|---|---|---|---|
| 239.  R&R Radiator - 5 column/tube - 26" - 38" high - per section | 14.00 EA | 8.23 | 100.92 | 71.88 | 336.00 | 1,935.98 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - L Kitchen

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 240.  Snaplock Laminate - simulated wood flooring | 87.30  SF | 0.00 | 7.59 | 23.68 | 144.13 | 830.42 |
| 241.  T- molding - for wood flooring | 3.00  LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |
| Totals:  L Kitchen | | | | 699.79 | 4,066.37 | 23,428.94 |



**L Pantry**             **Height: 7'**

| | |
|---|---|
| 51.83  SF Walls | 4.61  SF Ceiling |
| 56.44  SF Walls & Ceiling | 4.61  SF Floor |
| 0.51  SY Flooring | 7.33  LF Floor Perimeter |
| 8.83  LF Ceil. Perimeter | |

**Door**          **1' 6" X 6' 8"**          **Opens into L_KITCHEN**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 242.  R&R Furring strip - 1" x 2" | 4.61  SF | 0.55 | 1.17 | 0.11 | 1.68 | 9.72 |
| 243.  Acoustic plaster over metal lath | 4.61  SF | 0.00 | 17.37 | 1.20 | 17.07 | 98.35 |
| **WALLS** | | | | | | |
| 244.  Acoustic plaster over metal lath | 51.83  SF | 0.00 | 17.37 | 13.48 | 191.89 | 1,105.66 |
| 245.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 17.00  LF | 0.50 | 9.19 | 9.40 | 36.57 | 210.70 |
| 246.  R&R Interior door - solid alder - paneled - slab only | 1.00  EA | 11.36 | 463.85 | 31.65 | 106.45 | 613.31 |
| 247.  On site door prep. for full mortised lockset - Labor only | 1.00  EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 248.  R&R Door hinges (set of 3) | 1.00  EA | 20.45 | 49.94 | 1.07 | 15.01 | 86.47 |
| 249.  R&R Door knob - interior | 1.00  EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 250.  Seal & paint door/window trim & jamb - (per side) | 1.00  EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |
| 251.  Paint door/window trim & jamb - 1 coat (per side) | 1.00  EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 252.  Seal & paint door slab only (per side) | 1.00  EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 253.  Paint door slab only - 1 coat (per side) | 1.00  EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 254.  R&R Door stop - hinge pin mounted | 1.00  EA | 5.11 | 10.13 | 0.29 | 3.25 | 18.78 |
| 255.  R&R Robe hook | 3.00  EA | 6.81 | 17.05 | 1.75 | 15.41 | 88.74 |
| 256.  R&R Shelving - 12" - in place | 11.00  LF | 0.52 | 11.39 | 4.41 | 28.44 | 163.86 |

**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - L Pantry

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 257.  Seal & paint wood shelving, 12"-24" width | 11.00 LF | 0.00 | 6.12 | 0.54 | 14.25 | 82.11 |
| 258.  R&R Baseboard - 3 1/4" | 7.33 LF | 0.62 | 3.94 | 1.12 | 7.25 | 41.79 |
| 259.  Seal (1 coat) & paint (2 coats) baseboard | 7.33 LF | 0.00 | 2.94 | 0.12 | 4.55 | 26.22 |
| **FLOOR** | | | | | | |
| 260.  Snaplock Laminate - simulated wood flooring | 4.61 SF | 0.00 | 7.59 | 1.25 | 7.62 | 43.86 |
| 261.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |
| Totals:  L Pantry | | | | 71.85 | 523.48 | 3,016.07 |



**R COMMON HALL**                                                        Height: 8'

| | |
|---|---|
| 40.76  SF Walls | 29.30  SF Ceiling |
| 70.06  SF Walls & Ceiling | 29.30  SF Floor |
| 3.26  SY Flooring | 3.50  LF Floor Perimeter |
| 15.04  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **1' X 6' 8"** | **Opens into STORAGE_HAL1** |
| **Door** | **2' 8" X 6' 8"** | **Opens into R_LIVING_ROO** |
| **Missing Wall** | **4' 2 1/2" X 8'** | **Opens into Exterior** |



**Subroom:  Hallway (1)**                                                Height: 7'

| | |
|---|---|
| 85.04  SF Walls | 16.83  SF Ceiling |
| 101.86  SF Walls & Ceiling | 16.83  SF Floor |
| 1.87  SY Flooring | 12.15  LF Floor Perimeter |
| 12.15  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **7' 10 1/2" X 7'** | **Opens into R_COMMON_HAL** |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - R COMMON HALL

**Subroom: Stairway (2)**                                                                                    **Height: 12' 6"**

|  |  |
|---|---|
| 48.57 SF Walls | 17.38 SF Ceiling |
| 65.95 SF Walls & Ceiling | 34.80 SF Floor |
| 3.87 SY Flooring | 6.11 LF Floor Perimeter |
| 4.74 LF Ceil. Perimeter | |

| Missing Wall | 8 7/8" X 12' 6" | Opens into Exterior |
|---|---|---|
| Missing Wall | 3' 8" X 12' 6" | Opens into Exterior |
| Missing Wall | 3' 8" X 12' 6" | Opens into R_COMMON_HAL |
| Missing Wall | 4' X 12' 6" | Opens into R_COMMON_HAL |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 262.  R&R Furring strip - 1" x 2" | 63.50 SF | 0.55 | 1.17 | 1.47 | 23.24 | 133.94 |
| 263.  R&R Acoustic plaster over metal lath | 63.50 SF | 1.89 | 17.37 | 16.51 | 260.30 | 1,499.83 |
| 264.  Seal/prime (1 coat) then paint (2 coats) the ceiling | 63.50 SF | 0.00 | 1.76 | 1.83 | 23.85 | 137.44 |
| 265.  R&R Light fixture - High grade | 1.00 EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| Commercial LED | | | | | | |
| 266.  R&R Combination CO/Smoke detector - High grade | 1.00 EA | 15.13 | 129.51 | 7.70 | 31.99 | 184.33 |
| **WALLS** | | | | | | |
| 267.  R&R Acoustic plaster over metal lath | 174.37 SF | 1.89 | 17.37 | 45.34 | 714.78 | 4,118.49 |
| 268.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 54.00 LF | 0.50 | 9.19 | 29.85 | 116.16 | 669.27 |
| 269.  R&R Trim board - 1" x 8" - installed (hardwood - oak or =) | 51.00 LF | 0.57 | 11.86 | 39.70 | 141.48 | 815.11 |
| Additional jamb thickness going into units. | | | | | | |
| 270.  R&R Casing - 2 1/4" hardwood - molded w/detail | 54.00 LF | 0.70 | 4.25 | 13.82 | 59.04 | 340.16 |
| 271.  R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 12.00 EA | 2.92 | 11.14 | 4.15 | 36.31 | 209.18 |
| 272.  Seal (1 coat) & paint (2 coats) casing | 54.00 LF | 0.00 | 2.96 | 0.99 | 33.77 | 194.60 |
| 273.  R&R House numbers/letters - plastic or metal - up to 4" | 4.00 EA | 5.11 | 19.28 | 3.04 | 21.11 | 121.71 |
| 274.  Seal & paint door slab only (per side) | 2.00 EA | 0.00 | 51.14 | 1.59 | 21.82 | 125.69 |
| 275.  Paint door slab only - 1 coat (per side) | 2.00 EA | 0.00 | 33.37 | 1.03 | 14.22 | 81.99 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - R COMMON HALL

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 276. Mask French door lites (per side of slab) | 1.00 EA | 0.00 | 69.53 | 0.11 | 14.62 | 84.26 |
| 277. Seal 1 coat & paint 1coat French door slab only (per side) | 1.00 EA | 0.00 | 97.84 | 0.78 | 20.71 | 119.33 |
| 278. Paint French door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 64.59 | 0.54 | 13.68 | 78.81 |
| 279. R&R Handrail - round / oval - softwood - wall mounted | 7.00 LF | 1.10 | 12.63 | 2.78 | 20.78 | 119.67 |
| 280. Seal & paint handrail - wall mounted | 7.00 LF | 0.00 | 2.65 | 0.16 | 3.94 | 22.65 |
| 281. Seal (1 coat) & paint (2 coats) balustrade | 7.00 LF | 0.00 | 52.39 | 5.48 | 78.16 | 450.37 |
| 282. R&R Baseboard - 4 1/4" w/shoe | 21.76 LF | 0.72 | 6.46 | 6.02 | 34.07 | 196.33 |
| 283. Seal (1 coat) & paint (2 coats) baseboard | 21.76 LF | 0.00 | 2.94 | 0.37 | 13.52 | 77.86 |
| 284. R&R Stair Skirt/Apron - wall side - paint grade | 7.00 LF | 3.20 | 17.31 | 1.86 | 30.55 | 175.98 |
| 285. R&R Stair Skirt/Apron - open side - paint grade | 7.00 LF | 3.20 | 60.76 | 1.86 | 94.42 | 544.00 |
| 286. Seal (1 coat) & paint (1 coat) stair skirt/apron | 21.00 LF | 0.00 | 9.62 | 0.89 | 42.61 | 245.52 |
| **FLOOR** | | | | | | |
| 287. R&R Tile - vinyl composition | 80.92 SF | 1.56 | 2.68 | 8.48 | 73.84 | 425.43 |
| 288. Step charge for vinyl installation | 7.00 EA | 0.00 | 26.17 | 5.45 | 39.62 | 228.26 |

Totals: R COMMON HALL     205.88     2,004.27     11,548.11



**R Living Room**                      **Height: 8'**

384.06 SF Walls            213.89 SF Ceiling
597.95 SF Walls & Ceiling      213.89 SF Floor
23.77 SY Flooring           50.37 LF Floor Perimeter
60.54 LF Ceil. Perimeter

| **Window** | 3' X 3' 4" | **Opens into Exterior** |
|---|---|---|
| **Window** | 3' X 3' 4" | **Opens into Exterior** |
| **Window** | 3' X 3' 4" | **Opens into Exterior** |
| **Door** | 2' 8" X 6' 8" | **Opens into R_COMMON_HAL** |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - R Living Room



**Subroom: Closet (2)**        **Height: 7'**

| | |
|---|---|
| 56.82 SF Walls | 5.76 SF Ceiling |
| 62.58 SF Walls & Ceiling | 5.76 SF Floor |
| 0.64 SY Flooring | 8.04 LF Floor Perimeter |
| 9.62 LF Ceil. Perimeter | |

**Door**      **1' 7" X 6' 8"**      Opens into LIVING_ROOM4



**Subroom: Living Room (1)**        **Height: 7'**

| | |
|---|---|
| 52.63 SF Walls | 18.60 SF Ceiling |
| 71.23 SF Walls & Ceiling | 18.60 SF Floor |
| 2.07 SY Flooring | 7.44 LF Floor Perimeter |
| 9.03 LF Ceil. Perimeter | |

**Door**      **1' 7" X 6' 8"**      Opens into CLOSET7

**Missing Wall**      **7' 6" X 7'**      Opens into R_LIVING_ROO

**Missing Wall**      **3' 9 3/16" X 7'**      Opens into R_HALLWAY

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 289. R&R Furring strip - 1" x 2" | 238.25 SF | 0.55 | 1.17 | 5.53 | 87.21 | 502.53 |
| 290. Acoustic plaster over metal lath | 238.25 SF | 0.00 | 17.37 | 61.94 | 882.06 | 5,082.40 |
| 291. R&R Light fixture - High grade | 1.00 EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| 292. R&R Ceiling hook | 1.00 EA | 3.41 | 11.79 | 0.16 | 3.24 | 18.60 |
| **WALLS** | | | | | | |
| 293. Furring strip - 2" x 2" - applied to concrete | 246.75 SF | 0.00 | 2.31 | 15.40 | 122.93 | 708.32 |
| 294. Rigid foam insulation board - 1 1/2" | 246.75 SF | 0.00 | 1.89 | 29.41 | 104.12 | 599.89 |
| 295. Acoustic plaster over metal lath | 493.50 SF | 0.00 | 17.37 | 128.31 | 1,827.08 | 10,527.49 |
| 296. Drywall window return - up to 6" | 36.50 LF | 0.00 | 12.10 | 4.20 | 93.63 | 539.48 |
| 297. R&R Sill - cultured marble on 2" x 6" wall | 6.50 LF | 0.86 | 16.17 | 3.41 | 23.97 | 138.08 |
| 298. R&R Window stool & apron | 10.00 LF | 1.04 | 8.52 | 3.40 | 20.78 | 119.78 |
| 299. Seal & paint window stool and apron | 10.00 LF | 0.00 | 5.41 | 0.36 | 11.44 | 65.90 |
| 300. Paint window stool and apron - 1 coat | 10.00 LF | 0.00 | 3.65 | 0.26 | 7.73 | 44.49 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - R Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 301.  R&R Window blind - aluminum - 1" - 7.1 to 14 SF | 3.00 EA | 13.72 | 106.58 | 13.24 | 78.57 | 452.71 |
| 302.  R&R Window drapery - hardware | 3.00 EA | 6.86 | 109.91 | 14.04 | 76.50 | 440.85 |
| 303.  R&R Casing - 2 1/4" hardwood - molded w/detail | 85.00 LF | 0.70 | 4.25 | 21.76 | 92.94 | 535.45 |
| Opening to kitchen, hallway, both sides of closet and entry. | | | | | | |
| 304.  R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 8.00 EA | 2.92 | 11.14 | 2.76 | 24.20 | 139.44 |
| 305.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 51.00 LF | 0.50 | 9.19 | 28.19 | 109.71 | 632.09 |
| 306.  R&R Interior door - solid alder - paneled - slab only | 1.00 EA | 11.36 | 463.85 | 31.65 | 106.45 | 613.31 |
| 307.  R&R Exterior door - solid alder - paneled - slab only | 1.00 EA | 14.62 | 904.82 | 63.29 | 206.37 | 1,189.10 |
| 308.  On site door prep. for full mortised lockset - Labor only | 2.00 EA | 0.00 | 102.35 | 0.00 | 42.99 | 247.69 |
| 309.  R&R Door hinges (set of 3) | 2.00 EA | 20.45 | 49.94 | 2.13 | 30.01 | 172.92 |
| 310.  R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 311.  R&R Door lockset & deadbolt - exterior - Premium grade | 1.00 EA | 20.45 | 250.40 | 17.43 | 60.54 | 348.82 |
| Smart lock | | | | | | |
| 312.  R&R Door closer - Commercial grade | 1.00 EA | 20.45 | 150.73 | 9.65 | 37.98 | 218.81 |
| 313.  R&R Door weather stripping | 1.00 EA | 17.05 | 33.59 | 0.73 | 10.80 | 62.17 |
| 314.  R&R Door threshold | 1.00 EA | 11.36 | 57.94 | 2.03 | 14.97 | 86.30 |
| 315.  R&R Door peep hole | 1.00 EA | 6.81 | 21.56 | 0.94 | 6.15 | 35.46 |
| 316.  Seal & paint door/window trim & jamb - (per side) | 3.00 EA | 0.00 | 42.62 | 1.45 | 27.17 | 156.48 |
| 317.  Paint door/window trim & jamb - 1 coat (per side) | 3.00 EA | 0.00 | 28.83 | 1.07 | 18.39 | 105.95 |
| 318.  Seal & paint door slab only (per side) | 3.00 EA | 0.00 | 51.14 | 2.38 | 32.72 | 188.52 |
| 319.  Paint door slab only - 1 coat (per side) | 3.00 EA | 0.00 | 33.37 | 1.54 | 21.34 | 122.99 |
| 320.  R&R Door stop - hinge pin mounted | 2.00 EA | 5.11 | 10.13 | 0.58 | 6.52 | 37.58 |
| 321.  R&R Closet shelf and rod package | 2.58 LF | 5.11 | 22.98 | 1.22 | 15.47 | 89.16 |
| 322.  Seal & paint closet shelving - single shelf | 1.00 EA | 0.00 | 70.66 | 0.43 | 14.93 | 86.02 |
| 323.  R&R Robe hook | 4.00 EA | 6.81 | 17.05 | 2.33 | 20.53 | 118.30 |
| 324.  R&R Outlet | 4.00 EA | 6.86 | 15.79 | 0.74 | 19.18 | 110.52 |
| 325.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - R Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 326.  R&R Television cable outlet | 1.00 EA | 7.32 | 77.12 | 1.97 | 18.15 | 104.56 |
| 327.  R&R Phone/low voltage outlet rough-in | 1.00 EA | 7.32 | 54.66 | 0.61 | 13.15 | 75.74 |
| 328.  R&R Outlet or switch cover | 7.00 EA | 0.87 | 3.33 | 0.60 | 6.30 | 36.30 |
| 329.  R&R Baseboard - 3 1/4" | 65.86 LF | 0.62 | 3.94 | 10.06 | 65.18 | 375.56 |
| 330.  Seal (1 coat) & paint (2 coats) baseboard | 65.86 LF | 0.00 | 2.94 | 1.11 | 40.89 | 235.63 |
| **FLOOR** | | | | | | |
| 331.  R&R Radiator - 5 column/tube - 26" - 38" high - per section | 24.00 EA | 8.23 | 100.92 | 123.23 | 576.00 | 3,318.83 |
| 332.  Snaplock Laminate - simulated wood flooring | 238.25 SF | 0.00 | 7.59 | 64.61 | 393.32 | 2,266.25 |
| 333.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |

Totals:  R Living Room             681.79     5,421.58     31,238.22



| R Hallway | | Height: 8' |
|---|---|---|
| 51.00  SF Walls | 16.63  SF Ceiling | |
| 67.62  SF Walls & Ceiling | 16.63  SF Floor | |
| 1.85  SY Flooring | 4.47  LF Floor Perimeter | |
| 16.82  LF Ceil. Perimeter | | |

| **Door** | **2' 6" X 6' 8"** | **Opens into R_BEDROOM** |
|---|---|---|
| **Missing Wall** | **3' 9 3/16" X 8'** | **Opens into LIVING_ROOM4** |
| **Missing Wall - Goes to Floor** | **2' 6" X 6' 8"** | **Opens into R_KITCHEN** |
| **Door** | **2' X 6' 8"** | **Opens into R_4PC_BATHRO** |



| Subroom:  Closet (1) | | Height: 8' |
|---|---|---|
| 45.85  SF Walls | 3.04  SF Ceiling | |
| 48.89  SF Walls & Ceiling | 3.04  SF Floor | |
| 0.34  SY Flooring | 5.47  LF Floor Perimeter | |
| 7.05  LF Ceil. Perimeter | | |

| **Door** | **1' 7" X 6' 8"** | **Opens into R_HALLWAY** |
|---|---|---|

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

**CEILING**



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - R Hallway

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 334.  Furring strip - 1" x 2" | 19.67 SF | 0.00 | 1.17 | 0.46 | 4.93 | 28.40 |
| 335.  Acoustic plaster over metal lath | 19.67 SF | 0.00 | 17.37 | 5.11 | 72.82 | 419.60 |
| 336.  R&R Light fixture - High grade Commercial LED | 1.00 EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| 337.  R&R Combination CO/Smoke detector - High grade | 1.00 EA | 15.13 | 129.51 | 7.70 | 31.99 | 184.33 |
| **WALLS** | | | | | | |
| 338.  Acoustic plaster over metal lath | 96.85 SF | 0.00 | 17.37 | 25.18 | 358.57 | 2,066.03 |
| 339.  R&R Casing - 2 1/4" hardwood - molded w/detail | 50.00 LF | 0.70 | 4.25 | 12.80 | 54.67 | 314.97 |
| 340.  R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 12.00 EA | 2.92 | 11.14 | 4.15 | 36.31 | 209.18 |
| 341.  R&R Casing - 2 1/4" Inside of linen closet. | 16.00 LF | 0.70 | 2.62 | 2.01 | 11.57 | 66.70 |
| 342.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 16.00 LF | 0.50 | 9.19 | 8.84 | 34.40 | 198.28 |
| 343.  R&R Interior door - solid alder - paneled - slab only | 1.00 EA | 11.36 | 463.85 | 31.65 | 106.45 | 613.31 |
| 344.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 345.  R&R Door hinges (set of 2) | 1.00 EA | 13.64 | 35.45 | 0.88 | 10.50 | 60.47 |
| 346.  R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 347.  Seal & paint door slab only (per side) | 4.00 EA | 0.00 | 51.14 | 3.17 | 43.63 | 251.36 |
| 348.  Paint door slab only - 1 coat (per side) | 4.00 EA | 0.00 | 33.37 | 2.05 | 28.47 | 164.00 |
| 349.  Seal & paint door/window trim & jamb - (per side) | 4.00 EA | 0.00 | 42.62 | 1.93 | 36.20 | 208.61 |
| 350.  Paint door/window trim & jamb - 1 coat (per side) | 4.00 EA | 0.00 | 28.83 | 1.42 | 24.52 | 141.26 |
| 351.  R&R Closet package - hall/linen (4 shelves 3' wide) | 1.00 EA | 24.64 | 188.36 | 8.47 | 46.51 | 267.98 |
| 352.  Seal & paint closet shelving - linen closet | 1.00 EA | 0.00 | 120.53 | 1.38 | 25.60 | 147.51 |
| 353.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 354.  R&R Outlet or switch cover | 1.00 EA | 0.87 | 3.33 | 0.09 | 0.91 | 5.20 |
| 355.  R&R Baseboard - 3 1/4" | 9.94 LF | 0.62 | 3.94 | 1.52 | 9.85 | 56.69 |
| 356.  Seal (1 coat) & paint (2 coats) baseboard | 9.94 LF | 0.00 | 2.94 | 0.17 | 6.17 | 35.56 |
| **FLOOR** | | | | | | |
| 357.  Snaplock Laminate - simulated wood flooring | 19.67 SF | 0.00 | 7.59 | 5.33 | 32.47 | 187.10 |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - R Hallway

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: R Hallway | | | | 130.45 | 1,042.54 | 6,006.66 |



**R Bedroom**          **Height: 8'**

| | | | |
|---|---|---|---|
| 283.50 SF Walls | | 117.42 SF Ceiling | |
| 400.92 SF Walls & Ceiling | | 117.42 SF Floor | |
| 13.05 SY Flooring | | 37.23 LF Floor Perimeter | |
| 43.56 LF Ceil. Perimeter | | | |

| | | |
|---|---|---|
| **Door** | **2' 6" X 6' 8"** | **Opens into R_HALLWAY** |
| **Window** | **3' X 3' 4"** | **Opens into Exterior** |
| **Window** | **3' 10" X 3' 4"** | **Opens into Exterior** |



**Subroom: R Closet (1)**          **Height: 7'**

| | | | |
|---|---|---|---|
| 121.01 SF Walls | | 18.37 SF Ceiling | |
| 139.37 SF Walls & Ceiling | | 18.37 SF Floor | |
| 2.04 SY Flooring | | 17.10 LF Floor Perimeter | |
| 20.94 LF Ceil. Perimeter | | | |

| | | |
|---|---|---|
| **Door** | **3' 10" X 6' 8"** | **Opens into R_BEDROOM** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 358. R&R Furring strip - 1" x 2" | 135.79 SF | 0.55 | 1.17 | 3.15 | 49.73 | 286.43 |
| 359. Acoustic plaster over metal lath | 135.79 SF | 0.00 | 17.37 | 35.31 | 502.73 | 2,896.71 |
| **WALLS** | | | | | | |
| 360. Furring strip - 1" x 2" - applied to concrete | 202.25 SF | 0.00 | 1.77 | 8.09 | 76.88 | 442.95 |
| 361. Rigid foam insulation board - 1 1/2" | 202.25 SF | 0.00 | 1.89 | 24.11 | 85.34 | 491.70 |
| 362. Acoustic plaster over metal lath | 404.51 SF | 0.00 | 17.37 | 105.17 | 1,497.62 | 8,629.13 |
| 363. R&R Door jamb per LF - interior - hardwood - 6 9/16" | 36.00 LF | 0.50 | 9.19 | 19.90 | 77.43 | 446.17 |
| 364. R&R Interior door - solid alder - paneled - slab only | 3.00 EA | 11.36 | 463.85 | 94.95 | 319.34 | 1,839.92 |
| 365. On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 366. R&R Door hinges (set of 2) | 3.00 EA | 13.64 | 35.45 | 2.65 | 31.49 | 181.41 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - R Bedroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 367.  R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 368.  R&R Door dummy knob - interior | 2.00 EA | 10.23 | 28.63 | 1.98 | 16.75 | 96.45 |
| 369.  R&R Door ball catch latch | 2.00 EA | 8.52 | 17.29 | 1.20 | 11.08 | 63.90 |
| 370.  Seal & paint door/window trim & jamb - (per side) | 3.00 EA | 0.00 | 42.62 | 1.45 | 27.17 | 156.48 |
| 371.  Paint door/window trim & jamb - 1 coat (per side) | 3.00 EA | 0.00 | 28.83 | 1.07 | 18.39 | 105.95 |
| 372.  Seal & paint door slab only (per side) | 3.00 EA | 0.00 | 51.14 | 2.38 | 32.72 | 188.52 |
| 373.  Paint door slab only - 1 coat (per side) | 3.00 EA | 0.00 | 33.37 | 1.54 | 21.34 | 122.99 |
| 374.  R&R Door stop - hinge pin mounted | 1.00 EA | 5.11 | 10.13 | 0.29 | 3.25 | 18.78 |
| 375.  R&R Robe hook | 5.00 EA | 6.81 | 17.05 | 2.91 | 25.68 | 147.89 |
| 376.  R&R Closet shelf and rod package | 8.50 LF | 5.11 | 22.98 | 4.03 | 50.98 | 293.78 |
| 377.  Seal & paint wood shelving, 12"-24" width | 8.50 LF | 0.00 | 6.12 | 0.42 | 11.01 | 63.45 |
| 378.  R&R Drywall window return - greater than 6" | 25.00 LF | 0.57 | 13.02 | 3.60 | 72.12 | 415.47 |
| 379.  R&R Sill - cultured marble on 2" x 6" wall | 6.00 LF | 0.86 | 16.17 | 3.14 | 22.12 | 127.44 |
| 380.  R&R Window blind - aluminum - 1" - 7.1 to 14 SF | 2.00 EA | 13.72 | 106.58 | 8.83 | 52.38 | 301.81 |
| 381.  R&R Window drapery - hardware | 2.00 EA | 6.86 | 109.91 | 9.36 | 51.01 | 293.91 |
| 382.  R&R Outlet | 4.00 EA | 6.86 | 15.79 | 0.74 | 19.18 | 110.52 |
| 383.  R&R Switch | 2.00 EA | 6.86 | 16.45 | 0.48 | 9.89 | 56.99 |
| 384.  R&R Outlet or switch cover | 6.00 EA | 0.87 | 3.33 | 0.52 | 5.40 | 31.12 |
| 385.  R&R Baseboard - 3 1/4" | 54.33 LF | 0.62 | 3.94 | 8.30 | 53.78 | 309.82 |
| 386.  Seal (1 coat) & paint (2 coats) baseboard | 54.33 LF | 0.00 | 2.94 | 0.91 | 33.73 | 194.37 |
| **FLOOR** | | | | | | |
| 387.  R&R Radiator - 5 column/tube - 26" - 38" high - per section | 14.00 EA | 8.23 | 100.92 | 71.88 | 336.00 | 1,935.98 |
| 388.  Snaplock Laminate - simulated wood flooring | 135.79 SF | 0.00 | 7.59 | 36.83 | 224.17 | 1,291.65 |
| 389.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals:  R Bedroom | | | | 458.51 | 3,779.54 | 21,776.88 |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894



| **R 4PC Bathroom** | | **Height: 8'** |
|---|---|---|

| | |
|---|---|
| 194.35 SF Walls | 39.29 SF Ceiling |
| 233.65 SF Walls & Ceiling | 39.29 SF Floor |
| 4.37 SY Flooring | 25.28 LF Floor Perimeter |
| 27.28 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **2' X 6' 8"** | **Opens into R_HALLWAY** |
| **Window** | **3' 2" X 3' 4"** | **Opens into Exterior** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 390.  R&R Furring strip - 1" x 2" | 39.29 SF | 0.55 | 1.17 | 0.91 | 14.39 | 82.88 |
| 391.  Acoustic plaster over metal lath | 39.29 SF | 0.00 | 17.37 | 10.22 | 145.46 | 838.15 |
| **WALLS** | | | | | | |
| 392.  Furring strip - 1" x 2" - applied to concrete | 38.87 SF | 0.00 | 1.77 | 1.56 | 14.78 | 85.14 |
| 393.  Rigid foam insulation board - 1 1/2" | 38.87 SF | 0.00 | 1.89 | 4.63 | 16.40 | 94.49 |
| 394.  Acoustic plaster over metal lath | 194.35 SF | 0.00 | 17.37 | 50.53 | 719.55 | 4,145.94 |
| 395.  Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.00 | 9.19 | 9.40 | 34.78 | 200.41 |
| 396.  R&R Interior door - solid alder - paneled - slab only | 1.00 EA | 11.36 | 463.85 | 31.65 | 106.45 | 613.31 |
| 397.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 398.  R&R Door hinges (set of 2) | 1.00 EA | 13.64 | 35.45 | 0.88 | 10.50 | 60.47 |
| 399.  R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 400.  Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |
| 401.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 402.  Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 403.  Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 404.  R&R Door stop - hinge pin mounted | 1.00 EA | 5.11 | 10.13 | 0.29 | 3.25 | 18.78 |
| 405.  R&R Robe hook | 1.00 EA | 6.81 | 17.05 | 0.58 | 5.14 | 29.58 |
| 406.  R&R Drywall window return - greater than 6" | 12.50 LF | 0.57 | 13.02 | 1.80 | 36.05 | 207.73 |
| 407.  R&R Sill - cultured marble on 2" x 6" wall | 3.00 LF | 0.86 | 16.17 | 1.57 | 11.06 | 63.72 |
| 408.  R&R Window drapery - hardware | 1.00 EA | 6.86 | 109.91 | 4.68 | 25.52 | 146.97 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - R 4PC Bathroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 409.  R&R Tile tub surround - up to 60 SF | 1.00 EA | 163.38 | 2,276.62 | 37.85 | 520.35 | 2,998.20 |
| 410.  R&R Bathtub | 1.00 EA | 102.28 | 980.93 | 38.25 | 235.51 | 1,356.97 |
| 411.  R&R Tub/shower faucet | 1.00 EA | 34.09 | 330.84 | 11.72 | 79.09 | 455.74 |
| 412.  R&R Shower curtain rod | 1.00 EA | 8.53 | 36.66 | 1.63 | 9.83 | 56.65 |
| 413.  R&R Vanity with cultured marble or solid surface top | 2.00 LF | 12.79 | 267.50 | 32.64 | 124.57 | 717.79 |
| 414.  R&R Cabinet knob or pull | 1.00 EA | 1.62 | 8.75 | 0.28 | 2.24 | 12.89 |
| 415.  R&R Sink faucet - Bathroom | 1.00 EA | 27.75 | 253.36 | 11.85 | 61.53 | 354.49 |
| 416.  Sink drain assembly with stop | 1.00 EA | 0.00 | 52.42 | 1.39 | 11.30 | 65.11 |
| 417.  R&R Angle stop valve | 2.00 EA | 6.81 | 42.99 | 2.00 | 21.34 | 122.94 |
| 418.  R&R Plumbing fixture supply line | 2.00 EA | 6.81 | 22.29 | 1.13 | 12.45 | 71.78 |
| 419.  R&R P-trap assembly - ABS (plastic) | 1.00 EA | 10.23 | 69.41 | 0.67 | 16.87 | 97.18 |
| 420.  R&R Mirror - framed | 6.00 SF | 0.38 | 30.21 | 11.57 | 40.98 | 236.09 |
| 421.  R&R Light fixture - wall sconce | 1.00 EA | 11.36 | 96.87 | 4.51 | 23.69 | 136.43 |
| 422.  Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 EA | 0.00 | 8.49 | 0.68 | 1.93 | 11.10 |
| 423.  R&R Towel bar | 1.00 EA | 8.52 | 31.38 | 1.21 | 8.63 | 49.74 |
| 424.  R&R Toilet paper holder | 1.00 EA | 6.81 | 28.65 | 0.99 | 7.66 | 44.11 |
| 425.  R&R Baseboard - 3 1/4" | 25.28 LF | 0.62 | 3.94 | 3.86 | 25.03 | 144.16 |
| 426.  Seal (1 coat) & paint (2 coats) baseboard | 25.28 LF | 0.00 | 2.94 | 0.42 | 15.70 | 90.44 |
| **FLOOR** | | | | | | |
| 427.  R&R Radiator - 2 column/tube - 31" - 45" high - per section | 10.00 EA | 8.23 | 81.66 | 35.94 | 196.31 | 1,131.15 |
| 428.  Snaplock Laminate - simulated wood flooring | 39.29 SF | 0.00 | 7.59 | 10.66 | 64.86 | 373.73 |
| 429.  R&R T- molding - for wood flooring | 3.00 LF | 0.54 | 8.17 | 1.50 | 5.81 | 33.44 |
| 430.  R&R Angle stop valve | 1.00 EA | 6.81 | 42.99 | 1.00 | 10.67 | 61.47 |
| 431.  R&R Plumbing fixture supply line | 1.00 EA | 6.81 | 22.29 | 0.56 | 6.23 | 35.89 |
| 432.  R&R Toilet | 1.00 EA | 34.09 | 561.40 | 26.24 | 130.56 | 752.29 |
| 433.  R&R Toilet seat | 1.00 EA | 9.30 | 59.03 | 2.57 | 14.88 | 85.78 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals:  R 4PC Bathroom | | | | 363.78 | 2,859.92 | 16,478.15 |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

**R Kitchen**                                                                                        **Height: 8'**

| | |
|---|---|
| 273.42 SF Walls | 87.03 SF Ceiling |
| 360.46 SF Walls & Ceiling | 87.03 SF Floor |
| 9.67 SY Flooring | 34.80 LF Floor Perimeter |
| 38.97 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | 1' 8" X 6' 8" | Opens into R_PANTRY |
| **Missing Wall - Goes to Floor** | 2' 6" X 6' 8" | Opens into R_HALLWAY |
| **Window** | 3' 2" X 3' 4" | Opens into Exterior |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 434.  R&R Furring strip - 1" x 2" | 87.03 SF | 0.55 | 1.17 | 2.02 | 31.86 | 183.58 |
| 435.  Acoustic plaster over metal lath | 87.03 SF | 0.00 | 17.37 | 22.63 | 322.21 | 1,856.55 |
| 436.  R&R Light fixture - High grade Commercial LED | 1.00 EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| **WALLS** | | | | | | |
| 437.  Furring strip - 1" x 2" - applied to concrete | 68.36 SF | 0.00 | 1.77 | 2.73 | 25.98 | 149.71 |
| 438.  Rigid foam insulation board - 1 1/2" | 68.36 SF | 0.00 | 1.89 | 8.15 | 28.85 | 166.20 |
| 439.  Acoustic plaster over metal lath | 273.42 SF | 0.00 | 17.37 | 71.09 | 1,012.28 | 5,832.68 |
| 440.  Drywall window return - greater than 6" | 13.00 LF | 0.00 | 13.02 | 1.87 | 35.95 | 207.08 |
| 441.  R&R Sill - cultured marble on 2" x 6" wall | 3.25 LF | 0.86 | 16.17 | 1.70 | 11.99 | 69.04 |
| 442.  R&R Window blind - aluminum - 1" - 7.1 to 14 SF | 1.00 EA | 13.72 | 106.58 | 4.41 | 26.19 | 150.90 |
| 443.  R&R Window drapery - hardware | 1.00 EA | 6.86 | 109.91 | 4.68 | 25.52 | 146.97 |
| 444.  R&R Cabinetry - upper (wall) units - High grade | 5.50 LF | 10.24 | 263.03 | 97.72 | 336.15 | 1,936.86 |
| 445.  R&R Cabinetry - lower (base) units | 5.50 LF | 10.24 | 254.44 | 93.94 | 325.43 | 1,875.11 |
| 446.  R&R Countertop - post formed plastic laminate | 6.17 LF | 5.66 | 54.27 | 19.08 | 81.66 | 470.51 |
| 447.  Countertop edge treatment - laminate | 4.17 LF | 0.00 | 5.34 | 0.27 | 4.74 | 27.28 |
| 448.  R&R Shelving - 12" - in place | 8.00 LF | 0.52 | 11.39 | 3.21 | 20.68 | 119.17 |
| 449.  Seal & paint wood shelving, 12"- 24" width | 8.00 LF | 0.00 | 6.12 | 0.39 | 10.37 | 59.72 |
| 450.  Paint wood shelving, 12"- 24" width - 1 coat | 8.00 LF | 0.00 | 4.15 | 0.29 | 7.03 | 40.52 |
| 451.  R&R Sink - double basin | 1.00 EA | 27.28 | 428.97 | 23.86 | 100.84 | 580.95 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - R Kitchen

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 452. R&R Sink faucet - Kitchen | 1.00 EA | 27.75 | 299.36 | 15.53 | 71.96 | 414.60 |
| 453. Sink strainer and drain assembly | 1.00 EA | 0.00 | 54.75 | 1.58 | 11.83 | 68.16 |
| 454. R&R P-trap assembly - ABS (plastic) | 1.00 EA | 10.23 | 69.41 | 0.67 | 16.87 | 97.18 |
| 455. R&R Angle stop valve | 2.00 EA | 6.81 | 42.99 | 2.00 | 21.34 | 122.94 |
| 456. R&R Plumbing fixture supply line | 2.00 EA | 6.81 | 22.29 | 1.13 | 12.45 | 71.78 |
| 457. R&R Outlet | 2.00 EA | 6.86 | 15.79 | 0.37 | 9.59 | 55.26 |
| 458. R&R Ground fault interrupter (GFI) outlet | 1.00 EA | 6.86 | 34.17 | 1.53 | 8.95 | 51.51 |
| 459. R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 460. R&R Outlet or switch cover | 5.00 EA | 0.87 | 3.33 | 0.43 | 4.51 | 25.94 |
| 461. R&R Door bell/chime | 1.00 EA | 6.86 | 140.37 | 3.20 | 31.60 | 182.03 |
| 462. R&R Breaker panel - 70 amp | 1.00 EA | 160.41 | 615.06 | 11.62 | 165.30 | 952.39 |
| 463. Circuit breaker - main disconnect - up to 100 amp | 1.00 EA | 0.00 | 120.86 | 5.30 | 26.50 | 152.66 |
| 464. Circuit breaker - bolt-on - 1 pole, 15 to 60 amp | 4.00 EA | 0.00 | 48.25 | 5.85 | 41.76 | 240.61 |
| 465. R&R Phone/low voltage outlet rough-in | 1.00 EA | 7.32 | 54.66 | 0.61 | 13.15 | 75.74 |
| 466. R&R Phone, TV, or speaker outlet | 1.00 EA | 6.39 | 20.54 | 0.56 | 5.77 | 33.26 |
| 467. R&R Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.50 | 9.19 | 9.40 | 36.57 | 210.70 |
| 468. R&R Door hinges (set of 2) | 1.00 EA | 13.64 | 35.45 | 0.88 | 10.50 | 60.47 |
| 469. Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |
| 470. Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 471. R&R Flexible gas supply line connector - 5/8" - 25" to 48" | 1.00 EA | 3.41 | 45.15 | 2.68 | 10.78 | 62.02 |
| 472. R&R Gas solenoid valve | 1.00 EA | 25.57 | 311.52 | 17.60 | 74.49 | 429.18 |
| 473. R&R Range - freestanding - gas | 1.00 EA | 27.45 | 1,169.16 | 80.00 | 268.10 | 1,544.71 |
| 474. R&R Refrigerator - top freezer - 18 to 22 cf | 1.00 EA | 45.46 | 931.42 | 72.00 | 220.27 | 1,269.15 |
| 475. R&R Baseboard - 3 1/4" | 34.80 LF | 0.62 | 3.94 | 5.32 | 34.44 | 198.45 |
| 476. Seal (1 coat) & paint (2 coats) baseboard | 34.80 LF | 0.00 | 2.94 | 0.58 | 21.60 | 124.49 |
| **FLOOR** | | | | | | |
| 477. R&R Radiator - 5 column/tube - 26" - 38" high - per section | 14.00 EA | 8.23 | 100.92 | 71.88 | 336.00 | 1,935.98 |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - R Kitchen

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 478.  Snaplock Laminate - simulated wood flooring | 87.03 SF | 0.00 | 7.59 | 23.60 | 143.68 | 827.84 |
| 479.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |
| Totals:  R Kitchen | | | | 699.02 | 4,057.03 | 23,375.24 |



**R Pantry**                                                                      **Height: 7'**

| | | |
|---|---|---|
| 46.06  SF Walls | | 4.03  SF Ceiling |
| 50.08  SF Walls & Ceiling | | 4.03  SF Floor |
| 0.45  SY Flooring | | 6.50  LF Floor Perimeter |
| 8.17  LF Ceil. Perimeter | | |

**Door**                          **1' 8" X 6' 8"**              **Opens into R_KITCHEN**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 480.  R&R Furring strip - 1" x 2" | 4.03 SF | 0.55 | 1.17 | 0.09 | 1.47 | 8.50 |
| 481.  Acoustic plaster over metal lath | 4.03 SF | 0.00 | 17.37 | 1.05 | 14.93 | 85.98 |
| **WALLS** | | | | | | |
| 482.  Acoustic plaster over metal lath | 46.06 SF | 0.00 | 17.37 | 11.98 | 170.54 | 982.58 |
| 483.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.50 | 9.19 | 9.40 | 36.57 | 210.70 |
| 484.  R&R Interior door - solid alder - paneled - slab only | 1.00 EA | 11.36 | 463.85 | 31.65 | 106.45 | 613.31 |
| 485.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 486.  R&R Door hinges (set of 3) | 1.00 EA | 20.45 | 49.94 | 1.07 | 15.01 | 86.47 |
| 487.  R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 488.  Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |
| 489.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 490.  Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 491.  Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 492.  R&R Door stop - hinge pin mounted | 1.00 EA | 5.11 | 10.13 | 0.29 | 3.25 | 18.78 |
| 493.  R&R Robe hook | 3.00 EA | 6.81 | 17.05 | 1.75 | 15.41 | 88.74 |
| 494.  R&R Shelving - 12" - in place | 11.00 LF | 0.52 | 11.39 | 4.41 | 28.44 | 163.86 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - R Pantry**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 495.  Seal & paint wood shelving, 12"-24" width | 11.00 LF | 0.00 | 6.12 | 0.54 | 14.25 | 82.11 |
| 496.  R&R Baseboard - 3 1/4" | 6.50 LF | 0.62 | 3.94 | 0.99 | 6.43 | 37.06 |
| 497.  Seal (1 coat) & paint (2 coats) baseboard | 6.50 LF | 0.00 | 2.94 | 0.11 | 4.03 | 23.25 |
| **FLOOR** | | | | | | |
| 498.  Snaplock Laminate - simulated wood flooring | 4.03 SF | 0.00 | 7.59 | 1.09 | 6.66 | 38.34 |
| 499.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |
| Totals:  R Pantry | | | | 69.88 | 497.48 | 2,866.18 |



| Utility Room Left | | Height: 7' 6" |
|---|---|---|
| 529.45  SF Walls | | 351.07  SF Ceiling |
| 880.53  SF Walls & Ceiling | | 351.07  SF Floor |
| 39.01  SY Flooring | | 73.19  LF Floor Perimeter |
| 78.44  LF Ceil. Perimeter | | |

| **Window** | 3' 4" X 3' 6" | Opens into Exterior |
|---|---|---|
| **Window** | 3' 4" X 3' 6" | Opens into Exterior |
| **Missing Wall - Goes to Floor** | 2' 8" X 6' 8" | Opens into UTILITY_ROO1 |
| **Missing Wall - Goes to Floor** | 2' 7" X 7' | Opens into STORAGE_HALL |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 500.  R&R Thin coat plaster over 5/8" gypsum core blueboard | 351.07 SF | 1.49 | 8.50 | 38.20 | 744.53 | 4,289.92 |
| 501.  R&R Light fixture - High grade Commercial LED | 2.00 EA | 11.36 | 106.78 | 8.16 | 51.34 | 295.78 |
| **WALLS** | | | | | | |
| 502.  R&R Circuit breaker - main disconnect - 125 amp | 11.00 EA | 11.54 | 226.89 | 151.66 | 582.62 | 3,357.01 |
| 503.  R&R Meter base - 200 amp | 11.00 EA | 53.46 | 382.85 | 159.70 | 1,041.43 | 6,000.54 |
| 504.  R&R Exterior low voltage box | 6.00 EA | 8.52 | 69.69 | 23.04 | 103.37 | 595.67 |
| 505.  R&R Distribution board - 2000 amp, without breakers | 1.00 EA | 241.57 | 7,859.52 | 287.04 | 1,761.50 | 10,149.63 |
| 506.  R&R Trunk cable - copper in conduit - 3-500 MCM & 1-1/0 grnd. | 80.00 LF | 1.46 | 87.64 | 422.08 | 1,585.52 | 9,135.60 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - Utility Room Left**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 507. R&R Commercial security system - control panel | 1.00 EA | 5.39 | 613.39 | 17.92 | 133.70 | 770.40 |
| 508. R&R Ground fault interrupter (GFI) outlet | 1.00 EA | 6.86 | 34.17 | 1.53 | 8.95 | 51.51 |
| 509. R&R Outlet | 1.00 EA | 6.86 | 15.79 | 0.18 | 4.81 | 27.64 |
| 510. R&R Outlet or switch cover | 3.00 EA | 0.87 | 3.33 | 0.26 | 2.71 | 15.57 |
| 511. R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 512. R&R Intruder alarm panel | 1.00 EA | 14.62 | 514.15 | 21.52 | 115.57 | 665.86 |
| 513. R&R Furring strip - 1" x 3" - applied to concrete | 40.00 SF | 0.72 | 1.99 | 2.30 | 23.25 | 133.95 |
| 514. R&R 2" x 8" lumber (1.33 BF per LF) | 40.00 LF | 1.12 | 3.39 | 3.78 | 38.69 | 222.87 |
| 515. Prime & paint deck - 1 coat primer, 1 coat paint | 40.00 SF | 0.00 | 1.89 | 0.96 | 16.09 | 92.65 |
| Panel behind electrical above. | | | | | | |
| 516. Natural gas service line | 12.00 LF | 0.00 | 11.81 | 0.00 | 29.76 | 171.48 |
| 517. R&R Double wall or insulated high temperature flue, 6" | 5.00 LF | 7.87 | 102.35 | 28.04 | 121.62 | 700.76 |
| 518. R&R Water heater - Commercial, HD - 119 gallon - Gas | 1.00 EA | 109.86 | 9,856.21 | 714.54 | 2,242.93 | 12,923.54 |
| 519. R&R 2" x 6" lumber (1 BF per LF) | 10.00 LF | 0.82 | 3.17 | 0.86 | 8.57 | 49.33 |
| 520. R&R Framing/truss anchor - wood to concrete/masonry | 4.00 EA | 1.70 | 9.29 | 2.14 | 9.69 | 55.79 |
| 521. R&R Robe hook | 14.00 EA | 6.81 | 17.05 | 8.15 | 71.87 | 414.06 |
| Totals: Utility Room Left | | | | 1,892.30 | 8,703.48 | 50,148.07 |



**Utility Room Right**                                                    **Height: 7' 6"**

| | |
|---|---|
| 521.17 SF Walls | 344.51 SF Ceiling |
| 865.68 SF Walls & Ceiling | 344.51 SF Floor |
| 38.28 SY Flooring | 71.96 LF Floor Perimeter |
| 77.29 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Window** | **3' 4" X 3' 6"** | **Opens into Exterior** |
| **Window** | **3' 4" X 3' 6"** | **Opens into Exterior** |
| **Missing Wall - Goes to Floor** | **2' 8" X 6' 8"** | **Opens into STORAGE_HAL1** |
| **Missing Wall - Goes to Floor** | **2' 8" X 6' 8"** | **Opens into UTILITY_ROOM** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - Utility Room Right

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 522.  R&R Thin coat plaster over 5/8" gypsum core blueboard | 344.51 SF | 1.49 | 8.50 | 37.48 | 730.62 | 4,209.76 |
| 523.  R&R Light fixture - High grade | 2.00 EA | 11.36 | 106.78 | 8.16 | 51.34 | 295.78 |
| Commercial LED | | | | | | |
| 524.  R&R Surveillance camera - color | 1.00 EA | 68.18 | 592.61 | 32.00 | 145.49 | 838.28 |
| **WALLS** | | | | | | |
| 525.  R&R Commercial security system - control panel - High grade | 1.00 EA | 5.39 | 798.44 | 19.65 | 172.93 | 996.41 |
| 526.  R&R Intruder alarm panel | 1.00 EA | 14.62 | 514.15 | 21.52 | 115.57 | 665.86 |
| 527.  R&R 2" x 10" lumber (1.67 BF per LF) | 14.00 LF | 1.30 | 4.17 | 2.16 | 16.54 | 95.28 |
| 528.  R&R Framing/truss anchor - wood to concrete/masonry | 4.00 EA | 1.70 | 9.29 | 2.14 | 9.69 | 55.79 |
| 529.  R&R Robe hook | 9.00 EA | 6.81 | 17.05 | 5.24 | 46.20 | 266.18 |
| 530.  R&R Breaker panel - 200 amp | 1.00 EA | 160.41 | 1,481.23 | 43.32 | 353.85 | 2,038.81 |
| 531.  R&R 220 volt copper wiring run, box and receptacle | 2.00 EA | 10.23 | 212.85 | 21.65 | 98.25 | 566.06 |
| 532.  R&R Dryer - Commercial - coin box | 1.00 EA | 51.14 | 127.02 | 3.68 | 38.19 | 220.03 |
| 533.  R&R Washer - Commercial - coin box | 1.00 EA | 51.14 | 127.02 | 3.68 | 38.19 | 220.03 |
| 534.  R&R Dryer - Heavy commercial - 25-35 lb capacity | 1.00 EA | 58.44 | 3,465.37 | 263.22 | 795.27 | 4,582.30 |
| 535.  R&R Washer - Extractor - Commercial - 18-20 lb capacity | 1.00 EA | 102.28 | 4,575.13 | 340.54 | 1,053.76 | 6,071.71 |
| 536.  R&R Outlet | 3.00 EA | 6.86 | 15.79 | 0.55 | 14.39 | 82.89 |
| 537.  R&R Switch | 2.00 EA | 6.86 | 16.45 | 0.48 | 9.89 | 56.99 |
| 538.  R&R Outlet or switch cover | 5.00 EA | 0.87 | 3.33 | 0.43 | 4.51 | 25.94 |
| 539.  R&R Washing machine outlet box with valves | 1.00 EA | 37.19 | 277.01 | 3.86 | 66.80 | 384.86 |
| 540.  R&R Washing machine hose line - rubber (per pair) | 2.00 EA | 17.05 | 43.94 | 3.61 | 26.38 | 151.97 |
| 541.  Remove Service sink - corner - floor mounted | 2.00 EA | 92.98 | 0.00 | 0.00 | 39.06 | 225.02 |
| Large soap stone sinks. | | | | | | |
| 542.  Install Service sink - corner - floor mounted | 2.00 EA | 0.00 | 406.75 | 0.00 | 170.84 | 984.34 |
| 543.  R&R P-trap assembly - ABS (plastic) | 2.00 EA | 10.23 | 69.41 | 1.34 | 33.73 | 194.35 |
| Totals:  Utility Room Right | | | | 814.71 | 4,031.49 | 23,228.64 |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894



**Storage Hall Left**                                                                                    **Height: 7' 6"**

| | |
|---|---|
| 297.97  SF Walls | 135.52  SF Ceiling |
| 433.48  SF Walls & Ceiling | 135.52  SF Floor |
| 15.06  SY Flooring | 40.11  LF Floor Perimeter |
| 60.44  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **2' 8" X 6' 8"** | **Opens into STORAGE_ARE2** |
| **Missing Wall - Goes to Floor** | **2' 11" X 6' 8"** | **Opens into STORAGE_HAL1** |
| **Door** | **2' 8" X 6' 8"** | **Opens into STORAGE_ARE1** |
| **Door** | **2' 6" X 6' 8"** | **Opens into STORAGE_ARE5** |
| **Door** | **2' 6" X 6' 8"** | **Opens into STORAGE_ARE9** |
| **Missing Wall - Goes to Floor** | **2' 7" X 7'** | **Opens into UTILITY_ROOM** |
| **Door** | **2' 3" X 6' 8"** | **Opens into Exterior** |
| **Door** | **2' 3" X 6' 8"** | **Opens into SMALL_UTILIT** |
| **Window** | **2' 2" X 3' 6"** | **Opens into Exterior** |
| **Window** | **3' 3" X 3' 6"** | **Opens into Exterior** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 544.  R&R Thin coat plaster over 5/8" gypsum core blueboard | 135.52  SF | 1.49 | 8.50 | 14.74 | 287.39 | 1,655.97 |
| 545.  R&R Light fixture - High grade | 1.00  EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| Commercial LED | | | | | | |
| 546.  R&R Thermal expansion tank - 4 to 5 gallon | 1.00  EA | 60.17 | 314.26 | 6.84 | 80.07 | 461.34 |
| **WALLS** | | | | | | |
| 547.  R&R Door opening (jamb & casing) - 32"to36"wide - paint grade | 1.00  EA | 8.58 | 181.60 | 10.31 | 42.10 | 242.59 |
| 548.  R&R Door threshold | 1.00  EA | 11.36 | 57.94 | 2.03 | 14.97 | 86.30 |
| 549.  R&R Exterior door slab - insulated metal or wood - High grade | 1.00  EA | 14.62 | 571.31 | 36.61 | 130.73 | 753.27 |
| 550.  R&R Lockset - full mortised - keyed - High grade | 1.00  EA | 20.45 | 838.27 | 64.46 | 193.88 | 1,117.06 |
| 551.  R&R Door hinges (set of 2) | 1.00  EA | 13.64 | 35.45 | 0.88 | 10.50 | 60.47 |
| 552.  R&R Door closer - Commercial grade | 1.00  EA | 20.45 | 150.73 | 9.65 | 37.98 | 218.81 |
| 553.  Seal & paint door slab only (per side) | 6.00  EA | 0.00 | 51.14 | 4.76 | 65.43 | 377.03 |
| 554.  Paint door slab only - 1 coat (per side) | 6.00  EA | 0.00 | 33.37 | 3.08 | 42.69 | 245.99 |
| 555.  Seal & paint door trim & jamb - (per side) | 1.00  EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - Storage Hall Left

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 556.  Paint door trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 557.  Seal & paint window trim & jamb - (per side) | 2.00 EA | 0.00 | 42.62 | 0.96 | 18.11 | 104.31 |
| 558.  Paint window trim & jamb - 1 coat (per side) | 2.00 EA | 0.00 | 28.83 | 0.71 | 12.26 | 70.63 |
| 559.  R&R Outlet | 4.00 EA | 6.86 | 15.79 | 0.74 | 19.18 | 110.52 |
| 560.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 561.  R&R Phone/low voltage outlet rough-in | 1.00 EA | 7.32 | 54.66 | 0.61 | 13.15 | 75.74 |
| 562.  R&R Outlet or switch cover | 6.00 EA | 0.87 | 3.33 | 0.52 | 5.40 | 31.12 |
| **GENERAL CONDITIONS** | | | | | | |
| 563.  Clean window unit (per side) 21 - 40 SF | 2.00 EA | 0.00 | 27.16 | 5.27 | 11.41 | 71.00 |

| Totals:  Storage Hall Left | | | | 167.33 | 1,031.07 | 5,946.03 |
|---|---|---|---|---|---|---|



Small Utility Room

| **Small Utility Room** | | | | **Height: 7' 6"** |
|---|---|---|---|---|
| 62.68  SF Walls | | | 5.99  SF Ceiling | |
| 68.66  SF Walls & Ceiling | | | 5.99  SF Floor | |
| 0.67  SY Flooring | | | 8.11  LF Floor Perimeter | |
| 10.36  LF Ceil. Perimeter | | | | |

| **Door** | | **2' 3" X 6' 8"** | | **Opens into STORAGE_HALL** |
|---|---|---|---|---|

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 564.  R&R Thin coat plaster over 5/8" gypsum core blueboard | 5.99 SF | 1.49 | 8.50 | 0.65 | 12.70 | 73.20 |
| 565.  R&R Porcelain light fixture | 1.00 EA | 11.36 | 32.41 | 0.44 | 9.29 | 53.50 |
| 566.  Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 EA | 0.00 | 8.49 | 0.68 | 1.93 | 11.10 |
| **WALLS** | | | | | | |
| 567.  R&R Siding - shiplap - cedar | 62.68 SF | 0.58 | 11.12 | 31.29 | 160.58 | 925.22 |
| 568.  R&R Door hinges - High grade (set of 2) | 1.00 EA | 13.64 | 60.19 | 2.86 | 16.11 | 92.80 |
| 569.  R&R Interior barn door - slab only | 1.00 EA | 11.36 | 180.99 | 11.12 | 42.73 | 246.20 |
| 570.  Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - Small Utility Room**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 571. Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 572. R&R Shelving - 12" - in place | 4.05 LF | 0.52 | 11.39 | 1.62 | 10.46 | 60.32 |
| 573. Seal & paint wood shelving, 12"- 24" width | 4.05 LF | 0.00 | 6.12 | 0.20 | 5.25 | 30.24 |
| 574. Paint wood shelving, 12"- 24" width - 1 coat | 4.05 LF | 0.00 | 4.15 | 0.15 | 3.57 | 20.53 |
| 575. R&R Robe hook | 2.00 EA | 6.81 | 17.05 | 1.16 | 10.27 | 59.15 |
| Totals: Small Utility Room | | | | 51.47 | 290.92 | 1,676.10 |



**Storage Area/Room 34**                                                      **Height: 7' 6"**

| 103.23 SF Walls | 15.84 SF Ceiling |
|---|---|
| 119.08 SF Walls & Ceiling | 15.84 SF Floor |
| 1.76 SY Flooring | 13.49 LF Floor Perimeter |
| 15.99 LF Ceil. Perimeter | |

**Door**                          **2' 6" X 6' 8"**                    **Opens into STORAGE_HALL**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 576. R&R Thin coat plaster over 5/8" gypsum core blueboard | 15.84 SF | 1.49 | 8.50 | 1.72 | 33.59 | 193.55 |
| 577. R&R Porcelain light fixture | 1.00 EA | 11.36 | 32.41 | 0.44 | 9.29 | 53.50 |
| 578. Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 EA | 0.00 | 8.49 | 0.68 | 1.93 | 11.10 |
| **WALLS** | | | | | | |
| 579. R&R Siding - shiplap - cedar | 103.23 SF | 0.58 | 11.12 | 51.53 | 264.46 | 1,523.78 |
| 580. R&R Door hinges - High grade (set of 2) | 1.00 EA | 13.64 | 60.19 | 2.86 | 16.11 | 92.80 |
| 581. R&R Interior barn door - slab only | 1.00 EA | 11.36 | 180.99 | 11.12 | 42.73 | 246.20 |
| 582. Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 583. Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 584. R&R Shelving - 12" - in place | 6.74 LF | 0.52 | 11.39 | 2.70 | 17.44 | 100.41 |
| 585. Seal & paint wood shelving, 12"- 24" width | 6.74 LF | 0.00 | 6.12 | 0.33 | 8.74 | 50.32 |
| 586. Paint wood shelving, 12"- 24" width - 1 coat | 6.74 LF | 0.00 | 4.15 | 0.25 | 5.94 | 34.16 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - Storage Area/Room 34**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 587.  R&R Robe hook | 2.00 EA | 6.81 | 17.05 | 1.16 | 10.27 | 59.15 |
| Totals:  Storage Area/Room 34 | | | | 74.09 | 428.53 | 2,468.81 |



**Storage Area/Room 35**                 **Height: 7' 6"**

| | |
|---|---|
| 110.73  SF Walls | 17.66  SF Ceiling |
| 128.39  SF Walls & Ceiling | 17.66  SF Floor |
| 1.96  SY Flooring | 14.49  LF Floor Perimeter |
| 16.99  LF Ceil. Perimeter | |

**Door**          **2' 6" X 6' 8"**          **Opens into STORAGE_HALL**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 588.  R&R Thin coat plaster over 5/8" gypsum core blueboard | 17.66  SF | 1.49 | 8.50 | 1.92 | 37.44 | 215.78 |
| 589.  R&R Porcelain light fixture | 1.00 EA | 11.36 | 32.41 | 0.44 | 9.29 | 53.50 |
| 590.  Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 EA | 0.00 | 8.49 | 0.68 | 1.93 | 11.10 |
| **WALLS** | | | | | | |
| 591.  R&R Siding - shiplap - cedar | 110.73  SF | 0.58 | 11.12 | 55.28 | 283.67 | 1,634.49 |
| 592.  R&R Door hinges - High grade (set of 2) | 1.00 EA | 13.64 | 60.19 | 2.86 | 16.11 | 92.80 |
| 593.  R&R Interior barn door - slab only | 1.00 EA | 11.36 | 180.99 | 11.12 | 42.73 | 246.20 |
| 594.  Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 595.  Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 596.  R&R Shelving - 12" - in place | 7.24 LF | 0.52 | 11.39 | 2.90 | 18.72 | 107.84 |
| 597.  Seal & paint wood shelving, 12"-24" width | 7.24 LF | 0.00 | 6.12 | 0.35 | 9.38 | 54.04 |
| 598.  Paint wood shelving, 12"- 24" width - 1 coat | 7.24 LF | 0.00 | 4.15 | 0.27 | 6.38 | 36.70 |
| 599.  R&R Robe hook | 2.00 EA | 6.81 | 17.05 | 1.16 | 10.27 | 59.15 |
| Totals:  Storage Area/Room 35 | | | | 78.28 | 453.95 | 2,615.44 |

10402_10404_SHAKER1                       3/13/2026          Page: 37



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894



| Storage Area/Room 36 | | | | | | Height: 7' 6" |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 117.12 SF Walls | | | | 19.48 SF Ceiling | | |
| 136.60 SF Walls & Ceiling | | | | 19.48 SF Floor | | |
| 2.16 SY Flooring | | | | 15.32 LF Floor Perimeter | | |
| 17.99 LF Ceil. Perimeter | | | | | | |

| Door | 2' 8" X 6' 8" | | Opens into STORAGE_HALL | | | |
|---|---|---|---|---|---|---|

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 600. R&R Thin coat plaster over 5/8" gypsum core blueboard | 19.48 SF | 1.49 | 8.50 | 2.12 | 41.30 | 238.03 |
| 601. R&R Porcelain light fixture | 1.00 EA | 11.36 | 32.41 | 0.44 | 9.29 | 53.50 |
| 602. Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 EA | 0.00 | 8.49 | 0.68 | 1.93 | 11.10 |
| **WALLS** | | | | | | |
| 603. R&R Siding - shiplap - cedar | 117.12 SF | 0.58 | 11.12 | 58.47 | 300.04 | 1,728.81 |
| 604. R&R Door hinges - High grade (set of 2) | 1.00 EA | 13.64 | 60.19 | 2.86 | 16.11 | 92.80 |
| 605. R&R Interior barn door - slab only | 1.00 EA | 11.36 | 180.99 | 11.12 | 42.73 | 246.20 |
| 606. Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 607. Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 608. R&R Shelving - 12" - in place | 7.66 LF | 0.52 | 11.39 | 3.07 | 19.82 | 114.12 |
| 609. Seal & paint wood shelving, 12"-24" width | 7.66 LF | 0.00 | 6.12 | 0.37 | 9.93 | 57.18 |
| 610. Paint wood shelving, 12"- 24" width - 1 coat | 7.66 LF | 0.00 | 4.15 | 0.28 | 6.74 | 38.81 |
| 611. R&R Robe hook | 2.00 EA | 6.81 | 17.05 | 1.16 | 10.27 | 59.15 |

| Totals: Storage Area/Room 36 | | | | 81.87 | 476.19 | 2,743.54 |
|---|---|---|---|---|---|---|



| Storage Area/Room 39 | | | | | | Height: 7' 6" |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 94.72 SF Walls | | | | 14.06 SF Ceiling | | |
| 108.78 SF Walls & Ceiling | | | | 14.06 SF Floor | | |
| 1.56 SY Flooring | | | | 12.33 LF Floor Perimeter | | |
| 15.00 LF Ceil. Perimeter | | | | | | |

| Door | 2' 8" X 6' 8" | | Opens into STORAGE_HAL1 | | | |
|---|---|---|---|---|---|---|



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - Storage Area/Room 39**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 612. R&R Thin coat plaster over 5/8" gypsum core blueboard | 14.06 SF | 1.49 | 8.50 | 1.53 | 29.83 | 171.82 |
| 613. R&R Porcelain light fixture | 1.00 EA | 11.36 | 32.41 | 0.44 | 9.29 | 53.50 |
| 614. Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 EA | 0.00 | 8.49 | 0.68 | 1.93 | 11.10 |
| **WALLS** | | | | | | |
| 615. R&R Siding - shiplap - cedar | 94.72 SF | 0.58 | 11.12 | 47.28 | 242.65 | 1,398.16 |
| 616. R&R Door hinges - High grade (set of 2) | 1.00 EA | 13.64 | 60.19 | 2.86 | 16.11 | 92.80 |
| 617. R&R Interior barn door - slab only | 1.00 EA | 11.36 | 180.99 | 11.12 | 42.73 | 246.20 |
| 618. Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 619. Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 620. R&R Shelving - 12" - in place | 6.17 LF | 0.52 | 11.39 | 2.47 | 15.95 | 91.91 |
| 621. Seal & paint wood shelving, 12"-24" width | 6.17 LF | 0.00 | 6.12 | 0.30 | 7.99 | 46.05 |
| 622. Paint wood shelving, 12"- 24" width - 1 coat | 6.17 LF | 0.00 | 4.15 | 0.23 | 5.43 | 31.27 |
| 623. R&R Robe hook | 2.00 EA | 6.81 | 17.05 | 1.16 | 10.27 | 59.15 |

Totals:  Storage Area/Room 39                                69.37      400.21      2,305.80



**Storage Area/Room 33**                                         **Height: 7' 6"**

| | |
|---|---|
| 96.60 SF Walls | 14.52 SF Ceiling |
| 111.12 SF Walls & Ceiling | 14.52 SF Floor |
| 1.61 SY Flooring | 12.58 LF Floor Perimeter |
| 15.25 LF Ceil. Perimeter | |

**Door**                          **2' 8" X 6' 8"**                   **Opens into STORAGE_HALL**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 624. R&R Thin coat plaster over 5/8" gypsum core blueboard | 14.52 SF | 1.49 | 8.50 | 1.58 | 30.79 | 177.42 |
| 625. R&R Porcelain light fixture | 1.00 EA | 11.36 | 32.41 | 0.44 | 9.29 | 53.50 |
| 626. Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 EA | 0.00 | 8.49 | 0.68 | 1.93 | 11.10 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - Storage Area/Room 33**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **WALLS** | | | | | | |
| 627.  R&R Siding - shiplap - cedar | 96.60 SF | 0.58 | 11.12 | 48.22 | 247.46 | 1,425.90 |
| 628.  R&R Door hinges - High grade (set of 2) | 1.00 EA | 13.64 | 60.19 | 2.86 | 16.11 | 92.80 |
| 629.  R&R Interior barn door - slab only | 1.00 EA | 11.36 | 180.99 | 11.12 | 42.73 | 246.20 |
| 630.  Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 631.  Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 632.  R&R Shelving - 12" - in place | 6.29 LF | 0.52 | 11.39 | 2.52 | 16.26 | 93.69 |
| 633.  Seal & paint wood shelving, 12"-24" width | 6.29 LF | 0.00 | 6.12 | 0.31 | 8.14 | 46.94 |
| 634.  Paint wood shelving, 12"- 24" width - 1 coat | 6.29 LF | 0.00 | 4.15 | 0.23 | 5.53 | 31.86 |
| 635.  R&R Robe hook | 2.00 EA | 6.81 | 17.05 | 1.16 | 10.27 | 59.15 |
| | | | | | | |
| Totals:  Storage Area/Room 33 | | | | 70.42 | 406.54 | 2,342.40 |



**Storage Area/Room 32**                                                                 **Height: 7' 6"**

| 108.33 SF Walls | 16.83 SF Ceiling |
|---|---|
| 125.16 SF Walls & Ceiling | 16.83 SF Floor |
| 1.87 SY Flooring | 14.17 LF Floor Perimeter |
| 16.67 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**          **2' 6" X 6' 8"**          **Opens into STORAGE_HAL1**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 636.  R&R Thin coat plaster over 5/8" gypsum core blueboard | 16.83 SF | 1.49 | 8.50 | 1.83 | 35.70 | 205.67 |
| 637.  R&R Porcelain light fixture | 1.00 EA | 11.36 | 32.41 | 0.44 | 9.29 | 53.50 |
| 638.  Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 EA | 0.00 | 8.49 | 0.68 | 1.93 | 11.10 |
| **WALLS** | | | | | | |
| 639.  R&R Siding - shiplap - cedar | 108.33 SF | 0.58 | 11.12 | 54.08 | 277.52 | 1,599.06 |
| 640.  R&R Door hinges - High grade (set of 2) | 1.00 EA | 13.64 | 60.19 | 2.86 | 16.11 | 92.80 |
| 641.  R&R Interior barn door - slab only | 1.00 EA | 11.36 | 180.99 | 11.12 | 42.73 | 246.20 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - Storage Area/Room 32**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 642.  Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 643.  Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 644.  R&R Shelving - 12" - in place | 7.08 LF | 0.52 | 11.39 | 2.84 | 18.30 | 105.46 |
| 645.  Seal & paint wood shelving, 12"-24" width | 7.08 LF | 0.00 | 6.12 | 0.35 | 9.18 | 52.86 |
| 646.  Paint wood shelving, 12"- 24" width - 1 coat | 7.08 LF | 0.00 | 4.15 | 0.26 | 6.23 | 35.87 |
| 647.  R&R Robe hook | 2.00 EA | 6.81 | 17.05 | 1.16 | 10.27 | 59.15 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals:  Storage Area/Room 32 | | | | 76.92 | 445.29 | 2,565.51 |



| Storage Area/Room 37 | | | **Height: 7' 6"** |
|---|---|---|---|
| 105.80  SF Walls | | 16.50  SF Ceiling | |
| 122.30  SF Walls & Ceiling | | 16.50  SF Floor | |
| 1.83  SY Flooring | | 13.81  LF Floor Perimeter | |
| 16.48  LF Ceil. Perimeter | | | |

**Door**          **2' 8" X 6' 8"**          Opens into STORAGE_HAL1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 648.  R&R Thin coat plaster over 5/8" gypsum core blueboard | 16.50 SF | 1.49 | 8.50 | 1.80 | 35.01 | 201.65 |
| 649.  R&R Porcelain light fixture | 1.00 EA | 11.36 | 32.41 | 0.44 | 9.29 | 53.50 |
| 650.  Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 EA | 0.00 | 8.49 | 0.68 | 1.93 | 11.10 |
| **WALLS** | | | | | | |
| 651.  R&R Siding - shiplap - cedar | 105.80 SF | 0.58 | 11.12 | 52.82 | 271.05 | 1,561.73 |
| 652.  R&R Door hinges - High grade (set of 2) | 1.00 EA | 13.64 | 60.19 | 2.86 | 16.11 | 92.80 |
| 653.  R&R Interior barn door - slab only | 1.00 EA | 11.36 | 180.99 | 11.12 | 42.73 | 246.20 |
| 654.  Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 655.  Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 656.  R&R Shelving - 12" - in place | 6.91 LF | 0.52 | 11.39 | 2.77 | 17.88 | 102.94 |
| 657.  Seal & paint wood shelving, 12"-24" width | 6.91 LF | 0.00 | 6.12 | 0.34 | 8.95 | 51.58 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - Storage Area/Room 37

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 658. Paint wood shelving, 12"- 24" width - 1 coat | 6.91 LF | 0.00 | 4.15 | 0.25 | 6.09 | 35.02 |
| 659. R&R Robe hook | 2.00 EA | 6.81 | 17.05 | 1.16 | 10.27 | 59.15 |
| Totals: Storage Area/Room 37 | | | | 75.54 | 437.34 | 2,519.51 |



| Storage Area/Room 38 | | | Height: 7' 6" |
|---|---|---|---|
| 104.89 SF Walls | | 16.30 SF Ceiling | |
| 121.19 SF Walls & Ceiling | | 16.30 SF Floor | |
| 1.81 SY Flooring | | 13.69 LF Floor Perimeter | |
| 16.36 LF Ceil. Perimeter | | | |

| **Door** | **2' 8" X 6' 8"** | | **Opens into STORAGE_HAL1** | | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |

**CEILING**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 660. R&R Thin coat plaster over 5/8" gypsum core blueboard | 16.30 SF | 1.49 | 8.50 | 1.77 | 34.58 | 199.19 |
| 661. R&R Porcelain light fixture | 1.00 EA | 11.36 | 32.41 | 0.44 | 9.29 | 53.50 |
| 662. Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 EA | 0.00 | 8.49 | 0.68 | 1.93 | 11.10 |

**WALLS**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 663. R&R Siding - shiplap - cedar | 104.89 SF | 0.58 | 11.12 | 52.36 | 268.71 | 1,548.29 |
| 664. R&R Door hinges - High grade (set of 2) | 1.00 EA | 13.64 | 60.19 | 2.86 | 16.11 | 92.80 |
| 665. R&R Interior barn door - slab only | 1.00 EA | 11.36 | 180.99 | 11.12 | 42.73 | 246.20 |
| 666. Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 667. Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 668. R&R Shelving - 12" - in place | 6.84 LF | 0.52 | 11.39 | 2.74 | 17.68 | 101.89 |
| 669. Seal & paint wood shelving, 12"- 24" width | 6.84 LF | 0.00 | 6.12 | 0.33 | 8.87 | 51.06 |
| 670. Paint wood shelving, 12"- 24" width - 1 coat | 6.84 LF | 0.00 | 4.15 | 0.25 | 6.02 | 34.66 |
| 671. R&R Robe hook | 2.00 EA | 6.81 | 17.05 | 1.16 | 10.27 | 59.15 |
| Totals: Storage Area/Room 38 | | | | 75.01 | 434.22 | 2,501.68 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894



| Storage Area/Room 31 | | | | | | Height: 7' 6" |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 121.60 SF Walls | | | | 20.58 SF Ceiling | | |
| 142.18 SF Walls & Ceiling | | | | 20.58 SF Floor | | |
| 2.29 SY Flooring | | | | 15.92 LF Floor Perimeter | | |
| 18.58 LF Ceil. Perimeter | | | | | | |

| Door | 2' 8" X 6' 8" | | | Opens into STORAGE_HAL1 | | |
|---|---|---|---|---|---|---|

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 672.  R&R Thin coat plaster over 5/8" gypsum core blueboard | 20.58 SF | 1.49 | 8.50 | 2.24 | 43.64 | 251.47 |
| 673.  R&R Porcelain light fixture | 1.00 EA | 11.36 | 32.41 | 0.44 | 9.29 | 53.50 |
| 674.  Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 EA | 0.00 | 8.49 | 0.68 | 1.93 | 11.10 |
| **WALLS** | | | | | | |
| 675.  R&R Siding - shiplap - cedar | 121.60 SF | 0.58 | 11.12 | 60.70 | 311.52 | 1,794.94 |
| 676.  R&R Door hinges - High grade (set of 2) | 1.00 EA | 13.64 | 60.19 | 2.86 | 16.11 | 92.80 |
| 677.  R&R Interior barn door - slab only | 1.00 EA | 11.36 | 180.99 | 11.12 | 42.73 | 246.20 |
| 678.  Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 679.  Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 680.  R&R Shelving - 12" - in place | 7.96 LF | 0.52 | 11.39 | 3.19 | 20.58 | 118.57 |
| 681.  Seal & paint wood shelving, 12"- 24" width | 7.96 LF | 0.00 | 6.12 | 0.39 | 10.31 | 59.42 |
| 682.  Paint wood shelving, 12"- 24" width - 1 coat | 7.96 LF | 0.00 | 4.15 | 0.29 | 6.99 | 40.31 |
| 683.  R&R Robe hook | 2.00 EA | 6.81 | 17.05 | 1.16 | 10.27 | 59.15 |

| Totals:  Storage Area/Room 31 | | | | 84.37 | 491.40 | 2,831.30 |
|---|---|---|---|---|---|---|



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894



| Storage Area/Room 30 | | | | | Height: 7' 6" |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 123.07 SF Walls | | | 23.62 SF Ceiling | |
| 146.69 SF Walls & Ceiling | | | 23.62 SF Floor | |
| 2.62 SY Flooring | | | 17.42 LF Floor Perimeter | |
| 20.25 LF Ceil. Perimeter | | | | |

| **Door** | **2' 10" X 6' 8"** | **Opens into STORAGE_HAL1** |
|---|---|---|
| **Window** | **2' 10" X 3' 6"** | **Opens into Exterior** |

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CEILING** | | | | | | | |
| 684.  R&R Thin coat plaster over 5/8" gypsum core blueboard | 23.62 | SF | 1.49 | 8.50 | 2.57 | 50.10 | 288.63 |
| 685.  R&R Porcelain light fixture | 1.00 | EA | 11.36 | 32.41 | 0.44 | 9.29 | 53.50 |
| 686.  Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 | EA | 0.00 | 8.49 | 0.68 | 1.93 | 11.10 |
| **WALLS** | | | | | | | |
| 687.  R&R Siding - shiplap - cedar | 123.07 | SF | 0.58 | 11.12 | 61.44 | 315.28 | 1,816.64 |
| 688.  R&R Door hinges - High grade (set of 2) | 1.00 | EA | 13.64 | 60.19 | 2.86 | 16.11 | 92.80 |
| 689.  R&R Interior barn door - slab only | 1.00 | EA | 11.36 | 180.99 | 11.12 | 42.73 | 246.20 |
| 690.  Seal & paint door slab only (per side) | 1.00 | EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 691.  Paint door slab only - 1 coat (per side) | 1.00 | EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 692.  R&R Shelving - 12" - in place | 8.71 | LF | 0.52 | 11.39 | 3.49 | 22.51 | 129.74 |
| 693.  Seal & paint wood shelving, 12"-24" width | 8.71 | LF | 0.00 | 6.12 | 0.42 | 11.28 | 65.01 |
| 694.  Paint wood shelving, 12"- 24" width - 1 coat | 8.71 | LF | 0.00 | 4.15 | 0.32 | 7.67 | 44.14 |
| 695.  R&R Robe hook | 2.00 | EA | 6.81 | 17.05 | 1.16 | 10.27 | 59.15 |

| Totals:  Storage Area/Room 30 | | | | | 85.80 | 505.20 | 2,910.75 |
|---|---|---|---|---|---|---|---|



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894



| **Storage Hall Right** | **Height: 7' 6"** |
|---|---|
| 306.28  SF Walls | 97.28  SF Ceiling |
| 403.56  SF Walls & Ceiling | 97.28  SF Floor |
| 10.81  SY Flooring | 39.42  LF Floor Perimeter |
| 62.00  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **2' 10" X 6' 8"** | **Opens into STORAGE_ARE7** |
| **Door** | **1' X 6' 8"** | **Opens into R_COMMON_HAL** |
| **Missing Wall - Goes to Floor** | **2' 8" X 6' 8"** | **Opens into UTILITY_ROO1** |
| **Missing Wall - Goes to Floor** | **2' 6" X 6' 8"** | **Opens into STORAGE_AREA** |
| **Door** | **2' 8" X 6' 8"** | **Opens into STORAGE_AR10** |
| **Door** | **2' 8" X 6' 8"** | **Opens into STORAGE_ARE6** |
| **Missing Wall - Goes to Floor** | **2' 11" X 6' 8"** | **Opens into STORAGE_HALL** |
| **Door** | **2' 8" X 6' 8"** | **Opens into STORAGE_ARE3** |
| **Window** | **2' 4" X 3' 6"** | **Opens into Exterior** |
| **Door** | **2' 8" X 6' 8"** | **Opens into STORAGE_ARE8** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 696.  R&R Thin coat plaster over 5/8" gypsum core blueboard | 97.28  SF | 1.49 | 8.50 | 10.58 | 206.32 | 1,188.73 |
| 697.  R&R Light fixture - High grade | 1.00  EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| Commercial LED | | | | | | |
| 698.  R&R Thermal expansion tank - 4 to 5 gallon | 1.00  EA | 60.17 | 314.26 | 6.84 | 80.07 | 461.34 |
| **WALLS** | | | | | | |
| 699.  R&R Door opening (jamb & casing) - 32"to36"wide - paint grade | 1.00  EA | 8.58 | 181.60 | 10.31 | 42.10 | 242.59 |
| 700.  R&R Door threshold | 1.00  EA | 11.36 | 57.94 | 2.03 | 14.97 | 86.30 |
| 701.  R&R Exterior door slab - insulated metal or wood - High grade | 1.00  EA | 14.62 | 571.31 | 36.61 | 130.73 | 753.27 |
| 702.  R&R Lockset - full mortised - keyed - High grade | 1.00  EA | 20.45 | 838.27 | 64.46 | 193.88 | 1,117.06 |
| 703.  R&R Door hinges (set of 2) | 1.00  EA | 13.64 | 35.45 | 0.88 | 10.50 | 60.47 |
| 704.  R&R Door closer - Commercial grade | 1.00  EA | 20.45 | 150.73 | 9.65 | 37.98 | 218.81 |
| 705.  Seal & paint door slab only (per side) | 7.00  EA | 0.00 | 51.14 | 5.55 | 76.35 | 439.88 |
| 706.  Paint door slab only - 1 coat (per side) | 7.00  EA | 0.00 | 33.37 | 3.60 | 49.82 | 287.01 |
| 707.  Seal & paint door trim & jamb - (per side) | 1.00  EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - Storage Hall Right

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 708.  Paint door trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 709.  Seal & paint window trim & jamb - (per side) | 2.00 EA | 0.00 | 42.62 | 0.96 | 18.11 | 104.31 |
| 710.  Paint window trim & jamb - 1 coat (per side) | 2.00 EA | 0.00 | 28.83 | 0.71 | 12.26 | 70.63 |
| 711.  R&R House numbers/letters - plastic or metal - up to 4" | 12.00 EA | 5.11 | 19.28 | 9.13 | 63.38 | 365.19 |
| 712.  Surveillance camera - color | 1.00 EA | 0.00 | 592.61 | 32.00 | 131.17 | 755.78 |
| 713.  R&R Outlet | 4.00 EA | 6.86 | 15.79 | 0.74 | 19.18 | 110.52 |
| 714.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 715.  R&R Phone/low voltage outlet rough-in | 1.00 EA | 7.32 | 54.66 | 0.61 | 13.15 | 75.74 |
| 716.  R&R Outlet or switch cover | 6.00 EA | 0.87 | 3.33 | 0.52 | 5.40 | 31.12 |
| **GENERAL CONDITIONS** | | | | | | |
| 717.  Clean window unit (per side) 21 - 40 SF | 2.00 EA | 0.00 | 27.16 | 5.27 | 11.41 | 71.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals:  Storage Hall Right | | | | 205.61 | 1,162.60 | 6,703.63 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total: Basement | | | | **13,162.27** | **90,358.16** | **522,603.35** |

## Main floor

**Main floor**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **ELECTRICAL** | | | | | | |
| 718.  Rewire\wire - avg. residence - boxes & wiring with conduit | 2,479.10 SF | 0.00 | 5.90 | 253.86 | 3,124.93 | 18,005.48 |

Excludes: Service cable, riser and weatherhead, meterbase, grounding wire and rod, main breaker panel and breakers, feeder cable between the meter base and panel, low voltage/media wiring, switches, outlets, covers or light fixtures.

| | | | | | | |
|---|---|---|---|---|---|---|
| 719.  Electrician - per hour | 40.00 HR | 0.00 | 96.91 | 0.00 | 814.04 | 4,690.44 |

Electrician 5 days, 8 hour days removing existing wiring.

| | | | | | | |
|---|---|---|---|---|---|---|
| 720.  Electrician - General Laborer - per hour | 80.00 HR | 0.00 | 54.19 | 0.00 | 910.39 | 5,245.59 |

2 laborers for 5 days at 8 hours a day helping electrician remove existing wiring.

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **PLUMBING** | | | | | | |
| 721.  Rough-in plumbing - Commercial - 1-3 level | 2,479.10 SF | 0.00 | 9.35 | 456.15 | 4,963.52 | 28,599.26 |
| 722.  Plumber - per hour | 24.00 HR | 0.00 | 125.84 | 0.00 | 634.24 | 3,654.40 |

Plumber 8 hours a day  for 3 days removing exsting plumbing from this level.



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - Main floor

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 723.  Plumber - General Laborer - per hour | 48.00 HR | 0.00 | 54.19 | 0.00 | 546.23 | 3,147.35 |
| 2 laborers for 8 hours a day for 3 days helping plumber remove existing plumbing from level. | | | | | | |
| 724.  Foam pipe insulation - 1/2" wall for 2" to 3" pipe | 150.00 LF | 0.00 | 5.52 | 28.08 | 179.78 | 1,035.86 |
| **CEILING** | | | | | | |
| 725.  Seal floor or ceiling joist system | 2,401.91 SF | 0.00 | 1.68 | 61.49 | 860.30 | 4,957.00 |
| 726.  Batt insulation - 10" - R30 - paper / foil faced | 2,401.91 SF | 0.00 | 1.86 | 255.56 | 991.86 | 5,714.97 |
| 727.  R&R Furring strip - 1" x 3" | 2,401.91 SF | 0.55 | 1.43 | 105.68 | 1,020.92 | 5,882.38 |
| 728.  Acoustic plaster over 5/8" gypsum core blueboard | 2,401.91 SF | 0.00 | 12.83 | 520.73 | 6,580.82 | 37,918.06 |
| 729.  Seal/prime (1 coat) then paint (2 coats) the ceiling | 2,401.91 SF | 0.00 | 1.76 | 69.18 | 902.28 | 5,198.82 |
| **WALLS** | | | | | | |
| 730.  Seal stud wall for odor control | 7,465.73 SF | 0.00 | 1.20 | 143.34 | 1,911.47 | 11,013.69 |
| 731.  R&R Furring strip - 1" x 2" - applied to concrete | 3,732.87 SF | 0.72 | 1.77 | 149.32 | 1,983.28 | 11,427.45 |
| 732.  Rigid foam insulation board - 1" | 3,732.87 SF | 0.00 | 1.53 | 337.45 | 1,270.24 | 7,318.98 |
| 733.  Acoustic plaster over 1/2" gypsum core blueboard | 7,465.73 SF | 0.00 | 12.50 | 1,558.84 | 19,924.89 | 114,805.36 |
| 734.  Seal/prime (1 coat) then paint (2 coats) the walls | 7,465.73 SF | 0.00 | 1.76 | 215.01 | 2,804.49 | 16,159.18 |
| **FLOOR** | | | | | | |
| 735.  Seal underlayment for odor control | 2,479.10 SF | 0.00 | 0.78 | 15.87 | 409.42 | 2,358.99 |
| 736.  Screw down existing subfloor - eliminate floor squeaks | 2,479.10 SF | 0.00 | 0.84 | 23.80 | 442.31 | 2,548.55 |
| 737.  Oak flooring - #1 common - no finish | 2,479.10 SF | 0.00 | 10.97 | 1,168.15 | 5,956.42 | 34,320.30 |
| **GENERAL CONDITIONS** | | | | | | |
| 738.  Final cleaning - construction - Commercial | 2,479.10 SF | 0.00 | 0.28 | 67.19 | 145.78 | 907.12 |
| Excludes: Windows, sliding/patio glass doors.  See CLN WD* and CLN PDOR* codes if warranted. | | | | | | |
| 739.  Clean window unit (per side) 10 - 20 SF | 24.00 EA | 0.00 | 20.37 | 47.36 | 102.67 | 638.91 |
| **MITIGATION** | | | | | | |
| 740.  Tear out wet plaster, cleanup, bag for disposal | 2,401.91 SF | 3.12 | 0.00 | 40.35 | 1,582.22 | 9,116.53 |
| 741.  Tear out and bag wet insulation | 2,401.91 SF | 0.86 | 0.00 | 13.45 | 436.61 | 2,515.70 |
| 742.  Apply anti-microbial agent to the ceiling | 2,401.91 SF | 0.00 | 0.33 | 87.27 | 168.47 | 1,048.37 |

**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - Main floor

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 743.  Clean floor or roof joist system | 2,401.91 SF | 0.00 | 1.30 | 306.47 | 656.52 | 4,085.47 |
| 744.  Tear out and bag wet insulation | 3,732.87 SF | 0.86 | 0.00 | 20.90 | 678.55 | 3,909.72 |
| 745.  Tear out wet plaster, cleanup, bag for disposal | 7,465.73 SF | 3.12 | 0.00 | 125.42 | 4,917.89 | 28,336.39 |
| 746.  Apply anti-microbial agent to the walls | 7,465.73 SF | 0.00 | 0.33 | 271.23 | 523.66 | 3,258.58 |
| 747.  Clean stud wall | 7,465.73 SF | 0.00 | 1.03 | 757.46 | 1,617.34 | 10,064.50 |
| 748.  Tear out non-salv solid/eng. wood flr & bag for disposal | 2,479.10 SF | 4.47 | 0.00 | 15.87 | 2,330.47 | 13,427.92 |
| 749.  Tear out wet non-salvageable carpet, cut & bag for disp. | 2,479.10 SF | 0.73 | 0.00 | 13.88 | 382.96 | 2,206.58 |
| 750.  Apply anti-microbial agent to the floor | 2,479.10 SF | 0.00 | 0.33 | 90.07 | 173.88 | 1,082.05 |
| 751.  Clean floor underlayment / wood subfloor | 2,479.10 SF | 0.00 | 0.58 | 141.36 | 302.38 | 1,881.62 |
| 752.  Air mover (per 24 hour period) - No monitoring | 117.00 EA | 0.00 | 26.00 | 294.47 | 638.82 | 3,975.29 |
| 753.  Dehumidifier (per 24 hr period)- up to 69 ppd- No monitor. | 48.00 EA | 0.00 | 56.56 | 262.80 | 570.13 | 3,547.81 |
| 754.  Negative air fan/Air scrubber (24 hr period) - No monit. | 10.00 DA | 0.00 | 71.76 | 69.47 | 150.70 | 937.77 |
| 755.  Add for HEPA filter (for negative air exhaust fan) | 2.00 EA | 0.00 | 219.37 | 78.32 | 99.00 | 616.06 |
| 756.  Carbon vapor filter (for air scrubber) - 16" x 16" | 2.00 EA | 0.00 | 72.03 | 23.94 | 32.17 | 200.17 |

| Total:  Main floor | | | | 8,089.79 | 71,742.05 | 415,758.67 |
|---|---|---|---|---|---|---|



**Common Hall Left**                                                                                  **Height: 8'**

| | |
|---|---|
| 101.28  SF Walls | 34.80  SF Ceiling |
| 136.08  SF Walls & Ceiling | 34.80  SF Floor |
| 3.87  SY Flooring | 11.85  LF Floor Perimeter |
| 16.69  LF Ceil. Perimeter | |

| **Door** | **2' 5" X 6' 8"** | **Opens into LR_LIVING_RO** |
|---|---|---|
| **Door** | **2' 5" X 6' 8"** | **Opens into LL_LIVING_RO** |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - Common Hall Left



**Subroom:  Stairway Left (1)**                                       **Height: 12' 6"**

| | |
|---|---|
| 45.67  SF Walls | 19.32  SF Ceiling |
| 64.99  SF Walls & Ceiling | 39.91  SF Floor |
| 4.43  SY Flooring | 5.89  LF Floor Perimeter |
| 4.46  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **4' 4" X 12' 6"** | **Opens into COMMON_HALL_** |
| **Missing Wall** | **4' 5 1/2" X 12' 6"** | **Opens into STAIRS2** |
| **Missing Wall** | **4' 4" X 12' 6"** | **Opens into LANDING** |



**Subroom:  Stairway Left (2)**                                       **Height: 12' 6"**

| | |
|---|---|
| 183.93  SF Walls | 30.98  SF Ceiling |
| 214.91  SF Walls & Ceiling | 30.98  SF Floor |
| 3.44  SY Flooring | 15.78  LF Floor Perimeter |
| 15.78  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **4' 1 1/4" X 12' 6"** | **Opens into STAIRS2** |
| **Window** | **3' 4" X 4'** | **Opens into Exterior** |
| **Missing Wall** | **4' 4" X 12' 6"** | **Opens into STAIRWAY_LEF** |



**Subroom:  Stairway Left (3)**                                       **Height: 17'**

| | |
|---|---|
| 65.72  SF Walls | 18.28  SF Ceiling |
| 84.00  SF Walls & Ceiling | 37.76  SF Floor |
| 4.20  SY Flooring | 5.89  LF Floor Perimeter |
| 4.46  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **4' 1 1/4" X 17'** | **Opens into LANDING** |
| **Missing Wall** | **4' 1 1/4" X 17'** | **Opens into COMMON_HALL_** |
| **Missing Wall** | **4' 5 1/2" X 17'** | **Opens into STAIRWAY_LEF** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 757.  R&R Combination CO/Smoke detector - High grade | 1.00 EA | 15.13 | 129.51 | 7.70 | 31.99 | 184.33 |
| 758.  R&R Light fixture - Premium grade | 1.00 EA | 11.36 | 195.78 | 11.20 | 45.86 | 264.20 |
| Commercial LED light | | | | | | |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - Common Hall Left**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **WALLS** | | | | | | |
| 759.  R&R Chair rail - 2 1/2" | 39.42 LF | 0.57 | 3.51 | 5.55 | 34.95 | 201.33 |
| 760.  Seal (1 coat) & paint (2 coats) chair rail | 39.42 LF | 0.00 | 2.96 | 0.73 | 24.66 | 142.07 |
| 761.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 36.00 LF | 0.50 | 9.19 | 19.90 | 77.43 | 446.17 |
| 762.  R&R Trim board - 1" x 8" - installed (hardwood - oak or =) | 34.00 LF | 0.57 | 11.86 | 26.47 | 94.31 | 543.40 |
| Additional jamb thickness going into units. | | | | | | |
| 763.  R&R Casing - 3 1/4" hardwood | 36.00 LF | 0.70 | 4.31 | 9.39 | 39.85 | 229.60 |
| 764.  Seal (1 coat) & paint (2 coats) casing | 36.00 LF | 0.00 | 2.96 | 0.66 | 22.52 | 129.74 |
| 765.  R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 4.00 EA | 2.92 | 11.14 | 1.38 | 12.11 | 69.73 |
| 766.  R&R Casing - 2 1/4" hardwood | 6.00 LF | 0.70 | 3.76 | 1.30 | 5.89 | 33.95 |
| Trimming off radiator offset. | | | | | | |
| 767.  Seal (1 coat) & paint (2 coats) casing | 6.00 LF | 0.00 | 2.96 | 0.11 | 3.75 | 21.62 |
| 768.  R&R House numbers/letters - plastic or metal - up to 4" | 4.00 EA | 5.11 | 19.28 | 3.04 | 21.11 | 121.71 |
| 769.  Seal (1 coat) & paint (2 coats) balustrade | 4.00 LF | 0.00 | 52.39 | 3.13 | 44.66 | 257.35 |
| 770.  R&R Baseboard - 3 1/4" | 39.42 LF | 0.62 | 3.94 | 6.02 | 39.00 | 224.77 |
| 771.  Seal (1 coat) & paint (2 coats) baseboard | 39.42 LF | 0.00 | 2.94 | 0.66 | 24.48 | 141.03 |
| **FLOOR** | | | | | | |
| 772.  R&R Radiator - 4 column/tube - 16" - 30" high - per section | 26.00 EA | 8.23 | 85.74 | 101.92 | 534.48 | 3,079.62 |
| 773.  Tackless strip - per LF | 39.42 LF | 0.00 | 0.80 | 3.05 | 6.62 | 41.21 |
| 774.  Carpet pad | 143.46 SF | 0.00 | 0.65 | 9.03 | 19.59 | 121.87 |
| 775.  Carpet - High grade | 164.98 SF | 0.00 | 6.74 | 107.64 | 233.52 | 1,453.13 |
| 15 % waste added for Carpet - High grade. | | | | | | |
| 776.  Additional labor cost for Berber or patterned carpets | 143.46 SF | 0.00 | 0.28 | 3.88 | 8.44 | 52.49 |
| Totals:  Common Hall Left | | | | 322.76 | 1,325.22 | 7,759.32 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894



| LL Living Room | | Height: 8' |
|---|---|---|
| 391.74  SF Walls | 221.19  SF Ceiling | |
| 612.93  SF Walls & Ceiling | 221.19  SF Floor | |
| 24.58  SY Flooring | 52.20  LF Floor Perimeter | |
| 61.52  LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Door** | **2' 5" X 6' 8"** | **Opens into COMMON_HALL_** |
| **Window** | **3' X 4'** | **Opens into Exterior** |
| **Window** | **3' X 4'** | **Opens into Exterior** |
| **Window** | **3' X 4'** | **Opens into Exterior** |



| Subroom:  Closet (2) | | Height: 8' |
|---|---|---|
| 67.29  SF Walls | 6.17  SF Ceiling | |
| 73.46  SF Walls & Ceiling | 6.17  SF Floor | |
| 0.69  SY Flooring | 8.11  LF Floor Perimeter | |
| 9.94  LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Door** | **1' 10" X 6' 8"** | **Opens into LIVING_ROOM4** |



| Subroom:  Living Room (1) | | Height: 7' |
|---|---|---|
| 39.91  SF Walls | 17.75  SF Ceiling | |
| 57.66  SF Walls & Ceiling | 17.75  SF Floor | |
| 1.97  SY Flooring | 5.38  LF Floor Perimeter | |
| 12.21  LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Door** | **1' 10" X 6' 8"** | **Opens into CLOSET11** |
| **Missing Wall - Goes to Floor** | **2' 6" X 6' 8"** | **Opens into LL_HALLWAY** |
| **Door** | **2' 6" X 6' 8"** | **Opens into LL_KITCHEN** |
| **Missing Wall** | **6' 10 3/4" X 7'** | **Opens into LL_LIVING_RO** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 777.  R&R Light fixture - High grade | 1.00 EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| 778.  R&R Ceiling hook | 1.00 EA | 3.41 | 11.79 | 0.16 | 3.24 | 18.60 |
| **WALLS** | | | | | | |
| 779.  R&R Drywall window return - up to 6" | 36.50 LF | 0.57 | 12.10 | 4.20 | 98.00 | 564.66 |
| 780.  R&R Window stool & apron | 10.00 LF | 1.04 | 8.52 | 3.40 | 20.78 | 119.78 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - LL Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 781.  Seal & paint window stool and apron | 10.00 LF | 0.00 | 5.41 | 0.36 | 11.44 | 65.90 |
| 782.  Paint window stool and apron - 1 coat | 10.00 LF | 0.00 | 3.65 | 0.26 | 7.73 | 44.49 |
| 783.  R&R Window blind - aluminum - 1" - 7.1 to 14 SF | 3.00 EA | 13.72 | 106.58 | 13.24 | 78.57 | 452.71 |
| 784.  R&R Window drapery - hardware | 3.00 EA | 6.86 | 109.91 | 14.04 | 76.50 | 440.85 |
| 785.  R&R Casing - 2 1/4" hardwood - molded w/detail | 85.00 LF | 0.70 | 4.25 | 21.76 | 92.94 | 535.45 |
| Opening to kitchen, hallway, both sides of closet and entry. | | | | | | |
| 786.  R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 12.00 EA | 2.92 | 11.14 | 4.15 | 36.31 | 209.18 |
| 787.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 50.50 LF | 0.50 | 9.19 | 27.92 | 108.63 | 625.90 |
| 788.  R&R Interior door - solid alder - paneled - slab only | 1.00 EA | 11.36 | 463.85 | 31.65 | 106.45 | 613.31 |
| 789.  R&R Exterior door - solid alder - paneled - slab only | 1.00 EA | 14.62 | 904.82 | 63.29 | 206.37 | 1,189.10 |
| 790.  R&R Door closer - Commercial grade | 1.00 EA | 20.45 | 150.73 | 9.65 | 37.98 | 218.81 |
| 791.  On site door prep. for full mortised lockset - Labor only | 2.00 EA | 0.00 | 102.35 | 0.00 | 42.99 | 247.69 |
| 792.  R&R Door hinges (set of 3) | 2.00 EA | 20.45 | 49.94 | 2.13 | 30.01 | 172.92 |
| 793.  R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 794.  R&R Door lockset & deadbolt - exterior - Premium grade | 1.00 EA | 20.45 | 250.40 | 17.43 | 60.54 | 348.82 |
| Smart lock | | | | | | |
| 795.  R&R Door weather stripping | 1.00 EA | 17.05 | 33.59 | 0.73 | 10.80 | 62.17 |
| 796.  R&R Door threshold | 1.00 EA | 11.36 | 57.94 | 2.03 | 14.97 | 86.30 |
| 797.  R&R Door peep hole | 1.00 EA | 6.81 | 21.56 | 0.94 | 6.15 | 35.46 |
| 798.  Seal & paint door/window trim & jamb - (per side) | 5.00 EA | 0.00 | 42.62 | 2.41 | 45.26 | 260.77 |
| 799.  Paint door/window trim & jamb - 1 coat (per side) | 5.00 EA | 0.00 | 28.83 | 1.78 | 30.66 | 176.59 |
| 800.  Seal & paint door slab only (per side) | 3.00 EA | 0.00 | 51.14 | 2.38 | 32.72 | 188.52 |
| 801.  Paint door slab only - 1 coat (per side) | 3.00 EA | 0.00 | 33.37 | 1.54 | 21.34 | 122.99 |
| 802.  R&R Door stop - hinge pin mounted | 2.00 EA | 5.11 | 10.13 | 0.58 | 6.52 | 37.58 |
| 803.  R&R Closet shelf and rod package | 2.58 LF | 5.11 | 22.98 | 1.22 | 15.47 | 89.16 |
| 804.  Seal & paint closet shelving - single shelf | 1.00 EA | 0.00 | 70.66 | 0.43 | 14.93 | 86.02 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - LL Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 805.  R&R Robe hook | 4.00 EA | 6.81 | 17.05 | 2.33 | 20.53 | 118.30 |
| 806.  R&R Outlet | 4.00 EA | 6.86 | 15.79 | 0.74 | 19.18 | 110.52 |
| 807.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 808.  R&R Television cable outlet | 1.00 EA | 7.32 | 77.12 | 1.97 | 18.15 | 104.56 |
| 809.  R&R Phone/low voltage outlet rough-in | 1.00 EA | 7.32 | 54.66 | 0.61 | 13.15 | 75.74 |
| 810.  R&R Outlet or switch cover | 7.00 EA | 0.87 | 3.33 | 0.60 | 6.30 | 36.30 |
| 811.  R&R Baseboard - 3 1/4" | 65.69 LF | 0.62 | 3.94 | 10.04 | 65.00 | 374.59 |
| 812.  Seal (1 coat) & paint (2 coats) baseboard | 65.69 LF | 0.00 | 2.94 | 1.10 | 40.78 | 235.01 |
| **FLOOR** | | | | | | |
| 813.  R&R Radiator - 5 column/tube - 26" - 38" high - per section | 24.00 EA | 8.23 | 100.92 | 123.23 | 576.00 | 3,318.83 |
| 814.  Snaplock Laminate - simulated wood flooring | 245.11 SF | 0.00 | 7.59 | 66.47 | 404.64 | 2,331.49 |
| 815.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |
| Totals:  LL Living Room | | | | 442.41 | 2,431.00 | 14,006.82 |



| **LL Hallway** | | | **Height: 8'** |
|---|---|---|---|
| 78.81 | SF Walls | 17.03 | SF Ceiling |
| 95.84 | SF Walls & Ceiling | 17.03 | SF Floor |
| 1.89 | SY Flooring | 8.46 | LF Floor Perimeter |
| 16.80 | LF Ceil. Perimeter | | |

| **Missing Wall - Goes to Floor** | 2' 6" X 6' 8" | Opens into LIVING_ROOM4 |
|---|---|---|
| **Door** | 2' 6" X 6' 8" | Opens into LL_BEDROOM |
| **Door** | 1' 10" X 6' 8" | Opens into LL_4PC_BATHR |



| **Subroom:  Closet (1)** | | | **Height: 8'** |
|---|---|---|---|
| 43.25 | SF Walls | 2.66 | SF Ceiling |
| 45.91 | SF Walls & Ceiling | 2.66 | SF Floor |
| 0.30 | SY Flooring | 5.16 | LF Floor Perimeter |
| 6.66 | LF Ceil. Perimeter | | |

| **Door** | 1' 6" X 6' 8" | Opens into LL_HALLWAY |
|---|---|---|



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - LL Hallway

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 816.  R&R Light fixture - High grade | 1.00 EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| Commercial LED | | | | | | |
| 817.  R&R Combination CO/Smoke detector - High grade | 1.00 EA | 15.13 | 129.51 | 7.70 | 31.99 | 184.33 |
| **WALLS** | | | | | | |
| 818.  R&R Casing - 2 1/4" hardwood - molded w/detail | 50.00 LF | 0.70 | 4.25 | 12.80 | 54.67 | 314.97 |
| 819.  R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 12.00 EA | 2.92 | 11.14 | 4.15 | 36.31 | 209.18 |
| 820.  R&R Casing - 2 1/4" | 16.00 LF | 0.70 | 2.62 | 2.01 | 11.57 | 66.70 |
| Inside of linen closet. | | | | | | |
| 821.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 16.00 LF | 0.50 | 9.19 | 8.84 | 34.40 | 198.28 |
| 822.  R&R Interior door - solid alder - paneled - slab only | 1.00 EA | 11.36 | 463.85 | 31.65 | 106.45 | 613.31 |
| 823.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 824.  R&R Door hinges (set of 2) | 1.00 EA | 13.64 | 35.45 | 0.88 | 10.50 | 60.47 |
| 825.  R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 826.  Seal & paint door slab only (per side) | 4.00 EA | 0.00 | 51.14 | 3.17 | 43.63 | 251.36 |
| 827.  Paint door slab only - 1 coat (per side) | 4.00 EA | 0.00 | 33.37 | 2.05 | 28.47 | 164.00 |
| 828.  Seal & paint door/window trim & jamb - (per side) | 4.00 EA | 0.00 | 42.62 | 1.93 | 36.20 | 208.61 |
| 829.  Paint door/window trim & jamb - 1 coat (per side) | 4.00 EA | 0.00 | 28.83 | 1.42 | 24.52 | 141.26 |
| 830.  R&R Closet package - hall/linen (4 shelves 3' wide) | 1.00 EA | 24.64 | 188.36 | 8.47 | 46.51 | 267.98 |
| 831.  Seal & paint closet shelving - linen closet | 1.00 EA | 0.00 | 120.53 | 1.38 | 25.60 | 147.51 |
| 832.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 833.  R&R Outlet or switch cover | 1.00 EA | 0.87 | 3.33 | 0.09 | 0.91 | 5.20 |
| 834.  R&R Baseboard - 3 1/4" | 13.62 LF | 0.62 | 3.94 | 2.08 | 13.48 | 77.66 |
| 835.  Seal (1 coat) & paint (2 coats) baseboard | 13.62 LF | 0.00 | 2.94 | 0.23 | 8.45 | 48.72 |
| **FLOOR** | | | | | | |
| 836.  R&R Tackless strip - per LF | 13.62 LF | 0.69 | 0.80 | 1.05 | 4.26 | 25.61 |
| 837.  Carpet pad | 19.69 SF | 0.00 | 0.65 | 1.23 | 2.69 | 16.72 |
| 838.  Carpet | 23.63 SF | 0.00 | 3.97 | 9.08 | 19.70 | 122.59 |

**Tri-State Public Adjusters**



22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - LL Hallway

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 839.  Additional labor cost for Berber or patterned carpets | 19.69 SF | 0.00 | 0.28 | 0.53 | 1.16 | 7.20 |
| 840.  Seam carpet | 3.00 LF | 0.00 | 5.80 | 1.68 | 3.65 | 22.73 |
| Totals:  LL Hallway | | | | 108.56 | 611.12 | 3,534.51 |

**LL Bedroom**      Height: 8'

| | |
|---|---|
| 294.83  SF Walls | 125.39  SF Ceiling |
| 420.22  SF Walls & Ceiling | 125.39  SF Floor |
| 13.93  SY Flooring | 38.87  LF Floor Perimeter |
| 45.03  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **2' 6" X 6' 8"** | **Opens into LL_HALLWAY** |
| **Window** | **3' 1" X 4'** | **Opens into Exterior** |
| **Window** | **3' X 4'** | **Opens into Exterior** |

**Subroom:  Closet (1)**      Height: 8'

| | |
|---|---|
| 94.29  SF Walls | 10.23  SF Ceiling |
| 104.52  SF Walls & Ceiling | 10.23  SF Floor |
| 1.14  SY Flooring | 11.48  LF Floor Perimeter |
| 13.31  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **1' 10" X 6' 8"** | **Opens into LL_BEDROOM** |

**Subroom:  Closet (2)**      Height: 8'

| | |
|---|---|
| 98.71  SF Walls | 10.89  SF Ceiling |
| 109.60  SF Walls & Ceiling | 10.89  SF Floor |
| 1.21  SY Flooring | 12.03  LF Floor Perimeter |
| 13.87  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **1' 10" X 6' 8"** | **Opens into LL_BEDROOM** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **WALLS** | | | | | | |
| 841.  R&R Drywall window return - up to 6" | 24.33 LF | 0.57 | 12.10 | 2.80 | 65.33 | 376.39 |





10402_10404_SHAKER1           



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - LL Bedroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 842.  R&R Window stool & apron | 6.67 LF | 1.04 | 8.52 | 2.27 | 13.86 | 79.90 |
| 843.  Seal & paint window stool and apron | 7.00 LF | 0.00 | 5.41 | 0.25 | 8.02 | 46.14 |
| 844.  Paint window stool and apron - 1 coat | 7.00 LF | 0.00 | 3.65 | 0.18 | 5.41 | 31.14 |
| 845.  R&R Window blind - aluminum - 1" - 7.1 to 14 SF | 2.00 EA | 13.72 | 106.58 | 8.83 | 52.38 | 301.81 |
| 846.  R&R Window drapery - hardware | 2.00 EA | 6.86 | 109.91 | 9.36 | 51.01 | 293.91 |
| 847.  R&R Casing - 2 1/4" hardwood - molded w/detail | 51.00 LF | 0.70 | 4.25 | 13.06 | 55.77 | 321.28 |
| 848.  R&R Casing - 2 1/4" | 34.00 LF | 0.70 | 2.62 | 4.27 | 24.61 | 141.76 |
| Inside of closets. | | | | | | |
| 849.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 51.00 LF | 0.50 | 9.19 | 28.19 | 109.71 | 632.09 |
| 850.  R&R Interior door - solid alder - paneled - slab only | 3.00 EA | 11.36 | 463.85 | 94.95 | 319.34 | 1,839.92 |
| 851.  On site door prep. for full mortised lockset - Labor only | 3.00 EA | 0.00 | 102.35 | 0.00 | 64.49 | 371.54 |
| 852.  R&R Door hinges (set of 2) | 3.00 EA | 13.64 | 35.45 | 2.65 | 31.49 | 181.41 |
| 853.  R&R Door knob - interior | 3.00 EA | 17.05 | 47.13 | 5.45 | 41.59 | 239.58 |
| 854.  Seal & paint door slab only (per side) | 5.00 EA | 0.00 | 51.14 | 3.96 | 54.54 | 314.20 |
| 855.  Paint door slab only - 1 coat (per side) | 5.00 EA | 0.00 | 33.37 | 2.57 | 35.58 | 205.00 |
| 856.  Seal & paint door/window trim & jamb - (per side) | 5.00 EA | 0.00 | 42.62 | 2.41 | 45.26 | 260.77 |
| 857.  Paint door/window trim & jamb - 1 coat (per side) | 5.00 EA | 0.00 | 28.83 | 1.78 | 30.66 | 176.59 |
| 858.  R&R Door stop - hinge pin mounted | 3.00 EA | 5.11 | 10.13 | 0.87 | 9.79 | 56.38 |
| 859.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 860.  R&R Outlet | 4.00 EA | 6.86 | 15.79 | 0.74 | 19.18 | 110.52 |
| 861.  R&R Outlet or switch cover | 5.00 EA | 0.87 | 3.33 | 0.43 | 4.51 | 25.94 |
| 862.  R&R Closet shelf and rod package | 8.67 LF | 5.11 | 22.98 | 4.11 | 52.00 | 299.65 |
| 863.  Seal & paint wood shelving, 12"-24" width | 8.67 LF | 0.00 | 6.12 | 0.42 | 11.24 | 64.72 |
| 864.  Paint wood shelving, 12"- 24" width - 1 coat | 8.67 LF | 0.00 | 4.15 | 0.32 | 7.63 | 43.93 |
| 865.  R&R Robe hook | 9.00 EA | 6.81 | 17.05 | 5.24 | 46.20 | 266.18 |
| 866.  R&R Baseboard - 3 1/4" | 62.38 LF | 0.62 | 3.94 | 9.53 | 61.75 | 355.74 |
| 867.  Seal (1 coat) & paint (2 coats) baseboard | 62.38 LF | 0.00 | 2.94 | 1.05 | 38.74 | 223.19 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - LL Bedroom**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **FLOOR** | | | | | | |
| 868. R&R Radiator - 5 column/tube - 26" - 38" high - per section | 14.00 EA | 8.23 | 100.92 | 71.88 | 336.00 | 1,935.98 |
| 869. R&R Tackless strip - per LF | 62.38 LF | 0.69 | 0.80 | 4.83 | 19.51 | 117.28 |
| 870. Carpet pad | 146.51 SF | 0.00 | 0.65 | 9.22 | 20.00 | 124.45 |
| 871. Carpet | 175.82 SF | 0.00 | 3.97 | 67.57 | 146.58 | 912.16 |
| 872. Additional labor cost for Berber or patterned carpets | 146.51 SF | 0.00 | 0.28 | 3.97 | 8.61 | 53.60 |
| 873. Seam carpet | 3.00 LF | 0.00 | 5.80 | 1.68 | 3.65 | 22.73 |
| Totals: LL Bedroom | | | | 365.08 | 1,799.40 | 10,454.39 |



**LL 4PC Bathroom**          **Height: 8'**

| | |
|---|---|
| 201.24 SF Walls | 39.21 SF Ceiling |
| 240.44 SF Walls & Ceiling | 39.21 SF Floor |
| 4.36 SY Flooring | 25.44 LF Floor Perimeter |
| 27.28 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | 1' 10" X 6' 8" | Opens into LL_HALLWAY |
| **Window** | 1' 7" X 3' | Opens into Exterior |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **WALLS** | | | | | | |
| 874. R&R Drywall window return - up to 6" | 12.00 LF | 0.57 | 12.10 | 1.38 | 32.21 | 185.63 |
| 875. R&R Sill - cultured marble on 2" x 6" wall | 2.00 LF | 0.86 | 16.17 | 1.05 | 7.38 | 42.49 |
| 876. R&R Tile tub surround - up to 60 SF | 1.00 EA | 163.38 | 2,276.62 | 37.85 | 520.35 | 2,998.20 |
| 877. R&R Bathtub | 1.00 EA | 102.28 | 980.93 | 38.25 | 235.51 | 1,356.97 |
| 878. R&R Tub/shower faucet | 1.00 EA | 34.09 | 330.84 | 11.72 | 79.09 | 455.74 |
| 879. R&R Shower curtain rod | 1.00 EA | 8.53 | 36.66 | 1.63 | 9.83 | 56.65 |
| 880. R&R Vanity with cultured marble or solid surface top | 2.00 LF | 12.79 | 267.50 | 32.64 | 124.57 | 717.79 |
| 881. R&R Cabinet knob or pull | 1.00 EA | 1.62 | 8.75 | 0.28 | 2.24 | 12.89 |
| 882. R&R Sink faucet - Bathroom | 1.00 EA | 27.75 | 253.36 | 11.85 | 61.53 | 354.49 |
| 883. Sink drain assembly with stop | 1.00 EA | 0.00 | 52.42 | 1.39 | 11.30 | 65.11 |
| 884. R&R Angle stop valve | 2.00 EA | 6.81 | 42.99 | 2.00 | 21.34 | 122.94 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - LL 4PC Bathroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 885.  R&R Plumbing fixture supply line | 2.00 EA | 6.81 | 22.29 | 1.13 | 12.45 | 71.78 |
| 886.  R&R P-trap assembly - ABS (plastic) | 1.00 EA | 10.23 | 69.41 | 0.67 | 16.87 | 97.18 |
| 887.  R&R Mirror - framed | 6.00 SF | 0.38 | 30.21 | 11.57 | 40.98 | 236.09 |
| 888.  R&R Light fixture - wall sconce | 1.00 EA | 11.36 | 96.87 | 4.51 | 23.69 | 136.43 |
| 889.  Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 EA | 0.00 | 8.49 | 0.68 | 1.93 | 11.10 |
| 890.  R&R Towel bar | 1.00 EA | 8.52 | 31.38 | 1.21 | 8.63 | 49.74 |
| 891.  R&R Toilet paper holder | 1.00 EA | 6.81 | 28.65 | 0.99 | 7.66 | 44.11 |
| 892.  R&R Casing - 2 1/4" hardwood - molded w/detail | 18.00 LF | 0.70 | 4.25 | 4.61 | 19.69 | 113.40 |
| 893.  R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 4.00 EA | 2.92 | 11.14 | 1.38 | 12.11 | 69.73 |
| 894.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.50 | 9.19 | 9.40 | 36.57 | 210.70 |
| 895.  R&R Interior door - solid alder - paneled - slab only | 1.00 EA | 11.36 | 463.85 | 31.65 | 106.45 | 613.31 |
| 896.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 897.  R&R Door hinges (set of 2) | 1.00 EA | 13.64 | 35.45 | 0.88 | 10.50 | 60.47 |
| 898.  R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 899.  Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 900.  Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 901.  Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |
| 902.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 903.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 904.  R&R Ground fault interrupter (GFI) outlet | 1.00 EA | 6.86 | 34.17 | 1.53 | 8.95 | 51.51 |
| 905.  R&R Outlet or switch cover | 2.00 EA | 0.87 | 3.33 | 0.17 | 1.80 | 10.37 |
| 906.  R&R Baseboard - 3 1/4" | 25.44 LF | 0.62 | 3.94 | 3.89 | 25.19 | 145.08 |
| 907.  Seal (1 coat) & paint (2 coats) baseboard | 25.44 LF | 0.00 | 2.94 | 0.43 | 15.80 | 91.02 |
| **FLOOR** | | | | | | |
| 908.  R&R Angle stop valve | 1.00 EA | 6.81 | 42.99 | 1.00 | 10.67 | 61.47 |
| 909.  R&R Plumbing fixture supply line | 1.00 EA | 6.81 | 22.29 | 0.56 | 6.23 | 35.89 |
| 910.  R&R Toilet | 1.00 EA | 34.09 | 561.40 | 26.24 | 130.56 | 752.29 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - LL 4PC Bathroom**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 911.  R&R Toilet seat | 1.00 EA | 9.30 | 59.03 | 2.57 | 14.88 | 85.78 |
| 912.  R&R Radiator - 2 column/tube - 20" - 30" high - per section | 10.00 EA | 8.23 | 74.55 | 30.25 | 180.20 | 1,038.25 |
| 913.  R&R Ball valve - brass - 2" | 1.00 EA | 10.23 | 138.81 | 6.96 | 32.77 | 188.77 |
| 914.  Snaplock Laminate - simulated wood flooring | 39.21 SF | 0.00 | 7.59 | 10.63 | 64.73 | 372.96 |
| 915.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |

| Totals:  LL 4PC Bathroom | | | | 298.65 | 1,973.66 | 11,371.34 |
|---|---|---|---|---|---|---|



| **LL Kitchen** | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|

| 325.50  SF Walls | 102.84  SF Ceiling |
|---|---|
| 428.34  SF Walls & Ceiling | 102.84  SF Floor |
| 11.43  SY Flooring | 41.85  LF Floor Perimeter |
| 44.35  LF Ceil. Perimeter | |

| **Door** | **2' 6" X 6' 8"** | **Opens into LIVING_ROOM4** |
|---|---|---|
| **Window** | **3' 2" X 4'** | **Opens into Exterior** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 916.  R&R Light fixture - High grade Commercial LED | 1.00 EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| **WALLS** | | | | | | |
| 917.  R&R Custom cabinets - wall units - 36" tall - High grade | 5.50 LF | 10.24 | 305.09 | 114.42 | 388.24 | 2,236.98 |
| 918.  R&R Custom cabinets - wall units - 30" tall | 8.00 LF | 10.24 | 193.14 | 94.78 | 361.58 | 2,083.40 |
| 919.  R&R Custom cabinets - base units - High grade | 5.50 LF | 10.24 | 424.55 | 166.98 | 537.25 | 3,095.58 |
| 920.  R&R Custom cabinets - full height units | 1.58 LF | 12.29 | 409.99 | 44.62 | 149.49 | 861.31 |
| 921.  R&R Countertop - solid surface | 11.55 SF | 5.88 | 64.25 | 41.34 | 178.78 | 1,030.12 |
| 922.  R&R Cabinet knob or pull | 13.00 EA | 1.62 | 8.75 | 3.68 | 29.10 | 167.59 |
| 923.  R&R Sink - double basin | 1.00 EA | 27.28 | 428.97 | 23.86 | 100.84 | 580.95 |
| 924.  R&R Sink faucet - Kitchen | 1.00 EA | 27.75 | 299.36 | 15.53 | 71.96 | 414.60 |
| 925.  Sink strainer and drain assembly | 1.00 EA | 0.00 | 54.75 | 1.58 | 11.83 | 68.16 |
| 926.  R&R P-trap assembly - ABS (plastic) | 1.00 EA | 10.23 | 69.41 | 0.67 | 16.87 | 97.18 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - LL Kitchen

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 927.  R&R Angle stop valve | 2.00 EA | 6.81 | 42.99 | 2.00 | 21.34 | 122.94 |
| 928.  R&R Plumbing fixture supply line | 2.00 EA | 6.81 | 22.29 | 1.13 | 12.45 | 71.78 |
| 929.  R&R Outlet | 2.00 EA | 6.86 | 15.79 | 0.37 | 9.59 | 55.26 |
| 930.  R&R Ground fault interrupter (GFI) outlet | 1.00 EA | 6.86 | 34.17 | 1.53 | 8.95 | 51.51 |
| 931.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 932.  R&R Outlet or switch cover | 5.00 EA | 0.87 | 3.33 | 0.43 | 4.51 | 25.94 |
| 933.  R&R Door bell/chime | 1.00 EA | 6.86 | 140.37 | 3.20 | 31.60 | 182.03 |
| 934.  R&R Breaker panel - 70 amp | 1.00 EA | 160.41 | 615.06 | 11.62 | 165.30 | 952.39 |
| 935.  Circuit breaker - main disconnect - up to 100 amp | 1.00 EA | 0.00 | 120.86 | 5.30 | 26.50 | 152.66 |
| 936.  Circuit breaker - bolt-on - 1 pole, 15 to 60 amp | 4.00 EA | 0.00 | 48.25 | 5.85 | 41.76 | 240.61 |
| 937.  R&R Phone/low voltage outlet rough-in | 1.00 EA | 7.32 | 54.66 | 0.61 | 13.15 | 75.74 |
| 938.  R&R Phone, TV, or speaker outlet | 1.00 EA | 6.39 | 20.54 | 0.56 | 5.77 | 33.26 |
| 939.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.50 | 9.19 | 9.40 | 36.57 | 210.70 |
| 940.  R&R Door hinges (set of 2) | 1.00 EA | 13.64 | 35.45 | 0.88 | 10.50 | 60.47 |
| 941.  Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |
| 942.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 943.  R&R Flexible gas supply line connector - 5/8" - 25" to 48" | 1.00 EA | 3.41 | 45.15 | 2.68 | 10.78 | 62.02 |
| 944.  R&R Gas solenoid valve | 1.00 EA | 25.57 | 311.52 | 17.60 | 74.49 | 429.18 |
| 945.  R&R Range - freestanding - gas | 1.00 EA | 27.45 | 1,169.16 | 80.00 | 268.10 | 1,544.71 |
| 946.  R&R Refrigerator - top freezer - 18 to 22 cf | 1.00 EA | 45.46 | 931.42 | 72.00 | 220.27 | 1,269.15 |
| 947.  R&R Drywall window return - up to 6" | 15.00 LF | 0.57 | 12.10 | 1.73 | 40.28 | 232.06 |
| 948.  R&R Sill - cultured marble on 2" x 6" wall | 3.00 LF | 0.86 | 16.17 | 1.57 | 11.06 | 63.72 |
| 949.  R&R Baseboard - 3 1/4" | 41.85 LF | 0.62 | 3.94 | 6.39 | 41.43 | 238.66 |
| 950.  Seal (1 coat) & paint (2 coats) baseboard | 41.85 LF | 0.00 | 2.94 | 0.70 | 25.98 | 149.72 |
| **FLOOR** | | | | | | |
| 951.  Snaplock Laminate - simulated wood flooring | 102.84 SF | 0.00 | 7.59 | 27.89 | 169.78 | 978.23 |
| 952.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - LL Kitchen**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 953.  R&R Radiator - 3 column/tube - 16" - 30" high - per section | 12.00 EA | 8.23 | 83.82 | 45.20 | 241.45 | 1,391.25 |
| Totals:  LL Kitchen | | | | 812.76 | 3,388.84 | 19,525.22 |



**LR Living Room**  Height: 8'

| | | | |
|---|---|---|---|
| 402.12 | SF Walls | 221.16 | SF Ceiling |
| 623.28 | SF Walls & Ceiling | 221.16 | SF Floor |
| 24.57 | SY Flooring | 51.98 | LF Floor Perimeter |
| 61.42 | LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Window** | **3' X 4'** | **Opens into Exterior** |
| **Window** | **3' X 4'** | **Opens into Exterior** |
| **Door** | **2' 5" X 6' 8"** | **Opens into COMMON_HALL_** |



**Subroom:  Closet (2)**  Height: 8'

| | | | |
|---|---|---|---|
| 66.11 | SF Walls | 5.99 | SF Ceiling |
| 72.10 | SF Walls & Ceiling | 5.99 | SF Floor |
| 0.67 | SY Flooring | 7.96 | LF Floor Perimeter |
| 9.79 | LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Door** | **1' 10" X 6' 8"** | **Opens into LIVING_ROOM2** |



**Subroom:  Living Room (1)**  Height: 7'

| | | | |
|---|---|---|---|
| 40.63 | SF Walls | 17.99 | SF Ceiling |
| 58.62 | SF Walls & Ceiling | 17.99 | SF Floor |
| 2.00 | SY Flooring | 5.48 | LF Floor Perimeter |
| 12.31 | LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Door** | **1' 10" X 6' 8"** | **Opens into CLOSET13** |
| **Missing Wall** | **7' 1/4" X 7'** | **Opens into LR_LIVING_RO** |
| **Door** | **2' 6" X 6' 8"** | **Opens into LR_KITCHEN** |
| **Missing Wall - Goes to Floor** | **2' 6" X 6' 8"** | **Opens into LR_HALLWAY** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

**CEILING**



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - LR Living Room**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 954.  R&R Light fixture - High grade | 1.00 EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| 955.  R&R Ceiling hook | 1.00 EA | 3.41 | 11.79 | 0.16 | 3.24 | 18.60 |
| **WALLS** | | | | | | |
| 956.  Drywall window return - up to 6" | 36.50 LF | 0.00 | 12.10 | 4.20 | 93.63 | 539.48 |
| 957.  R&R Window stool & apron | 10.00 LF | 1.04 | 8.52 | 3.40 | 20.78 | 119.78 |
| 958.  Seal & paint window stool and apron | 10.00 LF | 0.00 | 5.41 | 0.36 | 11.44 | 65.90 |
| 959.  Paint window stool and apron - 1 coat | 10.00 LF | 0.00 | 3.65 | 0.26 | 7.73 | 44.49 |
| 960.  R&R Window blind - aluminum - 1" - 7.1 to 14 SF | 3.00 EA | 13.72 | 106.58 | 13.24 | 78.57 | 452.71 |
| 961.  R&R Window drapery - hardware | 3.00 EA | 6.86 | 109.91 | 14.04 | 76.50 | 440.85 |
| 962.  R&R Casing - 2 1/4" hardwood - molded w/detail | 85.00 LF | 0.70 | 4.25 | 21.76 | 92.94 | 535.45 |
| Opening to kitchen, hallway, both sides of closet and entry. | | | | | | |
| 963.  R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 12.00 EA | 2.92 | 11.14 | 4.15 | 36.31 | 209.18 |
| 964.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 50.50 LF | 0.50 | 9.19 | 27.92 | 108.63 | 625.90 |
| 965.  R&R Interior door - solid alder - paneled - slab only | 1.00 EA | 11.36 | 463.85 | 31.65 | 106.45 | 613.31 |
| 966.  R&R Exterior door - solid alder - paneled - slab only | 1.00 EA | 14.62 | 904.82 | 63.29 | 206.37 | 1,189.10 |
| 967.  R&R Door closer - Commercial grade | 1.00 EA | 20.45 | 150.73 | 9.65 | 37.98 | 218.81 |
| 968.  On site door prep. for full mortised lockset - Labor only | 2.00 EA | 0.00 | 102.35 | 0.00 | 42.99 | 247.69 |
| 969.  R&R Door hinges (set of 3) | 2.00 EA | 20.45 | 49.94 | 2.13 | 30.01 | 172.92 |
| 970.  R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 971.  R&R Door lockset & deadbolt - exterior - Premium grade | 1.00 EA | 20.45 | 250.40 | 17.43 | 60.54 | 348.82 |
| Smart lock | | | | | | |
| 972.  R&R Door weather stripping | 1.00 EA | 17.05 | 33.59 | 0.73 | 10.80 | 62.17 |
| 973.  R&R Door threshold | 1.00 EA | 11.36 | 57.94 | 2.03 | 14.97 | 86.30 |
| 974.  R&R Door peep hole | 1.00 EA | 6.81 | 21.56 | 0.94 | 6.15 | 35.46 |
| 975.  Seal & paint door/window trim & jamb - (per side) | 5.00 EA | 0.00 | 42.62 | 2.41 | 45.26 | 260.77 |
| 976.  Paint door/window trim & jamb - 1 coat (per side) | 5.00 EA | 0.00 | 28.83 | 1.78 | 30.66 | 176.59 |
| 977.  Seal & paint door slab only (per side) | 3.00 EA | 0.00 | 51.14 | 2.38 | 32.72 | 188.52 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - LR Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 978. Paint door slab only - 1 coat (per side) | 3.00 EA | 0.00 | 33.37 | 1.54 | 21.34 | 122.99 |
| 979. R&R Door stop - hinge pin mounted | 2.00 EA | 5.11 | 10.13 | 0.58 | 6.52 | 37.58 |
| 980. R&R Closet shelf and rod package | 2.58 LF | 5.11 | 22.98 | 1.22 | 15.47 | 89.16 |
| 981. Seal & paint closet shelving - single shelf | 1.00 EA | 0.00 | 70.66 | 0.43 | 14.93 | 86.02 |
| 982. R&R Robe hook | 4.00 EA | 6.81 | 17.05 | 2.33 | 20.53 | 118.30 |
| 983. R&R Outlet | 4.00 EA | 6.86 | 15.79 | 0.74 | 19.18 | 110.52 |
| 984. R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 985. R&R Television cable outlet | 1.00 EA | 7.32 | 77.12 | 1.97 | 18.15 | 104.56 |
| 986. R&R Phone/low voltage outlet rough-in | 1.00 EA | 7.32 | 54.66 | 0.61 | 13.15 | 75.74 |
| 987. R&R Outlet or switch cover | 7.00 EA | 0.87 | 3.33 | 0.60 | 6.30 | 36.30 |
| 988. R&R Baseboard - 3 1/4" | 65.42 LF | 0.62 | 3.94 | 10.00 | 64.75 | 373.06 |
| 989. Seal (1 coat) & paint (2 coats) baseboard | 65.42 LF | 0.00 | 2.94 | 1.10 | 40.62 | 234.05 |
| **FLOOR** | | | | | | |
| 990. R&R Radiator - 5 column/tube - 26" - 38" high - per section | 24.00 EA | 8.23 | 100.92 | 123.23 | 576.00 | 3,318.83 |
| 991. R&R Tackless strip - per LF | 65.42 LF | 0.69 | 0.80 | 5.07 | 20.47 | 123.02 |
| 992. Carpet pad | 245.14 SF | 0.00 | 0.65 | 15.43 | 33.46 | 208.23 |
| 993. Carpet | 294.17 SF | 0.00 | 3.97 | 113.05 | 245.25 | 1,526.15 |
| 994. Additional labor cost for Berber or patterned carpets | 245.14 SF | 0.00 | 0.28 | 6.64 | 14.41 | 89.69 |
| 995. Seam carpet | 3.00 LF | 0.00 | 5.80 | 1.68 | 3.65 | 22.73 |

Totals:  LR Living Room                516.27        2,333.35        13,586.00



**LR Hallway**                                                            **Height: 8'**

| | |
|---|---|
| 79.67  SF Walls | 17.08  SF Ceiling |
| 96.75  SF Walls & Ceiling | 17.08  SF Floor |
| 1.90  SY Flooring | 8.58  LF Floor Perimeter |
| 16.83  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | 2' 6" X 6' 8" | Opens into LR_BEDROOM |
| **Door** | 1' 10" X 6' 8" | Opens into LR_4PC_BATHR |
| **Missing Wall - Goes to Floor** | 2' 6" X 6' 8" | Opens into LIVING_ROOM2 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - LR Hallway



| Subroom: Closet (1) | | | | | Height: 8' |
|---|---|---|---|---|---|
| 43.07 SF Walls | | | 2.55 SF Ceiling | | |
| 45.62 SF Walls & Ceiling | | | 2.55 SF Floor | | |
| 0.28 SY Flooring | | | 5.15 LF Floor Perimeter | | |
| 6.56 LF Ceil. Perimeter | | | | | |

| Door | | 1' 5" X 6' 8" | | Opens into LR_HALLWAY | |
|---|---|---|---|---|---|

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 996. R&R Light fixture - High grade | 1.00 EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| Commercial LED | | | | | | |
| 997. R&R Combination CO/Smoke detector - High grade | 1.00 EA | 15.13 | 129.51 | 7.70 | 31.99 | 184.33 |
| **WALLS** | | | | | | |
| 998. R&R Casing - 2 1/4" hardwood - molded w/detail | 50.00 LF | 0.70 | 4.25 | 12.80 | 54.67 | 314.97 |
| 999. R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 12.00 EA | 2.92 | 11.14 | 4.15 | 36.31 | 209.18 |
| 1,000. R&R Casing - 2 1/4" | 16.00 LF | 0.70 | 2.62 | 2.01 | 11.57 | 66.70 |
| Inside of linen closet. | | | | | | |
| 1,001. R&R Door jamb per LF - interior - hardwood - 6 9/16" | 16.00 LF | 0.50 | 9.19 | 8.84 | 34.40 | 198.28 |
| 1,002. R&R Interior door - solid alder - paneled - slab only | 1.00 EA | 11.36 | 463.85 | 31.65 | 106.45 | 613.31 |
| 1,003. On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 1,004. R&R Door hinges (set of 2) | 1.00 EA | 13.64 | 35.45 | 0.88 | 10.50 | 60.47 |
| 1,005. R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 1,006. Seal & paint door slab only (per side) | 4.00 EA | 0.00 | 51.14 | 3.17 | 43.63 | 251.36 |
| 1,007. Paint door slab only - 1 coat (per side) | 4.00 EA | 0.00 | 33.37 | 2.05 | 28.47 | 164.00 |
| 1,008. Seal & paint door/window trim & jamb - (per side) | 4.00 EA | 0.00 | 42.62 | 1.93 | 36.20 | 208.61 |
| 1,009. Paint door/window trim & jamb - 1 coat (per side) | 4.00 EA | 0.00 | 28.83 | 1.42 | 24.52 | 141.26 |
| 1,010. R&R Closet package - hall/linen (4 shelves 3' wide) | 1.00 EA | 24.64 | 188.36 | 8.47 | 46.51 | 267.98 |
| 1,011. Seal & paint closet shelving - linen closet | 1.00 EA | 0.00 | 120.53 | 1.38 | 25.60 | 147.51 |
| 1,012. R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - LR Hallway

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,013.  R&R Outlet or switch cover | 1.00 EA | 0.87 | 3.33 | 0.09 | 0.91 | 5.20 |
| 1,014.  R&R Baseboard - 3 1/4" | 13.73 LF | 0.62 | 3.94 | 2.10 | 13.59 | 78.30 |
| 1,015.  Seal (1 coat) & paint (2 coats) baseboard | 13.73 LF | 0.00 | 2.94 | 0.23 | 8.53 | 49.13 |
| **FLOOR** | | | | | | |
| 1,016.  R&R Tackless strip - per LF | 13.73 LF | 0.69 | 0.80 | 1.06 | 4.30 | 25.81 |
| 1,017.  Carpet pad | 19.63 SF | 0.00 | 0.65 | 1.23 | 2.68 | 16.67 |
| 1,018.  Carpet | 23.56 SF | 0.00 | 3.97 | 9.05 | 19.64 | 122.22 |
| 1,019.  Additional labor cost for Berber or patterned carpets | 19.63 SF | 0.00 | 0.28 | 0.53 | 1.16 | 7.19 |
| 1,020.  Seam carpet | 3.00 LF | 0.00 | 5.80 | 1.68 | 3.65 | 22.73 |
| Totals:  LR Hallway | | | | 108.56 | 611.28 | 3,535.33 |



### LR Bedroom                                                    Height: 8'

| | |
|---|---|
| 304.56  SF Walls | 124.01  SF Ceiling |
| 428.56  SF Walls & Ceiling | 124.01  SF Floor |
| 13.78  SY Flooring | 38.63  LF Floor Perimeter |
| 44.79  LF Ceil. Perimeter | |

**Door**          2' 6" X 6' 8"          Opens into LR_HALLWAY
**Window**        3' 2" X 4'            Opens into Exterior



### Subroom:  Closet (1)                                          Height: 8'

| | |
|---|---|
| 95.78  SF Walls | 10.43  SF Ceiling |
| 106.21  SF Walls & Ceiling | 10.43  SF Floor |
| 1.16  SY Flooring | 11.67  LF Floor Perimeter |
| 13.50  LF Ceil. Perimeter | |

**Door**          1' 10" X 6' 8"         Opens into LR_BEDROOM



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894



**CONTINUED - LR Bedroom**

| **Subroom: Closet (2)** | | **Height: 8'** |
|---|---|---|
| 94.11 SF Walls | 10.18 SF Ceiling | |
| 104.29 SF Walls & Ceiling | 10.18 SF Floor | |
| 1.13 SY Flooring | 11.46 LF Floor Perimeter | |
| 13.29 LF Ceil. Perimeter | | |

| Door | 1' 10" X 6' 8" | Opens into LR_BEDROOM |
|---|---|---|

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **WALLS** | | | | | | |
| 1,021. Drywall window return - up to 6" | 24.33 LF | 0.00 | 12.10 | 2.80 | 62.41 | 359.60 |
| 1,022. R&R Window stool & apron | 6.67 LF | 1.04 | 8.52 | 2.27 | 13.86 | 79.90 |
| 1,023. Seal & paint window stool and apron | 7.00 LF | 0.00 | 5.41 | 0.25 | 8.02 | 46.14 |
| 1,024. Paint window stool and apron - 1 coat | 7.00 LF | 0.00 | 3.65 | 0.18 | 5.41 | 31.14 |
| 1,025. R&R Window blind - aluminum - 1" - 7.1 to 14 SF | 2.00 EA | 13.72 | 106.58 | 8.83 | 52.38 | 301.81 |
| 1,026. R&R Window drapery - hardware | 2.00 EA | 6.86 | 109.91 | 9.36 | 51.01 | 293.91 |
| 1,027. R&R Casing - 2 1/4" hardwood - molded w/detail | 51.00 LF | 0.70 | 4.25 | 13.06 | 55.77 | 321.28 |
| 1,028. R&R Casing - 2 1/4" | 34.00 LF | 0.70 | 2.62 | 4.27 | 24.61 | 141.76 |
| Inside of closets. | | | | | | |
| 1,029. R&R Door jamb per LF - interior - hardwood - 6 9/16" | 51.00 LF | 0.50 | 9.19 | 28.19 | 109.71 | 632.09 |
| 1,030. R&R Interior door - solid alder - paneled - slab only | 3.00 EA | 11.36 | 463.85 | 94.95 | 319.34 | 1,839.92 |
| 1,031. On site door prep. for full mortised lockset - Labor only | 3.00 EA | 0.00 | 102.35 | 0.00 | 64.49 | 371.54 |
| 1,032. R&R Door hinges (set of 2) | 3.00 EA | 13.64 | 35.45 | 2.65 | 31.49 | 181.41 |
| 1,033. R&R Door knob - interior | 3.00 EA | 17.05 | 47.13 | 5.45 | 41.59 | 239.58 |
| 1,034. Seal & paint door slab only (per side) | 5.00 EA | 0.00 | 51.14 | 3.96 | 54.54 | 314.20 |
| 1,035. Paint door slab only - 1 coat (per side) | 5.00 EA | 0.00 | 33.37 | 2.57 | 35.58 | 205.00 |
| 1,036. Seal & paint door/window trim & jamb - (per side) | 5.00 EA | 0.00 | 42.62 | 2.41 | 45.26 | 260.77 |
| 1,037. Paint door/window trim & jamb - 1 coat (per side) | 5.00 EA | 0.00 | 28.83 | 1.78 | 30.66 | 176.59 |
| 1,038. R&R Door stop - hinge pin mounted | 3.00 EA | 5.11 | 10.13 | 0.87 | 9.79 | 56.38 |

10402_10404_SHAKER1

**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - LR Bedroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,039.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 1,040.  R&R Outlet | 4.00 EA | 6.86 | 15.79 | 0.74 | 19.18 | 110.52 |
| 1,041.  R&R Outlet or switch cover | 5.00 EA | 0.87 | 3.33 | 0.43 | 4.51 | 25.94 |
| 1,042.  R&R Closet shelf and rod package | 8.67 LF | 5.11 | 22.98 | 4.11 | 52.00 | 299.65 |
| 1,043.  Seal & paint wood shelving, 12"- 24" width | 8.67 LF | 0.00 | 6.12 | 0.42 | 11.24 | 64.72 |
| 1,044.  Paint wood shelving, 12"- 24" width - 1 coat | 8.67 LF | 0.00 | 4.15 | 0.32 | 7.63 | 43.93 |
| 1,045.  R&R Robe hook | 9.00 EA | 6.81 | 17.05 | 5.24 | 46.20 | 266.18 |
| 1,046.  R&R Baseboard - 3 1/4" | 61.75 LF | 0.62 | 3.94 | 9.44 | 61.11 | 352.14 |
| 1,047.  Seal (1 coat) & paint (2 coats) baseboard | 61.75 LF | 0.00 | 2.94 | 1.04 | 38.34 | 220.93 |
| **FLOOR** | | | | | | |
| 1,048.  R&R Radiator - 5 column/tube - 26" - 38" high - per section | 14.00 EA | 8.23 | 100.92 | 71.88 | 336.00 | 1,935.98 |
| 1,049.  R&R Tackless strip - per LF | 61.75 LF | 0.69 | 0.80 | 4.78 | 19.32 | 116.11 |
| 1,050.  Carpet pad | 144.62 SF | 0.00 | 0.65 | 9.10 | 19.74 | 122.84 |
| 1,051.  Carpet | 173.55 SF | 0.00 | 3.97 | 66.70 | 144.69 | 900.38 |
| 1,052.  Additional labor cost for Berber or patterned carpets | 144.62 SF | 0.00 | 0.28 | 3.92 | 8.50 | 52.91 |
| 1,053.  Seam carpet | 3.00 LF | 0.00 | 5.80 | 1.68 | 3.65 | 22.73 |
| Totals:  LR Bedroom | | | | 363.89 | 1,792.99 | 10,416.49 |



**LR 4PC Bathroom**                                                                 **Height: 8'**

| | | | |
|---|---|---|---|
| 201.78  SF Walls | | 39.37  SF Ceiling | |
| 241.15  SF Walls & Ceiling | | 39.37  SF Floor | |
| 4.37  SY Flooring | | 25.42  LF Floor Perimeter | |
| 27.25  LF Ceil. Perimeter | | | |

| **Door** | **1' 10" X 6' 8"** | **Opens into LR_HALLWAY** |
|---|---|---|
| **Window** | **1' 4" X 3'** | **Opens into Exterior** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **WALLS** | | | | | | |
| 1,054.  R&R Drywall window return - up to 6" | 12.00 LF | 0.57 | 12.10 | 1.38 | 32.21 | 185.63 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - LR 4PC Bathroom**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,055.  R&R Sill - cultured marble on 2" x 6" wall | 2.00 LF | 0.86 | 16.17 | 1.05 | 7.38 | 42.49 |
| 1,056.  R&R Tile tub surround - up to 60 SF | 1.00 EA | 163.38 | 2,276.62 | 37.85 | 520.35 | 2,998.20 |
| 1,057.  R&R Bathtub | 1.00 EA | 102.28 | 980.93 | 38.25 | 235.51 | 1,356.97 |
| 1,058.  R&R Tub/shower faucet | 1.00 EA | 34.09 | 330.84 | 11.72 | 79.09 | 455.74 |
| 1,059.  R&R Shower curtain rod | 1.00 EA | 8.53 | 36.66 | 1.63 | 9.83 | 56.65 |
| 1,060.  R&R Vanity with cultured marble or solid surface top | 2.00 LF | 12.79 | 267.50 | 32.64 | 124.57 | 717.79 |
| 1,061.  R&R Cabinet knob or pull | 1.00 EA | 1.62 | 8.75 | 0.28 | 2.24 | 12.89 |
| 1,062.  R&R Sink faucet - Bathroom | 1.00 EA | 27.75 | 253.36 | 11.85 | 61.53 | 354.49 |
| 1,063.  Sink drain assembly with stop | 1.00 EA | 0.00 | 52.42 | 1.39 | 11.30 | 65.11 |
| 1,064.  R&R Angle stop valve | 2.00 EA | 6.81 | 42.99 | 2.00 | 21.34 | 122.94 |
| 1,065.  R&R Plumbing fixture supply line | 2.00 EA | 6.81 | 22.29 | 1.13 | 12.45 | 71.78 |
| 1,066.  R&R P-trap assembly - ABS (plastic) | 1.00 EA | 10.23 | 69.41 | 0.67 | 16.87 | 97.18 |
| 1,067.  R&R Mirror - framed | 6.00 SF | 0.38 | 30.21 | 11.57 | 40.98 | 236.09 |
| 1,068.  R&R Light fixture - wall sconce | 1.00 EA | 11.36 | 96.87 | 4.51 | 23.69 | 136.43 |
| 1,069.  Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 EA | 0.00 | 8.49 | 0.68 | 1.93 | 11.10 |
| 1,070.  R&R Towel bar | 1.00 EA | 8.52 | 31.38 | 1.21 | 8.63 | 49.74 |
| 1,071.  R&R Toilet paper holder | 1.00 EA | 6.81 | 28.65 | 0.99 | 7.66 | 44.11 |
| 1,072.  R&R Casing - 2 1/4" hardwood - molded w/detail | 18.00 LF | 0.70 | 4.25 | 4.61 | 19.69 | 113.40 |
| 1,073.  R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 4.00 EA | 2.92 | 11.14 | 1.38 | 12.11 | 69.73 |
| 1,074.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.50 | 9.19 | 9.40 | 36.57 | 210.70 |
| 1,075.  R&R Interior door - solid alder - paneled - slab only | 1.00 EA | 11.36 | 463.85 | 31.65 | 106.45 | 613.31 |
| 1,076.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 1,077.  R&R Door hinges (set of 2) | 1.00 EA | 13.64 | 35.45 | 0.88 | 10.50 | 60.47 |
| 1,078.  R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 1,079.  Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 1,080.  Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 1,081.  Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |

**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - LR 4PC Bathroom**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,082.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 1,083.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 1,084.  R&R Ground fault interrupter (GFI) outlet | 1.00 EA | 6.86 | 34.17 | 1.53 | 8.95 | 51.51 |
| 1,085.  R&R Outlet or switch cover | 2.00 EA | 0.87 | 3.33 | 0.17 | 1.80 | 10.37 |
| 1,086.  R&R Baseboard - 3 1/4" | 25.42 LF | 0.62 | 3.94 | 3.88 | 25.17 | 144.96 |
| 1,087.  Seal (1 coat) & paint (2 coats) baseboard | 25.42 LF | 0.00 | 2.94 | 0.43 | 15.78 | 90.94 |
| **FLOOR** | | | | | | |
| 1,088.  R&R Angle stop valve | 1.00 EA | 6.81 | 42.99 | 1.00 | 10.67 | 61.47 |
| 1,089.  R&R Plumbing fixture supply line | 1.00 EA | 6.81 | 22.29 | 0.56 | 6.23 | 35.89 |
| 1,090.  R&R Toilet | 1.00 EA | 34.09 | 561.40 | 26.24 | 130.56 | 752.29 |
| 1,091.  R&R Toilet seat | 1.00 EA | 9.30 | 59.03 | 2.57 | 14.88 | 85.78 |
| 1,092.  R&R Radiator - 2 column/tube - 20" - 30" high - per section | 10.00 EA | 8.23 | 74.55 | 30.25 | 180.20 | 1,038.25 |
| 1,093.  R&R Ball valve - brass - 2" | 1.00 EA | 10.23 | 138.81 | 6.96 | 32.77 | 188.77 |
| 1,094.  Snaplock Laminate - simulated wood flooring | 39.37 SF | 0.00 | 7.59 | 10.68 | 65.00 | 374.50 |
| 1,095.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |

Totals:  LR 4PC Bathroom            298.69     1,973.89     11,372.68



| LR Kitchen | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| 327.26  SF Walls | 103.43  SF Ceiling | |
| 430.68  SF Walls & Ceiling | 103.43  SF Floor | |
| 11.49  SY Flooring | 41.99  LF Floor Perimeter | |
| 44.49  LF Ceil. Perimeter | | |

**Door**     2' 6" X 6' 8"     Opens into LIVING_ROOM2
**Window**     3' X 4'     Opens into Exterior

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 1,096.  R&R Light fixture - High grade Commercial LED | 1.00 EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| **WALLS** | | | | | | |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - LR Kitchen

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,097.  R&R Custom cabinets - wall units - 36" tall - High grade | 5.50 LF | 10.24 | 305.09 | 114.42 | 388.24 | 2,236.98 |
| 1,098.  R&R Custom cabinets - wall units - 30" tall | 8.00 LF | 10.24 | 193.14 | 94.78 | 361.58 | 2,083.40 |
| 1,099.  R&R Custom cabinets - base units - High grade | 5.50 LF | 10.24 | 424.55 | 166.98 | 537.25 | 3,095.58 |
| 1,100.  R&R Custom cabinets - full height units | 1.58 LF | 12.29 | 409.99 | 44.62 | 149.49 | 861.31 |
| 1,101.  R&R Countertop - solid surface | 11.55 SF | 5.88 | 64.25 | 41.34 | 178.78 | 1,030.12 |
| 1,102.  R&R Cabinet knob or pull | 13.00 EA | 1.62 | 8.75 | 3.68 | 29.10 | 167.59 |
| 1,103.  R&R Sink - double basin | 1.00 EA | 27.28 | 428.97 | 23.86 | 100.84 | 580.95 |
| 1,104.  R&R Sink faucet - Kitchen | 1.00 EA | 27.75 | 299.36 | 15.53 | 71.96 | 414.60 |
| 1,105.  Sink strainer and drain assembly | 1.00 EA | 0.00 | 54.75 | 1.58 | 11.83 | 68.16 |
| 1,106.  R&R P-trap assembly - ABS (plastic) | 1.00 EA | 10.23 | 69.41 | 0.67 | 16.87 | 97.18 |
| 1,107.  R&R Angle stop valve | 2.00 EA | 6.81 | 42.99 | 2.00 | 21.34 | 122.94 |
| 1,108.  R&R Plumbing fixture supply line | 2.00 EA | 6.81 | 22.29 | 1.13 | 12.45 | 71.78 |
| 1,109.  R&R Outlet | 2.00 EA | 6.86 | 15.79 | 0.37 | 9.59 | 55.26 |
| 1,110.  R&R Ground fault interrupter (GFI) outlet | 1.00 EA | 6.86 | 34.17 | 1.53 | 8.95 | 51.51 |
| 1,111.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 1,112.  R&R Outlet or switch cover | 5.00 EA | 0.87 | 3.33 | 0.43 | 4.51 | 25.94 |
| 1,113.  R&R Door bell/chime | 1.00 EA | 6.86 | 140.37 | 3.20 | 31.60 | 182.03 |
| 1,114.  R&R Breaker panel - 70 amp | 1.00 EA | 160.41 | 615.06 | 11.62 | 165.30 | 952.39 |
| 1,115.  Circuit breaker - main disconnect - up to 100 amp | 1.00 EA | 0.00 | 120.86 | 5.30 | 26.50 | 152.66 |
| 1,116.  Circuit breaker - bolt-on - 1 pole, 15 to 60 amp | 4.00 EA | 0.00 | 48.25 | 5.85 | 41.76 | 240.61 |
| 1,117.  R&R Phone/low voltage outlet rough-in | 1.00 EA | 7.32 | 54.66 | 0.61 | 13.15 | 75.74 |
| 1,118.  R&R Phone, TV, or speaker outlet | 1.00 EA | 6.39 | 20.54 | 0.56 | 5.77 | 33.26 |
| 1,119.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.50 | 9.19 | 9.40 | 36.57 | 210.70 |
| 1,120.  R&R Door hinges (set of 2) | 1.00 EA | 13.64 | 35.45 | 0.88 | 10.50 | 60.47 |
| 1,121.  Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |
| 1,122.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 1,123.  R&R Flexible gas supply line connector - 5/8" - 25" to 48" | 1.00 EA | 3.41 | 45.15 | 2.68 | 10.78 | 62.02 |

**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - LR Kitchen

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,124.  R&R Gas solenoid valve | 1.00 EA | 25.57 | 311.52 | 17.60 | 74.49 | 429.18 |
| 1,125.  R&R Range - freestanding - gas | 1.00 EA | 27.45 | 1,169.16 | 80.00 | 268.10 | 1,544.71 |
| 1,126.  R&R Refrigerator - top freezer - 18 to 22 cf | 1.00 EA | 45.46 | 931.42 | 72.00 | 220.27 | 1,269.15 |
| 1,127.  R&R Drywall window return - up to 6" | 15.00 LF | 0.57 | 12.10 | 1.73 | 40.28 | 232.06 |
| 1,128.  R&R Sill - cultured marble on 2" x 6" wall | 3.00 LF | 0.86 | 16.17 | 1.57 | 11.06 | 63.72 |
| 1,129.  R&R Baseboard - 3 1/4" | 41.99 LF | 0.62 | 3.94 | 6.42 | 41.55 | 239.44 |
| 1,130.  Seal (1 coat) & paint (2 coats) baseboard | 41.99 LF | 0.00 | 2.94 | 0.71 | 26.08 | 150.24 |
| **FLOOR** | | | | | | |
| 1,131.  Snaplock Laminate - simulated wood flooring | 103.43 SF | 0.00 | 7.59 | 28.05 | 170.75 | 983.83 |
| 1,132.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |
| 1,133.  R&R Radiator - 4 column/tube - 16" - 30" high - per section | 12.00 EA | 8.23 | 85.74 | 47.04 | 246.68 | 1,421.36 |
| Totals:  LR Kitchen | | | | 814.80 | 3,395.26 | 19,562.23 |



**Common Hall Right**                                                      Height: 8'

90.06  SF Walls                          29.46  SF Ceiling
119.52  SF Walls & Ceiling               29.46  SF Floor
3.27  SY Flooring                        10.44  LF Floor Perimeter
15.35  LF Ceil. Perimeter

| Door | 2' 5" X 6' 8" | Opens into RR_LIVING_RO |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into RL_LIVING_RO |



**Subroom:  Stairway Right (1)**                                           Height: 12' 6"

44.81  SF Walls                          15.93  SF Ceiling
60.74  SF Walls & Ceiling                33.24  SF Floor
3.69  SY Flooring                        5.83  LF Floor Perimeter
4.37  LF Ceil. Perimeter

| Missing Wall | 3' 7 3/4" X 12' 6" | Opens into COMMON_HALL1 |
|---|---|---|
| Missing Wall | 4' 4 7/16" X 12' 6" | Opens into STAIRWAY3 |
| Missing Wall | 3' 7 3/4" X 12' 6" | Opens into STAIRWAY1 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - Common Hall Right**



| Subroom:  Stairway Right (2) | | Height: 12' 6" |
|---|---|---|
| 178.22 SF Walls | 28.51 SF Ceiling | |
| 206.73 SF Walls & Ceiling | 28.51 SF Floor | |
| 3.17 SY Flooring | 15.11 LF Floor Perimeter | |
| 15.11 LF Ceil. Perimeter | | |

| Missing Wall | 4' 2" X 12' 6" | Opens into STAIRWAY3 |
|---|---|---|
| Window | 2' 8" X 4' | Opens into Exterior |
| Missing Wall | 3' 7 3/4" X 12' 6" | Opens into STAIRWAY_RIG |

| Subroom:  Stairway Right (3) | | Height: 17' |
|---|---|---|
| 64.48 SF Walls | 18.22 SF Ceiling | |
| 82.70 SF Walls & Ceiling | 38.02 SF Floor | |
| 4.22 SY Flooring | 5.83 LF Floor Perimeter | |
| 4.37 LF Ceil. Perimeter | | |

| Missing Wall | 4' 2" X 17' | Opens into STAIRWAY1 |
|---|---|---|
| Missing Wall | 4' 2" X 17' | Opens into COMMON_HALL1 |
| Missing Wall | 4' 4 7/16" X 17' | Opens into STAIRWAY_RIG |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 1,134.  R&R Combination CO/Smoke detector - High grade | 1.00 EA | 15.13 | 129.51 | 7.70 | 31.99 | 184.33 |
| 1,135.  R&R Light fixture - Premium grade | 1.00 EA | 11.36 | 195.78 | 11.20 | 45.86 | 264.20 |
| Commercial LED light | | | | | | |
| **WALLS** | | | | | | |
| 1,136.  R&R Chair rail - 2 1/2" | 37.21 LF | 0.57 | 3.51 | 5.24 | 32.98 | 190.04 |
| 1,137.  Seal (1 coat) & paint (2 coats) chair rail | 37.21 LF | 0.00 | 2.96 | 0.68 | 23.28 | 134.10 |
| 1,138.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 36.00 LF | 0.50 | 9.19 | 19.90 | 77.43 | 446.17 |
| 1,139.  R&R Trim board - 1" x 8" - installed (hardwood - oak or =) | 34.00 LF | 0.57 | 11.86 | 26.47 | 94.31 | 543.40 |
| Additional jamb thickness going into units. | | | | | | |
| 1,140.  R&R Casing - 3 1/4" hardwood | 36.00 LF | 0.70 | 4.31 | 9.39 | 39.85 | 229.60 |
| 1,141.  Seal (1 coat) & paint (2 coats) casing | 36.00 LF | 0.00 | 2.96 | 0.66 | 22.52 | 129.74 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - Common Hall Right

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,142.  R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 4.00 EA | 2.92 | 11.14 | 1.38 | 12.11 | 69.73 |
| 1,143.  R&R Casing - 2 1/4" hardwood | 6.00 LF | 0.70 | 3.76 | 1.30 | 5.89 | 33.95 |
| Trimming off radiator offset. | | | | | | |
| 1,144.  Seal (1 coat) & paint (2 coats) casing | 6.00 LF | 0.00 | 2.96 | 0.11 | 3.75 | 21.62 |
| 1,145.  R&R House numbers/letters - plastic or metal - up to 4" | 4.00 EA | 5.11 | 19.28 | 3.04 | 21.11 | 121.71 |
| 1,146.  Seal (1 coat) & paint (2 coats) balustrade | 4.00 LF | 0.00 | 52.39 | 3.13 | 44.66 | 257.35 |
| 1,147.  R&R Baseboard - 3 1/4" | 37.21 LF | 0.62 | 3.94 | 5.69 | 36.84 | 212.21 |
| 1,148.  Seal (1 coat) & paint (2 coats) baseboard | 37.21 LF | 0.00 | 2.94 | 0.62 | 23.10 | 133.12 |
| **FLOOR** | | | | | | |
| 1,149.  R&R Radiator - 4 column/tube - 16" - 30" high - per section | 26.00 EA | 8.23 | 85.74 | 101.92 | 534.48 | 3,079.62 |
| 1,150.  R&R Tackless strip - per LF | 37.21 LF | 0.69 | 0.80 | 2.88 | 11.65 | 69.97 |
| 1,151.  Carpet pad | 129.23 SF | 0.00 | 0.65 | 8.13 | 17.64 | 109.77 |
| 1,152.  Carpet - High grade | 148.62 SF | 0.00 | 6.74 | 96.97 | 210.36 | 1,309.03 |
| 15 % waste added for Carpet - High grade. | | | | | | |
| 1,153.  Additional labor cost for Berber or patterned carpets | 129.23 SF | 0.00 | 0.28 | 3.50 | 7.60 | 47.28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals:  Common Hall Right | | | | 309.91 | 1,297.41 | 7,586.94 |



| | | | |
|---|---|---|---|
| **RL Living Room** | | | **Height: 8'** |
| | 398.32  SF Walls | 218.69  SF Ceiling | |
| | 617.02  SF Walls & Ceiling | 218.69  SF Floor | |
| | 24.30  SY Flooring | 51.67  LF Floor Perimeter | |
| | 61.17  LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Door** | **2' 6" X 6' 8"** | **Opens into COMMON_HALL1** |
| **Window** | **3' 2" X 4'** | **Opens into Exterior** |
| **Window** | **3' 2" X 4'** | **Opens into Exterior** |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - RL Living Room**



| **Subroom:  Closet (2)** | **Height: 8'** |
|---|---|
| 67.33  SF Walls | 6.35  SF Ceiling |
| 73.68  SF Walls & Ceiling | 6.35  SF Floor |
| 0.71  SY Flooring | 8.08  LF Floor Perimeter |
| 10.08  LF Ceil. Perimeter | |

**Door**          2' X 6' 8"                    Opens into ROOM1

| **Subroom:  Living Room (1)** | **Height: 7'** |
|---|---|
| 40.25  SF Walls | 18.38  SF Ceiling |
| 58.63  SF Walls & Ceiling | 18.38  SF Floor |
| 2.04  SY Flooring | 5.42  LF Floor Perimeter |
| 12.42  LF Ceil. Perimeter | |

**Door**                              2' X 6' 8"                    Opens into CLOSET4
**Missing Wall - Goes to Floor**      2' 6" X 6' 8"                Opens into RL_HALLWAY
**Missing Wall - Goes to Floor**      2' 6" X 6' 8"                Opens into RL_KITCHEN
**Missing Wall**                      7' X 7'                      Opens into RL_LIVING_RO

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 1,154.  R&R Light fixture - High grade | 1.00  EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| 1,155.  R&R Ceiling hook | 1.00  EA | 3.41 | 11.79 | 0.16 | 3.24 | 18.60 |
| **WALLS** | | | | | | |
| 1,156.  Drywall window return - up to 6" | 36.50  LF | 0.00 | 12.10 | 4.20 | 93.63 | 539.48 |
| 1,157.  R&R Window stool & apron | 10.00  LF | 1.04 | 8.52 | 3.40 | 20.78 | 119.78 |
| 1,158.  Seal & paint window stool and apron | 10.00  LF | 0.00 | 5.41 | 0.36 | 11.44 | 65.90 |
| 1,159.  Paint window stool and apron - 1 coat | 10.00  LF | 0.00 | 3.65 | 0.26 | 7.73 | 44.49 |
| 1,160.  R&R Window blind - aluminum - 1" - 7.1 to 14 SF | 3.00  EA | 13.72 | 106.58 | 13.24 | 78.57 | 452.71 |
| 1,161.  R&R Window drapery - hardware | 3.00  EA | 6.86 | 109.91 | 14.04 | 76.50 | 440.85 |
| 1,162.  R&R Casing - 2 1/4" hardwood - molded w/detail | 85.00  LF | 0.70 | 4.25 | 21.76 | 92.94 | 535.45 |
| Opening to kitchen, hallway, both sides of closet and entry. | | | | | | |
| 1,163.  R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 12.00  EA | 2.92 | 11.14 | 4.15 | 36.31 | 209.18 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - RL Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,164.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 50.50 LF | 0.50 | 9.19 | 27.92 | 108.63 | 625.90 |
| 1,165.  R&R Interior door - solid alder - paneled - slab only | 1.00 EA | 11.36 | 463.85 | 31.65 | 106.45 | 613.31 |
| 1,166.  R&R Exterior door - solid alder - paneled - slab only | 1.00 EA | 14.62 | 904.82 | 63.29 | 206.37 | 1,189.10 |
| 1,167.  R&R Door closer - Commercial grade | 1.00 EA | 20.45 | 150.73 | 9.65 | 37.98 | 218.81 |
| 1,168.  On site door prep. for full mortised lockset - Labor only | 2.00 EA | 0.00 | 102.35 | 0.00 | 42.99 | 247.69 |
| 1,169.  R&R Door hinges (set of 3) | 2.00 EA | 20.45 | 49.94 | 2.13 | 30.01 | 172.92 |
| 1,170.  R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 1,171.  R&R Door lockset & deadbolt - exterior - Premium grade<br>Smart lock | 1.00 EA | 20.45 | 250.40 | 17.43 | 60.54 | 348.82 |
| 1,172.  R&R Door weather stripping | 1.00 EA | 17.05 | 33.59 | 0.73 | 10.80 | 62.17 |
| 1,173.  R&R Door threshold | 1.00 EA | 11.36 | 57.94 | 2.03 | 14.97 | 86.30 |
| 1,174.  R&R Door peep hole | 1.00 EA | 6.81 | 21.56 | 0.94 | 6.15 | 35.46 |
| 1,175.  Seal & paint door/window trim & jamb - (per side) | 5.00 EA | 0.00 | 42.62 | 2.41 | 45.26 | 260.77 |
| 1,176.  Paint door/window trim & jamb - 1 coat (per side) | 5.00 EA | 0.00 | 28.83 | 1.78 | 30.66 | 176.59 |
| 1,177.  Seal & paint door slab only (per side) | 3.00 EA | 0.00 | 51.14 | 2.38 | 32.72 | 188.52 |
| 1,178.  Paint door slab only - 1 coat (per side) | 3.00 EA | 0.00 | 33.37 | 1.54 | 21.34 | 122.99 |
| 1,179.  R&R Door stop - hinge pin mounted | 2.00 EA | 5.11 | 10.13 | 0.58 | 6.52 | 37.58 |
| 1,180.  R&R Closet shelf and rod package | 2.58 LF | 5.11 | 22.98 | 1.22 | 15.47 | 89.16 |
| 1,181.  Seal & paint closet shelving - single shelf | 1.00 EA | 0.00 | 70.66 | 0.43 | 14.93 | 86.02 |
| 1,182.  R&R Robe hook | 4.00 EA | 6.81 | 17.05 | 2.33 | 20.53 | 118.30 |
| 1,183.  R&R Outlet | 4.00 EA | 6.86 | 15.79 | 0.74 | 19.18 | 110.52 |
| 1,184.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 1,185.  R&R Television cable outlet | 1.00 EA | 7.32 | 77.12 | 1.97 | 18.15 | 104.56 |
| 1,186.  R&R Phone/low voltage outlet rough-in | 1.00 EA | 7.32 | 54.66 | 0.61 | 13.15 | 75.74 |
| 1,187.  R&R Outlet or switch cover | 7.00 EA | 0.87 | 3.33 | 0.60 | 6.30 | 36.30 |
| 1,188.  R&R Baseboard - 3 1/4" | 65.17 LF | 0.62 | 3.94 | 9.96 | 64.52 | 371.66 |
| 1,189.  Seal (1 coat) & paint (2 coats) baseboard | 65.17 LF | 0.00 | 2.94 | 1.10 | 40.47 | 233.17 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - RL Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **FLOOR** | | | | | | |
| 1,190.  R&R Radiator - 5 column/tube - 26" - 38" high - per section | 24.00 EA | 8.23 | 100.92 | 123.23 | 576.00 | 3,318.83 |
| 1,191.  R&R Tackless strip - per LF | 65.17 LF | 0.69 | 0.80 | 5.05 | 20.40 | 122.56 |
| 1,192.  Carpet pad | 243.42 SF | 0.00 | 0.65 | 15.32 | 33.22 | 206.76 |
| 1,193.  Carpet | 292.10 SF | 0.00 | 3.97 | 112.25 | 243.52 | 1,515.41 |
| 1,194.  Additional labor cost for Berber or patterned carpets | 243.42 SF | 0.00 | 0.28 | 6.59 | 14.32 | 89.07 |
| 1,195.  Seam carpet | 3.00 LF | 0.00 | 5.80 | 1.68 | 3.65 | 22.73 |
| Totals:  RL Living Room | | | | 515.25 | 2,330.84 | 13,570.43 |



### RL Hallway                                                                Height: 8'

| | |
|---|---|
| 78.36  SF Walls | 16.77  SF Ceiling |
| 95.13  SF Walls & Ceiling | 16.77  SF Floor |
| 1.86  SY Flooring | 8.42  LF Floor Perimeter |
| 16.67  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | 2' 6" X 6' 8" | Opens into ROOM1 |
| **Door** | 2' 6" X 6' 8" | Opens into RL_BEDROOM |
| **Door** | 1' 10" X 6' 8" | Opens into RL_4PC_BATHR |



### Subroom:  Closet (1)                                                      Height: 8'

| | |
|---|---|
| 43.28  SF Walls | 2.62  SF Ceiling |
| 45.90  SF Walls & Ceiling | 2.62  SF Floor |
| 0.29  SY Flooring | 5.17  LF Floor Perimeter |
| 6.59  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | 1' 5" X 6' 8" | Opens into RL_HALLWAY |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 1,196.  R&R Light fixture - High grade | 1.00 EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| Commercial LED | | | | | | |
| 1,197.  R&R Combination CO/Smoke detector - High grade | 1.00 EA | 15.13 | 129.51 | 7.70 | 31.99 | 184.33 |
| **WALLS** | | | | | | |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - RL Hallway

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,198.  R&R Casing - 2 1/4" hardwood - molded w/detail | 50.00 LF | 0.70 | 4.25 | 12.80 | 54.67 | 314.97 |
| 1,199.  R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 12.00 EA | 2.92 | 11.14 | 4.15 | 36.31 | 209.18 |
| 1,200.  R&R Casing - 2 1/4" | 16.00 LF | 0.70 | 2.62 | 2.01 | 11.57 | 66.70 |
| Inside of linen closet. | | | | | | |
| 1,201.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 16.00 LF | 0.50 | 9.19 | 8.84 | 34.40 | 198.28 |
| 1,202.  R&R Interior door - solid alder - paneled - slab only | 1.00 EA | 11.36 | 463.85 | 31.65 | 106.45 | 613.31 |
| 1,203.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 1,204.  R&R Door hinges (set of 2) | 1.00 EA | 13.64 | 35.45 | 0.88 | 10.50 | 60.47 |
| 1,205.  R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 1,206.  Seal & paint door slab only (per side) | 4.00 EA | 0.00 | 51.14 | 3.17 | 43.63 | 251.36 |
| 1,207.  Paint door slab only - 1 coat (per side) | 4.00 EA | 0.00 | 33.37 | 2.05 | 28.47 | 164.00 |
| 1,208.  Seal & paint door/window trim & jamb - (per side) | 4.00 EA | 0.00 | 42.62 | 1.93 | 36.20 | 208.61 |
| 1,209.  Paint door/window trim & jamb - 1 coat (per side) | 4.00 EA | 0.00 | 28.83 | 1.42 | 24.52 | 141.26 |
| 1,210.  R&R Closet package - hall/linen (4 shelves 3' wide) | 1.00 EA | 24.64 | 188.36 | 8.47 | 46.51 | 267.98 |
| 1,211.  Seal & paint closet shelving - linen closet | 1.00 EA | 0.00 | 120.53 | 1.38 | 25.60 | 147.51 |
| 1,212.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 1,213.  R&R Outlet or switch cover | 1.00 EA | 0.87 | 3.33 | 0.09 | 0.91 | 5.20 |
| 1,214.  R&R Baseboard - 3 1/4" | 13.59 LF | 0.62 | 3.94 | 2.08 | 13.45 | 77.50 |
| 1,215.  Seal (1 coat) & paint (2 coats) baseboard | 13.59 LF | 0.00 | 2.94 | 0.23 | 8.45 | 48.63 |
| **FLOOR** | | | | | | |
| 1,216.  R&R Tackless strip - per LF | 13.59 LF | 0.69 | 0.80 | 1.05 | 4.26 | 25.56 |
| 1,217.  Carpet pad | 19.39 SF | 0.00 | 0.65 | 1.22 | 2.65 | 16.47 |
| 1,218.  Carpet | 23.27 SF | 0.00 | 3.97 | 8.94 | 19.40 | 120.72 |
| 1,219.  Additional labor cost for Berber or patterned carpets | 19.39 SF | 0.00 | 0.28 | 0.52 | 1.14 | 7.09 |
| 1,220.  Seam carpet | 3.00 LF | 0.00 | 5.80 | 1.68 | 3.65 | 22.73 |

| Totals:  RL Hallway | | | | 108.40 | 610.73 | 3,531.98 |
|---|---|---|---|---|---|---|



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894



| RL Bedroom | | Height: 8' |
|---|---|---|
| 303.13 SF Walls | 123.91 SF Ceiling | |
| 427.04 SF Walls & Ceiling | 123.91 SF Floor | |
| 13.77 SY Flooring | 38.42 LF Floor Perimeter | |
| 44.75 LF Ceil. Perimeter | | |

| **Door** | 2' 6" X 6' 8" | Opens into RL_HALLWAY |
|---|---|---|
| **Window** | 3' 2" X 4' | Opens into Exterior |



| Subroom: Closet (1) | | Height: 8' |
|---|---|---|
| 88.67 SF Walls | 9.63 SF Ceiling | |
| 98.30 SF Walls & Ceiling | 9.63 SF Floor | |
| 1.07 SY Flooring | 10.75 LF Floor Perimeter | |
| 12.75 LF Ceil. Perimeter | | |

| **Door** | 2' X 6' 8" | Opens into RL_BEDROOM |
|---|---|---|



| Subroom: Closet (2) | | Height: 8' |
|---|---|---|
| 101.10 SF Walls | 11.37 SF Ceiling | |
| 112.47 SF Walls & Ceiling | 11.37 SF Floor | |
| 1.26 SY Flooring | 12.33 LF Floor Perimeter | |
| 14.17 LF Ceil. Perimeter | | |

| **Door** | 1' 10" X 6' 8" | Opens into RL_BEDROOM |
|---|---|---|

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **WALLS** | | | | | | |
| 1,221. Drywall window return - up to 6" | 24.33 LF | 0.00 | 12.10 | 2.80 | 62.41 | 359.60 |
| 1,222. R&R Window stool & apron | 6.67 LF | 1.04 | 8.52 | 2.27 | 13.86 | 79.90 |
| 1,223. Seal & paint window stool and apron | 7.00 LF | 0.00 | 5.41 | 0.25 | 8.02 | 46.14 |
| 1,224. Paint window stool and apron - 1 coat | 7.00 LF | 0.00 | 3.65 | 0.18 | 5.41 | 31.14 |
| 1,225. R&R Window blind - aluminum - 1" - 7.1 to 14 SF | 2.00 EA | 13.72 | 106.58 | 8.83 | 52.38 | 301.81 |
| 1,226. R&R Window drapery - hardware | 2.00 EA | 6.86 | 109.91 | 9.36 | 51.01 | 293.91 |
| 1,227. R&R Casing - 2 1/4" hardwood - molded w/detail | 51.00 LF | 0.70 | 4.25 | 13.06 | 55.77 | 321.28 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - RL Bedroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,228.  R&R Casing - 2 1/4" | 34.00 LF | 0.70 | 2.62 | 4.27 | 24.61 | 141.76 |
| Inside of closets. | | | | | | |
| 1,229.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 51.00 LF | 0.50 | 9.19 | 28.19 | 109.71 | 632.09 |
| 1,230.  R&R Interior door - solid alder - paneled - slab only | 3.00 EA | 11.36 | 463.85 | 94.95 | 319.34 | 1,839.92 |
| 1,231.  On site door prep. for full mortised lockset - Labor only | 3.00 EA | 0.00 | 102.35 | 0.00 | 64.49 | 371.54 |
| 1,232.  R&R Door hinges (set of 2) | 3.00 EA | 13.64 | 35.45 | 2.65 | 31.49 | 181.41 |
| 1,233.  R&R Door knob - interior | 3.00 EA | 17.05 | 47.13 | 5.45 | 41.59 | 239.58 |
| 1,234.  Seal & paint door slab only (per side) | 5.00 EA | 0.00 | 51.14 | 3.96 | 54.54 | 314.20 |
| 1,235.  Paint door slab only - 1 coat (per side) | 5.00 EA | 0.00 | 33.37 | 2.57 | 35.58 | 205.00 |
| 1,236.  Seal & paint door/window trim & jamb - (per side) | 5.00 EA | 0.00 | 42.62 | 2.41 | 45.26 | 260.77 |
| 1,237.  Paint door/window trim & jamb - 1 coat (per side) | 5.00 EA | 0.00 | 28.83 | 1.78 | 30.66 | 176.59 |
| 1,238.  R&R Door stop - hinge pin mounted | 3.00 EA | 5.11 | 10.13 | 0.87 | 9.79 | 56.38 |
| 1,239.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 1,240.  R&R Outlet | 4.00 EA | 6.86 | 15.79 | 0.74 | 19.18 | 110.52 |
| 1,241.  R&R Outlet or switch cover | 5.00 EA | 0.87 | 3.33 | 0.43 | 4.51 | 25.94 |
| 1,242.  R&R Closet shelf and rod package | 8.67 LF | 5.11 | 22.98 | 4.11 | 52.00 | 299.65 |
| 1,243.  Seal & paint wood shelving, 12"- 24" width | 8.67 LF | 0.00 | 6.12 | 0.42 | 11.24 | 64.72 |
| 1,244.  Paint wood shelving, 12"- 24" width - 1 coat | 8.67 LF | 0.00 | 4.15 | 0.32 | 7.63 | 43.93 |
| 1,245.  R&R Robe hook | 9.00 EA | 6.81 | 17.05 | 5.24 | 46.20 | 266.18 |
| 1,246.  R&R Baseboard - 3 1/4" | 61.50 LF | 0.62 | 3.94 | 9.40 | 60.85 | 350.69 |
| 1,247.  Seal (1 coat) & paint (2 coats) baseboard | 61.50 LF | 0.00 | 2.94 | 1.03 | 38.18 | 220.02 |
| **FLOOR** | | | | | | |
| 1,248.  R&R Radiator - 5 column/tube - 26" - 38" high - per section | 14.00 EA | 8.23 | 100.92 | 71.88 | 336.00 | 1,935.98 |
| 1,249.  R&R Tackless strip - per LF | 61.50 LF | 0.69 | 0.80 | 4.77 | 19.24 | 115.65 |
| 1,250.  Carpet pad | 144.90 SF | 0.00 | 0.65 | 9.12 | 19.78 | 123.09 |
| 1,251.  Carpet | 173.88 SF | 0.00 | 3.97 | 66.82 | 144.96 | 902.08 |
| 1,252.  Additional labor cost for Berber or patterned carpets | 144.90 SF | 0.00 | 0.28 | 3.93 | 8.52 | 53.02 |
| 1,253.  Seam carpet | 3.00 LF | 0.00 | 5.80 | 1.68 | 3.65 | 22.73 |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - RL Bedroom**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals:  RL Bedroom | | | | 363.98 | 1,792.82 | 10,415.73 |



**RL 4PC Bathroom** | **Height: 8'**

| 199.36 SF Walls | 38.55 SF Ceiling |
|---|---|
| 237.91 SF Walls & Ceiling | 38.55 SF Floor |
| 4.28 SY Flooring | 25.21 LF Floor Perimeter |
| 27.04 LF Ceil. Perimeter | |

**Door** | **1' 10" X 6' 8"** | Opens into RL_HALLWAY
**Window** | **1' 7" X 3'** | Opens into Exterior

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **WALLS** | | | | | | |
| 1,254.  Drywall window return - up to 6" | 12.00 LF | 0.00 | 12.10 | 1.38 | 30.78 | 177.36 |
| 1,255.  R&R Sill - cultured marble on 2" x 6" wall | 2.00 LF | 0.86 | 16.17 | 1.05 | 7.38 | 42.49 |
| 1,256.  R&R Tile tub surround - up to 60 SF | 1.00 EA | 163.38 | 2,276.62 | 37.85 | 520.35 | 2,998.20 |
| 1,257.  R&R Bathtub | 1.00 EA | 102.28 | 980.93 | 38.25 | 235.51 | 1,356.97 |
| 1,258.  R&R Tub/shower faucet | 1.00 EA | 34.09 | 330.84 | 11.72 | 79.09 | 455.74 |
| 1,259.  R&R Shower curtain rod | 1.00 EA | 8.53 | 36.66 | 1.63 | 9.83 | 56.65 |
| 1,260.  R&R Vanity with cultured marble or solid surface top | 2.00 LF | 12.79 | 267.50 | 32.64 | 124.57 | 717.79 |
| 1,261.  R&R Cabinet knob or pull | 1.00 EA | 1.62 | 8.75 | 0.28 | 2.24 | 12.89 |
| 1,262.  R&R Sink faucet - Bathroom | 1.00 EA | 27.75 | 253.36 | 11.85 | 61.53 | 354.49 |
| 1,263.  Sink drain assembly with stop | 1.00 EA | 0.00 | 52.42 | 1.39 | 11.30 | 65.11 |
| 1,264.  R&R Angle stop valve | 2.00 EA | 6.81 | 42.99 | 2.00 | 21.34 | 122.94 |
| 1,265.  R&R Plumbing fixture supply line | 2.00 EA | 6.81 | 22.29 | 1.13 | 12.45 | 71.78 |
| 1,266.  R&R P-trap assembly - ABS (plastic) | 1.00 EA | 10.23 | 69.41 | 0.67 | 16.87 | 97.18 |
| 1,267.  R&R Mirror - framed | 6.00 SF | 0.38 | 30.21 | 11.57 | 40.98 | 236.09 |
| 1,268.  R&R Light fixture - wall sconce | 1.00 EA | 11.36 | 96.87 | 4.51 | 23.69 | 136.43 |
| 1,269.  Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 EA | 0.00 | 8.49 | 0.68 | 1.93 | 11.10 |
| 1,270.  R&R Towel bar | 1.00 EA | 8.52 | 31.38 | 1.21 | 8.63 | 49.74 |
| 1,271.  R&R Toilet paper holder | 1.00 EA | 6.81 | 28.65 | 0.99 | 7.66 | 44.11 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - RL 4PC Bathroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,272.  R&R Casing - 2 1/4" hardwood - molded w/detail | 18.00 LF | 0.70 | 4.25 | 4.61 | 19.69 | 113.40 |
| 1,273.  R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 4.00 EA | 2.92 | 11.14 | 1.38 | 12.11 | 69.73 |
| 1,274.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.50 | 9.19 | 9.40 | 36.57 | 210.70 |
| 1,275.  R&R Interior door - solid alder - paneled - slab only | 1.00 EA | 11.36 | 463.85 | 31.65 | 106.45 | 613.31 |
| 1,276.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 1,277.  R&R Door hinges (set of 2) | 1.00 EA | 13.64 | 35.45 | 0.88 | 10.50 | 60.47 |
| 1,278.  R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 1,279.  Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 1,280.  Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 1,281.  Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |
| 1,282.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 1,283.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 1,284.  R&R Ground fault interrupter (GFI) outlet | 1.00 EA | 6.86 | 34.17 | 1.53 | 8.95 | 51.51 |
| 1,285.  R&R Outlet or switch cover | 2.00 EA | 0.87 | 3.33 | 0.17 | 1.80 | 10.37 |
| 1,286.  R&R Baseboard - 3 1/4" | 25.21 LF | 0.62 | 3.94 | 3.85 | 24.95 | 143.76 |
| 1,287.  Seal (1 coat) & paint (2 coats) baseboard | 25.21 LF | 0.00 | 2.94 | 0.42 | 15.65 | 90.19 |
| **FLOOR** | | | | | | |
| 1,288.  R&R Angle stop valve | 1.00 EA | 6.81 | 42.99 | 1.00 | 10.67 | 61.47 |
| 1,289.  R&R Plumbing fixture supply line | 1.00 EA | 6.81 | 22.29 | 0.56 | 6.23 | 35.89 |
| 1,290.  R&R Toilet | 1.00 EA | 34.09 | 561.40 | 26.24 | 130.56 | 752.29 |
| 1,291.  R&R Toilet seat | 1.00 EA | 9.30 | 59.03 | 2.57 | 14.88 | 85.78 |
| 1,292.  R&R Radiator - 2 column/tube - 20" - 30" high - per section | 10.00 EA | 8.23 | 74.55 | 30.25 | 180.20 | 1,038.25 |
| 1,293.  R&R Ball valve - brass - 2" | 1.00 EA | 10.23 | 138.81 | 6.96 | 32.77 | 188.77 |
| 1,294.  Snaplock Laminate - simulated wood flooring | 38.55 SF | 0.00 | 7.59 | 10.45 | 63.65 | 366.69 |
| 1,295.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |
| Totals:  RL 4PC Bathroom | | | | 298.42 | 1,970.76 | 11,354.65 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894



| RL Kitchen | | | | | Height: 8' |
|---|---|---|---|---|---|
| 327.00  SF Walls | | | 100.55  SF Ceiling | | |
| 427.55  SF Walls & Ceiling | | | 100.55  SF Floor | | |
| 11.17  SY Flooring | | | 42.04  LF Floor Perimeter | | |
| 44.54  LF Ceil. Perimeter | | | | | |

| **Missing Wall - Goes to Floor** | 2' 6" X 6' 8" | Opens into ROOM1 |
|---|---|---|
| **Window** | 3' 2" X 4' | Opens into Exterior |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 1,296.  R&R Light fixture - High grade | 1.00 EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| Commercial LED | | | | | | |
| **WALLS** | | | | | | |
| 1,297.  R&R Custom cabinets - wall units - 36" tall - High grade | 5.50 LF | 10.24 | 305.09 | 114.42 | 388.24 | 2,236.98 |
| 1,298.  R&R Custom cabinets - wall units - 30" tall | 8.00 LF | 10.24 | 193.14 | 94.78 | 361.58 | 2,083.40 |
| 1,299.  R&R Custom cabinets - base units - High grade | 5.50 LF | 10.24 | 424.55 | 166.98 | 537.25 | 3,095.58 |
| 1,300.  R&R Custom cabinets - full height units | 1.58 LF | 12.29 | 409.99 | 44.62 | 149.49 | 861.31 |
| 1,301.  R&R Countertop - solid surface | 11.55 SF | 5.88 | 64.25 | 41.34 | 178.78 | 1,030.12 |
| 1,302.  R&R Cabinet knob or pull | 13.00 EA | 1.62 | 8.75 | 3.68 | 29.10 | 167.59 |
| 1,303.  R&R Sink - double basin | 1.00 EA | 27.28 | 428.97 | 23.86 | 100.84 | 580.95 |
| 1,304.  R&R Sink faucet - Kitchen | 1.00 EA | 27.75 | 299.36 | 15.53 | 71.96 | 414.60 |
| 1,305.  Sink strainer and drain assembly | 1.00 EA | 0.00 | 54.75 | 1.58 | 11.83 | 68.16 |
| 1,306.  R&R P-trap assembly - ABS (plastic) | 1.00 EA | 10.23 | 69.41 | 0.67 | 16.87 | 97.18 |
| 1,307.  R&R Angle stop valve | 2.00 EA | 6.81 | 42.99 | 2.00 | 21.34 | 122.94 |
| 1,308.  R&R Plumbing fixture supply line | 2.00 EA | 6.81 | 22.29 | 1.13 | 12.45 | 71.78 |
| 1,309.  R&R Outlet | 2.00 EA | 6.86 | 15.79 | 0.37 | 9.59 | 55.26 |
| 1,310.  R&R Ground fault interrupter (GFI) outlet | 1.00 EA | 6.86 | 34.17 | 1.53 | 8.95 | 51.51 |
| 1,311.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 1,312.  R&R Outlet or switch cover | 5.00 EA | 0.87 | 3.33 | 0.43 | 4.51 | 25.94 |
| 1,313.  R&R Door bell/chime | 1.00 EA | 6.86 | 140.37 | 3.20 | 31.60 | 182.03 |
| 1,314.  R&R Breaker panel - 70 amp | 1.00 EA | 160.41 | 615.06 | 11.62 | 165.30 | 952.39 |
| 1,315.  Circuit breaker - main disconnect - up to 100 amp | 1.00 EA | 0.00 | 120.86 | 5.30 | 26.50 | 152.66 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - RL Kitchen

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,316.  Circuit breaker - bolt-on - 1 pole, 15 to 60 amp | 4.00 EA | 0.00 | 48.25 | 5.85 | 41.76 | 240.61 |
| 1,317.  R&R Phone/low voltage outlet rough-in | 1.00 EA | 7.32 | 54.66 | 0.61 | 13.15 | 75.74 |
| 1,318.  R&R Phone, TV, or speaker outlet | 1.00 EA | 6.39 | 20.54 | 0.56 | 5.77 | 33.26 |
| 1,319.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.50 | 9.19 | 9.40 | 36.57 | 210.70 |
| 1,320.  R&R Door hinges (set of 2) | 1.00 EA | 13.64 | 35.45 | 0.88 | 10.50 | 60.47 |
| 1,321.  Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |
| 1,322.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 1,323.  R&R Flexible gas supply line connector - 5/8" - 25" to 48" | 1.00 EA | 3.41 | 45.15 | 2.68 | 10.78 | 62.02 |
| 1,324.  R&R Gas solenoid valve | 1.00 EA | 25.57 | 311.52 | 17.60 | 74.49 | 429.18 |
| 1,325.  R&R Range - freestanding - gas | 1.00 EA | 27.45 | 1,169.16 | 80.00 | 268.10 | 1,544.71 |
| 1,326.  R&R Refrigerator - top freezer - 18 to 22 cf | 1.00 EA | 45.46 | 931.42 | 72.00 | 220.27 | 1,269.15 |
| 1,327.  Drywall window return - up to 6" | 15.00 LF | 0.00 | 12.10 | 1.73 | 38.48 | 221.71 |
| 1,328.  R&R Sill - cultured marble on 2" x 6" wall | 3.00 LF | 0.86 | 16.17 | 1.57 | 11.06 | 63.72 |
| 1,329.  R&R Baseboard - 3 1/4" | 42.04 LF | 0.62 | 3.94 | 6.42 | 41.61 | 239.73 |
| 1,330.  Seal (1 coat) & paint (2 coats) baseboard | 42.04 LF | 0.00 | 2.94 | 0.71 | 26.11 | 150.42 |
| **FLOOR** | | | | | | |
| 1,331.  Snaplock Laminate - simulated wood flooring | 100.55 SF | 0.00 | 7.59 | 27.27 | 166.00 | 956.44 |
| 1,332.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |
| 1,333.  R&R Radiator - 4 column/tube - 16" - 30" high - per section | 12.00 EA | 8.23 | 85.74 | 47.04 | 246.68 | 1,421.36 |

Totals:  RL Kitchen                                              814.02        3,388.80        19,524.96



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894



### RR Living Room                                           Height: 8'

|  |  |
|---|---|
| 402.12  SF Walls | 221.16  SF Ceiling |
| 623.28  SF Walls & Ceiling | 221.16  SF Floor |
| 24.57  SY Flooring | 51.98  LF Floor Perimeter |
| 61.42  LF Ceil. Perimeter |  |

| | | |
|---|---|---|
| **Window** | **3' X 4'** | **Opens into Exterior** |
| **Window** | **3' X 4'** | **Opens into Exterior** |
| **Door** | **2' 5" X 6' 8"** | **Opens into COMMON_HALL1** |

### Subroom:  Closet (2)                                      Height: 8'

|  |  |
|---|---|
| 66.11  SF Walls | 5.99  SF Ceiling |
| 72.10  SF Walls & Ceiling | 5.99  SF Floor |
| 0.67  SY Flooring | 7.96  LF Floor Perimeter |
| 9.79  LF Ceil. Perimeter |  |

| | | |
|---|---|---|
| **Door** | **1' 10" X 6' 8"** | **Opens into LIVING_ROOM5** |



### Subroom:  Living Room (1)                                 Height: 7'

|  |  |
|---|---|
| 40.63  SF Walls | 17.99  SF Ceiling |
| 58.62  SF Walls & Ceiling | 17.99  SF Floor |
| 2.00  SY Flooring | 5.48  LF Floor Perimeter |
| 12.31  LF Ceil. Perimeter |  |

| | | |
|---|---|---|
| **Door** | **1' 10" X 6' 8"** | **Opens into CLOSET8** |
| **Missing Wall** | **7' 1/4" X 7'** | **Opens into RR_LIVING_RO** |
| **Door** | **2' 6" X 6' 8"** | **Opens into RR_KITCHEN** |
| **Missing Wall - Goes to Floor** | **2' 6" X 6' 8"** | **Opens into RR_HALLWAY** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 1,334.  R&R Light fixture - High grade | 1.00 EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| 1,335.  R&R Ceiling hook | 1.00 EA | 3.41 | 11.79 | 0.16 | 3.24 | 18.60 |
| **WALLS** | | | | | | |
| 1,336.  Drywall window return - up to 6" | 36.50 LF | 0.00 | 12.10 | 4.20 | 93.63 | 539.48 |
| 1,337.  R&R Window stool & apron | 10.00 LF | 1.04 | 8.52 | 3.40 | 20.78 | 119.78 |
| 1,338.  Seal & paint window stool and apron | 10.00 LF | 0.00 | 5.41 | 0.36 | 11.44 | 65.90 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - RR Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,339.  Paint window stool and apron - 1 coat | 10.00 LF | 0.00 | 3.65 | 0.26 | 7.73 | 44.49 |
| 1,340.  R&R Window blind - aluminum - 1" - 7.1 to 14 SF | 3.00 EA | 13.72 | 106.58 | 13.24 | 78.57 | 452.71 |
| 1,341.  R&R Window drapery - hardware | 3.00 EA | 6.86 | 109.91 | 14.04 | 76.50 | 440.85 |
| 1,342.  R&R Casing - 2 1/4" hardwood - molded w/detail | 85.00 LF | 0.70 | 4.25 | 21.76 | 92.94 | 535.45 |
| Opening to kitchen, hallway, both sides of closet and entry. | | | | | | |
| 1,343.  R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 12.00 EA | 2.92 | 11.14 | 4.15 | 36.31 | 209.18 |
| 1,344.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 50.50 LF | 0.50 | 9.19 | 27.92 | 108.63 | 625.90 |
| 1,345.  R&R Interior door - solid alder - paneled - slab only | 1.00 EA | 11.36 | 463.85 | 31.65 | 106.45 | 613.31 |
| 1,346.  R&R Exterior door - solid alder - paneled - slab only | 1.00 EA | 14.62 | 904.82 | 63.29 | 206.37 | 1,189.10 |
| 1,347.  R&R Door closer - Commercial grade | 1.00 EA | 20.45 | 150.73 | 9.65 | 37.98 | 218.81 |
| 1,348.  On site door prep. for full mortised lockset - Labor only | 2.00 EA | 0.00 | 102.35 | 0.00 | 42.99 | 247.69 |
| 1,349.  R&R Door hinges (set of 3) | 2.00 EA | 20.45 | 49.94 | 2.13 | 30.01 | 172.92 |
| 1,350.  R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 1,351.  R&R Door lockset & deadbolt - exterior - Premium grade | 1.00 EA | 20.45 | 250.40 | 17.43 | 60.54 | 348.82 |
| Smart lock | | | | | | |
| 1,352.  R&R Door weather stripping | 1.00 EA | 17.05 | 33.59 | 0.73 | 10.80 | 62.17 |
| 1,353.  R&R Door threshold | 1.00 EA | 11.36 | 57.94 | 2.03 | 14.97 | 86.30 |
| 1,354.  R&R Door peep hole | 1.00 EA | 6.81 | 21.56 | 0.94 | 6.15 | 35.46 |
| 1,355.  Seal & paint door/window trim & jamb - (per side) | 5.00 EA | 0.00 | 42.62 | 2.41 | 45.26 | 260.77 |
| 1,356.  Paint door/window trim & jamb - 1 coat (per side) | 5.00 EA | 0.00 | 28.83 | 1.78 | 30.66 | 176.59 |
| 1,357.  Seal & paint door slab only (per side) | 3.00 EA | 0.00 | 51.14 | 2.38 | 32.72 | 188.52 |
| 1,358.  Paint door slab only - 1 coat (per side) | 3.00 EA | 0.00 | 33.37 | 1.54 | 21.34 | 122.99 |
| 1,359.  R&R Door stop - hinge pin mounted | 2.00 EA | 5.11 | 10.13 | 0.58 | 6.52 | 37.58 |
| 1,360.  R&R Closet shelf and rod package | 2.58 LF | 5.11 | 22.98 | 1.22 | 15.47 | 89.16 |
| 1,361.  Seal & paint closet shelving - single shelf | 1.00 EA | 0.00 | 70.66 | 0.43 | 14.93 | 86.02 |
| 1,362.  R&R Robe hook | 4.00 EA | 6.81 | 17.05 | 2.33 | 20.53 | 118.30 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - RR Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,363.  R&R Outlet | 4.00 EA | 6.86 | 15.79 | 0.74 | 19.18 | 110.52 |
| 1,364.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 1,365.  R&R Television cable outlet | 1.00 EA | 7.32 | 77.12 | 1.97 | 18.15 | 104.56 |
| 1,366.  R&R Phone/low voltage outlet rough-in | 1.00 EA | 7.32 | 54.66 | 0.61 | 13.15 | 75.74 |
| 1,367.  R&R Outlet or switch cover | 7.00 EA | 0.87 | 3.33 | 0.60 | 6.30 | 36.30 |
| 1,368.  R&R Baseboard - 3 1/4" | 65.42 LF | 0.62 | 3.94 | 10.00 | 64.75 | 373.06 |
| 1,369.  Seal (1 coat) & paint (2 coats) baseboard | 65.42 LF | 0.00 | 2.94 | 1.10 | 40.62 | 234.05 |
| **FLOOR** | | | | | | |
| 1,370.  R&R Radiator - 5 column/tube - 26" - 38" high - per section | 24.00 EA | 8.23 | 100.92 | 123.23 | 576.00 | 3,318.83 |
| 1,371.  R&R Tackless strip - per LF | 65.42 LF | 0.69 | 0.80 | 5.07 | 20.47 | 123.02 |
| 1,372.  Carpet pad | 245.14 SF | 0.00 | 0.65 | 15.43 | 33.46 | 208.23 |
| 1,373.  Carpet | 294.17 SF | 0.00 | 3.97 | 113.05 | 245.25 | 1,526.15 |
| 1,374.  Additional labor cost for Berber or patterned carpets | 245.14 SF | 0.00 | 0.28 | 6.64 | 14.41 | 89.69 |
| 1,375.  Seam carpet | 3.00 LF | 0.00 | 5.80 | 1.68 | 3.65 | 22.73 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals:  RR Living Room | | | | 516.27 | 2,333.35 | 13,586.00 |



**RR Hallway**                 **Height: 8'**

| | |
|---|---|
| 79.67  SF Walls | 17.08  SF Ceiling |
| 96.75  SF Walls & Ceiling | 17.08  SF Floor |
| 1.90  SY Flooring | 8.58  LF Floor Perimeter |
| 16.83  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | 2' 6" X 6' 8" | Opens into RR_BEDROOM |
| **Door** | 1' 10" X 6' 8" | Opens into RR_4PC_BATHR |
| **Missing Wall - Goes to Floor** | 2' 6" X 6' 8" | Opens into LIVING_ROOM5 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - RR Hallway**



| Subroom:  Closet (1) | | | | | Height: 8' |
|---|---|---|---|---|---|

| 43.07 SF Walls | 2.55 SF Ceiling |
|---|---|
| 45.62 SF Walls & Ceiling | 2.55 SF Floor |
| 0.28 SY Flooring | 5.15 LF Floor Perimeter |
| 6.56 LF Ceil. Perimeter | |

**Door**        1' 5" X 6' 8"        Opens into RR_HALLWAY

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 1,376.  R&R Light fixture - High grade | 1.00 EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| Commercial LED | | | | | | |
| 1,377.  R&R Combination CO/Smoke detector - High grade | 1.00 EA | 15.13 | 129.51 | 7.70 | 31.99 | 184.33 |
| **WALLS** | | | | | | |
| 1,378.  R&R Casing - 2 1/4" hardwood - molded w/detail | 50.00 LF | 0.70 | 4.25 | 12.80 | 54.67 | 314.97 |
| 1,379.  R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 12.00 EA | 2.92 | 11.14 | 4.15 | 36.31 | 209.18 |
| 1,380.  R&R Casing - 2 1/4" | 16.00 LF | 0.70 | 2.62 | 2.01 | 11.57 | 66.70 |
| Inside of linen closet. | | | | | | |
| 1,381.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 16.00 LF | 0.50 | 9.19 | 8.84 | 34.40 | 198.28 |
| 1,382.  R&R Interior door - solid alder - paneled - slab only | 1.00 EA | 11.36 | 463.85 | 31.65 | 106.45 | 613.31 |
| 1,383.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 1,384.  R&R Door hinges (set of 2) | 1.00 EA | 13.64 | 35.45 | 0.88 | 10.50 | 60.47 |
| 1,385.  R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 1,386.  Seal & paint door slab only (per side) | 4.00 EA | 0.00 | 51.14 | 3.17 | 43.63 | 251.36 |
| 1,387.  Paint door slab only - 1 coat (per side) | 4.00 EA | 0.00 | 33.37 | 2.05 | 28.47 | 164.00 |
| 1,388.  Seal & paint door/window trim & jamb - (per side) | 4.00 EA | 0.00 | 42.62 | 1.93 | 36.20 | 208.61 |
| 1,389.  Paint door/window trim & jamb - 1 coat (per side) | 4.00 EA | 0.00 | 28.83 | 1.42 | 24.52 | 141.26 |
| 1,390.  R&R Closet package - hall/linen (4 shelves 3' wide) | 1.00 EA | 24.64 | 188.36 | 8.47 | 46.51 | 267.98 |
| 1,391.  Seal & paint closet shelving - linen closet | 1.00 EA | 0.00 | 120.53 | 1.38 | 25.60 | 147.51 |
| 1,392.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - RR Hallway

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,393. R&R Outlet or switch cover | 1.00 EA | 0.87 | 3.33 | 0.09 | 0.91 | 5.20 |
| 1,394. R&R Baseboard - 3 1/4" | 13.73 LF | 0.62 | 3.94 | 2.10 | 13.59 | 78.30 |
| 1,395. Seal (1 coat) & paint (2 coats) baseboard | 13.73 LF | 0.00 | 2.94 | 0.23 | 8.53 | 49.13 |
| **FLOOR** | | | | | | |
| 1,396. R&R Tackless strip - per LF | 13.73 LF | 0.69 | 0.80 | 1.06 | 4.30 | 25.81 |
| 1,397. Carpet pad | 19.63 SF | 0.00 | 0.65 | 1.23 | 2.68 | 16.67 |
| 1,398. Carpet | 23.56 SF | 0.00 | 3.97 | 9.05 | 19.64 | 122.22 |
| 1,399. Additional labor cost for Berber or patterned carpets | 19.63 SF | 0.00 | 0.28 | 0.53 | 1.16 | 7.19 |
| 1,400. Seam carpet | 3.00 LF | 0.00 | 5.80 | 1.68 | 3.65 | 22.73 |
| Totals: RR Hallway | | | | 108.56 | 611.28 | 3,535.33 |



**RR Bedroom**                                                                  **Height: 8'**

| | | | |
|---|---|---|---|
| 304.56 SF Walls | | 124.01 SF Ceiling | |
| 428.56 SF Walls & Ceiling | | 124.01 SF Floor | |
| 13.78 SY Flooring | | 38.63 LF Floor Perimeter | |
| 44.79 LF Ceil. Perimeter | | | |

**Door**          2' 6" X 6' 8"          Opens into RR_HALLWAY
**Window**          3' 2" X 4'          Opens into Exterior



**Subroom: Closet (1)**                                                         **Height: 8'**

| | | | |
|---|---|---|---|
| 95.78 SF Walls | | 10.43 SF Ceiling | |
| 106.21 SF Walls & Ceiling | | 10.43 SF Floor | |
| 1.16 SY Flooring | | 11.67 LF Floor Perimeter | |
| 13.50 LF Ceil. Perimeter | | | |

**Door**          1' 10" X 6' 8"          Opens into RR_BEDROOM



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - RR Bedroom**



| Subroom:  Closet (2) | | | | | Height: 8' |
|---|---|---|---|---|---|
| 94.11 SF Walls | | | 10.18 SF Ceiling | | |
| 104.29 SF Walls & Ceiling | | | 10.18 SF Floor | | |
| 1.13 SY Flooring | | | 11.46 LF Floor Perimeter | | |
| 13.29 LF Ceil. Perimeter | | | | | |

**Door**                    1' 10" X 6' 8"              Opens into RR_BEDROOM

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **WALLS** | | | | | | |
| 1,401.  Drywall window return - up to 6" | 24.33 LF | 0.00 | 12.10 | 2.80 | 62.41 | 359.60 |
| 1,402.  R&R Window stool & apron | 6.67 LF | 1.04 | 8.52 | 2.27 | 13.86 | 79.90 |
| 1,403.  Seal & paint window stool and apron | 7.00 LF | 0.00 | 5.41 | 0.25 | 8.02 | 46.14 |
| 1,404.  Paint window stool and apron - 1 coat | 7.00 LF | 0.00 | 3.65 | 0.18 | 5.41 | 31.14 |
| 1,405.  R&R Window blind - aluminum - 1" - 7.1 to 14 SF | 2.00 EA | 13.72 | 106.58 | 8.83 | 52.38 | 301.81 |
| 1,406.  R&R Window drapery - hardware | 2.00 EA | 6.86 | 109.91 | 9.36 | 51.01 | 293.91 |
| 1,407.  R&R Casing - 2 1/4" hardwood - molded w/detail | 51.00 LF | 0.70 | 4.25 | 13.06 | 55.77 | 321.28 |
| 1,408.  R&R Casing - 2 1/4" | 34.00 LF | 0.70 | 2.62 | 4.27 | 24.61 | 141.76 |
| Inside of closets. | | | | | | |
| 1,409.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 51.00 LF | 0.50 | 9.19 | 28.19 | 109.71 | 632.09 |
| 1,410.  R&R Interior door - solid alder - paneled - slab only | 3.00 EA | 11.36 | 463.85 | 94.95 | 319.34 | 1,839.92 |
| 1,411.  On site door prep. for full mortised lockset - Labor only | 3.00 EA | 0.00 | 102.35 | 0.00 | 64.49 | 371.54 |
| 1,412.  R&R Door hinges (set of 2) | 3.00 EA | 13.64 | 35.45 | 2.65 | 31.49 | 181.41 |
| 1,413.  R&R Door knob - interior | 3.00 EA | 17.05 | 47.13 | 5.45 | 41.59 | 239.58 |
| 1,414.  Seal & paint door slab only (per side) | 5.00 EA | 0.00 | 51.14 | 3.96 | 54.54 | 314.20 |
| 1,415.  Paint door slab only - 1 coat (per side) | 5.00 EA | 0.00 | 33.37 | 2.57 | 35.58 | 205.00 |
| 1,416.  Seal & paint door/window trim & jamb - (per side) | 5.00 EA | 0.00 | 42.62 | 2.41 | 45.26 | 260.77 |
| 1,417.  Paint door/window trim & jamb - 1 coat (per side) | 5.00 EA | 0.00 | 28.83 | 1.78 | 30.66 | 176.59 |
| 1,418.  R&R Door stop - hinge pin mounted | 3.00 EA | 5.11 | 10.13 | 0.87 | 9.79 | 56.38 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - RR Bedroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,419.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 1,420.  R&R Outlet | 4.00 EA | 6.86 | 15.79 | 0.74 | 19.18 | 110.52 |
| 1,421.  R&R Outlet or switch cover | 5.00 EA | 0.87 | 3.33 | 0.43 | 4.51 | 25.94 |
| 1,422.  R&R Closet shelf and rod package | 8.67 LF | 5.11 | 22.98 | 4.11 | 52.00 | 299.65 |
| 1,423.  Seal & paint wood shelving, 12"- 24" width | 8.67 LF | 0.00 | 6.12 | 0.42 | 11.24 | 64.72 |
| 1,424.  Paint wood shelving, 12"- 24" width - 1 coat | 8.67 LF | 0.00 | 4.15 | 0.32 | 7.63 | 43.93 |
| 1,425.  R&R Robe hook | 9.00 EA | 6.81 | 17.05 | 5.24 | 46.20 | 266.18 |
| 1,426.  R&R Baseboard - 3 1/4" | 61.75 LF | 0.62 | 3.94 | 9.44 | 61.11 | 352.14 |
| 1,427.  Seal (1 coat) & paint (2 coats) baseboard | 61.75 LF | 0.00 | 2.94 | 1.04 | 38.34 | 220.93 |
| **FLOOR** | | | | | | |
| 1,428.  R&R Radiator - 5 column/tube - 26" - 38" high - per section | 14.00 EA | 8.23 | 100.92 | 71.88 | 336.00 | 1,935.98 |
| 1,429.  R&R Tackless strip - per LF | 61.75 LF | 0.69 | 0.80 | 4.78 | 19.32 | 116.11 |
| 1,430.  Carpet pad | 144.62 SF | 0.00 | 0.65 | 9.10 | 19.74 | 122.84 |
| 1,431.  Carpet | 173.55 SF | 0.00 | 3.97 | 66.70 | 144.69 | 900.38 |
| 1,432.  Additional labor cost for Berber or patterned carpets | 144.62 SF | 0.00 | 0.28 | 3.92 | 8.50 | 52.91 |
| 1,433.  Seam carpet | 3.00 LF | 0.00 | 5.80 | 1.68 | 3.65 | 22.73 |
| Totals:  RR Bedroom | | | | 363.89 | 1,792.99 | 10,416.49 |



**RR 4PC Bathroom**                                                          **Height: 8'**

| | |
|---|---|
| 201.78  SF Walls | 39.37  SF Ceiling |
| 241.15  SF Walls & Ceiling | 39.37  SF Floor |
| 4.37  SY Flooring | 25.42  LF Floor Perimeter |
| 27.25  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **1' 10" X 6' 8"** | **Opens into RR_HALLWAY** |
| **Window** | **1' 4" X 3'** | **Opens into Exterior** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **WALLS** | | | | | | |
| 1,434.  Drywall window return - up to 6" | 12.00 LF | 0.00 | 12.10 | 1.38 | 30.78 | 177.36 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - RR 4PC Bathroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,435. R&R Sill - cultured marble on 2" x 6" wall | 2.00 LF | 0.86 | 16.17 | 1.05 | 7.38 | 42.49 |
| 1,436. R&R Tile tub surround - up to 60 SF | 1.00 EA | 163.38 | 2,276.62 | 37.85 | 520.35 | 2,998.20 |
| 1,437. R&R Bathtub | 1.00 EA | 102.28 | 980.93 | 38.25 | 235.51 | 1,356.97 |
| 1,438. R&R Tub/shower faucet | 1.00 EA | 34.09 | 330.84 | 11.72 | 79.09 | 455.74 |
| 1,439. R&R Shower curtain rod | 1.00 EA | 8.53 | 36.66 | 1.63 | 9.83 | 56.65 |
| 1,440. R&R Vanity with cultured marble or solid surface top | 2.00 LF | 12.79 | 267.50 | 32.64 | 124.57 | 717.79 |
| 1,441. R&R Cabinet knob or pull | 1.00 EA | 1.62 | 8.75 | 0.28 | 2.24 | 12.89 |
| 1,442. R&R Sink faucet - Bathroom | 1.00 EA | 27.75 | 253.36 | 11.85 | 61.53 | 354.49 |
| 1,443. Sink drain assembly with stop | 1.00 EA | 0.00 | 52.42 | 1.39 | 11.30 | 65.11 |
| 1,444. R&R Angle stop valve | 2.00 EA | 6.81 | 42.99 | 2.00 | 21.34 | 122.94 |
| 1,445. R&R Plumbing fixture supply line | 2.00 EA | 6.81 | 22.29 | 1.13 | 12.45 | 71.78 |
| 1,446. R&R P-trap assembly - ABS (plastic) | 1.00 EA | 10.23 | 69.41 | 0.67 | 16.87 | 97.18 |
| 1,447. R&R Mirror - framed | 6.00 SF | 0.38 | 30.21 | 11.57 | 40.98 | 236.09 |
| 1,448. R&R Light fixture - wall sconce | 1.00 EA | 11.36 | 96.87 | 4.51 | 23.69 | 136.43 |
| 1,449. Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 EA | 0.00 | 8.49 | 0.68 | 1.93 | 11.10 |
| 1,450. R&R Towel bar | 1.00 EA | 8.52 | 31.38 | 1.21 | 8.63 | 49.74 |
| 1,451. R&R Toilet paper holder | 1.00 EA | 6.81 | 28.65 | 0.99 | 7.66 | 44.11 |
| 1,452. R&R Casing - 2 1/4" hardwood - molded w/detail | 18.00 LF | 0.70 | 4.25 | 4.61 | 19.69 | 113.40 |
| 1,453. R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 4.00 EA | 2.92 | 11.14 | 1.38 | 12.11 | 69.73 |
| 1,454. R&R Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.50 | 9.19 | 9.40 | 36.57 | 210.70 |
| 1,455. R&R Interior door - solid alder - paneled - slab only | 1.00 EA | 11.36 | 463.85 | 31.65 | 106.45 | 613.31 |
| 1,456. On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 1,457. R&R Door hinges (set of 2) | 1.00 EA | 13.64 | 35.45 | 0.88 | 10.50 | 60.47 |
| 1,458. R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 1,459. Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 1,460. Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 1,461. Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - RR 4PC Bathroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,462.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 1,463.  R&R Switch | 1.00 EA | 6.86 | 16.45 | 0.24 | 4.96 | 28.51 |
| 1,464.  R&R Ground fault interrupter (GFI) outlet | 1.00 EA | 6.86 | 34.17 | 1.53 | 8.95 | 51.51 |
| 1,465.  R&R Outlet or switch cover | 2.00 EA | 0.87 | 3.33 | 0.17 | 1.80 | 10.37 |
| 1,466.  R&R Baseboard - 3 1/4" | 25.42 LF | 0.62 | 3.94 | 3.88 | 25.17 | 144.96 |
| 1,467.  Seal (1 coat) & paint (2 coats) baseboard | 25.42 LF | 0.00 | 2.94 | 0.43 | 15.78 | 90.94 |
| **FLOOR** | | | | | | |
| 1,468.  R&R Angle stop valve | 1.00 EA | 6.81 | 42.99 | 1.00 | 10.67 | 61.47 |
| 1,469.  R&R Plumbing fixture supply line | 1.00 EA | 6.81 | 22.29 | 0.56 | 6.23 | 35.89 |
| 1,470.  R&R Toilet | 1.00 EA | 34.09 | 561.40 | 26.24 | 130.56 | 752.29 |
| 1,471.  R&R Toilet seat | 1.00 EA | 9.30 | 59.03 | 2.57 | 14.88 | 85.78 |
| 1,472.  R&R Radiator - 2 column/tube - 20" - 30" high - per section | 10.00 EA | 8.23 | 74.55 | 30.25 | 180.20 | 1,038.25 |
| 1,473.  R&R Ball valve - brass - 2" | 1.00 EA | 10.23 | 138.81 | 6.96 | 32.77 | 188.77 |
| 1,474.  Snaplock Laminate - simulated wood flooring | 39.37 SF | 0.00 | 7.59 | 10.68 | 65.00 | 374.50 |
| 1,475.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals:  RR 4PC Bathroom | | | | 298.69 | 1,972.46 | 11,364.41 |



| **RR Kitchen** | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|

327.71  SF Walls                      101.29  SF Ceiling
429.00  SF Walls & Ceiling            101.29  SF Floor
 11.25  SY Flooring                    42.05  LF Floor Perimeter
 44.55  LF Ceil. Perimeter

| **Door** | 2' 6" X 6' 8" | | **Opens into LIVING_ROOM5** | | | |
|---|---|---|---|---|---|---|
| **Window** | 3' X 4' | | **Opens into Exterior** | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 1,476.  Light fixture - High grade Commercial LED | 1.00 EA | 0.00 | 106.78 | 4.08 | 23.29 | 134.15 |
| **WALLS** | | | | | | |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - RR Kitchen

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,477.  Custom cabinets - wall units - 36" tall - High grade | 5.50 LF | 0.00 | 305.09 | 114.42 | 376.41 | 2,168.83 |
| 1,478.  Custom cabinets - wall units - 30" tall | 8.00 LF | 0.00 | 193.14 | 94.78 | 344.38 | 1,984.28 |
| 1,479.  Custom cabinets - base units - High grade | 5.50 LF | 0.00 | 424.55 | 166.98 | 525.42 | 3,027.43 |
| 1,480.  Custom cabinets - full height units | 1.58 LF | 0.00 | 409.99 | 44.62 | 145.41 | 837.81 |
| 1,481.  Countertop - solid surface | 11.55 SF | 0.00 | 64.25 | 41.34 | 164.52 | 947.95 |
| 1,482.  Cabinet knob or pull | 13.00 EA | 0.00 | 8.75 | 3.68 | 24.67 | 142.10 |
| 1,483.  Sink - double basin | 1.00 EA | 0.00 | 428.97 | 23.86 | 95.11 | 547.94 |
| 1,484.  Sink faucet - Kitchen | 1.00 EA | 0.00 | 299.36 | 15.53 | 66.13 | 381.02 |
| 1,485.  Sink strainer and drain assembly | 1.00 EA | 0.00 | 54.75 | 1.58 | 11.83 | 68.16 |
| 1,486.  P-trap assembly - ABS (plastic) | 1.00 EA | 0.00 | 69.41 | 0.67 | 14.72 | 84.80 |
| 1,487.  Angle stop valve | 2.00 EA | 0.00 | 42.99 | 2.00 | 18.48 | 106.46 |
| 1,488.  Plumbing fixture supply line | 2.00 EA | 0.00 | 22.29 | 1.13 | 9.59 | 55.30 |
| 1,489.  Outlet | 2.00 EA | 0.00 | 15.79 | 0.37 | 6.71 | 38.66 |
| 1,490.  Ground fault interrupter (GFI) outlet | 1.00 EA | 0.00 | 34.17 | 1.53 | 7.50 | 43.20 |
| 1,491.  Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 1,492.  Outlet or switch cover | 5.00 EA | 0.00 | 3.33 | 0.43 | 3.59 | 20.67 |
| 1,493.  Door bell/chime | 1.00 EA | 0.00 | 140.37 | 3.20 | 30.15 | 173.72 |
| 1,494.  Breaker panel - 70 amp | 1.00 EA | 0.00 | 615.06 | 11.62 | 131.61 | 758.29 |
| 1,495.  Circuit breaker - main disconnect - up to 100 amp | 1.00 EA | 0.00 | 120.86 | 5.30 | 26.50 | 152.66 |
| 1,496.  Circuit breaker - bolt-on - 1 pole, 15 to 60 amp | 4.00 EA | 0.00 | 48.25 | 5.85 | 41.76 | 240.61 |
| 1,497.  Phone/low voltage outlet rough-in | 1.00 EA | 0.00 | 54.66 | 0.61 | 11.61 | 66.88 |
| 1,498.  Phone, TV, or speaker outlet | 1.00 EA | 0.00 | 20.54 | 0.56 | 4.43 | 25.53 |
| 1,499.  Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.00 | 9.19 | 9.40 | 34.78 | 200.41 |
| 1,500.  Door hinges (set of 2) | 1.00 EA | 0.00 | 35.45 | 0.88 | 7.64 | 43.97 |
| 1,501.  Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |
| 1,502.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 1,503.  Flexible gas supply line connector - 5/8" - 25" to 48" | 1.00 EA | 0.00 | 45.15 | 2.68 | 10.06 | 57.89 |
| 1,504.  Gas solenoid valve | 1.00 EA | 0.00 | 311.52 | 17.60 | 69.12 | 398.24 |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - RR Kitchen

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,505.  Range - freestanding - gas | 1.00 EA | 0.00 | 1,169.16 | 80.00 | 262.33 | 1,511.49 |
| 1,506.  Refrigerator - top freezer - 18 to 22 cf | 1.00 EA | 0.00 | 931.42 | 72.00 | 210.72 | 1,214.14 |
| 1,507.  Drywall window return - up to 6" | 15.00 LF | 0.00 | 12.10 | 1.73 | 38.48 | 221.71 |
| 1,508.  Sill - cultured marble on 2" x 6" wall | 3.00 LF | 0.00 | 16.17 | 1.57 | 10.52 | 60.60 |
| 1,509.  Baseboard - 3 1/4" | 42.05 LF | 0.00 | 3.94 | 6.43 | 36.15 | 208.26 |
| 1,510.  Seal (1 coat) & paint (2 coats) baseboard | 42.05 LF | 0.00 | 2.94 | 0.71 | 26.11 | 150.45 |
| **FLOOR** | | | | | | |
| 1,511.  Snaplock Laminate - simulated wood flooring | 101.29 SF | 0.00 | 7.59 | 27.47 | 167.22 | 963.48 |
| 1,512.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |
| Totals:  RR Kitchen | | | | 767.19 | 2,981.11 | 17,176.24 |
| Total: Main floor | | | | **17,006.80** | **114,460.61** | **662,946.16** |

### Entry 10404

### Entry 10404

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **ELECTRICAL** | | | | | | |
| 1,513.  Rewire\wire - avg. residence - boxes & wiring with conduit | 58.21 SF | 0.00 | 5.90 | 5.96 | 73.38 | 422.78 |
| **PLUMBING** | | | | | | |
| 1,514.  Rough-in plumbing - Commercial - 1-3 level | 58.21 SF | 0.00 | 9.35 | 10.71 | 116.55 | 671.52 |
| **CEILING** | | | | | | |
| 1,515.  R&R Acoustic plaster over 5/8" gypsum core blueboard | 42.93 SF | 1.49 | 12.83 | 9.31 | 131.06 | 755.13 |
| 1,516.  Seal/prime (1 coat) then paint (2 coats) the ceiling | 42.93 SF | 0.00 | 1.76 | 1.24 | 16.13 | 92.93 |
| **WALLS** | | | | | | |
| 1,517.  R&R Acoustic plaster over 1/2" gypsum core blueboard | 190.98 SF | 1.49 | 12.50 | 39.88 | 569.47 | 3,281.16 |
| 1,518.  Seal/prime (1 coat) then paint (2 coats) the walls | 190.98 SF | 0.00 | 1.76 | 5.50 | 71.74 | 413.36 |
| **MITIGATION** | | | | | | |
| 1,519.  Clean floor or roof joist system | 42.93 SF | 0.00 | 1.30 | 5.48 | 11.74 | 73.03 |
| 1,520.  Clean stud wall | 190.98 SF | 0.00 | 1.03 | 19.38 | 41.37 | 257.46 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - Entry 10404

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,521.  Seal floor or ceiling joist system (shellac) | 42.93 SF | 0.00 | 1.92 | 1.68 | 17.67 | 101.78 |
| 1,522.  Seal stud wall for odor control | 190.98 SF | 0.00 | 1.20 | 3.67 | 48.90 | 281.75 |
| 1,523.  Air mover (per 24 hour period) - No monitoring | 3.00 EA | 0.00 | 26.00 | 7.55 | 16.38 | 101.93 |
| 1,524.  Dehumidifier (per 24 hr period)- up to 69 ppd- No monitor. | 3.00 EA | 0.00 | 56.56 | 16.42 | 35.64 | 221.74 |
| Total:  Entry 10404 | | | | 126.78 | 1,150.03 | 6,674.57 |



**Foyer/Entry**                                                                              **Height: 8'**

| | |
|---|---|
| 119.68  SF Walls | 29.99  SF Ceiling |
| 149.67  SF Walls & Ceiling | 29.99  SF Floor |
| 3.33  SY Flooring | 14.24  LF Floor Perimeter |
| 20.16  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **2' 8" X 6' 8"** | **Opens into Exterior** |
| **Door** | **3' 3" X 6' 8"** | **Opens into Exterior** |
| **Window** | **3' 3" X 8"** | **Opens into Exterior** |



**Subroom:  Stairway (1)**                                                          **Height: 12'**

| | |
|---|---|
| 71.31  SF Walls | 12.94  SF Ceiling |
| 84.25  SF Walls & Ceiling | 28.22  SF Floor |
| 3.14  SY Flooring | 9.76  LF Floor Perimeter |
| 7.13  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **3' 7 9/16" X 12'** | **Opens into FOYER_ENTRY** |
| **Missing Wall** | **3' 7 9/16" X 12'** | **Opens into Exterior** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 1,525.  R&R Light fixture - High grade Commercial LED | 1.00 EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |
| **WALLS** | | | | | | |
| 1,526.  R&R Casing - 3 1/4" hardwood - molded w/detail | 40.00 LF | 0.70 | 5.08 | 12.90 | 51.26 | 295.36 |
| 1,527.  R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 8.00 EA | 2.92 | 11.14 | 2.76 | 24.20 | 139.44 |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - Foyer/Entry

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,528.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.50 | 9.19 | 9.40 | 36.57 | 210.70 |
| 1,529.  R&R French door - Interior - wood - slab only | 1.00 EA | 11.36 | 357.82 | 23.17 | 82.40 | 474.75 |
| 1,530.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 1,531.  R&R Door hinge, 4" ball bearing w/non-removable pin (set of 3) | 1.00 EA | 20.45 | 79.81 | 3.46 | 21.79 | 125.51 |
| 1,532.  R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 1,533.  R&R Door push plate, 4" x 16" | 1.00 EA | 9.30 | 37.95 | 1.62 | 10.27 | 59.14 |
| 1,534.  Mask French door lites (per side of slab) | 2.00 EA | 0.00 | 69.53 | 0.22 | 29.25 | 168.53 |
| 1,535.  Seal 1 coat & paint 1coat French door slab only (per side) | 2.00 EA | 0.00 | 97.84 | 1.56 | 41.43 | 238.67 |
| 1,536.  Paint French door slab only - 1 coat (per side) | 2.00 EA | 0.00 | 64.59 | 1.08 | 27.36 | 157.62 |
| 1,537.  R&R Door closer - Commercial grade | 2.00 EA | 20.45 | 150.73 | 19.31 | 75.95 | 437.62 |
| 1,538.  Seal & paint door/window trim & jamb - (per side) | 2.00 EA | 0.00 | 42.62 | 0.96 | 18.11 | 104.31 |
| 1,539.  Paint door/window trim & jamb - 1 coat (per side) | 2.00 EA | 0.00 | 28.83 | 0.71 | 12.26 | 70.63 |
| 1,540.  Seal & paint wood gable vent | 1.00 EA | 0.00 | 57.06 | 0.76 | 12.15 | 69.97 |
| Above front door. | | | | | | |
| 1,541.  R&R Surveillance camera - color | 1.00 EA | 68.18 | 592.61 | 32.00 | 145.49 | 838.28 |
| 1,542.  R&R Mailboxes - commercial/group - keyed | 5.00 EA | 4.26 | 122.90 | 46.08 | 143.20 | 825.08 |
| 1,543.  R&R News paper rack - wall mounted | 6.00 SF | 0.00 | 14.41 | 0.00 | 18.16 | 104.62 |
| 1,544.  R&R Chair rail - 2 1/2" hardwood | 24.01 LF | 0.57 | 4.55 | 5.21 | 26.92 | 155.07 |
| 1,545.  Seal (1 coat) & paint (2 coats) chair rail | 24.01 LF | 0.00 | 2.96 | 0.44 | 15.02 | 86.53 |
| 1,546.  R&R Handrail - round / oval - hardwood - wall mounted | 12.00 LF | 1.10 | 15.97 | 7.97 | 44.69 | 257.50 |
| 1,547.  Seal & paint handrail - wall mounted | 12.00 LF | 0.00 | 2.65 | 0.28 | 6.74 | 38.82 |
| 1,548.  Paint handrail - wall mounted | 12.00 LF | 0.00 | 1.54 | 0.20 | 3.92 | 22.60 |
| 1,549.  R&R Baseboard - 4 1/4" hardwood | 14.24 LF | 0.62 | 7.43 | 5.92 | 25.31 | 145.86 |
| 1,550.  Seal (1 coat) & paint (2 coats) baseboard | 14.24 LF | 0.00 | 2.94 | 0.24 | 8.85 | 50.96 |
| 1,551.  R&R Stair Skirt/Apron - wall side - hardwood | 12.00 LF | 3.20 | 27.98 | 13.43 | 81.39 | 468.98 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - Foyer/Entry

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,552.  Seal (1 coat) & paint (1 coat) stair skirt/apron | 12.00 LF | 0.00 | 9.62 | 0.51 | 24.35 | 140.30 |
| 1,553.  Paint stair skirt/apron | 12.00 LF | 0.00 | 7.96 | 0.36 | 20.14 | 116.02 |
| **FLOOR** | | | | | | |
| 1,554. R&R Oak flooring - #1 common - no finish | 29.99 SF | 3.20 | 10.97 | 14.13 | 92.21 | 531.30 |
| 1,555.  R&R Tackless strip - per LF | 24.01 LF | 0.69 | 0.80 | 1.86 | 7.51 | 45.15 |
| 1,556.  R&R Carpet pad | 58.21 SF | 0.16 | 0.65 | 3.67 | 9.89 | 60.71 |
| 1,557.  R&R Carpet | 64.03 SF | 0.42 | 3.97 | 24.61 | 59.03 | 364.73 |
| 1,558.  Additional labor cost for Berber or patterned carpets | 58.21 SF | 0.00 | 0.28 | 1.57 | 3.42 | 21.29 |
| 1,559.  Remove Vinyl floor covering (sheet goods) | 28.22 SF | 1.29 | 0.00 | 0.00 | 7.64 | 44.04 |
| 1,560.  Vinyl floor covering (sheet goods) | 32.46 SF | 0.00 | 4.06 | 6.52 | 29.05 | 167.36 |
| 15 % waste added for Vinyl floor covering (sheet goods). | | | | | | |
| 1,561.  Step charge for vinyl installation | 6.00 EA | 0.00 | 26.17 | 4.67 | 33.95 | 195.64 |
| Totals:  Foyer/Entry | | | | 253.48 | 1,310.92 | 7,584.70 |
| Total: Entry 10404 | | | | **380.26** | **2,460.95** | **14,259.27** |

### Entry 10402

**Entry 10402**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **ELECTRICAL** | | | | | | |
| 1,562.  Rewire\wire - avg. residence - boxes & wiring with conduit | 58.57 SF | 0.00 | 5.90 | 6.00 | 73.83 | 425.39 |
| **PLUMBING** | | | | | | |
| 1,563.  Rough-in plumbing - Commercial - 1-3 level | 58.57 SF | 0.00 | 9.35 | 10.78 | 117.27 | 675.68 |
| **CEILING** | | | | | | |
| 1,564.  R&R Acoustic plaster over 5/8" gypsum core blueboard | 41.62 SF | 1.49 | 12.83 | 9.02 | 127.05 | 732.06 |
| 1,565.  Seal/prime (1 coat) then paint (2 coats) the ceiling | 41.62 SF | 0.00 | 1.76 | 1.20 | 15.64 | 90.09 |
| **WALLS** | | | | | | |
| 1,566.  R&R Acoustic plaster over 1/2" gypsum core blueboard | 158.78 SF | 1.49 | 12.50 | 33.15 | 473.45 | 2,727.93 |
| 1,567.  Seal/prime (1 coat) then paint (2 coats) the walls | 158.78 SF | 0.00 | 1.76 | 4.57 | 59.65 | 343.67 |

**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - Entry 10402

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **MITIGATION** | | | | | | |
| 1,568.  Clean floor or roof joist system | 41.62 SF | 0.00 | 1.30 | 5.31 | 11.38 | 70.80 |
| 1,569.  Clean stud wall | 158.78 SF | 0.00 | 1.03 | 16.10 | 34.40 | 214.04 |
| 1,570.  Seal floor or ceiling joist system (shellac) | 41.62 SF | 0.00 | 1.92 | 1.63 | 17.12 | 98.66 |
| 1,571.  Seal stud wall for odor control | 158.78 SF | 0.00 | 1.20 | 3.05 | 40.66 | 234.25 |
| 1,572.  Air mover (per 24 hour period) - No monitoring | 3.00 EA | 0.00 | 26.00 | 7.55 | 16.38 | 101.93 |
| 1,573.  Dehumidifier (per 24 hr period)- up to 69 ppd- No monitor. | 3.00 EA | 0.00 | 56.56 | 16.42 | 35.64 | 221.74 |
| Total:  Entry 10402 | | | | 114.78 | 1,022.47 | 5,936.24 |



| Foyer/Entry | | | Height: 8' |
|---|---|---|---|
| 124.51 | SF Walls | 29.89 | SF Ceiling |
| 154.39 | SF Walls & Ceiling | 29.89 | SF Floor |
| 3.32 | SY Flooring | 14.87 | LF Floor Perimeter |
| 20.62 | LF Ceil. Perimeter | | |

| **Door** | 2' 7" X 6' 8" | **Opens into Exterior** |
|---|---|---|
| **Window** | 3' 2" X 8" | **Opens into Exterior** |
| **Door** | 3' 2" X 6' 8" | **Opens into Exterior** |



| Subroom:  Stairway (1) | | | Height: 12' |
|---|---|---|---|
| 34.27 | SF Walls | 11.73 | SF Ceiling |
| 46.00 | SF Walls & Ceiling | 28.68 | SF Floor |
| 3.19 | SY Flooring | 4.78 | LF Floor Perimeter |
| 3.43 | LF Ceil. Perimeter | | |

| **Missing Wall** | 3' 5 1/16" X 12' | **Opens into FOYER_ENTRY** |
|---|---|---|
| **Missing Wall - Goes to Ceiling** | 3' 5 1/8" X 8' | **Opens into Exterior** |
| **Missing Wall** | 3' 5 1/16" X 12' | **Opens into Exterior** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 1,574.  R&R Light fixture - High grade Commercial LED | 1.00 EA | 11.36 | 106.78 | 4.08 | 25.68 | 147.90 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - Foyer/Entry

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **WALLS** | | | | | | |
| 1,575.  R&R Casing - 3 1/4" hardwood - molded w/detail | 40.00 LF | 0.70 | 5.08 | 12.90 | 51.26 | 295.36 |
| 1,576.  R&R Rosette - corner block - 3/4" x 3 1/2" - hardwood | 8.00 EA | 2.92 | 11.14 | 2.76 | 24.20 | 139.44 |
| 1,577.  R&R Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.50 | 9.19 | 9.40 | 36.57 | 210.70 |
| 1,578. R&R French door - Interior - wood - slab only | 1.00 EA | 11.36 | 357.82 | 23.17 | 82.40 | 474.75 |
| 1,579.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 1,580.  R&R Door hinge, 4" ball bearing w/non-removable pin (set of 3) | 1.00 EA | 20.45 | 79.81 | 3.46 | 21.79 | 125.51 |
| 1,581.  R&R Door knob - interior | 1.00 EA | 17.05 | 47.13 | 1.82 | 13.86 | 79.86 |
| 1,582.  R&R Door push plate, 4" x 16" | 1.00 EA | 9.30 | 37.95 | 1.62 | 10.27 | 59.14 |
| 1,583.  Mask French door lites (per side of slab) | 2.00 EA | 0.00 | 69.53 | 0.22 | 29.25 | 168.53 |
| 1,584.  Seal 1 coat & paint 1coat French door slab only (per side) | 2.00 EA | 0.00 | 97.84 | 1.56 | 41.43 | 238.67 |
| 1,585.  Paint French door slab only - 1 coat (per side) | 2.00 EA | 0.00 | 64.59 | 1.08 | 27.36 | 157.62 |
| 1,586. R&R Door closer - Commercial grade | 2.00 EA | 20.45 | 150.73 | 19.31 | 75.95 | 437.62 |
| 1,587.  Seal & paint door/window trim & jamb - (per side) | 2.00 EA | 0.00 | 42.62 | 0.96 | 18.11 | 104.31 |
| 1,588.  Paint door/window trim & jamb - 1 coat (per side) | 2.00 EA | 0.00 | 28.83 | 0.71 | 12.26 | 70.63 |
| 1,589.  Seal & paint wood gable vent | 1.00 EA | 0.00 | 57.06 | 0.76 | 12.15 | 69.97 |
| Above front door. | | | | | | |
| 1,590.  R&R Surveillance camera - color | 1.00 EA | 68.18 | 592.61 | 32.00 | 145.49 | 838.28 |
| 1,591.  R&R Mailboxes - commercial/group - keyed | 5.00 EA | 4.26 | 122.90 | 46.08 | 143.20 | 825.08 |
| 1,592.  R&R News paper rack - wall mounted | 6.00 SF | 0.00 | 14.41 | 0.00 | 18.16 | 104.62 |
| 1,593.  R&R Chair rail - 2 1/2" hardwood | 19.65 LF | 0.57 | 4.55 | 4.26 | 22.03 | 126.90 |
| 1,594.  Seal (1 coat) & paint (2 coats) chair rail | 19.65 LF | 0.00 | 2.96 | 0.36 | 12.30 | 70.82 |
| 1,595.  R&R Handrail - round / oval - hardwood - wall mounted | 12.00 LF | 1.10 | 15.97 | 7.97 | 44.69 | 257.50 |
| 1,596.  Seal & paint handrail - wall mounted | 12.00 LF | 0.00 | 2.65 | 0.28 | 6.74 | 38.82 |
| 1,597.  Paint handrail - wall mounted | 12.00 LF | 0.00 | 1.54 | 0.20 | 3.92 | 22.60 |



# Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - Foyer/Entry

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,598.  R&R Baseboard - 4 1/4" hardwood | 14.87 LF | 0.62 | 7.43 | 6.19 | 26.43 | 152.32 |
| 1,599.  Seal (1 coat) & paint (2 coats) baseboard | 14.87 LF | 0.00 | 2.94 | 0.25 | 9.24 | 53.21 |
| 1,600. R&R Stair Skirt/Apron - wall side - hardwood | 12.00 LF | 3.20 | 27.98 | 13.43 | 81.39 | 468.98 |
| 1,601.  Seal (1 coat) & paint (1 coat) stair skirt/apron | 12.00 LF | 0.00 | 9.62 | 0.51 | 24.35 | 140.30 |
| 1,602.  Paint stair skirt/apron | 12.00 LF | 0.00 | 7.96 | 0.36 | 20.14 | 116.02 |
| **FLOOR** | | | | | | |
| 1,603.  R&R Oak flooring - #1 common - no finish | 29.89 SF | 3.20 | 10.97 | 14.08 | 91.91 | 529.53 |
| 1,604.  R&R Tackless strip - per LF | 19.65 LF | 0.69 | 0.80 | 1.52 | 6.15 | 36.95 |
| 1,605.  R&R Carpet pad | 58.57 SF | 0.16 | 0.65 | 3.69 | 9.97 | 61.10 |
| 1,606.  R&R Carpet | 64.43 SF | 0.42 | 3.97 | 24.76 | 59.41 | 367.02 |
| 1,607.  Additional labor cost for Berber or patterned carpets | 58.57 SF | 0.00 | 0.28 | 1.59 | 3.44 | 21.43 |
| 1,608.  Remove Vinyl floor covering (sheet goods) | 28.68 SF | 1.29 | 0.00 | 0.00 | 7.77 | 44.77 |
| 1,609.  Vinyl floor covering (sheet goods) | 32.98 SF | 0.00 | 4.06 | 6.62 | 29.51 | 170.03 |
| 15 % waste added for Vinyl floor covering (sheet goods). | | | | | | |
| 1,610.  Step charge for vinyl installation | 6.00 EA | 0.00 | 26.17 | 4.67 | 33.95 | 195.64 |
| Totals:  Foyer/Entry | | | | 252.63 | 1,304.23 | 7,545.78 |
| Total: Entry 10402 | | | | **367.41** | **2,326.70** | **13,482.02** |

### 2nd floor

**2nd floor**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **ELECTRICAL** | | | | | | |
| 1,611.  Rewire\wire - avg. residence - boxes & wiring with conduit | 2,283.69 SF | 0.00 | 5.90 | 233.85 | 2,878.61 | 16,586.23 |
| Excludes: Service cable, riser and weatherhead, meterbase, grounding wire and rod, main breaker panel and breakers, feeder cable between the meter base and panel, low voltage/media wiring, switches, outlets, covers or light fixtures. | | | | | | |
| 1,612.  Electrician - per hour | 40.00 HR | 0.00 | 96.91 | 0.00 | 814.04 | 4,690.44 |
| Electrician 5 days, 8 hour days removing existing wiring. | | | | | | |
| 1,613.  Electrician - General Laborer - per hour | 80.00 HR | 0.00 | 54.19 | 0.00 | 910.39 | 5,245.59 |
| 2 laborers for 5 days at 8 hours a day helping electrician remove existing wiring. | | | | | | |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - 2nd floor**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **PLUMBING** | | | | | | |
| 1,614.  Rough-in plumbing - Commercial - 1-3 level | 2,283.69 SF | 0.00 | 9.35 | 420.20 | 4,572.27 | 26,344.97 |
| 1,615.  Plumber - per hour | 24.00 HR | 0.00 | 125.84 | 0.00 | 634.24 | 3,654.40 |
| Plumber 8 hours a day  for 3 days removing exsting plumbing from this level. | | | | | | |
| 1,616.  Plumber - General Laborer - per hour | 48.00 HR | 0.00 | 54.19 | 0.00 | 546.23 | 3,147.35 |
| 2 laborers for 8 hours a day for 3 days helping plumber remove existing plumbing from level. | | | | | | |
| 1,617.  Foam pipe insulation - 1/2" wall for 2" to 3" pipe | 150.00 LF | 0.00 | 5.52 | 28.08 | 179.78 | 1,035.86 |
| **CEILING** | | | | | | |
| 1,618.  Seal the ceiling with fungicidal/bacterial inhibitor - one coat | 2,283.69 SF | 0.00 | 1.64 | 155.29 | 819.12 | 4,719.66 |
| 1,619.  Batt insulation - 8" - R25 - unfaced batt | 2,283.69 SF | 0.00 | 1.63 | 179.04 | 819.30 | 4,720.75 |
| 1,620.  Blown-in insulation - 6" depth - R13 | 2,283.69 SF | 0.00 | 0.84 | 87.69 | 421.26 | 2,427.25 |
| 1,621.  Furring strip - 1" x 3" | 2,283.69 SF | 0.00 | 1.43 | 100.48 | 706.90 | 4,073.06 |
| 1,622.  Acoustic plaster over 5/8" gypsum core blueboard | 2,283.69 SF | 0.00 | 12.83 | 495.10 | 6,256.91 | 36,051.75 |
| 1,623.  Seal/prime (1 coat) then paint (2 coats) the ceiling | 2,283.69 SF | 0.00 | 1.76 | 65.77 | 857.87 | 4,942.93 |
| **WALLS** | | | | | | |
| 1,624.  Seal stud wall for odor control | 6,897.40 SF | 0.00 | 1.20 | 132.43 | 1,765.96 | 10,175.27 |
| 1,625.  R&R Furring strip - 1" x 2" - applied to concrete | 3,448.70 SF | 0.72 | 1.77 | 137.95 | 1,832.31 | 10,557.52 |
| 1,626.  Rigid foam insulation board - 1" | 3,448.70 SF | 0.00 | 1.53 | 311.76 | 1,173.54 | 6,761.81 |
| 1,627.  Acoustic plaster over 1/2" gypsum core blueboard | 6,897.40 SF | 0.00 | 12.50 | 1,440.18 | 18,408.12 | 106,065.80 |
| 1,628.  Seal/prime (1 coat) then paint (2 coats) the walls | 6,897.40 SF | 0.00 | 1.76 | 198.64 | 2,590.99 | 14,929.05 |
| **FLOOR** | | | | | | |
| 1,629.  Seal underlayment for odor control | 2,283.69 SF | 0.00 | 0.78 | 14.62 | 377.14 | 2,173.04 |
| 1,630.  Screw down existing subfloor - eliminate floor squeaks | 2,283.69 SF | 0.00 | 0.84 | 21.92 | 407.44 | 2,347.66 |
| 1,631.  Oak flooring - #1 common - no finish | 2,283.69 SF | 0.00 | 10.97 | 1,076.07 | 5,486.92 | 31,615.07 |
| **GENERAL CONDITIONS** | | | | | | |
| 1,632.  Final cleaning - construction - Commercial | 2,283.69 SF | 0.00 | 0.28 | 61.89 | 134.28 | 835.60 |

Excludes: Windows, sliding/patio glass doors.  See CLN WD* and CLN PDOR* codes if warranted.



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - 2nd floor**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,633.  Clean window unit (per side) 10 - 20 SF | 24.00 EA | 0.00 | 20.37 | 47.36 | 102.67 | 638.91 |
| **MITIGATION** | | | | | | |
| 1,634.  Tear out wet plaster, cleanup, bag for disposal | 2,283.69 SF | 3.12 | 0.00 | 38.37 | 1,504.33 | 8,667.81 |
| 1,635.  Tear out and bag wet insulation | 2,283.69 SF | 0.86 | 0.00 | 12.79 | 415.13 | 2,391.89 |
| 1,636.  Apply anti-microbial agent to the ceiling | 2,283.69 SF | 0.00 | 0.33 | 82.96 | 160.17 | 996.75 |
| 1,637.  Clean floor or roof joist system | 2,283.69 SF | 0.00 | 1.30 | 291.39 | 624.22 | 3,884.41 |
| 1,638.  Tear out and bag wet insulation | 3,448.70 SF | 0.86 | 0.00 | 19.31 | 626.89 | 3,612.08 |
| 1,639.  Tear out wet plaster, cleanup, bag for disposal | 6,897.40 SF | 3.12 | 0.00 | 115.88 | 4,543.52 | 26,179.29 |
| 1,640.  Apply anti-microbial agent to the walls | 6,897.40 SF | 0.00 | 0.33 | 250.59 | 483.79 | 3,010.52 |
| 1,641.  Clean stud wall | 6,897.40 SF | 0.00 | 1.03 | 699.81 | 1,494.22 | 9,298.35 |
| 1,642.  Tear out non-salv solid/eng. wood flr & bag for disposal | 2,283.69 SF | 4.47 | 0.00 | 14.62 | 2,146.77 | 12,369.48 |
| 1,643.  Tear out wet non-salvageable carpet, cut & bag for disp. | 2,283.69 SF | 0.73 | 0.00 | 12.79 | 352.78 | 2,032.66 |
| 1,644.  Apply anti-microbial agent to the floor | 2,283.69 SF | 0.00 | 0.33 | 82.96 | 160.17 | 996.75 |
| 1,645.  Clean floor underlayment / wood subfloor | 2,283.69 SF | 0.00 | 0.58 | 130.22 | 278.53 | 1,733.29 |
| 1,646.  Air mover (per 24 hour period) - No monitoring | 108.00 EA | 0.00 | 26.00 | 271.81 | 589.68 | 3,669.49 |
| 1,647.  Dehumidifier (per 24 hr period)- up to 69 ppd- No monitor. | 48.00 EA | 0.00 | 56.56 | 262.80 | 570.13 | 3,547.81 |
| 1,648.  Negative air fan/Air scrubber (24 hr period) - No monit. | 10.00 DA | 0.00 | 71.76 | 69.47 | 150.70 | 937.77 |
| Rental capped at 5 days. | | | | | | |
| 1,649.  Add for HEPA filter (for negative air exhaust fan) | 2.00 EA | 0.00 | 219.37 | 78.32 | 99.00 | 616.06 |
| 1,650.  Carbon vapor filter (for air scrubber) - 16" x 16" | 2.00 EA | 0.00 | 72.03 | 23.94 | 32.17 | 200.17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total:  2nd floor | | | | 7,666.35 | 66,928.49 | 387,884.55 |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

| L Hallway | | Height: 8' |
|---|---|---|
| 94.92 SF Walls | | 30.03 SF Ceiling |
| 124.95 SF Walls & Ceiling | | 30.03 SF Floor |
| 3.34 SY Flooring | | 11.03 LF Floor Perimeter |
| 23.61 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | **2' 6" X 6' 8"** | **Opens into LR_LIVING_RO** |
| **Door** | **2' 6" X 6' 8"** | **Opens into LL_LIVING_RO** |
| **Missing Wall - Goes to Floor** | **4' X 8'** | **Opens into Exterior** |
| **Missing Wall - Goes to Floor** | **3' 7" X 8'** | **Opens into Exterior** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 1,651.  R&R Combination CO/Smoke detector - High grade | 1.00 EA | 15.13 | 129.51 | 7.70 | 31.99 | 184.33 |
| 1,652.  Light fixture - Premium grade | 1.00 EA | 0.00 | 195.78 | 11.20 | 43.47 | 250.45 |
| Commercial LED light | | | | | | |
| **WALLS** | | | | | | |
| 1,653.  Chair rail - 2 1/2" | 11.03 LF | 0.00 | 3.51 | 1.55 | 8.46 | 48.73 |
| 1,654.  Seal (1 coat) & paint (2 coats) chair rail | 11.03 LF | 0.00 | 2.96 | 0.20 | 6.90 | 39.75 |
| 1,655.  Door jamb per LF - interior - hardwood - 6 9/16" | 36.00 LF | 0.00 | 9.19 | 19.90 | 73.65 | 424.39 |
| 1,656.  Trim board - 1" x 8" - installed (hardwood - oak or =) | 34.00 LF | 0.00 | 11.86 | 26.47 | 90.24 | 519.95 |
| Additional jamb thickness going into units. | | | | | | |
| 1,657.  Casing - 2 1/4" hardwood - molded w/detail | 36.00 LF | 0.00 | 4.25 | 9.22 | 34.06 | 196.28 |
| 1,658.  Seal (1 coat) & paint (2 coats) casing | 36.00 LF | 0.00 | 2.96 | 0.66 | 22.52 | 129.74 |
| 1,659.  Rosette - corner block - 3/4" x 3 1/2" - hardwood | 4.00 EA | 0.00 | 11.14 | 1.38 | 9.65 | 55.59 |
| 1,660.  Casing - 2 1/4" hardwood | 6.00 LF | 0.00 | 3.76 | 1.30 | 5.01 | 28.87 |
| Trimming off radiator offset. | | | | | | |
| 1,661.  Seal (1 coat) & paint (2 coats) casing | 6.00 LF | 0.00 | 2.96 | 0.11 | 3.75 | 21.62 |
| 1,662.  House numbers/letters - plastic or metal - up to 4" | 4.00 EA | 0.00 | 19.28 | 3.04 | 16.82 | 96.98 |
| 1,663.  Seal (1 coat) & paint (2 coats) balustrade | 4.00 LF | 0.00 | 52.39 | 3.13 | 44.66 | 257.35 |
| 1,664.  Seal & paint handrail - wall mounted | 4.00 LF | 0.00 | 2.65 | 0.09 | 2.25 | 12.94 |
| 1,665.  Paint handrail - wall mounted | 4.00 LF | 0.00 | 1.54 | 0.07 | 1.32 | 7.55 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - L Hallway**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2ND Coat due to dark color. | | | | | | |
| 1,666. Baseboard - 3 1/4" | 11.03 LF | 0.00 | 3.94 | 1.69 | 9.49 | 54.64 |
| 1,667. Seal (1 coat) & paint (2 coats) baseboard | 11.03 LF | 0.00 | 2.94 | 0.19 | 6.85 | 39.47 |
| **FLOOR** | | | | | | |
| 1,668. R&R Radiator - 4 column/tube - 16" - 30" high - per section | 26.00 EA | 8.23 | 85.74 | 101.92 | 534.48 | 3,079.62 |
| 1,669. Tackless strip - per LF | 11.03 LF | 0.00 | 0.80 | 0.86 | 1.85 | 11.53 |
| 1,670. Carpet pad | 30.03 SF | 0.00 | 0.65 | 1.89 | 4.10 | 25.51 |
| 1,671. Carpet - High grade | 34.54 SF | 0.00 | 6.74 | 22.53 | 48.89 | 304.22 |
| 15 % waste added for Carpet - High grade. | | | | | | |
| 1,672. Additional labor cost for Berber or patterned carpets | 30.03 SF | 0.00 | 0.28 | 0.81 | 1.77 | 10.99 |
| Totals: L Hallway | | | | 215.91 | 1,002.18 | 5,800.50 |



**LL Living Room**                                                    **Height: 8'**

| | |
|---|---|
| 386.03 SF Walls | 219.48 SF Ceiling |
| 605.52 SF Walls & Ceiling | 219.48 SF Floor |
| 24.39 SY Flooring | 51.79 LF Floor Perimeter |
| 61.30 LF Ceil. Perimeter | |

| **Door** | 2' 6" X 6' 8" | **Opens into L_HALLWAY** |
|---|---|---|
| **Window** | 3' 2" X 4' | **Opens into Exterior** |
| **Window** | 3' 2" X 4' | **Opens into Exterior** |
| **Window** | 3' 4" X 4' | **Opens into Exterior** |



**Subroom: Closet (2)**                                              **Height: 8'**

| | |
|---|---|
| 68.98 SF Walls | 6.62 SF Ceiling |
| 75.59 SF Walls & Ceiling | 6.62 SF Floor |
| 0.74 SY Flooring | 8.29 LF Floor Perimeter |
| 10.29 LF Ceil. Perimeter | |

| **Door** | 2' X 6' 8" | **Opens into LIVING_ROOM5** |
|---|---|---|



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - LL Living Room

| Subroom: Living Room (1) | | | | | Height: 7' |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| 40.93 SF Walls | | 18.99 SF Ceiling |
| 59.91 SF Walls & Ceiling | | 18.99 SF Floor |
| 2.11 SY Flooring | | 5.51 LF Floor Perimeter |
| 12.59 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Door** | **2' X 6' 8"** | **Opens into CLOSET12** |
| **Missing Wall - Goes to Floor** | **2' 7" X 6' 8"** | **Opens into LL_HALLWAY** |
| **Missing Wall - Goes to Floor** | **2' 6" X 6' 8"** | **Opens into LL_KITCHEN** |
| **Missing Wall** | **7' 1/16" X 7'** | **Opens into LL_LIVING_RO** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 1,673.  Light fixture - High grade | 1.00 EA | 0.00 | 106.78 | 4.08 | 23.29 | 134.15 |
| 1,674.  Ceiling hook | 1.00 EA | 0.00 | 11.79 | 0.16 | 2.52 | 14.47 |
| **WALLS** | | | | | | |
| 1,675.  Drywall window return - up to 6" | 36.50 LF | 0.00 | 12.10 | 4.20 | 93.63 | 539.48 |
| 1,676.  Window stool & apron | 10.00 LF | 0.00 | 8.52 | 3.40 | 18.60 | 107.20 |
| 1,677.  Seal & paint window stool and apron | 10.00 LF | 0.00 | 5.41 | 0.36 | 11.44 | 65.90 |
| 1,678.  Paint window stool and apron - 1 coat | 10.00 LF | 0.00 | 3.65 | 0.26 | 7.73 | 44.49 |
| 1,679.  Window blind - aluminum - 1" - 7.1 to 14 SF | 3.00 EA | 0.00 | 106.58 | 13.24 | 69.92 | 402.90 |
| 1,680.  Window drapery - hardware | 3.00 EA | 0.00 | 109.91 | 14.04 | 72.18 | 415.95 |
| 1,681.  Casing - 2 1/4" hardwood - molded w/detail | 85.00 LF | 0.00 | 4.25 | 21.76 | 80.44 | 463.45 |
| Opening to kitchen, hallway, both sides of closet and entry. | | | | | | |
| 1,682.  Rosette - corner block - 3/4" x 3 1/2" - hardwood | 12.00 EA | 0.00 | 11.14 | 4.15 | 28.96 | 166.79 |
| 1,683.  Door jamb per LF - interior - hardwood - 6 9/16" | 50.50 LF | 0.00 | 9.19 | 27.92 | 103.32 | 595.34 |
| 1,684.  Interior door - solid alder - paneled - slab only | 1.00 EA | 0.00 | 463.85 | 31.65 | 104.06 | 599.56 |
| 1,685.  Exterior door - solid alder - paneled - slab only | 1.00 EA | 0.00 | 904.82 | 63.29 | 203.30 | 1,171.41 |
| 1,686.  R&R Door closer - Commercial grade | 1.00 EA | 20.45 | 150.73 | 9.65 | 37.98 | 218.81 |
| 1,687.  On site door prep. for full mortised lockset - Labor only | 2.00 EA | 0.00 | 102.35 | 0.00 | 42.99 | 247.69 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - LL Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,688.  Door hinges (set of 3) | 2.00 EA | 0.00 | 49.94 | 2.13 | 21.42 | 123.43 |
| 1,689.  Door knob - interior | 1.00 EA | 0.00 | 47.13 | 1.82 | 10.27 | 59.22 |
| 1,690.  Door lockset & deadbolt - exterior - Premium grade | 1.00 EA | 0.00 | 250.40 | 17.43 | 56.24 | 324.07 |
| Smart lock | | | | | | |
| 1,691.  Door weather stripping | 1.00 EA | 0.00 | 33.59 | 0.73 | 7.21 | 41.53 |
| 1,692.  Door threshold | 1.00 EA | 0.00 | 57.94 | 2.03 | 12.58 | 72.55 |
| 1,693.  Door peep hole | 1.00 EA | 0.00 | 21.56 | 0.94 | 4.72 | 27.22 |
| 1,694.  Seal & paint door/window trim & jamb - (per side) | 5.00 EA | 0.00 | 42.62 | 2.41 | 45.26 | 260.77 |
| 1,695.  Paint door/window trim & jamb - 1 coat (per side) | 5.00 EA | 0.00 | 28.83 | 1.78 | 30.66 | 176.59 |
| 1,696.  Seal & paint door slab only (per side) | 3.00 EA | 0.00 | 51.14 | 2.38 | 32.72 | 188.52 |
| 1,697.  Paint door slab only - 1 coat (per side) | 3.00 EA | 0.00 | 33.37 | 1.54 | 21.34 | 122.99 |
| 1,698.  Door stop - hinge pin mounted | 2.00 EA | 0.00 | 10.13 | 0.58 | 4.38 | 25.22 |
| 1,699.  Closet shelf and rod package | 2.58 LF | 0.00 | 22.98 | 1.22 | 12.70 | 73.21 |
| 1,700.  Seal & paint closet shelving - single shelf | 1.00 EA | 0.00 | 70.66 | 0.43 | 14.93 | 86.02 |
| 1,701.  Robe hook | 4.00 EA | 0.00 | 17.05 | 2.33 | 14.81 | 85.34 |
| 1,702.  Outlet | 4.00 EA | 0.00 | 15.79 | 0.74 | 13.42 | 77.32 |
| 1,703.  Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 1,704.  Television cable outlet | 1.00 EA | 0.00 | 77.12 | 1.97 | 16.61 | 95.70 |
| 1,705.  Phone/low voltage outlet rough-in | 1.00 EA | 0.00 | 54.66 | 0.61 | 11.61 | 66.88 |
| 1,706.  Outlet or switch cover | 7.00 EA | 0.00 | 3.33 | 0.60 | 5.02 | 28.93 |
| 1,707.  Baseboard - 3 1/4" | 65.59 LF | 0.00 | 3.94 | 10.02 | 56.37 | 324.81 |
| 1,708.  Seal (1 coat) & paint (2 coats) baseboard | 65.59 LF | 0.00 | 2.94 | 1.10 | 40.72 | 234.65 |
| **FLOOR** | | | | | | |
| 1,709.  Radiator - 5 column/tube - 26" - 38" high - per section | 24.00 EA | 0.00 | 100.92 | 123.23 | 534.52 | 3,079.83 |
| 1,710.  Tackless strip - per LF | 65.59 LF | 0.00 | 0.80 | 5.08 | 11.02 | 68.57 |
| 1,711.  Carpet pad | 245.09 SF | 0.00 | 0.65 | 15.42 | 33.45 | 208.18 |
| 1,712.  Carpet | 294.10 SF | 0.00 | 3.97 | 113.03 | 245.19 | 1,525.80 |
| 1,713.  Additional labor cost for Berber or patterned carpets | 245.09 SF | 0.00 | 0.28 | 6.64 | 14.41 | 89.68 |
| 1,714.  Seam carpet | 3.00 LF | 0.00 | 5.80 | 1.68 | 3.65 | 22.73 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - LL Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: LL Living Room | | | | 516.27 | 2,179.10 | 12,697.55 |



**LL Hallway**  **Height: 8'**

| | | |
|---|---|---|
| 77.28 | SF Walls | 16.56 SF Ceiling |
| 93.83 | SF Walls & Ceiling | 16.56 SF Floor |
| 1.84 | SY Flooring | 8.28 LF Floor Perimeter |
| 16.53 | LF Ceil. Perimeter | |

| **Door** | **2' 6" X 6' 8"** | **Opens into LL_BEDROOM** |
|---|---|---|
| **Door** | **1' 10" X 6' 8"** | **Opens into LL_4PC_BATHR** |
| **Missing Wall - Goes to Floor** | **2' 7" X 6' 8"** | **Opens into LIVING_ROOM5** |



**Subroom:  LL Linen Closet (1)**  **Height: 8'**

| | | |
|---|---|---|
| 43.55 | SF Walls | 2.63 SF Ceiling |
| 46.18 | SF Walls & Ceiling | 2.63 SF Floor |
| 0.29 | SY Flooring | 5.22 LF Floor Perimeter |
| 6.55 | LF Ceil. Perimeter | |

| **Door** | **1' 4" X 6' 8"** | **Opens into LL_HALLWAY** |
|---|---|---|

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 1,715.  Light fixture - High grade | 1.00 EA | 0.00 | 106.78 | 4.08 | 23.29 | 134.15 |
| Commercial LED | | | | | | |
| 1,716.  Combination CO/Smoke detector - High grade | 1.00 EA | 0.00 | 129.51 | 7.70 | 28.82 | 166.03 |
| **WALLS** | | | | | | |
| 1,717.  Casing - 2 1/4" hardwood - molded w/detail | 50.00 LF | 0.00 | 4.25 | 12.80 | 47.32 | 272.62 |
| 1,718.  Rosette - corner block - 3/4" x 3 1/2" - hardwood | 12.00 EA | 0.00 | 11.14 | 4.15 | 28.96 | 166.79 |
| 1,719.  Casing - 2 1/4" | 16.00 LF | 0.00 | 2.62 | 2.01 | 9.22 | 53.15 |
| Inside of linen closet. | | | | | | |
| 1,720.  Door jamb per LF - interior - hardwood - 6 9/16" | 16.00 LF | 0.00 | 9.19 | 8.84 | 32.72 | 188.60 |
| 1,721.  Interior door - solid alder - paneled - slab only | 1.00 EA | 0.00 | 463.85 | 31.65 | 104.06 | 599.56 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - LL Hallway

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,722.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 1,723.  Door hinges (set of 2) | 1.00 EA | 0.00 | 35.45 | 0.88 | 7.64 | 43.97 |
| 1,724.  Door knob - interior | 1.00 EA | 0.00 | 47.13 | 1.82 | 10.27 | 59.22 |
| 1,725.  Seal & paint door slab only (per side) | 4.00 EA | 0.00 | 51.14 | 3.17 | 43.63 | 251.36 |
| 1,726.  Paint door slab only - 1 coat (per side) | 4.00 EA | 0.00 | 33.37 | 2.05 | 28.47 | 164.00 |
| 1,727.  Seal & paint door/window trim & jamb - (per side) | 4.00 EA | 0.00 | 42.62 | 1.93 | 36.20 | 208.61 |
| 1,728.  Paint door/window trim & jamb - 1 coat (per side) | 4.00 EA | 0.00 | 28.83 | 1.42 | 24.52 | 141.26 |
| 1,729.  Closet package - hall/linen (4 shelves 3' wide) | 1.00 EA | 0.00 | 188.36 | 8.47 | 41.34 | 238.17 |
| 1,730.  Seal & paint closet shelving - linen closet | 1.00 EA | 0.00 | 120.53 | 1.38 | 25.60 | 147.51 |
| 1,731.  Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 1,732.  Outlet or switch cover | 1.00 EA | 0.00 | 3.33 | 0.09 | 0.72 | 4.14 |
| 1,733.  Baseboard - 3 1/4" | 13.51 LF | 0.00 | 3.94 | 2.06 | 11.62 | 66.91 |
| 1,734.  Seal (1 coat) & paint (2 coats) baseboard | 13.51 LF | 0.00 | 2.94 | 0.23 | 8.39 | 48.34 |
| **FLOOR** | | | | | | |
| 1,735.  Tackless strip - per LF | 13.51 LF | 0.00 | 0.80 | 1.04 | 2.27 | 14.12 |
| 1,736.  Carpet pad | 19.19 SF | 0.00 | 0.65 | 1.21 | 2.62 | 16.30 |
| 1,737.  Carpet | 23.03 SF | 0.00 | 3.97 | 8.85 | 19.20 | 119.48 |
| 1,738.  Additional labor cost for Berber or patterned carpets | 19.19 SF | 0.00 | 0.28 | 0.52 | 1.13 | 7.02 |
| 1,739.  Seam carpet | 3.00 LF | 0.00 | 5.80 | 1.68 | 3.65 | 22.73 |

Totals:  LL Hallway                                                                                      108.27      566.67      3,278.09

## Tri-State Public Adjusters



22 Christopher Ct
Wolfeboro, NH 03894



| LL Bedroom | | Height: 8' |
|---|---|---|
| 289.87 SF Walls | 123.94 SF Ceiling | |
| 413.81 SF Walls & Ceiling | 123.94 SF Floor | |
| 13.77 SY Flooring | 38.23 LF Floor Perimeter | |
| 44.73 LF Ceil. Perimeter | | |

| **Door** | 2' 6" X 6' 8" | Opens into LL_HALLWAY |
|---|---|---|
| **Window** | 3' 1" X 4' | Opens into Exterior |
| **Window** | 3' 1" X 4' | Opens into Exterior |



| Subroom:  Closet (1) | | Height: 8' |
|---|---|---|
| 93.35 SF Walls | 10.49 SF Ceiling | |
| 103.84 SF Walls & Ceiling | 10.49 SF Floor | |
| 1.17 SY Flooring | 11.34 LF Floor Perimeter | |
| 13.34 LF Ceil. Perimeter | | |

| **Door** | 2' X 6' 8" | Opens into LL_BEDROOM |
|---|---|---|



| Subroom:  Closet (2) | | Height: 8' |
|---|---|---|
| 98.68 SF Walls | 11.34 SF Ceiling | |
| 110.02 SF Walls & Ceiling | 11.34 SF Floor | |
| 1.26 SY Flooring | 12.00 LF Floor Perimeter | |
| 14.00 LF Ceil. Perimeter | | |

| **Door** | 2' X 6' 8" | Opens into LL_BEDROOM |
|---|---|---|

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **WALLS** | | | | | | |
| 1,740.  Drywall window return - up to 6" | 24.33 LF | 0.00 | 12.10 | 2.80 | 62.41 | 359.60 |
| 1,741.  Window stool & apron | 6.67 LF | 0.00 | 8.52 | 2.27 | 12.41 | 71.51 |
| 1,742.  Seal & paint window stool and apron | 7.00 LF | 0.00 | 5.41 | 0.25 | 8.02 | 46.14 |
| 1,743.  Paint window stool and apron - 1 coat | 7.00 LF | 0.00 | 3.65 | 0.18 | 5.41 | 31.14 |
| 1,744.  Window blind - aluminum - 1" - 7.1 to 14 SF | 2.00 EA | 0.00 | 106.58 | 8.83 | 46.62 | 268.61 |
| 1,745.  Window drapery - hardware | 2.00 EA | 0.00 | 109.91 | 9.36 | 48.13 | 277.31 |
| 1,746.  Casing - 2 1/4" hardwood - molded w/detail | 51.00 LF | 0.00 | 4.25 | 13.06 | 48.27 | 278.08 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - LL Bedroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,747.  Casing - 2 1/4" | 34.00 LF | 0.00 | 2.62 | 4.27 | 19.61 | 112.96 |
| Inside of closets. | | | | | | |
| 1,748.  Door jamb per LF - interior - hardwood - 6 9/16" | 51.00 LF | 0.00 | 9.19 | 28.19 | 104.35 | 601.23 |
| 1,749.  Interior door - solid alder - paneled - slab only | 3.00 EA | 0.00 | 463.85 | 94.95 | 312.18 | 1,798.68 |
| 1,750.  On site door prep. for full mortised lockset - Labor only | 3.00 EA | 0.00 | 102.35 | 0.00 | 64.49 | 371.54 |
| 1,751.  Door hinges (set of 2) | 3.00 EA | 0.00 | 35.45 | 2.65 | 22.90 | 131.90 |
| 1,752.  Door knob - interior | 3.00 EA | 0.00 | 47.13 | 5.45 | 30.84 | 177.68 |
| 1,753.  Seal & paint door slab only (per side) | 5.00 EA | 0.00 | 51.14 | 3.96 | 54.54 | 314.20 |
| 1,754.  Paint door slab only - 1 coat (per side) | 5.00 EA | 0.00 | 33.37 | 2.57 | 35.58 | 205.00 |
| 1,755.  Seal & paint door/window trim & jamb - (per side) | 5.00 EA | 0.00 | 42.62 | 2.41 | 45.26 | 260.77 |
| 1,756.  Paint door/window trim & jamb - 1 coat (per side) | 5.00 EA | 0.00 | 28.83 | 1.78 | 30.66 | 176.59 |
| 1,757.  Door stop - hinge pin mounted | 3.00 EA | 0.00 | 10.13 | 0.87 | 6.57 | 37.83 |
| 1,758.  Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 1,759.  Outlet | 4.00 EA | 0.00 | 15.79 | 0.74 | 13.42 | 77.32 |
| 1,760.  Outlet or switch cover | 5.00 EA | 0.00 | 3.33 | 0.43 | 3.59 | 20.67 |
| 1,761.  Closet shelf and rod package | 8.67 LF | 0.00 | 22.98 | 4.11 | 42.70 | 246.05 |
| 1,762.  Seal & paint wood shelving, 12"- 24" width | 8.67 LF | 0.00 | 6.12 | 0.42 | 11.24 | 64.72 |
| 1,763.  Paint wood shelving, 12"- 24" width - 1 coat | 8.67 LF | 0.00 | 4.15 | 0.32 | 7.63 | 43.93 |
| 1,764.  Robe hook | 9.00 EA | 0.00 | 17.05 | 5.24 | 33.33 | 192.02 |
| 1,765.  Baseboard - 3 1/4" | 61.57 LF | 0.00 | 3.94 | 9.41 | 52.93 | 304.93 |
| 1,766.  Seal (1 coat) & paint (2 coats) baseboard | 61.57 LF | 0.00 | 2.94 | 1.03 | 38.22 | 220.27 |
| **FLOOR** | | | | | | |
| 1,767.  Radiator - 5 column/tube - 26" - 38" high - per section | 14.00 EA | 0.00 | 100.92 | 71.88 | 311.81 | 1,796.57 |
| 1,768.  Tackless strip - per LF | 61.57 LF | 0.00 | 0.80 | 4.77 | 10.35 | 64.38 |
| 1,769.  Carpet pad | 145.76 SF | 0.00 | 0.65 | 9.17 | 19.89 | 123.80 |
| 1,770.  Carpet | 174.91 SF | 0.00 | 3.97 | 67.22 | 145.82 | 907.43 |
| 1,771.  Additional labor cost for Berber or patterned carpets | 145.76 SF | 0.00 | 0.28 | 3.94 | 8.57 | 53.32 |
| 1,772.  Seam carpet | 3.00 LF | 0.00 | 5.80 | 1.68 | 3.65 | 22.73 |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - LL Bedroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals:  LL Bedroom | | | | 364.45 | 1,664.91 | 9,679.11 |



**LL 4PC Bathroom**                            **Height: 8'**

| | |
|---|---|
| 197.21  SF Walls | 37.53  SF Ceiling |
| 234.74  SF Walls & Ceiling | 37.53  SF Floor |
| 4.17  SY Flooring | 24.91  LF Floor Perimeter |
| 26.74  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **1' 10" X 6' 8"** | Opens into LL_HALLWAY |
| **Window** | **1' 6" X 3'** | Opens into Exterior |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **WALLS** | | | | | | |
| 1,773.  Drywall window return - up to 6" | 12.00 LF | 0.00 | 12.10 | 1.38 | 30.78 | 177.36 |
| 1,774.  Sill - cultured marble on 2" x 6" wall | 2.00 LF | 0.00 | 16.17 | 1.05 | 7.02 | 40.41 |
| 1,775.  Tile tub surround - up to 60 SF | 1.00 EA | 0.00 | 2,276.62 | 37.85 | 486.04 | 2,800.51 |
| 1,776.  Bathtub | 1.00 EA | 0.00 | 980.93 | 38.25 | 214.03 | 1,233.21 |
| 1,777.  Tub/shower faucet | 1.00 EA | 0.00 | 330.84 | 11.72 | 71.93 | 414.49 |
| 1,778.  Shower curtain rod | 1.00 EA | 0.00 | 36.66 | 1.63 | 8.04 | 46.33 |
| 1,779.  Vanity with cultured marble or solid surface top | 2.00 LF | 0.00 | 267.50 | 32.64 | 119.20 | 686.84 |
| 1,780.  Cabinet knob or pull | 1.00 EA | 0.00 | 8.75 | 0.28 | 1.90 | 10.93 |
| 1,781.  Sink faucet - Bathroom | 1.00 EA | 0.00 | 253.36 | 11.85 | 55.70 | 320.91 |
| 1,782.  Sink drain assembly with stop | 1.00 EA | 0.00 | 52.42 | 1.39 | 11.30 | 65.11 |
| 1,783.  Angle stop valve | 2.00 EA | 0.00 | 42.99 | 2.00 | 18.48 | 106.46 |
| 1,784.  Plumbing fixture supply line | 2.00 EA | 0.00 | 22.29 | 1.13 | 9.59 | 55.30 |
| 1,785.  P-trap assembly - ABS (plastic) | 1.00 EA | 0.00 | 69.41 | 0.67 | 14.72 | 84.80 |
| 1,786.  Mirror - framed | 6.00 SF | 0.00 | 30.21 | 11.57 | 40.50 | 233.33 |
| 1,787.  Light fixture - wall sconce | 1.00 EA | 0.00 | 96.87 | 4.51 | 21.30 | 122.68 |
| 1,788.  Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 EA | 0.00 | 8.49 | 0.68 | 1.93 | 11.10 |
| 1,789.  Towel bar | 1.00 EA | 0.00 | 31.38 | 1.21 | 6.84 | 39.43 |
| 1,790.  Toilet paper holder | 1.00 EA | 0.00 | 28.65 | 0.99 | 6.23 | 35.87 |
| 1,791.  Casing - 2 1/4" hardwood - molded w/detail | 18.00 LF | 0.00 | 4.25 | 4.61 | 17.04 | 98.15 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - LL 4PC Bathroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,792.  Rosette - corner block - 3/4" x 3 1/2" - hardwood | 4.00 EA | 0.00 | 11.14 | 1.38 | 9.65 | 55.59 |
| 1,793.  Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.00 | 9.19 | 9.40 | 34.78 | 200.41 |
| 1,794.  Interior door - solid alder - paneled - slab only | 1.00 EA | 0.00 | 463.85 | 31.65 | 104.06 | 599.56 |
| 1,795.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 1,796.  Door hinges (set of 2) | 1.00 EA | 0.00 | 35.45 | 0.88 | 7.64 | 43.97 |
| 1,797.  Door knob - interior | 1.00 EA | 0.00 | 47.13 | 1.82 | 10.27 | 59.22 |
| 1,798.  Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 1,799.  Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 1,800.  Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |
| 1,801.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 1,802.  Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 1,803.  Ground fault interrupter (GFI) outlet | 1.00 EA | 0.00 | 34.17 | 1.53 | 7.50 | 43.20 |
| 1,804.  Outlet or switch cover | 2.00 EA | 0.00 | 3.33 | 0.17 | 1.44 | 8.27 |
| 1,805.  Baseboard - 3 1/4" | 24.91 LF | 0.00 | 3.94 | 3.81 | 21.42 | 123.38 |
| 1,806.  Seal (1 coat) & paint (2 coats) baseboard | 24.91 LF | 0.00 | 2.94 | 0.42 | 15.47 | 89.13 |
| **FLOOR** | | | | | | |
| 1,807.  Angle stop valve | 1.00 EA | 0.00 | 42.99 | 1.00 | 9.24 | 53.23 |
| 1,808.  Plumbing fixture supply line | 1.00 EA | 0.00 | 22.29 | 0.56 | 4.80 | 27.65 |
| 1,809.  Toilet | 1.00 EA | 0.00 | 561.40 | 26.24 | 123.40 | 711.04 |
| 1,810.  Toilet seat | 1.00 EA | 0.00 | 59.03 | 2.57 | 12.93 | 74.53 |
| 1,811.  Radiator - 2 column/tube - 20" - 30" high - per section | 10.00 EA | 0.00 | 74.55 | 30.25 | 162.92 | 938.67 |
| 1,812.  Ball valve - brass - 2" | 1.00 EA | 0.00 | 138.81 | 6.96 | 30.62 | 176.39 |
| 1,813.  Snaplock Laminate - simulated wood flooring | 37.53 SF | 0.00 | 7.59 | 10.18 | 61.96 | 356.99 |
| 1,814.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |

| Totals:  LL 4PC Bathroom | | | | 298.11 | 1,824.36 | 10,511.29 |
|---|---|---|---|---|---|---|



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894



| LL Kitchen | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| 331.05 SF Walls | | | | 104.15 SF Ceiling | | |
| 435.21 SF Walls & Ceiling | | | | 104.15 SF Floor | | |
| 11.57 SY Flooring | | | | 42.47 LF Floor Perimeter | | |
| 44.97 LF Ceil. Perimeter | | | | | | |

| Missing Wall - Goes to Floor | 2' 6" X 6' 8" | Opens into LIVING_ROOM5 |
|---|---|---|
| Window | 3' X 4' | Opens into Exterior |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 1,815.  Light fixture - High grade | 1.00 EA | 0.00 | 106.78 | 4.08 | 23.29 | 134.15 |
| Commercial LED | | | | | | |
| **WALLS** | | | | | | |
| 1,816.  Custom cabinets - wall units - 36" tall - High grade | 5.50 LF | 0.00 | 305.09 | 114.42 | 376.41 | 2,168.83 |
| 1,817.  Custom cabinets - wall units - 30" tall | 8.00 LF | 0.00 | 193.14 | 94.78 | 344.38 | 1,984.28 |
| 1,818.  Custom cabinets - base units - High grade | 5.50 LF | 0.00 | 424.55 | 166.98 | 525.42 | 3,027.43 |
| 1,819.  Custom cabinets - full height units | 1.58 LF | 0.00 | 409.99 | 44.62 | 145.41 | 837.81 |
| 1,820.  Countertop - solid surface | 11.55 SF | 0.00 | 64.25 | 41.34 | 164.52 | 947.95 |
| 1,821.  Cabinet knob or pull | 13.00 EA | 0.00 | 8.75 | 3.68 | 24.67 | 142.10 |
| 1,822.  Sink - double basin | 1.00 EA | 0.00 | 428.97 | 23.86 | 95.11 | 547.94 |
| 1,823.  Sink faucet - Kitchen | 1.00 EA | 0.00 | 299.36 | 15.53 | 66.13 | 381.02 |
| 1,824.  Sink strainer and drain assembly | 1.00 EA | 0.00 | 54.75 | 1.58 | 11.83 | 68.16 |
| 1,825.  P-trap assembly - ABS (plastic) | 1.00 EA | 0.00 | 69.41 | 0.67 | 14.72 | 84.80 |
| 1,826.  Angle stop valve | 2.00 EA | 0.00 | 42.99 | 2.00 | 18.48 | 106.46 |
| 1,827.  Plumbing fixture supply line | 2.00 EA | 0.00 | 22.29 | 1.13 | 9.59 | 55.30 |
| 1,828.  Outlet | 2.00 EA | 0.00 | 15.79 | 0.37 | 6.71 | 38.66 |
| 1,829.  Ground fault interrupter (GFI) outlet | 1.00 EA | 0.00 | 34.17 | 1.53 | 7.50 | 43.20 |
| 1,830.  Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 1,831.  Outlet or switch cover | 5.00 EA | 0.00 | 3.33 | 0.43 | 3.59 | 20.67 |
| 1,832.  Door bell/chime | 1.00 EA | 0.00 | 140.37 | 3.20 | 30.15 | 173.72 |
| 1,833.  Breaker panel - 70 amp | 1.00 EA | 0.00 | 615.06 | 11.62 | 131.61 | 758.29 |
| 1,834.  Circuit breaker - main disconnect - up to 100 amp | 1.00 EA | 0.00 | 120.86 | 5.30 | 26.50 | 152.66 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - LL Kitchen

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,835.  Circuit breaker - bolt-on - 1 pole, 15 to 60 amp | 4.00 EA | 0.00 | 48.25 | 5.85 | 41.76 | 240.61 |
| 1,836.  Phone/low voltage outlet rough-in | 1.00 EA | 0.00 | 54.66 | 0.61 | 11.61 | 66.88 |
| 1,837.  Phone, TV, or speaker outlet | 1.00 EA | 0.00 | 20.54 | 0.56 | 4.43 | 25.53 |
| 1,838.  Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.00 | 9.19 | 9.40 | 34.78 | 200.41 |
| 1,839.  Door hinges (set of 2) | 1.00 EA | 0.00 | 35.45 | 0.88 | 7.64 | 43.97 |
| 1,840.  Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |
| 1,841.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 1,842.  Flexible gas supply line connector - 5/8" - 25" to 48" | 1.00 EA | 0.00 | 45.15 | 2.68 | 10.06 | 57.89 |
| 1,843.  Gas solenoid valve | 1.00 EA | 0.00 | 311.52 | 17.60 | 69.12 | 398.24 |
| 1,844.  Range - freestanding - gas | 1.00 EA | 0.00 | 1,169.16 | 80.00 | 262.33 | 1,511.49 |
| 1,845.  Refrigerator - top freezer - 18 to 22 cf | 1.00 EA | 0.00 | 931.42 | 72.00 | 210.72 | 1,214.14 |
| 1,846.  Drywall window return - up to 6" | 15.00 LF | 0.00 | 12.10 | 1.73 | 38.48 | 221.71 |
| 1,847.  Sill - cultured marble on 2" x 6" wall | 3.00 LF | 0.00 | 16.17 | 1.57 | 10.52 | 60.60 |
| 1,848.  Baseboard - 3 1/4" | 42.47 LF | 0.00 | 3.94 | 6.49 | 36.50 | 210.32 |
| 1,849.  Seal (1 coat) & paint (2 coats) baseboard | 42.47 LF | 0.00 | 2.94 | 0.71 | 26.38 | 151.95 |
| **FLOOR** | | | | | | |
| 1,850.  Snaplock Laminate - simulated wood flooring | 104.15 SF | 0.00 | 7.59 | 28.25 | 171.95 | 990.70 |
| 1,851.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |

| Totals:  LL Kitchen | | | | 768.03 | 2,986.46 | 17,207.02 |
|---|---|---|---|---|---|---|



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894



### LR Living Room                                              Height: 8'

|  |  |
|---|---|
| 397.12 SF Walls | 223.28 SF Ceiling |
| 620.39 SF Walls & Ceiling | 223.28 SF Floor |
| 24.81 SY Flooring | 52.09 LF Floor Perimeter |
| 61.96 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Window | 3' 10" X 4' | Opens into Exterior |
| Window | 3' 9" X 4' | Opens into Exterior |
| Missing Wall - Goes to Floor | 2' 6" X 6' 8" | Opens into L_HALLWAY |



### Subroom: Closet (2)                                        Height: 8'

|  |  |
|---|---|
| 64.17 SF Walls | 5.87 SF Ceiling |
| 70.04 SF Walls & Ceiling | 5.87 SF Floor |
| 0.65 SY Flooring | 7.69 LF Floor Perimeter |
| 9.69 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 2' X 6' 8" | Opens into LIVING_ROOM4 |



### Subroom: Living Room (1)                                   Height: 7'

|  |  |
|---|---|
| 42.51 SF Walls | 19.18 SF Ceiling |
| 61.69 SF Walls & Ceiling | 19.18 SF Floor |
| 2.13 SY Flooring | 5.74 LF Floor Perimeter |
| 12.74 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 2' X 6' 8" | Opens into CLOSET3 |
| Missing Wall | 7' 4 3/8" X 7' | Opens into LR_LIVING_RO |
| Missing Wall - Goes to Floor | 2' 6" X 6' 8" | Opens into LR_KITCHEN |
| Missing Wall - Goes to Floor | 2' 6" X 6' 8" | Opens into LR_HALLWAY |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 1,852. Light fixture - High grade | 1.00 EA | 0.00 | 106.78 | 4.08 | 23.29 | 134.15 |
| 1,853. Ceiling hook | 1.00 EA | 0.00 | 11.79 | 0.16 | 2.52 | 14.47 |
| **WALLS** | | | | | | |
| 1,854. Drywall window return - up to 6" | 36.50 LF | 0.00 | 12.10 | 4.20 | 93.63 | 539.48 |
| 1,855. Window stool & apron | 10.00 LF | 0.00 | 8.52 | 3.40 | 18.60 | 107.20 |
| 1,856. Seal & paint window stool and apron | 10.00 LF | 0.00 | 5.41 | 0.36 | 11.44 | 65.90 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - LR Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,857.  Paint window stool and apron - 1 coat | 10.00 LF | 0.00 | 3.65 | 0.26 | 7.73 | 44.49 |
| 1,858.  Window blind - aluminum - 1" - 7.1 to 14 SF | 3.00 EA | 0.00 | 106.58 | 13.24 | 69.92 | 402.90 |
| 1,859.  Window drapery - hardware | 3.00 EA | 0.00 | 109.91 | 14.04 | 72.18 | 415.95 |
| 1,860.  Casing - 2 1/4" hardwood - molded w/detail | 85.00 LF | 0.00 | 4.25 | 21.76 | 80.44 | 463.45 |
| Opening to kitchen, hallway, both sides of closet and entry. | | | | | | |
| 1,861.  Rosette - corner block - 3/4" x 3 1/2" - hardwood | 12.00 EA | 0.00 | 11.14 | 4.15 | 28.96 | 166.79 |
| 1,862.  Door jamb per LF - interior - hardwood - 6 9/16" | 50.50 LF | 0.00 | 9.19 | 27.92 | 103.32 | 595.34 |
| 1,863.  Interior door - solid alder - paneled - slab only | 1.00 EA | 0.00 | 463.85 | 31.65 | 104.06 | 599.56 |
| 1,864.  Exterior door - solid alder - paneled - slab only | 1.00 EA | 0.00 | 904.82 | 63.29 | 203.30 | 1,171.41 |
| 1,865.  R&R Door closer - Commercial grade | 1.00 EA | 20.45 | 150.73 | 9.65 | 37.98 | 218.81 |
| 1,866.  On site door prep. for full mortised lockset - Labor only | 2.00 EA | 0.00 | 102.35 | 0.00 | 42.99 | 247.69 |
| 1,867.  Door hinges (set of 3) | 2.00 EA | 0.00 | 49.94 | 2.13 | 21.42 | 123.43 |
| 1,868.  Door knob - interior | 1.00 EA | 0.00 | 47.13 | 1.82 | 10.27 | 59.22 |
| 1,869.  Door lockset & deadbolt - exterior - Premium grade | 1.00 EA | 0.00 | 250.40 | 17.43 | 56.24 | 324.07 |
| Smart lock | | | | | | |
| 1,870.  Door weather stripping | 1.00 EA | 0.00 | 33.59 | 0.73 | 7.21 | 41.53 |
| 1,871.  Door threshold | 1.00 EA | 0.00 | 57.94 | 2.03 | 12.58 | 72.55 |
| 1,872.  Door peep hole | 1.00 EA | 0.00 | 21.56 | 0.94 | 4.72 | 27.22 |
| 1,873.  Seal & paint door/window trim & jamb - (per side) | 5.00 EA | 0.00 | 42.62 | 2.41 | 45.26 | 260.77 |
| 1,874.  Paint door/window trim & jamb - 1 coat (per side) | 5.00 EA | 0.00 | 28.83 | 1.78 | 30.66 | 176.59 |
| 1,875.  Seal & paint door slab only (per side) | 3.00 EA | 0.00 | 51.14 | 2.38 | 32.72 | 188.52 |
| 1,876.  Paint door slab only - 1 coat (per side) | 3.00 EA | 0.00 | 33.37 | 1.54 | 21.34 | 122.99 |
| 1,877.  Door stop - hinge pin mounted | 2.00 EA | 0.00 | 10.13 | 0.58 | 4.38 | 25.22 |
| 1,878.  Closet shelf and rod package | 2.58 LF | 0.00 | 22.98 | 1.22 | 12.70 | 73.21 |
| 1,879.  Seal & paint closet shelving - single shelf | 1.00 EA | 0.00 | 70.66 | 0.43 | 14.93 | 86.02 |
| 1,880.  Robe hook | 4.00 EA | 0.00 | 17.05 | 2.33 | 14.81 | 85.34 |
| 1,881.  Outlet | 4.00 EA | 0.00 | 15.79 | 0.74 | 13.42 | 77.32 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - LR Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,882. Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 1,883. Television cable outlet | 1.00 EA | 0.00 | 77.12 | 1.97 | 16.61 | 95.70 |
| 1,884. Phone/low voltage outlet rough-in | 1.00 EA | 0.00 | 54.66 | 0.61 | 11.61 | 66.88 |
| 1,885. Outlet or switch cover | 7.00 EA | 0.00 | 3.33 | 0.60 | 5.02 | 28.93 |
| 1,886. Baseboard - 3 1/4" | 65.52 LF | 0.00 | 3.94 | 10.01 | 56.32 | 324.48 |
| 1,887. Seal (1 coat) & paint (2 coats) baseboard | 65.52 LF | 0.00 | 2.94 | 1.10 | 40.68 | 234.41 |
| **FLOOR** | | | | | | |
| 1,888. Radiator - 5 column/tube - 26" - 38" high - per section | 24.00 EA | 0.00 | 100.92 | 123.23 | 534.52 | 3,079.83 |
| 1,889. Tackless strip - per LF | 65.52 LF | 0.00 | 0.80 | 5.07 | 11.01 | 68.50 |
| 1,890. Carpet pad | 248.32 SF | 0.00 | 0.65 | 15.62 | 33.90 | 210.93 |
| 1,891. Carpet | 297.98 SF | 0.00 | 3.97 | 114.51 | 248.43 | 1,545.92 |
| 1,892. Additional labor cost for Berber or patterned carpets | 248.32 SF | 0.00 | 0.28 | 6.73 | 14.60 | 90.86 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: LR Living Room | | | | 516.34 | 2,179.23 | 12,698.23 |



**LR Hallway**       **Height: 8'**

| | |
|---|---|
| 79.07 SF Walls | 17.13 SF Ceiling |
| 96.20 SF Walls & Ceiling | 17.13 SF Floor |
| 1.90 SY Flooring | 8.48 LF Floor Perimeter |
| 16.90 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | 2' X 6' 8" | Opens into LR_4PC_BATHR |
| **Door** | 2' 6" X 6' 8" | Opens into LR_BEDROOM |
| **Missing Wall - Goes to Floor** | 2' 6" X 6' 8" | Opens into LIVING_ROOM4 |

**Subroom: LR Linen Closet (1)**       **Height: 8'**

| | |
|---|---|
| 49.40 SF Walls | 3.29 SF Ceiling |
| 52.70 SF Walls & Ceiling | 3.29 SF Floor |
| 0.37 SY Flooring | 5.94 LF Floor Perimeter |
| 7.36 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | 1' 5" X 6' 8" | Opens into LR_HALLWAY |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

<b>CONTINUED - LR Hallway</b>

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 1,893.  Light fixture - High grade | 1.00 EA | 0.00 | 106.78 | 4.08 | 23.29 | 134.15 |
| Commercial LED | | | | | | |
| 1,894.  Combination CO/Smoke detector - High grade | 1.00 EA | 0.00 | 129.51 | 7.70 | 28.82 | 166.03 |
| **WALLS** | | | | | | |
| 1,895.  Casing - 2 1/4" hardwood - molded w/detail | 50.00 LF | 0.00 | 4.25 | 12.80 | 47.32 | 272.62 |
| 1,896.  Rosette - corner block - 3/4" x 3 1/2" - hardwood | 12.00 EA | 0.00 | 11.14 | 4.15 | 28.96 | 166.79 |
| 1,897.  Casing - 2 1/4" | 16.00 LF | 0.00 | 2.62 | 2.01 | 9.22 | 53.15 |
| Inside of linen closet. | | | | | | |
| 1,898.  Door jamb per LF - interior - hardwood - 6 9/16" | 16.00 LF | 0.00 | 9.19 | 8.84 | 32.72 | 188.60 |
| 1,899.  Interior door - solid alder - paneled - slab only | 1.00 EA | 0.00 | 463.85 | 31.65 | 104.06 | 599.56 |
| 1,900.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 1,901.  Door hinges (set of 2) | 1.00 EA | 0.00 | 35.45 | 0.88 | 7.64 | 43.97 |
| 1,902.  Door knob - interior | 1.00 EA | 0.00 | 47.13 | 1.82 | 10.27 | 59.22 |
| 1,903.  Seal & paint door slab only (per side) | 4.00 EA | 0.00 | 51.14 | 3.17 | 43.63 | 251.36 |
| 1,904.  Paint door slab only - 1 coat (per side) | 4.00 EA | 0.00 | 33.37 | 2.05 | 28.47 | 164.00 |
| 1,905.  Seal & paint door/window trim & jamb - (per side) | 4.00 EA | 0.00 | 42.62 | 1.93 | 36.20 | 208.61 |
| 1,906.  Paint door/window trim & jamb - 1 coat (per side) | 4.00 EA | 0.00 | 28.83 | 1.42 | 24.52 | 141.26 |
| 1,907.  Closet package - hall/linen (4 shelves 3' wide) | 1.00 EA | 0.00 | 188.36 | 8.47 | 41.34 | 238.17 |
| 1,908.  Seal & paint closet shelving - linen closet | 1.00 EA | 0.00 | 120.53 | 1.38 | 25.60 | 147.51 |
| 1,909.  Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 1,910.  Outlet or switch cover | 1.00 EA | 0.00 | 3.33 | 0.09 | 0.72 | 4.14 |
| 1,911.  Baseboard - 3 1/4" | 14.42 LF | 0.00 | 3.94 | 2.20 | 12.39 | 71.40 |
| 1,912.  Seal (1 coat) & paint (2 coats) baseboard | 14.42 LF | 0.00 | 2.94 | 0.24 | 8.95 | 51.58 |
| **FLOOR** | | | | | | |
| 1,913.  Tackless strip - per LF | 14.42 LF | 0.00 | 0.80 | 1.11 | 2.42 | 15.07 |
| 1,914.  Carpet pad | 20.42 SF | 0.00 | 0.65 | 1.28 | 2.79 | 17.34 |
| 1,915.  Carpet | 24.50 SF | 0.00 | 3.97 | 9.41 | 20.43 | 127.11 |

**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - LR Hallway

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,916.  Additional labor cost for Berber or patterned carpets | 20.42 SF | 0.00 | 0.28 | 0.56 | 1.20 | 7.48 |
| 1,917.  Carpet - metal transition strip | 6.00 LF | 0.00 | 3.32 | 1.92 | 4.18 | 26.02 |
| Totals:  LR Hallway | | | | 109.40 | 570.15 | 3,299.19 |



**LR Bedroom**      Height: 8'

| | |
|---|---|
| 300.60  SF Walls | 123.66  SF Ceiling |
| 424.26  SF Walls & Ceiling | 123.66  SF Floor |
| 13.74  SY Flooring | 38.39  LF Floor Perimeter |
| 44.73  LF Ceil. Perimeter | |

**Door**      **2' 6" X 6' 8"**      Opens into LR_HALLWAY

**Window**      **3' 9" X 4'**      Opens into Exterior



**Subroom:  Closet (2)**      Height: 8'

| | |
|---|---|
| 95.33  SF Walls | 10.61  SF Ceiling |
| 105.95  SF Walls & Ceiling | 10.61  SF Floor |
| 1.18  SY Flooring | 11.58  LF Floor Perimeter |
| 13.58  LF Ceil. Perimeter | |

**Door**      **2' X 6' 8"**      Opens into LR_BEDROOM



**Subroom:  Closet (1)**      Height: 8'

| | |
|---|---|
| 97.11  SF Walls | 10.71  SF Ceiling |
| 107.83  SF Walls & Ceiling | 10.71  SF Floor |
| 1.19  SY Flooring | 11.83  LF Floor Perimeter |
| 13.67  LF Ceil. Perimeter | |

**Door**      **1' 10" X 6' 8"**      Opens into LR_BEDROOM

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **WALLS** | | | | | | |
| 1,918.  Drywall window return - up to 6" | 24.33 LF | 0.00 | 12.10 | 2.80 | 62.41 | 359.60 |
| 1,919.  Window stool & apron | 6.67 LF | 0.00 | 8.52 | 2.27 | 12.41 | 71.51 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - LR Bedroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,920.  Seal & paint window stool and apron | 7.00 LF | 0.00 | 5.41 | 0.25 | 8.02 | 46.14 |
| 1,921.  Paint window stool and apron - 1 coat | 7.00 LF | 0.00 | 3.65 | 0.18 | 5.41 | 31.14 |
| 1,922.  Window blind - aluminum - 1" - 7.1 to 14 SF | 2.00 EA | 0.00 | 106.58 | 8.83 | 46.62 | 268.61 |
| 1,923.  Window drapery - hardware | 2.00 EA | 0.00 | 109.91 | 9.36 | 48.13 | 277.31 |
| 1,924.  Casing - 2 1/4" hardwood - molded w/detail | 51.00 LF | 0.00 | 4.25 | 13.06 | 48.27 | 278.08 |
| 1,925.  Casing - 2 1/4" | 34.00 LF | 0.00 | 2.62 | 4.27 | 19.61 | 112.96 |
| Inside of closets. | | | | | | |
| 1,926.  Door jamb per LF - interior - hardwood - 6 9/16" | 51.00 LF | 0.00 | 9.19 | 28.19 | 104.35 | 601.23 |
| 1,927.  Interior door - solid alder - paneled - slab only | 3.00 EA | 0.00 | 463.85 | 94.95 | 312.18 | 1,798.68 |
| 1,928.  On site door prep. for full mortised lockset - Labor only | 3.00 EA | 0.00 | 102.35 | 0.00 | 64.49 | 371.54 |
| 1,929.  Door hinges (set of 2) | 3.00 EA | 0.00 | 35.45 | 2.65 | 22.90 | 131.90 |
| 1,930.  Door knob - interior | 3.00 EA | 0.00 | 47.13 | 5.45 | 30.84 | 177.68 |
| 1,931.  Seal & paint door slab only (per side) | 5.00 EA | 0.00 | 51.14 | 3.96 | 54.54 | 314.20 |
| 1,932.  Paint door slab only - 1 coat (per side) | 5.00 EA | 0.00 | 33.37 | 2.57 | 35.58 | 205.00 |
| 1,933.  Seal & paint door/window trim & jamb - (per side) | 5.00 EA | 0.00 | 42.62 | 2.41 | 45.26 | 260.77 |
| 1,934.  Paint door/window trim & jamb - 1 coat (per side) | 5.00 EA | 0.00 | 28.83 | 1.78 | 30.66 | 176.59 |
| 1,935.  Door stop - hinge pin mounted | 3.00 EA | 0.00 | 10.13 | 0.87 | 6.57 | 37.83 |
| 1,936.  Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 1,937.  Outlet | 4.00 EA | 0.00 | 15.79 | 0.74 | 13.42 | 77.32 |
| 1,938.  Outlet or switch cover | 5.00 EA | 0.00 | 3.33 | 0.43 | 3.59 | 20.67 |
| 1,939.  Closet shelf and rod package | 8.67 LF | 0.00 | 22.98 | 4.11 | 42.70 | 246.05 |
| 1,940.  Seal & paint wood shelving, 12"- 24" width | 8.67 LF | 0.00 | 6.12 | 0.42 | 11.24 | 64.72 |
| 1,941.  Paint wood shelving, 12"- 24" width - 1 coat | 8.67 LF | 0.00 | 4.15 | 0.32 | 7.63 | 43.93 |
| 1,942.  Robe hook | 9.00 EA | 0.00 | 17.05 | 5.24 | 33.33 | 192.02 |
| 1,943.  Baseboard - 3 1/4" | 61.81 LF | 0.00 | 3.94 | 9.44 | 53.12 | 306.09 |
| 1,944.  Seal (1 coat) & paint (2 coats) baseboard | 61.81 LF | 0.00 | 2.94 | 1.04 | 38.37 | 221.13 |

**FLOOR**



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - LR Bedroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,945.  Radiator - 5 column/tube - 26" - 38" high - per section | 14.00 EA | 0.00 | 100.92 | 71.88 | 311.81 | 1,796.57 |
| 1,946.  Carpet pad | 144.99 SF | 0.00 | 0.65 | 9.12 | 19.79 | 123.15 |
| 1,947.  Carpet | 173.99 SF | 0.00 | 3.97 | 66.86 | 145.05 | 902.65 |
| 1,948.  Additional labor cost for Berber or patterned carpets | 144.99 SF | 0.00 | 0.28 | 3.93 | 8.53 | 53.06 |
| 1,949.  Carpet - metal transition strip | 6.00 LF | 0.00 | 3.32 | 1.92 | 4.18 | 26.02 |
| Totals:  LR Bedroom | | | | 359.54 | 1,654.52 | 9,614.35 |



### LR 4PC Bathroom                                                              Height: 8'

| | |
|---|---|
| 201.68  SF Walls | 39.24  SF Ceiling |
| 240.91  SF Walls & Ceiling | 39.24  SF Floor |
| 4.36  SY Flooring | 25.44  LF Floor Perimeter |
| 27.44  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **2' X 6' 8"** | **Opens into LR_HALLWAY** |
| **Window** | **1' 6" X 3'** | **Opens into Exterior** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **WALLS** | | | | | | |
| 1,950.  Drywall window return - up to 6" | 12.00 LF | 0.00 | 12.10 | 1.38 | 30.78 | 177.36 |
| 1,951.  Sill - cultured marble on 2" x 6" wall | 2.00 LF | 0.00 | 16.17 | 1.05 | 7.02 | 40.41 |
| 1,952.  Tile tub surround - up to 60 SF | 1.00 EA | 0.00 | 2,276.62 | 37.85 | 486.04 | 2,800.51 |
| 1,953.  Bathtub | 1.00 EA | 0.00 | 980.93 | 38.25 | 214.03 | 1,233.21 |
| 1,954.  Tub/shower faucet | 1.00 EA | 0.00 | 330.84 | 11.72 | 71.93 | 414.49 |
| 1,955.  Shower curtain rod | 1.00 EA | 0.00 | 36.66 | 1.63 | 8.04 | 46.33 |
| 1,956.  Vanity with cultured marble or solid surface top | 2.00 LF | 0.00 | 267.50 | 32.64 | 119.20 | 686.84 |
| 1,957.  Cabinet knob or pull | 1.00 EA | 0.00 | 8.75 | 0.28 | 1.90 | 10.93 |
| 1,958.  Sink faucet - Bathroom | 1.00 EA | 0.00 | 253.36 | 11.85 | 55.70 | 320.91 |
| 1,959.  Sink drain assembly with stop | 1.00 EA | 0.00 | 52.42 | 1.39 | 11.30 | 65.11 |
| 1,960.  Angle stop valve | 2.00 EA | 0.00 | 42.99 | 2.00 | 18.48 | 106.46 |
| 1,961.  Plumbing fixture supply line | 2.00 EA | 0.00 | 22.29 | 1.13 | 9.59 | 55.30 |
| 1,962.  P-trap assembly - ABS (plastic) | 1.00 EA | 0.00 | 69.41 | 0.67 | 14.72 | 84.80 |
| 1,963.  Mirror - framed | 6.00 SF | 0.00 | 30.21 | 11.57 | 40.50 | 233.33 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - LR 4PC Bathroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,964.  Light bar - 4 lights | 1.00 EA | 0.00 | 93.28 | 3.00 | 20.22 | 116.50 |
| 1,965. Light bulb - Compact Fluorescent stand. type - mat. only | 4.00 EA | 0.00 | 8.49 | 2.72 | 7.71 | 44.39 |
| 1,966.  Towel bar | 1.00 EA | 0.00 | 31.38 | 1.21 | 6.84 | 39.43 |
| 1,967.  Toilet paper holder | 1.00 EA | 0.00 | 28.65 | 0.99 | 6.23 | 35.87 |
| 1,968.  Casing - 2 1/4" hardwood - molded w/detail | 18.00 LF | 0.00 | 4.25 | 4.61 | 17.04 | 98.15 |
| 1,969.  Rosette - corner block - 3/4" x 3 1/2" - hardwood | 4.00 EA | 0.00 | 11.14 | 1.38 | 9.65 | 55.59 |
| 1,970. Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.00 | 9.19 | 9.40 | 34.78 | 200.41 |
| 1,971.  Interior door - solid alder - paneled - slab only | 1.00 EA | 0.00 | 463.85 | 31.65 | 104.06 | 599.56 |
| 1,972.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 1,973.  Door hinges (set of 2) | 1.00 EA | 0.00 | 35.45 | 0.88 | 7.64 | 43.97 |
| 1,974.  Door knob - interior | 1.00 EA | 0.00 | 47.13 | 1.82 | 10.27 | 59.22 |
| 1,975.  Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 1,976.  Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 1,977.  Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |
| 1,978.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 1,979.  Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 1,980.  Ground fault interrupter (GFI) outlet | 1.00 EA | 0.00 | 34.17 | 1.53 | 7.50 | 43.20 |
| 1,981.  Outlet or switch cover | 2.00 EA | 0.00 | 3.33 | 0.17 | 1.44 | 8.27 |
| 1,982.  Baseboard - 3 1/4" | 25.44 LF | 0.00 | 3.94 | 3.89 | 21.87 | 125.99 |
| 1,983.  Seal (1 coat) & paint (2 coats) baseboard | 25.44 LF | 0.00 | 2.94 | 0.43 | 15.80 | 91.02 |
| **FLOOR** | | | | | | |
| 1,984.  Angle stop valve | 1.00 EA | 0.00 | 42.99 | 1.00 | 9.24 | 53.23 |
| 1,985.  Plumbing fixture supply line | 1.00 EA | 0.00 | 22.29 | 0.56 | 4.80 | 27.65 |
| 1,986.  Toilet | 1.00 EA | 0.00 | 561.40 | 26.24 | 123.40 | 711.04 |
| 1,987.  Toilet seat | 1.00 EA | 0.00 | 59.03 | 2.57 | 12.93 | 74.53 |
| 1,988.  Radiator - 2 column/tube - 20" - 30" high - per section | 10.00 EA | 0.00 | 74.55 | 30.25 | 162.92 | 938.67 |
| 1,989.  Ball valve - brass - 2" | 1.00 EA | 0.00 | 138.81 | 6.96 | 30.62 | 176.39 |
| 1,990.  Snaplock Laminate - simulated wood flooring | 39.24 SF | 0.00 | 7.59 | 10.64 | 64.77 | 373.24 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - LR 4PC Bathroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1,991.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |
| Totals:  LR 4PC Bathroom | | | | 299.19 | 1,832.65 | 10,559.15 |



**LR Kitchen**                                                                                      **Height: 8'**

| | |
|---|---|
| 328.95  SF Walls | 101.92  SF Ceiling |
| 430.87  SF Walls & Ceiling | 101.92  SF Floor |
| 11.32  SY Flooring | 42.20  LF Floor Perimeter |
| 44.70  LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**         2' 6" X 6' 8"              Opens into LIVING_ROOM4

**Window**                              3' X 4'                 Opens into Exterior

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 1,992.  Light fixture - High grade Commercial LED | 1.00 EA | 0.00 | 106.78 | 4.08 | 23.29 | 134.15 |
| **WALLS** | | | | | | |
| 1,993.  Custom cabinets - wall units - 30" tall | 3.00 LF | 0.00 | 193.14 | 35.54 | 129.14 | 744.10 |
| 1,994.  Custom cabinets - full height units | 1.58 LF | 0.00 | 409.99 | 44.62 | 145.41 | 837.81 |
| 1,995.  Cabinetry - upper (wall) units - High grade | 5.50 LF | 0.00 | 263.03 | 97.72 | 324.32 | 1,868.71 |
| 1,996.  Cabinetry - lower (base) units | 5.50 LF | 0.00 | 254.44 | 93.94 | 313.60 | 1,806.96 |
| 1,997.  Countertop - post formed plastic laminate | 5.67 LF | 0.00 | 54.27 | 17.53 | 68.30 | 393.54 |
| 1,998.  Countertop edge treatment - laminate | 4.17 LF | 0.00 | 5.34 | 0.27 | 4.74 | 27.28 |
| 1,999.  Sink - double basin | 1.00 EA | 0.00 | 428.97 | 23.86 | 95.11 | 547.94 |
| 2,000.  Sink faucet - Kitchen | 1.00 EA | 0.00 | 299.36 | 15.53 | 66.13 | 381.02 |
| 2,001.  Sink strainer and drain assembly | 1.00 EA | 0.00 | 54.75 | 1.58 | 11.83 | 68.16 |
| 2,002.  P-trap assembly - ABS (plastic) | 1.00 EA | 0.00 | 69.41 | 0.67 | 14.72 | 84.80 |
| 2,003.  Angle stop valve | 2.00 EA | 0.00 | 42.99 | 2.00 | 18.48 | 106.46 |
| 2,004.  Plumbing fixture supply line | 2.00 EA | 0.00 | 22.29 | 1.13 | 9.59 | 55.30 |
| 2,005.  Outlet | 2.00 EA | 0.00 | 15.79 | 0.37 | 6.71 | 38.66 |
| 2,006.  Ground fault interrupter (GFI) outlet | 1.00 EA | 0.00 | 34.17 | 1.53 | 7.50 | 43.20 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - LR Kitchen

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,007.  Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 2,008.  Outlet or switch cover | 5.00 EA | 0.00 | 3.33 | 0.43 | 3.59 | 20.67 |
| 2,009.  Door bell/chime | 1.00 EA | 0.00 | 140.37 | 3.20 | 30.15 | 173.72 |
| 2,010.  Breaker panel - 70 amp | 1.00 EA | 0.00 | 615.06 | 11.62 | 131.61 | 758.29 |
| 2,011.  Circuit breaker - main disconnect - up to 100 amp | 1.00 EA | 0.00 | 120.86 | 5.30 | 26.50 | 152.66 |
| 2,012.  Circuit breaker - bolt-on - 1 pole, 15 to 60 amp | 4.00 EA | 0.00 | 48.25 | 5.85 | 41.76 | 240.61 |
| 2,013.  Phone/low voltage outlet rough-in | 1.00 EA | 0.00 | 54.66 | 0.61 | 11.61 | 66.88 |
| 2,014.  Phone, TV, or speaker outlet | 1.00 EA | 0.00 | 20.54 | 0.56 | 4.43 | 25.53 |
| 2,015.  Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.00 | 9.19 | 9.40 | 34.78 | 200.41 |
| 2,016.  Door hinges (set of 2) | 1.00 EA | 0.00 | 35.45 | 0.88 | 7.64 | 43.97 |
| 2,017.  Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |
| 2,018.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 2,019.  Flexible gas supply line connector - 5/8" - 25" to 48" | 1.00 EA | 0.00 | 45.15 | 2.68 | 10.06 | 57.89 |
| 2,020.  Gas solenoid valve | 1.00 EA | 0.00 | 311.52 | 17.60 | 69.12 | 398.24 |
| 2,021.  Range - freestanding - gas | 1.00 EA | 0.00 | 1,169.16 | 80.00 | 262.33 | 1,511.49 |
| 2,022.  Refrigerator - top freezer - 18 to 22 cf | 1.00 EA | 0.00 | 931.42 | 72.00 | 210.72 | 1,214.14 |
| 2,023.  Drywall window return - up to 6" | 15.00 LF | 0.00 | 12.10 | 1.73 | 38.48 | 221.71 |
| 2,024.  Sill - cultured marble on 2" x 6" wall | 3.00 LF | 0.00 | 16.17 | 1.57 | 10.52 | 60.60 |
| 2,025.  Baseboard - 3 1/4" | 42.20 LF | 0.00 | 3.94 | 6.45 | 36.28 | 209.00 |
| 2,026.  Seal (1 coat) & paint (2 coats) baseboard | 42.20 LF | 0.00 | 2.94 | 0.71 | 26.21 | 150.99 |
| **FLOOR** | | | | | | |
| 2,027.  Snaplock Laminate - simulated wood flooring | 101.92 SF | 0.00 | 7.59 | 27.64 | 168.25 | 969.46 |
| 2,028.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |

Totals:  LR Kitchen                                                          591.18         2,387.07      13,753.50

## Tri-State Public Adjusters



22 Christopher Ct
Wolfeboro, NH 03894

| R Hallway | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 96.18 SF Walls | | | 30.79 SF Ceiling | |
| 126.97 SF Walls & Ceiling | | | 30.79 SF Floor | |
| 3.42 SY Flooring | | | 11.24 LF Floor Perimeter | |
| 15.91 LF Ceil. Perimeter | | | | |

| | | | |
|---|---|---|---|
| **Door** | **2' 5" X 6' 8"** | | **Opens into RR_LIVING_RO** |
| **Door** | **2' 3" X 6' 8"** | | **Opens into RL_LIVING_RO** |
| **Missing Wall** | **4' X 8'** | | **Opens into Exterior** |
| **Missing Wall** | **4' X 8'** | | **Opens into Exterior** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 2,029. R&R Combination CO/Smoke detector - High grade | 1.00 EA | 15.13 | 129.51 | 7.70 | 31.99 | 184.33 |
| 2,030. Light fixture - Premium grade | 1.00 EA | 0.00 | 195.78 | 11.20 | 43.47 | 250.45 |
| Commercial LED light | | | | | | |
| **WALLS** | | | | | | |
| 2,031. Chair rail - 2 1/2" | 11.24 LF | 0.00 | 3.51 | 1.58 | 8.62 | 49.65 |
| 2,032. Seal (1 coat) & paint (2 coats) chair rail | 11.24 LF | 0.00 | 2.96 | 0.21 | 7.03 | 40.51 |
| 2,033. Door jamb per LF - interior - hardwood - 6 9/16" | 36.00 LF | 0.00 | 9.19 | 19.90 | 73.65 | 424.39 |
| 2,034. Trim board - 1" x 8" - installed (hardwood - oak or =) | 34.00 LF | 0.00 | 11.86 | 26.47 | 90.24 | 519.95 |
| Additional jamb thickness going into units. | | | | | | |
| 2,035. Casing - 3 1/4" hardwood | 36.00 LF | 0.00 | 4.31 | 9.39 | 34.56 | 199.11 |
| 2,036. Seal (1 coat) & paint (2 coats) casing | 36.00 LF | 0.00 | 2.96 | 0.66 | 22.52 | 129.74 |
| 2,037. Rosette - corner block - 3/4" x 3 1/2" - hardwood | 4.00 EA | 0.00 | 11.14 | 1.38 | 9.65 | 55.59 |
| 2,038. Casing - 2 1/4" hardwood | 6.00 LF | 0.00 | 3.76 | 1.30 | 5.01 | 28.87 |
| Trimming off radiator offset. | | | | | | |
| 2,039. Seal (1 coat) & paint (2 coats) casing | 6.00 LF | 0.00 | 2.96 | 0.11 | 3.75 | 21.62 |
| 2,040. House numbers/letters - plastic or metal - up to 4" | 4.00 EA | 0.00 | 19.28 | 3.04 | 16.82 | 96.98 |
| 2,041. Seal (1 coat) & paint (2 coats) balustrade | 4.00 LF | 0.00 | 52.39 | 3.13 | 44.66 | 257.35 |
| 2,042. Seal & paint handrail - wall mounted | 4.00 LF | 0.00 | 2.65 | 0.09 | 2.25 | 12.94 |
| 2,043. Paint handrail - wall mounted | 4.00 LF | 0.00 | 1.54 | 0.07 | 1.32 | 7.55 |

## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - R Hallway

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2ND Coat due to dark color. | | | | | | |
| 2,044.  Baseboard - 3 1/4" | 11.24 LF | 0.00 | 3.94 | 1.72 | 9.66 | 55.67 |
| 2,045.  Seal (1 coat) & paint (2 coats) baseboard | 11.24 LF | 0.00 | 2.94 | 0.19 | 6.99 | 40.23 |
| **FLOOR** | | | | | | |
| 2,046.  R&R Radiator - 4 column/tube - 16" - 30" high - per section | 26.00 EA | 8.23 | 85.74 | 101.92 | 534.48 | 3,079.62 |
| 2,047.  Tackless strip - per LF | 11.24 LF | 0.00 | 0.80 | 0.87 | 1.89 | 11.75 |
| 2,048.  Carpet pad | 30.79 SF | 0.00 | 0.65 | 1.94 | 4.20 | 26.15 |
| 2,049.  Carpet - High grade | 35.41 SF | 0.00 | 6.74 | 23.10 | 50.12 | 311.88 |
| 15 % waste added for Carpet - High grade. | | | | | | |
| 2,050.  Additional labor cost for Berber or patterned carpets | 30.79 SF | 0.00 | 0.28 | 0.83 | 1.81 | 11.26 |

| | | | | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals:  R Hallway | | | | 216.80 | 1,004.69 | 5,815.59 |



### RL Living Room
**Height: 8'**

| | |
|---|---|
| 402.74  SF Walls | 220.34  SF Ceiling |
| 623.07  SF Walls & Ceiling | 220.34  SF Floor |
| 24.48  SY Flooring | 52.08  LF Floor Perimeter |
| 61.45  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **2' 3" X 6' 8"** | **Opens into R_HALLWAY** |
| **Window** | **3' X 4'** | **Opens into Exterior** |
| **Window** | **3' X 4'** | **Opens into Exterior** |



### Subroom:  Closet (2)
**Height: 8'**

| | |
|---|---|
| 66.67  SF Walls | 6.25  SF Ceiling |
| 72.91  SF Walls & Ceiling | 6.25  SF Floor |
| 0.69  SY Flooring | 8.00  LF Floor Perimeter |
| 10.00  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **2' X 6' 8"** | **Opens into LIVING_ROOM3** |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - RL Living Room

**Subroom:  Living Room (1)**                                                    **Height: 7'**

| | |
|---|---|
| 40.79 SF Walls | 18.54 SF Ceiling |
| 59.33 SF Walls & Ceiling | 18.54 SF Floor |
| 2.06 SY Flooring | 5.49 LF Floor Perimeter |
| 12.49 LF Ceil. Perimeter | |

| Door | 2' X 6' 8" | Opens into CLOSET10 |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into RL_HALLWAY |
| Missing Wall - Goes to Floor | 2' 6" X 6' 8" | Opens into RL_KITCHEN |
| Missing Wall | 7' 1 7/16" X 7' | Opens into RL_LIVING_RO |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 2,051.  Light fixture - High grade | 1.00 EA | 0.00 | 106.78 | 4.08 | 23.29 | 134.15 |
| 2,052.  Ceiling hook | 1.00 EA | 0.00 | 11.79 | 0.16 | 2.52 | 14.47 |
| **WALLS** | | | | | | |
| 2,053.  Drywall window return - up to 6" | 36.50 LF | 0.00 | 12.10 | 4.20 | 93.63 | 539.48 |
| 2,054.  Window stool & apron | 10.00 LF | 0.00 | 8.52 | 3.40 | 18.60 | 107.20 |
| 2,055.  Seal & paint window stool and apron | 10.00 LF | 0.00 | 5.41 | 0.36 | 11.44 | 65.90 |
| 2,056.  Paint window stool and apron - 1 coat | 10.00 LF | 0.00 | 3.65 | 0.26 | 7.73 | 44.49 |
| 2,057.  Window blind - aluminum - 1" - 7.1 to 14 SF | 3.00 EA | 0.00 | 106.58 | 13.24 | 69.92 | 402.90 |
| 2,058.  Window drapery - hardware | 3.00 EA | 0.00 | 109.91 | 14.04 | 72.18 | 415.95 |
| 2,059.  Casing - 2 1/4" hardwood - molded w/detail | 85.00 LF | 0.00 | 4.25 | 21.76 | 80.44 | 463.45 |
| Opening to kitchen, hallway, both sides of closet and entry. | | | | | | |
| 2,060.  Rosette - corner block - 3/4" x 3 1/2" - hardwood | 12.00 EA | 0.00 | 11.14 | 4.15 | 28.96 | 166.79 |
| 2,061.  Door jamb per LF - interior - hardwood - 6 9/16" | 50.50 LF | 0.00 | 9.19 | 27.92 | 103.32 | 595.34 |
| 2,062.  Interior door - solid alder - paneled - slab only | 1.00 EA | 0.00 | 463.85 | 31.65 | 104.06 | 599.56 |
| 2,063.  Exterior door - solid alder - paneled - slab only | 1.00 EA | 0.00 | 904.82 | 63.29 | 203.30 | 1,171.41 |
| 2,064.  R&R Door closer - Commercial grade | 1.00 EA | 20.45 | 150.73 | 9.65 | 37.98 | 218.81 |
| 2,065.  On site door prep. for full mortised lockset - Labor only | 2.00 EA | 0.00 | 102.35 | 0.00 | 42.99 | 247.69 |

10402_10404_SHAKER1                                                    3/13/2026        Page: 127



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - RL Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,066.  Door hinges (set of 3) | 2.00 EA | 0.00 | 49.94 | 2.13 | 21.42 | 123.43 |
| 2,067.  Door knob - interior | 1.00 EA | 0.00 | 47.13 | 1.82 | 10.27 | 59.22 |
| 2,068.  Door lockset & deadbolt - exterior - Premium grade | 1.00 EA | 0.00 | 250.40 | 17.43 | 56.24 | 324.07 |
| Smart lock | | | | | | |
| 2,069.  Door weather stripping | 1.00 EA | 0.00 | 33.59 | 0.73 | 7.21 | 41.53 |
| 2,070.  Door threshold | 1.00 EA | 0.00 | 57.94 | 2.03 | 12.58 | 72.55 |
| 2,071.  Door peep hole | 1.00 EA | 0.00 | 21.56 | 0.94 | 4.72 | 27.22 |
| 2,072.  Seal & paint door/window trim & jamb - (per side) | 5.00 EA | 0.00 | 42.62 | 2.41 | 45.26 | 260.77 |
| 2,073.  Paint door/window trim & jamb - 1 coat (per side) | 5.00 EA | 0.00 | 28.83 | 1.78 | 30.66 | 176.59 |
| 2,074.  Seal & paint door slab only (per side) | 3.00 EA | 0.00 | 51.14 | 2.38 | 32.72 | 188.52 |
| 2,075.  Paint door slab only - 1 coat (per side) | 3.00 EA | 0.00 | 33.37 | 1.54 | 21.34 | 122.99 |
| 2,076.  Door stop - hinge pin mounted | 2.00 EA | 0.00 | 10.13 | 0.58 | 4.38 | 25.22 |
| 2,077.  Closet shelf and rod package | 2.58 LF | 0.00 | 22.98 | 1.22 | 12.70 | 73.21 |
| 2,078.  Seal & paint closet shelving - single shelf | 1.00 EA | 0.00 | 70.66 | 0.43 | 14.93 | 86.02 |
| 2,079.  Robe hook | 4.00 EA | 0.00 | 17.05 | 2.33 | 14.81 | 85.34 |
| 2,080.  Outlet | 4.00 EA | 0.00 | 15.79 | 0.74 | 13.42 | 77.32 |
| 2,081.  Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 2,082.  Television cable outlet | 1.00 EA | 0.00 | 77.12 | 1.97 | 16.61 | 95.70 |
| 2,083.  Phone/low voltage outlet rough-in | 1.00 EA | 0.00 | 54.66 | 0.61 | 11.61 | 66.88 |
| 2,084.  Outlet or switch cover | 7.00 EA | 0.00 | 3.33 | 0.60 | 5.02 | 28.93 |
| 2,085.  Baseboard - 3 1/4" | 65.57 LF | 0.00 | 3.94 | 10.02 | 56.36 | 324.73 |
| 2,086.  Seal (1 coat) & paint (2 coats) baseboard | 65.57 LF | 0.00 | 2.94 | 1.10 | 40.72 | 234.60 |
| **FLOOR** | | | | | | |
| 2,087.  Radiator - 5 column/tube - 26" - 38" high - per section | 24.00 EA | 0.00 | 100.92 | 123.23 | 534.52 | 3,079.83 |
| 2,088.  Tackless strip - per LF | 65.57 LF | 0.00 | 0.80 | 5.08 | 11.02 | 68.56 |
| 2,089.  Carpet pad | 245.13 SF | 0.00 | 0.65 | 15.43 | 33.46 | 208.22 |
| 2,090.  Carpet | 294.15 SF | 0.00 | 3.97 | 113.04 | 245.24 | 1,526.06 |
| 2,091.  Additional labor cost for Berber or patterned carpets | 245.13 SF | 0.00 | 0.28 | 6.64 | 14.41 | 89.69 |
| Totals:  RL Living Room | | | | 514.61 | 2,175.50 | 12,674.99 |

## Tri-State Public Adjusters



22 Christopher Ct
Wolfeboro, NH 03894



| RL Hallway | | Height: 8' |
|---|---|---|
| 79.22 SF Walls | 16.80 SF Ceiling | |
| 96.03 SF Walls & Ceiling | 16.80 SF Floor | |
| 1.87 SY Flooring | 8.54 LF Floor Perimeter | |
| 16.71 LF Ceil. Perimeter | | |

| Door | 2' 6" X 6' 8" | Opens into RL_BEDROOM |
|---|---|---|
| Door | 1' 10" X 6' 8" | Opens into RL_4PC_BATHR |
| Door | 2' 6" X 6' 8" | Opens into LIVING_ROOM3 |



| Subroom:  Closet (1) | | Height: 8' |
|---|---|---|
| 47.74 SF Walls | 3.07 SF Ceiling | |
| 50.81 SF Walls & Ceiling | 3.07 SF Floor | |
| 0.34 SY Flooring | 5.75 LF Floor Perimeter | |
| 7.08 LF Ceil. Perimeter | | |

| Door | 1' 4" X 6' 8" | Opens into RL_HALLWAY |
|---|---|---|

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 2,092.  Light fixture - High grade | 1.00 EA | 0.00 | 106.78 | 4.08 | 23.29 | 134.15 |
| Commercial LED | | | | | | |
| 2,093.  Combination CO/Smoke detector - High grade | 1.00 EA | 0.00 | 129.51 | 7.70 | 28.82 | 166.03 |
| **WALLS** | | | | | | |
| 2,094.  Casing - 2 1/4" hardwood - molded w/detail | 50.00 LF | 0.00 | 4.25 | 12.80 | 47.32 | 272.62 |
| 2,095.  Rosette - corner block - 3/4" x 3 1/2" - hardwood | 12.00 EA | 0.00 | 11.14 | 4.15 | 28.96 | 166.79 |
| 2,096.  Casing - 2 1/4" | 16.00 LF | 0.00 | 2.62 | 2.01 | 9.22 | 53.15 |
| Inside of linen closet. | | | | | | |
| 2,097.  Door jamb per LF - interior - hardwood - 6 9/16" | 16.00 LF | 0.00 | 9.19 | 8.84 | 32.72 | 188.60 |
| 2,098.  Interior door - solid alder - paneled - slab only | 1.00 EA | 0.00 | 463.85 | 31.65 | 104.06 | 599.56 |
| 2,099.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 2,100.  Door hinges (set of 2) | 1.00 EA | 0.00 | 35.45 | 0.88 | 7.64 | 43.97 |
| 2,101.  Door knob - interior | 1.00 EA | 0.00 | 47.13 | 1.82 | 10.27 | 59.22 |
| 2,102.  Seal & paint door slab only (per side) | 4.00 EA | 0.00 | 51.14 | 3.17 | 43.63 | 251.36 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - RL Hallway**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,103.  Paint door slab only - 1 coat (per side) | 4.00 EA | 0.00 | 33.37 | 2.05 | 28.47 | 164.00 |
| 2,104.  Seal & paint door/window trim & jamb - (per side) | 4.00 EA | 0.00 | 42.62 | 1.93 | 36.20 | 208.61 |
| 2,105.  Paint door/window trim & jamb - 1 coat (per side) | 4.00 EA | 0.00 | 28.83 | 1.42 | 24.52 | 141.26 |
| 2,106.  Closet package - hall/linen (4 shelves 3' wide) | 1.00 EA | 0.00 | 188.36 | 8.47 | 41.34 | 238.17 |
| 2,107.  Seal & paint closet shelving - linen closet | 1.00 EA | 0.00 | 120.53 | 1.38 | 25.60 | 147.51 |
| 2,108.  Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 2,109.  Outlet or switch cover | 1.00 EA | 0.00 | 3.33 | 0.09 | 0.72 | 4.14 |
| 2,110.  Baseboard - 3 1/4" | 14.29 LF | 0.00 | 3.94 | 2.18 | 12.28 | 70.76 |
| 2,111.  Seal (1 coat) & paint (2 coats) baseboard | 14.29 LF | 0.00 | 2.94 | 0.24 | 8.87 | 51.12 |
| **FLOOR** | | | | | | |
| 2,112.  Tackless strip - per LF | 14.29 LF | 0.00 | 0.80 | 1.10 | 2.40 | 14.93 |
| 2,113.  Carpet pad | 19.87 SF | 0.00 | 0.65 | 1.25 | 2.71 | 16.88 |
| 2,114.  Carpet | 23.85 SF | 0.00 | 3.97 | 9.16 | 19.89 | 123.73 |
| 2,115.  Additional labor cost for Berber or patterned carpets | 19.87 SF | 0.00 | 0.28 | 0.53 | 1.17 | 7.26 |
| 2,116.  Carpet - metal transition strip | 6.00 LF | 0.00 | 3.32 | 1.92 | 4.18 | 26.02 |

Totals:  RL Hallway                                                                                        109.06          569.29          3,293.89



**RL Bedroom**                                                                                                                     **Height: 8'**

| | |
|---|---|
| 303.67  SF Walls | 124.37  SF Ceiling |
| 428.04  SF Walls & Ceiling | 124.37  SF Floor |
| 13.82  SY Flooring | 38.37  LF Floor Perimeter |
| 44.87  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | 2' 6" X 6' 8" | **Opens into RL_HALLWAY** |
| **Window** | 3' X 4' | **Opens into Exterior** |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - RL Bedroom**



**Subroom:  Closet (1)**                                                    **Height: 8'**

| | |
|---|---|
| 91.67 SF Walls | 10.05 SF Ceiling |
| 101.72 SF Walls & Ceiling | 10.05 SF Floor |
| 1.12 SY Flooring | 11.13 LF Floor Perimeter |
| 13.13 LF Ceil. Perimeter | |

**Door**                          **2' X 6' 8"**                  **Opens into RL_BEDROOM**



**Subroom:  Closet (2)**                                                    **Height: 8'**

| | |
|---|---|
| 97.00 SF Walls | 10.87 SF Ceiling |
| 107.87 SF Walls & Ceiling | 10.87 SF Floor |
| 1.21 SY Flooring | 11.79 LF Floor Perimeter |
| 13.79 LF Ceil. Perimeter | |

**Door**                          **2' X 6' 8"**                  **Opens into RL_BEDROOM**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **WALLS** | | | | | | |
| 2,117.  Drywall window return - up to 6" | 24.33 LF | 0.00 | 12.10 | 2.80 | 62.41 | 359.60 |
| 2,118.  Window stool & apron | 6.67 LF | 0.00 | 8.52 | 2.27 | 12.41 | 71.51 |
| 2,119.  Seal & paint window stool and apron | 7.00 LF | 0.00 | 5.41 | 0.25 | 8.02 | 46.14 |
| 2,120.  Paint window stool and apron - 1 coat | 7.00 LF | 0.00 | 3.65 | 0.18 | 5.41 | 31.14 |
| 2,121.  Window blind - aluminum - 1" - 7.1 to 14 SF | 2.00 EA | 0.00 | 106.58 | 8.83 | 46.62 | 268.61 |
| 2,122.  Window drapery - hardware | 2.00 EA | 0.00 | 109.91 | 9.36 | 48.13 | 277.31 |
| 2,123.  Casing - 2 1/4" hardwood - molded w/detail | 51.00 LF | 0.00 | 4.25 | 13.06 | 48.27 | 278.08 |
| 2,124.  Casing - 2 1/4" | 34.00 LF | 0.00 | 2.62 | 4.27 | 19.61 | 112.96 |
| Inside of closets. | | | | | | |
| 2,125.  Door jamb per LF - interior - hardwood - 6 9/16" | 51.00 LF | 0.00 | 9.19 | 28.19 | 104.35 | 601.23 |
| 2,126.  Interior door - solid alder - paneled - slab only | 3.00 EA | 0.00 | 463.85 | 94.95 | 312.18 | 1,798.68 |
| 2,127.  On site door prep. for full mortised lockset - Labor only | 3.00 EA | 0.00 | 102.35 | 0.00 | 64.49 | 371.54 |
| 2,128.  Door hinges (set of 2) | 3.00 EA | 0.00 | 35.45 | 2.65 | 22.90 | 131.90 |
| 2,129.  Door knob - interior | 3.00 EA | 0.00 | 47.13 | 5.45 | 30.84 | 177.68 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - RL Bedroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,130. Seal & paint door slab only (per side) | 5.00 EA | 0.00 | 51.14 | 3.96 | 54.54 | 314.20 |
| 2,131. Paint door slab only - 1 coat (per side) | 5.00 EA | 0.00 | 33.37 | 2.57 | 35.58 | 205.00 |
| 2,132. Seal & paint door/window trim & jamb - (per side) | 5.00 EA | 0.00 | 42.62 | 2.41 | 45.26 | 260.77 |
| 2,133. Paint door/window trim & jamb - 1 coat (per side) | 5.00 EA | 0.00 | 28.83 | 1.78 | 30.66 | 176.59 |
| 2,134. Door stop - hinge pin mounted | 3.00 EA | 0.00 | 10.13 | 0.87 | 6.57 | 37.83 |
| 2,135. Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 2,136. Outlet | 4.00 EA | 0.00 | 15.79 | 0.74 | 13.42 | 77.32 |
| 2,137. Outlet or switch cover | 5.00 EA | 0.00 | 3.33 | 0.43 | 3.59 | 20.67 |
| 2,138. Closet shelf and rod package | 8.67 LF | 0.00 | 22.98 | 4.11 | 42.70 | 246.05 |
| 2,139. Seal & paint wood shelving, 12"- 24" width | 8.67 LF | 0.00 | 6.12 | 0.42 | 11.24 | 64.72 |
| 2,140. Paint wood shelving, 12"- 24" width - 1 coat | 8.67 LF | 0.00 | 4.15 | 0.32 | 7.63 | 43.93 |
| 2,141. Robe hook | 9.00 EA | 0.00 | 17.05 | 5.24 | 33.33 | 192.02 |
| 2,142. Baseboard - 3 1/4" | 61.29 LF | 0.00 | 3.94 | 9.36 | 52.68 | 303.52 |
| 2,143. Seal (1 coat) & paint (2 coats) baseboard | 61.29 LF | 0.00 | 2.94 | 1.03 | 38.05 | 219.27 |
| **FLOOR** | | | | | | |
| 2,144. Radiator - 5 column/tube - 26" - 38" high - per section | 14.00 EA | 0.00 | 100.92 | 71.88 | 311.81 | 1,796.57 |
| 2,145. Carpet pad | 145.30 SF | 0.00 | 0.65 | 9.15 | 19.84 | 123.44 |
| 2,146. Carpet | 174.36 SF | 0.00 | 3.97 | 67.01 | 145.36 | 904.58 |
| 2,147. Additional labor cost for Berber or patterned carpets | 145.30 SF | 0.00 | 0.28 | 3.93 | 8.55 | 53.16 |
| 2,148. Carpet - metal transition strip | 6.00 LF | 0.00 | 3.32 | 1.92 | 4.18 | 26.02 |

Totals: RL Bedroom                                            359.63        1,654.14        9,612.24



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894



| RL 4PC Bathroom | | Height: 8' |
|---|---|---|
| 202.61  SF Walls | | 39.10  SF Ceiling |
| 241.71  SF Walls & Ceiling | | 39.10  SF Floor |
| 4.34  SY Flooring | | 25.58  LF Floor Perimeter |
| 27.42  LF Ceil. Perimeter | | |

| Door | 1' 10" X 6' 8" | Opens into RL_HALLWAY |
|---|---|---|
| Window | 1' 6" X 3' | Opens into Exterior |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **WALLS** | | | | | | |
| 2,149.  Drywall window return - up to 6" | 12.00 LF | 0.00 | 12.10 | 1.38 | 30.78 | 177.36 |
| 2,150.  Sill - cultured marble on 2" x 6" wall | 2.00 LF | 0.00 | 16.17 | 1.05 | 7.02 | 40.41 |
| 2,151.  Window blind - aluminum - 1" - 7.1 to 14 SF | 1.00 EA | 0.00 | 106.58 | 4.41 | 23.31 | 134.30 |
| 2,152.  Window drapery - hardware | 1.00 EA | 0.00 | 109.91 | 4.68 | 24.07 | 138.66 |
| 2,153.  Tile tub surround - up to 60 SF | 1.00 EA | 0.00 | 2,276.62 | 37.85 | 486.04 | 2,800.51 |
| 2,154.  Bathtub | 1.00 EA | 0.00 | 980.93 | 38.25 | 214.03 | 1,233.21 |
| 2,155.  Tub/shower faucet | 1.00 EA | 0.00 | 330.84 | 11.72 | 71.93 | 414.49 |
| 2,156.  Shower curtain rod | 1.00 EA | 0.00 | 36.66 | 1.63 | 8.04 | 46.33 |
| 2,157.  Vanity with cultured marble or solid surface top | 2.00 LF | 0.00 | 267.50 | 32.64 | 119.20 | 686.84 |
| 2,158.  Cabinet knob or pull | 1.00 EA | 0.00 | 8.75 | 0.28 | 1.90 | 10.93 |
| 2,159.  Sink faucet - Bathroom | 1.00 EA | 0.00 | 253.36 | 11.85 | 55.70 | 320.91 |
| 2,160.  Sink drain assembly with stop | 1.00 EA | 0.00 | 52.42 | 1.39 | 11.30 | 65.11 |
| 2,161.  Angle stop valve | 2.00 EA | 0.00 | 42.99 | 2.00 | 18.48 | 106.46 |
| 2,162.  Plumbing fixture supply line | 2.00 EA | 0.00 | 22.29 | 1.13 | 9.59 | 55.30 |
| 2,163.  P-trap assembly - ABS (plastic) | 1.00 EA | 0.00 | 69.41 | 0.67 | 14.72 | 84.80 |
| 2,164.  Mirror - framed | 6.00 SF | 0.00 | 30.21 | 11.57 | 40.50 | 233.33 |
| 2,165.  Light fixture - wall sconce | 1.00 EA | 0.00 | 96.87 | 4.51 | 21.30 | 122.68 |
| 2,166. Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 EA | 0.00 | 8.49 | 0.68 | 1.93 | 11.10 |
| 2,167.  Towel bar | 1.00 EA | 0.00 | 31.38 | 1.21 | 6.84 | 39.43 |
| 2,168.  Toilet paper holder | 1.00 EA | 0.00 | 28.65 | 0.99 | 6.23 | 35.87 |
| 2,169.  Casing - 2 1/4" hardwood - molded w/detail | 18.00 LF | 0.00 | 4.25 | 4.61 | 17.04 | 98.15 |
| 2,170.  Rosette - corner block - 3/4" x 3 1/2" - hardwood | 4.00 EA | 0.00 | 11.14 | 1.38 | 9.65 | 55.59 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - RL 4PC Bathroom**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,171.  Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.00 | 9.19 | 9.40 | 34.78 | 200.41 |
| 2,172.  Interior door - solid alder - paneled - slab only | 1.00 EA | 0.00 | 463.85 | 31.65 | 104.06 | 599.56 |
| 2,173.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 2,174.  Door hinges (set of 2) | 1.00 EA | 0.00 | 35.45 | 0.88 | 7.64 | 43.97 |
| 2,175.  Door knob - interior | 1.00 EA | 0.00 | 47.13 | 1.82 | 10.27 | 59.22 |
| 2,176.  Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 2,177.  Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 2,178.  Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |
| 2,179.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 2,180.  Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 2,181.  Ground fault interrupter (GFI) outlet | 1.00 EA | 0.00 | 34.17 | 1.53 | 7.50 | 43.20 |
| 2,182.  Outlet or switch cover | 2.00 EA | 0.00 | 3.33 | 0.17 | 1.44 | 8.27 |
| 2,183.  Baseboard - 3 1/4" | 25.58 LF | 0.00 | 3.94 | 3.91 | 21.99 | 126.69 |
| 2,184.  Seal (1 coat) & paint (2 coats) baseboard | 25.58 LF | 0.00 | 2.94 | 0.43 | 15.88 | 91.52 |
| **FLOOR** | | | | | | |
| 2,185.  Angle stop valve | 1.00 EA | 0.00 | 42.99 | 1.00 | 9.24 | 53.23 |
| 2,186.  Plumbing fixture supply line | 1.00 EA | 0.00 | 22.29 | 0.56 | 4.80 | 27.65 |
| 2,187.  Toilet | 1.00 EA | 0.00 | 561.40 | 26.24 | 123.40 | 711.04 |
| 2,188.  Toilet seat | 1.00 EA | 0.00 | 59.03 | 2.57 | 12.93 | 74.53 |
| 2,189.  Radiator - 2 column/tube - 20" - 30" high - per section | 10.00 EA | 0.00 | 74.55 | 30.25 | 162.92 | 938.67 |
| 2,190.  Ball valve - brass - 2" | 1.00 EA | 0.00 | 138.81 | 6.96 | 30.62 | 176.39 |
| 2,191.  Snaplock Laminate - simulated wood flooring | 39.10 SF | 0.00 | 7.59 | 10.60 | 64.56 | 371.93 |
| 2,192.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |

| Totals:  RL 4PC Bathroom | | | | 307.73 | 1,875.32 | 10,804.89 |
|---|---|---|---|---|---|---|



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894



| RL Kitchen | | | | | Height: 8' |
|---|---|---|---|---|---|

| 330.22 SF Walls | 103.78 SF Ceiling |
|---|---|
| 434.00 SF Walls & Ceiling | 103.78 SF Floor |
| 11.53 SY Flooring | 42.36 LF Floor Perimeter |
| 44.86 LF Ceil. Perimeter | |

| **Missing Wall - Goes to Floor** | 2' 6" X 6' 8" | Opens into LIVING_ROOM3 |
|---|---|---|
| **Window** | 3' X 4' | Opens into Exterior |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 2,193. Fluorescent light fixture | 1.00 EA | 0.00 | 108.03 | 4.18 | 23.56 | 135.77 |
| Commercial LED | | | | | | |
| 2,194. Light bulb - Fluorescent tube - 4' soft white - mat. only | 2.00 EA | 0.00 | 7.99 | 1.28 | 3.63 | 20.89 |
| **WALLS** | | | | | | |
| 2,195. Custom cabinets - wall units - 30" tall | 3.00 LF | 0.00 | 193.14 | 35.54 | 129.14 | 744.10 |
| 2,196. Custom cabinets - full height units | 1.58 LF | 0.00 | 409.99 | 44.62 | 145.41 | 837.81 |
| 2,197. Cabinetry - upper (wall) units - High grade | 5.50 LF | 0.00 | 263.03 | 97.72 | 324.32 | 1,868.71 |
| 2,198. Cabinetry - lower (base) units | 5.50 LF | 0.00 | 254.44 | 93.94 | 313.60 | 1,806.96 |
| 2,199. Countertop - post formed plastic laminate | 5.67 LF | 0.00 | 54.27 | 17.53 | 68.30 | 393.54 |
| 2,200. Countertop edge treatment - laminate | 4.17 LF | 0.00 | 5.34 | 0.27 | 4.74 | 27.28 |
| 2,201. Sink - double basin | 1.00 EA | 0.00 | 428.97 | 23.86 | 95.11 | 547.94 |
| 2,202. Sink faucet - Kitchen | 1.00 EA | 0.00 | 299.36 | 15.53 | 66.13 | 381.02 |
| 2,203. Sink strainer and drain assembly | 1.00 EA | 0.00 | 54.75 | 1.58 | 11.83 | 68.16 |
| 2,204. P-trap assembly - ABS (plastic) | 1.00 EA | 0.00 | 69.41 | 0.67 | 14.72 | 84.80 |
| 2,205. Angle stop valve | 2.00 EA | 0.00 | 42.99 | 2.00 | 18.48 | 106.46 |
| 2,206. Plumbing fixture supply line | 2.00 EA | 0.00 | 22.29 | 1.13 | 9.59 | 55.30 |
| 2,207. Outlet | 2.00 EA | 0.00 | 15.79 | 0.37 | 6.71 | 38.66 |
| 2,208. Ground fault interrupter (GFI) outlet | 1.00 EA | 0.00 | 34.17 | 1.53 | 7.50 | 43.20 |
| 2,209. Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 2,210. Outlet or switch cover | 5.00 EA | 0.00 | 3.33 | 0.43 | 3.59 | 20.67 |
| 2,211. Door bell/chime | 1.00 EA | 0.00 | 140.37 | 3.20 | 30.15 | 173.72 |
| 2,212. Breaker panel - 70 amp | 1.00 EA | 0.00 | 615.06 | 11.62 | 131.61 | 758.29 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

CONTINUED - RL Kitchen

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,213.  Circuit breaker - main disconnect - up to 100 amp | 1.00 EA | 0.00 | 120.86 | 5.30 | 26.50 | 152.66 |
| 2,214.  Circuit breaker - bolt-on - 1 pole, 15 to 60 amp | 4.00 EA | 0.00 | 48.25 | 5.85 | 41.76 | 240.61 |
| 2,215.  Phone/low voltage outlet rough-in | 1.00 EA | 0.00 | 54.66 | 0.61 | 11.61 | 66.88 |
| 2,216.  Phone, TV, or speaker outlet | 1.00 EA | 0.00 | 20.54 | 0.56 | 4.43 | 25.53 |
| 2,217.  Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.00 | 9.19 | 9.40 | 34.78 | 200.41 |
| 2,218.  Door hinges (set of 2) | 1.00 EA | 0.00 | 35.45 | 0.88 | 7.64 | 43.97 |
| 2,219.  Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |
| 2,220.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 2,221.  Flexible gas supply line connector - 5/8" - 25" to 48" | 1.00 EA | 0.00 | 45.15 | 2.68 | 10.06 | 57.89 |
| 2,222.  Gas solenoid valve | 1.00 EA | 0.00 | 311.52 | 17.60 | 69.12 | 398.24 |
| 2,223.  Range - freestanding - gas | 1.00 EA | 0.00 | 1,169.16 | 80.00 | 262.33 | 1,511.49 |
| 2,224.  Refrigerator - top freezer - 18 to 22 cf | 1.00 EA | 0.00 | 931.42 | 72.00 | 210.72 | 1,214.14 |
| 2,225.  Drywall window return - up to 6" | 15.00 LF | 0.00 | 12.10 | 1.73 | 38.48 | 221.71 |
| 2,226.  Sill - cultured marble on 2" x 6" wall | 3.00 LF | 0.00 | 16.17 | 1.57 | 10.52 | 60.60 |
| 2,227.  Baseboard - 3 1/4" | 42.36 LF | 0.00 | 3.94 | 6.47 | 36.41 | 209.78 |
| 2,228.  Seal (1 coat) & paint (2 coats) baseboard | 42.36 LF | 0.00 | 2.94 | 0.71 | 26.30 | 151.55 |
| **FLOOR** | | | | | | |
| 2,229.  Snaplock Laminate - simulated wood flooring | 103.78 SF | 0.00 | 7.59 | 28.14 | 171.33 | 987.16 |
| 2,230.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals:  RL Kitchen | | | | 593.08 | 2,394.27 | 13,795.05 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894



| **RR Living Room** | | **Height: 8'** |
|---|---|---|
| 392.14 SF Walls | | 223.41 SF Ceiling |
| 615.55 SF Walls & Ceiling | | 223.41 SF Floor |
| 24.82 SY Flooring | | 52.41 LF Floor Perimeter |
| 61.83 LF Ceil. Perimeter | | |

| **Window** | 3' X 4' | Opens into Exterior |
|---|---|---|
| **Window** | 3' 2" X 4' | Opens into Exterior |
| **Window** | 3' 2" X 4' | Opens into Exterior |
| **Door** | 2' 5" X 6' 8" | Opens into R_HALLWAY |



| **Subroom: Closet (2)** | | **Height: 8'** |
|---|---|---|
| 66.90 SF Walls | | 6.19 SF Ceiling |
| 73.09 SF Walls & Ceiling | | 6.19 SF Floor |
| 0.69 SY Flooring | | 8.04 LF Floor Perimeter |
| 9.96 LF Ceil. Perimeter | | |

| **Door** | 1' 11" X 6' 8" | Opens into LIVING_ROOM2 |
|---|---|---|



| **Subroom: Living Room (1)** | | **Height: 7'** |
|---|---|---|
| 40.02 SF Walls | | 17.97 SF Ceiling |
| 57.99 SF Walls & Ceiling | | 17.97 SF Floor |
| 2.00 SY Flooring | | 5.39 LF Floor Perimeter |
| 12.30 LF Ceil. Perimeter | | |

| **Door** | 1' 11" X 6' 8" | Opens into CLOSET5 |
|---|---|---|
| **Missing Wall** | 7' 1/8" X 7' | Opens into RR_LIVING_RO |
| **Missing Wall - Goes to Floor** | 2' 6" X 6' 8" | Opens into RR_KITCHEN |
| **Missing Wall - Goes to Floor** | 2' 6" X 6' 8" | Opens into RR_HALLWAY |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 2,231. Light fixture - High grade | 1.00 EA | 0.00 | 106.78 | 4.08 | 23.29 | 134.15 |
| 2,232. Ceiling hook | 1.00 EA | 0.00 | 11.79 | 0.16 | 2.52 | 14.47 |
| **WALLS** | | | | | | |
| 2,233. Drywall window return - up to 6" | 36.50 LF | 0.00 | 12.10 | 4.20 | 93.63 | 539.48 |
| 2,234. Window stool & apron | 10.00 LF | 0.00 | 8.52 | 3.40 | 18.60 | 107.20 |

10402_10404_SHAKER1



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - RR Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,235.  Seal & paint window stool and apron | 10.00 LF | 0.00 | 5.41 | 0.36 | 11.44 | 65.90 |
| 2,236.  Paint window stool and apron - 1 coat | 10.00 LF | 0.00 | 3.65 | 0.26 | 7.73 | 44.49 |
| 2,237.  Window blind - aluminum - 1" - 7.1 to 14 SF | 3.00 EA | 0.00 | 106.58 | 13.24 | 69.92 | 402.90 |
| 2,238.  Window drapery - hardware | 3.00 EA | 0.00 | 109.91 | 14.04 | 72.18 | 415.95 |
| 2,239.  Casing - 2 1/4" hardwood - molded w/detail | 85.00 LF | 0.00 | 4.25 | 21.76 | 80.44 | 463.45 |
| Opening to kitchen, hallway, both sides of closet and entry. | | | | | | |
| 2,240.  Rosette - corner block - 3/4" x 3 1/2" - hardwood | 12.00 EA | 0.00 | 11.14 | 4.15 | 28.96 | 166.79 |
| 2,241.  Door jamb per LF - interior - hardwood - 6 9/16" | 50.50 LF | 0.00 | 9.19 | 27.92 | 103.32 | 595.34 |
| 2,242.  Interior door - solid alder - paneled - slab only | 1.00 EA | 0.00 | 463.85 | 31.65 | 104.06 | 599.56 |
| 2,243.  Exterior door - solid alder - paneled - slab only | 1.00 EA | 0.00 | 904.82 | 63.29 | 203.30 | 1,171.41 |
| 2,244.  R&R Door closer - Commercial grade | 1.00 EA | 20.45 | 150.73 | 9.65 | 37.98 | 218.81 |
| 2,245.  On site door prep. for full mortised lockset - Labor only | 2.00 EA | 0.00 | 102.35 | 0.00 | 42.99 | 247.69 |
| 2,246.  Door hinges (set of 3) | 2.00 EA | 0.00 | 49.94 | 2.13 | 21.42 | 123.43 |
| 2,247.  Door knob - interior | 1.00 EA | 0.00 | 47.13 | 1.82 | 10.27 | 59.22 |
| 2,248.  Door lockset & deadbolt - exterior - Premium grade | 1.00 EA | 0.00 | 250.40 | 17.43 | 56.24 | 324.07 |
| Smart lock | | | | | | |
| 2,249.  Door weather stripping | 1.00 EA | 0.00 | 33.59 | 0.73 | 7.21 | 41.53 |
| 2,250.  Door threshold | 1.00 EA | 0.00 | 57.94 | 2.03 | 12.58 | 72.55 |
| 2,251.  Door peep hole | 1.00 EA | 0.00 | 21.56 | 0.94 | 4.72 | 27.22 |
| 2,252.  Seal & paint door/window trim & jamb - (per side) | 5.00 EA | 0.00 | 42.62 | 2.41 | 45.26 | 260.77 |
| 2,253.  Paint door/window trim & jamb - 1 coat (per side) | 5.00 EA | 0.00 | 28.83 | 1.78 | 30.66 | 176.59 |
| 2,254.  Seal & paint door slab only (per side) | 3.00 EA | 0.00 | 51.14 | 2.38 | 32.72 | 188.52 |
| 2,255.  Paint door slab only - 1 coat (per side) | 3.00 EA | 0.00 | 33.37 | 1.54 | 21.34 | 122.99 |
| 2,256.  Door stop - hinge pin mounted | 2.00 EA | 0.00 | 10.13 | 0.58 | 4.38 | 25.22 |
| 2,257.  Closet shelf and rod package | 2.58 LF | 0.00 | 22.98 | 1.22 | 12.70 | 73.21 |
| 2,258.  Seal & paint closet shelving - single shelf | 1.00 EA | 0.00 | 70.66 | 0.43 | 14.93 | 86.02 |
| 2,259.  Robe hook | 4.00 EA | 0.00 | 17.05 | 2.33 | 14.81 | 85.34 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - RR Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,260.  Outlet | 4.00 EA | 0.00 | 15.79 | 0.74 | 13.42 | 77.32 |
| 2,261.  Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 2,262.  Television cable outlet | 1.00 EA | 0.00 | 77.12 | 1.97 | 16.61 | 95.70 |
| 2,263.  Phone/low voltage outlet rough-in | 1.00 EA | 0.00 | 54.66 | 0.61 | 11.61 | 66.88 |
| 2,264.  Outlet or switch cover | 7.00 EA | 0.00 | 3.33 | 0.60 | 5.02 | 28.93 |
| 2,265.  Baseboard - 3 1/4" | 65.84 LF | 0.00 | 3.94 | 10.06 | 56.60 | 326.07 |
| 2,266.  Seal (1 coat) & paint (2 coats) baseboard | 65.84 LF | 0.00 | 2.94 | 1.11 | 40.88 | 235.56 |
| **FLOOR** | | | | | | |
| 2,267.  Radiator - 5 column/tube - 26" - 38" high - per section | 24.00 EA | 0.00 | 100.92 | 123.23 | 534.52 | 3,079.83 |
| 2,268.  Tackless strip - per LF | 65.84 LF | 0.00 | 0.80 | 5.09 | 11.06 | 68.82 |
| 2,269.  Carpet pad | 247.57 SF | 0.00 | 0.65 | 15.57 | 33.79 | 210.28 |
| 2,270.  Carpet | 297.09 SF | 0.00 | 3.97 | 114.18 | 247.69 | 1,541.32 |
| 2,271.  Additional labor cost for Berber or patterned carpets | 247.57 SF | 0.00 | 0.28 | 6.72 | 14.56 | 90.60 |

Totals:  RR Living Room      516.03      2,178.87      12,695.78



**RR Hallway**          **Height: 8'**

| | |
|---|---|
| 78.31  SF Walls | 16.76  SF Ceiling |
| 95.07  SF Walls & Ceiling | 16.76  SF Floor |
| 1.86  SY Flooring | 8.41  LF Floor Perimeter |
| 16.66  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **1' 10" X 6' 8"** | **Opens into RR_4PC_BATHR** |
| **Door** | **2' 6" X 6' 8"** | **Opens into RR_BEDROOM** |
| **Missing Wall - Goes to Floor** | **2' 6" X 6' 8"** | **Opens into LIVING_ROOM2** |



**Subroom:  Closet (1)**          **Height: 8'**

| | |
|---|---|
| 45.73  SF Walls | 2.91  SF Ceiling |
| 48.64  SF Walls & Ceiling | 2.91  SF Floor |
| 0.32  SY Flooring | 5.48  LF Floor Perimeter |
| 6.90  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **1' 5" X 6' 8"** | **Opens into RR_HALLWAY** |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - RR Hallway

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 2,272.  Light fixture - High grade | 1.00 EA | 0.00 | 106.78 | 4.08 | 23.29 | 134.15 |
| Commercial LED | | | | | | |
| 2,273.  Combination CO/Smoke detector - High grade | 1.00 EA | 0.00 | 129.51 | 7.70 | 28.82 | 166.03 |
| **WALLS** | | | | | | |
| 2,274. Casing - 2 1/4" hardwood - molded w/detail | 50.00 LF | 0.00 | 4.25 | 12.80 | 47.32 | 272.62 |
| 2,275.  Rosette - corner block - 3/4" x 3 1/2" - hardwood | 12.00 EA | 0.00 | 11.14 | 4.15 | 28.96 | 166.79 |
| 2,276.  Casing - 2 1/4" | 16.00 LF | 0.00 | 2.62 | 2.01 | 9.22 | 53.15 |
| Inside of linen closet. | | | | | | |
| 2,277.  Door jamb per LF - interior - hardwood - 6 9/16" | 16.00 LF | 0.00 | 9.19 | 8.84 | 32.72 | 188.60 |
| 2,278.  Interior door - solid alder - paneled - slab only | 1.00 EA | 0.00 | 463.85 | 31.65 | 104.06 | 599.56 |
| 2,279.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 2,280.  Door hinges (set of 2) | 1.00 EA | 0.00 | 35.45 | 0.88 | 7.64 | 43.97 |
| 2,281.  Door knob - interior | 1.00 EA | 0.00 | 47.13 | 1.82 | 10.27 | 59.22 |
| 2,282.  Seal & paint door slab only (per side) | 4.00 EA | 0.00 | 51.14 | 3.17 | 43.63 | 251.36 |
| 2,283.  Paint door slab only - 1 coat (per side) | 4.00 EA | 0.00 | 33.37 | 2.05 | 28.47 | 164.00 |
| 2,284.  Seal & paint door/window trim & jamb - (per side) | 4.00 EA | 0.00 | 42.62 | 1.93 | 36.20 | 208.61 |
| 2,285.  Paint door/window trim & jamb - 1 coat (per side) | 4.00 EA | 0.00 | 28.83 | 1.42 | 24.52 | 141.26 |
| 2,286.  Closet package - hall/linen (4 shelves 3' wide) | 1.00 EA | 0.00 | 188.36 | 8.47 | 41.34 | 238.17 |
| 2,287.  Seal & paint closet shelving - linen closet | 1.00 EA | 0.00 | 120.53 | 1.38 | 25.60 | 147.51 |
| 2,288.  Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 2,289.  Outlet or switch cover | 1.00 EA | 0.00 | 3.33 | 0.09 | 0.72 | 4.14 |
| 2,290.  Baseboard - 3 1/4" | 13.89 LF | 0.00 | 3.94 | 2.12 | 11.93 | 68.78 |
| 2,291. Seal (1 coat) & paint (2 coats) baseboard | 13.89 LF | 0.00 | 2.94 | 0.23 | 8.62 | 49.69 |
| **FLOOR** | | | | | | |
| 2,292.  Tackless strip - per LF | 13.89 LF | 0.00 | 0.80 | 1.08 | 2.33 | 14.52 |
| 2,293.  Carpet pad | 19.67 SF | 0.00 | 0.65 | 1.23 | 2.69 | 16.71 |
| 2,294.  Carpet | 23.60 SF | 0.00 | 3.97 | 9.08 | 19.68 | 122.45 |

**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - RR Hallway

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,295.  Additional labor cost for Berber or patterned carpets | 19.67 SF | 0.00 | 0.28 | 0.53 | 1.16 | 7.20 |
| 2,296.  Carpet - metal transition strip | 6.00 LF | 0.00 | 3.32 | 1.92 | 4.18 | 26.02 |
| Totals:  RR Hallway | | | | 108.87 | 568.38 | 3,288.56 |



**RR Bedroom**      **Height: 8'**

| | |
|---|---|
| 291.94  SF Walls | 125.45  SF Ceiling |
| 417.39  SF Walls & Ceiling | 125.45  SF Floor |
| 13.94  SY Flooring | 38.69  LF Floor Perimeter |
| 45.02  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | 2' 6" X 6' 8" | Opens into RR_HALLWAY |
| **Window** | 3' 4" X 4' | Opens into Exterior |
| **Window** | 3' 2" X 4' | Opens into Exterior |



**Subroom:  Closet (1)**      **Height: 8'**

| | |
|---|---|
| 94.68  SF Walls | 10.43  SF Ceiling |
| 105.11  SF Walls & Ceiling | 10.43  SF Floor |
| 1.16  SY Flooring | 11.50  LF Floor Perimeter |
| 13.50  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | 2' X 6' 8" | Opens into RR_BEDROOM |



**Subroom:  Closet (2)**      **Height: 8'**

| | |
|---|---|
| 96.46  SF Walls | 10.53  SF Ceiling |
| 106.99  SF Walls & Ceiling | 10.53  SF Floor |
| 1.17  SY Flooring | 11.75  LF Floor Perimeter |
| 13.58  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | 1' 10" X 6' 8" | Opens into RR_BEDROOM |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **WALLS** | | | | | | |
| 2,297.  Drywall window return - up to 6" | 24.33 LF | 0.00 | 12.10 | 2.80 | 62.41 | 359.60 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - RR Bedroom**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,298.  Window stool & apron | 6.67 LF | 0.00 | 8.52 | 2.27 | 12.41 | 71.51 |
| 2,299.  Seal & paint window stool and apron | 7.00 LF | 0.00 | 5.41 | 0.25 | 8.02 | 46.14 |
| 2,300.  Paint window stool and apron - 1 coat | 7.00 LF | 0.00 | 3.65 | 0.18 | 5.41 | 31.14 |
| 2,301.  Window blind - aluminum - 1" - 7.1 to 14 SF | 2.00 EA | 0.00 | 106.58 | 8.83 | 46.62 | 268.61 |
| 2,302.  Window drapery - hardware | 2.00 EA | 0.00 | 109.91 | 9.36 | 48.13 | 277.31 |
| 2,303.  Casing - 2 1/4" hardwood - molded w/detail | 51.00 LF | 0.00 | 4.25 | 13.06 | 48.27 | 278.08 |
| 2,304.  Casing - 2 1/4" | 34.00 LF | 0.00 | 2.62 | 4.27 | 19.61 | 112.96 |

Inside of closets.

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,305.  Door jamb per LF - interior - hardwood - 6 9/16" | 51.00 LF | 0.00 | 9.19 | 28.19 | 104.35 | 601.23 |
| 2,306.  Interior door - solid alder - paneled - slab only | 3.00 EA | 0.00 | 463.85 | 94.95 | 312.18 | 1,798.68 |
| 2,307.  On site door prep. for full mortised lockset - Labor only | 3.00 EA | 0.00 | 102.35 | 0.00 | 64.49 | 371.54 |
| 2,308.  Door hinges (set of 2) | 3.00 EA | 0.00 | 35.45 | 2.65 | 22.90 | 131.90 |
| 2,309.  Door knob - interior | 3.00 EA | 0.00 | 47.13 | 5.45 | 30.84 | 177.68 |
| 2,310.  Seal & paint door slab only (per side) | 5.00 EA | 0.00 | 51.14 | 3.96 | 54.54 | 314.20 |
| 2,311.  Paint door slab only - 1 coat (per side) | 5.00 EA | 0.00 | 33.37 | 2.57 | 35.58 | 205.00 |
| 2,312.  Seal & paint door/window trim & jamb - (per side) | 5.00 EA | 0.00 | 42.62 | 2.41 | 45.26 | 260.77 |
| 2,313.  Paint door/window trim & jamb - 1 coat (per side) | 5.00 EA | 0.00 | 28.83 | 1.78 | 30.66 | 176.59 |
| 2,314.  Door stop - hinge pin mounted | 3.00 EA | 0.00 | 10.13 | 0.87 | 6.57 | 37.83 |
| 2,315.  Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 2,316.  Outlet | 4.00 EA | 0.00 | 15.79 | 0.74 | 13.42 | 77.32 |
| 2,317.  Outlet or switch cover | 5.00 EA | 0.00 | 3.33 | 0.43 | 3.59 | 20.67 |
| 2,318.  Closet shelf and rod package | 8.67 LF | 0.00 | 22.98 | 4.11 | 42.70 | 246.05 |
| 2,319.  Seal & paint wood shelving, 12"- 24" width | 8.67 LF | 0.00 | 6.12 | 0.42 | 11.24 | 64.72 |
| 2,320.  Paint wood shelving, 12"- 24" width - 1 coat | 8.67 LF | 0.00 | 4.15 | 0.32 | 7.63 | 43.93 |
| 2,321.  Robe hook | 9.00 EA | 0.00 | 17.05 | 5.24 | 33.33 | 192.02 |
| 2,322.  Baseboard - 3 1/4" | 61.94 LF | 0.00 | 3.94 | 9.46 | 53.23 | 306.73 |
| 2,323.  Seal (1 coat) & paint (2 coats) baseboard | 61.94 LF | 0.00 | 2.94 | 1.04 | 38.45 | 221.59 |

**FLOOR**



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - RR Bedroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,324.  Radiator - 5 column/tube - 26" - 38" high - per section | 14.00 EA | 0.00 | 100.92 | 71.88 | 311.81 | 1,796.57 |
| 2,325.  Carpet pad | 146.42 SF | 0.00 | 0.65 | 9.21 | 19.99 | 124.37 |
| 2,326.  Carpet | 175.70 SF | 0.00 | 3.97 | 67.52 | 146.48 | 911.53 |
| 2,327.  Additional labor cost for Berber or patterned carpets | 146.42 SF | 0.00 | 0.28 | 3.97 | 8.61 | 53.58 |
| 2,328.  Carpet - metal transition strip | 6.00 LF | 0.00 | 3.32 | 1.92 | 4.18 | 26.02 |

| Totals:  RR Bedroom | | | | 360.35 | 1,656.42 | 9,626.07 |
|---|---|---|---|---|---|---|



**RR 4PC Bathroom**                                                  **Height: 8'**

| | |
|---|---|
| 199.97  SF Walls | 38.48  SF Ceiling |
| 238.44  SF Walls & Ceiling | 38.48  SF Floor |
| 4.28  SY Flooring | 25.32  LF Floor Perimeter |
| 27.15  LF Ceil. Perimeter | |

| **Door** | **1' 10" X 6' 8"** | **Opens into RR_HALLWAY** |
|---|---|---|
| **Window** | **1' 8" X 3'** | **Opens into Exterior** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **WALLS** | | | | | | |
| 2,329.  Drywall window return - up to 6" | 12.00 LF | 0.00 | 12.10 | 1.38 | 30.78 | 177.36 |
| 2,330.  Sill - cultured marble on 2" x 6" wall | 2.00 LF | 0.00 | 16.17 | 1.05 | 7.02 | 40.41 |
| 2,331.  Window blind - aluminum - 1" - 7.1 to 14 SF | 1.00 EA | 0.00 | 106.58 | 4.41 | 23.31 | 134.30 |
| 2,332.  Window drapery - hardware | 1.00 EA | 0.00 | 109.91 | 4.68 | 24.07 | 138.66 |
| 2,333.  Tile tub surround - up to 60 SF | 1.00 EA | 0.00 | 2,276.62 | 37.85 | 486.04 | 2,800.51 |
| 2,334.  Bathtub | 1.00 EA | 0.00 | 980.93 | 38.25 | 214.03 | 1,233.21 |
| 2,335.  Tub/shower faucet | 1.00 EA | 0.00 | 330.84 | 11.72 | 71.93 | 414.49 |
| 2,336.  Shower curtain rod | 1.00 EA | 0.00 | 36.66 | 1.63 | 8.04 | 46.33 |
| 2,337.  Vanity with cultured marble or solid surface top | 2.00 LF | 0.00 | 267.50 | 32.64 | 119.20 | 686.84 |
| 2,338.  Cabinet knob or pull | 1.00 EA | 0.00 | 8.75 | 0.28 | 1.90 | 10.93 |
| 2,339.  Sink faucet - Bathroom | 1.00 EA | 0.00 | 253.36 | 11.85 | 55.70 | 320.91 |
| 2,340.  Sink drain assembly with stop | 1.00 EA | 0.00 | 52.42 | 1.39 | 11.30 | 65.11 |
| 2,341.  Angle stop valve | 2.00 EA | 0.00 | 42.99 | 2.00 | 18.48 | 106.46 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - RR 4PC Bathroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,342.  Plumbing fixture supply line | 2.00 EA | 0.00 | 22.29 | 1.13 | 9.59 | 55.30 |
| 2,343.  P-trap assembly - ABS (plastic) | 1.00 EA | 0.00 | 69.41 | 0.67 | 14.72 | 84.80 |
| 2,344.  Mirror - framed | 6.00 SF | 0.00 | 30.21 | 11.57 | 40.50 | 233.33 |
| 2,345.  Light fixture - wall sconce | 1.00 EA | 0.00 | 96.87 | 4.51 | 21.30 | 122.68 |
| 2,346.  Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 EA | 0.00 | 8.49 | 0.68 | 1.93 | 11.10 |
| 2,347.  Towel bar | 1.00 EA | 0.00 | 31.38 | 1.21 | 6.84 | 39.43 |
| 2,348.  Toilet paper holder | 1.00 EA | 0.00 | 28.65 | 0.99 | 6.23 | 35.87 |
| 2,349.  Casing - 2 1/4" hardwood - molded w/detail | 18.00 LF | 0.00 | 4.25 | 4.61 | 17.04 | 98.15 |
| 2,350.  Rosette - corner block - 3/4" x 3 1/2" - hardwood | 4.00 EA | 0.00 | 11.14 | 1.38 | 9.65 | 55.59 |
| 2,351.  Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.00 | 9.19 | 9.40 | 34.78 | 200.41 |
| 2,352.  Interior door - solid alder - paneled - slab only | 1.00 EA | 0.00 | 463.85 | 31.65 | 104.06 | 599.56 |
| 2,353.  On site door prep. for full mortised lockset - Labor only | 1.00 EA | 0.00 | 102.35 | 0.00 | 21.50 | 123.85 |
| 2,354.  Door hinges (set of 2) | 1.00 EA | 0.00 | 35.45 | 0.88 | 7.64 | 43.97 |
| 2,355.  Door knob - interior | 1.00 EA | 0.00 | 47.13 | 1.82 | 10.27 | 59.22 |
| 2,356.  Seal & paint door slab only (per side) | 1.00 EA | 0.00 | 51.14 | 0.79 | 10.91 | 62.84 |
| 2,357.  Paint door slab only - 1 coat (per side) | 1.00 EA | 0.00 | 33.37 | 0.51 | 7.12 | 41.00 |
| 2,358.  Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |
| 2,359.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 2,360.  Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 2,361.  Ground fault interrupter (GFI) outlet | 1.00 EA | 0.00 | 34.17 | 1.53 | 7.50 | 43.20 |
| 2,362.  Outlet or switch cover | 2.00 EA | 0.00 | 3.33 | 0.17 | 1.44 | 8.27 |
| 2,363.  Baseboard - 3 1/4" | 25.32 LF | 0.00 | 3.94 | 3.87 | 21.77 | 125.40 |
| 2,364.  Seal (1 coat) & paint (2 coats) baseboard | 25.32 LF | 0.00 | 2.94 | 0.43 | 15.72 | 90.59 |
| **FLOOR** | | | | | | |
| 2,365.  Angle stop valve | 1.00 EA | 0.00 | 42.99 | 1.00 | 9.24 | 53.23 |
| 2,366.  Plumbing fixture supply line | 1.00 EA | 0.00 | 22.29 | 0.56 | 4.80 | 27.65 |
| 2,367.  Toilet | 1.00 EA | 0.00 | 561.40 | 26.24 | 123.40 | 711.04 |
| 2,368.  Toilet seat | 1.00 EA | 0.00 | 59.03 | 2.57 | 12.93 | 74.53 |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - RR 4PC Bathroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,369.  Radiator - 2 column/tube - 20" - 30" high - per section | 10.00 EA | 0.00 | 74.55 | 30.25 | 162.92 | 938.67 |
| 2,370.  Ball valve - brass - 2" | 1.00 EA | 0.00 | 138.81 | 6.96 | 30.62 | 176.39 |
| 2,371.  Snaplock Laminate - simulated wood flooring | 38.48 SF | 0.00 | 7.59 | 10.44 | 63.53 | 366.03 |
| 2,372.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |

| Totals:  RR 4PC Bathroom | | | | 307.53 | 1,873.91 | 10,796.77 |
|---|---|---|---|---|---|---|



**RR Kitchen**                                                                                     **Height: 8'**

| | |
|---|---|
| 330.92  SF Walls | 103.49  SF Ceiling |
| 434.41  SF Walls & Ceiling | 103.49  SF Floor |
| 11.50  SY Flooring | 42.45  LF Floor Perimeter |
| 44.95  LF Ceil. Perimeter | |

| **Missing Wall - Goes to Floor** | 2' 6" X 6' 8" | **Opens into LIVING_ROOM2** |
|---|---|---|
| **Window** | 3' X 4' | **Opens into Exterior** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CEILING** | | | | | | |
| 2,373.  Light fixture - High grade Commercial LED | 1.00 EA | 0.00 | 106.78 | 4.08 | 23.29 | 134.15 |
| **WALLS** | | | | | | |
| 2,374.  Custom cabinets - wall units - 36" tall - High grade | 5.50 LF | 0.00 | 305.09 | 114.42 | 376.41 | 2,168.83 |
| 2,375.  Custom cabinets - wall units - 30" tall | 8.00 LF | 0.00 | 193.14 | 94.78 | 344.38 | 1,984.28 |
| 2,376.  Custom cabinets - base units - High grade | 5.50 LF | 0.00 | 424.55 | 166.98 | 525.42 | 3,027.43 |
| 2,377.  Custom cabinets - full height units | 1.58 LF | 0.00 | 409.99 | 44.62 | 145.41 | 837.81 |
| 2,378.  Countertop - solid surface | 11.55 SF | 0.00 | 64.25 | 41.34 | 164.52 | 947.95 |
| 2,379.  Cabinet knob or pull | 13.00 EA | 0.00 | 8.75 | 3.68 | 24.67 | 142.10 |
| 2,380.  Sink - double basin | 1.00 EA | 0.00 | 428.97 | 23.86 | 95.11 | 547.94 |
| 2,381.  Sink faucet - Kitchen | 1.00 EA | 0.00 | 299.36 | 15.53 | 66.13 | 381.02 |
| 2,382.  Sink strainer and drain assembly | 1.00 EA | 0.00 | 54.75 | 1.58 | 11.83 | 68.16 |
| 2,383.  P-trap assembly - ABS (plastic) | 1.00 EA | 0.00 | 69.41 | 0.67 | 14.72 | 84.80 |
| 2,384.  Angle stop valve | 2.00 EA | 0.00 | 42.99 | 2.00 | 18.48 | 106.46 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - RR Kitchen

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,385.  Plumbing fixture supply line | 2.00 EA | 0.00 | 22.29 | 1.13 | 9.59 | 55.30 |
| 2,386.  Outlet | 2.00 EA | 0.00 | 15.79 | 0.37 | 6.71 | 38.66 |
| 2,387.  Ground fault interrupter (GFI) outlet | 1.00 EA | 0.00 | 34.17 | 1.53 | 7.50 | 43.20 |
| 2,388.  Switch | 1.00 EA | 0.00 | 16.45 | 0.24 | 3.51 | 20.20 |
| 2,389.  Outlet or switch cover | 5.00 EA | 0.00 | 3.33 | 0.43 | 3.59 | 20.67 |
| 2,390.  Door bell/chime | 1.00 EA | 0.00 | 140.37 | 3.20 | 30.15 | 173.72 |
| 2,391.  Breaker panel - 70 amp | 1.00 EA | 0.00 | 615.06 | 11.62 | 131.61 | 758.29 |
| 2,392.  Circuit breaker - main disconnect - up to 100 amp | 1.00 EA | 0.00 | 120.86 | 5.30 | 26.50 | 152.66 |
| 2,393.  Circuit breaker - bolt-on - 1 pole, 15 to 60 amp | 4.00 EA | 0.00 | 48.25 | 5.85 | 41.76 | 240.61 |
| 2,394.  Phone/low voltage outlet rough-in | 1.00 EA | 0.00 | 54.66 | 0.61 | 11.61 | 66.88 |
| 2,395.  Phone, TV, or speaker outlet | 1.00 EA | 0.00 | 20.54 | 0.56 | 4.43 | 25.53 |
| 2,396.  Door jamb per LF - interior - hardwood - 6 9/16" | 17.00 LF | 0.00 | 9.19 | 9.40 | 34.78 | 200.41 |
| 2,397.  Door hinges (set of 2) | 1.00 EA | 0.00 | 35.45 | 0.88 | 7.64 | 43.97 |
| 2,398.  Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 0.00 | 42.62 | 0.48 | 9.05 | 52.15 |
| 2,399.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 28.83 | 0.36 | 6.13 | 35.32 |
| 2,400.  Flexible gas supply line connector - 5/8" - 25" to 48" | 1.00 EA | 0.00 | 45.15 | 2.68 | 10.06 | 57.89 |
| 2,401.  Gas solenoid valve | 1.00 EA | 0.00 | 311.52 | 17.60 | 69.12 | 398.24 |
| 2,402.  Range - freestanding - gas | 1.00 EA | 0.00 | 1,169.16 | 80.00 | 262.33 | 1,511.49 |
| 2,403.  Refrigerator - top freezer - 18 to 22 cf | 1.00 EA | 0.00 | 931.42 | 72.00 | 210.72 | 1,214.14 |
| 2,404.  Drywall window return - up to 6" | 15.00 LF | 0.00 | 12.10 | 1.73 | 38.48 | 221.71 |
| 2,405.  Sill - cultured marble on 2" x 6" wall | 3.00 LF | 0.00 | 16.17 | 1.57 | 10.52 | 60.60 |
| 2,406.  Baseboard - 3 1/4" | 42.45 LF | 0.00 | 3.94 | 6.49 | 36.49 | 210.23 |
| 2,407.  Seal (1 coat) & paint (2 coats) baseboard | 42.45 LF | 0.00 | 2.94 | 0.71 | 26.36 | 151.87 |
| **FLOOR** | | | | | | |
| 2,408.  Snaplock Laminate - simulated wood flooring | 103.49 SF | 0.00 | 7.59 | 28.07 | 170.85 | 984.41 |
| 2,409.  T- molding - for wood flooring | 3.00 LF | 0.00 | 8.17 | 1.50 | 5.47 | 31.48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals:  RR Kitchen | | | | 767.85 | 2,985.33 | 17,200.56 |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

| Total: 2nd floor | | 15,974.58 | 104,711.91 | 606,586.92 |
|---|---|---|---|---|

**Storage under stairs - Basement**



**Storage Area/Room**                                                               **Height: 4'**

| 46.55 SF Walls & Ceiling | 46.55 SF Ceiling |
|---|---|
| 5.17 SY Flooring | 46.55 SF Floor |

| **Missing Wall** | **4' 2 7/16" X 4'** | **Opens into Exterior** |
|---|---|---|
| **Missing Wall** | **3' 11 15/16" X 4'** | **Opens into Exterior** |
| **Missing Wall** | **3' 8 1/16" X 4'** | **Opens into Exterior** |
| **Missing Wall** | **8' 9/16" X 4'** | **Opens into Exterior** |
| **Missing Wall** | **7' 10 1/2" X 4'** | **Opens into Exterior** |
| **Missing Wall** | **4' 5/8" X 4'** | **Opens into Exterior** |

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CEILING** | | | | | | | |
| 2,410.  R&R Furring strip - 1" x 2" | 46.55 | SF | 0.55 | 1.17 | 1.08 | 17.05 | 98.19 |
| 2,411.  R&R Acoustic plaster over metal lath | 46.55 | SF | 1.89 | 17.37 | 12.10 | 190.82 | 1,099.47 |
| **WALLS** | | | | | | | |
| 2,412.  R&R Acoustic plaster over metal lath | | SF | 1.89 | 17.37 | 0.00 | 0.00 | 0.00 |
| 2,413.  R&R Baseboard - 4 1/4" w/shoe | | LF | 0.72 | 6.46 | 0.00 | 0.00 | 0.00 |
| 2,414.  Seal (1 coat) & paint (2 coats) baseboard | | LF | 0.00 | 2.94 | 0.00 | 0.00 | 0.00 |
| **FLOOR** | | | | | | | |
| 2,415.  R&R Tile - vinyl composition | 46.55 | SF | 1.56 | 2.68 | 4.88 | 42.48 | 244.73 |
| Totals:  Storage Area/Room | | | | | 18.06 | 250.35 | 1,442.39 |
| Total: Storage under stairs - Basement | | | | | **18.06** | **250.35** | **1,442.39** |

**Storage under stairs - Basement - 10404**



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894



**Storage Area/Room**                                                          **Height: 4'**

| | |
|---|---|
| 46.81  SF Walls & Ceiling | 46.81  SF Ceiling |
| 5.20  SY Flooring | 46.81  SF Floor |

| | | |
|---|---|---|
| **Missing Wall** | **3' 11 3/16" X 4'** | **Opens into Exterior** |
| **Missing Wall** | **4' 6" X 4'** | **Opens into Exterior** |
| **Missing Wall** | **4' 1 1/8" X 4'** | **Opens into Exterior** |
| **Missing Wall** | **8' 7/16" X 4'** | **Opens into Exterior** |
| **Missing Wall** | **8' 5/16" X 4'** | **Opens into Exterior** |
| **Missing Wall** | **3' 6 7/16" X 4'** | **Opens into Exterior** |

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CEILING** | | | | | | | |
| 2,416.  R&R Furring strip - 1" x 2" | 46.81 | SF | 0.55 | 1.17 | 1.09 | 17.15 | 98.76 |
| 2,417.  R&R Acoustic plaster over metal lath | 46.81 | SF | 1.89 | 17.37 | 12.17 | 191.89 | 1,105.62 |
| **WALLS** | | | | | | | |
| 2,418.  R&R Acoustic plaster over metal lath | | SF | 1.89 | 17.37 | 0.00 | 0.00 | 0.00 |
| 2,419.  R&R Baseboard - 4 1/4" w/shoe | | LF | 0.72 | 6.46 | 0.00 | 0.00 | 0.00 |
| 2,420.  Seal (1 coat) & paint (2 coats) baseboard | | LF | 0.00 | 2.94 | 0.00 | 0.00 | 0.00 |
| **FLOOR** | | | | | | | |
| 2,421.  R&R Tile - vinyl composition | 46.81 | SF | 1.56 | 2.68 | 4.91 | 42.71 | 246.09 |
| Totals:  Storage Area/Room | | | | | 18.17 | 251.75 | 1,450.47 |
| **Total: Storage under stairs - Basement - 10404** | | | | | **18.17** | **251.75** | **1,450.47** |

**HVAC**

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 2,422.  R&R Boiler - 1047 MBH - natural gas | 2.00 | EA | 3,099.17 | 23,009.72 | 2,391.20 | 11,467.88 | 66,076.86 |
| 2,423.  R&R Water supply line type M - copper fitting & hanger, 3" | 60.00 | LF | 3.41 | 87.53 | 266.35 | 1,201.79 | 6,924.54 |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - HVAC

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 2,424.  R&R Water supply line type M - copper fitting & hanger, 1-1/4" | 600.00 | LF | 2.13 | 30.62 | 591.36 | 4,250.69 | 24,492.05 |
| 2,425.  R&R Ball valve - brass - 3" | 4.00 | EA | 10.23 | 407.95 | 109.01 | 374.16 | 2,155.89 |
| 2,426.  R&R Ball valve - brass - 2" | 24.00 | EA | 10.23 | 138.81 | 166.94 | 786.21 | 4,530.11 |
| 2,427.  R&R Butterfly valve - 3" | 1.00 | EA | 52.45 | 1,480.73 | 98.40 | 342.63 | 1,974.21 |
| 2,428.  R&R Black pipe with fitting and hanger, 2" | 20.00 | LF | 7.31 | 35.03 | 14.78 | 180.94 | 1,042.52 |
| 2,429.  R&R Flexible gas tubing - CSST, 1" per LF | 12.00 | LF | 2.05 | 16.75 | 8.76 | 49.22 | 283.58 |
| 2,430.  HVAC - General Laborer - per hour | 80.00 | HR | 0.00 | 54.19 | 0.00 | 910.39 | 5,245.59 |

Laborer 1 guy for 5 days per unit/side of building.

| | | | | | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals:  HVAC | | | | | 3,646.80 | 19,563.91 | 112,725.35 |
| Total: Source - Planitar Provider 1 | | | | | **50,574.35** | **334,384.34** | **1,935,495.93** |

### Exterior
### Exterior

**Exterior**

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 2,431.  2" x 10" x 20' #2 & better Fir / Larch (material only) | 8.00 | EA | 0.00 | 34.06 | 21.80 | 61.80 | 356.08 |
| 2,432.  2" x 10" x 8' #2 & better Fir / Larch (material only) | 3.00 | EA | 0.00 | 13.62 | 3.27 | 9.28 | 53.41 |
| 2,433.  2" x 8" x 18' #2 & better Fir / Larch (material only) | 58.00 | EA | 0.00 | 18.66 | 86.58 | 245.46 | 1,414.32 |
| 2,434.  2" x 8" x 16' #2 & better Fir / Larch (material only) | 8.00 | EA | 0.00 | 16.29 | 10.43 | 29.56 | 170.31 |
| 2,435.  2" x 8" x 14' #2 & better Fir / Larch (material only) | 10.00 | EA | 0.00 | 14.45 | 11.56 | 32.78 | 188.84 |
| 2,436.  2" x 8" x 12' #2 & better Fir / Larch (material only) | 14.00 | EA | 0.00 | 12.36 | 13.84 | 39.23 | 226.11 |
| 2,437.  2" x 8" x 10' #2 & better Fir / Larch (material only) | 8.00 | EA | 0.00 | 10.26 | 6.57 | 18.62 | 107.27 |
| 2,438.  2" x 8" x 8' #2 & better Fir / Larch (material only) | 25.00 | EA | 0.00 | 8.21 | 16.42 | 46.56 | 268.23 |
| 2,439.  2" x 6" x 20' #2 & better Fir / Larch (material only) | 21.00 | EA | 0.00 | 20.00 | 33.60 | 95.26 | 548.86 |
| 2,440.  2" x 6" x 8' #2 & better Fir / Larch (material only) | 2.00 | EA | 0.00 | 7.52 | 1.20 | 3.40 | 19.64 |
| 2,441.  2" x 6" x 10' #2 & better Fir / Larch (material only) | 15.00 | EA | 0.00 | 9.40 | 11.28 | 31.98 | 184.26 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - Exterior

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,442.  R&R Rafters - 2x8 - Labor only - (using rafter length) | 1,617.78 LF | 1.72 | 2.82 | 5.18 | 1,543.48 | 8,893.38 |
| 2,443.  R&R Additional labor - 2x8-2x12 - 5/12 to 9/12 slope | 1,794.70 LF | 0.66 | 1.06 | 0.00 | 648.25 | 3,735.13 |
| 2,444.  R&R Rafters - hip - 10" - Labor only (use hip length) | 176.92 LF | 1.91 | 29.51 | 0.99 | 1,167.56 | 6,727.38 |
| 2,445.  R&R Rafters - 2x6 - Labor only - (using rafter length) | 580.00 LF | 1.44 | 2.36 | 1.86 | 463.24 | 2,669.10 |
| 2,446.  R&R Additional labor - 2x4-2x6 - 5/12 to 9/12 slope | 190.00 LF | 0.43 | 0.70 | 0.00 | 45.09 | 259.79 |
| 2,447.  R&R Sheathing - spaced 1" x 8" | 1,664.00 SF | 0.83 | 5.89 | 347.44 | 2,421.20 | 13,950.72 |
| 2,448.  2" x 12" x 20' #2 & better Fir / Larch (material only) | 2.00 EA | 0.00 | 39.84 | 6.37 | 18.08 | 104.13 |
| 2,449.  2" x 12" x 16' #2 & better Fir / Larch (material only) | 2.00 EA | 0.00 | 31.62 | 5.06 | 14.35 | 82.65 |
| 2,450.  R&R Rafters - 2x12 - Labor only - (using rafter length) | 70.00 LF | 2.19 | 3.58 | 0.22 | 84.86 | 488.98 |
| 2,451.  Soffit - box framing - 1' overhang | 250.00 LF | 0.00 | 7.06 | 21.80 | 375.23 | 2,162.03 |

| Total:  Exterior | | | | 605.47 | 7,395.27 | 42,610.62 |
|---|---|---|---|---|---|---|

### Roof1



| | | | |
|---|---|---|---|
| 3,057.08 | Surface Area | 30.57 | Number of Squares |
| 250.00 | Total Perimeter Length | 65.00 | Total Ridge Length |
| 173.81 | Total Hip Length | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **ROOFING** | | | | | | |
| 2,452.  Tear off composition shingles - Laminated (no haul off) | 30.57 SQ | 51.14 | 0.00 | 0.00 | 328.31 | 1,891.66 |
| 2,453.  Sheathing - plywood - 1/2" CDX | 3,057.08 SF | 0.00 | 2.70 | 210.33 | 1,777.53 | 10,241.98 |
| 2,454.  Laminated - comp. shingle rfg. - w/out felt | 35.33 SQ | 0.00 | 294.67 | 390.64 | 2,268.28 | 13,069.61 |
| 2,455.  Drip edge/gutter apron | 250.00 LF | 0.00 | 3.54 | 29.40 | 192.02 | 1,106.42 |
| 2,456.  Ice & water barrier | 1,500.00 SF | 0.00 | 2.02 | 64.80 | 649.91 | 3,744.71 |
| 2,457.  Roofing felt - 30 lb. | 15.57 SQ | 0.00 | 47.59 | 18.35 | 159.47 | 918.80 |
| 2,458.  Asphalt starter - laminated double layer starter | 250.00 LF | 0.00 | 5.00 | 43.00 | 271.53 | 1,564.53 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### CONTINUED - Roof1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,459.  Hip / Ridge cap - High profile - composition shingles | 65.00 LF | 0.00 | 7.84 | 21.01 | 111.43 | 642.04 |
| 2,460.  Continuous ridge vent - shingle-over style | 63.00 LF | 0.00 | 11.42 | 22.83 | 155.88 | 898.17 |
| 2,461.  Additional charge for high roof (2 stories or greater) | 30.57 SQ | 0.00 | 25.56 | 0.00 | 164.09 | 945.46 |
| 2,462.  Flashing - pipe jack - split boot | 4.00 EA | 0.00 | 97.49 | 16.48 | 85.36 | 491.80 |
| 2,463.  Flashing - pipe jack - 6" | 4.00 EA | 0.00 | 75.89 | 11.06 | 66.08 | 380.70 |
| 2,464.  Chimney flashing - large (32" x 60") | 2.00 EA | 0.00 | 686.55 | 26.21 | 293.85 | 1,693.16 |
| 2,465.  Add for adhesive application - comp shingle - cold weather | 30.57 SQ | 0.00 | 76.53 | 8.61 | 493.11 | 2,841.24 |
| **SOFFIT/FASCIA/GUTTERS** | | | | | | |
| 2,466.  R&R Fascia - 1" x 8" - #3 cedar | 250.00 LF | 0.45 | 12.80 | 86.20 | 713.73 | 4,112.43 |
| 2,467.  R&R Fascia - metal - 8" | LF | 0.45 | 8.58 | 0.00 | 0.00 | 0.00 |
| 2,468.  R&R Gutter / downspout - aluminum - up to 5" | 434.00 LF | 0.69 | 10.57 | 144.09 | 1,056.50 | 6,087.43 |
| Perimeter of roof plus 8, 23 foot down spouts. | | | | | | |
| 2,469.  R&R Soffit - metal | 250.00 SF | 0.40 | 8.93 | 81.00 | 506.84 | 2,920.34 |
| 2,470.  R&R Siding trim - 1" x 12" PVC trim board | 250.00 LF | 0.64 | 12.29 | 164.40 | 713.35 | 4,110.25 |
| Freeze board | | | | | | |
| 2,471.  R&R Attic vent - gable end - metal - 30" x 30" | 2.00 EA | 11.36 | 156.70 | 9.47 | 72.57 | 418.16 |
| 2,472.  Seal & paint wood gable vent | 2.00 EA | 0.00 | 57.06 | 1.52 | 24.28 | 139.92 |
| **MASONRY** | | | | | | |
| 2,473.  R&R Masonry chimney and flue | 26.00 LF | 90.82 | 519.56 | 299.48 | 3,395.57 | 19,564.93 |
| Remove and replace the top 13LF of each chimney due to extreme exterior heat exposure. | | | | | | |
| 2,474.  Scaffold - per section (per week) | 24.00 WK | 0.00 | 65.36 | 0.00 | 329.41 | 1,898.05 |
| 2 sections high on all 4 sides. | | | | | | |
| 2,475.  Labor to set up and take down scaffold - per section | 24.00 EA | 0.00 | 37.12 | 0.00 | 187.09 | 1,077.97 |
| Totals:  Roof1 | | | | 1,648.88 | 14,016.19 | 80,759.76 |
| Total: Exterior | | | | **2,254.35** | **21,411.46** | **123,370.38** |
| Total: Exterior | | | | **2,254.35** | **21,411.46** | **123,370.38** |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

### Siding/Brick

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **CLEANING** | | | | | | |
| 2,476.  Clean with pressure/chemical spray | 4,500.00 SF | 0.00 | 0.43 | 191.26 | 407.11 | 2,533.37 |
| 2,477.  Masonry acid wash | 4,500.00 SF | 0.00 | 0.91 | 14.40 | 862.97 | 4,972.37 |
| **WINDOWS** | | | | | | |
| 2,478.  Wood window - double hung, 4-8 sf | 11.00 EA | 0.00 | 541.55 | 366.63 | 1,327.98 | 7,651.66 |
| 2,479.  Wood window - double hung, 9-12 sf | 43.00 EA | 0.00 | 712.74 | 2,022.07 | 6,860.68 | 39,530.57 |
| 2,480.  Wood window - double hung, 13-19 sf | 8.00 EA | 0.00 | 871.43 | 465.67 | 1,561.79 | 8,998.90 |
| 2,481.  Add. charge for a retrofit window, 3-11 sf - difficult | 11.00 EA | 0.00 | 199.00 | 17.05 | 463.28 | 2,669.33 |
| 2,482.  Add. charge for a retrofit window, 12-23 sf - difficult | 43.00 EA | 0.00 | 275.30 | 112.73 | 2,509.63 | 14,460.26 |
| 2,483.  Add. charge for a retrofit window, 24-40 sf - difficult | 8.00 EA | 0.00 | 358.63 | 33.92 | 609.61 | 3,512.57 |
| 2,484.  Window & door foam insulation, 12-23 SF | 51.00 EA | 0.00 | 11.18 | 11.55 | 122.17 | 703.90 |
| 2,485.  Window & door foam insulation, 3-11 SF | 11.00 EA | 0.00 | 7.45 | 1.66 | 17.57 | 101.18 |
| 2,486.  Re-point masonry | 809.33 SF | 0.00 | 8.79 | 6.47 | 1,495.30 | 8,615.78 |
| Repoint brick around window openings where windows are replaced. | | | | | | |
| 2,487.  Shutters - wood - louvered or paneled | 36.00 EA | 0.00 | 331.81 | 634.61 | 2,641.76 | 15,221.53 |
| **DOORS** | | | | | | |
| 2,488.  R&R Wood door frame & trim - exterior - hardwood, 7 1/4" wide | 36.00 LF | 1.70 | 22.70 | 50.28 | 195.02 | 1,123.70 |
| 2,489.  R&R Exterior door - solid alder - paneled - slab only | 2.00 EA | 14.62 | 904.82 | 126.58 | 412.74 | 2,378.20 |
| 2,490.  Door lite insert - half lite | 2.00 EA | 0.00 | 242.29 | 26.03 | 107.22 | 617.83 |
| 2,491.  Lockset - full mortised - keyed - Premium grade | 2.00 EA | 0.00 | 1,218.49 | 189.75 | 551.62 | 3,178.35 |
| 2,492.  Wireless/Keyless entry pad for auto door operator system | 2.00 EA | 0.00 | 140.69 | 16.00 | 62.45 | 359.83 |
| 2,493.  Residential automatic door latch release system | 2.00 EA | 0.00 | 445.14 | 59.20 | 199.39 | 1,148.87 |
| 2,494.  Re-key lock | 2.00 EA | 0.00 | 65.11 | 0.00 | 27.34 | 157.56 |
| **PAINTING** | | | | | | |
| 2,495.  Seal & paint door/window trim & jamb - (per side) | 2.00 EA | 0.00 | 42.62 | 0.96 | 18.11 | 104.31 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

**CONTINUED - Siding/Brick**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,496.  Paint door/window trim & jamb - 1 coat (per side) | 2.00 EA | 0.00 | 28.83 | 0.71 | 12.26 | 70.63 |
| 2,497.  Seal & paint door slab only (per side) | 2.00 EA | 0.00 | 51.14 | 1.59 | 21.82 | 125.69 |
| 2,498.  Paint door slab only - 1 coat (per side) | 2.00 EA | 0.00 | 33.37 | 1.03 | 14.22 | 81.99 |
| 2,499.  Seal (1 coat) & paint (1 coat) trim | 250.00 LF | 0.00 | 1.95 | 3.00 | 103.01 | 593.51 |
| Freeze board | | | | | | |
| 2,500.  Paint trim - one coat | 250.00 LF | 0.00 | 1.32 | 2.40 | 69.80 | 402.20 |
| 2nd coat of finish paint on freeze board. | | | | | | |
| 2,501.  Seal & paint wood window (per side) | 18.00 EA | 0.00 | 75.45 | 10.48 | 287.40 | 1,655.98 |
| 2,502.  Seal & paint window shutters - per set | 36.00 EA | 0.00 | 43.53 | 19.99 | 333.29 | 1,920.36 |
| 2,503.  Paint window shutters - per set - 1 coat | 36.00 EA | 0.00 | 29.01 | 13.31 | 222.11 | 1,279.78 |
| 2,504.  Exterior - stain two coats | 29.00 SF | 0.00 | 2.55 | 1.32 | 15.82 | 91.09 |
| STC total area | | | | | | |

| Totals:  Siding/Brick | | | | 4,400.65 | 21,533.47 | 124,261.30 |
|---|---|---|---|---|---|---|

**GENERAL CONDITIONS**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,505.  Temporary fencing - 5-8 months (per month) | 3,200.00 LF | 0.00 | 1.33 | 0.00 | 893.76 | 5,149.76 |
| Fencing around building.  Multiple buildings are on the property and occupied, building will need to be surrounded by temp fencing for safety reasons. | | | | | | |
| 2,506.  Temporary fencing - 5-8 months (per month) | 1,920.00 LF | 0.00 | 1.33 | 0.00 | 536.26 | 3,089.86 |
| Temporary fencing around toilets, hand wash stations, dumpsters, storage containers and construction office for safety and illegal dumping purposes. | | | | | | |
| 2,507.  Temporary toilet (per month) | 16.00 MO | 0.00 | 180.00 | 0.00 | 604.80 | 3,484.80 |
| 2 units 8 months | | | | | | |
| 2,508.  Temporary hand washing station (per month) | 16.00 MO | 0.00 | 228.00 | 0.00 | 766.08 | 4,414.08 |
| 2 units 8 months | | | | | | |
| 2,509.  Dumpster load - Approx. 30 yards, 5-7 tons of debris | 15.00 EA | 829.00 | 0.00 | 0.00 | 2,611.35 | 15,046.35 |
| 2,510.  Temporary construction office - portable (trailer) | 8.00 MO | 0.00 | 279.08 | 0.00 | 468.85 | 2,701.49 |

**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - GENERAL CONDITIONS

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,511.  Job-site cargo/storage container - 40' long (per month) | 16.00 MO | 0.00 | 160.00 | 247.81 | 537.60 | 3,345.41 |
| 2,512.  Padlock and hasp | 2.00 EA | 0.00 | 45.83 | 4.14 | 20.12 | 115.92 |
| 2,513.  Commercial Supervision / Project Management - per hour | 960.00 HR | 0.00 | 81.83 | 0.00 | 16,496.93 | 95,053.73 |
| Average of 30 hours a week.  4 weeks a month for 8 months. | | | | | | |
| 2,514.  General Laborer - per hour | 2,560.00 HR | 0.00 | 54.19 | 0.00 | 29,132.54 | 167,858.94 |
| 2 laborers 40 hours a week, 4 weeks a month for 8 months. Risk is not located against parking lot and will require all materials to be loaded into on site transportation and hauled to the building from the parking lot located in the rear of the property.  There are other buildings on site and the travel area will need to be maintained to remain safe for the other tenants.  Building is large and split into 2 sides, 1 laborer for each side. | | | | | | |
| 2,515.  Boom or spider lift - 50'-60' reach (per month) | 8.00 MO | 0.00 | 3,515.71 | 0.00 | 5,906.40 | 34,032.08 |
| 2,516.  Temporary power - hookup | 2.00 EA | 0.00 | 301.01 | 0.00 | 126.42 | 728.44 |
| 2,517.  Temporary power usage (per month) - Commercial | 8.00 MO | 0.00 | 373.88 | 239.28 | 678.36 | 3,908.68 |
| 2,518.  Power distribution box - 100+ amp (per week) | 48.00 WK | 0.00 | 360.00 | 0.00 | 3,628.80 | 20,908.80 |
| 4 units x 4 weeks for 4 months. | | | | | | |
| 2,519.  Generator temporary power cable (per week) | 16.00 WK | 0.00 | 79.95 | 0.00 | 268.63 | 1,547.83 |
| 4 each at 4 weeks | | | | | | |
| 2,520.  Generator - 10-30KW (per week - 24 hour) - no monitoring | 4.00 WK | 0.00 | 1,205.12 | 0.00 | 1,012.30 | 5,832.78 |
| 2,521.  R&R Black pipe with fitting and hanger, 2" | 90.00 LF | 7.31 | 35.03 | 66.53 | 814.20 | 4,691.33 |
| 2,522.  R&R Black pipe with fitting and hanger, 1" | 380.00 LF | 3.65 | 17.16 | 132.85 | 1,688.54 | 9,729.19 |
| 2,523.  R&R Ball valve - brass - 1" | 20.00 EA | 8.52 | 69.31 | 52.32 | 337.87 | 1,946.79 |
| 2,524.  Flexible gas supply line connector - 1/2" - 49" to 72" | 10.00 EA | 0.00 | 54.17 | 34.00 | 120.90 | 696.60 |
| 2,525.  Gas line air pressure test | 10.00 EA | 0.00 | 192.67 | 0.00 | 404.61 | 2,331.31 |
| 2,526.  Plumbing line air pressure test | 10.00 EA | 0.00 | 192.67 | 0.00 | 404.61 | 2,331.31 |
| 2,527.  Plumbing/drain line water pressure test | 20.00 EA | 0.00 | 457.61 | 0.00 | 1,921.96 | 11,074.16 |
| 2,528.  Asbestos test fee - full service survey - base fee | 1.00 EA | 0.00 | 250.00 | 0.00 | 52.50 | 302.50 |
| 2,529.  Asbestos test fee - self test (per sample) | 384.00 EA | 0.00 | 81.37 | 0.00 | 6,561.68 | 37,807.76 |
| 3 ceiling, 2 wall per room/area on all levels of the risk. | | | | | | |
| 2,530.  Lead test fee - full service lead survey - base fee | 1.00 EA | 0.00 | 290.00 | 0.00 | 60.90 | 350.90 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## CONTINUED - GENERAL CONDITIONS

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,531.  Lead test fee - self test (per sample) | 70.00 EA | 0.00 | 92.79 | 0.00 | 1,364.01 | 7,859.31 |
| Per window and exterior wood trim. | | | | | | |
| 2,532.  Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| To be determined. | | | | | | |
| ****EMERGENCY SERVICES**** | | | | | | |
| 2,533.  Water Extraction & Remediation (Bid Item) A-Roc Construction | 1.00 EA | 0.00 | 9,460.00 | 0.00 | 0.00 | 9,460.00 |
| *Basement Water Extraction* Light tower etc | | | | | | |
| 2,534.  Water Extraction & Remediation (Bid Item)-A Roc Construction | 1.00 EA | 0.00 | 15,310.00 | 0.00 | 0.00 | 15,310.00 |
| *Initial Mitigation* Generator and Equipment*Man Hours* | | | | | | |
| Totals:  GENERAL CONDITIONS | | | | 776.93 | 77,420.98 | 471,110.11 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2,535.  Temporary repair services labor minimum | 1.00 EA | 0.00 | 154.66 | 0.00 | 32.48 | 187.14 |
| Totals:  Labor Minimums Applied | | | | 0.00 | 32.48 | 187.14 |
| **Line Item Totals: 10402_10404_SHAKER1** | | | | 58,006.28 | 454,782.73 | 2,654,424.86 |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 21,054.14 | SF Walls | 7,159.06 | SF Ceiling | 28,213.19 | SF Walls and Ceiling |
| 7,305.12 | SF Floor | 811.68 | SY Flooring | 2,671.72 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 3,230.24 | LF Ceil. Perimeter |
| | | | | | |
| 7,305.12 | Floor Area | 7,837.24 | Total Area | 19,942.35 | Interior Wall Area |
| 6,419.82 | Exterior Wall Area | 897.25 | Exterior Perimeter of Walls | | |
| | | | | | |
| 3,057.08 | Surface Area | 30.57 | Number of Squares | 250.00 | Total Perimeter Length |
| 65.00 | Total Ridge Length | 173.81 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 2,651,079.45 | 99.87% | 2,651,079.45 | 99.87% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 3,345.41 | 0.13% | 3,345.41 | 0.13% |
| Total | 2,654,424.86 | 100.00% | 2,654,424.86 | 100.00% |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 2,139,075.85 |
| Material Sales Tax | 48,453.62 |
| Cln Matl Tax | 277.10 |
| Subtotal | 2,187,806.57 |
| Overhead | 216,307.54 |
| Profit | 237,937.59 |
| Cln&Carpet Svc Tax | 9,027.75 |
| **Replacement Cost Value** | **$2,651,079.45** |
| **Net Claim** | **$2,651,079.45** |

Mike Garofalo



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## Summary for Contents

| | |
|---|---:|
| Line Item Total | 2,560.00 |
| Overhead | 256.00 |
| Profit | 281.60 |
| Cln&Carpet Svc Tax | 247.81 |
| **Replacement Cost Value** | **$3,345.41** |
| **Net Claim** | **$3,345.41** |

Mike Garofalo



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Tax (0%) | Material Sales Tax (8%) | Cln Matl Tax (8%) | Cln&Carpet Svc Tax (8%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 216,563.54 | 238,219.19 | 0.00 | 48,453.62 | 277.10 | 9,275.56 |
| **Total** | | | | | | |
| | **216,563.54** | **238,219.19** | **0.00** | **48,453.62** | **277.10** | **9,275.56** |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

# Recap by Room

**Estimate: 10402_10404_SHAKER1**

**Area: Source - Planitar Provider 1**

| | | | |
|---|---|---|---|
| **Area: Basement** | | **147,199.94** | **6.87%** |
| Coverage: Dwelling | 100.00% = | 147,199.94 | |
| **L COMMON HALL** | | **8,421.90** | **0.39%** |
| Coverage: Dwelling | 100.00% = | 8,421.90 | |
| **L Living Room** | | **25,149.43** | **1.17%** |
| Coverage: Dwelling | 100.00% = | 25,149.43 | |
| **L Hallway** | | **4,842.23** | **0.23%** |
| Coverage: Dwelling | 100.00% = | 4,842.23 | |
| **L Bedroom** | | **18,210.67** | **0.85%** |
| Coverage: Dwelling | 100.00% = | 18,210.67 | |
| **L 4PC Bathroom** | | **13,251.77** | **0.62%** |
| Coverage: Dwelling | 100.00% = | 13,251.77 | |
| **L Kitchen** | | **18,662.78** | **0.87%** |
| Coverage: Dwelling | 100.00% = | 18,662.78 | |
| **L Pantry** | | **2,420.74** | **0.11%** |
| Coverage: Dwelling | 100.00% = | 2,420.74 | |
| **R COMMON HALL** | | **9,337.96** | **0.44%** |
| Coverage: Dwelling | 100.00% = | 9,337.96 | |
| **R Living Room** | | **25,134.85** | **1.17%** |
| Coverage: Dwelling | 100.00% = | 25,134.85 | |
| **R Hallway** | | **4,833.67** | **0.23%** |
| Coverage: Dwelling | 100.00% = | 4,833.67 | |
| **R Bedroom** | | **17,538.83** | **0.82%** |
| Coverage: Dwelling | 100.00% = | 17,538.83 | |
| **R 4PC Bathroom** | | **13,254.45** | **0.62%** |
| Coverage: Dwelling | 100.00% = | 13,254.45 | |
| **R Kitchen** | | **18,619.19** | **0.87%** |
| Coverage: Dwelling | 100.00% = | 18,619.19 | |
| **R Pantry** | | **2,298.82** | **0.11%** |
| Coverage: Dwelling | 100.00% = | 2,298.82 | |
| **Utility Room Left** | | **39,552.29** | **1.85%** |
| Coverage: Dwelling | 100.00% = | 39,552.29 | |
| **Utility Room Right** | | **18,382.44** | **0.86%** |
| Coverage: Dwelling | 100.00% = | 18,382.44 | |
| **Storage Hall Left** | | **4,747.63** | **0.22%** |
| Coverage: Dwelling | 100.00% = | 4,747.63 | |
| **Small Utility Room** | | **1,333.71** | **0.06%** |
| Coverage: Dwelling | 100.00% = | 1,333.71 | |
| **Storage Area/Room 34** | | **1,966.19** | **0.09%** |

10402_10404_SHAKER1



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

| | | | | |
|---|---|---|---|---|
| Coverage: Dwelling | 100.00% = | 1,966.19 | | |
| **Storage Area/Room 35** | | **2,083.21** | **0.10%** | |
| Coverage: Dwelling | 100.00% = | 2,083.21 | | |
| **Storage Area/Room 36** | | **2,185.48** | **0.10%** | |
| Coverage: Dwelling | 100.00% = | 2,185.48 | | |
| **Storage Area/Room 39** | | **1,836.22** | **0.09%** | |
| Coverage: Dwelling | 100.00% = | 1,836.22 | | |
| **Storage Area/Room 33** | | **1,865.44** | **0.09%** | |
| Coverage: Dwelling | 100.00% = | 1,865.44 | | |
| **Storage Area/Room 32** | | **2,043.30** | **0.10%** | |
| Coverage: Dwelling | 100.00% = | 2,043.30 | | |
| **Storage Area/Room 37** | | **2,006.63** | **0.09%** | |
| Coverage: Dwelling | 100.00% = | 2,006.63 | | |
| **Storage Area/Room 38** | | **1,992.45** | **0.09%** | |
| Coverage: Dwelling | 100.00% = | 1,992.45 | | |
| **Storage Area/Room 31** | | **2,255.53** | **0.11%** | |
| Coverage: Dwelling | 100.00% = | 2,255.53 | | |
| **Storage Area/Room 30** | | **2,319.75** | **0.11%** | |
| Coverage: Dwelling | 100.00% = | 2,319.75 | | |
| **Storage Hall Right** | | **5,335.42** | **0.25%** | |
| Coverage: Dwelling | 100.00% = | 5,335.42 | | |
| | | | | |
| **Area Subtotal:  Basement** | | **419,082.92** | **19.57%** | |
| Coverage: Dwelling | 100.00% = | 419,082.92 | | |
| | | | | |
| **Area: Main floor** | | **335,926.83** | **15.69%** | |
| Coverage: Dwelling | 100.00% = | 335,926.83 | | |
| **Common Hall Left** | | **6,111.34** | **0.29%** | |
| Coverage: Dwelling | 100.00% = | 6,111.34 | | |
| **LL Living Room** | | **11,133.41** | **0.52%** | |
| Coverage: Dwelling | 100.00% = | 11,133.41 | | |
| **LL Hallway** | | **2,814.83** | **0.13%** | |
| Coverage: Dwelling | 100.00% = | 2,814.83 | | |
| **LL Bedroom** | | **8,289.91** | **0.39%** | |
| Coverage: Dwelling | 100.00% = | 8,289.91 | | |
| **LL 4PC Bathroom** | | **9,099.03** | **0.42%** | |
| Coverage: Dwelling | 100.00% = | 9,099.03 | | |
| **LL Kitchen** | | **15,323.62** | **0.72%** | |
| Coverage: Dwelling | 100.00% = | 15,323.62 | | |
| **LR Living Room** | | **10,736.38** | **0.50%** | |
| Coverage: Dwelling | 100.00% = | 10,736.38 | | |
| **LR Hallway** | | **2,815.49** | **0.13%** | |
| Coverage: Dwelling | 100.00% = | 2,815.49 | | |
| **LR Bedroom** | | **8,259.61** | **0.39%** | |
| Coverage: Dwelling | 100.00% = | 8,259.61 | | |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

| | | | | |
|---|---|---|---|---|
| **LR 4PC Bathroom** | | | **9,100.10** | **0.42%** |
| Coverage: Dwelling | 100.00% = | | 9,100.10 | |
| **LR Kitchen** | | | **15,352.17** | **0.72%** |
| Coverage: Dwelling | 100.00% = | | 15,352.17 | |
| **Common Hall Right** | | | **5,979.62** | **0.28%** |
| Coverage: Dwelling | 100.00% = | | 5,979.62 | |
| **RL Living Room** | | | **10,724.34** | **0.50%** |
| Coverage: Dwelling | 100.00% = | | 10,724.34 | |
| **RL Hallway** | | | **2,812.85** | **0.13%** |
| Coverage: Dwelling | 100.00% = | | 2,812.85 | |
| **RL Bedroom** | | | **8,258.93** | **0.39%** |
| Coverage: Dwelling | 100.00% = | | 8,258.93 | |
| **RL 4PC Bathroom** | | | **9,085.47** | **0.42%** |
| Coverage: Dwelling | 100.00% = | | 9,085.47 | |
| **RL Kitchen** | | | **15,322.14** | **0.72%** |
| Coverage: Dwelling | 100.00% = | | 15,322.14 | |
| **RR Living Room** | | | **10,736.38** | **0.50%** |
| Coverage: Dwelling | 100.00% = | | 10,736.38 | |
| **RR Hallway** | | | **2,815.49** | **0.13%** |
| Coverage: Dwelling | 100.00% = | | 2,815.49 | |
| **RR Bedroom** | | | **8,259.61** | **0.39%** |
| Coverage: Dwelling | 100.00% = | | 8,259.61 | |
| **RR 4PC Bathroom** | | | **9,093.26** | **0.42%** |
| Coverage: Dwelling | 100.00% = | | 9,093.26 | |
| **RR Kitchen** | | | **13,427.94** | **0.63%** |
| Coverage: Dwelling | 100.00% = | | 13,427.94 | |
| **Area Subtotal:  Main floor** | | | **531,478.75** | **24.82%** |
| Coverage: Dwelling | 100.00% = | | 531,478.75 | |
| **Area: Entry 10404** | | | **5,397.76** | **0.25%** |
| Coverage: Dwelling | 100.00% = | | 5,397.76 | |
| **Foyer/Entry** | | | **6,020.30** | **0.28%** |
| Coverage: Dwelling | 100.00% = | | 6,020.30 | |
| **Area Subtotal:  Entry 10404** | | | **11,418.06** | **0.53%** |
| Coverage: Dwelling | 100.00% = | | 11,418.06 | |
| **Area: Entry 10402** | | | **4,798.99** | **0.22%** |
| Coverage: Dwelling | 100.00% = | | 4,798.99 | |
| **Foyer/Entry** | | | **5,988.92** | **0.28%** |
| Coverage: Dwelling | 100.00% = | | 5,988.92 | |
| **Area Subtotal:  Entry 10402** | | | **10,787.91** | **0.50%** |
| Coverage: Dwelling | 100.00% = | | 10,787.91 | |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

| Area: 2nd floor | | 313,289.71 | 14.63% |
|---|---|---|---|
| Coverage: Dwelling | 100.00% = | 313,289.71 | |
| **L Hallway** | | **4,582.41** | **0.21%** |
| Coverage: Dwelling | 100.00% = | 4,582.41 | |
| **LL Living Room** | | **10,002.18** | **0.47%** |
| Coverage: Dwelling | 100.00% = | 10,002.18 | |
| **LL Hallway** | | **2,603.15** | **0.12%** |
| Coverage: Dwelling | 100.00% = | 2,603.15 | |
| **LL Bedroom** | | **7,649.75** | **0.36%** |
| Coverage: Dwelling | 100.00% = | 7,649.75 | |
| **LL 4PC Bathroom** | | **8,388.82** | **0.39%** |
| Coverage: Dwelling | 100.00% = | 8,388.82 | |
| **LL Kitchen** | | **13,452.53** | **0.63%** |
| Coverage: Dwelling | 100.00% = | 13,452.53 | |
| **LR Living Room** | | **10,002.66** | **0.47%** |
| Coverage: Dwelling | 100.00% = | 10,002.66 | |
| **LR Hallway** | | **2,619.64** | **0.12%** |
| Coverage: Dwelling | 100.00% = | 2,619.64 | |
| **LR Bedroom** | | **7,600.29** | **0.35%** |
| Coverage: Dwelling | 100.00% = | 7,600.29 | |
| **LR 4PC Bathroom** | | **8,427.31** | **0.39%** |
| Coverage: Dwelling | 100.00% = | 8,427.31 | |
| **LR Kitchen** | | **10,775.25** | **0.50%** |
| Coverage: Dwelling | 100.00% = | 10,775.25 | |
| **R Hallway** | | **4,594.10** | **0.21%** |
| Coverage: Dwelling | 100.00% = | 4,594.10 | |
| **RL Living Room** | | **9,984.88** | **0.47%** |
| Coverage: Dwelling | 100.00% = | 9,984.88 | |
| **RL Hallway** | | **2,615.54** | **0.12%** |
| Coverage: Dwelling | 100.00% = | 2,615.54 | |
| **RL Bedroom** | | **7,598.47** | **0.35%** |
| Coverage: Dwelling | 100.00% = | 7,598.47 | |
| **RL 4PC Bathroom** | | **8,621.84** | **0.40%** |
| Coverage: Dwelling | 100.00% = | 8,621.84 | |
| **RL Kitchen** | | **10,807.70** | **0.50%** |
| Coverage: Dwelling | 100.00% = | 10,807.70 | |
| **RR Living Room** | | **10,000.88** | **0.47%** |
| Coverage: Dwelling | 100.00% = | 10,000.88 | |
| **RR Hallway** | | **2,611.31** | **0.12%** |
| Coverage: Dwelling | 100.00% = | 2,611.31 | |
| **RR Bedroom** | | **7,609.30** | **0.36%** |
| Coverage: Dwelling | 100.00% = | 7,609.30 | |
| **RR 4PC Bathroom** | | **8,615.33** | **0.40%** |
| Coverage: Dwelling | 100.00% = | 8,615.33 | |
| **RR Kitchen** | | **13,447.38** | **0.63%** |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

| | | | |
|---|---|---|---|
| Coverage: Dwelling | 100.00% = | 13,447.38 | |
| **Area Subtotal:  2nd floor** | | **485,900.43** | **22.69%** |
| Coverage: Dwelling | 100.00% = | 485,900.43 | |
| **Area: Storage under stairs - Basement** | | | |
| **Storage Area/Room** | | **1,173.98** | **0.05%** |
| Coverage: Dwelling | 100.00% = | 1,173.98 | |
| **Area Subtotal:  Storage under stairs - Basement** | | **1,173.98** | **0.05%** |
| Coverage: Dwelling | 100.00% = | 1,173.98 | |
| **Area: Storage under stairs - Basement - 10404** | | | |
| **Storage Area/Room** | | **1,180.55** | **0.06%** |
| Coverage: Dwelling | 100.00% = | 1,180.55 | |
| **Area Subtotal:  Storage under stairs - Basement - 10404** | | **1,180.55** | **0.06%** |
| Coverage: Dwelling | 100.00% = | 1,180.55 | |
| **HVAC** | | **89,514.64** | **4.18%** |
| Coverage: Dwelling | 100.00% = | 89,514.64 | |
| **Area Subtotal:  Source - Planitar Provider 1** | | **1,550,537.24** | **72.40%** |
| Coverage: Dwelling | 100.00% = | 1,550,537.24 | |
| **Area: Exterior** | | | |
| **Area: Exterior** | | **34,609.88** | **1.62%** |
| Coverage: Dwelling | 100.00% = | 34,609.88 | |
| **Roof1** | | **65,094.69** | **3.04%** |
| Coverage: Dwelling | 100.00% = | 65,094.69 | |
| **Area Subtotal:  Exterior** | | **99,704.57** | **4.66%** |
| Coverage: Dwelling | 100.00% = | 99,704.57 | |
| **Area Subtotal:  Exterior** | | **99,704.57** | **4.66%** |
| Coverage: Dwelling | 100.00% = | 99,704.57 | |
| **Siding/Brick** | | **98,327.18** | **4.59%** |
| Coverage: Dwelling | 100.00% = | 98,327.18 | |
| **GENERAL CONDITIONS** | | **392,912.20** | **18.35%** |
| Coverage: Dwelling | 99.35% = | 390,352.20 | |
| Coverage: Contents | 0.65% = | 2,560.00 | |
| **Labor Minimums Applied** | | **154.66** | **0.01%** |
| Coverage: Dwelling | 100.00% = | 154.66 | |
| **Subtotal of Areas** | | **2,141,635.85** | **100.00%** |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

| | | | |
|---|---|---|---|
| Coverage: Dwelling | 99.88% = | 2,139,075.85 | |
| Coverage: Contents | 0.12% = | 2,560.00 | |
| **Total** | | **2,141,635.85** | **100.00%** |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

## Recap by Category

| O&P Items | | | | Total | % |
|---|---|---|---|---|---|
| **APPLIANCES** | | | | **29,300.34** | **1.10%** |
| Coverage: Dwelling | @ | 100.00% | = | 29,300.34 | |
| **CABINETRY** | | | | **63,021.08** | **2.37%** |
| Coverage: Dwelling | @ | 100.00% | = | 63,021.08 | |
| **CLEANING** | | | | **39,644.40** | **1.49%** |
| Coverage: Dwelling | @ | 100.00% | = | 39,644.40 | |
| **CONT: PACKING,HANDLNG,STORAGE** | | | | **2,560.00** | **0.10%** |
| Coverage: Contents | @ | 100.00% | = | 2,560.00 | |
| **GENERAL DEMOLITION** | | | | **164,115.51** | **6.18%** |
| Coverage: Dwelling | @ | 100.00% | = | 164,115.51 | |
| **DOORS** | | | | **51,931.97** | **1.96%** |
| Coverage: Dwelling | @ | 100.00% | = | 51,931.97 | |
| **DRYWALL** | | | | **10,700.24** | **0.40%** |
| Coverage: Dwelling | @ | 100.00% | = | 10,700.24 | |
| **ELECTRICAL** | | | | **110,079.63** | **4.15%** |
| Coverage: Dwelling | @ | 100.00% | = | 110,079.63 | |
| **ELECTRICAL - SPECIAL SYSTEMS** | | | | **4,810.57** | **0.18%** |
| Coverage: Dwelling | @ | 100.00% | = | 4,810.57 | |
| **HEAVY EQUIPMENT** | | | | **28,125.68** | **1.06%** |
| Coverage: Dwelling | @ | 100.00% | = | 28,125.68 | |
| **FLOOR COVERING - CARPET** | | | | **22,005.87** | **0.83%** |
| Coverage: Dwelling | @ | 100.00% | = | 22,005.87 | |
| **FLOOR COVERING - RESILIENT** | | | | **697.36** | **0.03%** |
| Coverage: Dwelling | @ | 100.00% | = | 697.36 | |
| **FLOOR COVERING - VINYL** | | | | **946.11** | **0.04%** |
| Coverage: Dwelling | @ | 100.00% | = | 946.11 | |
| **FLOOR COVERING - WOOD** | | | | **71,942.38** | **2.71%** |
| Coverage: Dwelling | @ | 100.00% | = | 71,942.38 | |
| **PERMITS AND FEES** | | | | **38,281.38** | **1.44%** |
| Coverage: Dwelling | @ | 100.00% | = | 38,281.38 | |
| **FINISH CARPENTRY / TRIMWORK** | | | | **53,057.30** | **2.00%** |
| Coverage: Dwelling | @ | 100.00% | = | 53,057.30 | |
| **FINISH HARDWARE** | | | | **25,454.58** | **0.96%** |
| Coverage: Dwelling | @ | 100.00% | = | 25,454.58 | |
| **FIREPLACES** | | | | **14,020.31** | **0.53%** |
| Coverage: Dwelling | @ | 100.00% | = | 14,020.31 | |
| **FRAMING & ROUGH CARPENTRY** | | | | **43,763.51** | **1.65%** |
| Coverage: Dwelling | @ | 100.00% | = | 43,763.51 | |
| **HEAT,  VENT & AIR CONDITIONING** | | | | **111,107.76** | **4.19%** |
| Coverage: Dwelling | @ | 100.00% | = | 111,107.76 | |
| **INSULATION** | | | | **28,160.22** | **1.06%** |
| Coverage: Dwelling | @ | 100.00% | = | 28,160.22 | |



## Tri-State Public Adjusters

22 Christopher Ct
Wolfeboro, NH 03894

| O&P Items | | | | Total | % |
|---|---|---|---|---:|---:|
| **LABOR ONLY** | | | | **217,283.20** | **8.19%** |
| Coverage: Dwelling | @ | 100.00% | = | 217,283.20 | |
| **LIGHT FIXTURES** | | | | **6,596.93** | **0.25%** |
| Coverage: Dwelling | @ | 100.00% | = | 6,596.93 | |
| **MASONRY** | | | | **11,283.33** | **0.43%** |
| Coverage: Dwelling | @ | 100.00% | = | 11,283.33 | |
| **MARBLE - CULTURED OR NATURAL** | | | | **1,253.18** | **0.05%** |
| Coverage: Dwelling | @ | 100.00% | = | 1,253.18 | |
| **MIRRORS & SHOWER DOORS** | | | | **1,812.60** | **0.07%** |
| Coverage: Dwelling | @ | 100.00% | = | 1,812.60 | |
| **INTERIOR LATH & PLASTER** | | | | **374,916.64** | **14.12%** |
| Coverage: Dwelling | @ | 100.00% | = | 374,916.64 | |
| **PLUMBING** | | | | **193,009.71** | **7.27%** |
| Coverage: Dwelling | @ | 100.00% | = | 193,009.71 | |
| **PAINTING** | | | | **144,571.05** | **5.45%** |
| Coverage: Dwelling | @ | 100.00% | = | 144,571.05 | |
| **ROOFING** | | | | **40,788.32** | **1.54%** |
| Coverage: Dwelling | @ | 100.00% | = | 40,788.32 | |
| **SCAFFOLDING** | | | | **2,459.52** | **0.09%** |
| Coverage: Dwelling | @ | 100.00% | = | 2,459.52 | |
| **SIDING** | | | | **28,105.39** | **1.06%** |
| Coverage: Dwelling | @ | 100.00% | = | 28,105.39 | |
| **SOFFIT, FASCIA, & GUTTER** | | | | **11,784.88** | **0.44%** |
| Coverage: Dwelling | @ | 100.00% | = | 11,784.88 | |
| **TILE** | | | | **22,766.20** | **0.86%** |
| Coverage: Dwelling | @ | 100.00% | = | 22,766.20 | |
| **TEMPORARY REPAIRS** | | | | **42,789.30** | **1.61%** |
| Coverage: Dwelling | @ | 100.00% | = | 42,789.30 | |
| **WINDOW TREATMENT** | | | | **11,910.28** | **0.45%** |
| Coverage: Dwelling | @ | 100.00% | = | 11,910.28 | |
| **WINDOWS - WOOD** | | | | **60,472.25** | **2.28%** |
| Coverage: Dwelling | @ | 100.00% | = | 60,472.25 | |
| **WATER EXTRACTION & REMEDIATION** | | | | **31,336.87** | **1.18%** |
| Coverage: Dwelling | @ | 100.00% | = | 31,336.87 | |
| **O&P Items Subtotal** | | | | **2,116,865.85** | **79.75%** |

| Non-O&P Items | | | | Total | % |
|---|---|---|---|---:|---:|
| **WATER EXTRACTION & REMEDIATION** | | | | **24,770.00** | **0.93%** |
| Coverage: Dwelling | @ | 100.00% | = | 24,770.00 | |
| **Non-O&P Items Subtotal** | | | | **24,770.00** | **0.93%** |
| **O&P Items Subtotal** | | | | **2,116,865.85** | **79.75%** |
| **Material Sales Tax** | | | | **48,453.62** | **1.83%** |



**Tri-State Public Adjusters**

22 Christopher Ct
Wolfeboro, NH 03894

| | | | | | |
|---|---|---|---|---|---|
| Coverage: Dwelling | @ | 100.00% = | | 48,453.62 | |
| **Cln Matl Tax** | | | | **277.10** | **0.01%** |
| Coverage: Dwelling | @ | 100.00% = | | 277.10 | |
| **Overhead** | | | | **216,563.54** | **8.16%** |
| Coverage: Dwelling | @ | 99.88% = | | 216,307.54 | |
| Coverage: Contents | @ | 0.12% = | | 256.00 | |
| **Profit** | | | | **238,219.19** | **8.97%** |
| Coverage: Dwelling | @ | 99.88% = | | 237,937.59 | |
| Coverage: Contents | @ | 0.12% = | | 281.60 | |
| **Cln&Carpet Svc Tax** | | | | **9,275.56** | **0.35%** |
| Coverage: Dwelling | @ | 97.33% = | | 9,027.75 | |
| Coverage: Contents | @ | 2.67% = | | 247.81 | |
| **Total** | | | | **2,654,424.86** | **100.00%** |

**Closing Statement:**

In conclusion, this draft repair estimate constitutes our formal assessment of the damages and outlines the necessary measures to restore the property to its pre-loss condition. It is imperative to note that this estimate is subject to modification based on any changes in scope or methodology, as well as compliance with applicable state and local codes and regulations.

The figures provided herein are preliminary and remain pending approval by the Insured. This document reflects our commitment to transparency and due diligence throughout the adjustment process. We acknowledge the possibility of latent damages emerging and reserve the right to address any such claims in accordance with the policy terms. We appreciate your attention to this matter and look forward to proceeding in a manner consistent with all legal and contractual obligations.





Basement

3/13/2026          Page: 169



Storage Area/Room



Storage Area/Room

Storage under stairs - Basement - 10404

3/13/2026          Page: 171

8' 6"

Image Not Available

8' 2"

Up

3' 8"

4' 7"

7' 3"

7' 11"

Foyer/Entry

4' 3"

3' 8"

3' 8"

3' 8"

3' 8"

4' 4"



N

Entry 10404

3/13/2026        Page: 172



Entry

Entry

N
⇧

Main floor



N
⇑

2nd floor

3/13/2026          Page: 174

Image Not Available

8' 6"

8' 2"

3' 5"

Up

3' 5"   1' 2"

7' 4"

Foyer/Entry

10"

3' 10"

3' 10"

3' 7"

4' 3"



Entry 10402

3/13/2026          Page: 175



F3(C)   F1(A)   F9(B)

65'

Roof1   F8(A)   Roof3  (2)

F2(B)   F10(C)

15'

21' 4"   16' 3"   15'   15'

21' 4"   16' 3"   15'   28' 11"



# Exhibit 4

THE SILVER LINING ®



May 6, 2026

**via email to adam@cc-rei.com; mike@magpublicadjsuters.com; jreilly@tri-statepublicadjsuters.com; sreardon@starkloss.com and regular mail**

Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079

| | |
|---|---|
| Claim Number: | AS69671 |
| Insured: | SHAKER PARKWAY COLLECTIVE LLC |
| Policy: | C092188-0 |
| Date of Loss: | 12/14/2025 |
| Loss Location: | 10306 Shaker Blvd. Cleveland, OH. 44104 |

<u>**Status Update, Document Request, Response to Appraisal Demand and Reservation of Rights**</u>

Dear Mr. Johnson:

We are writing to provide you with an update relating to our ongoing investigation of the above-referenced December 14, 2025 fire loss which we continue to conduct under a complete Reservation of Rights subject to all of the terms, conditions, limitations and exclusions in the policy. The following outlines various findings and issues relating to this loss.

<u>**Reinspection of Property**</u>

On April 23, 2026, we conducted a reinspection of the property located at 10404 Shaker Blvd., Cleveland, OH ("the subject property") in part to allow us to review the physical loss and damage in conjunction with your public adjuster's estimate which we noted included in excess of $422,076.66 for what appears to be non-fire losses. During our re-inspection of the subject property we observed additional damages which were not caused by or resulting from the December 14, 2025 fire loss and were not present during our earlier inspections on December 22, 2025 and our building consultant's inspection on January 3, 2026. Most notably, we observed that after our earlier inspections, all of the lower level windows have been broken and boarded up. Also, the steam heat registers burst and the freeze plugs have been pushed from the cast iron registers. During our reinspection we also found additional vandalism damage to the basement common areas, as well as several of the South units in the building. Photographs and Matterport Scans from both of our prior inspections confirm that none of this additional damage existed at the time of the fire loss or our initial inspections. The lower level windows were not broken or boarded up, the vandalism to the interior doors was not present, and all of the heat registers were intact and connected to the steam boiler system.

These additional damages appear to have been caused by different occurrences from different causes of loss on unknown dates. To date, the only loss that we have been notified about which is the subject matter of this claim is the December 14, 2025 fire loss. We are unaware that any notice of loss or claim that has been made for any of the separate vandalism and/or freeze damage that we observed. If you intend to

submit a claim for the separate post-fire vandalism and/or freeze damage, you will need to open separate claim(s) for each separate occurrence, and provide us with the date(s) of loss so that those separate losses can be adequately investigated and handled.

Moreover, as we previously pointed out in our February 25, 2026 letter, to the extent that this additional post-fire damage was caused by or resulted from your failure to take reasonable steps to protect the Covered Property from further damage and/or your neglect to use all reasonable means to save and preserve property from further damage at and after the time of loss, there is no coverage under the policy for that.

We draw your attention to page 10 of 16, section E, paragraph 3, sub paragraph a(4) of the CP 00 10 Building and Personal property Coverage Form:

> **E.**    **Loss Conditions**
> The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:
>
> \* \* \*
>
> **3.**    **Duties In The Event Of Loss Or Damage**
> **a.**    You must see that the following are done in the event of loss or damage to Covered Property:
>
> \* \* \*
>
> **(4)**    Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.
>
> \* \* \*

We also draw your attention to page 3 of 10, section B, paragraph 2, sub paragraph g and m of the CP 10 30 Causes of Loss – Special Form:

> **B.**    **Exclusions**
> \* \* \*
> **2.**    We will not pay for loss or damage caused by or resulting from any of the following:
> \* \* \*

     **g.**    *Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:*
         **(1)**    *You do your best to maintain heat in the building or structure; or*
         **(2)**    *You drain the equipment and shut off the supply if the heat is not maintained.*

                     \* \* \*

     **m.**    *Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.*

                     \* \* \*

Additionally, we note that your public adjuster's estimate includes a number of line items for lead and asbestos testing (lines 2,528 – 2,531) totaling approximately $46,320.47 However, the Policy does not cover the cost "to test for, monitor or assess the existence, concentration or effects of "pollutants".

We draw your attention to pages 5 of 16 of CP 00 10 10 12 and page 9 of 9 of CP 00 30 10 12:

     **4.**    ***Additional Coverages***

                     \* \* \*

     **d.**    ***Pollutant Clean-up And Removal***
         *We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs. This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water. The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12- month period of this policy.*

* * *

e.     ***Increased Cost Of Construction***

* * *

**(5)**     *Under this Additional Coverage, we will not pay for:*

**(a)**     *The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or*

**(b)**     *Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.*

* * *

**4.**     *"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.*

Please understand that by making specific reference to certain provisions in your Policy, West Bend Insurance Company neither waives, nor shall it be estopped from raising other terms, conditions, exclusions, in your policy of insurance.  Further, nothing in this letter is intended to, nor should be construed as, a waiver of any of the terms or conditions of your policy of insurance.

## Payment Status

As you know, on or about February 25, 2026, we paid you $91,609.23 for the cost to remove and dispose of the fire damaged materials from the building as set forth in the demolition estimate we provided you. We also paid you the Actual Cash Value of the cost to repair the loss and damage to the building from the December 14, 2025 fire loss in the amount of $673,007.63 (less the $50,000 deductible). In our February 25, 2026 letter we explained that the Policy contains an optional Replacement Cost coverage. We have determined that the replacement cost of the December 14, 2025 building loss amounts to $820,883.25 as reflected in the reconstruction estimate that we previously sent you. Therefore, there is $147,875.62 in withheld depreciation available for you to collect upon satisfaction of the terms of the replacement cost provision of the policy quoted in our February 25, 2026 letter. The replacement cost provision of the policy requires that you actually repair or replace the property and spend the withheld depreciation on the repairs. Our reinspection has revealed that you have not yet commenced repairs. Therefore, based on our reinspection, you have not yet satisfied the replacement cost provisions of the Policy.

Our reinspection confirmed that none of the additional damages discussed above were caused by or resulted from the December 14, 2026 fire loss and therefore, we stand by the Actual Cash Value and Replacement Cost Value estimates upon which we have based our payments to date.

As no claim has been made to date for vandalism or freeze loss, we are unable to make payment for any of those additional damages that were not caused by or resulted from the December 14, 2025 fire loss.

### Request for Documentation and Compliance with Policy Duties

In our April 9, 2026 letter we explained that the Loss Conditions of the Policy contain "Duties in the Event of Loss or Damage" with which you must comply as a condition of coverage under the Policy. In our April 9, 2026 letter we requested that you produce certain documents and information necessary for our review and evaluation of the above-referenced fire loss claim. To date, we have not yet received the requested documents. Therefore, we write once again to request that you produce the documents listed below to us within the next 14 days:

1. All photos of the damage to the property prior to our inspection on December 22, 2025.
2. The moisture readings and photos from the mitigation contractor who mitigated the loss.
3. Employee labor logs, demolition receipts, and equipment rental receipts to accompany the mitigation services invoices by A-ROC Construction and Development LLC.
4. Any invoices or receipts for renovations or repairs to the building prior to December 14, 2025.
5. The Tax returns for the Shaker Parkway Collective, LLC for 2023, 2024, and 2025.
6. Monthly Profit and Loss records for January 2023 through current.
7. Rent rolls or occupancy records for January 2023 through present.
8. Receipts for any extra expenses that have been incurred to relocate the tenants from the damaged building to other buildings on the property.
9. A copy of the .esx file for your public adjuster's estimate.

We also write to inform you that your Proof of Loss is still incomplete. As of the date of this letter, we have not received the completed Sworn Statement in Proof of Loss ("Proof of Loss"). The document previously provided by you through your public adjuster, Mr Garofalo, on March 27, 2026, does not include the loss of income information which was requested in my letter of February 5, 2026. Additionally, I have provided the requested Proof of Loss forms to you and your public adjuster to complete, sign, notarize, and return, and the form has not been completed and returned as requested. Moreover, as explained below, you have not yet satisfied the Policy Duties and we have been unable to determine whether your claim comports with the terms and conditions of the policy including the Loss Payment and Valuation provisions. Therefore, at this time, we are still unable to either accept or reject your Proof of Loss because our investigation is incomplete and you have not yet complied with all of the Policy Duties. Accordingly, we continue to hold your Proof of Loss in abeyance pending completion of our investigation and your satisfaction of the Policy Duties.

Until this additional information is received, we are unable to further evaluate our liability, coverage and/or determine whether a dispute even exists under the Policy. Therefore, your appraisal demand as to loss of income continues to be premature.

As we informed you in our April 9, 2026 letter, the appraisal clause of the Policy is not a substitute for your compliance with the Policy Duties, including our requests that you specify and support your claims

and submit satisfactory proof of loss containing the information that we request to investigate the claim on the form we request. The Policy Duties require that you cooperate with our investigation and produce the documents we request. However, without the above-referenced information and the requested documentation, our investigation and assessment of your claims is materially impaired and we have been prejudiced in our ability to evaluate your claims, the coverage under the Policy and our liability for any amount of loss that you may claim.

## Response to Appraisal Demand

Subject to and without waiving our rights and defenses discussed above and in our April 9, 2026 letter, based on our findings at the reinspection, it appears that a dispute exists relating to the amount of building loss caused by or resulting from the December 14, 2025 fire loss. However, as no claim has been submitted for any vandalism loss, freeze loss or business income loss to date, none of those issues are ripe for appraisal. Accordingly, we cannot agree to appraise any vandalism, freeze or business income losses.

With respect to the dispute over the amount of fire loss to the building from the December 14, 2026 fire loss, we name the following individual as West Bend's appraiser:

> Randy Grundy
> RGA Claims Management, Inc.
> 630-545-1707 office
> 630-545-1708 fax
> rgrundy@rgacm.com

Before the appraisal begins, we want to ensure that you, we and the appraisal panel have a mutual understanding of the appraisal scope and process consistent with the above-quoted appraisal provision in the Policy. To this end, we have prepared a joint instructional letter outlining the parties' agreement on: (1) the questions that we are asking the appraisal panel to decide; (2) the items to be included in appraisal; (3) the manner in which information will be exchanged or property inspections scheduled; and (4) the format of the panel's final appraisal award. We enclose a draft of this joint instructional letter with this correspondence for your review, approval and signature by Shaker Parkway Collective, LLC. Once this letter is executed by both of us, we will send it to both of our appraisers to request that they commence the appraisal process in accordance with the terms of this letter.

West Bend expressly reserves all rights and defenses under the policy of insurance and Ohio law including, but not limited to, the right to decline coverage for any of the claimed losses. West Bend's identification of its appraiser above is made without waiver of its right to have a Court determine coverage on any coverage issue before an appraisal of the amount of loss and/or provide instructions to the appraisal panel.

## Reservation of Rights

**This is not a denial of your claim**. It should be expressly understood that West Bend's investigation and review of coverage under the policy is continuing and West Bend's investigation of any amounts claimed will continue once you allow reinspection and production of the above documents. You have not yet satisfied all Duties In The Event Of Loss Or Damage set forth in the policy.

Neither this letter nor any act, past or future, by any representative of West Bend should be construed to waive any of the terms, requirements and conditions of our insurance policy, nor should our actions be construed as either an admission or denial of our company's liability to pay any proceeds of this policy, or as a waiver of any right, claim or potential defense thereunder, all of which we respectfully continue to reserve without qualification or limitation, pending completion of our investigation.

By making specific reference to certain provisions in your policy, West Bend Insurance Company neither waives, nor shall it be estopped from raising other exclusions, conditions, limitations, or provisions of your policy of insurance. West Bend Insurance expressly reserves all rights, conditions, and defenses it may have now or those that may become apparent through additional investigation.

Sincerely,

Nick Lorencz
Claims Specialist
(262) 365-2852 or (800) 236-5010 Extension 2852
Fax: (262) 335-7000
nlorencz@wbmi.com

cc:     Mag Public Adjusters, Inc
        Randy Grundy

# Exhibit 5

THE SILVER LINING ®



May 18, 2026

**via email to <u>adam@cc-rei.com</u>; <u>mike@magpublicadjsuters.com</u>; <u>jreilly@tri-statepublicadjsuters.com</u>; <u>sreardon@starkloss.com</u> and regular mail**

Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079

| | |
|---|---|
| Claim Number: | AS69671 |
| Insured: | SHAKER PARKWAY COLLECTIVE LLC |
| Policy: | C092188-0 |
| Date of Loss: | 12/14/2025 |
| Loss Location: | 10306 Shaker Blvd. Cleveland, OH. 44104 |

**<u>Response To Mr. Garofalo's Emails, Partial Denial of Coverage, Scope of Appraisal, Request For Documents And Compliance With Policy Duties And Reservation Of Rights</u>**

Mr. Johnson and Mr. Garofalo:

We are writing in part to respond to Mr. Garofalo's emails sent on May 7, 2026 while I was out of the office and at 10 pm on Friday May 8, 2026, both of which I did not receive until I returned to my office on May 11, 2026. I also write to address a number of outstanding issues, including the coverage issues that remain relating to this matter which we do not agree to appraise as well as our outstanding request for documents and your ongoing requirement to comply with the policy duties. We address each of these issues below.

**<u>Partial Denial of Coverage and Discussion of Scope of Appraisal</u>**

In our May 6, 2026 letter, we pointed out that your public adjuster's estimate submitted to us in support of your claim includes a number of line items for lead and asbestos testing (lines 2,528 – 2,531) totaling approximately $46,320.47. We also informed you that the Policy does not cover the cost "to test for, monitor or assess the existence, concentration or effects of "pollutants." The Ohio EPA identifies asbestos as a hazardous air pollutant and lead as a hazardous pollutant and both are strictly regulated in Ohio.

We again draw your attention to pages 5 of 16 of CP 00 10 10 12 and page 9 of 9 of CP 00 30 10 12:

    **4.**    ***Additional Coverages***

            * * *

    **d.**    ***Pollutant Clean-up And Removal***
        *We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss*

*that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs. This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water. The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12- month period of this policy.*

\* \* \*

e.  ***Increased Cost Of Construction***

\* \* \*

*(5)  Under this Additional Coverage, we will not pay for:*

*(a)  The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or*

*(b)  Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.*

\* \* \*

*4.  "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.*

The above-referenced policy provisions make clear that your policy does not provide coverage for "costs to test for, monitor or assess the existence, concentration or effects of "pollutants" Like lead and asbestos. Therefore, we regret to inform you that there is no coverage for such costs for this loss. Accordingly, we do not agree to appraise these non-covered costs as issues of coverage are not appraisable.

In our May 6, 2026 letter we also informed you that our reinspection revealed that your estimate submitted by your public adjuster includes damages and loss for non-fire losses including loss and damage for

2

vandalism and freeze damage that occurred month(s) after the fire, likely due to your failure to "take all reasonable steps to protect the Covered Property from further damage and/or your "neglect to use all reasonable means to save and preserve property from further damage at and after the time of loss." These are separate and distinct damages from the December 14, 2025 fire damage and include the following types of damage:

- broken and boarded lower-level windows and doors
- missing plumbing and appliances from the lower units
- basement common areas that have missing plumbing and appliances
- broken doors and locks on storage rooms in common areas

All of these damages occurred in locations distinct from the December 14, 2025 fire damage and occurred in the weeks or months after the December 14, 2025 fire loss.

Our May 6, 2026 letter informed you that if you intend to make claim for this vandalism and freeze damage, you must make separate claims for these separate losses and damages and we will set up new claims and adjust those losses accordingly. To date you have not notified us that you wish to set up separate claims for the vandalism and freeze damage. Rather, your public adjuster's emails seem to suggest that you intend to present the separate vandalism and freeze damage which occurred well after the fire as part of the appraisal of the December 14, 2025 fire loss. However, as the vandalism and freeze damage included in your estimate occurred at separate times from the December 14, 2025 fire and are separate losses, we do not agree to appraise this vandalism and freeze damage as part of the appraisal of the separate December 14, 2025 fire loss. Such damage was not caused by the December 14, 2025 fire and occurred on different date(s) and from different causes of loss entirely. The appraisal provision of the policy does not allow you to include such unrelated, non-covered damage in the appraisal of the December 14, 2025 fire loss.

As explained in our May 6, 2026 letter, it is important to an accurate outcome of the appraisal that the parties and the appraisal panel have a mutual understanding of what the appraisal panel is being asked to appraise to avoid any mistakes in the appraisal process that would require setting aside the appraisal award. As we have previously informed you, the only issue that we agree to appraise at this juncture is the loss and damage to the Building from the December 14, 2025 fire. Your public adjuster has now confirmed that you agree that you are not requesting to appraise the Business Income and Extra Expense Loss, if any, which you have not yet presented. Additionally, we also do not agree to appraise the non-covered costs to test for asbestos and lead nor do we agree to appraise the separate vandalism and freeze damage for the reasons discussed above. Therefore, either the parties need to agree on a suitable joint instructional letter to the appraisal panel or we will be left with no choice but to involve our attorney and Petition the Court for suitable instructions to the appraisal panel. Before going to the time and expense of seeking court intervention, we request that you review the enclosed joint instructional letter and provide any suggestions or changes that you believe are necessary for our consideration by May 29, 2026. Otherwise, we will have no choice but to seek court intervention. We hope that will not be necessary as your delay in agreeing to mutual instructions to the appraisal panel will inhibit the appraisal process.

### Request for Outstanding Documents and Compliance with Policy Duties

Pursuant to the Policy Duties, our May 6, 2026 letter requested that you produce the following documents to us. Your public adjuster provided some partial responses and requested further clarification relating to

some of our requests which we address below. He further requested additional time to respond to the requests which we agree to provide. We agree to accommodate your request for additional time to provide the below requested information until May 29, 2026. For ease, we have reproduced each request, your PA's response and our reply below:

1. **All photos of the damage to the property prior to our inspection on December 22, 2025.**

   Your Response:          No response was provided.

   *Our Reply:               No such documents have yet been produced.*

2. **The moisture readings and photos from the mitigation contractor who mitigated the loss.**

   Your Response:          We have provided the only documentation and photographs that were furnished to us by the mitigation contractor.

   *Our Reply:       The extent of the moisture affected materials were not provided to quantify the mitigation services completed. Our December 22, 2025 inspection of the property revealed no evidence of moisture mitigation completed in the units directly beneath the source of the fire which were indicated in the invoicing provided. Please request that the mitigation contractor that you hired provide this information as required by ¶3(a)(4) of the Policy Duties that require you to "keep a record of your expenses necessary to protect the Covered Property, for consideration" and ¶3(a)(8) that requires you to cooperate with us in the investigation*

3. **Employee labor logs, demolition receipts, and equipment rental receipts to accompany the mitigation services invoices by A-ROC Construction and Development LLC.**

   Your Response:          A-ROC Construction and Development LLC is not a party to the insurance policy and is under no contractual obligation to furnish internal business records beyond what has already been provided.

   *Our Reply:       It is typical for contractors to provide the justification for its invoiced amounts, including time sheets for labor. Please comply with your duty to cooperate and produce requested records by requesting this information from your contractor who performed this claimed work. If the contractor refuses to provide you with this information, please advise and we will send you an authorization to sign under separate cover allowing the contractor to share this information with us directly.*

4. **Any invoices or receipts for renovations or repairs to the building prior to December 14, 2025.**

   Your Response:          Please clarify why this information is being requested and explain its relevance to the claimed loss and damages at issue.

*Our Reply:     During our inspection with the property manager, he mentioned the buildings were recently renovated. The invoices will provide dates of the materials that were recently replaced in the building so that we can apply accurate depreciation to the building materials.*

5.     **The Tax returns for the Shaker Parkway Collective, LLC for 2023, 2024, and 2025.**

6.     **Monthly Profit and Loss records for January 2023 through current.**

7.     **Rent rolls or occupancy records for January 2023 through present.**

Your Response:       As previously advised, the insured is actively working to compile this information. Unfortunately, the insured is in the process of changing accountants, which has delayed collection of certain financial records. The insured will provide what they are able as those materials become available.

*Our Reply:     The documents requested in ¶5-7 are typical financial documents that we would expect that the insured should already have in its possession. We look forward to receiving this documentation promptly as it is material to our evaluation of your Business Income and Extra Expense claims.*

8.     **Receipts for any extra expenses that have been incurred to relocate the tenants from the damaged building to other buildings on the property.**

Your Response:       These materials are likewise being compiled and will be produced together with the remaining accounting documentation referenced above.

*Our Reply:     We look forward to receiving this documentation promptly as it is material to our evaluation of your Business Income and Extra Expense claims.*

9.     **A copy of the .esx file for your public adjuster's estimate.**

Your Response:       Please explain why the .ESX file is being requested and its relevance to the adjustment of this claim.

*Our Reply:     A request for the .esx file is a typical request when reviewing and comparing estimates. It will allow us to more quickly compare and review the line item pricing which differs from the prices which were input in our estimate by the Cleveland Ohio Price List from December 2025 as well as other differences in the estimates which is the central issue in the appraisal and will assist both appraisers in more efficiently evaluating the amount of loss.*

We acknowledge receipt of the signed and notarized Sworn Statement in Proof of Loss ("Proof of Loss") on West Bend's form which we received on May 18, 2026. We are in the process of reviewing it. However, we note that the proof of loss does not include the business income loss that is being claimed. Therefore, at this time, we are still unable to either accept or reject your Proof of Loss because our investigation is

5

incomplete and you have not yet complied with all of the Policy Duties. Accordingly, we continue to hold your Proof of Loss in abeyance pending completion of our investigation and your satisfaction of the Policy Duties.

Finally, we respectfully disagree with Mr. Garafalo's claims of delays by West Bend. Rather, it was Mr. Garafalo who delayed our investigation of the loss and reinspection of the property that we requested on March 27, 2026 by nearly a month -- until April 23rd 2026. We look forward to your prompt production of the outstanding documents referenced above and the signed joint instructional letter so that we can continue to move this matter forward towards resolution.

### **Reservation of Rights**

**This is not a denial of your claim**. It should be expressly understood that West Bend's investigation and review of coverage under the policy is continuing and West Bend's investigation of any amounts claimed will continue once you allow reinspection and production of the above documents. You have not yet satisfied all Duties In The Event Of Loss Or Damage set forth in the policy.

Neither this letter nor any act, past or future, by any representative of West Bend should be construed to waive any of the terms, requirements and conditions of our insurance policy, nor should our actions be construed as either an admission or denial of our company's liability to pay any proceeds of this policy, or as a waiver of any right, claim or potential defense thereunder, all of which we respectfully continue to reserve without qualification or limitation, pending completion of our investigation.

By making specific reference to certain provisions in your policy, West Bend Insurance Company neither waives, nor shall it be estopped from raising other exclusions, conditions, limitations, or provisions of your policy of insurance. West Bend Insurance expressly reserves all rights, conditions, and defenses it may have now or those that may become apparent through additional investigation.


Sincerely,

Nick Lorencz
Claims Specialist
(262) 365-2852 or (800) 236-5010 Extension 2852
Fax: (262) 335-7000
nlorencz@wbmi.com


cc:     Tri-State Public Adjusters
        Mag Public Adjusters

6

May 6, 2026

**Via Email Only to adam@cc-rei.com; mike@magpublicadjsuters.com; jreilly@tri-statepublicadjsuters.com:**

Stephen Reardon
Stark Loss Consultants
sreardon@starkloss.com

Randy Grundy
RGA Claims Management, Inc.
rgrundy@rgacm.com

| | |
|---|---|
| **Claim Number:** | **AS69671** |
| **Insured:** | **Shaker Parkway Collective LLC** |
| **Insurer:** | **West Bend Insurance Company** |
| **Policy:** | **C092188-0** |
| **Date of Loss:** | **12/14/2025** |
| **Loss Location:** | **10306 Shaker Blvd. Cleveland, OH. 44104** |

Dear Mr. Reardon and Mr. Grundy:

West Bend Insurance Company ("West Bend") and its insured Shaker Parkway Collective LLC ("Shaker Parkway") (collectively the "Parties"), jointly submit this letter in connection with their requested appraisal of the above-referenced insurance claim. The purpose of this letter is to provide the appraisal panel with the Parties' mutual understanding and agreement of the issues to be decided by appraisal and the manner in which the appraisal will be conducted.

## NATURE OF THE DISAGREEMENT

West Bend issued Policy Number 1001001588 to Shaker Parkway for the period beginning on June 24, 2025 and ending on June 24, 2026 ("Policy"). The Policy insures the building listed on the Policy's Declarations Pages, identified as 10306 Shaker Boulevard, Cleveland, Ohio 44104 ("subject Building"). On or about December 14, 2025, a fire damaged the subject Building. (the fire loss") Because the Parties disagree about the extent of the fire loss damage to the subject Building, the parties have agreed to have the amount of loss for the Actual Cash Value and Replacement Cost Valuation of the fire loss damage to the subject Building set by appraisal.

However, the parties have not agreed to appraise the amount of loss or any damage to the subject Building caused by or resulting from vandalism or freeze damage. Additionally, the parties have not agreed to appraise any loss of Business Income or Extra Expense at this time. Therefore, the panel may not consider or set any amount of loss for any post-fire loss vandalism damage, freeze damage, Business Income or Extra Expense loss.

The Policy's appraisal provision states as follows:

> **2.** **Appraisal**
> If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
> **a.** Pay its chosen appraiser; and
> **b.** Bear the other expenses of the appraisal and umpire equally.
> If there is an appraisal, we will still retain our right to deny the claim. [Policy, (CP 00 10 10 12), p 10 of 16]

## THE APPRAISAL

The following reflects the Parties' mutual understanding and agreement of the issues to be decided by appraisal and the manner in which the appraisal shall be conducted:

**1.** **Appraisal Panel**

Shaker Parkway has appointed Stephen Reardon of Stark Loss Consultants as its appraiser and West Bend has appointed Randy Grundy of RGA Claims Management as its appraiser (collectively the "Appraisers"). Each Party will pay its chosen appraiser.

The Parties agree that the Appraisers shall appoint an umpire ("Umpire"). In the event the Appraisers cannot agree on an Umpire, either party may request that selection be made by a judge of a court having jurisdiction to appoint an Umpire as provided by law and the Policy. The Parties will bear the cost of the Umpire equally.

**2.** **Appraisal Scope**

For purposes of this appraisal, the Parties agree that the Appraisers and Umpire (collectively "Appraisal Panel") may only determine the amount of direct physical loss or damage to the subject Building caused by the December 14, 2025 fire.

The Appraisal Panel shall not attempt to resolve any issue of the amount of loss or damage to the subject Building caused by vandalism or freezing. Further the Appraisal Panel shall not attempt to resolve any issue of the amount of loss for Shaker Parkway's Business Income or Extra Expense loss. Additionally, the Appraisal Panel shall not decide issues of insurance coverage, policy

exclusions, compliance with policy terms and conditions or any issue concerning the limits of insurance available under the Policy. Neither the Appraisers nor the Umpire shall have the authority to decide questions of law.

3.      **Resolving Differences Between Appraisers**

For purposes of appraising the amount of direct physical loss or damage to the subject Building caused by the December 14, 2025 fire, the Parties agree that each Appraiser shall prepare a line-itemized estimate for the subject Building stating the following:

(a)      The replacement cost value of any damage caused by the December 14, 2025 fire to the subject Building; and

(b)      The actual cash value, as of the time of loss or damage caused by the December 14, 2025 fire to the subject Building;

(c)      The increased cost to repair or reconstruct damaged portions of the subject Building caused by the December 14, 2025 fire to comply with the minimum standards of the ordinance or law in force at the time of the fire loss.

If the Appraisers do not agree on any of the items listed above, they will submit their differences about each item as to which they disagree to the Umpire. A decision agreed to by any two will be binding.

4.      **The Appraisal Award**

The Parties agree that the final appraisal award shall state the following in writing:

(a)      The total Replacement Cost Value of any direct physical loss or damage caused by the December 14, 2025 fire to the subject Building; and

(b)      The Actual Cash Value as of the date of loss, of any direct physical loss or damage caused by the December 14, 2025 fire to the subject Building.

(c)      The increased cost to repair or reconstruct damaged portions of the subject Building caused by the December 14, 2025 fire to comply with the minimum standards of the ordinance or law in force at the time of the fire loss.

The Appraisal Panel shall not include in its appraisal award any deductible, limits, sub-limits, or prior payments, all of which shall be accounted for by the Parties after the Appraisal Panel issues its written appraisal award.

5.      **Appraisal Proceeding**

The Parties may submit to the Appraisers any documents concerning the amount of loss and Actual Cash Value, including any photographs, reports, estimates, and incurred cost documentation. The Appraisers may also:

      (a)      Request any additional documents from the Parties that they, in their sole discretion, believe would assist the Appraisal Panel complete the appraisal;

      (b)      Arrange for inspections of the Building upon reasonable notice to the Parties and the Umpire; and

      (c)      Retain whatever experts they, in their sole discretion, believe are necessary to complete the appraisal. Each party shall pay all costs and expenses incurred by the retention of its Appraiser's experts.

The Appraisers shall not have *ex parte* communications with the Umpire. The Parties may have *ex parte* communications with their chosen Appraiser. If the Appraisal Panel has any questions concerning this letter, the Appraisal Panel should schedule a telephone call with the Parties.

By signing this letter, the Parties acknowledge that this letter is being jointly submitted to inform the Appraisal Panel of the Parties' mutual understanding and agreement of the issues to be decided by appraisal and the manner in which this appraisal will be conducted. It is further acknowledged and agreed that neither Shaker Parkway nor West Bend waive any rights or defenses that they may have under the Policy.

**Shaker Parkway Collective, LLC**          **West Bend Insurance Company**

_____

_____

By: _____

By: _____

Its: _____

Its: _____

Dated: _____

Dated: _____

# Exhibit 6

Case: 1:26-cv-01407 Doc #: 1 Filed: 06/19/26 470 of 479. PageID #: 470

Outlook

_____

[

_____

**From:** Mike Garofalo
**Sent:** Monday, May 18, 2026 6:19 PM
**To:** Lorencz, Nick
**Cc:** adam@cc-rei.com; jreilly@tri-statepublicadjusters.com; sreardon@starkloss.com
**Subject:** Fw: [External]Re: Claim AS69671 - Shaker Parkway Collective, LLC.

There is no claim for freeze and vandalism

We believe in and stand behind our figures as presented for the repair to the fire damage.

Furthermore, there will be no conditioning of the appraisal, therefore that letter will not be signed.

We will forward the info we have has we get it, absent of you providing a supplemental estimate to your original, we will await the panel award from the appraisal.

Mike Garofalo, SPPA, AIC, AINS
President - Licensed Public Adjuster
MAG Public Adjusters, Inc

cell: 339-788-4184 / office: 781-269-2935 / fax: 781-630-9919
mike@magpublicadjusters.com  www.magpublicadjusters.com



*"Guiding you through the toughest storms"*

SPPA – Senior Professional Public Adjuster

AIC – Associate in Claims

AINS – Associate in General Insurance

# Exhibit 7

THE SILVER LINING®



May 21, 2026

**via email to adam@cc-rei.com; mike@magpublicadjsuters.com; jreilly@tri-statepublicadjsuters.com; and regular mail**

Shaker Parkway Collective LLC
45 Lake St
Salem, NH 03079

| | |
|---|---|
| Claim Number: | AS69671 |
| Insured: | SHAKER PARKWAY COLLECTIVE LLC |
| Policy: | C092188-0 |
| Date of Loss: | 12/14/2025 |
| Loss Location: | 10306 Shaker Blvd. Cleveland, OH. 44104 |

Mr. Johnson and Mr. Garofalo:

This will acknowledge receipt of Mr. Garofalo's May 18, 2026 emails. Both of you have previously confirmed for us that as the retained public adjuster, Mr. Garofalo is acting as an authorized representative of Shaker Parkway Collective, LLC ("Shaker Parkway") relating to the above-referenced property loss and that Mr. Garofalo is authorized to speak on Shaker Parkway's behalf. This will confirm Mr. Garofalo's May 18, 2026 email communication sent as the authorized representative of Shaker Parkway which notifies us that Shaker Parkway is not making a claim for vandalism or freeze damage to the property located at 10306 Shaker Blvd, Cleveland, Ohio. We will rely on this authorized representation in our future handling of this matter.

We are disappointed that you continue to refuse to comply with the policy duties and appraisal clause to jointly notify the appraisal panel as to what is and is not being appraised given that West Bend Insurance Company only agrees to appraise the building damage from the December 14, 2025 fire and none of the non-covered and unsubmitted loss and damage including (1) lead and asbestos testing costs, (2) post-fire vandalism and freeze damage, (3) unclaimed or submitted Business Income and Extra Expense loss. Your refusal to do so will inevitably delay the appraisal process as we seek a Declaratory Judgment from the Court.

Please be advised that West Bend's policy specifically excludes loss or damage caused by or resulting from your Acts or decisions as well as delay, loss or use or loss of market:

* * *

2.      We will not pay for loss or damage caused by or
          resulting from any of the following:

* * *

b.      Delay, loss of use or loss of market.

* * *

3.      We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

\* \* \*

b.      Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body. (CP 10 30 09 17, Page 4 of 10

Moreover, your Policy mandates that you have a continuing obligation to protect, save and preserve the property from further damage and your neglect to use all reasonable means to save and preserve the property from further damage is expressly excluded:

2.      We will not pay for loss or damage caused by or resulting from any of the following:

\* \* \*

m.      Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss. (CP 10 30 09 17, Pages 4 of 17)

\* \* \*

3.      **Duties In The Event Of Loss Or Damage**

a.      You must see that the following are done in the event of loss or damage to Covered Property:

\* \* \*

(4)     Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property

2

aside and in the best possible order for examination. (WB 2843 05 24, Page 12 of 25)

It is your obligation to comply with these policy requirements. We expect that you will do so. West Bend will not be responsible for any damage due to your neglect and/or your failure to take all reasonable steps to protect the Covered Property.

We continue to await your production of the outstanding financial records and Business Income loss and Extra Expense documents that we have been requesting. We look forward to promptly receiving this outstanding information by May 29, 2026.

West Bend Insurance continues to expressly reserves all rights, conditions, and defenses it may have now or those that may become apparent through additional investigation, waiving none.


Sincerely,

Nick Lorencz
Claims Specialist
(262) 365-2852 or (800) 236-5010 Extension 2852
Fax: (262) 335-7000
nlorencz@wbmi.com


cc:      MAG Public Adjusters

**Exhibit 8**

Case: 1:26-cv-01407 Doc #: 1 Filed: 06/19/26 476 of 479. PageID #: 476

Outlook

---

---

**From:** Mike Garofalo
**Sent:** Wednesday, June 17, 2026 4:20 PM
**To:** Lorencz, Nick
**Cc:** adam@cc-rei.com; jreilly@tri-statepublicadjusters.com
**Subject:** Fw: Re: [External]Re: Claim AS69671 - Shaker Parkway Collective, LLC.

Hi Nick,

I hope you had a good weekend- I imagine you end up with a lot of windshield time given the area you cover.

Enclosed is the POL- please note that the BI/Loss Rent is marked as TBD- we are compiling that information. The insured has switched accountants recently so you can imagine that there's a ton of stuff all over, but we are working on it.

As for a detailed response- there's really no need, the appraisal process is moving forward, so unless you have an update on figures you plan on presenting, we are just going to wait for the appraisal to be done.

Once we get all the requested documents that your CPA asked for, we will pass them along.

Mike Garofalo, SPPA, AIC, AINS
President - Licensed Public Adjuster
MAG Public Adjusters, Inc

cell: 339-788-4184 / office: 781-269-2935 / fax: 781-630-9919



THE SILVER LINING®

## Commercial Sworn Statement
## In Proof of Loss

The pre-printed information immediately below is provided for your convenience. If it is incorrect, please correct it.

**Insured:** Shaker Parkway Collective, LLC          **Policy#** C092188-0          **Claim#** AS69671

**READ** The completion of a SWORN STATEMENT IN PROOF OF LOSS is reqluired by your insurance policy. Failure to submit this document may result in the denial of your claim. The information which you provide, including additional documentation material, will be used by us in processing your claim. If additional documentation of your claim is requested by us, or deemed necessary by you, such documentation or material is considered to be part of this SWORN STATEMENT IN PROOF OF LOSS. (You may attach detailed answers to the questions on separate paper)

1. Loss or damage occurred on:     Date: 12/14     20 25     Time: aprx 9pm     am/pm

2. What caused the Loss or Damage?   Fire

3. At the time of the Loss who occupied the building? Resident Tenants

4. Were the tenants relocated to other available apartments on the property?
              Tenants were offered relocation or lease termination

5. When was the building purchased?   04/30/2024

6. Are there any other ownership interests in the property?          NO
      a. If Yes, who and what ownership percentage:
              N/A

7. Is there a Mortgage or Lien on the property? YES
      a. If Yes, who holds the mortgage, lien, or encumbrance and what is the approximate amount owed?
              Community Bank, aprx $3,716,000

8. Is there any other insurance that applies to the covered property?          NO
      a. If Yes, is there a claim made on that insurance?
              N/A

9. What repairs or improvements have been made to the building since your ownership?
Unit updates - flooring, paint, appliances, cabinets, fixtures, etc, smart tech - cameras, keyless access and other cosmetic updates

10. Do you have receipts or invoices for the improvements to the building?  YES
    a.  If Yes, Please provide copies of the receipts or invoices.
        For some updates yes - will provide separately

11. When you requested insurance coverage for the building, were the invoices or receipts provided to the agent to show the improvements to the building?   No

12. What specific questions or conversation was had with the insurance agent in obtaining the insurance policy?

We reported we were seeking more competetively priced policy with similar terms and coverages

13. Did you review the application for insurance before it was submitted to West Bend Insurance by your agent?

    a.  Where there any errors or incorrect information on the application?

We reviewed some content with agent but not the application - we are unaware of any inaccuracies

14. Did your agent provide you with the questions from West Bend Underwriting about the electrical system inside the building?

    a.  If so what questions were asked, and were all of the answers provided accurately to the Underwriter?

        Agent requested basic info about panel updates and the extent of wiring replacement, which we answered to the best of our knowledge

15. Did you tell the agent that the electrical systems were fully replaced within the building, and all of the wiring was replaced with Romex wiring?   No

    a.  Were the invoices or receipts for the electrical system upgrades provided to the agent?

        We do not believe any invoices were submitted

16. Was there an insurance policy in place at the time the application was submitted to West Bend Insurance?    Yes
    a.  What carrier provided the previous insurance policy? Cincinnati

    b.  Why was the previous insurance policy replaced? Cost reduction / Pricing

17. Were there any scheduled renovations or repairs to the building at the time of the loss?   No

1900 S. 18th Avenue  |  West Bend WI  53095  |  thesilverlining.com

THE AMOUNT OF LOSS YOU CLAIM UNDER YOUR INSURANCE POLICY:

| | | | |
|---|---|---|---|
| Building(s) | $ 2,654,424.86 | Business Personal Property | $ Not Applicable |
| Business Income | $ To Be Determind | Other – Explain | $ To Be Determined |

The Actual Cash Value of the damaged property immediately before the loss:

| | | | |
|---|---|---|---|
| Building(s) | $aprx 8,000,000 | Business Personal Property | $ Not Applicable |
| Business Income | $To Be Determined | Other – Explain | $ Not Applicable |

**READ CAREFULLY:**

I SWEAR THAT:

(1) NEITHER I NOR ANY OTHER PERSON ON MY BEHALF, AT MY DIRECTION, OR WITH MY KNOWLEDGE HAS INTENTIONALLY CAUSED THIS LOSS.

(2) I HAVE NOT MADE CLAIM FOR ANY PROPERTY NOT DAMAGED BY THIS LOSS

(3) I HAVE NOT ATTEMPTED TO, NOR HAVE I, DECEIVED OR DEFRAUDED WEST BEND INSURANCE COMPANY

**I swear, under penalty of perjury, that I have read and completed the above Sworn Statement in Proof of Loss, including any attachments, and that the information given by mee is true and correct.**

**CAUTION: FURNISHING FALSE INFORMATION MAY RESULT IN DENIAL OF YOUR CLAIM.**

Signature of Notarial Officer

Christina L. Sillings
Print Name



STATE OF NEW HAMPSHIRE
CHRISTINA J. SILLINGS
NOTARY PUBLIC
EXPIRES: JUNE 25, 2050

Signature of Insured

Subscribed and sworn to before me this

15 day of May , 20 26

County of Rockingham

Notary Public, State of NH

My Commission expires: 06/25/2030

Signature of Insured (if more than one)

**INSTRUCTIONS**

The completion of a Proof of Loss is a requirement of your insurance policy. See your Policy Conditions. Failure to complete and submit to us a Sworn Statement in Proof of Loss may result in denial of your claim. Answer all questions. If you require further space, please attach a separate sheet of paper and designate the question you are answering. Any explanation on a separate sheet of paper is considered part of the SWORN STATEMENT IN PROOF OF LOSS.

**SUPPORTING DOCUMENTATION**

If we have requested supporting documentation in our letter to you, please attach those to your SWORN STATEMENT IN PROOF OF LOSS. Such items are considered to be part of your SWORN STATEMENT IN PROOF OF LOSS. If you do not send requested documentation, advise us why and if such documentation will be sent at a later date. Documentation sent to us at a later date is still considered to be part of your SWORN STATEMENT IN PROOF OF LOSS.

**SIGNATURES**

All persons insured must sign this SWONR STATEMENT IN PROOF OF LOSS, under oath, in the presence of a Notary Public.

**STATE LAW, in some states, requires that we advise you of the following: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.**